McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ROBERT P. DONOVAN, ESQ.
*rdonovan@mdmc-law.com*
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Telephone: (973) 622-7711
Facsimile: (973) 622-5314

*Attorneys for Defendants, Arizona Beverages USA LLC,*
*Hornell Brewing Co., Inc., Beverage Marketing USA, Inc.,*
*Beverage Marketing USA, Inc., Arizona Beverages Holdings*
*LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Case No. 1:19-cv-07081(AT)(OTW)<br><br>DEFENDANTS' NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND TO DISMISS OR OTHERWISE STRIKE THE NATIONWIDE CLASS ACTION CLAIM FOR UNJUST ENRICHMENT |

TO:   Michael R. Reese, Esq.
      Reese LLP
      100 West 93rd Street, 16th Floor
      New York, New York 10025
      Attorneys for Plaintiff, Ahmed Ashour

PLEASE TAKE NOTICE that defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Beverage Marketing USA, Inc., Arizona

#3907103

Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC ("Defendants"), by and through their undersigned counsel, shall move before the above-named Court on November 20, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard, to dismiss Plaintiff's complaint pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and to dismiss or otherwise to strike Plaintiff's nationwide class action claim for unjust enrichment in accordance with Rules 12(b)(6) and/or 12(f) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendants shall rely upon the accompanying Memorandum of Law. A proposed form of Order has been submitted.

PLEASE TAKE FURTHER NOTICE that oral argument is requested.

Dated: October 14, 2019         By:   /s/Robert P. Donovan
                                      ROBERT P. DONOVAN

                                      McElroy, Deutsch, Mulvaney
                                      & Carpenter, LLP
                                      570 Broad Street, 15th Floor
                                      Newark, New Jersey 07102
                                      Telephone: (973) 565-2195
                                      Facsimile: (973) 622-5314
                                      *rdonovan@mdmc-law.com*
                                      *Attorneys for Defendants, Arizona
                                      Beverages USA LLC, Hornell Brewing Co.,
                                      Inc., Beverage Marketing USA, Inc.,
                                      Arizona Beverages Holdings LLC, and
                                      Arizona Beverages Holdings 2 LLC*