**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
LUKAS KUBILIS, VANESSA KAILEY, and
MAKAYLO VAN PEEBLES, *on behalf of*
*themselves and others similarly situated*,

                  Plaintiffs

                  v.

ARIZONA BEVERAGES USA LLC,
HORNELL BREWING CO., INC.,
BEVERAGE MARKETING USA, INC.,
ARIZONA BEVERAGES HOLDINGS LLC,
and ARIZONA BEVERAGES HOLDINGS 2
LLC,

                  Defendants.
------------------------------------------------------------ x
------------------------------------------------------------ x
AHMED ASHOUR, *individually and on behalf*
*of all others similarly situated*,

                  Plaintiffs

                  v.

ARIZONA BEVERAGES USA LLC,
HORNELL BREWING CO., INC.,
BEVERAGE MARKETING USA, INC.,
ARIZONA BEVERAGES HOLDINGS LLC,
and ARIZONA BEVERAGES HOLDINGS 2
LLC,

                  Defendants.
------------------------------------------------------------ x

Case No. 1:18-CV-09075-AT-OTW

Case No. 1:19-CV-07081-AT-OTW

## PLAINTIFFS KAILEY'S AND VAN PEEBLES'S NOTICE OF CROSS-MOTION TO STAY *ASHOUR v. ARIZONA BEVERAGES USA LLC ET AL.*

     PLEASE TAKE NOTICE that upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, Plaintiffs Kailey and Van Peebles, by their attorneys, Lee Litigation Group, PLLC, will and hereby do move this Court, before Magistrate Judge Ona T.

Wang—in the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007—at a date and time to be scheduled by the Court, for an Order Staying or Dismissing *Ashour v. Arizona Beverages USA LLC et al.*

Dated: November 27, 2019

                              Respectfully submitted,

                              */s/ C.K. Lee*
                              By:  C.K. Lee, Esq.

                              **LEE LITIGATION GROUP, PLLC**
                              C.K. Lee (CL 4086)
                              148 West 24th Street, Eighth Floor
                              New York, NY 10011
                              Tel.: 212-465-1180
                              Fax: 212-465-1181
                              *Attorneys for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I caused the foregoing Plaintiff's Notice of Cross-Motion to Stay or Dismiss *Ashour v. Arizona Beverages USA LLC et al.* to be served on Defendant through ECF.

                       */s/ C.K. Lee*
                       C.K. Lee, Esq.