McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
ROBERT P. DONOVAN, ESQ.
*rdonovan@mdmc-law.com*
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Telephone:  (973) 622-7711
Facsimile: (973) 622-5314
*Attorneys for Defendants, Arizona Beverages USA LLC,*
*Hornell Brewing Co., Inc., Beverage Marketing USA, Inc.,*
*Beverage Marketing USA, Inc., Arizona Beverages Holdings*
*LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, individually and on behalf of all others similarly situated, | Case No. 1:19-cv-07081(AT)(OTW) |
| Plaintiff, | **DEFENDANTS' INITIAL REQUEST FOR ADMISSIONS TO PLAINTIFF** |
| v. | |
| ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC, | |
| Defendants. | |

TO:   Carlos F. Ramirez, Esq.
      Reese LLP
      100 West 93rd Street, 16th Floor
      New York, New York 10025
      Attorneys for Plaintiff, Ahmed Ashour

    PLEASE TAKE NOTICE that Defendants, Arizona Beverages USA LLC, Hornell

Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC and

#4239343

Arizona Beverages Holdings 2 LLC ("Defendants"), pursuant to Rule 36 of the Federal Rules of Civil Procedure, hereby demand that Plaintiff, Ahmed Ashour ("Plaintiff"), respond to the following requests for admissions within the time and in the manner prescribed by Rule 36 by admitting or denying the statements set forth in the "Requests" below.

Dated:  June 9, 2020

By: _____

ROBERT P. DONOVAN

McElroy, Deutsch, Mulvaney
& Carpenter, LLP
225 Liberty Street, 36th Floor
New York, New York 10281
Telephone: (212) 483-9490
Facsimile: (212) 483-9129

-and-

570 Broad Street, 15th Floor
Newark, New Jersey 07102
Telephone: (973) 565-2195
Facsimile: (973) 622-5314
*rdonovan@mdmc-law.com*

*Attorneys for Defendants, Arizona
Beverages USA LLC, Hornell Brewing Co.,
Inc., Beverage Marketing USA, Inc., Arizona
Beverages Holdings LLC, and Arizona
Beverages Holdings 2 LLC*

## DEFINITIONS

1.      "Complaint" means the First Amended Class Action Complaint filed by Plaintiff in the above-captioned lawsuit on September 24, 2019 (Doc. 42).

2.      "Arizona Beverage" and/or "Arizona Beverages" means any of the "Arizona" brand beverages which are the subject of Plaintiffs' Complaint as referred to in paragraphs 2 and 41 of the Complaint.

3.      "You," "your," and/or "Plaintiff" means Plaintiff, Ahmed Ashour, as that individual identified in paragraph 14 of the Complaint.

## REQUESTS

1.      Admit or deny Plaintiff purchased an Arizona Iced Tea with Lemon Flavor between May 14, 2013 and May 14, 2019.

**Response:**

2.      Admit or deny Plaintiff did not purchase an Arizona Iced Tea with Lemon Flavor between May 14, 2013 and May 14, 2019.

**Response:**

3.      Admit or deny Plaintiff purchased an Arizona Green Tea with Ginseng and Honey between May 14, 2013 and May 14, 2019.

**Response:**

4.      Admit or deny Plaintiff did not purchase an Arizona Green Tea with Ginseng and Honey between May 14, 2013 and May 14, 2019.

**Response:**


5.      Admit or deny Plaintiff purchased an Arizona Arnold Palmer Lite Half Iced Tea Half, Lemonade between May 14, 2013 and May 14, 2019.

**Response:**


6.      Admit or deny Plaintiff did not purchase an Arizona Arnold Palmer Lite Half Iced Tea, Half Lemonade between May 14, 2013 and May 14, 2019.

**Response:**


7.      Admit or deny Plaintiff purchased an Arizona Zero Calorie Iced Tea with Peach Flavor between May 14, 2013 and May 14, 2019.

**Response:**


8.      Admit or deny Plaintiff did not purchase an Arizona Zero Calorie Iced Tea with Peach Flavor between May 14, 2013 and May 14, 2019.

**Response:**



9.      Admit or deny Plaintiff purchased an Arizona Grapeade between May 14, 2013 and May 14, 2019.

**Response:**

10.      Admit or deny Plaintiff did not purchase an Arizona Grapeade between May 14, 2013 and May 14, 2019.

**Response:**

11.      Admit or deny Plaintiff purchased an Arizona Iced Tea with Raspberry Flavor between May 14, 2013 and May 14, 2019.

**Response:**

12.      Admit or deny Plaintiff did not purchase an Arizona Iced Tea with Raspberry Flavor between May 14, 2013 and May 14, 2019.

**Response:**

13.      Admit or deny Plaintiff purchased an Arizona Southern Style Real Brewed Sweet Tea between May 14, 2013 and May 14, 2019.

**Response:**

14.    Admit or deny Plaintiff did not purchase an Arizona Southern Style Real Brewed Sweet Tea between May 14, 2013 and May 14, 2019.

**Response:**

15.    Admit or deny Plaintiff purchased an Arizona Arnold Palmer Zero-Half Iced Tea, Half Lemonade between May 14, 2013 and May 14, 2019.

**Response:**

16.    Admit or deny Plaintiff did not purchase an Arizona Arnold Palmer Zero-Half Iced Tea, Half Lemonade between May 14, 2013 and May 14, 2019.

**Response:**

17.    Admit or deny Plaintiff purchased an Arizona Golden Bear Lemonade Iced Tea Lite (Strawberry) between May 14, 2013 and May 14, 2019.

**Response:**

18.    Admit or deny Plaintiff did not purchase an Arizona Golden Bear Lemonade Lite (Strawberry) Iced Tea between May 14, 2013 and May 14, 2019.

**Response:**

19.    Admit or deny Plaintiff purchased an Arizona Decaf-Zero Green Tea With Ginseng between May 14, 2013 and May 14, 2019.

**Response:**



20.    Admit or deny Plaintiff did not purchase an Arizona Decaf Zero-Green Tea With Ginseng between May 14, 2013 and May 14, 2019.

**Response:**

21.    Admit or deny Plaintiff purchased an Arizona Kiwi Strawberry Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

22.    Admit or deny Plaintiff did not purchase an Arizona Kiwi Strawberry Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

23.    Admit or deny Plaintiff purchased an Arizona Watermelon Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

24.    Admit or deny Plaintiff did not purchase an Arizona Watermelon Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

25.     Admit or deny Plaintiff purchased an Arizona Fruit Punch Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

26.     Admit or deny Plaintiff did not purchase an Arizona Fruit Punch Fruit Juice between May 14, 2013 and May 14, 2019.

**Response:**

27.     Admit or deny Plaintiff purchased an Arizona Mucho Mango Juice between May 14, 2013 and May 14, 2019.

**Response:**

28.     Admit or deny Plaintiff did not purchase an Arizona Mucho Mango Juice between May 14, 2013 and May 14, 2019.

**Response:**

29.     Admit or deny Plaintiff purchased an Arizona Rx Energy Herbal Tonic between May 14, 2013 and May 14, 2019.

**Response:**

30.     Admit or deny Plaintiff did not purchase an Arizona Rx Energy Herbal Tonic between May 14, 2013 and May 14, 2019.

**Response:**



31.     Admit or deny Plaintiff purchased an Arizona Green Tea With Ginseng between May 14, 2013 and May 14, 2019.

**Response:**

32.     Admit or deny Plaintiff did not purchase an Arizona Green Tea With Ginseng between May 14, 2013 and May 14, 2019.

**Response:**

33.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the flavor of that product.

**Response:**

34.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the flavor of that product.

**Response:**

35.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the taste of that product.

**Response:**

36.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the taste of that product.

**Response:**

37.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the price of that product.

**Response:**

38.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the price of that product.

**Response:**

39.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of familiarity with that product.

**Response:**

40.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of familiarity with that product.

**Response:**

41.     Admit or deny Plaintiff purchased an Arizona Beverage in part to quench his thirst.

**Response:**

42.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part to quench his thirst.

**Response:**

43.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the quantity contained in the bottle and/or can.

**Response:**

44.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the quantity contained in the bottle and/or can.

**Response:**

45.     Admit or deny Plaintiff purchased an Arizona Beverage in part because the product was not a carbonated beverage.

**Response:**

46.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because the product lacked carbonation.

**Response:**

47.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the calories contained in the product.

**Response:**

#4239343                                                          11



48.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the calories contained in the product.

**Response:**

49.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the ingredients contained in the product.

**Response:**

50.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the ingredients contained in the product.

**Response:**

51.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the lack of sugar content.

**Response:**

52.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because the lack of sugar content.

**Response:**

53.     Admit or deny that each time Plaintiff purchased an Arizona Beverage he read the statement of ingredients on the label on that product prior to every purchase.

**Response:**

54.     Admit or deny Plaintiff did not read the statement of ingredients on the label on that product prior to every purchase.

**Response:**


55.     Admit or deny Plaintiff purchased an Arizona Beverage in part because of the brand name.

**Response:**


56.     Admit or deny Plaintiff did not purchase an Arizona Beverage in part because of the brand name.

**Response:**


57.     Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff believed citric acid may be a preservative.

**Response:**


58.     Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff believed that citric acid may not be a preservative.

**Response:**

59.    Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff believed that the citric acid in an Arizona Beverage was a preservative.

**Response:**

60.    Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff did not believe that the citric acid in an Arizona Beverage was a preservative.

**Response:**

61.    Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff believed that consuming a preservative was harmful to his health.

**Response:**

62.    Admit or deny that, at the time of his purchases of Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff did not believe that consuming a preservative was harmful to his health.

**Response:**

63.    Admit or deny that Plaintiff purchased and consumed products containing citric acid since May 14, 2019.

**Response:**

64.     Admit or deny that Plaintiff has not purchased and consumed products containing citric acid since May 14, 2019.

**Response:**

65.     Admit or deny that Plaintiff purchased and consumed an orange since May 14, 2019.

**Response:**

66.     Admit or deny that Plaintiff purchased and consumed a lemon since May 14, 2019.

**Response:**

67.     Admit or deny that Plaintiff purchased and consumed a lime since May 14, 2019.

**Response:**

68.     Admit or deny that Plaintiff purchased and consumed a pineapple since May 14, 2019.

**Response:**

69.     Admit or deny that Plaintiff purchased and consumed a grapefruit since May 14, 2019.

**Response:**

70.   Admit or deny that Plaintiff purchased and consumed orange juice since May 14, 2019.

**Response:**

71.   Admit or deny that Plaintiff purchased and consumed grapefruit juice since May 14, 2019.

**Response:**

72.   Admit or deny that Plaintiff purchased and consumed a tomato since May 14, 2019.

**Response:**

73.   Admit or deny that Plaintiff purchased and consumed wine since May 14, 2019.

**Response:**

74.   Admit or deny that Plaintiff purchased the Arizona Green Tea with Ginseng and Honey, referenced in paragraph 41 of the Complaint, in part because the product contained ginseng.

**Response:**

75.   Admit or deny that Plaintiff did not purchase the Arizona Green Tea With Ginseng and Honey, referenced in paragraph 41 of the Complaint, in part because the product contained ginseng.

**Response:**

76.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff knew that citric acid was an ingredient in the products purchased.

**Response:**

77.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff did not know that citric acid was an ingredient in the products purchased.

**Response:**

78.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff knew that the products purchased contained high fructose corn syrup.

**Response:**

79.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff did not know that the products purchased contained high fructose corn syrup.

**Response:**

80.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff knew that the products purchased contained calories.

**Response:**



81.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff did not know that the products purchased contained calories.

**Response:**



82.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff did not have any concern about the ingredients in the products purchased.

**Response:**



83.     Admit or deny that prior to each of the purchases alleged at paragraph 41 of the Complaint, Plaintiff did have a concern about the ingredients in the products purchased.

**Response:**



84.     Admit or deny that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "A".

**Response:**



85.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "A".

**Response:**



86.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "B".

**Response:**

#4239343                                         18

87.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "B".

**Response:**


88.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "C".

**Response:**


89.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "C".

**Response:**


90.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "D".

**Response:**


91.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "D".

**Response:**


92.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "E".

**Response:**


93.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "E".

**Response:**


94.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "F".

**Response:**


95.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "F".

**Response:**


96.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "G".

**Response:**


97.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "G".

**Response:**



98.    Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "H".

**Response:**


99.    Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "H".

**Response:**


100.    Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "I".

**Response:**

101.    Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "I".

**Response:**


102.    Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "J".

**Response:**


103.    Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "J".

**Response:**

104.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "K".

**Response:**

105.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "K".

**Response:**

106.     Admit or deny that that since May 14, 2013, Plaintiff purchased a product bearing a label annexed hereto as Exhibit "L".

**Response:**

107.     Admit or deny that that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "L".

**Response:**

108.     Admit or deny that since May 14, 2013, Plaintiff never purchased a product bearing a label annexed hereto as Exhibit "M".

**Response:**

109.     Admit or deny that Plaintiff formed a belief that citric acid was a preservative before the purchases alleged in paragraph 41 of the Complaint.

**Response:**



110.    Admit or deny that Plaintiff had not formed a belief that citric acid was a preservative before the purchases alleged in paragraph 41 of the Complaint.

**Response:**

111.    Admit or deny that the Putative Class includes every single resident in the United States who purchased, within the six-year period immediately preceding May 14, 2019, any Arizona Beverage in the United States for the same reason(s) Plaintiff made each purchase.

**Response:**

112.    Admit or deny that the Putative Class includes every single resident in the State of California who purchased, within the six-year period immediately preceding May 14, 2019, any Arizona Beverage in the State of California for the same reason(s) Plaintiff made each purchase.

**Response:**

113.    Admit or deny that Plaintiff purchased more than 10 items of Arizona Beverages during the six-year period immediately preceding May 14, 2019.

**Response:**

114.    Admit or deny that Plaintiff purchased more than 20 items of Arizona Beverages during the six-year period immediately preceding May 14, 2019.

**Response:**

115.     Admit or deny that Plaintiff purchased more than 50 items of Arizona Beverages during the six-year period immediately preceding May 14, 2019.

**Response:**


116.     Admit or deny that prior to May 14, 2019, Plaintiff purchased Arizona Beverages.

**Response:**


117.     Admit or deny that after May 14, 2019, Plaintiff purchased an Arizona Beverage.

**Response:**


118.     Admit or deny that after May 14, 2019, Plaintiff did not purchase an Arizona Beverage.

**Response:**


119.     Admit or deny that Plaintiff will purchase an Arizona Beverage again.

**Response:**


120.     Admit or deny that Plaintiff will not purchase an Arizona Beverage again.

**Response:**



121.    Admit or deny that Plaintiff purchased an Arizona Beverage for one reason.

**Response:**


122.    Admit or deny that Plaintiff purchased an Arizona Beverage for more than one reason.

**Response:**


123.    Admit or deny that Plaintiff is unaware of all the reasons why other people purchase Arizona Beverages.

**Response:**


124.    Admit or deny that Plaintiff is aware of all the reasons why other people purchase Arizona Beverages.

**Response:**


125.    Admit or deny that Plaintiff is obligated to pay all reasonable and necessary expenses he incurs in this litigation.

**Response:**


126.    Admit or deny that, other than the Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff has purchased other items of food and/or beverage which contain citric acid.

**Response:**

127.     Admit or deny that, other than the Arizona Beverages referenced in paragraph 41 of the Complaint, Plaintiff has never purchased other items of food and/or beverage which contain citric acid.

**Response:**


128.     Admit or deny that, after May 14, 2019, Plaintiff has purchased food and/or beverages labeled as having "no preservatives."

**Response:**


129.     Admit or deny that, after May 14, 2019, Plaintiff has not purchased food and/or beverages labeled as having "no preservatives."

**Response:**


130.     Admit or deny that each time he purchased an Arizona Beverage, Plaintiff personally consumed same.

**Response:**


131.     Admit or deny that Plaintiff purchased an Arizona Beverage in part because that product was labeled "No Preservatives."

**Response:**


132.     Admit or deny that Plaintiff purchased an Arizona Beverage solely because that product was labeled "No Preservatives."

**Response:**

133.     Admit or deny that Plaintiff purchased the Arizona Rx Energy Herbal Tonic, referenced in paragraph 41 of the Complaint, in part because that product contained caffeine.

**Response:**

134.     Admit or deny that Plaintiff did not purchase an Arizona Rx Energy Herbal Tonic, referenced in paragraph 41 of the Complaint, in part because that product contained caffeine.

**Response:**

135.     Admit or deny that Plaintiff purchased a Lipton Iced Tea beverage since May 14, 2013.

**Response:**

136.     Admit or deny that Plaintiff did not purchase a Lipton Iced Tea beverage since May 14, 2013.

**Response:**

137.     Admit or deny that Plaintiff purchased a Twinings Iced Tea beverage since May 14, 2013.

**Response:**

138.    Admit or deny that Plaintiff did not purchase a Twinings Iced Tea beverage since May 14, 2013.

**Response:**

139.    Admit or deny that Plaintiff purchased a Nestea Iced Tea beverage since May 14, 2013.

**Response:**

140.    Admit or deny that Plaintiff did not purchase a Nestea Iced Tea beverage since May 14, 2013.

**Response:**

141.    Admit or deny that Plaintiff purchased a Snapple Iced Tea beverage since May 14, 2013.

**Response:**

142.    Admit or deny that Plaintiff did not purchase a Snapple Iced Tea beverage since May 14, 2013.

**Response:**

143.    Admit or deny that Plaintiff purchased a Gold Peak Iced Tea beverage since May 14, 2013.

**Response:**

144.    Admit or deny that Plaintiff did not purchase a Gold Peak Iced Tea beverage since May 14, 2013.

**Response:**

145.    Admit or deny that Plaintiff purchased a Pure Leaf Lemon Iced Tea beverage since May 14, 2013.

**Response:**

146.    Admit or deny that Plaintiff did not purchase a Pure Leaf Lemon Iced Tea beverage since May 14, 2013.

**Response:**

147.    Admit or deny that Plaintiff purchased a Pure Leaf Unsweetened Black Tea beverage since May 14, 2013.

**Response:**

148.    Admit or deny that Plaintiff did not purchase a Pure Leaf Unsweetened Black Tea beverage since May 14, 2013.

**Response:**

## CERTIFICATION

I certify that a copy of Defendants' Initial Request for Admissions to Plaintiff was served

this day, via email and Federal Express overnight delivery, upon Carlos F. Ramirez, Esq., Reese

LLP, 100 West 93rd Street, 16th Floor, New York, New York 10025, attorneys for Plaintiff.

Dated:  June 9, 2020                    By: _____

                                        ROBERT E. DONOVAN

                                        McElroy, Deutsch, Mulvaney
                                        & Carpenter, LLP
                                        225 Liberty Street, 36th Floor
                                        New York, New York 10281
                                        Telephone: (212) 483-9490
                                        Facsimile: (212) 483-9129

                                        -and-

                                        570 Broad Street, 15th Floor
                                        Newark, New Jersey 07102
                                        Telephone: (973) 565-2195
                                        Facsimile: (973) 622-5314
                                        *rdonovan@mdmc-law.com*

                                        *Attorneys for Defendants, Arizona*
                                        *Beverages USA LLC, Hornell Brewing Co.,*
                                        *Inc., Beverage Marketing USA, Inc., Arizona*
                                        *Beverages Holdings LLC, and Arizona*
                                        *Beverages Holdings 2 LLC*

# EXHIBIT A



# EXHIBIT B



# EXHIBIT C



# EXHIBIT D



drinkarizona.com   For more information about AriZona call 1 800 832 3775

AriZona

Green Tea
with GINSENG
and HONEY

16 FL.OZ. - 473ml

SHAKE WELL
REFRIGERATE AFTER OPENING

CA CRV HI-ME 5¢ - OR 10¢ DEP.
55726

6  13008 72422  1

AriZona

Green Tea
with GINSENG
and HONEY

NO PRESERVATIVES
ARTIFICIAL COLOR
ARTIFICIAL FLAVOR

100% NATURAL

INGREDIENTS: PREMIUM BREWED GREEN TEA USING FILTERED WATER, HIGH FRUCTOSE
CORN SYRUP (GLUCOSE-FRUCTOSE SYRUP), HONEY, ASCORBIC ACID (VITAMIN C),
CITRIC ACID, NATURAL FLAVOR, GINSENG EXTRACT.
MANUFACTURED FOR ARIZONA BEVERAGES USA LLC WOODBURY, NY 11797 USA,
© 2019 BEVERAGE MARKETING USA, INC.

**Nutrition Facts**

Serving Size 8 fl. oz. (240ml)
Servings Per Container 2

| | % Daily Value* |
|---|---|
| Calories 70  Calories from Fat 0 | |
| Total Fat 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 10mg | 0% |
| Total Carbohydrate 17g | 6% |
| Dietary Fiber 0g | 0% |
| Sugars 17g | |
| Protein 0g | |
| | |
| Vitamin A 0% • Vitamin C 100% | |
| Calcium  0% • Iron 0% | |

*Percent Daily Values are based on a 2,000 calorie diet.

# EXHIBIT E



# EXHIBIT F



# EXHIBIT G



# EXHIBIT H



# EXHIBIT I



**100% NATURAL**

綠茶

**AriZona**

Green Tea
with GINSENG and HONEY

59 FL. OZ. • 1.74L ℮

**Nutrition Facts**
Serving Size 8 fl. oz. (240mL)
Servings Per Container Approx. 7

| Amount Per Serving | |
|---|---|
| Calories 70 | Calories from Fat 0 |
| | **% Daily Value*** |
| **Total Fat** 0g | 0% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 10mg | 0% |
| **Total Carbohydrate** 17g | 6% |
| Dietary Fiber 0g | 0% |
| Sugars 17g | |
| **Protein** 0g | |

Vitamin A  0% • Vitamin C 100%
Calcium  0% •  Iron  0%
*Percent Daily Values are based on a
2,000 calorie diet.

INGREDIENTS: PREMIUM BREWED GREEN TEA
(USING FILTERED WATER, HIGH FRUCTOSE CORN
SYRUP, GLUCOSE, FRUCTOSE SYRUP, HONEY,
ASCORBIC ACID (VITAMIN C), CITRIC ACID,
NATURAL FLAVOR, GINSENG EXTRACT.
MANUFACTURED FOR ARIZONA BEVERAGES
CALL U.S. DISTRIBUTOR BY FEROLITO VULTAGGIO MARKETING USA, INC.
© 2018 BEVERAGE MARKETING USA, INC.

**AriZona**

綠茶

Green Tea
with GINSENG and HONEY

59 FL. OZ. • 1.74L ℮

**AriZona**

Green Tea
With GINSENG and HONEY
**100% NATURAL**

**NO PRESERVATIVES ARTIFICIAL COLOR ARTIFICIAL FLAVOR**

For more info about AriZona
call 1-800-832-3775

SueBee
Orange Honey

Great
Hot!

SHAKE WELL • REFRIGERATE AFTER OPENING

CA CRV HI-ME 5¢ DEP.

6 13008 74935 4

**100% NATURAL**

# EXHIBIT J





# EXHIBIT K



# EXHIBIT L



# EXHIBIT M

