# EXHIBIT A

## Robert P. Donovan

| | |
|---|---|
| **From:** | Carlos Ramirez <cramirez@reesellp.com> |
| **Sent:** | Friday, May 29, 2020 1:34 PM |
| **To:** | Robert P. Donovan |
| **Cc:** | Kathleen N. Fennelly; Melissa Weiner (Mweiner@pswlaw.com); Bourne, Joseph C.; Michael Reese |
| **Subject:** | Re: Ashour v. AriZona: Meet & Confer |

This message originated from outside your organization

Bob,

Perhaps I should clarify the reason for our request. I think that we can all agree that this is a fairly straightforward labeing case. In addition, our client was not in a business relationship with your clients and is merely the retail consumer of just two of your clients' products.

Despite this, your clients have propounded 136 requests on a single consumer plaintiff. Most of these requests are unreasonably cumulative/duplicative, wholly unrelated to Plaintiff's allegations, unduly burdensome and, as a whole, rise to the level of being oppressive/harassing. Accordingly, it would be unfair for our client to have to answer requests that have not been propounded in good faith.

Please let us know when we can meet and confer.

Best regards,

Carlos

Carlos F. Ramirez
Partner
**Reese LLP**
7 Skyline Drive
Hawthorne, NY 10532
Telephone: (914) 860-4994
Facsimile: (212) 253-4272
Website: www.reesellp.com

CONFIDENTIALITY NOTICE: This e-mail and all attachments are privileged and confidential. Disclosure, copying, distribution, or use of any information contained in or attached to this message by anyone other than intended recipients or their agents is strictly prohibited. If you have received this message in error, please notify me immediately by reply e-mail to cramirez@reesellp.com or by telephone at (914) 860-4994, and destroy the original message and any attachments without reading, distributing, or saving them.

On Fri, May 29, 2020 at 11:26 AM Robert P. Donovan <rdonovan@mdmc-law.com> wrote:

Carlos-

1

Before any meaningful meet and confer, defendants would need to receive plaintiff's objections to the specific requests of concern.

Please advise if that can done and, if so, by what date.

We can then schedule a conference call.

Thank you-

Bob

**Robert P. Donovan**
Partner

P: 973-565-2195
F: 973-622-5314
E: rdonovan@mdmc-law.com
V: Download vCard

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
570 Broad Street
Suite 1500
Newark, New Jersey 07102-4560
www.mdmc-law.com

Click here to access our **Coronavirus Resource Center.**

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

**From:** Carlos Ramirez [mailto:cramirez@reesellp.com]
**Sent:** Thursday, May 28, 2020 11:54 AM
**To:** Robert P. Donovan
**Cc:** Kathleen N. Fennelly; Melissa Weiner (Mweiner@pswlaw.com); Bourne, Joseph C.; Michael Reese
**Subject:** Ashour v. AriZona: Meet & Confer

This message originated from outside your organization

Bob,

We would like to have a meet and confer regarding Defendants' Initial Request For Production of Documents to Plaintiff. While we typically would not meet and confer prior to providing responses, we think that this would be the most efficient way to proceed in light of the volume and breadth of the requests.

2

We can be available next week on Wednesday 6/10 after 3:00 p.m. ET or anytime on Thursday 6/11.

Best regards,

Carlos


Carlos F. Ramirez

Partner

**Reese LLP**

7 Skyline Drive

Hawthorne, NY 10532

Telephone: (914) 860-4994

Facsimile: (212) 253-4272

Website: www.reesellp.com

CONFIDENTIALITY NOTICE: This e-mail and all attachments are privileged and confidential.  Disclosure, copying, distribution, or use of any information contained in or attached to this message by anyone other than intended recipients or their agents is strictly prohibited.  If you have received this message in error, please notify me immediately by reply e-mail to cramirez@reesellp.com or by telephone at (914) 860-4994, and destroy the original message and any attachments without reading, distributing, or saving them.