# EXHIBIT D

**Robert P. Donovan**

| | |
|---|---|
| **From:** | Robert P. Donovan |
| **Sent:** | Monday, August 17, 2020 3:50 PM |
| **To:** | 'Carlos Ramirez'; Bourne, Joseph C. |
| **Cc:** | Kathleen N. Fennelly |
| **Subject:** | RE: Ahmed Ashour v. Arizona Beverages, et al. |

Dear Counsel-
This confirms our meet and confer held today.
Plaintiff agreed to amend the answers to all the interrogatories so as to remove the reference to the answers being "subject to General Objections".
Plaintiff will amend answers to question number 1, 5 and 6 within a matter of a "few days".
The parties could not agree on the disputes regarding interrogatory question numbers 2, 7, 9, 10 and 16.

As to the request for admissions, the parties could not reach an agreement on any of those requests.

As to the request for production, the parties also could not reach an agreement on any of those requests.
Defendants discussed withdrawing, without prejudice, request number 71, and reiterated its offer to withdraw request number 76, without prejudice, as long as a response to request number 17 was furnished.
No resolution of these specific issues was reached.

Defendants will communicate with the Court to request a pre-motion conference so as to seek leave to file a motion to compel.
Thank you-
Robert Donovan

**From:** Carlos Ramirez [mailto:cramirez@reesellp.com]
**Sent:** Friday, August 14, 2020 1:27 PM
**To:** Robert P. Donovan
**Cc:** Bourne, Joseph C.; Kathleen N. Fennelly
**Subject:** Re: Ahmed Ashour v. Arizona Beverages, et al.

**This message originated from outside your organization**

Bob,

Please see the attached correspondence.

Regards,

Carlos

Carlos F. Ramirez
Partner
**Reese LLP**
7 Skyline Drive
Hawthorne, NY 10532
Telephone: (914) 860-4994