**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
AHMED ASHOUR,

               Plaintiff,                            19-CV-7081 (AT) (OTW)

             -against-                      **SCHEDULING ORDER**

ARIZONA BEVERAGES USA LLC, et al.,

               Defendants.

-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

The Court will hold a telephonic discovery conference on **August 26, 2020 at 11:00 a.m.**

The dial-in information is as follows:

- Telephone Number: 866-390-1828
- Access Code: 1582687

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: August 21, 2020  
         New York, New York

**Ona T. Wang**  
United States Magistrate Judge