# STEVENS & LEE

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

March 23, 2021

**VIA E-FILING**

Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

    Re:    Ahmed Ashour v. Arizona Beverages USA LLC, et al.
               Index No. 19-cv-07081 (AT)(OTW)
               Joint Request to Extend March 24, 2021 Deadline to File
               Joint Status Letter Regarding Discovery

Dear Judge Wang:

    This firm represents defendants ("Defendants") in the above matter. The parties write jointly to request an extension of the deadline of March 24, 2021 to file a joint status letter regarding discovery. (ECF 115). The parties met and conferred on March 19 and are scheduled to meet again today. However, additional time is required this week prior to submitting the joint status letter. The parties therefore respectfully request that the deadline for the letter be extended to March 29, 2021.

    Thank you for Your Honor's attention to this matter.

Respectfully submitted,

| REESE LLP | STEVENS & LEE |
|---|---|
| _/s/ Carlos F. Ramirez_ | _/s/ Robert P. Donovan_ |
| CARLOS F. RAMIREZ, ESQ. | ROBERT P. DONOVAN, ESQ. |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
Richard J. Pinto, NJ Managing Attorney
A PA PROFESSIONAL CORPORATION

03/23/2021 SL1 1682589v1 115260.00002