# STEVENS & LEE

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

March 29, 2021

**VIA E-FILING**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

      Re:    **Ahmed Ashour v. Arizona Beverages USA LLC, et al.**
             **Index No. 19-cv-07081 (AT)(OTW)**
             **Joint Status Letter Regarding Discovery**

Dear Judge Wang:

      Kindly accept this joint letter by way of a brief status update regarding discovery. The parties continue to meet and confer, having done so by telephone on March 19 and March 23. The parties await the hearing transcript of the March 17 proceeding and plan to meet and confer again tomorrow. Based on these circumstances, we respectfully request that the Court consider granting the parties permission to file a more detailed joint status report on April 7, 2021.

      Thank you for Your Honor's attention to this matter.

                                        Respectfully submitted,

PEARSON, SIMON & WARSHAW, LLP        STEVENS & LEE

*/s/ Benjamin E. Shiftan*                                   */s/ Robert P. Donovan*

BENJAMIN E. SHIFTAN, ESQ.               ROBERT P. DONOVAN, ESQ.
ATTORNEYS FOR PLAINTIFF                 ATTORNEYS FOR DEFENDANTS

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
Richard J. Pinto, NJ Managing Attorney
A PA PROFESSIONAL CORPORATION

03/29/2021 SL1 1683494v1 115260.00002