# STEVENS & LEE

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

April 7, 2021

**VIA E-FILING**

Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re: Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
Index No. 1:19-cv-07081 (AT)(OTW)
Joint Status Report Regarding Discovery

Dear Judge Wang:

This firm represents defendants ("Defendants") in the above matter. Kindly accept this letter by way of a joint status report regarding discovery. The parties have met and conferred a number of times and are close to resolving matters concerning searches for electronically stored information and most of the topics at issue regarding Plaintiffs' Rule 30(b)(6) deposition notice. A subsequent meet and confer is expected to occur soon to discuss the remaining unresolved issues.

There remains an impasse about whether Defendants' profit and cost information is discoverable. That dispute relates to Plaintiffs' document requests and topics in the Rule 30(b)(6) deposition notice. The parties anticipate proposing a briefing schedule on a motion to compel and/or a motion for a protective order.

The parties have also discussed bifurcating discovery on liability and damages and/or prioritizing discovery as directed by the Court during the March 17, 2021 hearing. No agreement has been reached by the parties in this regard. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

PEARSON, SIMON & WARSHAW, LLP         STEVENS & LEE

_/s/ Benjamin E. Shiftan_              _/s/ Robert P. Donovan_

BENJAMIN E. SHIFTAN, ESQ.              ROBERT P. DONOVAN, ESQ.
ATTORNEYS FOR PLAINTIFF                ATTORNEYS FOR DEFENDANTS

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA PROFESSIONAL CORPORATION

04/07/2021 SL1 1684810v1 115260.00002