**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AHMED ASHOUR, *et al.*,

               Plaintiff,

               -against-

ARIZONA BEVERAGES USA LLC, *et al.*,

               Defendants.

------------------------------------------------------------x

19-cv-7081 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 128. The parties are directed to submit a proposed briefing schedule for their anticipated motion to compel and/or motion for a protective order by **April 16, 2021**. The next joint status letter is due **May 7, 2021**.

      **SO ORDERED.**

Dated: April 12, 2021
       New York, New York

      *s/ Ona T. Wang*
      **Ona T. Wang**
      United States Magistrate Judge