STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

May 11, 2021

**Via ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.**
**Index No. 1:19-cv-07081 (AT)(OTW)**
**Notice Withdrawing Argument at Point Heading III of Defendants' Memorandum of Law Filed in Support of Motion to Dismiss**

Dear Judge Torres:

This firm represents defendants ("Defendants") in the above matter. With regard to Defendants' memorandum of law filed in support of the motion to dismiss (ECF 132-9), Defendants hereby withdraw the argument at Point Heading III (at pages 17-19). The withdrawal is based upon *Langan v. Johnson & Johnson Consumer Companies, Inc.*, 897 F.3d 88, 96 (2d Cir. 2018), wherein the Second Circuit held "that whether a plaintiff can bring a class action under the state laws of multiple states is a question of predominance under Rule 23(b)(3), not a question of standing under Article III." Defendants reserve the right to assert the argument at Point Heading III at the proper procedural stage of this action.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEVENS & LEE

*/s/ Robert P. Donovan*

Robert P. Donovan

RPD:sck

cc: Carlos F. Ramirez, Esq. (via ECF)
Melissa S. Weiner, Esq. (via ECF)
Benjamin E. Shiftan, Esq. (via ECF)