Robert P. Donovan, Esq.
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.Donovan@StevensLee.com*

*Attorneys for Defendants, Arizona Beverages USA LLC,
Hornell Brewing Co., Inc., Beverage Marketing USA, Inc.,
Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Civil Action No. 1:19-CV-07081-AT-OTW<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION: (1) TO AMEND THE SCHEDULING ORDER TO BIFURCATE DISCOVERY; (2) FOR A PROTECTIVE ORDER; AND (3) TO COMPEL DISCOVERY FROM PLAINTIFF AHMED ASHOUR |

I, Robert P. Donovan, of full age, hereby declare:

1. I am an attorney-at-law in the State of New Jersey and I am admitted *pro hac vice* as counsel for defendants ("Defendants") in this action. I have factual knowledge regarding the procedural history in this matter. I make this declaration in support of Defendants' motion: (1)

to amend the scheduling order to bifurcate discovery on liability and damages; (2) for a protective order as concerning Plaintiffs' Rule 30(b)(6) deposition notice; and (3) to compel discovery from Plaintiff, Ahmed Ashour ("Plaintiff Ashour").

2. Attached are the following exhibits:

3. Attached as Exhibit 1 is a copy of excerpts of the transcript of the March 17, 2021 conference held before the Honorable Ona T. Wang, U.S.M.J. in this action.

4. Attached as Exhibit 2 is a copy of a letter dated March 26, 2021.

5. Attached as Exhibit 3 is a copy of supplemental response to interrogatory number 2 from Plaintiff Ashour.

6. Attached as Exhibit 4 is a copy of Plaintiffs' amended notice of deposition pursuant to Rule 30(b)(6).

7. Attached as Exhibit 5 is a copy of an email exchange between the parties' counsel concerning meet and confer conferences.

8. Attached as Exhibit 6 is a copy of excerpts of the deposition of Plaintiff Ashour.

9. Attached as Exhibit 7 is a copy of a letter dated March 11, 2021.

10. Attached as Exhibit 8 is a copy of a privilege log furnished by Plaintiffs.

I hereby declare, under oath and penalties of perjury, that the foregoing statements made by me are true.

Dated: May 24, 2021

*/s/ Robert P. Donovan*
ROBERT P. DONOVAN