Robert P. Donovan, Esq.
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.Donovan@StevensLee.com*

*Attorneys for Defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Civil Action No.<br>1:19-CV-07081-AT-OTW<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION TO FILE DOCUMENT UNDER SEAL |

I, Robert P. Donovan, of full age, hereby declare:

1. I am an attorney-at-law in the State of New Jersey and I am admitted *pro hac vice* as counsel for defendants ("Defendants") in this action. I have factual knowledge regarding the procedural history in this matter. I make this declaration in support of Defendants' motion to file a retainer agreement produced in discovery under seal.

2. In connection with the motion, to be filed separately, is Exhibit A, a copy of the retainer agreement, dated January 9, 2019, bearing bates-stamp number AA-00001-00005, for which Defendants seek permission to file under seal.

I hereby declare, under oath and penalties of perjury, that the foregoing statements made by me are true.

Dated: May 24, 2021

ROBERT P. DONOVAN

# EXHIBIT A

[Intentionally left blank - to be filed separately under seal]