# REESE LLP

June 3, 2021

*Via CM/ECF*
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York  10007

> Re:   *Ashour v. AriZona Beverages USA LLC*
> **Index No. 1:19-cv-07081(AT)(OTW)**
> **Joint Request to Extend Briefing Schedule and Deadline to File**
> **Joint Status Letter Regarding Discovery**

Dear Judge Wang:

This firm represents Plaintiffs in the above-refenced matter.  In connection with the briefing schedule set forth under Your Honor's Order (ECF 138), the parties respectfully submit the enclosed joint stipulation (attached as Exhibit 1) proposing to extend the due dates for such oppositions and replies by 2 days.

Presently, a joint status letter regarding discovery is due on June 7, 2021.  (ECF 135).  As the parties are continuing to brief their respective oppositions to the discovery motions pending before the Court, should the Court grant an extension of that briefing schedule, the parties also jointly request that the deadline of June 7, 2021 to file the joint status letter regarding discovery be extended until June 9, 2021.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEVENS & LEE                                    REESE LLP

By:  /s/ Robert P. Donovan                       By:  /s/ Carlos F. Ramirez
Robert P. Donovan, Esq.                          Carlos F. Ramirez, Esq.