# REESE LLP

June 7, 2021

*Via CM/ECF*
Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York  10007

    Re: ***Ashour v. AriZona Beverages USA LLC***
       **Index No. 1:19-cv-07081(AT)(OTW)**
       **Joint Status Letter Regarding Discovery**

Dear Judge Wang:

  This firm represents Plaintiffs in the above-refenced matter.  Please accept this letter by way of a joint status report regarding discovery.

  On May 24, 2021, the parties filed motions concerning certain discovery matters, which are pending before this Court.  Presently, the parties are briefing oppositions to those motions, which are due on June 9, 2021, with replies in support of those motions being due on June 16, 2021.

  Thank you for your Honor's attention to this matter.

          Respectfully submitted,

STEVENS & LEE         REESE LLP

By: _Robert P. Donovan_      By: _Carlos F. Ramirez_
Robert P. Donovan, Esq.      Carlos F. Ramirez, Esq.