**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
AHMED ASHOUR, et al.,                     :
                                          :
                    Plaintiff,            :       19-cv-7081 (AT) (OTW)
                                          :
              -against-                   :       ORDER
                                          :
ARIZONA BEVERAGES USA LLC, et al.,        :
                                          :
                    Defendants.           :
                                          :
                                          :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a status conference in this matter on **December 15, 2021 at 3:00 p.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a proposed joint agenda by **December 10, 2021**.

The Clerk of Court is directed to close ECF 139 and 144, which were decided on the record at the November 3, 2021 conference.

**SO ORDERED.**

                                                                                   *s/ Ona T. Wang*

Dated: November 4, 2021                                     **Ona T. Wang**
      New York, New York                          United States Magistrate Judge