**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
AHMED ASHOUR, *et al.*,   :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,   :　　　　19-cv-7081 (AT) (OTW)
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-   :　　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　:
ARIZONA BEVERAGES USA LLC, *et al.*,   :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.   :
　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------x

　　　　**ONA T. WANG**, **United States Magistrate Judge**:

　　　　It has come to the Court's attention that there were technical issues with the audio recording of the November 3, 2021 conference, and thus no recording of the November 3rd conference exists. The parties are still expected to comply with all rulings made at the November 3rd conference, including the below:

- With respect to Document Request 23, Defendants were ordered to produce information regarding costs associated with making and producing their products.

- With respect to Document Request 24, Defendants were ordered to make the agreed upon email production by November 12, 2021.

- With respect to the Deposition Topics, Plaintiffs' motion to compel and Defendants' motion for a protective order were **DENIED** as premature.

- Defendants' motion to bifurcate discovery was **DENIED**.

- With respect to Plaintiff Ashour's employment dispute referred to in his deposition, Plaintiff Ashour was ordered to provide the name of his employer for his work as a bartender.

- Discovery is extended through **December 31, 2021**.

- The Court will hold an in-person status conference on **December 15, 2021 at 3:00 p.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D. The parties shall submit a joint agenda by **December 10, 2021**. (ECF 168).

**SO ORDERED.**

|  |  |
|---|---|
|  | *s/ Ona T. Wang* |
| Dated: November 23, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |