```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

AHMED ASHOUR, JOY BROWN and
CRYSTAL TOWNES, individually and on behalf
of all others similarly situated,

                     Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL
BREWING CO., INC., BEVERAGE
MARKETING USA, INC., ARIZONA
BEVERAGES HOLDINGS LLC, and ARIZONA
BEVERAGES HOLDINGS 2 LLC,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/2022

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Fact discovery in this action will close on December 21, 2022. ECF No. 191. The case management conference in this action is scheduled for **January 31, 2023**, at **11:00 a.m.** The conference will occur telephonically. The parties are directed to dial (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

      Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.

      SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge