UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and
CRYSTAL TOWNES, individually and on behalf
of all others similarly situated,

Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL
BREWING CO., INC., BEVERAGE
MARKETING USA, INC., ARIZONA
BEVERAGES HOLDINGS LLC, and ARIZONA
BEVERAGES HOLDINGS 2 LLC,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2022
```

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery in this action will close on January 24, 2023.  ECF No. 206.  The case management conference scheduled for January 31, 2023, is ADJOURNED to **February 14, 2023**, at **10:20 a.m.**

Additionally, the parties must file a joint status report not later than one week in advance of the case management conference.  ECF No. 203.  And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery.  *Id.*

SO ORDERED.

Dated: November 30, 2022
New York, New York

ANALISA TORRES
United States District Judge