UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AHMED ASHOUR, *et al.*,　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Plaintiff,　　　　　　　　　　　　: 　　19-cv-7081 (AT) (OTW)
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　　　　　　: 　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　:
ARIZONA BEVERAGES USA LLC, *et al.*,　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　Defendants.　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 208. To the extent that ECF 208 is a motion to extend the fact discovery deadline, or is a motion to reconsider the Court's ruling in ECF 206, it is **DENIED**. The fact discovery deadline remains **January 24, 2023**.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ Ona T. Wang*
Dated: December 9, 2022　　　　　　　　　　　　　　**Ona T. Wang**
　　　New York, New York　　　　　　　　　　　　United States Magistrate Judge