**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
AHMED ASHOUR, *et al.*,

            Plaintiff,

        -against-

ARIZONA BEVERAGES USA LLC, *et al.*,

           Defendants.

------------------------------------------------------------x

19-cv-7081 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 213 and 214. Defendants represent that they either have produced or are producing all responsive documents in compliance with the Court's past discovery rulings. Accordingly, Plaintiffs' request for a discovery conference is **DENIED**.

The parties shall file a joint status letter informing the Court of all outstanding discovery by January 27, 2023.

The Clerk of Court is respectfully directed to close ECF 213.

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: January 6, 2023
New York, New York