```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AHMED ASHOUR, et al.,                              :
                                                   :
                       Plaintiff,                  :          19-cv-7081 (AT) (OTW)
                                                   :
              -against-                            :          ORDER
                                                   :
ARIZONA BEVERAGES USA LLC, et al.,                 :
                                                   :
                       Defendants.                 :
                                                   :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 217 and 218.

The parties are directed to fully brief the issue of Defendants' request for a protective order. Defendants' opening brief is due January 24, 2023. Plaintiff' response is due January 31, 2023. The parties' papers shall not exceed 10 pages each.

The parties shall also submit, **by January 24, 2023**, a joint chart outlining each objection that Defendants have to Plaintiffs' 30(b)(6) topics, and each response that Plaintiffs have to that objection. **Every objection and every response must be supported by relevant case law.**

Dated: January 17, 2023  
       New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge