## Stevens & Lee

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

January 20, 2023

**MEMO ENDORSED.**

**VIA E-FILING**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re: **Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
Index No. 1:19-cv-07081 (AT)(OTW) – Consent Motion to Request Extension of Fact Discovery Deadline By 30 Days**

Dear Judge Wang:

This firm represents defendants ("Defendants"). Kindly accept this letter by way of the Defendants' motion to request that the Court consider an extension of the fact discovery deadline by 30 days. Defendants have conferred with Plaintiffs and they consent to this request.

Per Court Order (ECF 211), Defendants filed a letter motion seeking a protective order concerning Plaintiffs' Rule 30(b)(6) deposition notice. (ECF 217). After opposition was filed (ECF 219), this Court entered an order requiring further briefing (by Defendants, on January 24, and by Plaintiffs, on January 31, respectively). (ECF 220). However, under the aforementioned Order concerning depositions, the Rule 30(b)(6) depositions are to be completed by February 3, 2023 and the individual depositions are to be completed by the fact discovery deadline, February 10, 2023. (ECF 211). Given that a decision on the motion for a protective order is not likely until a date after January 31, preparation of the 30(b)(6) witnesses and their production for examination by February 3, is not feasible.

As to the Rule 30(b)(6) topics not in dispute, Defendants anticipate producing three 30(b)(6) witnesses. There are 5 individual deposition notices issued by Plaintiffs whose depositions are to be completed by February 10. (ECF 211). In the interest of avoiding duplicative questioning, the 30(b)(6) deposition ought to proceed first. Based upon a prior meet and confer, the parties agree that such a proposed sequence would be preferable. (ECF 210). Therefore, at least 8 depositions may have to be completed after a ruling on the motion for a protective order.

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA PROFESSIONAL CORPORATION

01/20/2023 SL1 1825076v1 115260.00002

# Stevens & Lee

Honorable Ona T. Wang, U.S.M.J.
January 20, 2023
Page 2

      For the foregoing reasons, Defendants respectfully submit that good cause exists to extend the fact discovery deadline by 30 days. Thank you for Your Honor's attention to this matter.

                        Respectfully submitted,

                        STEVENS & LEE

                        Robert P. Donovan

RPD:sck

cc:     (All counsel of record via ECF)

---

Application **GRANTED**. The fact discovery deadline is extended to March 10, 2023, solely so that the parties may complete the discovery referenced in ECF 221.

**SO ORDERED.**

_____
Ona T. Wang                1/24/23
U.S.M.J.

---

01/20/2023 SL1 1825076v1 115260.00002