UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

                      Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/26/2023_

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Fact discovery in this action will close on March 10, 2023. ECF No. 224. The case management conference scheduled for March 7, 2023, is ADJOURNED to **April 5, 2023, at 11:40 a.m.**

      Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. ECF No. 203. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *Id.*

      SO ORDERED.

Dated: January 26, 2023
       New York, New York

                                                        ANALISA TORRES
                                                    United States District Judge