UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AHMED ASHOUR, *et al.*,

          Plaintiff,

          -against-

ARIZONA BEVERAGES USA LLC, *et al.*,

          Defendants.

------------------------------------------------------------x

19-cv-7081 (AT) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 226 and 229.

The Court finds that the disputed topics as referenced in ECF 226-1 are either substantially covered by or sub-topics of the parties' agreed-upon 30(b)(6) topics (Topic Nos. 7, 12, 13, 14, 15, and 29). Defendants should construe the disputed topics as potential follow-up questions that may be useful for Defendants to understand the existing scope of Plaintiffs' 30(b)(6) topics.

The Clerk of Court is respectfully directed to close ECF 217.

Dated: February 3, 2023
      New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge