# Stevens & Lee

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760

**MEMO ENDORSED.**

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

February 9, 2023

**Application DENIED.**

**VIA E-FILING**

**SO ORDERED.**

Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Ona T. Wang        2/13/23
U.S.M.J.

Re:  Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
     Index No. 19-cv-07081 (AT)(OTW)
     Defendants' Request for a Stay of Enforcement of February 3, 2023 Order

Dear Judge Wang:

      This firm represents defendants ("Defendants"). Defendants will be filing objections, under Rule 72(a), with regard to Your Honor's order entered February 3, 2023. (ECF No. 230). Defendants therefore respectfully request that the Court stay enforcement of the February 3, 2023 order pending review under Rule 72(a). A stay is warranted here because, absent one, Defendants would be deprived of an opportunity for an orderly review. *See Cazaubon v. Korean Air Lines Co., Ltd.*, No. CV-07-2197 (NGG)(JO), 2007 WL 1592979, at *4 (E.D.N.Y. June 1, 2007) (where the court, *sua sponte*, entered a stay of a remand order for a period of time sufficient for defendant to file objections with the District Judge assigned to the case). Defendants consent to any necessary extension of the current fact discovery deadline, in connection with this request, so as to avoid prejudice to Plaintiffs. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEVENS & LEE

Robert P. Donovan

cc:   (All counsel of record via ECF)

Allentown • Bergen County • Bala Cynwyd • Cleveland • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA PROFESSIONAL CORPORATION

02/09/2023 SL1 1828037v1 115260.00002