UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/21/2023_

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, Defendants filed a motion to stay the effect of the Honorable Ona T. Wang's February 3, 2023 order concerning Defendants' request for a protective order, ECF No. 230, or, alternatively, to extend the fact discovery deadline of March 10, 2023. ECF No. 238. Accordingly, by **February 24, 2023**, Plaintiffs shall file their response.

    SO ORDERED.

Dated: February 21, 2023
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge