UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and
CRYSTAL TOWNES, individually and on behalf
of all others similarly situated,

                              Plaintiffs,

        -against-

ARIZONA BEVERAGES USA LLC, HORNELL
BREWING CO., INC., BEVERAGE
MARKETING USA, INC., ARIZONA
BEVERAGES HOLDINGS LLC, and ARIZONA
BEVERAGES HOLDINGS 2 LLC,

                              Defendants.

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _2/28/2023___ |

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On February 17, 2023, Defendants filed a motion to stay the effect of the Honorable Ona T. Wang's February 3, 2023 order concerning Defendants' request for a protective order, ECF No. 230, or, alternatively, to extend the fact discovery deadline of March 10, 2023. ECF No. 238. On February 24, 2023, Plaintiffs filed their response, stating that they "oppose Defendants' motion to stay," ECF No. 240 at 2, but "agree with Defendants' motion that the fact discovery deadline needs to be extended," *id.* at 1. On February 27, 2023, Judge Wang granted the parties' request to extend the fact discovery deadline. ECF No. 242; *see also* ECF No. 236. Accordingly, Defendants' motion, ECF No. 230, is DENIED as moot.

Defendants also filed objections to Judge Wang's February 3, 2023 order. ECF No. 237. Accordingly, by **March 6, 2023**, Defendants shall advise the Court whether Judge Wang's extension of the discovery deadline alters the relief they seek.

Fact discovery in this action will close on May 15, 2023. ECF No. 242. The case management conference scheduled for April 5, 2023, is ADJOURNED to **June 13, 2023**, at **3:00 p.m.**

Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. ECF No. 203. And, pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *Id.*

The Clerk of Court is directed to terminate the motion at ECF No. 238.

SO ORDERED.

Dated: February 28, 2023
New York, New York

ANALISA TORRES
United States District Judge