```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/14/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

                Defendants.

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On February 17, 2023, Defendants filed objections to an order from the Honorable Ona T. Wang dated February 3, 2023. ECF No. 237; *see also* ECF No. 244. Accordingly, by **March 27, 2023**, Plaintiffs shall file a response, and by **April 3, 2023**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: March 14, 2023
       New York, New York

                                          ANALISA TORRES
                                        United States District Judge