```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AHMED ASHOUR, et al.,                    :
                                         :
                Plaintiff,               :        19-cv-7081 (AT) (OTW)
                                         :
        -against-                        :        ORDER
                                         :
ARIZONA BEVERAGES USA LLC, et al.,       :
                                         :
                Defendants.              :
                                         :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 245-247. The parties are directed to review Fed. R. Civ. P. 33(d) when propounding and responding to interrogatories.

The Court resolves the parties' dispute as follows: Plaintiff may withdraw the current interrogatories referenced in ECF 245 and propound new interrogatories at a later date. If Plaintiff chooses not to withdraw her current interrogatories, Defendants' responses to those interrogatories is due **after** the completion of document discovery in this case.

The parties are directed to meet and confer and file a joint status letter on this issue by March 31, 2023.

The Clerk of Court is respectfully directed to close ECF 245.

**SO ORDERED.**

_s/ Ona T. Wang_
Dated: March 15, 2023                            **Ona T. Wang**
   New York, New York                     United States Magistrate Judge