**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

AHMED ASHOUR, *et al.*,                                         :
                                                               :
           Plaintiff,                     :      19-cv-7081 (AT) (OTW)
                                                               :
          -against-                     :      **ORDER**
                                                               :
ARIZONA BEVERAGES USA LLC, *et al.*,                           :
                                                               :
           Defendants.                     :
                                                               :
---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a status conference in this matter on May 2, 2023.

        Pursuant to rulings made on the record at the status conference, Defendants shall substantially complete their document production by September 15, 2023.

        The fact discovery deadline is extended to November 17, 2023.

        The parties are directed to meet and confer and inform the Court of their resolution of the issue of Plaintiff Crystal Townes' interrogatories in their next monthly joint status letter.

        The parties are directed to refer to the transcript of the May 2 conference for greater detail on the Court's rulings.

        **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: May 2, 2023                                    **Ona T. Wang**
       New York, New York                         United States Magistrate Judge