**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN, and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>    Defendants. | CASE NO. 1:19-cv-07081-(AT) (OTW)<br><br>**CLASS ACTION** |

**NOTICE OF WITHDRAWAL OF COUNSEL BENJAMIN E. SHIFTAN**

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE that Benjamin E. Shiftan is no longer associated with the law firm of Pearson Warshaw, LLP. He accordingly hereby withdraws as counsel for Plaintiffs in this matter. Pearson Warshaw, LLP will continue to serve as counsel for Plaintiffs through its attorney Melissa S. Weiner. Plaintiffs will also continue to be represented by Michael R. Reese and Carlos F. Ramirez of the law firm of Reese LLP. All future pleadings and correspondence in this action should continue to be directed to them.

DATED: May 16, 2023           **PEARSON WARSHAW, LLP**

                              By:  /s/ *Melissa S. Weiner*
                                   MELISSA S. WEINER

                              MELISSA S. WEINER
                                 mweiner@pwfirm.com
                              **PEARSON WARSHAW, LLP**
                              328 Barry Avenue S., Suite 200
                              Wayzata, MN 55391
                              Telephone: (612) 389-0600
                              Facsimile: (612) 389-0610

                              MICHAEL R. REESE
                                 mreese@reesellp.com
                              CARLOS F. RAMIREZ
                                 cramirez@reesellp.com
                              **REESE LLP**
                              100 West 93rd Street, 16th Floor
                              New York, New York 10025
                              Telephone: (212) 643-0500
                              Facsimile: (212) 253-4272

                              *Attorneys for Plaintiffs and the Proposed Classes*

SO ORDERED on this _____ day of _____, 2023

                              _____
                              Ona T. Wang
                              United States Magistrate Judge

---

Case No. 1:19-cv-07081-(AT) (OTW)

NOTICE OF WITHDRAWAL