# Stevens & Lee

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760  Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

**MEMO ENDORSED.**

**Application GRANTED.**

September 29, 2023

**SO ORDERED.**

Ona T. Wang    10/2/23
U.S.M.J.

**VIA E-FILING**
Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

Re:  Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
Index No. 1:19-cv-07081 (AT)(OTW) – Joint Request to Extend Time to Submit Joint Status Report

Dear Judge Wang:

Kindly consider this letter by way of a joint request to extend the due date for the joint status report seven days to October 6, 2023. The parties are meeting and conferring about issues and this additional time will facilitate that process and allow for sufficient time to address unresolved matters.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

PEARSON WARSHAW, LLP                STEVENS & LEE

By: *Melissa S. Weiner*              By: *Robert P. Donovan*
    Melissa S. Weiner                    Robert P. Donovan

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA PROFESSIONAL CORPORATION

09/29/2023 SL1 1952117v1 115260.00002