```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/17/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

          Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

          Defendants.

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Fact discovery in this action will close on **December 22, 2023**. ECF No. 275. The case management conference scheduled for December 5, 2023, is ADJOURNED to **January 16, 2024**, at **11:20 a.m.**

    Additionally, the parties must file a joint status report not later than one week in advance of the case management conference. ECF No. 203. Pre-motion letters for any motions for summary judgment must be submitted within fourteen days of the close of fact discovery. *Id.*

    SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                                ANALISA TORRES
                                             United States District Judge