# Stevens & Lee

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760 Fax (201) 857-6761
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

November 21, 2023

**VIA E-FILING**

Honorable Ona T. Wang, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, New York 10007

**MEMO ENDORSED.**

Re: Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
Index No. 1:19-cv-07081 (AT)(OTW) – Joint Request For One-Day
Extension of Due Date to Submit Joint Status Report

Dear Judge Wang:

This firm represents Defendants. We write with the consent of Plaintiffs to request that the Court consider extending the due date for the parties to submit a joint status report one day, to November 28, 2023, to afford the parties an opportunity to meet and confer about discovery issues. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEVENS & LEE

Robert P. Donovan

RPD:sck

cc: All Counsel of Record (via ECF)

**Application GRANTED.**

**SO ORDERED.**

Ona T. Wang   11/21/23
U.S.M.J.

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA PROFESSIONAL CORPORATION

11/21/2023 SL1 1962546v1 115260.00002