Shirley D. Moreno, Esq. (5927074)
STEVENS & LEE, PC
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6012
Facsimile: (201) 857-8502
shirley.moreno@stevenslee.com

*Attorneys for Defendants, Arizona Beverages USA LLC,
Hornell Brewing Co., Inc., Beverage Marketing USA, Inc.,
Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Civil Action No. 1:19-cv-07081-AT-OTW<br><br>**NOTICE OF APPEARANCE OF ATTORNEY SHIRLEY D. MORENO FOR DEFENDANTS** |

TO THIS COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that I, Shirley D. Moreno, Esq., of Stevens & Lee, PC, hereby enter my appearance as counsel for Defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC ("Defendants"), in this matter. I am a member in good standing of

SL1 2033133v3 115260.00002

the State Bar of New York and am admitted to practice in the Southern District of New York. My contact information is as follows:

> Shirley D. Moreno, Esq.
> STEVENS & LEE, PC
> 669 River Drive, Suite 201
> Elmwood Park, New Jersey 07407
> Telephone No.: (201) 857-6012
> Facsimile No.: (610) 371-8502
> shirley.moreno@stevenslee.com

Dated: January 22, 2024

/s/Shirley D. Moreno
SHIRLEY D. MORENO

STEVENS & LEE, PC
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
(201) 857-6012
shirley.moreno@stevenslee.com

*Attorneys for Defendants,*
*Arizona Beverages USA LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC*