**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

AHMED ASHOUR, et al.,        :

                            :

        Plaintiff,        :         19-CV-7081 (AT) (OTW)

                            :

        -against-       :         **ORDER**

                            :

ARIZONA BEVERAGES USA LLC, et al.,    :

                            :

        Defendants.     :

---------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

        The Court held an in-person status conference in this matter on Wednesday, January 31,

2024. Plaintiff's motion for a further deposition of Defendants' 30(b)(6) deponent is **DENIED**.

Plaintiff's motion to seal ECF 283 (*see* ECF 282) is **GRANTED** in part and **DENIED** in part. The

parties are directed to meet and confer regarding appropriate redactions of ECF 283 and file a

redacted version **by Friday, February 9, 2024**.

        Discovery in this case is **CLOSED**. The parties are directed to file a joint letter to Judge

Torres regarding a summary judgment briefing schedule.

        The Clerk of Court is respectfully directed to close ECF Nos. 282 and 283.

        **SO ORDERED.**


                          _/s/ Ona T. Wang_

Dated: January 31, 2024                **Ona T. Wang**
      New York, New York         United States Magistrate Judge