# Stevens & Lee

669 River Drive, Suite 201
Elmwood Park, NJ 07407
(201) 857-6760
www.stevenslee.com

Direct Dial: (201) 857-6778
Email: robert.donovan@stevenslee.com
Direct Fax: (610) 371-7938

May 7, 2024

**Via ECF**
Honorable Analisa Torres, U.S.D.J.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

    Re:    Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
             Index No. 1:19-cv-07081 (AT)(OTW)
             Defendants' Request to File Overlength Reply Brief

Dear Judge Torres:

    This firm represents defendants ("Defendants") in the above matter. Defendants respectfully request that the Court consider granting Defendants permission to file an overlength brief in reply to Plaintiffs' opposition to the motion for summary judgment (i.e., not more than two extra pages). Plaintiffs consent to this request.

    Thank you for Your Honor's attention to this matter.

Respectfully submitted,

STEVENS & LEE

Robert P. Donovan

RPD:sck

cc:    All Counsel of Record (via ECF)

Allentown • Bergen County • Bala Cynwyd • Fort Lauderdale • Harrisburg • Lancaster • New York
Philadelphia • Princeton • Reading • Rochester • Scranton • Valley Forge • Wilkes-Barre • Wilmington
A PA Professional Corporation, Salvatore A. Giampiccolo, NJ Managing Attorney

05/07/2024 SL1 2106879v1 115260.00002