```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/9/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

                Defendants.

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated March 28, 2025, the Court granted Defendants' motion for judgment on the pleadings and granted in part and denied in part Defendants' motion for summary judgment. ECF No. 352. By email dated April 8, 2025, the parties informed the Court that they wish to engage in private mediation. Accordingly, by **April 22, 2025**, the parties shall select a mediator and a date for mediation. Such mediation shall be completed by **June 16, 2025**. Within two weeks of the completion of mediation, the parties shall jointly file a letter informing the Court whether mediation was successful and, if not, how they wish to proceed in this action. The mediation shall have no effect on any scheduling order issued by the Court.

    SO ORDERED.

Dated: April 9, 2025
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge