

328 BARRY AVENUE S., SUITE 200
WAYZATA, MN 55391
office (612) 389-0600
fax (612) 389-0610
PWFIRM.COM

MELISSA S. WEINER
direct (612) 389-0601
MWEINER@PWFIRM.COM

April 23, 2025

**VIA ECF AND EMAIL**

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
torres_nysdchambers@nysd.uscourts.gov

Re:   *Ashour, et al. v. Arizona Beverages USA LLC & Beverage Marketing USA, Inc.*
      **Joint Request for Extension of Time to Complete Mediation**
      Case No.:         1:19-cv-07081-AT-OTW
      Our File No.:     5544-00001

Dear Judge Torres:

    Plaintiffs Ahmed Ashour, Joy Brown and Crystal Townes, individually and on behalf of all others similarly situated ("Plaintiffs") and Defendants, Arizona Beverages USA LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC, and Arizona Beverages Holdings 2 LLC ("Defendants," collectively, "Parties"), jointly and respectfully request that the Court grant an extension of the deadline to complete mediation (ECF No. 353).

    The date for the Parties to complete mediation is currently June 16, 2025 (ECF. No. 353). However, the first date the Parties, mediator, and counsel are available to mediate is July 24, 2025. Therefore, the Parties request the Court extend the deadline to complete mediation to July 25, 2025. There have been no prior requests for any extension of time with regard to completing mediation. The Parties' request for this extension of time will not affect other case management dates. Thank you for Your Honor's attention to this matter.

PEARSON WARSHAW, LLP

Honorable Analisa Torres, U.S.D.J.
April 23, 2025
Page 2

Respectfully Submitted,

| PEARSON WARSHAW, LLP | STEVENS & LEE |
|---|---|
| */s/ Melissa S. Weiner* | */s/ Robert P. Donovan* |
| MELISSA S. WEINER | ROBERT P. DONOVAN |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

cc: Michael R. Reese, Esq.
    Carlos F. Ramirez, Esq.