UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and
CRYSTAL TOWNES, individually and on behalf
of all others similarly situated,

                        Plaintiffs,

-against-

ARIZONA BEVERAGES USA LLC,
HORNELL BREWING CO., INC.,
BEVERAGE MARKETING USA, INC.,
ARIZONA BEVERAGES HOLDINGS LLC, and
ARIZONA BEVERAGES HOLDINGS 2 LLC,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/8/2025_

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      By letter dated August 7, 2025, the parties jointly advised the Court that mediation efforts have been unsuccessful. ECF No. 361. Plaintiffs intend to file a motion for class certification and to reopen fact discovery in connection with their class certification motion. *Id.* Defendants intend to oppose Plaintiffs' request to reopen fact discovery and request a schedule for expert discovery. *Id.* The parties also intend to submit a proposed class certification briefing schedule by August 18. *Id.*

      Accordingly, by **August 18, 2025**, the parties shall file their proposed briefing schedule for Plaintiffs' anticipated motion for class certification. Should Plaintiffs wish to move to reopen discovery, they shall file that request in the form of a letter motion. Defendants shall respond within five business days.

      SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge