

328 BARRY AVENUE S., SUITE 200
WAYZATA, MN 55391
*office* (612) 389-0600
*fax* (612) 389-0610
PWFIRM.COM

MELISSA S. WEINER
*direct* (612) 389-0601
MWEINER@PWFIRM.COM

November 3, 2025

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Ashour, Ahmed, et al. v. Arizona Beverages USA LLC, et al.*
 Case No.: 1:19-cv-07081-AT-OTW
 **Plaintiffs' Request to Enlarge Word Count for Class Certification Briefing**

Dear Magistrate Judge Wang:

This Firm, along with the Reese LLP, represents Plaintiffs Ahmed Ashour and Crystal Townes in the above-referenced matter.[1] Plaintiffs' Motion for Class Certification ("Motion") is due November 17, 2025. ECF No. 364. Due to the complex nature of the issues involved, including expert testimony and documentary evidence, Plaintiffs respectfully request the Court grant Plaintiffs permission to extend the word limitation for their opening brief to 10,500 words and the word limitation for their reply brief to 4,200 words. Plaintiffs met and conferred with counsel for Defendants on this request, and Defendants consented to their request so long as Plaintiffs consented to an enlargement of their word count on the opposition to the Motion to 10,500 words. Plaintiffs agree to this request.

Thank you for your Honor's attention to this matter.

---

[1] Following the Court's Order on Defendants' Motion for Summary Judgment and Partial Judgment on the Pleadings, all of Plaintiff Joy Brown's claims are dismissed. *See* ECF No. 352

PEARSON WARSHAW, LLP

Honorable Ona T. Wang
November 3, 2025
Page 2

                                                      Respectfully submitted,

                                                      PEARSON WARSHAW, LLP

                                                      */s/ Melissa S. Weiner*

                                                      Melissa S. Weiner

cc:      All Counsel of Record (via ECF)