# EXHIBIT 8

Don Vultaggio                              November 10, 2023

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

                    CASE# 1:19-cv-07081

-------------------------------------------x

AHMED ASHOUR, JOY BROWN, CRYSTAL TOWNES,

individually and on behalf of all others

similarly situated,

                    Plaintiffs,

            -against-

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO.,

INC., BEVERAGE MARKETING USA, INC., ARIZONA

BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES

HOLDINGS 2 LLC,

                    Defendants.

-------------------------------------------x

                    333 Earle Ovington Blvd
                    Uniondale, New York

                    November 10, 2023
                    9:18 a.m.


        Video Recorded Deposition of the

Defendants by DON VULTAGGIO pursuant to Rule 30

of the Federal Rules of Civil Procedure, before

Robert S. Barletta, a Notary Public of the State

of New York.

Don Vultaggio                                    November 10, 2023

Page 2

A P P E A R A N C E S:

PEARSON WARSHAW, L.L.P.

Co-Attorneys for Plaintiffs

    328 Barry Avenue South

    Wayzata, Minnesota 55391

BY:   RYAN GOTT, ESQ.

BY:   MELISSA WEINER, ESQ.

EMAIL:Rgott@pwfirm.com


REESE, L.L.P.

Co-Attorneys for Plaintiffs

    100 West 93rd Street

    New York, New York 10025

BY:   CARLOS RAMIREZ, ESQ.


STEVENS & LEE

Attorneys for Defendants

    669 River Drive

    Elmwood Drive, New Jersey 07407

BY:   ROBERT DONOVAN, ESQ.

EMAIL:Robert.donovan@stevenslee.com

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                            November 10, 2023

Page 3

ALSO PRESENT (Via Conference):

    KEITH MONTGOMERY,

    Electronic Exhibit Handler

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 4

S T I P U L A T I O N S


        IT IS HEREBY STIPULATED AND

 AGREED by and between (among) counsel

 for the respective parties herein, that the

 filing, sealing and certification of the within

  deposition be waived.


        IT IS FURTHER STIPULATED AND

AGREED that all objections, except as to the

form of the question, shall be reserved to

the time of the trial.


        IT IS FURTHER STIPULATED AND

AGREED that the within deposition may be

sworn to and signed before any officer

authorized to administer an oath, with the

same force and effect as if signed and sworn

to before the Court.


              - oOo -

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 5

D. Vultaggio

THE VIDEOGRAPHER:  We are on the record. The time is 9:18 a.m. Today's date is November 10, 2023.  This is the video deposition of Don Vultaggio in the matter of Ashour vs Arizona Beverages USA LLC, et al. Case number 1-19-cv-07081 in the United States District Court, Southern District of New York.  My name is Sam Shereck, legal videographer, with Shereck Video in association with Lexitas.  Today, we are taking this deposition at the office of Forchelli, Deegan & Terrana located at 333 Earle Ovington Boulevard, Uniondale, New York.  Will counsel please voice identify yourself and state who you represent.

MR. GOTT:  Ryan Gott and Melissa Weiner from Pearson Warshaw and Carlos Ramirez from Reese LLP on behalf of the plaintiffs.

MR. DONOVAN:  Robert Donovan at Stevens & Lee on behalf of the defendants.

THE VIDEOGRAPHER:  The court reporter is Robert Barletta with Lexitas.  Please swear in the witness.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 7 of 282

Don Vultaggio                                    November 10, 2023

Page 6

D. Vultaggio

D O N   V U L T A G G I O,   called as a

witness, having been duly sworn by the

Notary Public, was examined and testified

as follows:


EXAMINATION BY

MR. GOTT:

THE REPORTER:  Please state your full

name for the record.

**THE WITNESS:  Don Vultaggio.**

THE REPORTER:  What is your address?

MR. DONOVAN:  Your business address.

**THE WITNESS:  I am not sure of the**

**address.  60 Crossways Drive West, Suite 400,**

**Woodbury, New York 11797.**

MR. GOTT:  As a preliminary matter, I

want to make a record that off of the record

counsel for plaintiffs and for defendants

discussed topic number two in which the

parties agreed to withdraw subject two in

lieu of defendants producing a list of the

products that contain citric acid labeled no

preservative sold from May 14, 2015 to the

end of June 2023.  The production of that

Don Vultaggio                                    November 10, 2023

Page 7

D. Vultaggio

lift is still a work in progress and as a result, plaintiffs are going to continue to withdraw that topic with the right to reopen if the defendant fails to produce a verified list of products.

MR. DONOVAN:  I think that is an accurate statement.  We had a lengthy discussion about the difficulties in generating that list.  We sent a product list this week and we can continue to talk.  I understand you have withdrawn number two with a reservation to reinstate it.  I understand that.

MR. GOTT:  Absolutely.  Good morning, Mr. Vultaggio.  I imagine you have sat for depositions before.  However, I want to go over some ground rules to help this go as smooth as possible.  First, there is a court reporter and a videographer here today.  They are recording everything said in this deposition.  As a result, it is important for us to not talk over each other.  I will ask that you wait until I complete my question before you provide an answer.  I will try to

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 9 of 282

Don Vultaggio                                    November 10, 2023

Page 8

D. Vultaggio

do the same for you.

Q.    Do you understand?

A.    I do.

MR. GOTT:  The next is that if I ever ask a question that either I mumble the question, you can't hear or you don't understand the question.  Let me know.  I will either have the question read back or rephrase the question.  Otherwise, if you provide a response to the question, we will assume you heard and understood my question.

Q.    Is that fair?

A.    That is fair.

MR. GOTT:  During this deposition, I intend to take a break at or about on the hour or so.  However, if you need a break at any time, let me know.  We will take a break. I just ask if there is a question pending, provide a response to that question before we take a break.

Q.    Do you understand?

A.    I understand that.

MR. GOTT:  During this deposition your attorney may make an objection.  That is just



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 10 of 282

Don Vultaggio                                    November 10, 2023

Page 9

D. Vultaggio

lawyer-speak.  However, you should still provide a response to my question unless your counsel advises you otherwise.

Q.   Do you understand that?

A.   I do.

MR. GOTT:  I will be providing some documents to you both in hard form and electronically during this deposition.  I will call your attention to particular parts of these documents that I will question you about, but you are welcome to take as much time as you need to review the entire document before I start asking questions.

Q.   Do you understand?

A.   I do.

Q.   Do you understand that today you are here to testify on behalf of the defendants in this action, Arizona Beverages USA LLC, Hornell Brewing Company Inc., Beverage Marketing USA Inc., Arizona Beverages Holdings L.L.C. and Arizona Beverages Holdings 2 L.L.C.?  Do you understand?

A.   Yes.

Q.   You understand that your testimony here today is under oath just as if you were testifying

Don Vultaggio                                November 10, 2023

Page 10

D. Vultaggio

in court in front of a judge or jury?

A.    I do.

Q.    Is there any reason you cannot testify truthfully today?

A.    No.

MR. GOTT:  I would like to mark Exhibit 1 which is the third amended notice of deposition of defendants Arizona Beverages USA, LLC, et al, pursuant to the Federal Rules of Civil Procedure, 30-B(6).

(Plaintiff's Exhibit 1, Third Amended Notice of Deposition of Defendants Arizona Beverages USA, LLC, et al, pursuant to the Federal Rules of Civil Procedure, 30-B(6), marked for identification.)

MR. GOTT:  For the purposes of these two depositions, that is still going to be Exhibit 1 as it was yesterday.  Any new exhibits I will continue from yesterday's exhibits.  This is still Exhibit 1.

(Whereupon, a document was handed to the witness.)

MR. DONOVAN:  I think that is better.

Q.    Mr. Vultaggio, do you recognize this

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                           November 10, 2023

Page 11

D. Vultaggio

document?

A.   I do.

Q.   What did you do to prepare for today's deposition?

A.   I spent time with counsel and pretty much that was it.

Q.   When did you meet with counsel?

MR. DONOVAN:  Objection to form.

A.   The last few days.

Q.   How many times did you meet counsel?

A.   It was on video a couple of -- two days.

Q.   Approximately how long?

A.   I think in total under two hours.

Q.   Did you review any documents as part of those meetings?

A.   This one here we looked at.

Q.   Any other documents?

A.   Yes.

MR. GOTT:  Perhaps it will be easier when we walk through the topics, I can ask you more specifically.

Q.   Did you have any other meetings with anyone other than counsel with regard to this meeting?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 12

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.   **At one point Dean who works in our office.**

Q.   When did you meet with Mr. Angel?

A.   **Last week.  I meet him every day.  He is down the hall.  Regarding this, last week.**

Q.   What did you speak with Mr. Dean about?

MR. DONOVAN:  I object to the question. You can answer.  As long as it doesn't disclose privilege.

A.   **We had a conversation about this pending deposition.**

Q.   Did you guys review any documents during the meeting?

MR. DONOVAN:  Same objection.

A.   **I think Bob had some documents I looked at.  I don't know if Dean was part of that.**

Q.   Did you independently search for any documents in preparation for this deposition?

MR. DONOVAN: Objection to form.  Answer that as long as it doesn't disclose any privilege.  For instance, if an attorney asked you to look for something.  That is what you are asking for.  Right, counsel?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 13

D. Vultaggio

MR. GOTT:  Yes, I mean, I am not interested in the substance of any conversations you had with counsel.

MR. DONOVAN:  No.  If an attorney asked someone to do something in this case and the client does it at the request of a lawyer, that is privileged.

MR. GOTT:  No, it is not.

MR. DONOVAN:  Yes, it is.  Go to the judge.  Ask the question another way so it won't broach that.

MR. GOTT:  Bob, just like I can ask whether or not he has met with counsel, I can ask whether or not he was asked to look for documents, whether or not the substance of the conversations he had with counsel is not anything I am interested in.  I am asking if he did his own search for any documents regardless of who it is from.

MR. DONOVAN:  In preparing for this deposition.

MR. GOTT:  Yes.

MR. DONOVAN:  Answer, if you can.

**A.    I did not.**

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 14

D. Vultaggio

Q.   Mr. Vultaggio, I'd like to first draw your attention here to Page 5, Paragraph 7.

A.   Okay.

MR. GOTT:   Specifically, the definition of products here.  During the course of this deposition I am going to use the phrase, products.  These are the products I am referring to in Paragraph 7-A through P unless I qualify otherwise.

Q.   Do you understand?

A.   I do.

MR. GOTT:   If you can please flip the page to Page 6 and Paragraph nine.  Unless a question is qualified otherwise or I qualify it with my question, the relevant time period for each topic is May 14, 2013 to the present.

Q.   Do you understand that?

A.   Okay.

MR. DONOVAN:   That is not accurate. There are some topics here, at least one that is not --

MR. GOTT:   I said, unless the topic or my question qualifies otherwise.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 16 of 282

Don Vultaggio                                    November 10, 2023

Page 15

D. Vultaggio

MR. DONOVAN:  It is governed by the topics.  My objection is noted.

MR. GOTT:  Understood.  Mr. Vultaggio, I'd like to walk through the deposition topics with you a little bit.  Start with Topic 1 at the bottom of Page 6.

Q.   Please review that topic here and let me know when you are ready for me to ask questions.

**A.   Okay.  I read it.**

Q.   Mr. Vultaggio what did you do to specifically prepare for Topic 1?

MR. DONOVAN:  Objection to form.  Asked and answered.  Answer, if you can.

**A.   Information was gathered by people in my office.  I personally didn't gather any information.**

Q.   What documents did you review in response to Topic 1, Subsection 1, the decision to place no preservative statements on the labels of the products?

MR. DONOVAN:  Objection to form. Answer, if you can.

**A.   I don't think I looked at any documents for that.**

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 16

D. Vultaggio

Q.   As to Topic 1, Subsection 2, what documents did you review regarding whether the no preservative statement was always on the label of the products from May 14, 2013 to the present?

MR. DONOVAN:  Objection to form.

**A.   I had a conversation with counsel over that.**

Q.   Did you review any labels of the products listed in Paragraph 7 of the deposition notice?

**A.   I believe during that conversation some legal decision was made.**

Q.   Do you know if those were the labels for the products listed in Paragraph 7?

MR. DONOVAN:  Now, that is definitely privileged.  Don't answer.  If you want you can ask if he reviewed the labels in preparation for the deposition, that is okay.

MR. GOTT:  That is what I am asking. Whether or not he actually reviewed the labels that are the substance of Topic 1 is not a privileged communication.

MR. DONOVAN:  In the context of your question it was.



Don Vultaggio                                    November 10, 2023

Page 17

D. Vultaggio

MR. GOTT:  I asked in preparation of answering the topic of whether the no preservative statement was always on the labels of the products from May 14, 2013 to the present whether or not he reviewed the labels listed for the products listed in paragraph 7-A through P.

MR. DONOVAN:  Can you answer that?

A.    **I reviewed some labels.**

Q.    Do you know if that addressed all of the products in Paragraph 7-A through P?

MR. DONOVAN:  Objection to form.

A.    **Those labels were created by me.  There wasn't a lot of review.  I looked at a bunch of labels.  I don't know if I looked at all of them. I looked at a bunch.**

Q.    Mr. Vultaggio, what documents did you review regarding Topic 1, Subsection 3, the decision making process for the labeling including the decision to include the no preservative statements on the products?

MR. DONOVAN:  Objection to form.

MR. GOTT:  For the purposes of this question, the timeframe is from the date of

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 19 of 282

Don Vultaggio                                    November 10, 2023

Page 18

D. Vultaggio

creation of a particular product to the present.

MR. DONOVAN:  Same objection.

A.   I don't recall documents, looking at documents, with regard to that question.

Q.   Did you speak with anyone other than your counsel or with counsel present regarding Topic 1?

MR. DONOVAN:  Objection to form.

A.   What is Topic 1?

Q.   On Page 6.

A.   That whole paragraph?

Q.   Yes.  I can split it up.

A.   It is a broad question.  In preparation for the deposition, I had conversations with other people other than counsel.

MR. GOTT:  You previously identified Dean Angel.

Q.   Did you speak with Dean Angel about Topic 1?

A.   I might have.

Q.   Did you speak with anybody other than Dean Angel about Topic 1?

A.   There is a lady in the office, Julie,

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                        November 10, 2023

Page 19

**D. Vultaggio**

**who is the graphics person.  I might have asked**

**her for prints and things.**

Q.   Julie Brenner?

**A.   Yes.**

Q.   Do you believe the substance of these

conversations were regarding locating or finding

labels?

MR. DONOVAN:  Objection to form.

**A.    In some cases, printing them out for me.**

Q.   Mr. Vultaggio, I'd like you to flip to

Page 7, Topic 4.  Review Topic 4, Subsection A and

B.  Let me know when you are completed.

**A.   Okay.**

Q.   What did you do to prepare for Topic

4-A, when the no preservative statement was first

placed on the labels of the products and what

information was relied upon in connection with

that decision, including any market research,

including surveys, research, conjoint analysis,

testing or polls, that support or refute the no

preservative statements on the products?  For

purposes of this question, the timeframe is from

the date of creation of the product to the

present.

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 21 of 282

Don Vultaggio                                    November 10, 2023

Page 20

D. Vultaggio

A.   Like before, I had conversations with counsel.

Q.   Did you have any -- personally search for any marketing research regarding this Topic 4-A?

MR. DONOVAN:  Objection to form.

A.   No, I didn't.

Q.   Did you direct anyone to search for any market research regarding Topic 4-A?

MR. DONOVAN:  Objection to form.

A.   I knew we hadn't done any.  That would be a moot question to ask.

Q.   Did you speak with anybody other than counsel regarding Topic 4-A?

A.   I don't believe so.

Q.   Now in terms of Topic 4-B, Mr. Vultaggio, what did you do to prepare to testify today about Topic 4-B, whether and why defendants use sodium benzoate and potassium sorbate in the ready to drink products Arizona Southern Style Sweet Tea, Orangeade and Unsweetened Just Tea?

A.   What is the question?

Q.   What did you do to prepare today about that topic?

Don Vultaggio                          November 10, 2023

Page 21

D. Vultaggio

A.   I guess I had some conversation with
Dean.  I found out we don't use these ingredients
to those beverages.

Q.   When you said you found out is that from
-- as a result of your conversations with
Mr. Angel?

MR. DONOVAN:  Objection to form.

A.   No, well I knew we never use it in our
drinks.  I developed the drinks.  I reconfirmed
it.

Q.   What is your basis today to testifying
you know you do not use sodium benzoate and
potassium sorbate in your ready to drink Arizona
products, Arizona Southern Style Sweet Tea,
Orangeade and Unsweetened Just Tea?

A.   What is my knowledge about it?

MR. DONOVAN:  Objection to form.

Q.   Yes.

A.   Because when we developed the product,
we know what goes into it.  When we come up with a
flavor, Allen Flavors tells us what to put on the
label to reflect what is in the bottle.  We do
have an unsweetened tea in a bag in a box where we
use benzoate.  That is a different label.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 22

D. Vultaggio

Q.   Did you review any formulas for Arizona Southern Style Sweet Tea in preparation for your testimony on Topic 4-B?

MR. DONOVAN:  Objection to form.

A.   **Did I review the what?**

Q.   Formulas.

MR. DONOVAN:  Objection to form.

A.   **When you say formulas, you know, we describe what is in the product on the label.  I am part of that process when we develop the product and I know benzoate is not listed on the beverage.**

Q.   Did you review any batch sheets for the manufacturing of Arizona Southern Style Sweet Tea in preparation for your testimony today on Topic 4-B?

MR. DONOVAN:  Objection to form.

A.   **I saw the batch sheet that I had never seen before where it was added as a processing aid by Allen Flavors.  I never had knowledge of this until the time I saw that.**

Q.   Is it your testimony here today you first discovered that sodium benzoate and potassium sorbate were found as you described,

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 24 of 282

Don Vultaggio                                    November 10, 2023

Page 23

D. Vultaggio

processing aids in Arizona Southern Style Sweet

Tea through your preparation for your testimony

here today?

          MR. DONOVAN:  Objection to form.  Not

     what he said.

          MR. GOTT:  Read back the last answer.

     A.    **What is the question again?**

     Q.    That is fair.  Based off of your

previous response, is it your testimony here today

that you first discovered the presence of sodium

benzoate and potassium sorbate as you described,

processing aid, in the ready to drink product,

Arizona Southern Style Sweet Tea through your

preparation for today's deposition?

          MR. DONOVAN:  Objection to form.

     **A.    The batch sheets generally I don't see.**

**I don't know.  That goes to the factories.  I am**

**familiar with what goes on the labels.  That is**

**what is given to us by Allen Flavors.  That is**

**required based on the ingredients in the package.**

**Processing aids and others, sometimes there is**

**alcohol solutions and flavors and things like**

**that.  Generally, I don't see it.  Most of the**

**time I don't see it.  That is something that goes**

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                        November 10, 2023

Page 24

D. Vultaggio

to the factories.  Part of their batch sheets goes

to the factories.

Q.   Did you review any batch sheets for

Arizona Orangeade in preparation for your

testimony today as to Topic 4-B?

A.   I might have.  Not sure.

Q.   Did you review batch sheets for the

Arizona ready to drink product, Unsweetened Just

Tea in preparation for your testimony here today

as to Topic 4-B?

A.   Same answer.

Q.   Had you spoken with anyone at Allen

Flavors regarding Topic 4-B in preparation for

your testimony today?

A.   I believe I had a conversation with

Frank.  I asked a question that I didn't know what

was in there.  He said it was done as a processing

aid and had no effect on the finished product.

Q.   When did that conversation take place?

A.   I mean, recently.  When I found out.

That is when I asked.

MR. GOTT:  Mr. Vultaggio, I would now

like to draw your attention to Topic 5.

Q.   Review Topic 5 and let me know when you



D. Vultaggio

are ready for the questioning.

**A.   Okay.**

Q.   Mr. Vultaggio, what did you do to prepare for your testimony today on Topic 5, the general marketing strategies for the products including the marketing channels used, strategy regarding promotion of the products a containing no preservatives, including whether general marketing efforts were regional, national, targeted, different by channel/different for retailers?

**A.   All the things in that paragraph are things generally I am involved in.  I didn't have to review any.  That is what I do.**

Q.   Did you speak with anybody other than counsel about Topic 5 in preparation for your testimony here today?

**A.   No, I don't think so.**

Q.   Did you review any documents in preparation for your testimony on Topic 5 here today?

**A.   No, I don't think so.**

Q.   Mr. Vultaggio, please review Topic 5. It continues onto Page 8, Subsection B.  Let me



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 27 of 282

Don Vultaggio                                    November 10, 2023

Page 26

D. Vultaggio

know when you finished.

A.    Okay.

Q.    Mr. Vultaggio, what did you do to prepare for your testimony today regarding Topic 6-A which is, from the date of creation of a particular product to the present, the process for determining product formulations related to citric acid in the products, including who makes the decisions as to formulation, how the decision is made, who decides the amount of an ingredient in products and how changes are determined, if any?

A.    So the question is?

Q.    What did you prepare for that?

A.    It is a subject I am very much involved with at the company.  I didn't have to do research on that.

Q.    Did you speak with anyone other than counsel about that topic in preparation for your testimony here today?

A.    No.

Q.    You didn't discuss the formulations for the products as they related to citric acid in meetings with Dean Angel in preparation for today?

MR. DONOVAN:  Objection to form.

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 28 of 282

Don Vultaggio                                       November 10, 2023

Page 27

D. Vultaggio

A.   When we develop the flavors, that is when I have those discussions.  I didn't need to have follow-ups.  I am involved in the creation of the products from the beginning.

Q.   Are you also involved every time the formula for a given product changes?

MR. DONOVAN:  Objection to form.

A.   If it is tied to something I believe we want to improve in the product, yes.  Over time, we do changes and updates.

Q.   Did you review any documents in preparation for your testimony today as to Topic 6-A?

MR. DONOVAN:  Objection to form.

A.   Other than counsel?

Q.   Yes.

A.   No.

Q.   Did you speak with Frank Del Corso regarding Topic 6 in preparation for your testimony here today?

MR. DONOVAN:  Objection to form.

A.   Frank is the one I work with when I develop the flavors.  So, at the time of creation those conversations happened.  Not in preparation

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 28

D. Vultaggio

for this.

Q.   Do you still regularly communicate with Frank Del Corso in the regular course of business?

MR. DONOVAN:  Objection to form. Outside the scope of 30-B(6).  Answer, if you can.

A.   When we develop new flavors, Frank is in the office on a regular basis.  He is a man I worked with for a long time.  Vanilla flavor. When he comes in we have discusses about products.

Q.   About how frequently would that be?

MR. DONOVAN:  Same objection.

A.   Probably a couple times a month.

MR. GOTT:  Then move to Subsection B on the top of Page 8.

Q.   Mr. Vultaggio, from the date of the creation of a particular product in the present the process for determining product formulations as it relates to citric acid in the products, including the purpose of citric acid in products, what did you do to prepare for your testimony as to that topic?

A.   Again, I am part of the process of developing the products.  There is no need to go

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                     November 10, 2023

Page 29

D. Vultaggio

review anything because I am part of the whole thing when that happens.

Q.   As part of the process of creating the formulas as you just testified to, do you have discussions as to the purpose of citric acid in the products?

MR. DONOVAN:  Objection to form.

A.   I know what purpose of it is for me, because it is taste and tartness finish of the beverage.  That is what we use the acids for.  It develops flavor.

Q.   Did you speak with Dean Angel about Topic 6-B in preparation for your testimony here today?

MR. DONOVAN:  Other than in the presence of counsel.  He is not looking for privileged communication.

MR. GOTT:  Correct.

MR. DONOVAN:  Answer without that.

A.   I don't believe so.

Q.   Did you speak with anyone from Knouse Foods regarding Topic 6-B in preparation for your testimony today?

MR. GOTT:  K-n-o-u-s-e.  Foods.

888-893-3767   Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 30

D. Vultaggio

            MR. DONOVAN:  Objection to form.

    A.   No.

    Q.   Did you speak with anyone at Dohler

North America in preparation for your testimony

today regarding Topic 6-B?

            MR. DONOVAN:  Objection to form.

    A.   No.

    Q.   Did you speak with anyone from Niagara

Bottling in preparation for your testimony here

today as to Topic 6-B?

            MR. DONOVAN:  Objection to form.

    A.   No.

    Q.   Did you speak with anyone at Allen

flavors in preparation for your testimony here

today as to Topic 6-B?

            MR. DONOVAN:  Objection to form.

    A.   No.

    Q.   Did you speak with Julie Brenner about

Topic 6-B in preparation for your testimony here

today?

            MR. DONOVAN:  Answer, if you can.

    Without privilege.

    A.   No.

    Q.   Did you speak with anyone else at



                    D. Vultaggio

Arizona in preparation for your testimony today as

to Topic 6-B?

          MR. DONOVAN:  Objection.  Answer that

     without privilege.

     A.    I don't believe so.

          MR. GOTT:  Mr. Vultaggio, I will draw

     your attention to Topic 10 on Page 8.

     Q.    Please review the topic and let me know

when you are finished.

     A.    Okay.

     Q.    Mr. Vultaggio, what did you do to

prepare for your testimony today as to Topic 10

which is, from the date of creation of each

product to the present, any analysis defendants

have done since the products were first marketed

as no preservatives regarding the financial impact

of the no preservatives claim, i.e., by way of

consumer survey, marketplace simulation,

positioning analysis, conjoint survey, regression

analysis, etc., that measures the value of the no

preservatives claim on or off the label?

          MR. DONOVAN:  Objection to form.

     A.    What is the question?  Did I do

research?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW    Document 315-20    Filed 03/01/24    Page 33 of 282

Don Vultaggio                                November 10, 2023

Page 32

D. Vultaggio

Q.   What did you do to prepare?

A.   Again, I live this product.  There was no need to prepare.  I knew exactly what we have done in the past.  The answer is, nothing regarding that paragraph.

Q.   Did you review any documents in preparation for your testimony today as to Topic 10?

MR. DONOVAN:  Objection to form.

A.   No.

MR. DONOVAN:  These are all questions about preparation that have nothing to do with any privileged communication.  Do you understand that?

THE WITNESS:  Yes.

BY MR. GOTT:

Q.   Did you speak with your son Wesley Vultaggio in preparation for your testimony here today as to Topic 10?

A.   I don't believe I have had a conversation with him about that.

Q.   Did you have any conversations with outside marketing companies in preparation for your testimony here today as to Topic 10?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                    November 10, 2023

Page 33

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.    No.

Q.    Did you speak with anyone inside of Arizona within the marketing department in preparation for your testimony here today as to Topic 10?

MR. DONOVAN:  Objection to form.

A.    No.

Q.    Is your testimony here today as to Topic 10 based off of your general knowledge of the analysis defendants have done since the products were first marketed with as no preservatives regarding the financial impact of the no preservatives claim?

MR. DONOVAN:  Objection to form.

A.    **I don't understand the question.**

Q.    What is the basis for your testimony here today as to that topic?

MR. DONOVAN:  Objection to form.  What is the question?

MR. GOTT:  What is the basis for his knowledge.  What did he do to prepare.  So far he has testified he has done nothing to prepare other than rely on his own knowledge.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 35 of 282

Don Vultaggio                          November 10, 2023

Page 34

D. Vultaggio

MR. DONOVAN:  We are getting into argument-land.

MR. GOTT:  I am responding to you, Bob.

MR. DONOVAN:  You are arguing.

MR. GOTT:  Your objection was not --

MR. DONOVAN:  You are arguing because you are saying on the record he is not prepared.

MR. GOTT:  I am asking what he did.  You objected to my question as to what the basis was for his preparation for this.  So far his testimony was his general knowledge.  I am confirming that.

MR. DONOVAN:  Okay.  What is the answer to the question?  Repose the question.

Q.   Am I correct the basis for your testimony here today as to Topic 10 is your general knowledge as to any analysis defendants have done since the product was first marketed as to no preservatives regarding the financial impact of the no preservatives claim?

MR. DONOVAN:  Objection to form.  General knowledge.  Argumentative.

A.   I run this business.  I know what goes

LEXITAS

Don Vultaggio                                November 10, 2023

Page 35

D. Vultaggio

into the product.  How we market the product.  I make the decision as to what the label looks like. What it tastes like.  There is no need for me to get further information.  That is what I do every day.

Q.   Are you aware of any analysis performed by the defendants regarding the financial impact of the no preservatives claim?

A.    I would have.  If it happened, I would have instructed somebody to do it.  I know I didn't.

MR. GOTT:  Mr. Vultaggio, I would like to you draw your attention to Topic 12 in the middle of Page 8.

Q.   Review the topic and let me know when you are ready.

A.    Okay.

Q.   Mr. Vultaggio, what did you do to prepare for your testimony here today as to Topic 12 which is, the supply chain of the citric acid you use in products including your communications with Wego Chemical Group related to citric acid or the products?

MR. DONOVAN:  Objection to form.  That

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 36

D. Vultaggio

is not the whole topic.

MR. GOTT:  I can keep going.  As confirmed during the meet and confer process by supply chain plaintiff, plaintiff refer to the steps in the chain of distribution that result in defendants obtaining citric acid to use in the products.  If that is limited to Wego Chemical, that is all defendants need to testify about.  If other companies or persons are involved and if defendants have knowledge of them, then defendants should not limit their testimony or preparation to Wego Chemical.

Q.   My question is, what did you do to prepare for that topic here today?

**A.   I confirmed Wego was our supplier for citric acid.  I didn't have any conversations with anybody at Wego.**

Q.   How did you confirm that Wego Chemical is the supplier of citric acid, the only supplier of citric acid to defendants?

MR. DONOVAN:  Objection to form.

**A.   I sign every check for the company.  I sign checks for Wego on a regular basis.  I just**

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Don Vultaggio                                    November 10, 2023

Page 37

                    D. Vultaggio

confirmed they are the supplier of citric acid

with the person who handles that process in our

company.  That was the extent of it.

    Q.    Who is that person?

    A.    My brother-in-law.  Mike Kutner

(phonetic).

    Q.    You reviewed checks stubs or --

    A.    I signed the checks.  That is neither

here or there.  I knew Wego because I sign checks

on a regular basis to them.

    Q.    Did you speak with anyone at Wego

Chemical in preparation for your testimony here

today regarding Topic 12?

        MR. DONOVAN:  Objection.  Form.

    A.    I said, I didn't.

        MR. GOTT:  My apologies.  I must have

    missed that.

    Q.    Other than Mike Kutner, did you speak

with anyone else regarding Topic 12 in preparation

for your testimony here today?

    A.    I don't believe so.

    Q.    Mr. Vultaggio, I'd like you to review

Topic 14 which begins on the bottom of Page 8 and

continues onto Page 9.

LEXITAS

Don Vultaggio                                        November 10, 2023

Page 38

D. Vultaggio

A.   Okay.

Q.   What did you do in preparation for your testimony here today as to Topic 14?

A.   I had a conversation with my attorney.

Q.   Did you have conversations with anyone other than your attorney?

A.   This was another attorney.  We had conversations about structure.  Corporate structure.

Q.   Did you review any documents in preparation for your testimony here today as to Topic 14?

A.   I believe I asked the attorneys to get --

MR. DONOVAN:  Wait.

A.   No.

MR. GOTT:  Mr. Vultaggio, I will have you flip to Page 9.  I will draw your attention to Topic 17.

Q.   Review the topic and let me know when you completed it.

A.   Okay.

Q.   Mr. Vultaggio, what did you do in preparation for your testimony here today as to



Don Vultaggio                                November 10, 2023

Page 39

D. Vultaggio

Topic 17 which is, from the date of creation of the particular product to the present, any surveys, online surveys, consumer studies/research regarding consumer reaction, understanding, preference, value, for the no preservatives claim?

A.    Again, I live this.  I knew there were no surveys like that done because I hadn't asked anybody to do it.

Q.    Did you have any conversations with anyone at Arizona about whether any surveys had been done that you were unaware of?

MR. DONOVAN:  Objection.  Other than privileged communications.

A.    No.

Q.    Did you speak with your son, Wesley Vultaggio, in preparation for your testimony here today as to Topic 17?

MR. DONOVAN:  Objection to form.

A.    I don't believe so.

Q.    Did you speak with anyone within Arizona's marketing department in preparation for your testimony here today as to Topic 17?

MR. DONOVAN:  Objection to form.

A.    No.



Don Vultaggio                        November 10, 2023

Page 40

D. Vultaggio

Q.   Mr. Vultaggio, are you aware that we provided your counsel with documents that we intended to use at the deposition here today?

MR. DONOVAN:  Objection to form.  Don't answer.  That is asking for privileged --

MR. GOTT:  If he is aware of something I communicated to you.

MR. DONOVAN:  I had to communicate it to him.  Don't answer it.  Privileged.

MR. GOTT:  He could be aware through other means.

MR. DONOVAN:  Show him a document and ask him about a document.  That is fine.  You can't ask him if I showed him a document.

MR. GOTT:  I am not asking about the substance of conversation.  I am asking if he is aware we produced documents to you regarding use in the deposition here today.

MR. DONOVAN:  Privileged.

MR. GOTT:  It is the same as asking if a meeting took place.

MR. DONOVAN:  I don't know what documents you are talking about.  There is a document list you sent two days ago.  You are

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 42 of 282

Don Vultaggio                                    November 10, 2023

Page 41

D. Vultaggio

going to ask the witness if the lawyer told you --

MS. WEINER:  I can talk if I want.

MR. DONOVAN:  Only one lawyer from one side can talk during this deposition.  We will have to go to the judge with that one.

MR. GOTT:  I will represent it is one counsel asking questions.  It doesn't relate to objections.

MS. WEINER:  I will make all the record I want about the preparation of the witness.  I am not asking any questions.  I can speak to you.  I will not ask the witness a question.

Q.   Mr. Vultaggio, as to Topic 17, did you speak with anyone outside of Arizona in preparation for your testimony today as to any surveys, online surveys, consumer studies/research regarding consumer reaction, understanding, value for the no preservatives claim?

MR. DONOVAN:  Excluding communication with counsel.

A.   **Excluding that no.**

MR. GOTT:  Mr. Vultaggio, I would like

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 43 of 282

Don Vultaggio                                    November 10, 2023

Page 42

D. Vultaggio

to draw your attention to Topic 18 on Page 9.

Q.   Review that topic and let me know when you are ready.

**A.   Okay.**

Q.   What did you do in preparation for your testimony today as to Topic 18 which is, a witness to testify to Arizona's main competitors for the products, i.e., its place in the market vis a vis its competitors, including who at defendants are aware of main competitors, how and why that information is tracked, where that information would be found and the top competitors, relative general market share/general rank among competitors over the class period from May 14, 2015 to the present?

**A.   Again, I do that on a regular basis. There is no need to prepare for that question because I live it every day.**

Q.   Did you review any documents in preparation for your testimony here today as to Topic 18?

MR. DONOVAN:  Objection to form.

**A.   Other than with counsel?**

Q.   Other than with counsel.

 

Don Vultaggio                                    November 10, 2023

Page 43

D. Vultaggio

A.   No.

Q.   Did you speak with anyone at Arizona in preparation for your testimony here today as to Topic 18?

MR. DONOVAN:  Objection.  Other than counsel.

**A.   Not in preparation for this.  I speak to sales and marketing people in the company on a regular basis about things like that.**

Q.   Did you speak with anyone outside of Arizona in preparation for your deposition testimony here today as to Topic 18?

MR. DONOVAN:  Objection to form.

**A.   I did not speak to anyone.**

MR. GOTT:  Mr. Vultaggio, I'd like to draw your attention to Topic 19 on the second to last paragraph on Page 9.

Q.   Review the topic and let me know when you are ready for questioning.

**A.   Okay.**

Q.   Mr. Vultaggio, what did you do to prepare for your testimony today as to Topic 19 which is, from date of creation of the particular product to the present, any surveys, online

Don Vultaggio                                    November 10, 2023

Page 44

D. Vultaggio

surveys, consumer studies/research regarding the consumers' reaction, understanding, preference, and/or value for a no preservatives claim as it pertains to competitor products?

MR. DONOVAN:  Objection to form.

A.    **I didn't review anything regarding that.**

Q.    Did you speak with anyone other than counsel at Arizona in preparation for your testimony here today as to Topic 19?

A.    **No.**

Q.    Did you speak with anyone outside of Arizona in preparation for your testimony here today as to Topic 19?

A.    **No.**

Q.    Review Topic 21 at the top of Page 10 of the deposition notice and let me know when you are done and ready for questioning.

A.    **Okay.**

Q.    Mr. Vultaggio, what did you do to prepare for your testimony today as to Topic 21 which is, the supply chain generally where Arizona sells to directly v. the wholesale process for the supply chain i.e., how ingredients are sourced through products ending up on the shelf and

Don Vultaggio                              November 10, 2023

Page 45

D. Vultaggio

general responsibilities of those in the distribution chain i.e., co-packer and if there are differences in supply chains regionally?

A.    I live that every day.  No need to do any additional research on that.

Q.    Did you speak with anyone at Arizona in preparation for your deposition here today as to Topic 21?

MR. DONOVAN:  Outside of privileged communication.

A.    Besides that, I have conversations on a regular basis with people on our team.  Not in preparation for this deposition.

Q.    Did you personally search for documents in preparation for your deposition testimony here today as to Topic 21?

MR. DONOVAN:  Objection to form.

A.    I said that earlier.  I didn't personally look for documents.

Q.    I wanted to make sure on that topic.

A.    Okay.

Q.    Did you direct anyone to look for documents in preparation for your testimony here today as to Topic 21?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 46

D. Vultaggio

MR. DONOVAN:  Objection.  Other than privileged communication.

A.   I did not personally direct anyone.

Q.   Did anyone at Arizona direct anyone else to look for documents in preparation for your testimony here today as to Topic 21 outside of privileged communications?

MR. DONOVAN:  Objection to form.

A.   I wouldn't know that.  I know that documents were provided.  That was at the instruction of counsel.

Q.   Did you speak with any of Arizona's co-packers in preparation for your testimony here today as to Topic 21?

MR. DONOVAN:  Objection to form.

A.   No, I didn't.

Q.   Did you speak with anyone else outside of Arizona in preparation for your testimony here today as to Topic 21?

MR. DONOVAN:  Objection to form.

A.   No, I don't think so.

Q.   Mr. Vultaggio, review Topic 22 on Page 10 of the deposition notice and let me know when you are complete.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                          November 10, 2023

Page 47

D. Vultaggio

A.    Okay.

Q.    Mr. Vultaggio, what did you do to prepare for your testimony here today as to Topic 22 which is, a witness to testify generally regarding the retail chains that sell the products including the highest volume retailers and will have an understanding of the top retailers over the class period and general ranks among top retailers if there are changes during the class period testify generally about that topic?

A.    Other than with counsel?

Q.    Yes.

A.    Again, that is a category I deal with on a regular basis running the business.  I had no additional need for refreshing my recollection of those things.

Q.    Did you speak with anyone at Arizona regarding your preparation for Topic 22?

MR. DONOVAN:  Other than privileged communication.

A.    I speak to the salespeople on a regular basis.  Not in preparation for this deposition.

Q.    Did you review any documents in preparation for your testimony here today as to



Don Vultaggio                                    November 10, 2023

Page 48

D. Vultaggio

Topic 22?

MR. DONOVAN:  Objection to form.  Other
than privilege.

A.    On a regular basis we review sales, and
not in preparation for this.  That is the regular
course of what my life is.  That is what I do for
a living.

Q.   Did you speak with anyone outside of
Arizona in preparation for your testimony here
today as to Topic 22?

MR. DONOVAN:  Objection to form.  Other
than privileged.

A.    I speak to the retailers on a regular
basis.  Not for this, but that is what I do.  I
speak to buyers and brokers.  That is our
business.

MR. GOTT:  Please review Topic 24 in the
middle of the page.

Q.   So, let me know when you are ready for
questioning.

A.    Okay.

Q.   Mr. Vultaggio, what did you do to
prepare for your testimony today as to Topic 24
which is, what role defendants have in setting



Don Vultaggio                                November 10, 2023

Page 49

D. Vultaggio

retail prices and information as to determining marginal costs of products including whether there is any formula for determining such costs?

A.   **Again, that goes through me.  That is what I normally do.  Some products we actually state the price on the product.  On some others, we set costs knowing the margins retailers require to get targeted retail pricing.  I do that on a regular basis.  None of that.  Different than preparation for this.  There was no preparation necessary.**

Q.   Did you review any documents in preparation for your testimony here today as to Topic 24?

        MR. DONOVAN:  Objection to form.  Other than counsel.

A.   **No.**

Q.   Did you speak with anyone at Arizona in preparation for your testimony here today as to Topic 24?

        MR. DONOVAN:  Same objection.

A.   **No.**

Q.   Did you speak with anyone outside of Arizona in preparation for your testimony today as

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 50

                    D. Vultaggio

to Topic 24?

          MR. DONOVAN:  Objection to form.

     A.   No.

     Q.   Did you personally look for any
documents in preparation for your testimony as to
topic 24?

          MR. DONOVAN:  Objection to form.

     A.   **Earlier, I didn't personally look for
documents.**

     Q.   Did you direct anyone else to identify
documents in preparation for your testimony here
today as to Topic 24?

          MR. DONOVAN:  Objection to form.

     A.   **I know counsel directed people in the
company to --**

          MR. DONOVAN:  Try to avoid saying that.

     A.   **Okay.**

          MR. DONOVAN:  That is privileged.

     Q.   Did you bring with you here today any of
the documents you reviewed in preparation for your
deposition testimony as to the topics we just went
through?

          MR. DONOVAN:  I am going to say
     something.  Maybe it will help.  We do as to



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 52 of 282

Don Vultaggio                                    November 10, 2023

Page 51

D. Vultaggio

Topic 14.  We have a list of topics.  The competitors and the retailers.  Once you get to those topics, we have a list we can show you and can question the witness as to that list.  I need to speak to the client as to one of the lists.  I want to let you know that is the topics.  We can talk offline.  Off the record.  I will show it to you at any decent time.

MR. GOTT:  We are passed one hour.  We can take a break now.  You can have that discussion with your client.  Everybody stretch a bit.

MR. DONOVAN:  Sure.

THE VIDEOGRAPHER:  Off the record at 10:23.

(Whereupon, a break was taken off the record.)

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at 11:16.

MR. GOTT:  Mr. Vultaggio, we just completed going through each of the individual topics and discussing what you did



Don Vultaggio                                          November 10, 2023

Page 52

D. Vultaggio

to prepare for your testimony here today. I'd like to go back a little bit before we start going through those topics. You testified you did review some documents in preparation here for your testimony today.

Q.   Can you please tell me what those documents you reviewed were?

MR. DONOVAN:  Objection to form. I think he answered that. Answer again.

A.   The ones provided to me by counsel?

Q.   Yes. What are those documents?

A.   We saw customer lists and we went through that. The flavors. The products. We went through some labels. We went through a bunch of documents. Based on what I remember now. As I remember, I will let you know. If it is something you show me, if I reviewed that prior, do you want me to let you know?

Q.   Yes. I will ask you. If I show you a document, I will ask you whether or not you've seen that document before.

A.   Okay.

Q.   How many documents did you review?

MR. DONOVAN:  With counsel?

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 54 of 282

Don Vultaggio                                        November 10, 2023

Page 53

D. Vultaggio

MR. GOTT:  Yes.  Any documents he reviewed in preparation.

MR. DONOVAN:  I don't think that is -- you can ask what documents he reviewed in preparation.  If you are asking what documents were provided by counsel to review, I think that is privileged.

MR. GOTT:  Well, we looked up the case law when you were out.  It is not.

MR. DONOVAN:  What is the case.

MR. RAMIREZ:  Unless it is over to counsel for the purpose of obtaining legal advice, it is not protected by either the attorney client communication privilege or work product.

MS. WEINER:  We are asking for identification of the documents.  Not his impression, not anything you have instructed him, not questions he had or speaking of legal advice.  Just identifying what he reviewed in preparation for his deposition today.  It does not matter if you provided those non-privileged documents.  He can identify what he reviewed.  We are not asking

Don Vultaggio                                    November 10, 2023

Page 54

D. Vultaggio

for the substance of your preparation for today.  We understand that is privileged. Just a list of documents that were reviewed is not privileged.

MR. RAMIREZ:  The case is Benito v East Hampton Family Medicine 2020-WL-7481330 in the Eastern District of New York.

MS. WEINER:  More than anything, let's be practical.  We don't need to have a fight over the identification of documents in preparation for a deposition where documents aren't privileged.  I think leaving the deposition open and taking this sort of thing to the court, we are not trying to ask for any communications.  So, just identifying the documents.  I think the witness identified to the best of his recollection the categories. We will certainly ask as we go through documents, have you seen this, but that is not privileged.  If you are asking -- I want to confirm you are not asking him not to answer, just which documents he reviewed.

MR. DONOVAN:  I also have a problem with the lawyers talking at one deposition.  Let's

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 55

D. Vultaggio

cut to the chase.  My position is, the

defendant's position is, if a lawyer gives a

document to a client to prepare for a

deposition, that is privileged even if the

document itself is not privileged.  It goes

to litigation work product and everything

else.  This witness has already testified as

to what he looked at and what he did to

prepare.  We spent an hour on it.  Now, it is

time to ask him questions on the topics.  If

the witness didn't look at a document, did he

look at a document, it doesn't mean he is not

prepared to answer at the deposition.  So, I

am instructing him not to answer a question

as to anything that has to do with a document

I provided or anybody else or any lawyer

provided you in preparing for this

deposition.

       MS. WEINER:  That is not proper.

       MR. DONOVAN:  Okay.  Get on the phone.

       MS. WEINER:  We are going to keep going.

We will reserve the right to the extent his

answers are impacted by your instruction not

to answer to reopen the deposition to get the



Don Vultaggio                                November 10, 2023

Page 56

D. Vultaggio

answers to the questions that are not privileged.  We will move on, but you are wrong on the case law.  Just so we are clear.

MR. GOTT:  Just so the record is clear, plaintiff is reserving the right to bring this issue before the court.  We have provided defense counsel with case law showing him that his objection is without merit and should the need arise, we will bring this before the court and reserve the right to reopen this deposition for the purposes of any testimony impacted by the prohibition of us asking questions.

MR. DONOVAN:  We will oppose that in a motion.

Q.   Mr. Vultaggio, you are an owner of Arizona Beverages USA, L.L.C.; correct?

MR. DONOVAN:  Objection to form.  Outside the scope of the 30-B(6).  Answer, if you can.

**A.    One of the owners.**

MR. GOTT:  I think that falls under the organizational structure.

Q.   Who are the other ones?

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 57

D. Vultaggio

MR. DONOVAN:  Objection to form. Outside of the scope.  We went through a meet and confer.  Are you talking about Topic 14 now?

MR. GOTT:  Topic 14.

MR. DONOVAN:  The ownership of the company, what relevance does that have to that topic or this case?  Please tell me.

MR. GOTT:  When I walked through each topic and asked him what he did to prepare, on the majority of the topics the basis of his testimony here today is based off his knowledge and role with the company.  General knowledge.  So, if that goes to him being an owner and understanding what his role is with the company, that is entirely relevant not only to the basis of his testimony here today, but also who this witness is, and it goes directly to Topic 14.  There are many different doors we can go through for this.

MR. DONOVAN:  Nowhere in Topic 14 does it say ownership.  Repeat the question.  He may have answered.

MR. GOTT:  He answered.  He said he was

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 58

D. Vultaggio

one of the owners.  I would also put on the record, Bob, as you were reminded yesterday, you are not to provide speaking objections during this deposition.  You can object to form.  If I want clarification on the grounds of your objection, I will ask.

Q.   Who are the other owners of the company?

MR. DONOVAN:  Objection to form. Outside the scope of 30-B(6).

MR. GOTT:  That is another speaking objection.

MR. DONOVAN:  Wait a minute.  Off the record.

THE VIDEOGRAPHER:  Off the record at 11:25.

(Whereupon, a break was taken off the record.)

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at 11:26.

Q.   Mr. Vultaggio, who are the other owners of the company?

MR. DONOVAN:  Same objection.

**A.    What company?**

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                          November 10, 2023

Page 59

D. Vultaggio

Q.   Right now, we are speaking of Arizona Beverages USA, L.L.C.?

A.   I believe, my two sons.

Q.   Were you the original founder of Arizona Beverages USA, L.L.C.?

MR. DONOVAN:  Objection to form.

A.   I had a partner when we first started. He was bought out about eight years ago.  My kids were part owners at the time.  They were babies. Now, it is just the family who owns it.

Q.   Who is the name of that partner?  The ex-partner?

MR. DONOVAN:  Objection to form.

A.   Furlito (phonetic).

Q.   First name.

A.   John.

MR. DONOVAN:  Objection.  Definitely outside the scope of 30-B(6).  Answer if you can.  And I am allowed to say it is outside the scope of the 30-B(6).  That is not a speaking objection.

Q.   When was Arizona Beverages USA, L.L.C. founded?

MR. DONOVAN:  Objection to form.  Do you

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                           November 10, 2023

Page 60

D. Vultaggio

mean formed?

A.    I know when Arizona started.  I don't know when the corporation was formed.

Q.    When did you start Arizona?

MR. DONOVAN:  Objection to form.

A.    1992.  The business goes back 20 years prior to that.  We were in business since the 1970s.

Q.    As the owner of Arizona Beverages USA, L.L.C., what are your general responsibilities?

A.    I am involved in pretty much everything.  Designing, creating, managing, constructing, sales, marketing.  We have a workshop in the basement.  I build tables.  We built a factory in New Jersey.  I am involved in that.  Trucking.  I do the wallpaper.  I am a hands-on, all around guy.

MR. GOTT:  That was going to be my follow-up question.

Q.    Has your involvement in the day to day operation of Arizona Beverages USA L.L.C. changed over the years?

MR. DONOVAN:  Objection to form.

A.    Not really.  This role I have had when I

 

Don Vultaggio                                    November 10, 2023

Page 61

D. Vultaggio

had a partner.  He was pretty much retired.  I

work pretty much six days a week.  I enjoy what I

do.  I have a lot of people working for me for

many years.  I treat them like family.  I am a

lucky man.  I go to work.  I like what I do.

Q.   You said your two sons, is that Spencer

and Wesley?

A.    That is correct.

Q.   What are their general duties at Arizona

Beverages USA, L.L.C.

MR. DONOVAN:  Objection to form.

Outside the scope.

A.    Not as hands on as I am.  Different

generation.  When they came on board, we had very

little online activity.  I am an individual.  I

don't use a cell phone.  I don't carry one.  I

leave it in the car.  I never worked a computer.

I never sent an e-mail.  I never sent a text.

Their world is completely different now.  We

improved our -- we do a lot of clothing.

Paraphernalia for Arizona fans.  We are involved

in designing that.  Tasting of products, as we

introduce new products.  Design of labels.  We

have lunch every day.  They don't do wallpaper.

 

Don Vultaggio                                   November 10, 2023

Page 62

D. Vultaggio

They don't work in the workshop.  They don't drive

a truck, if necessary.  All that kind of stuff.

That is enough.

MR. GOTT:  So, you said you haven't sent

an e-mail.

Q.   Your communications within Arizona and

with other Arizona employees, are they primarily

in person?

A.   I spend most of my time out of my office

walking around, and so, face-to-face conversation.

I don't know anything else.  People come to my

office when they want to talk to me.  If I want to

talk to them, I go to them.

Q.   When you communicate to, say, your

co-packers, is that typically done by telephone or

in person?

MR. DONOVAN:  Objection to form.

A.   Both.  I meet them in person.  I have

been to their factories.  Their facilities.  And

telephone.  Never electronically.  I don't do

that.

Q.   Is that the same style of communication

you use with Arizona flavor houses?

A.   They generally come to me.  We meet.

 

Don Vultaggio                                  November 10, 2023

Page 63

D. Vultaggio

The owner is a man I went to high school with.

I've known him for 50 years.  I have conversations

with him on occasion.  No texting.

Q.   Do your job duties involve marketing of

the products?

A.   I mean, that is what it is about.

Right.  Wallpapering.  Those things are sidelines.

I am a company that over the last 30 plus years we

haven't done what traditional beverage guys do.

They go on television.  They buy sponsorships.

They do schools.  Tie-ins.  That kind of thing.

When I started, I was a truck driver and I knew I

couldn't compete in that world.  So, I believed

that I was a truck driver.  I believed people made

a decision when they went shopping.  I said, I

have to have the right colors.  Have a catchy

name.  Great graphics.  My wife did the original

graphics on the cans and bottles.  All these years

we haven't done traditional advertising and

marketing.  Marketing to me is what is on the can

and what is in the can.  Arnold Palmer asked me

one day, how do you sell so much of this stuff,

kid.  You flattered me.  You called me a kid.  I

said, I put a handsome guy on every can.  I make

Case 1:19-cv-07081-AT-OTW Document 315-20 Filed 03/01/24 Page 65 of 282

Don Vultaggio                                        November 10, 2023

Page 64

D. Vultaggio

it taste good. The price is right. He said, wow, that simple. I said, I like your swing. I play golf, but not like him. That was my model. It still is. I grew up as a working class. My dad worked for A & P grocery store. I had that kind of old fashioned value. You got to be fair to customers. Give them a good deal. They will buy it again if it tastes great. If it doesn't taste great, they won't buy it again. They might tell their friend don't buy it. I believe first and foremost, taste and then packaging is what they buy first, then after that because it tastes great. We have been able to survive in a world with the sharks. The Cokes and Pepsi. The guys who own Snapple. They have all marketing money. We have been able to maneuver through them successfully. One day, I had one of the executives at Coke. He said, I am here to buy you out. I said, I am here to tell you I am not for sale. He then said, we have to rip your heart out. I said, I was flattered that a guy from Atlanta flew up in his private jet to tell me that. I said, my advice to you is you have to bring some of your friends with you. Not only for

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                    November 10, 2023

Page 65

D. Vultaggio

my sake.  I like what I do.  But for the thousands

of employees we employ.  After a couple of hour

lunch, he hung out.  If I were you, I wouldn't

sell out either.  That was over a decade ago.  It

is a unique philosophy.  In a world where

conglomerates buy others, we are family owned and

run like that for decades.  I hope to continue it.

You said, you just had a grandchild.  I have now

three.  Hopefully, they will grow up and run the

company.  That is my home.

        MR. DONOVAN:  I neglected to say at the

     beginning of the deposition we reserve the

     right to review and sign.  Pretty much all of

     the depositions should be highly

     confidential.

        MR. GOTT:  Understood.

     Q.  At Arizona Beverages USA, L.L.C. who are

your direct reports?

        MR. DONOVAN:  Objection to form.

     A.  We gave you a list of people that I talk

to, but I talk to everybody.  You know, there is a

man who cleans up in the afternoon and evening.

His name is Melvin.  I converse with him in the

afternoon.  What is going on in the garden.  How

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 67 of 282

Don Vultaggio                                    November 10, 2023

Page 66

D. Vultaggio

is the grass growing.  It might sound corny.  It is not.  That is the way I operate my business.  I have from clerks to people who run departments who speak to me on a regular basis.  They feel comfortable enough to come to me.  I say, I want you to come to me if you see something wrong.  We have a factory in New Jersey.  I know most of the operators.  The forklift operators.  The folks who run the labelers.  I am there on a regular basis.  I like them.  They like me.  We have lunch.  A bunch of guys.  It is a unique old fashioned form of business.  It might sound corny to you.  It may be archaic to you.  It is not.  It is the way I run it.

MR. GOTT:  Since your sons have become more involved with the company, you started expanding upon that approach that you just kind of described.  You of course have not abandoned it.

Q.   You supplemented it with more traditional forms of marketing?

MR. DONOVAN:  Objection to form.

A.   They don't say, hey dad, let's go on ABC or do the Super Bowl.  I think they grew up in the

Don Vultaggio                                  November 10, 2023

Page 67

D. Vultaggio

business with me and that our philosophy is the same in that regard. The clothing. We used to have a T-shirt. Now, we have all kinds of stuff. Baby clothes, sneakers, tie-ins with Adidas and other companies over the years, but traditional advertising like on a billboard or something we don't do. Our philosophy in that regard is the same.

MR. GOTT: You briefly described to me generally your involvement with the marketing of the company.

Q. To what extent do your job duties involve the pricing of your products?

MR. DONOVAN: Objection to form.

A. Well, when we put 99 cents on the can in '98 that was my inspiration. I wanted to. The can business was declining. I wanted to promote the can as real value for the consumers. That was, I guess, started around '98, but since then and before then. I believe price point is very important. When we came out with the big jugs, the big gallon jugs, that had never been done before. It had to be priced right. Otherwise, the consumer would say, make it from powder. We

888-893-3767     Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 68

D. Vultaggio

developed a very tight strategy on how to get

pricing.  Some cans, we sell it for $1.99 per

gallon, and pricing is what made that product

become something the average consumer said I could

afford to use on regular basis for my kids in the

house.  I could pour it.  I could close it.  Put

it in the refrigerator.  Oftentimes, cans are half

full.  They throw them away.  The approach was

appealing to mom.  I am on a budget.  I want to

make sure what I bring home I use to the very end

at an affordable price.  The major competitors are

Coke and Pepsi.  They have Lipton and they have

all that marketing money.  Every package I do I

have to be price competitive.  I have to be below

them.  I have to.  They do all the other fancy

stuff.  I am very much involved in that.

Negotiating with a supplier.  To make sure of the

pricing, the containers, the filling.  All of that

stuff is competitive.  Then we have plants

situated all over the country.  Everything we

deliver is ours.  We want to give the consumer

that value.  That is has been our strategy for 30

plus years.  I started with one plant in

Cincinnati, Ohio back in '92.  Today, we have 40



Don Vultaggio                                    November 10, 2023

Page 69

D. Vultaggio

plants.  The reason for that is I want to get closer to the market.  I can't travel a thousand miles.  We are going to have to get the customer pay for that freight.  We tried to avoid that. Value is the most important reason why people buy from me.  Other than the fact they like it.  They like it already, but if the value goes away, they might not like it as much.  I am constantly trying to hold the pricing down.  During the COVID situation, everything skyrocketed in price.  To us too.  We held $0.99.  I was on talk shows that I never did before.  People wanted to talk to me. How can I hold $0.99.  Nobody else can.  Part of it is, we tighten our belt.  We are a family company.  We don't report to shareholders.  We made less profit.  I also felt fundamentally there was, for me, the consumers were being bombarded on all fronts.  They didn't need another guy like me. That was one of the statements I made.  They didn't need another price increase from a guy like me.  We held the price.  If you think about what I've done in 30 years, I have held that price since 1992.  I go over the Verrazano Bridge when I go to my factory.  The Verrazano Bridge in '92 was



Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 71 of 282

Don Vultaggio                                          November 10, 2023

Page 70

D. Vultaggio

probably four bucks.  Round trip.  Today, it is $18.  That is a 450 percent increase.  I am still selling for 99 cents.  People ask, how do you do that.  I don't know.  I do it.  It is a combination of a lot of activity.  A lot of effort.  It starts with the can supplier.  It starts with hedging aluminum.  All that stuff.  I am directly involved in it.  I told you before, I like what I do.  So, I am not one who says I should be home playing shuffleboard.  I like what I do.  I am excited.  I think I do a very good job at it.

Q.   In many ways, you are Arizona Beverages USA, L.L.C.?

MR. DONOVAN:  Objection to form.

A.    That is pretty correct.

MR. GOTT:  You know, you just testified that consumers -- the most important thing for consumers is value and the taste.

Q.   How do you know that?

A.    Because I talked to a lot of consumers in my life and I am a consumer.  So often marketers forget they are a consumer too.  If you as a marketer says, price doesn't matter, because



Don Vultaggio                                November 10, 2023

Page 71

D. Vultaggio

you believe that you are in a financial situation or whatever other reasons.  You lose the mark.  I grew up like I said, working for my father as a blue collar guy.  We lived in Brooklyn in a middle class environment.  I know how important value is to consumers.  I also know if a consumer gets a value on something and drinks it and says yuck, they don't buy it again.  I didn't learn that in school.  I didn't go to school.  I think from my life, if you go to a restaurant, if it don't taste good, you don't go back.  If you are not treated properly you don't go back.  My strategies are pretty basic to me.  Not so much to some of my major competitors.  They are up here.  They don't think that way.  On a regular basis, our product is more than half less than the Cokes and Liptons on a per ounce basis.  That is how when we go to buyers, we show them this costs seven cents an ounce.  We cost three cents an ounce.  The consumer who shops at Wal-Mart will like that value.  They give us more space.  They will give us a promotion.  A rollback.  All that stuff.  That is what I get involved in.

MR. GOTT:  You talked a little bit about

Don Vultaggio                                    November 10, 2023

Page 72

D. Vultaggio

competitors in this industry.

Q.    How else besides price do you differentiate the Arizona products from your competitors?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

A.    Packaging.  Size.  When we started in 1992, we went into a big tall can.  A tall can had been around probably a decade before.  Only with alcohol.  I put tea in there.  I said I need something that is going to jump out of the cooler. When people go by that cooler, they get a split second.  The big can stood out better than the small can.  Basic.  I said, bigger presence gets more attention.  Then we put colors on it.  My wife came up with turquoises and pinks and yellows.  Back in those years, everything was red, blue and black.  That can stood out.  I put it on the shelf in New York City in '92.  Consumers responded.  The flavor we created with a man -- my wife and I went to the same high school.  He went to the high school as well.  Back in those days, we started a raspberry and lemon tea.  I said it's got to taste good.  When I was working with him,

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 74 of 282

Don Vultaggio                                    November 10, 2023

Page 73

D. Vultaggio

he was working at a flavor house at the time.  He

is now at Allen Flavors.  Back then, it's got to

taste good.  Bring me samples.  It don't taste

good.  What do you want.  Tea.  Nobody used that

much tea.  I am selling iced tea.  I didn't know

anything about ice tea.  Probably 20 years I was

with all alcohol.  I was a beer distributor.  I

said if it tastes good, people are more likely to

buy it again than if it doesn't taste good.  We

really worked on the first two flavors.  Here we

are 30 years later those two same flavors are the

same flavors we sell currently.  We have others.

Those two are still in our portfolio.  Lemon tea

is our best seller in New York.

        MR. GOTT:  You mentioned the importance

    of the label and you highlighted the colors

    and the size of product.

    Q.    When did you make this decision or when

did Arizona make the decision to place the no

preservatives representation on the products?

    A.    Not at the beginning.  At the beginning

back in '92 believe it or not there were no

nutritional facts on soda or beverages.  No

ingredients.  It was like pot luck.  Then after

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 75 of 282

Don Vultaggio                                            November 10, 2023

Page 74

D. Vultaggio

the FDA came.  We want this.  Calories.

Nutritional facts.  Then as I grew in the business

and realized that some of the things we are

different about is that competitors of ours --

back up for one second.  If I get too wordy, shut

me off.  Our competitors like Coke and Pepsi

produce their teas in soda factories.  That is

what they had.  Soda factories are forced to use

preservatives.  Sodium benzoate and potassium

sorbate because that is how they pack their soda.

Their machine aren't capable of hot filling it.

They don't have it in their factories.  At the

time as a consumer I didn't.  I never analyzed

what was going into products and beverages other

than what I tasted.  I realized early on benzoate

had a taste associated with it.  Dry in the

throat.  A burning effect.  Not as pleasant as hot

filling it.  And because I was in the beer

business, I started making the product in a

brewery.  They tunnel pasteurize naturally.  That

is how they do beer.  I started that way by

accident.  I started to grow.  I realized that

plants that could produce our kind of production

weren't soda plants.  They have to use benzoate.

 

Don Vultaggio                                November 10, 2023

Page 75

D. Vultaggio

They don't have the ability to heat and cool it.

That was 30 years ago.  Since then, we have a lot

better understanding about it.  Like I said

earlier, I have grown on the job.  I learned on

the job all the things I know now, I didn't know

30 years ago.  At some point I started talking

about things like the fact we don't use benzoate.

Based on people I talked that say I don't like

that one.  Nestea.  It's got that taste to it.

That was benzoate doing it.  I knew that.

Sometimes they knew it.  Sometimes they didn't.

More consumers started to recognize the off taste

associated with chemicals.  The FDA approved.  It

is not like it is harmful, but it doesn't taste

good.  Since my motto was, look good, tastes good,

priced good.  The taste good didn't work with

benzoate.  So, probably in the mid '90s we started

with no artificial color.  No artificial flavor.

Natural flavor.  No preservative.  Then of course

the calories went on and all that other stuff.

You had the ingredients.  Some people knew what

the ingredients were.  Some drinks look like

chemistry sets.  They've got these long words I

can't even pronounce as you read them.  Some

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Page 76

D. Vultaggio

things are described obviously what is in there.

Some of them are chemically derived and have

long-winded names associated with it.  Anyhow, if

you -- in my world, taste is the most important

thing.  We couldn't achieve it with benzoate.

Even though for instance we have a plant in New

Jersey and our monthly gas bill is a few hundred

thousand.  We are heating thousands of gallons of

liquid to preserve it, then we have to put it into

a can or a bottle hot, then we have to spend a lot

of energy to cool it down.  REDACTED

REDACTED      We spend a lot of energy to heat it.

We spend a lot of energy to cool it.  Our

competitors say, forget that.  We'll put some

benzoate in there.  There is a difference.  Again,

a lot of consumers I believe today especially know

the difference.  We want to make sure they

understood even though it doesn't say it on the

label, but the fact that the statement, no

preservatives is tied to the fact we don't use

benzoate and sorbate.  Those are the only two

preservative that work in beverages.  Everybody

uses it.  If you go Hot Fill, you don't use it.

Q.   I understand the reason you chose not --

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 78 of 282

Don Vultaggio                                    November 10, 2023

Page 77

D. Vultaggio

your testimony is the reason you chose not to use

sodium benzoate as an example of the preservative

in your beverages was for the flavor profile of

the beverage?

A.    The taste.  The effect of that.

MR. GOTT:  Then the next step is, then

at some point you made the affirmative

decision to put a no preservative

representation on the bottle that is around

the label.

Q.   That is what I am curious of as to when

that happened?

MR. DONOVAN:  Objection to form.  Asked

and answered.

A.    I believe I said sometime in the middle

'90s.

Q.   Was that a decision you made?

A.    Yes.

Q.   Was it based off any studies you

performed or Arizona performed?

MR. DONOVAN:  Objection to form.

A.    The studies are talking to consumers.  I

did a lot of that.  Talking to a lot of

wholesaler, retailers and buyers to understand the



Don Vultaggio                                    November 10, 2023

Page 78

D. Vultaggio

perception of taste and how important it was to

the consumers.  Over the years, I realized people

come and we get letters.  I love the product.  I

love the taste.  That kind of thing.  Taste is

derived by good ingredients, but also by putting

in certain things that affect it.  You can start

with something great and add something.  That will

throw a lot of things off. As I grew and learned

the business, our packaging reflected what I

learned.  There was a time when, like I said,

products didn't have labels on it, then when they

had what is in there, people started, well if they

had a red color they use red 40.  You'd read a

magazine in the dentist's office.  Consumers say

they don't like red 40.  Moms say they think that

is bad.  We never used artificial color.  The

point is, it was becoming highlighted by consumers

about ingredients they were finally able to see on

the label.  Prior to that, they weren't on the

label.  They didn't know.  That kind of ad hoc

education.  People said to me, you are an

overnight success.  I said, yes.  30 years and

nights I went and learned.  I didn't have the

college education.  I learned on the job.  Not a

Page 79

D. Vultaggio

bad way to learn too.

Q.    Is your use of the no preservatives label a distinguishing factor for Arizona products compared to your competitors?

MR. DONOVAN:   Objection to form. Definitely outside the scope of 30-B(6).

Answer, if you understand it.

A.    I don't think it is anything unique about me saying no preservatives.  A lot of things have that on it.  Food.  Drink.  Other things.  It just indicates I don't have something in it.  I want to let the customer know.  Our no preservatives was always on the side.  Not the primary panel or the back.  It wasn't front and center because not -- to me, it is important to people who believe it is important.  Not important to somebody who bought an Arnold Palmer.  I play golf.  Let me try that.  Our packaging is like a green tea.  We've got beautiful colors on it. Importance to some people might be the fact it is a beautiful can.  To somebody else, the fact that it is 24 ounces and 99 cents.  To somebody else, there is honey in there.  The important thing is we have a lot of call outs.  We try to.  It is

Don Vultaggio                                     November 10, 2023

Page 80

D. Vultaggio

like catching a fish.  We try to have people see and be representative of what is there and hopefully they'll choose us over somebody else.

Q.   Has Arizona performed any consumer studies regarding what aspects of the label consumers are responding to?

MR. DONOVAN:  Objection to form.  Asked and answered.

A.   As far as I know, no.  We've done lots of -- if I am at a party, I have conversation with many people and hear from them what their view of Arizona is.  Outside surveys, no.  Again, my belief is that most of the companies out there that guide beverage companies are, you got to do this.  One guy told me, act more like Coke.  If I do that, I will go out of business.  They got all the money in the world.  They can do things we certainly can't.  It is home grown.  A lot of conversations.  A lot of -- I don't want to sound stupid.  My life is Arizona.  That is all I've done.  I haven't done anything else for the last 30 plus years.  That is all I've done.  Wherever I am, people want to talk about Arizona.  The first time they had it.  The beautiful label.  The

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 81

D. Vultaggio

bottle.  The can.  How great it tastes.  Sometimes

maybe they are just kind of fanning me.  Who

knows.  The fact is, you listen and observe.  If I

go see a buyer at Wal-Mart, it is a little more

serious.  Your gallons at this price didn't do

well.  We got to go back to the old price.  That

is a better one or promote this way at the end

displays v. having it off the shelf.  You know

marketing is something that when you are in it,

you've got to constantly evolve.  When we first

came out with green tea with pink flowers on it,

people came to me and said guys are not going to

drink it.  I said good.  We get all the women.

When we showed gallons for the first time, that

looks like Wesson Oil.  Nobody is going to buy

that.  It was a buyer at Shop Rite.  I said that

is pretty good.  Why is that.  As long as I've

known you, you've never been right.  He said it

was no good.  He was wrong.  I was right.  Again,

that interaction is where you learn.  That is

where I learned.  I haven't learned from textbooks

or hiring somebody to tell me what they think.  I

haven't done it.

        MR. GOTT:  You testified previously you

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 82

D. Vultaggio

had conversations with customers or consumers about what they liked about the product.  You talked about the size and the labels.

Q.   Did Arizona document any of those conversations with consumers?

A.   **Only in my head.**

MR. GOTT:  You also testified you had some conversations with, for example, with Wal-Mart regarding how a product is doing, setting the price and changing it back to a price.

Q.   Do you recall any conversations with any retailers about the no preservatives representation on the products?

A.   **I never had one about that.**

Q.   No retailer ever talked about promoting or changing or highlighting the no preservatives representation on the label?

MR. DONOVAN:  Objection to form.  Outside the scope.  Go ahead.

A.   **I never had a conversation like that with anybody regarding that.**

Q.   You previously touched on your academy history.

Don Vultaggio                                    November 10, 2023

Page 83

D. Vultaggio

A.     Lack of.

Q.     Generally speaking, what is the most advanced degree you have?

MR. DONOVAN:  Objection to form.

A.     High school.

Q.     Did you graduate from high school?

A.     Barely.

Q.     That is still graduating.

A.     It was 1970.  The Vietnam war was raging.  If you didn't go to college, you went to war.  I had an English teacher that said, I think you are too tall.  In fact, I was.  They had a height limit of 6'8".  I laid on my mother's wooden floor in the living room.  If you lay down on a hard floor, you stretch your joints.  I measured at 6'9" and three quarters.  I went to the military doctor.  He said kid, I don't know what you are here for.  You look like you are too tall.  They deemed me 4F.  I went into business right after high school.

Q.     After you received that degree have you received any other type of training or certifications as it relates to your operation of Arizona Beverages USA, L.L.C.?

888-893-3767            Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 84

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.    I am trained by the people around me.

Q.    The school of hard knocks?

A.    Yes.  More importantly, I learned early on.  Successful people surround themselves with smart people.  Some people are intimidated by smart people.  They think I look dumb.  I say I look smart because I hired you.  It is part of, I think, an overall philosophy.  Again, an open door policy of having people not afraid to come in.  I have had many people in my office say, you talk to everybody.  Everybody comes to you.  You are so different and unusual.  I don't know if it is unusual.  I only know here, but the way you get smart is by listening.  I have had the good fortune of having two ears and one mouth.  Part of that means you've got to not only listen, but you've go to listen intently because sometimes there are gems in, whether it is a sale person or somebody comes in as a supplier.  If you are smart, your company becomes smarter and therefore, you become more successful.

Q.    Do you know which beverages are at issue in this litigation?



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 86 of 282

Don Vultaggio                                    November 10, 2023

Page 85

D. Vultaggio

A.     You showed me a list.

Q.     Paragraph 7 of the deposition notice, Page 5 going into Page 6.

A.     Got it.

Q.     Prior to seeing this deposition notice, were you aware of what products are at issue in the litigation?

MR. DONOVAN:  Objection to form.

A.     I don't know.  At some point I saw this. I don't know if I knew about it before.

MR. GOTT:  I think you generally testified about this.

Q.     To be a little more specific, who is in charge of determining what label claims are on the label of products listed in Paragraph 7 of the deposition notice?

A.     Label claims meaning content or ingredients?

Q.     Content.

A.     We rely on Allen Flavors or the flavor house after we develop the flavor to tell us what it is in what we developed and how we can accurately represent that on the label.  They have levels of most to least.  We get that information



Don Vultaggio                                        November 10, 2023

Page 86

D. Vultaggio

from them.  Is that what you mean or something else?

MR. GOTT:  That is part of it.  The next part is, the other representations you have on the bottle or the can for the products at issue.  For example, the no preservatives representation on the bottle.

Q.   Who is in charge of determining whether that representation is on the label of the products?

A.   When it ends up on the label, it was mine.  My decision.  We said other things.  We say natural color.  Flavor.  Those decisions I have made over the years.

Q.   Can you recall instances since that original decision to put the no preservatives representation on the products?  Can you recall situations where people addressed the veracity of that representation on the bottle?

MR. DONOVAN:  Objection to form.

A.   Co-packers or something?

Q.   Anyone at this point.

MR. DONOVAN:  Objection to form.

Outside the scope.  Are you referring to

Don Vultaggio                                    November 10, 2023

Page 87

D. Vultaggio

other lawsuits?

MR. GOTT:  No.  I am referring to outside of litigation.  Just, I mean if it was litigation, address that.  I am concerned if you have had any conversations with any other individuals about the no preservatives representation on the product since the original decision to place it on.

A.    Like a consumer who said, what does that mean?

Q.    That is an example.

A.    I have not had a consumer say what does that mean.  To me, it is self explanatory.  Nobody said, what does that mean or what does natural flavor mean.  It is statements we make on the bottles and cans on a regular basis.

Q.    If Arizona were to put a no preservatives representation on one of the labels, is there an approval process to do so?

MR. DONOVAN:  Objection to form. Outside the scope of the 30-B(6).  Answer, if you can.  The approval process.

A.    The approval is me.  Before we move forward, if there is something we are not sure of,



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 89 of 282

Don Vultaggio                                    November 10, 2023

Page 88

D. Vultaggio

we ask people like Allen Flavors.  Other

suppliers.  Things like that.  I can't recall like

asking somebody about another thing.  I haven't

added anything.  It is what we have been doing is

for decades now.  Any new statements.

Q.   How often do you, Arizona, review the

labels on the products?

MR. DONOVAN:  Objection to form.

A.   Generally, I review it because if we

have a new printer, I see a label I don't like the

density of the color or a can supplier where I see

it is sloppy on some of the lines and it bleeds

when it is being printed.  We change graphics

occasionally.  We will add a chain like Circle K.

We will add something on there.  We will be

involved in adding a name to a label that is

existing.  Most of the time it is tied to how it

looks.  Wherever I go, I go to the coolers.  I

look.  I say, shoot, that label is not applied

good.  I don't want that can.  I don't like the

color.  The green is off.  You run the cans at 900

a minute, they got to be good.  I say, that is my

baby.  She's got to look great.  If somebody's

color is off or some of the registration is off.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 89

D. Vultaggio

It is a little blurry.  That is where I get involved.

Q.    Are you aware if Arizona has received complaints regarding the no preservatives representation and that the products have citric acid in it?

A.    Complaints from a co-packer?

MR. GOTT:  Start with co-packers.

Q.    Are you aware of any complaints received from co-packers regarding the no preservatives representation on the products and that it has citric acid in the product?

MR. DONOVAN:  Objection to form.  Outside the scope.  Answer, if you can.

A.    I recall with Knouse we had something with the FDA about acidic food or they brought somebody in.  I think we shared in some of the costs of it to clear it up.  I don't know what the origin was of that or where it started.  We did what we needed to do to satisfy that agency.  Maybe over the course I will come up with some other examples.  That one, I remember.

Q.    Are you aware if Arizona has received any consumer complaints regarding the no

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                         November 10, 2023

Page 90

D. Vultaggio

preservatives representation that the product has citric acid in it?

MR. DONOVAN:  Objection to form.

A.    I personally have not seen consumer complaints about that.

Q.    Who at Arizona is in charge of approving formula changes to the products?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

A.    Me.

Q.    When a product undergoes a formula change, does Arizona also review the label for that product to ensure that label accurately reflects the changes made to the formula?

MR. DONOVAN:  Objection to form.

A.    We rely on if -- recently we've done some things with sugar reduction.  So, the label has to change.  Usually, in that case it was the same stuff, but less of, but then we go through the process of the flavor house tells us, preponderance, all that stuff.  We view and make sure before it goes to the printer what he represented to us is going to the printer so they can print it accurately.  That is the process.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 91

D. Vultaggio

MR. GOTT:  In the mid 1990's you made a decision to put the no preservatives representation on the label of the products.

Q.  Did you speak with anyone else about that decision prior to placing it on the products?

MR. DONOVAN:  Objection to form.

A.  Like who?

Q.  Did anyone provide you with any recommendations or thoughts on the decision to put that representation on the label?

MR. DONOVAN:  Objection to form.

A.  Like I was saying earlier, my knowledge of the beverage business evolved when I made that decision based on communication with my flavor house.  Like, what are these things.  Sometimes they are chemical names.  I'd say, what does that do.  Those kind of things.  I had some of those discussions.

Q.  When you say flavor house in this instance are you referring to Allen Flavors?

A.  Allen Flavors has been my primary, but not only supplier.

Q.  During the years since you started Arizona, who have been the flavor houses for

LEXITAS

Don Vultaggio                          November 10, 2023

Page 92

                    D. Vultaggio

Arizona products?

          MR. DONOVAN:  Objection to form.

     A.    By name?

     Q.    Yes.

     A.    Allen Flavors.  We have a company called

Dohler.  There is a company Universal.  Shanks.

The same guys.  We've done coffees over the years.

Coffee suppliers.  Pretty much most of it was

Allen Flavors (names phonetic).

     Q.    Based on viewing the products that are

at issue in this litigation in Paragraph 7 of the

deposition notice, is it true that all of the

ready to drink products listed therein have

contained the no preservatives representation on

the label from at least May 14, 2013 to the

present?

     A.    I think that is correct.

     Q.    Has the no preservatives representation

on the products ever been removed from any product

listed in Paragraph 7 of the deposition notice?

          MR. DONOVAN:  7-A through P.

          MR. GOTT:  Yes.  While he is reviewing

     that, Q is being addressed by Topic 7 that we

     reserved the right to handle later depending



Don Vultaggio                                November 10, 2023

Page 93

D. Vultaggio

on your production.

A.    Unless inadvertently we didn't have room.  Sometimes we are limited with size.  The small can.  Sometimes a flavor like that might be in a can but there is no room to have things like flavor, color, preservatives.

Q.    Have you ever made or has Arizona ever made changes to any of the formulas of the products listed in Paragraph 7 based on your interest in keeping the no preservatives claim on the product label?

MR. DONOVAN:  Objection to form.  Repeat the question.

(Whereupon, the last question was read back by the reporter.)

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you understand.

A.    No.

MR. GOTT:  Now, prior to that question I asked you about whether the no preservatives representation has ever been removed from any of the products listed in Paragraph 7.

Q.    Do you know that it has ever actually



Don Vultaggio                     November 10, 2023

Page 94

D. Vultaggio

been removed from one of the products?

A.   Like I was saying, the package didn't have enough room.

Q.   Right.

A.   I don't.  But sometimes you have limited space.  Therefore, you have to work with what you've got.  There is required stuff.  Other things, like fluffy things, you have to leave off sometimes.

Q.   You aren't aware of any specific product or instance which you, Arizona, has removed the no preservatives representation?

MR. DONOVAN:  Objection to form.

A.   No, I am not aware.

Q.   Has Arizona at any point in time hired food scientists to review the no preservatives representation in relation to the products listed in Paragraph 7?

MR. DONOVAN:  I object.  You are not asking for anything privileged.  Right?  Litigation work product.  Privileged.

MR. GOTT:  Outside of litigation.  In the regular course of business.

A.   Well, I mentioned that thing with



Don Vultaggio                          November 10, 2023

Page 95

D. Vultaggio

Knouse.  I think that was a food sciences company.

The FDA was questioning the acidified food

regulation.  I don't know the exact details of

that.  In that case, I think that guy would be

deemed a food scientist.  Of course, Dean went to

school for food and he works for us.  I don't know

if that counts, but hiring an outside guy in that

case with Knouse is something we did in

conjunction with the co-packer.  Normally, no.

Q.    When did Arizona hire Dean Angel?

MR. DONOVAN:  Objection to form.

Outside the scope.

A.    Pre-COVID.  I don't know.  Five years.

Maybe.

Q.    What is his job title?

MR. DONOVAN:  Objection to form.

Outside the scope.

A.    I don't know.  I know what he does.  I

don't know the title he has on his card.

Q.    Briefly describe what his job duties are

at Arizona?

MR. DONOVAN:  Objection to form.

Outside the scope.

A.    He works with people developing flavor.

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 97 of 282

Don Vultaggio                                              November 10, 2023

Page 96

D. Vultaggio

Flavor houses.  On a regular basis, gathers. Things come in from flavor houses all over the world.  From Brazil.  We taste it together.  We comment on it.  We correspond to the flavor house about taste.  I guess what we decided based on what we tasted.  He does a bunch of stuff all to do with what goes into the bottles.  Not usually what is on the bottle.  He doesn't do design or anything like that.

Q.  Did Arizona previously employ Jim Dar in that same position before Mr. Angel?

MR. DONOVAN:  Objection to form. Outside the scope.

A.  There is an individual named Jim Dar who served in that role for a few years and a man before him.

Q.  Do you recall the name of that individual before Jim Dar?

A.  John.

Q.  Do you know his last name?

A.  It was a decade ago.  It might come to me.

Q.  Outside of the testimony you just provided about the food scientist, you, Arizona,



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 98 of 282

Don Vultaggio                                November 10, 2023

Page 97

D. Vultaggio

at one point hired, has Arizona hired any other

consultants outside of Arizona to review the no

preservatives representation on the label of the

products?

MR. DONOVAN:  Objection to form.

A.   I don't recall any other company or

individual we hired to give us clarification on

that.

MR. GOTT:  You briefly testified as to

what led you to making the decision to put

the no preservatives representation on the

products.

Q.   At any point in time has Arizona

performed any pricing analysis to determine what

changes to put on the label?

MR. DONOVAN:  Objection to form.

Outside the scope.

A.   Do you mean price benefit?  Putting

something on that is going to enable us to charge

more for it.

Q.   I mean, that would be one example of

price analysis?

A.   No.  I've never done it.  Like I said

before selling a $0.99 can for 30 years and all,

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 98

D. Vultaggio

pretty much all of the flavors are in those cans.

So, no.

Q.   Are you aware since the no preservatives

representation has been on the label of the

products, have you performed any -- Arizona

performed any pricing analysis as to what the

value of that representation is on the label?

A.   No, because, I mean, I believe it has

zero value.  Other than to tell somebody something

that doesn't taste good is not in the can.  That

is as much as that.  No.

MR. GOTT:  We are just passed an hour

here.  We can stop.  Otherwise, I have a

chain of documents.  It may take a while to

go through.

THE VIDEOGRAPHER:  Off the record at

12:26.

(Whereupon, a break was taken off the

record.)

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at

1:07.

MR. GOTT:  Welcome back.  You previously

testified you do not send or receive e-mails.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                        November 10, 2023

Page 99

D. Vultaggio

Q.    Is that correct?

A.    **Well, I receive them through my lady.  I don't have like an e-mail account.**

Q.    When you say lady, who is that?

A.    **Jane.**

Q.    What is her last name?

A.    **Ciccone (phonetic).**

Q.    Is she like an executive assistant for you?

A.    **I guess.  She works for me and my boys.**

Q.    Is it common for you to communicate through her in e-mails to other people?

MR. DONOVAN:  Objection to form.

A.    **I don't ask her to send e-mails on my behalf.  People send them things.  Show this to Don.  I never respond that way.  If I have to, I pick up the phone.**

MR. GOTT:  I would like to show here this.  Mark this as Exhibit 2.

(Plaintiff's Exhibit 2, Document Bates stamped DESI-017368 through DESI-01372, marked for identification.)

MR. GOTT:  This is Bates labelled DESI-017368 through DESI-017372.  This is an



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 101 of 282

Don Vultaggio                                November 10, 2023

Page 100

D. Vultaggio

e-mail exchange between Arizona and Allen

Flavors in August 2018.

(Whereupon, a document was handed to the

witness.)

MR. GOTT:  Since it is an e-mail chain,

the earliest e-mail is on the last page.

Read it going backwards.  Review the e-mail

and let me know when you are finished.

Q.   I will start asking questions.

A.   Okay.

MR. GOTT:  Now, I will start off by

prefacing that this e-mail chain is not about

a product or label for one of our class

products.  It is about a Canadian product as

you have seen.  However, it relates to the no

preservatives representation on that label.

I wanted to discuss some questions about it

for you.

MR. DONOVAN:  Outside the scope of

30-B(6).  I object.  Answer the questions, if

you can.

Q.   First, I will draw your attention to the

second page.

A.   From the back?

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 101

D. Vultaggio

MR. GOTT:  From the front.  The second page.  At the top where it says, Frank Del Corso.  The e-mail says, in order to meet the labeling guidelines, under Canadian law you have two options in order to keep the no preservatives representation on the label, and the two options are, increase the vitamin to more than double the current level or remove the no preservatives representation.

Q.   Do you see that?

MR. DONOVAN:  What are you looking at?

MR. GOTT:  The top of 17369.

A.   Okay.

Q.   Have you seen this e-mail chain before?

A.   I don't believe so.

Q.   Do you recall this conversation taking place?

A.   No.

MR. GOTT:  I'd like you to flip to the front page and the e-mail from Julia Brenner.  The next one in the sequence states, spoke with Don, he said to double it but it needs to be reformulated because it will be too tart with just the increased Vitamin C.

888-893-3767           Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW Document 315-20 Filed 03/01/24 Page 103 of 282

Don Vultaggio                                November 10, 2023

Page 102

D. Vultaggio

Q.   My question for you, Mr. Vultaggio, is why did Arizona decide to double the amount of ascorbic acid to circumvent the need to list a preservative on the product as opposed to just removing the no preservatives representation on the label?

MR. DONOVAN:  Objection to form. Argumentative.  Not what it says.  Outside the scope.  Answer, if you can.

A.    Reading that, I believe it is tied to the Vitamin C claim.  Ascorbic acid is Vitamin C. Vitamin C over time dissipates certain packages, like PET.  So you overshoot it.  We have had this kind of conversation in products where the Vitamin C, if you are making a statement of 25 percent, you have to have the 25 percent 6th months down the road.  That is the way I read it.  The other reference to preservatives and all that, I don't know.

Q.   My question, Mr. Vultaggio, is that you decided according to the e-mail from Julie Brenner, you decided to reformulate this watermelon cocktail to meet those requirements to continue to keep the no preservatives

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                     November 10, 2023

Page 103

                    D. Vultaggio

representation on the label; is that correct?

          MR. DONOVAN:  Objection to form.

     Outside the scope.

     **A.    Reading that, I don't know because I**

**think I was referring to Vitamin C and the**

**statement about percentage of Vitamin C in the**

**watermelon drink.  There is a lot of conversation**

**about PET and PET ascorbic acid is a scavenger of**

**oxygen and it diminishes as to doing that.  PET is**

**a container that sometimes -- all the time oxygen**

**penetrates through.  I think that is what I was**

**referring to.  Not that whole issue of taking**

**preservatives off or on in Canada.**

     Q.   As part of doubling the amount of

ascorbic acid in this product, this e-mail states

that the whole formula needs to be reformulated,

the product would be too tart with just an

increase in Vitamin C?

          MR. DONOVAN:  Objection.

     **A.    That is what it says, yes.**

     Q.   The process for reformulating a product,

is that an extensive process?  What does it

entail?

          MR. DONOVAN:  Objection to form.



Page 104

D. Vultaggio

A.   Tasting.  In that case if you are raising ascorbic you might lower citric.  You might have tartness in the drink.  You want it to have the right tartness.  If you are moving one acid up, you have to move another acid down.  In this case, you have both acids in the watermelon drink.

MR. GOTT:  I'd like to show you the next set of documents.  I'd like to mark this as Exhibit 3, Bates labeled DESI-017382 through DESI-017386.

(Plaintiff's Exhibit 3, Document Bates stamped DESI-017382 through DESI-017386, marked for identification.)

MR. GOTT:  This appears to be e-mail correspondence between REDACTED and Arizona and Allen Flavors.  Similar to the last document it chronologically goes backward from the earliest e-mail to the front.  Please review the document.

(Whereupon, a document was handed to the witness.)

Q.   Let me know when you are finished and I will ask you questions.

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 105

D. Vultaggio

A.   Okay.

Q.   Mr. Vultaggio, have you seen this e-mail conversation before?

MR. DONOVAN:  Objection to form. Outside the scope of 30-B(6).  Answer if you can.

A.   I don't believe I have.

Q.   Do you recall the conversation taking place in this e-mail chain?

MR. DONOVAN:  Objection to form.  Same objection.

A.   Enrique handles South America.  It is confusing.  I don't know if it is Mexico or Columbia.  I don't know what to make of it, but it is a product sold outside of the U.S.

Q.   So, do you know who, on DESI-017385, the fourth page in this set, when Manuela says, last week we had a visit from INVIMA, do you know what that entity is?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   I do not.

MR. GOTT:  I would like to draw your attention to the first page here,



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 107 of 282

Don Vultaggio                                    November 10, 2023

Page 106

D. Vultaggio

DESI-017382.  Specifically, Paragraph 3.

Q.   Based on this e-mail correspondence was Arizona aware the finished ready to drink watermelon --

MR. DONOVAN:  Are we looking at Paragraph 3?

MR. GOTT:  Number 3.

MR. DONOVAN:  On the specification sheet?

MR. GOTT:  Yes.

Q.   Based on this e-mail correspondence, was Arizona aware the finished ready to drink watermelon cocktail product contains potassium sorbate on November 15, 2018?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

**A.   I never get to see the specification sheet.  I've seen batch sheets.  The specification sheet is what goes in behind the scenes when flavors are put together by Allen Flavors.**

Q.   You don't review specification sheets?

**A.   No, in that is all the technical stuff that goes in when Allen Flavors puts the flavor together.**

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                          November 10, 2023

Page 107

D. Vultaggio

Q.   Are you aware of the ingredients used in the components of a particular formula?

MR. DONOVAN:  Objection to form.

A.   Only what Allen tells us to put on the label.  They are a flavor house.  They put in the natural flavor.  They don't tell us exactly what goes in to make the flavor.  They feel it is a proprietary thing that happens behind the scenes. We only see watermelon flavor.  We don't know what goes in to make the watermelon flavor.  That is what is in the specification sheet that we never see.

Q.   Arizona wouldn't know if the components in their -- used to create the ready to made products listed in Page 7 of the deposition notice, Arizona would not be aware if those components contained potassium sorbate?

MR. DONOVAN:  Objection to form.  Not what he said.

MR. GOTT:  I am asking him.  Stop with the speaking objections.

MR. DONOVAN:  He says he doesn't know about the specification sheet.  It is not what he said.

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 109 of 282

Don Vultaggio                          November 10, 2023

Page 108

D. Vultaggio

MR. GOTT:  Don't coach the witness.

MR. DONOVAN:  I am not coaching.  You are arguing with the witness.

MR. GOTT:  You are arguing right now. You are creating a problem.  You need to stop the speaking objections.  Let me ask the question.  Object to form.  Your objection is noted on the record.  If you have a further problem, deal with it on a page and line in front of the court.

A.    Ask again.

Q.    Based off of your testimony, am I correct that Arizona is unaware of whether the components used in the formulas for products listed in Paragraph 7 of the deposition notice contained potassium sorbate?

MR. DONOVAN:  Objection.  Form. Argumentative.  It is not what he is saying.

MR. GOTT:  He can clarify.  This is not a question for you.  You have your objection on the record.  Please stop.

A.    I think I said before and I will say it again.  The specification sheet is turned into a batch sheet.  The batch sheet is different than

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                          November 10, 2023

Page 109

D. Vultaggio

the specification sheet. We are then informed when we come up with a flavor, we are told by Allen Flavors what to represent on our label by them. In this case, that additive. There was a term they use for it. To help to preserve the product in transit, then it gets diluted down. You get a box that might be this big and it goes into a 20 thousand gallon tank. If the representation from Allen is correct, it is a processing aid to get that flavor from his place to the packer and the packer gets a batch sheet which doesn't represent anything that is on the specification sheet, then it goes into the product. We are told by Allen what to put on the label. That is what we do. We correctly represent what he tells us and we tell the consumer.

Q.   Does Arizona hire any third party to validate the information provided by Allen Flavors regarding what to put on the label of Arizona's finished products listed in 7 in the deposition notice?

MR. DONOVAN:  Objection to form.  Answer if you can.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 111 of 282

Don Vultaggio                               November 10, 2023

Page 110

D. Vultaggio

A.   We rely on the supplier to represent to us what he is selling us.  In this case, if he is selling watermelon flavor and the components were watermelon, he tells us what to put on the label to accurately represent what is going into the batch, the tank, and that goes into the bottle. We don't go beyond that.

Q.   Arizona doesn't do any independent verification of what was relayed to you as the ingredients or components used in the formulas for the finished products?

MR. DONOVAN:  Objection to form.

A.   We don't hire an outside guy to say list whether Allen is representing accurately what he is telling us.

Q.   Does anybody within Arizona verify the information provided to Arizona by Allen Flavors as the ingredients and components used in the formulas of the finished products listed in Paragraph 7 of the deposition notice?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   I think I answered.  We don't hire somebody to watchdog the supplier like Allen

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 112 of 282

Don Vultaggio                              November 10, 2023

Page 111

D. Vultaggio

Flavors.

MR. GOTT:  That is fair.

Q.   Is Arizona aware of the difference between whether it has an obligation to identify a preservative on the ingredient list of a product vs whether Arizona is allowed to affirmative state a product has no preservatives?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   I don't understand the question.

Q.   I am asking for the distinction between whether the ingredient label on the finished product has to disclose every preservative being present in the product?

MR. DONOVAN:  Objection to form.

Q.   And what that standard is.  Are you aware?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   What the label represents is what we have been told is in the components that go into the drink.  We then add water, sugar and stuff. That is the extent of it.  So, what is the second part of that?

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 113 of 282

Don Vultaggio                              November 10, 2023

Page 112

**D. Vultaggio**

Q.   The second question is, does Arizona understand the distinction between whether it has an obligation to identify the ingredients on the ingredient list of the final product as opposed to affirmatively stating that the product has no preservatives?

MR. DONOVAN:   Objection to form.

**A.   Again, I don't quite understand the question because our job is to represent to the consumer what is in the product.  We accurately do that by asking the supplier to tell us what he is selling us goes into the product.  Beyond that, that is that.**

Q.   Is it fair to say then Arizona relies on Allen Flavors for the justification of the no preservatives representation on the labels of the finished products listed in Paragraph 7?

MR. DONOVAN:   Objection to form.

**A.   We are not relying on Allen Flavors.  We are relying on Allen Flavors to tell us what is in the product he sells us to make our product.  It is our representation of that.**

Q.   Am I correct that your testimony is that no one within Arizona and no one hired by Arizona

LEXITAS

Don Vultaggio                    November 10, 2023

Page 113

D. Vultaggio

verifies the ingredients provided to them by Allen

Flavors?

MR. DONOVAN:  Objection to form.

**A.    We don't hire someone to verify what a**

**supplier supplies us.  What he is representing is**

**what he is supplying us.**

MR. GOTT:  Mr. Vultaggio, I'd like to

show you another document here.  This is

Bates labeled DESI-017840 through

DESI-017844.

(Plaintiff's Exhibit 4, Document Bates

stamped DESI-017340 through DESI-017344,

marked for identification.)

MR. GOTT:  This is an e-mail.  I will

represent to you this is an e-mail

correspondence starting from April 2, 2020

through April 15, 2020.

(Whereupon, a document was handed to the

witness.)

Q.   It involves Arizona and Niagara Water.

**A.   Okay.**

Q.   Have you seen this e-mail chain before,

Mr. Vultaggio?

**A.   I don't believe so.**

 

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 115 of 282

Don Vultaggio                                    November 10, 2023

Page 114

D. Vultaggio

MR. DONOVAN:  Objection to form.

Q.   Do you recall this conversation taking place?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.  By this conversation, do you mean the whole trail?

MR. GOTT:  Yes.

A.   No.

MR. GOTT:  I would like to draw your attention to the last page, DESI-017844.  It appears that Niagara Water notified Arizona of some recommendations from their compliance team related to the artwork for the 12 pack labels/film for Sweet Tea, Green Tea and Arnold Palmer.

Q.   Is that an accurate representation?

MR. DONOVAN:  Objection to form.  You are asking him to vouch in on what someone else said.  Objection to form.  Outside of the scope of the 30-B(6).

A.   It says what it says here.

MR. GOTT:  In particular it states, for artwork to be compliant and to the best of

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW Document 315-20 Filed 03/01/24 Page 116 of 282

Don Vultaggio                    November 10, 2023

Page 115

D. Vultaggio

our knowledge we recommend.  In the second box under, item no preservatives/artificial color/artificial flavor recommendation is, confirm if ingredients meet this claim or remove claim.

Q.   Do you see that?

**A.    To the right of that, yes.**

MR. GOTT:  I'd like you to flip to the first page, DESI-017840.  Dean Angel responds on April 15, 2020.  We will not be making the change recommendations.  This is covered in the indemnification.  Thank you.

Q.   Is that correct?

MR. DONOVAN:  Objection to form. Outside the scope.

**A.    That is what it says.**

Q.   Do you recall having any conversations with Dean Angel about these callouts from Niagara Water?

MR. DONOVAN:  Objection.  Form.  Outside the scope.  Non-privileged communication.

**A.    I don't recall.**

Q.   Why did Arizona respond they were not going to confirm the ingredients meet this claim

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 117 of 282

Don Vultaggio                                        November 10, 2023

Page 116

D. Vultaggio

or remove the claim?

MR. DONOVAN:  Objection to form.
Argumentative.  Outside the scope.

A.    **Why did we say that to them?**

MR. DONOVAN:  Objection to form.

A.    **Making some vague statements about FDA. FDA is vague on certain situations.  We believe we were living within what we have a right to say and continue to do it.  As simple as that.  Niagara is a co-packer who maybe was bringing it to their attention for whatever reason.  Whatever their motivation is and this was answered then because I think that is why Dean points out that indemnification.  They have an issue or they believed something they would prefer not to do. We say we are indemnified.  That is that.**

Q.   You just stated that the FDA is sometimes vague.

A.    **They made that statement.**

Q.   Does Arizona have an internal department for regulatory compliance?

MR. DONOVAN:  Objection to form.
Outside the scope.

A.   **No.**

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                November 10, 2023

Page 117

## D. Vultaggio

Q. Does Arizona contract with any outside entity for regulatory compliance support?

MR. DONOVAN: Objection to form. Other than law firms?

MR. GOTT: Yes.

MR. DONOVAN: Other than law firms.

**A. I have said that we rely on Allen Flavors to give advice on what is going into the product.**

MR. GOTT: You also touched on the line about the indemnification reference in this e-mail.

Q. Does Arizona regularly indemnify their co-packers?

MR. DONOVAN: Objection to form. Outside the scope.

**A. I don't believe there is any regular policy on that. It is if somebody requests it or they believe they bought it. We review it and we agree or don't agree. In this case. We agreed.**

MR. GOTT: We previously deposed Mike Kutner on some of the indemnification agreements Arizona has with its co-packers in this case.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 119 of 282

Don Vultaggio                                    November 10, 2023

Page 118

D. Vultaggio

Q.   As part of your job duties, do you regularly review the indemnification agreements between Arizona and its co-packers?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

A.   I wouldn't say regularly.  Usually, we have in-house counsel review those things.  I was brought in on some conversation regarding that.  Maybe.  I don't recall any particular instances where I was.  It is possible.

Q.   In addition, from the indemnification agreements that were marked as exhibits and Mike Kutner's deposition, a few of them were signed by Mike Kutner, is it regular business practice for Arizona to have Mike Kutner sign the indemnification agreements on behalf of Arizona?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

Argumentative.

A.   Mike is the one who negotiates fees and warehousing provided by co-packers and other things.  Containers.  Who buys what.  So, when you say regularly, I don't know if it is regularly.  On occasion, does he do it.  Yes, I have complete

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                     November 10, 2023

Page 119

D. Vultaggio

confidence in him.  He is my wife's brother.

Q.   Other than conversations with your counsel, has Arizona had any discussions regarding removal of the no preservatives representation on the products within the last five years?

MR. DONOVAN:  Objection to form.

A.   Discuss with who?

Q.   Anyone other than counsel?

A.   No.

Q.   Do you know what a conjoint analysis is?

MR. DONOVAN:  Objection to form.

A.   I do not.

Q.   Can you recall if anyone ever suggested to Arizona that they run a conjoint analysis regarding any of the label claims?

MR. DONOVAN:  Non-privileged communications.

A.   No, I don't recall.

MR. GOTT:  Keith, pull up Document 79. For the purposes of the record, this is marked Exhibit 5, DESI-037462.  It is being shown electronically in the deposition room and being shown in its native format as produced in the course of discovery in this

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 120

D. Vultaggio

case.

(Plaintiff's Exhibit 5, Document Bates stamped DESI-037462 deemed marked for identification.)

MR. GOTT:  This is a rather large document.  There are multiple tabs on the bottom of the document.  I want to ask some general questions about this document before we get into some of the specifics about it.

Q.  To the extent that you would like him to scroll through the entire tab and then go onto the next tab, we absolutely can.

**A.  Maybe that would be helpful.  I don't know what this document is.**

MR. GOTT:  Review this first page shown now.  We will ask Keith to scroll down to show the next section.  Scroll down, Keith. Off the record.

(Whereupon, a break was taken off the record.)

(Back on the record.)

MR. DONOVAN:  What is the metadata for this document.  Did we produce it with the metadata?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 121

D. Vultaggio

MR. GOTT:  This is the document produced to us in its native format.

MR. DONOVAN:  We produced the metadata with it.  That is why I am asking.

Q.   Mr. Vultaggio, have you seen this document before?

A.   No, I haven't.

Q.   Have you seen documents like this before today?

MR. DONOVAN:  Objection to form.

A.   Like this.  There are a lot of graphs. I've seen documents like that before.

MR. GOTT:  Fair enough.

Q.   Do you know who Simply Measured is?

MR. DONOVAN:  Objection to form.

A.   No.

Q.   Do you know who at Arizona hired Simply Measured?

MR. DONOVAN:  Objection to form.

A.   I don't know if they were hired.  I don't know who they are.  This is all Greek to me this Twitter stuff.

Q.   In your previous testimony this is not something you regularly handle and I believe your

Don Vultaggio                                    November 10, 2023

Page 122

D. Vultaggio

testimony was that started coming about when your

sons started becoming more involved; is that

correct?

MR. DONOVAN:  Objection to form.

**A.   That is correct.**

Q.   Have you ever attended a meeting with

Simply Measured to go over any of this social

media data?

MR. DONOVAN:  That is on Exhibit 5?

MR. GOTT:  That is within this document.

MR. DONOVAN:  Exhibit 5?

MR. GOTT:  Exhibit 5.

MR. DONOVAN:  Objection to form.

Outside the scope.

**A.   I don't recall.**

Q.   Do you recall ever meeting Simply

Measured to discuss Arizona's social media

marketing?

MR. DONOVAN:  Objection to form.

**A.   Until now, I never heard the company**

**name.**

Q.   Can you recall any companies that

Arizona hired for social media marketing purposes?

MR. DONOVAN:  Objection to form.

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 123

D. Vultaggio

A.   I really can't.

MR. GOTT:  Can you scroll up a bit?
Maybe about three quarters of the way up.
Mr. Vultaggio, the title of this graph
states, overview, how do brands compare on
the most important metrics and the chart and
graph seem to list @Drink Arizona, @Snapple
and @Lipton.

Q.   Is that correct?

MR. DONOVAN:  Objection to form.

A.   That is what it says.

Q.   Does Arizona view Snapple and Lipton as
to two of its top competitors in the iced tea
market?

A.   There is Gold Peak as well.  That would
be the third one.

Q.   Presently, Arizona considers Snapple and
Lipton as two of its top competitors?

A.   Snapple declined in sales.  More Gold
Peak.  That is Coke.  Lipton is Pepsi.

Q.   To the extent you know, when did Gold
Peak start breaking into the ice tea market?

MR. DONOVAN:  Objection to form.

A.   Gold Peak is only iced tea.  Coke had a

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                November 10, 2023

Page 124

D. Vultaggio

relationship with Nestea that finished and then

they introduced Gold Peak as a premium tea line.

I don't know how long ago.  Probably 15 years ago.

MR. GOTT:  I would like to still leave

this up.  I may come back to it.  I would

like to mark a sheet titled, Topic 18, list

of top competitors to ABUSA as Exhibit 6.

(Plaintiff's Exhibit 6, Topic 18, list

of top competitors to ABUSA, marked for

identification.)

Q.    Please review that exhibit.

(Whereupon, a document was handed to the

witness.)

A.    Yes.

Q.    Mr. Vultaggio, this document was just

produced by Arizona during this deposition; is

that correct?

A.    I believe so, yes.

Q.    This is a list of Arizona's top

competitors; is that correct?

A.    That is what it says.

MR. DONOVAN:  It was produced because of

the meet and confer about Topic 18.

MR. GOTT:  Agreed.



Don Vultaggio                                    November 10, 2023

Page 125

D. Vultaggio

Q.   Mr. Vultaggio, can you confirm here today this is the list of Arizona's top competitors?

A.   I mean, I don't know what you consider top.  There are other tea brands that are out there.  These are the ones I spoke about for the last couple of hours.  Pepsi, Coke and Snapple.  Snapple is owned by another company now.  Nevertheless.

Q.   Is this a list of top competitors to Arizona presently or is this over a period of time?

A.   Well, presently these are our competitors.  We also have store brands as competitors.  Wawa has its own brand.  Publix.  Others.  There are certainly other people we compete with for sure.

Q.   Do you know if the competitors contained in the list on Exhibit 6 are listed in descending order of market share?

        MR. DONOVAN:  Objection to form.  The
    topic on market share is general too.
    Outside the scope of the 30-B(6).  Answer, if
    you can.  Are you asking if he knows which

 

Don Vultaggio                                    November 10, 2023

Page 126

D. Vultaggio

ones in order have top market share?

MR. GOTT:  Yes.  Who are the top

competitors ranked, yes.

MR. DONOVAN:  Listen.  I object.  This

wasn't supposed to be the topic.

MS. WEINER:  It was.  I will pull up the

e-mails.  You agreed he would know the top

competitors over the course of a class.

Period.  Not every competitor.

MR. DONOVAN:  That is what this says.

MS. WEINER:  I will find the e-mail.  I

will do that.  You are objecting based on

scope.  I negotiated that scope with you.  I

have been extraordinarily reasonable.  You

said, Mr. Vultaggio would know who the top

competitors were in the category by market

share, not exact percentages.  It is not

unreasonable in terms of what he can

remember, but who they are in descending and

where Arizona fits into that mix.  We talked

about this.

MR. DONOVAN:  Then ask him that.

Q.   Does this list comprise of Arizona's top

competitors during the relevant time period as

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 128 of 282

Don Vultaggio                                November 10, 2023

Page 127

D. Vultaggio

defined in the deposition notice which is from May 14, 2013?

MR. DONOVAN:  That is wrong.  This one is from 2015.

MR. GOTT:  Okay.  This list is from 2015 to the present.

Q.   Is this the list of top competitors for Arizona?

A.   **I stated before, these are certainly our competitors by the major companies, then we have the competition, like private labels which is a big category today.  In certain markets, private labels are bigger than some of these brands.  These are major competitors we focus on.  They were represented by marketing companies where the store brands are owned by the store.**

Q.   What store brands would you add to this list in terms of being bigger competitors to Arizona than the ones listed here?

A.   **Well, in a region there might be stores that exist, like, Publix in Florida has their own brand.  In that region they would be up in this list.**

Q.   Is this list nationwide?

Don Vultaggio                                    November 10, 2023

Page 128

D. Vultaggio

A.   Well, this is national.  These brands are national.  Store brands are only where the stores are.

Q.   Does Wal-Mart have a store brand?

A.   In certain markets they have some.  Like Costco has Kirkland.  That is their brand. Different chains have different brands.  Some chains don't have their own brands.  Sometimes we team up with companies.  I said earlier, we do a joint offering like Circle K.  We have a banner on our product and it is sold in their stores essentially as their private label.

Q.   Who prepared this list?

A.   In our company?  Not sure.

Q.   Do you know what information was relied upon to put together this list?

A.   I would say most likely like IRI.  Data we buy.  I don't know if they got it out of a publication.

Q.   Other than IRI data, is there any other documents that Arizona relied upon in putting this list together?

A.   Documents like publication magazines, beverage magazines.  Most likely IRI.  We buy it.

Don Vultaggio                                    November 10, 2023

Page 129

D. Vultaggio

We pay for it and have access to the information and share it.

Q.   Are private labels larger competitors than regional?

A.   Private label what?

Q.   So, does Arizona view regional private labels as bigger competitors than these national brands?

A.   It depends.  When you are in that buyer's office, if he has his own private label, we certainly are not going to attack his private label.  We have to look at where that ranks in store sales and it depends on the situation. Nationally, the ones you look at are the ones represented by Coke and Pepsi and Snapple which this accurately identifies.

Q.   Who does Arizona view as its number one top competitor?

A.   Lipton.  But overall, certain segments like Gold Peak is number one in club stores. There, we look at them as our major competitor. In other places, Snapple might be.  Shop Rite in town here.  Snapple is bigger than us in those stores.  It depends on the region.  That is how we

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Page 130

D. Vultaggio

do it.  Break it down by chain because that is who is selling.  We go to him to give us more space. We use the competition to see how they do in their stores v. us.  If there is a private label we take that into consideration as well.

Q.    Since 2015 to the present, at any point in time was there a top competitor that is not listed on this list presently?

MR. DONOVAN:  Objection to form.  Other than what he testified to.

MR. GOTT:  Other than what he testified about.

Q.    Was there a brand you used to view as a top competitor no longer?

MR. DONOVAN:  Look at that list and see if you can answer.

A.    The list.  Like Vitamin Water comes to mind.  Vitamin was purchased by Coke.  At one point it was a major competitor.  They had juice drinks, teas, waters, but they since declined dramatically.  Over the years, things change in the marketplace.  Pure Leaf is an extension of Lipton introduced by Pepsi maybe 15 years ago. Prior to that, it was straight Lipton.  Before

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 132 of 282

Don Vultaggio                                    November 10, 2023

Page 131

D. Vultaggio

that, it was straight Brisk.  Things evolve.  As

they evolve, they stay on what is happening in the

marketplace.  As things change, we change with it.

    Q.    How often does Arizona review its top

competitors in the market?

            MR. DONOVAN:  Objection to form.

    A.    We have all hands on deck meetings.

People fly in and had come in.  During COVID, they

were online by video, but essentially sales and

marketing were looking at it on a regular basis.

Depending on the region, the country, if we

introduce a new package, a variety pack, we start

looking at who is doing a variety pack.  That is

another segment, or a 12 pack PET or a suitcase of

cans.  That is what sales guys do on a regular

basis.  I am engaged with them on a regular basis

determining what we need in a particular market to

go up against what I call a competitor in that

category in that region.  For instance, recently

we just did a variety pack in the cans.  We never

had that before.  It was to address some of our

competitors doing just that.  We said we need one

of those.

    Q.    Does Arizona identify competitors by the

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 133 of 282

Don Vultaggio                                    November 10, 2023

Page 132

                    D. Vultaggio

packaging or the product type?

         MR. DONOVAN:  Objection to form.

    A.    It depends.  Because if they have a
package, a single bottle and are now selling it as
a 6 pack or 12 pack or 24 pack in a club, it
changes, right, because maybe a cold single is not
something we focus on.  It is not doing a lot,
then Coke puts a 12 pack or 24 pack into Costco
and it becomes the number one seller.  We need one
of those.  We kind of address the market as it is
changing.  There are things that go on and
sometimes products are placed in a store that
six-month before never existed, then it becomes
popular.  Consumers change.  Buying habits change.
We address it and get into it if we believe it
makes sense.

         MR. GOTT:  If we look at Paragraph 7 of
    the deposition notice.  Do you still have
    that in front of you?  Go to A.  Arizona Iced
    Tea with lemon flavor.

    Q.    What would be the biggest competitor to
that product?

         MR. DONOVAN:  Objection to form.

    A.    Lemon tea.  All the tea brands have

LEXITAS

Don Vultaggio                                        November 10, 2023

Page 133

D. Vultaggio

lemon tea.  Generally, they are the number one

seller in their line.  We are different.  Our

green outsells our lemon nationally.  Snapple or

Gold Peak or Pure Leaf, lemon is usually the

predominant one.

MR. GOTT:  You mentioned the green tea.

Q.   I am assuming that is green tea with

ginseng and honey?

A.   Yes.

Q.   Who was Arizona's top three competitors

for that product?

A.   Pure Leaf.  Gold Peak.  They all have

green teas.  They don't do very well.

Q.   For Arizona Arnold Palmer light half

iced tea half lemonade, who is Arizona's top three

competitors?

A.   All the major guys have halves.  They

didn't have them 20 years ago when we started

Arnold Palmer.  People like heavy lemon with tea.

Everybody had kind of mirrored what we do with

Palmer.

Q.   Arizona zero calorie iced tea with peach

flavor, who is Arizona's top three competitors?

MR. DONOVAN:  Objection to form.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 134

D. Vultaggio

A.    Peach is a popular flavor for tea. Snapple diet peach was one of the number one flavors.  We have never been that successful with diet peach.  We introduced it because of the success Snapple had with theirs.

Q.    Arizona grapeade, who are the top three competitors?

A.    Snapple has grapeade.  Pure Leaf and Lipton don't do juice drinks.  Only tea based. Snapple has a juice line along with ours.  Our competitor on Grapeade would be things like Welch's and other juice brands.  Ocean Spray. Snapple does okay with their grape as well.

Q.    Arizona iced tea with raspberry flavor, who are the top three competitors?

A.    All the major guys have raspberry we introduce raspberry lemon in '92.  It is a flavor we had for over 30 years.

Q.    Arizona Arnold Palmer zero half iced tea half lemonade, who are the top three competitors?

MR. DONOVAN:  Objection to form.

A.    I don't believe -- Snapple had their half and half.  They don't have a diet version of that.  I don't think Gold Peak has one either in

888-893-3767         Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                   November 10, 2023

Page 135

D. Vultaggio

diet.  So, essentially we are by ourselves.

Q.   Who are Arizona's top competitors to
Golden Bear lemonade light strawberry?

MR. DONOVAN:  Objection.

A.   That is a very unique flavor I do with
Jack Nicklaus, the golfer.  I mean Snapple has a
strawberry lemonade.  Gold Peak doesn't.  Are
there other strawberry lemonades out there, yes.
Like regional brands, juice brands, that kind of
thing.  It is not a very big seller for us either.

Q.   There is no conflict having both Arnold
Palmer and Golden Bear products?

A.   Arnie came into my office one day.  What
are you doing here.  I am tired of my grandkids
coming home with Arnold Palmer.  Those guy were
great friends.  Of course I called Arnie.  Do you
have a problem with me working with your buddy
here.  He was taken back by it.  They were such
competitors.  That he was a little, like, off.
Jack comes out of my bathroom in my office.  I
have a picture Arnie gave me on my wall in the
bathroom.  It was him and Jack Nicklaus at the
Ryder Cup back in the 1960s Arnie signed.  Jack
comes out of the bathroom with a gold pen.  I want

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 137 of 282

Don Vultaggio                                    November 10, 2023

Page 136

D. Vultaggio

to sign under me.  I realized then why they are great.  They are competitors.  To them, everything was a competition.  They got over it.

Q.   Did they ask for regular sales reports to see who was doing better?

A.   Arnie out sold him a thousand to one. Jack is a great guy.  Arnie was a fabulous individual.  A good solid man.

Q.   Arizona decaf zero green tea with ginseng, who are Arizona's top three competitors?

MR. DONOVAN:  Objection to form.

A.   That one is unique to us.  Decaffeinated green tea.

Q.   Who are the top three competitors for Arizona kiwi strawberry fruit juice?

MR. DONOVAN:  Objection to form.

A.   Snapple's kiwi strawberry was one of their base flavors back in the '80s and '90s. That is why we came out with that one.  Gold Peak and Pure Leaf doesn't have one.  Brisk has one. Brisk, they kind of expanded teas.  Brisk is a more of my everything kind of brand with them.  It is places like Texas it is like number one. Snapple as well as us.  Interesting.  In Puerto

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 138 of 282

Don Vultaggio                                    November 10, 2023

Page 137

D. Vultaggio

Rico, kiwi strawberry is number one.  I don't know why.  Don't ask.

Q.   Who are Arizona's top three competitors for Arizona watermelon fruit juice?

MR. DONOVAN:  Objection to form.

A.   Pure Leaf and Lipton doesn't have one.  Snapple has watermelon who doesn't do a lot with it.  Our watermelon is by far the best seller.  In places like Mexico it is the number one flavor.  I introduced it.  I don't like that flavor and it became number one.  My wife says you don't know as much as you think you do.  The fact is it appeals to our customers.  Watermelon is very popular with young people.

Q.   Who are the top three competitors for Arizona fruit punch fruit juice?

MR. DONOVAN:  Objection to form.

A.   Snapple's got one and Brisk I believe has one.  Not Gold Peak.  Pure Leaf.  Like for instance, in New York City Pure Leaf fruit punch is in the top five of our line.  It appeals to the younger audience.  People like full flavor, great tasting punch.  Hawaiian Punch was the original guy, but it is an awful product and we came out

Case 1:19-cv-07081-AT-OTW Document 315-20 Filed 03/01/24 Page 139 of 282

Don Vultaggio                                    November 10, 2023

Page 138

D. Vultaggio

with a good tasting quality product.  People love it.

Q.   Who are the top three competitors for Arizona mucho mango fruit juice?

MR. DONOVAN:  Objection to form.

A.   Snapple has a product, mango madness and back in the 1990s when it was our -- I think the fourth or fifth flavor introduced, my wife came up with that name.  It is a popular category, mango. We do very, very well with it.  In California it is number two on the sales list.  It is great tasting.  In Mexico it is great.  You don't have any Brisk competitor there.  You have some Ocean Spray and some private label juice brands.  Some mango drinks.  Pretty much, it is us and Snapple.

Q.   Who are Arizona's top three competitors for Arizona RX energy herbal tonic?

MR. DONOVAN:  Objection to form.

A.   In that category more like the energy drinks.  Monster, Red Bull, Rock Star, Snapple or Gold Peak and Pure Leaf.  They don't have anything like that.  Essentially, it is a mango drink with some additives in it.  It does very well in Florida.  The number two flavor.  In the

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 139

D. Vultaggio

Caribbean, by far the number one flavor.  I tell you that only because there is a regional thing in everything.  We go where the action is, by region, if we see an opportunity.  That is where we go.  Energy was an offshoot of things we did back in the '90s with Vitamin Water and other guys who did a lot of tonics or herbal things.  It does quite well.

Q.    Who are your top three competitors for Arizona zero green tea with ginseng?

MR. DONOVAN:  Objection to form.

A.    Everyone's got a diet green.  By far we are the best seller, but, Gold Peak, Pure Leaf, Snapple.

MR. GOTT:  How long have we been going on this session?

THE VIDEOGRAPHER:  A little over an hour.

MR. GOTT:  Let's take a quick break.

THE VIDEOGRAPHER:  Off the record at 2:16.

(Whereupon, a break was taken off the record.)

(Back on the record.)



Don Vultaggio                                    November 10, 2023

Page 140

D. Vultaggio

THE VIDEOGRAPHER:  Back on the record at 2:51.

MR. GOTT:  Mr. Vultaggio, before we broke we were going through the top competitors for Arizona as related to products listed in Paragraph 7 of the deposition notice.  You provided ample testimony in that regard.

Q.   My question is, were the competitors you identified in response to those questions within the period of time of 2015 to the present?

MR. DONOVAN:  Objection to form.

A.   **I testified to that.  Gold Peak has been out since at least ten years ago.  '15 to now.**

Q.   Do you still have the list in front of you there?

A.   **I do.**

Q.   When you look at the list of products in Paragraph 7 of the deposition notice, what market categories are present in this list?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   **Not sure of the question.  Like teas and juices?**

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                      November 10, 2023

Page 141

## D. Vultaggio

Q.   Understanding how Arizona views the markets, does Arizona categorize products into groupings by way of example, do they have teas in one market category and juice in another market category?

MR. DONOVAN:  Objection to form.

**A.   Like Wal-Mart for instance, the juice gallons are in the juice aisle.  The tea gallons are in the tea aisle.  They chose that.  We didn't.  But most stores put them together because people shop and they want a green tea for mom and mango for the kids.  Generally, they are together.**

Q.   If we look at Arizona iced tea with lemon flavor, what market category do you believe that product would be in?

MR. DONOVAN:  Objection to form.

**A.   The iced tea category.  It is tea.  It generally goes with the other teas.  I was just downstairs in the restaurant here.  They had a Snapple cooler.  They had all the drinks and teas in there.  In those situation they would be together.  Other places you wouldn't be.  It depends on the retailer.**

MR. GOTT:  I would like to draw your

888-893-3767            Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 142

D. Vultaggio

attention to Exhibit 6.

Q.   Do you have Exhibit 6 in front of you?

A.   Yes.

MR. GOTT:  Just following up on the foundation for this document here.

Q.   Do you know what documents were reviewed in producing this list?

MR. DONOVAN:  Objection to form.  That was asked and answered.  Answer, if you can.

A.   I said earlier competitors that we look at as the ones we are in competition in the market in the USA.  I don't think it went beyond that. Pretty common knowledge in our office.

Q.   Was this list created in your office?

MR. DONOVAN:  Objection to form.
Created by me.  That is my number on it.
After speaking to counsel on the competitors,
if that is what you are asking who created
it.

Q.   Looking at this Exhibit 6 on the competitors listed in this document do you know if any of these competitors have a no preservatives representation on their products?

MR. DONOVAN:  Objection to form.

LEXITAS

Page 143

D. Vultaggio

Answer, if you can.  Any of their products.

Definitely outside the scope of the 30-B(6).

        MR. GOTT:  Whenever I say products for

your edification here, I am referring to

products in Paragraph 7 as I have been

through the deposition.

        MR. DONOVAN:  You are referring to

competitors now.

        MR. GOTT:  To these products.

        MR. DONOVAN:  It is not part of the

30-B(6).  Answer, if you can.

**A.     Not quite sure.**

        MR. GOTT:  You testified when I asked

you earlier who does Arizona see as their top

competitors for Arizona iced tea with lemon

flavor from 2015 to the present you provided

a list of competitors.

Q.   Do those competitors to that product

have a no preservatives representation on their

products?

        MR. DONOVAN:  Same objection.  Outside

the scope.  Answer, if you can.

**A.     No preservation?**

Q.   No preservatives.

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 145 of 282

Don Vultaggio                                            November 10, 2023

Page 144

D. Vultaggio

A.   Not sure.

Q.   Do you know if the top three competitors to Arizona green tea with ginseng and honey from 2015 to the present have a no preservatives representation on their products?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   Same answer.  Not sure.

Q.   When you look at the products listed in Paragraph 7 of the deposition notice in relation to the competitors you identified for each one of those products previously in this deposition, are you aware if any of those products, competitors' products, have a no preservatives representation on their product label?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   How different is it than the last answer I gave you?

Q.   I am just asking instead of going product by product.  Just looking at the list.  I am trying to expedite this.

A.   Like I know Brisk used benzoate. Clearly, they can't say no because they have it.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 146 of 282

Don Vultaggio                                    November 10, 2023

Page 145

D. Vultaggio

Not sure what other guys do on the labels.

Q.   Other than Brisk, do you know if Pure Leaf uses any preservatives in their products?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   Pure Leaf doesn't use benzoate.  Lipton uses benzoate sorbate and Brisk uses benzoate sorbate.

Q.   To the extent Snapple was identified as one of the top competitors for a particular product in Paragraph 7, do you know if Snapple products contain preservatives?

MR. DONOVAN:  Same objection.  Outside of the scope.

A.   Snapple uses heat like we do.  They don't use benzoate and sorbate.

Q.   To the extent you identified Gold Peak as a top competitor, for any of the products listed in Paragraph 7 of the deposition notice, do you know if they use preservatives in their products?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   They don't use benzoate sorbate.  They

 

Don Vultaggio                                    November 10, 2023

Page 146

D. Vultaggio

hot pack that as well.

MR. GOTT:  I believe your previous testimony was that it is common knowledge that these competitors in Exhibit 6 are your top competitors.

Q.   How did you arrive at that conclusion?

MR. DONOVAN:  Objection to form.

**A.    It is not common among consumers.  It is common among our office people and salespeople. They know who the competitors are.  We have regular conversations about Lipton, Snapple, Gold Peak.**

Q.   Did you personally provide any input into the drafting of this document?

**A.    No.**

Q.   As it relates to your prior answer regarding common sales meetings to talk about the competitors in the market, are any of those meetings recorded in any manner?

MR. DONOVAN:  Objection to form.  Repeat the question.

(Whereupon, the last question was read back by the reporter.)

MR. DONOVAN:  Objection to form.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 148 of 282

Don Vultaggio                                    November 10, 2023

Page 147

D. Vultaggio

Answer, if you can.

A.    No.

Q.    No meetings, minutes or anything taken?

MR. DONOVAN:  Same objection.

A.    No.

Q.    What type of information does Arizona look at to determine its competitors?

MR. DONOVAN:  Objection.  This is asked and answered at least two or three times. Answer again.

A.    We use IRI.  It is something we purchased that gives us information by market, by brand, by flavor, by package.  We use national publications.  Oftentimes, the buyer gives us information about their store sales.  There might be other things we look at.  What we importantly look at is IRI.  That gives you scanned data as accurate you can get at least from a store level. It doesn't show wholesalers are buying what they have in their warehouse.  It tells you what is being scanned out of the store.

Q.    Are you able to confirm here today that this is an accurate list of Arizona's top competitors from 2015 to the present?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 148

D. Vultaggio

MR. DONOVAN:  Asked and answered.

A.    Yes.

MR. DONOVAN:  You are talking about Exhibit 6; right?

MR. GOTT:  Yes.  Six.  You generally referenced national publications for determining your competitors.

Q.    What national publications are you referring to?

A.    There are beverage magazines.  Things that are focused solely on beverages, alcohol as well as non-alcohol.  Periodically.  I don't know.  Every six months.  They are graphs and show pie charts of what the other companies are doing.  Prior to having IRI data which is costly and a lot is involved in that, prior to that, we used publications.  We would incorporate those into our sales presentations and say this is advertised in Beverage Today or that kind of thing.  We show that chart as a representation of how we are doing v. our competitors.  Now, we use IRI.  We rely on that.  A lot of those publications have gone out of business especially during COVID.  They are not as plentiful as they used to be.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 149

D. Vultaggio

Q.   Are you able to identify the names of any of those national publications?

MR. DONOVAN:  Objection to form. Outside the scope.

A.   A company called Bev Net.  They have a little convention every year.  They do a publication.  That is one of them.  Again, it used to be more prevalent before this information was electronically available.  They would really hunt down information and be a source of information for marketers.  IRI had gotten very good.

Q.   Does Arizona utilize any reports from buyers in determining their competitors?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   Buyers generally tell you things.  They are not going to give you a report.  That is confidential to them.  Certain chains like Wal-Mart don't even sell the information to some of these electronic vendors.  They don't want anybody to know what they are doing.  If you have a good relationship with a buyer, they have their information on how they sell.  They got it in their cash registers.  This guy is doing well with

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 151 of 282

Don Vultaggio                                    November 10, 2023

Page 150

D. Vultaggio

this.  That kind of stuff.  Depends on the relationship.  The idea is to get the information so the buyer says, I will take you in or expand you because of some kind of information you gave them.

Q.   Are you aware that the final products of Arizona Southern Style Sweet Tea, Orangeade, and Unsweetened Just Tea all tested positive for sodium benzoate and potassium sorbate?

MR. DONOVAN:  Objection to form. Argumentative.  Outside the scope of 30-B(6). Answer, if you can.

A.   I heard it in preparation for this. Prior to that, I didn't know.

MR. GOTT:  You testified a little bit about sodium benzoate.

Q.   Do you know what potassium sorbate is?

MR. DONOVAN:  I do want to say, a further objection to that.  If you are referring to communication that was sent to counsel, among counsel in the settlement communication which really crosses the line. I will put my objection on the record about that.  Sorry.  I interrupted your question.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 151

D. Vultaggio

MR. GOTT:  You testified a little today about your knowledge of sodium benzoate.

Q.   Do you know what potassium sorbate is?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

**A.   It is a preservative.  People use both because there are two types of preserving.  One is mold.  I am not quite sure.  I am not a chemist. They are typically used together in beverages to give you a sterile situation where the bugs are eliminated.**

MR. GOTT:  I will represent to you Dean Angel was deposed in his individual capacity. He testified he did not know of any other purpose for sodium benzoate and potassium sorbate other than preservation.

Q.   Do you agree with his testimony?

MR. DONOVAN:  Objection to form.

Outside the scope of 30-B(6).  Argumentative.

Mischaracterizes testimony.

MR. GOTT:  Noted.  You can answer.

MR. DONOVAN:  What is the question?

**A.   I am not sure I understand the question.**

MR. GOTT:  When Dean Angel was deposed

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 153 of 282

Don Vultaggio                                    November 10, 2023

Page 152

D. Vultaggio

in his individual capacity in this case, he testified that he did not know of any other purpose of the use of sodium benzoate and potassium sorbate other than preservation.

Q.   Do you agree with his opinion?

MR. DONOVAN:  Objection to form. Outside the 30-B(6).  Mischaracterizes testimony.  Argumentative.

MR. GOTT:  It is the same objection.  I understand.

MR. DONOVAN:  I want to preserve it.

MR. GOTT:  They are all of the above. You got to reel it back in.

**A.   When you say preservation, I don't know. That term is used as a preservative.  I don't know if that is what he meant.**

Q.   Do you know of any other ways that sodium benzoate or potassium sorbate could be used in a beverage product?

MR. DONOVAN:  Objection to form. Outside the scope 30-B(6).

**A.   You mean some kind of flavor enhancer or something?**

Q.   I am asking if you aware of any other

888-893-3767              Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 153

D. Vultaggio

purpose.

     A.   **We never used it for anything.  So, I don't know.  I don't know if somebody uses it for something other than preserving the beverage.**

     Q.   Have you spoken with anyone at Arizona about the purpose of sodium benzoate and potassium sorbate in the products?

          MR. DONOVAN:  Objection to form.

     A.   **What products?**

     Q.   Any of Arizona's products.

          MR. DONOVAN:  Objection to form.

          MR. GOTT: Listed in Paragraph 7 of the deposition.

          MR. DONOVAN:  Outside the scope.  That is not part of the deposition.  I am entitled to object.

          MR. GOTT:  You are entitled to object to form.  Your speaking objections.  You are way too experienced to be doing this.  You will not continue to mess around like this, Bob.

          MR. DONOVAN:  It is not a speaking objection.

          MR. GOTT:  It is.

          MR. DONOVAN:  No, it is not.  Outside

 

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 155 of 282

Don Vultaggio                                    November 10, 2023

Page 154

D. Vultaggio

the scope.

MR. GOTT:  You were just referring to this and saying why it is outside of the scope.

MR. DONOVAN:  Yes.

MR. GOTT:  That is a speaking objection.

MR. DONOVAN:  No, it is not.

MR. GOTT:  How is it not?

MR. DONOVAN:  Because I am telling you it is outside of the scope of the 30-B(6). That is why.

MR. GOTT:  Say that and stop.  How about that?  Or have a standing objection that all our questions are outside of the scope.  Do you want to do that?

MR. DONOVAN:  It depends on the question.

MR. GOTT:  You are objecting to every single one.  You can continue to object or have a standing objection, if you like.  You will not continue to impede upon this deposition.

MR. DONOVAN:  I am not impeding.

MR. GOTT:  We will need to extend passed

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20   Filed 03/01/24   Page 156 of 282

Don Vultaggio                                    November 10, 2023

Page 155

D. Vultaggio

seven hours because of the obstructions you are putting in.

MR. DONOVAN:  I am not obstructing.  I am defending this deposition.

MR. GOTT:  You are not following basic rules of civil procedure related to depositions and you will stop.  Do you understand?  This is my deposition.  You will follow the rules.

MR. DONOVAN:  I am following the rules.

MR. GOTT:  I will ask again.  I appreciate your patience.

Q.   Have you spoken with anyone at Arizona about sodium benzoate and potassium sorbate being in any of the products listed in Paragraph 7 of the deposition notice?

MR. DONOVAN:  Same objection.  Non-privileged communications.  Also, asked and answered before.

**A.   I don't believe so.**

MR. GOTT:  Pull up DESI-034447.  Mark this.

(Plaintiff's Exhibit 7, Document Bates stamped DESI-034447 deemed marked for

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 156

D. Vultaggio

identification.)

MR. GOTT:  This is a document produced

and shown to the deponent in its native

format on the screen.  There are multiple

tabs here and the deponent can now review the

document, then we will start asking some

questions.

MR. DONOVAN:  Does it have the metadata,

date of creation or anything?  I am sure we

produced it with metadata.

MR. GOTT:  This is how it came in its

native format.

MR. DONOVAN:  I take that as a no.

MR. GOTT:  Or I don't know.  One of the

two.

MS. WEINER:  I am sure I have it.  We

don't know.  In relativity it has metadata.

If you need us to pull the metadata.

MR. DONOVAN:  We may.

MS. WEINER:  Okay.

**A.    I don't know what this document is.**

MR. DONOVAN:  He wants you to look at

it.

MR. GOTT:  Once you are done seeing

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 158 of 282

Don Vultaggio                                      November 10, 2023

Page 157

D. Vultaggio

that, go to the next the tab.  Keith, are you

able to zoom out so you can get the whole

document potentially in there?

A.    I don't know what I am looking at here.

Maybe ask me later, I don't know.

MR. GOTT:  Can you scroll down a little

so he can see the whole page here?

Q.    The executive summary here,

Mr. Vultaggio, have you seen this document before?

A.    I don't believe so.

Q.    Do you know what this document is?

A.    No.

Q.    Do you know who made this document?

A.    No.

Q.    Do you know who this document was

created for?

MR. DONOVAN:  Objection to form.

A.    Is there a header there?  Like an

account.

Q.    This is how it was produced to us.

A.    No.

Q.    Do you know what the purpose of this

document is?

A.    No.

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Page 158

D. Vultaggio

MR. GOTT:  On this executive summary page, the second box from the top it says see COGS and then $0.39.

Q.  Do you know what COGS stands for?

A.  COGS.

Q.  What is COGS?

A.  Cost of goods sold.

Q.  Do you know what Arizona bases its calculation of COGS on?

A.  REDACTED  So every flavor will have a different cost of goods because of flavor it might be higher.  Sugar use.  It depends on the flavor going into the bottle.  I don't know what they are talking about here.  Gallons.  I don't know.  That box there, that is gallons.  Four to a box and sold two for $4.  The COGS doesn't apply to that.  I don't know what this is about.

Q.  Generally describing how Arizona calculates COGS, does it do so on a product basis or a package basis or a flavor basis?  I am just trying to understand.

A.  It starts with a package.  Let's say a gallon.  REDACTED  A

Page 159

D. Vultaggio

REDACTED  The cost of goods going in there change not only by flavor cost changing but co-packers.  By the delivery cost of that empty bottle.  So there are variables.  Caps.  Cardboard boxes.  They are different.  We look at it generally by the plant.

Q.  You do it by plant?

A.  You got to know your cost.  We call it floor costs.  This gallon of lemon tea in New Jersey costs this amount.  The same product in Pennsylvania might be a dollar higher because the bottle we blow in New Jersey comes to the wall and there is no freight associated with it.  Cardboard comes from Connecticut.  It goes further to Pennsylvania.  Sugar we get in by train.  The Pennsylvania plant brings it by truck.  $4 or $5. All those things come into the floor cost.  This is the floor cost.  Every plant has a different floor cost for the most part.

Q.  Is there a specific formula Arizona used to calculate COGS across the products?

MR. DONOVAN:  Objection to form.

A.  Other than going -- what I just said, break down all the components and come to a total.

LEXITAS

Page 160

D. Vultaggio

Q.   Cost of freight is a component?

A.   Outgoing freight.  Generally, we don't look at floor cost.  That is an additional component when you are selling to someone.  It depends where he is located.  How far you got to go to get to him.  Does he require certain things some co-packers don't have.  That kind of stuff.  Generally, floor cost is floor cost before freight, then when you look at profitability you look at after freight.  After warehousing costs.  Warehousing cost after you produce the product.  A bunch of things that go into it.  I shipped to Wal-Mart DC.  That happened to be two miles away from the plant.  The other DC was in Colorado and was 2,000 miles away from the plant.  Profitability changes.  Again, we sell Wal-Mart one price nationally.  We deliver to them.  We do combined profitability based on that.

Q.   Other than REDACTED does Arizona use any other pricing strategies?

MR. DONOVAN:  Objection to form.

A.   Such as what?

Q.   That is my question?  Do you use any other pricing strategies?

LEXITAS

Case 1:19-cv-07081-AT-OTW  Document 315-20  Filed 03/01/24  Page 162 of 282

Page 161

D. Vultaggio

A.   REDACTED   The flavor. Maybe I said it earlier. When you go to a retailer, if he's got Orangeade, Unsweetened Tea, Green Tea. Unsweetened Tea has no sugar. No cost of sugar. Orangeade has got juice. Oranges hit a 40-year high. The price of oranges went through the roof. The cost is through the roof. REDACTED REDACTED Some cases -- most cases now. Orangeade we sell it. We lose money. The costs are out of our control. They are called greening. The orange crop is terrible. This kind of stuff. The point is, you go to a customer. He doesn't want to hear that. One price. I sell it for one price. You look at the blend. You sell too much Orangeade, you go out of business. We are not recouping the cost of what is going into it. That is a seasonal issue. It is a situation happening currently. Last year corn sweetener went up. The corn crop went up by 40 percent. We can't go to Wal-Mart, by the way, we changed the price. A year later, the crop is good. You blend it for five years. That kind of thing. The beverage business is complicated. It is like being a lawyer. Complicated. That is the way it works.

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 162

**D. Vultaggio**

**Things are out of control.  Things are within our control.  You try to make the best of it.**

Q.   On the third line down, WHS, what does that stand for?

**A.   I don't know.  Something, warehouse.**

Q.   Based off of this type of information in this chart, understanding you don't quite know what this is, do you know who Rick Handel is?

**A.   Rick Handel?**

MR. DONOVAN:  Is there a date on it?

MS. WEINER:  Created 10/11/2017.  It is called, you can kick in a can draft P and L.

**A.   I don't know.  That is seven years ago or six years ago.  I don't know if it is here or there.  We have thousands of employees.**

Q.   Is it part of your job to regularly receive cost data reports?

MR. DONOVAN:  Objection to form.

**A.   Not unless I am asking for it.**

Q.   How often do you ask for those types of reports?

**A.   It depends on when things are moving.  If costs are moving on particular ingredients and we go back in there and see if they are selling**

888-893-3767         Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 163

D. Vultaggio

things below cost.  During the pandemic, we had a lot of products being sold below cost.  Costs were going up every week.  You couldn't keep up with it.  We were holding price on a bunch of products we had to eat it.  We were constantly looking at it.  Wal-Mart doesn't give me a promotion.  I don't want to do more business.  Every time I sell I am losing money.  There are things that happened during that period of time.  For instance, freight.  I mean, freight went from on a run, for $800 to $4,000.  We only get a thousand cases on a truck.  We were spending over $4 a case just to ship it.  The problem is we don't make $4 a case. It was almost like, the more we sell the more we lose.  Those were the things that were happening and always happened.  Fortunately, things come back to normal.  Back to this document, I don't know.

Q.   The cost reports that you received in this format, they don't look like that?

MR. DONOVAN:  Objection to form.

A.   I don't use a computer.  Generally, I will ask for green tea.  I use that as the gold standard.  What does green tea 20 ounce, 24 pack

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Page 164

D. Vultaggio

cost us in that plant.  Once I got that, I have the basis for knowing things that are higher in total cost.  I know some things come in below that.  Then if I need more, I dig in more.  What does that chain handle.  He handles only the high priced stuff.  High cost things.  I say shoot, we got a problem here.  Sometimes you have to diversify the line so you get the blend.  Again, REDACTED.  Imagine if you went into a store and peach tea was higher than lemon tea v. green tea.  You need a calculator to go shopping.

Q.    When you do ask for cost reports to be produced, who do you make the request to?

A.    Depends.

Q.    You used the example of green tea.

A.    It depends on like where I am in the office.  Sometimes I ask the controller about what the cost is.  Some people handle particular plants like I can ask them.  I ask my CEO to get it out for me.  So, it depends.

(Whereupon, Ms. Melissa Weiner leaves the conference room.)

MR. GOTT:  Continuing on with this

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 166 of 282

Don Vultaggio                                    November 10, 2023

Page 165

D. Vultaggio

mysterious document on the screen.  Under the table titled forecast.

Q.   Do you know what low series is?

A.   No.

Q.   Or mid series?  Or high series?

A.   I don't know any series.

Q.   Do you know what this calculation -- can you explain what that calculation is of total estimated margin?

A.   The one in black?

Q.   21.

A.   I don't know.  You said this document is from 17.

Q.   I guess.  Sometimes it just happens in the course of production.  There are a lot of documents.

A.   Okay.

Q.   That is why I asked you about it.

A.   Okay.

Q.   Who at Arizona estimates the COGS?

MR. DONOVAN:  Objection to form.

A.   I generally get the costs on an item. I, me, don't look to say well, that is 40 percent of the business.  This one is because I don't

Don Vultaggio                                    November 10, 2023

Page 166

D. Vultaggio

generally dig in that deep.  I say the average cost is this.  I look at green tea usually as the one I use as the standard and I look at a plant because green tea flavor is pretty standard.  The bottle.  The gallon.  What changes.  The co-pack fees.  Some plants are in high cost areas. Natural gas is high.  The pack fees could be dramatically higher.  I look at the region.  I see what that co-packer charges.  What is the floor cost of gallons on green there.  That keeps me in line with when we are having sales talks about, okay, how deep can we go when we promote.  If we have a region that store exists, the region is a high price region, do we promote heavily there where we have less cost and we can feature a lower price.  To me, it is all about the best retail for the consumer to buy our product.  We try to mix through it over there.  We have a high cost of goods.  Like Colorado is a disaster.  There are no factories up there.  Everything goes in.  The cost of freight is high.  Major chains exist there. Like Wal-Mart.  Wal-Mart doesn't want to hear about it.  That is a chain that only exists in Colorado.  There we can't promote as if we are in

Don Vultaggio                                    November 10, 2023

Page 167

D. Vultaggio

Suffolk County.  We have lower freight, cost of goods, that kind of kind.

MR. GOTT:  As it relates to the ready to drink beverages in Paragraph 7, I am going to remove for the purposes of this question the packaging priced at $0.99.  I think that is a different discussion.  For the remaining versions of the products listed, ready to drink products listed in Paragraph 7.

THE WITNESS:  Just so you understand, we have plastic bottles priced at a dollar.

Q.    Those are hard prices nationwide?

A.    Yes.

MR. GOTT:  Remove both then.

Q.    Is there a target cost of product or cost of goods sold for example, gallons?

MR. DONOVAN:  Objection to form.

A.    We don't have a target cost.  That is out of our control.  We negotiate the co-pack fees.  We negotiate the bottle.  It comes from the supplier.  It starts with my side.  We come up with a new flavor.  Can we afford to sell that at a gallon, 128 ounces of that liquid.  If the liquid is four times the cost of green tea, it is

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com                                                                              LEXITAS

Page 168

D. Vultaggio

a problem.  Sometimes we can't put a flavor.  RX Energy.  One of the most cost expensive ingredients.  We don't put that in gallons.  We can't afford to because I would be losing $3 a case every time I sell a box.  Those are the things I go through.  When we have a range of costs of flavor that goes in and cost of sugar based on the use of sugar in that particular drink, the cost could vary by a dollar to $1.50 a case.  REDACTED.  That is what I go through, figuring out if it makes sense to have a package in a region.  To offer it to a retailer.  Oftentimes, a retailer says I want this nationally.  I say I can't give it to you because of those things.

          MR. GOTT:  Keith, click on the bottom tab.  Estimated cost of goods sold.  Just once again, for this mysterious document.  The thing I want to draw your attention to is the top part of the graph title, estimated COGS.  It lists strawberry lemonade, orange mango, and ginger line.

     Q.   They all have the same cost of goods sold?

Don Vultaggio                                    November 10, 2023

Page 169

D. Vultaggio

A.   I don't see that.  Where are those flavors?

MR. GOTT:  Scroll up to it.  There it is to the left.  Lines 4 through 9.  Right there.  Scroll up a little more so we can get the title in it too.  Estimated COGS and there is columns B, C and D for those flavors.

MR. DONOVAN:  Objection.  Obviously outside the scope of 30-B(6).  Answer, if there is a question pending.

A.   I know this is E Boost, an energy drink. Those are three flavors E Boost is made of.

Q.   Is this the type of document that -- I think you already answered this.  I want to make sure now that we know what product this is for. Have you seen this type of document for any of the products listed in Paragraph 7 of the deposition notice?

MR. DONOVAN:  Objection to form.

A.   I might have, but I don't recall.

MR. GOTT:  Keith, can you pull up the next document DESI-034450?  Don't mark this. Take that down.

Don Vultaggio                                     November 10, 2023

Page 170

D. Vultaggio

Q.    Who is responsible for deciding how much citric acid to put into a particular product?

MR. DONOVAN:  Objection to form. Arguably outside the scope.  Definitely asked and answered.  Answer, if you can.  Again.

**A.    I make the final decision on flavor.  We had the acid based on the need to enhance the flavor and as well as to finish on a drink when you consume it.  It is something we massage a lot. The acid to me is a very important part of developing flavor and taste.  When we are done with the front, I call it the front of the first gulp, then I look at the finish that is where citric helps with to finish to clean up in your mouth when you drink it.  So you don't have it laying on your tongue.**

Q.    Do you know what level of citric acid is required to be disclosed on the label of the product?

MR. DONOVAN:  Objection to form. Outside the scope of 30-B(6).

**A.    I don't know.**

Q.    Do you know the difference between natural citric acid and artificial citric acid?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 171

D. Vultaggio

MR. DONOVAN:  Objection to form.
Outside of the scope of 30-B(6).  Answer, if you can.

A.   I know ours is naturally derived.  I don't know how they do it unnaturally.

MR. GOTT:  Bob, for ease.  I am just under Topic 6 for these lines of questioning. I believe these are within that topic.

Q.   What is the basis for your understanding that Arizona uses naturally derived citric acid?

A.   Over the years because we claim natural and have been assured that the ingredients we use in the drinks are natural.  Like in Arnold Palmer light, sucralose we use as a sweetener.  We don't call that natural.  It is not a natural sweetener. The same way we approach it.  We make sure everything we are using is from a natural source. We decide.  If we don't -- if it is not like Arnold Palmer light, we leave the natural off.

MR. GOTT:  I will show you a document here.  This document is Bates labelled AFI-0002008 through AFI-0002011.

(Plaintiff's Exhibit 8, Document Bates stamped AFI-0002008 through AFI-0002011,

888-893-3767         Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 172

D. Vultaggio

marked for identification.)

MR. GOTT:  This is an e-mail chain.  It goes in reverse order.  It appears to be e-mail correspondence between Allen Flavors, Arizona and Knouse Foods beginning on August 3, 2015 through August 5, 2015.

(Whereupon, a document was handed to the witness.)

Q.   Review the document and let me know when you are finished.

**A.   Okay.**

Q.   Have you seen this e-mail chain before?

MR. DONOVAN:  Objection to the form of the question.  Outside the scope.

**A.   I don't believe so.**

Q.   Do you recall this conversation taking place any time?

MR. DONOVAN:  Same objection.  By conversation, you mean the e-mails back and forth?

MR. GOTT:  Yes.  The conversations within the e-mail chain.

**A.   I do not.  I don't know what co-packer they are talking about here.  Is it Knouse?**



Don Vultaggio                                    November 10, 2023

Page 173

D. Vultaggio

Q.   It appears to me that Knouse Foods forwarded or sent this bottom message to Jim Dar on August 3, 2015 originally.  That is how it got to Jim.

A.   No, I don't recall ever seeing it or hearing about it.

MR. GOTT:  If you can please go to the second to last page.  Halfway down it appears this e-mail raises a concern about the labels of the products.  Kiwi strawberry fruit juice cocktail, Orangeade fruit juice cocktail, Grapeade fruit juice cocktail.  Specifically, flip to the next page.  From their understanding, base ingredients must be on the label and two, the preservatives would not be allowed regardless of the finished product to meet the no preservatives claim.

Q.   Do you see that?

A.   No.  Is that on the second page?

Q.   It is between the two.

MR. DONOVAN:  Looking at Bates Page 2010 and then 2011.  Referring to the last two.

A.   The last two pages.

Q.   The John Cafarchio e-mail?

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 175 of 282

Don Vultaggio                                    November 10, 2023

Page 174

D. Vultaggio

A.   Okay.

MR. GOTT:  Off the record.

THE VIDEOGRAPHER:  Off the record at 3:46.

(Whereupon, a break was taken off the record.)

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at 4:01.

MR. GOTT:  Mr. Vultaggio, right before we left, we were looking at the bottom of page AFI-0002010 to the top of AFI-0002011 as it relates to Kiwi strawberry fruit juice cocktail, Orangeade fruit juice cocktail, Grapeade fruit juice cocktail.

Q.   Do you recall Knouse Foods advising Arizona the preservatives should not be allowed regardless of the level in the finish product to meet the no preservatives claim?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer if you can.

A.   I don't recall at all.

Q.   Do you recall if Arizona did anything in response to this e-mail?

888-893-3767     Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 175

D. Vultaggio

MR. GOTT:  Objection.

MR. DONOVAN:  Objection to form.
Outside the scope.  Answer, if you can.

A.    **Top page.  Frank to Jim.  Is that Jim**
**Dar?**

Q.   Yes, to Jim Dar.  Yes.

A.    **Jim Dar was I believe Allen Flavors'**
**employee who worked in our office.  That is Frank.**
**Allen Flavors' employee talking to him.**

Q.   We will represent at the top of page
AFI-0002008, the e-mail address associated with
Jim Dar is at Arizona.com.

A.    **He spent his time there.  He was paid by**
**Allen Flavors to assist us.  That is neither here**
**nor there.  Okay.  The question again is, what did**
**I do about this?**

Q.   In response.

A.    **I don't recall this sitting here now.**
**It is a long time ago.  I don't know.**

MR. GOTT:  What I can do is provide you
with another document that may help.  The
next exhibit.  Exhibit 9 is Bates labeled
AFI-0002012.  It is a letter from Frank Del
Corso.  A letter referenced in this e-mail



Don Vultaggio                                    November 10, 2023

Page 176

D. Vultaggio

chain.

        (Plaintiff's Exhibit 9, AFI-0002012,

marked for identification.)

Q.   Read the letter and let me know when you

are done, then I will ask you a few questions.

        (Whereupon, a document was handed to the

witness.)

A.   **Okay.**

Q.   Have you seen this letter before?

        MR. DONOVAN:  Objection.  Outside of the

scope of 30-B(6).  Answer, if you can.

A.   **I don't recall receiving and seeing this**

**letter.**

Q.   Do you recall any conversations with Jim

Dar regarding this letter?

        MR. DONOVAN:  Objection to form.

Outside the scope of 30-B(6).  Answer, if you

can.

A.   **I don't recall.**

Q.   Do you recall any conversations with

Frank Del Corso about this letter?

        MR. DONOVAN:  Same objection.

A.   **No, I don't.**

        MR. GOTT:  This letter references a



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 178 of 282

Don Vultaggio                                     November 10, 2023

Page 177

D. Vultaggio

label compliance initiative Arizona started in September 2014.

Q.   Do you recall this initiative?

MR. DONOVAN:  Objection to form.

A.   I don't know what initiative he is referring to.

Q.   Can you recall any label compliance initiative instituted by Arizona since 2015?

MR. DONOVAN:  Objection to form.

A.   There were changes of requirements on the nutritional label regarding the calories and how from 8 ounces to 12 ounces, serving sizes, things like that.  Labels are constantly evolving. These things are ongoing.  Label requirements change.  They used to give you time in advance to make the changes.  I remember that happened over the last bunch of years.

Q.   You don't recall a label compliance initiative related to removing processing aids or labeling them on the final packaging as part of our label compliance initiative?  You don't recall any initiative in that regard?

MR. DONOVAN:  Objection to form.

Outside the scope of 30-B(6).  Answer, if you

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 178

D. Vultaggio

can.

A.    Benzoate was never on our label.  It still isn't.  I don't know what they are referring to.  We don't have benzoate in our product.

MR. GOTT:  The letter also states that Arizona and Allen Flavors are conducting shelf life studies on new formulations to ensure we continue to ship safe quality food without using these ingredients to extend shelf life.

MR. DONOVAN:  Objection.  Form.

MR. GOTT:  That is the first statement.

MR. DONOVAN:  Right.

Q.    Do you recall conducting any shelf life studies on Arizona formulations?

MR. DONOVAN:  Objection to form.  Mischaracterizes the letter.  Outside the 30-B(6).  It says Arizona?

MR. GOTT:  It says we.  It was drafted by Jim Dar and Frank Del Corso in Exhibit 8.

MR. DONOVAN:  It doesn't say that.  My objection is noted.  Do you know the question?

A.    I guess it talks about shelf life



Don Vultaggio                                      November 10, 2023

Page 179

D. Vultaggio

studies.  We do that all the time.  That is an

ongoing thing we change.  We go to a package.

When we look at how the product is holding up in

light.  We have hot boxes.  We use heat.  We want

to see shelf life.  We want to see how a plastic

bottle keeps the product vs a can.  As far as

Allen Flavors shipping flavor to our co-packers,

that is something he would do.  He would get

those.  I guess.  I don't know.  He would get some

of that stuff back and find out if the product he

shipped from the plant to the co-packer had any

growth.  Stuff like that.

Q.   Are these shelf life studies you just

referenced conducted by Arizona in-house?

A.   No, Allen does it.

Q.   Do you know if Arizona produced these

studies in discovery in this case?

MR. DONOVAN:  Objection to form.

Outside the scope of 30-B(6).

A.   I don't know.

MR. GOTT:  Well, I will put on the

record I am making a request for the

production of these shelf life studies.

MR. DONOVAN:  We reserve our rights.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                    November 10, 2023

Page 180

D. Vultaggio

Q.   You previously testified Arizona purchases citric acid from Wego Chemical?

**A.   I did.**

Q.   Does Arizona purchase citric acid from its co-packers?

**A.   Not sure of the answer to that.  Not sure.**

MR. GOTT:  You previously testified it was your understanding the citric acid used in the products is naturally derived.

Q.   Who told you that?

MR. DONOVAN:  Objection to form.  Asked and answered.  Outside the scope of 30-B(6).  Answer, if you can.

**A.   That information, over the last 30 years I used citric acid in my products.  The citric acid goes in the drinks the same as we used 30 years ago.**

Q.   Is there a difference between synthetic and natural citric acid?

MR. DONOVAN:  Objection to form.  Outside the scope of the 30-B(6).  Definitely asked and answered.  Answer again, if you can.

888-893-3767     Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                              November 10, 2023

Page 181

                    D. Vultaggio

A.   What is the question?

Q.   If you know there is a difference.

A.   One we use.  We claim as natural.  That is why we say natural on the product.

Q.   How much citric acid does Arizona purchase annually?

     MR. DONOVAN:  Objection to form.  This question is outside the scope of 30-B(6) and we have had numerous meets and confers on the broad nature of these topics.  The record will reflect file motions in court and such. We reached a meet and confer that resulted in Topic 12.

     MR. GOTT:  This question directly falls within that.

     MR. DONOVAN:  It falls directly in asking how much?

     MR. GOTT:  Yes.

     MR. DONOVAN:  It doesn't --

     MR. GOTT:  -- including communication with Wego Chemical, the one entity they purchased citric acid from.

     MR. DONOVAN:  It doesn't.  Absolutely outside the scope of 30-B(6).



Don Vultaggio                              November 10, 2023

Page 182

D. Vultaggio

A.    I don't know how many pounds we buy.

Q.    Does Arizona consider the cost of citric acid in its COGS analysis of the products?

A.    Absolutely.  It is a line item. Minuscule, but it is a line item.

Q.    Minuscule, is that in comparison to the costs of ingredients used?

A.    Usually one of last things that go in. There is not of lot of it used.  It is not very expensive.

MR. GOTT:  We are now marking Exhibit 10.

(Plaintiff's Exhibit 10, Key persons at ABUSA involved in sales, marketing and labelling of the products, marked for identification.)

MR. GOTT:  This is a document produced during this deposition from defendants regarding Topic 14 and the title is, key persons at ABUSA involved in sales, marketing and labelling of the products.

(Whereupon, a document was handed to the witness.)

Q.    Have you seen this document before?

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 183

D. Vultaggio

A.   Yes, I have.

Q.   Were you involved in the drafting of this document?

A.   I don't know what you mean by drafting of the document, but I asked my guys to put it together.

Q.   Do you know -- you can verify the information contained in this list is correct?

A.   Yes, I can.

Q.   Is there anyone else not listed on this list that Arizona considers an executive for the company?

MR. DONOVAN:  Objection to form.

A.   We have lots of executives.  We have controllers, accountants.  So, yes.  We have a few thousand people that work there.

MR. GOTT:  I think you testified, but I don't remember specifically, I am just going to ask again.  My apologies if you did answer.

Q.   Does Arizona have a compliance department?

MR. DONOVAN:  Objection to form. Outside the scope.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 185 of 282

Don Vultaggio                                November 10, 2023

Page 184

D. Vultaggio

A.   I answered that.

Q.   What was your answer?

A.   No.  Other than Dean that works for us. We don't have a compliance department per se.

Q.   Approximately how many sales employees does Arizona have?

MR. DONOVAN:  Objection to form.

A.   We have different companies. Salespeople that work for additional entities that are not part of this case.  So, I don't know. Arizona, nationally, we have probably about 60 or so, then we have companies that distribute product in New York say, and they have salespeople as well in New Jersey, Florida, Chicago, Texas, Georgia. They work for different entities.  Different companies.

Q.   Do you know how many sales employees are ABUSA employees?

A.   I'd say about 60.  There are sales assistants, merchandisers.  It is more complicated than that.

MR. GOTT:  That is fair.

Q.   How many marketing employees does ABUSA employ?



Don Vultaggio                                    November 10, 2023

Page 185

D. Vultaggio

A.   Somebody asked me how big is your marketing department.  I said 6'8".  We have a lot of people who assist and work with me and my boys. I don't know how many there are.  They do other things than just marketing.  They do online stuff. Purchasing, clothing and looking at designs.  That kind of stuff.  It is a small group.  I asked Coke how many they had in 15 years.  They said 460 I think they told me.

Q.   Does ABUSA employ a marketing manager?

MR. DONOVAN:  Objection to form.

A.   That is me.

MR. GOTT:  I don't recall off the top of my head.  This is what I am trying to get to. During Spencer's deposition he testified there was another individual that ran the marketing department.

Q.   I am trying to figure out who that individual is.

MR. DONOVAN:  Objection to form.

A.   I don't know who he is referring to. Maybe he was referring to me.

MR. GOTT:  Fair enough.  Mr. Vultaggio, similar to prior discussions regarding the

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 187 of 282

Don Vultaggio                                          November 10, 2023

Page 186

D. Vultaggio

three documents produced in this deposition, this document is titled, list of top retailers of the products nationally.

(Plaintiff's Exhibit 11, List of top retailers of the products nationally, marked for identification.)

Q.   Were you involved in reviewing the information necessary to draft this document?

**A.   At some point I was involved.  I am involved with the customers because I was involved with somebody asking me who should be on that list.  I think at one point I had some involvement on listing the appropriate customers, but not to anything major.  I think from our company's point of view, it is a pretty straightforward approach. We know the top customers.  Here they are.**

Q.   Are these the top retailers listed in descending order of annual sales?

MR. DONOVAN:  Objection to form.

**A.   I don't know.  Not sure.**

Q.   Do you know what documents were reviewed to draft this document?

MR. DONOVAN:  Objection to form.

**A.   No, I don't.**

888-893-3767           Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                    November 10, 2023

Page 187

D. Vultaggio

Q.   How does Arizona record its retailer information?

A.   Internally in our system.  We have SAP. We use tracks.  The sales tracks everything for the company.

Q.   Do you know if this list of top retailers of the products nationally is applicable from 2015 to the present?

A.   I don't know if it was asked of us. Current top customers or an accumulation of customers for the last seven years.

MR. DONOVAN:  For the last seven years?

A.   The last seven years.  I don't know if it is more recent data than it is from the last seven years.

Q.   Since, generally, one retailer we don't see on this list I would have expected on the list is Wawa.

A.   They are small.

MR. DONOVAN:  Wait.  You guys have been good.  Wait for the question.

A.   Wawa is a regional chain.  They have stores in Florida.  They have a successful chain. Several.  7-11 has got 15,000 stores.  They have

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 188

D. Vultaggio

maybe 300.  The stores are great.  Very successful but they generally would get the top list.

Q.   Does Arizona track sales to distributors?

MR. DONOVAN:  Objection to form.

A.   Well, by customer.  They are a customer. We also track what state they are in so we can see by state.  Oftentimes, an independent distributor, he is representing us in certain chains we have authorized him as an authorized vendor then go to the mom and pop stores and independent chains in his area.  We track the sales based on how much they purchase.  We look at the region.  Sometimes by state.  Sometimes by city.

Q.   Is this information also kept in that SAP program you referenced earlier?

MR. DONOVAN:  Objection to form.

A.   Yes.  SAP tracks.  That is what we run on.

Q.   Does Arizona track sales to wholesalers?

MR. DONOVAN:  Objection to form.

A.   Isn't that what you were talking about?

Q.   First, distributors.

A.   I call them wholesalers.  That is what

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                   November 10, 2023

Page 189

D. Vultaggio

they are.  Wholesalers.  To me, a wholesaler and distributor is the same guy who buys a product and sells it wholesale.  There are wholesalers in markets like New York who get the product from a local distributor.  We don't track that.  We track the distributor.  He sells to a local wholesaler. It might be a small wholesaler.

Q.   Does Arizona track sales by units and retail on a nationwide basis?

MR. DONOVAN:  Objection to form.

A.    Cases.  Not units.  We turn it into a 24 pack.  We track that.

Q.   Does Arizona track sales by units and retial on a nationwide basis?

MR. DONOVAN:  Same objection.

A.    Retail dollars is after it is sold to a customer, then sold again.  That is what IRI tracks.  That is a retail sale.  We track what we sell to the wholesaler or account.  Like a Wawa or Wal-Mart.  We don't track what he sells it for. We track what we sell it to him for.

Q.   Looking at Exhibit 11 there, what percentage of total sales do these top retailers mark up?

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 191 of 282

Don Vultaggio                          November 10, 2023

Page 190

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.   I don't want to guess.  It is a substantial amount of the national business.  They have lots of stores.  I don't know if it is 30 percent or 40 percent.  Not sure.

Q.   Does Arizona receive sales reports from vendors?

MR. DONOVAN:  Objection to form.

A.   What is a vendor?

Q.   Good question.  It could be the same thing as how you define distributors and wholesalers the same.  You may also call vendors something else.

MR. DONOVAN:  Objection to form.

MR. GOTT:  I will withdraw the question. Going back to the list on Exhibit 11.  I know you said you didn't want to guess.  I am trying to get a ball park here.

Q.   Would the percentage of total sales, the top retailers makeup be more than 50 percent of Arizona sales?

MR. DONOVAN:  Objection to form.

A.   I don't mean to guess.  There are a lot of stores and we are also very popular in mom and

888-893-3767   Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 191

D. Vultaggio

pop stores in New York City.  Those accounts

wouldn't represent ten percent of the business in

New York.  Wal-Marts have a handful of stores.  It

is more mom and pop generated.  Bodegas.  Market

by market, it changes.

Q.   If you wanted to figure out what

percentage of total sales those retailers make up,

how would you go about that?

MR. DONOVAN:  Objection to form.

A.   I tally up how much they bought and

decide how much we did in business, the total and

percentage of what they represent.

Q.   That would be accessed through the SAP

program you referenced earlier?

MR. DONOVAN:  Objection to form.

A.   SAP gathers the sales to these accounts.

So, once I have that then I would know what my

business is annually and what percentage of that

is.

Q.   Is that type of report something you

regularly review in the course of your business?

MR. DONOVAN:  Objection to form.

A.   No, we look at it more by account than

what we represent in total business.

Don Vultaggio                              November 10, 2023

Page 192

D. Vultaggio

Q.   If we want to limit this, this is the nationwide list, limit this list to just in New York, who would be the top retailers of the products in New York?

MR. DONOVAN:  Objection to form.

Answer, if you can.

A.   **Key Food might have 250 stores in New York.  Wal-Mart might have a handful.  7-11 is not as big a player as they are nationally.  In New York City.  In Long Island.  They are big.  When you say New York City, the five boroughs.  7-11 is not as big an entity as it is in Nassau County and Suffolk County.  Tell me where you are going.  I can help you.**

MR. GOTT:  I am trying to figure out who the top retailers are for your company.

Q.   If you wanted to figure out who Arizona's top retailers of the products in New York were for the last seven years, is that something you would be able to do?

MR. DONOVAN:  Objection to form.

A.   **You are looking for the last seven years.  That is SAP, but a different system.  That is a different company.  Not ABUSA.  The one that**

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 193

D. Vultaggio

handles New York.

Q. What company handles retail sales in New York?

A. A company named Metro.

Q. Is this a company you are the owner of?

MR. DONOVAN: Objection to form.

A. I have the ultimate say in it, but there are other owners. My sons. Maybe some grandchildren.

Q. Is it still privately --

A. Nobody else other than family.

Q. How is it related to ABUSA?

MR. DONOVAN: Objection to form.

A. It is not.

Q. It is separate?

A. ABUSA invoices them.

Q. ABUSA sells to Metro, is that what you said?

A. They have to get the product from the company and distributes it. ABUSA distributes it nationally. ABUSA is a customer.

Q. Does Metro only sell in New York?

MR. DONOVAN: Objection to form.

Outside the scope of 30-B(6). Answer, if you



Don Vultaggio                                    November 10, 2023

Page 194

D. Vultaggio

can.

A.    They go into New Jersey.

Q.    So in kind of understanding, this is like a distributor?

MR. DONOVAN:  Objection to form.

MR. GOTT:  For ABUSA.

MR. DONOVAN:  Same objection.

A.    They represent Arizona.  They represent other brands of drinks, juices and stuff.  They buy a product like a wholesaler.  You talked about wholesalers.  Distributors.  They are a distributor.  Wholesaler.  They buy from ABUSA and ABUSA invoices them and gets paid by them just like a wholesaler in Michigan.

MR. GOTT:  I will show you a document here marked as Exhibit 12.

(Plaintiff's Exhibit 12, Document Bates stamped DA-001556 through DA-001558, marked for identification.)

MR. GOTT:  This is Bates labeled DA-001556 through 1557 (sic).

Q.    Have you seen this document before?

A.    No, I haven't.

Q.    Do you know what this document is?

LEXITAS

Don Vultaggio                                      November 10, 2023

Page 195

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.    The heading is, bill to party name.

Q.    Is this a list of Arizona's top retailers --

MR. DONOVAN:  Objection to form.

Q.    -- outside of the top five we saw in Exhibit 11?

MR. DONOVAN:  Objection to form.

A.    I don't know.  You've got Albertson's here on the national list.  You've got Sam's.  So, I don't know.  Costco.

Q.    Are you familiar with the companies listed in this document?

A.    A lot of them.

Q.    Are there some of them you never heard of or don't recognize?

MR. DONOVAN:  Objection to form.

A.    There are some I don't recognize.

Q.    Does Arizona meet with retailers regarding price setting?

MR. DONOVAN:  Objection to form.

A.    We don't set price.  We suggest.  We meet retailers about promoting.  How we promote. A retailer comes to what he wants to earn from a



Don Vultaggio                                    November 10, 2023

Page 196

D. Vultaggio

markup point of view.  How much support he is getting from us when he promotes down.  Publix in Florida likes to do buy one get one.  They want the suppliers to support a hundred percent of that with our gallons.  During that period of time, we lose one gallon every gallon we sell.  Those are situations that go on with chains.  They have agendas.  Things they like to do.  If we think the account is worth what they are asking, we go along.  If not, we say no thanks.  It is account by account.  It is multiple times a year.  You go back and revisit.  Oftentimes at the end of the year you talk about next year.  Getting new products in.  During the year you talk about promoting and discounting stuff so that the retailer promotes the product at a lesser price we suggest.  If we think we don't want to do that, we can't do what we are offering.  It is horse trading.  It is ultimately about getting consumers the best value when they shop.  Therefore, they but more.  We sell more.  The retailer would be happy too.

MR. GOTT:  Looking at Exhibit 11, that is the list of top retailers.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 197

D. Vultaggio

Q.   How often do you meet with Wal-Mart regarding price setting?

MR. DONOVAN:  Objection to form.

A.   You used the term price setting. Wal-Mart's price is pretty constant.  Meaning frontline price.  What they sell on the shelf then they do what is called roll backs.  They roll back the price then they give you a certain amount of stores and put displays in.  We support that in addition to the price we normally give them.  It is again a compromise.  They work on a tighter margin.  We will support that.  If the price is lower than the margin we are giving up, the consumer is happy.

Q.   Do you have a primary contact at Wal-Mart you have these meetings with?

A.   I am personally not involved with Wal-Mart on a regular basis.  Salespeople have people they deal with on a regular basis.  A few times a year I will go to Arkansas.  Most times it is on a Skype call.  E-mail you were saying earlier.  The world changed a lot.  In the past, buyers wanted you.  Now, they don't come to work. We are working at home.  That is the nature of

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 199 of 282

Don Vultaggio                                November 10, 2023

Page 198

D. Vultaggio

what happened.

Q.   Now the same question for Kroger, do you have a primary contact in terms of price setting meetings at Kroger?

MR. DONOVAN:   Objection to form.

A.   Price settings.  I don't know if it is a trick.  I don't set price.

Q.   I am not here to trick you.

A.   I don't have a direct contact with Kroger.  I have salespeople that do that.  On occasion I will take a trip and visit usually at a higher level.  That is above the buyer.  Above the category person, but that is usually a big event. They come down.  We go up.  That kind of thing.  A couple of years ago I went to Idaho to visit Albertson's.  I wasn't meeting a buyer.  I was meeting with the buyer's boss.  I get involved in that.  I will be involved with conversations internally about what we are presenting.  How we are doing it.  Generally, not on the phone with the buyer or in person with the buyer.

Q.   Looking at, you just referenced Albertson's, Walgreen's, Circle K, 7-11, at any of those entities do you have a primary contact that

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 200 of 282

Don Vultaggio                                    November 10, 2023

Page 199

D. Vultaggio

you meet with?

MR. DONOVAN:  Objection to form.

A.   No.  The president of the 7-11 is a man I know Joe Depippa (phonetic).  I have had conversations with him on the phone.  They have golf outings.  That kind of thing.  I am not generally in the weeds on presenting to a buyer.

Q.   Who at Arizona makes the decisions regarding what retail sales are tracked and collected?

MR. DONOVAN:  Objection to form.

A.   Well, all sales are tracked.  You are invoicing in the system that takes that information and puts it in the file.  It says what you invoiced last week, last month, last year. That is maintained by the people who maintain SAP.

Q.   When you were previously speaking about COGS, you said you calculated that on a case by case basis; is that correct?

MR. DONOVAN:  Objection to form.

A.   I was talking about before, when I said pick green tea as the standard.

Q.   For cost.

A.   Generally, it is a case.  Not by bottle.



Don Vultaggio                                November 10, 2023

Page 200

D. Vultaggio

In Europe, they go by the bottle.  I don't know why.  In America we go by the case.

Q.    In terms of retail sales, do you track bottle by bottle sales of once again by case?

MR. DONOVAN:  Objection to form.

A.    We do cases.  Sometimes we look at velocity of gallons by the bottle.  If we are doing a two for $5 promotion, how many bottles did we move.  We sell by the case.  The retailer sells sometimes by the case.  Sometimes by the bottle.

MR. GOTT:  Keith, open up document 30, AFI-000028.  I have hard copies as well.  It is hard to read.  Pull it up on the screen.

MR. DONOVAN:  It is not Bates stamped.

MR. GOTT:  This one was cut off in the printing process.  Mark this.

(Plaintiff's Exhibit 13, Document Bates stamped AFI-000028, marked for identification.)

Q.    Review this document by section so you can see the rest of the chart.

A.    Okay.

Q.    Do you recognize this document?

A.    I believe it is Allen Flavors' sheet.  I

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 202 of 282

Don Vultaggio                                    November 10, 2023

Page 201

D. Vultaggio

don't recognize this particular one.  I've seen this kind of format.

MR. GOTT:  I will represent to you we've seen batch sheets regularly, which this appears to be.  However, this batch sheet has price information on it.  It is something we've commonly seen in the formulas we received.  So, my questions are related to the pricing numbers on this batch sheet.

Q.   Is this sort of document something that Arizona regularly collects as part of the regular course of business?

MR. DONOVAN:  Objection to the form of the question.  Outside the scope of 30-B(6).  Answer, if you can.

A.   Regularly collects?  At some point we have a price sheet which indicates prices like this on each item line.  That is what this is showing.  This is showing what I was saying earlier.  Reduced HFCS ten percent.  We put in Stevia.  Eversweet.  A cargo product.  It takes the sweetener out to reduce calories.  A recent change.  Therefore, when you do that we change the calories on the package on the preserving per

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 203 of 282

Don Vultaggio                                          November 10, 2023

Page 202

D. Vultaggio

container.  Whatever was necessary.

MR. GOTT:  Now, the native format we now have with tabs.  This is the same thing.  Now, it has a tab.  Mark this.  This is AFI-000028.  Mark this 14.

(Plaintiff's Exhibit 14, Document Bates stamped AFI-000028 deemed marked for identification.)

MR. GOTT:  This is a similar pricing document to what we just saw.  I think it was a different tab we had that was being shown than the one now.  Can you click the tab on the bottom left?  AZ-2090.

Q.   Mr. Vultaggio, have you seen this document before?

MR. DONOVAN:  Objection to form.

Answer, if you can.

A.   This document.  I don't recall ever seeing that format.

Q.   Is this a document that was made by Arizona?

MR. DONOVAN:  Objection to form.

A.   I don't believe so.  I believe it comes from Allen.

D. Vultaggio

Q.   This is a document that Allen provided Arizona?

MR. DONOVAN:  Objection to form.

A.   I believe that is the case.

Q.   Does Arizona regularly receive these types of documents from Allen Flavors?

MR. DONOVAN:  Objection to form.

A.   I believe we get them when we do a change.  If there is a change in ingredient usage, we get this form so we know what the cost is, all by line, then we replace the old with the new. Now, that is, the new flavor tells you the amount of water.  What it makes when you move it over. It is kind of like an idea so you know what your costs are here.  Costs per case.

MR. GOTT:  Keith, can you click on new formula?

Q.   Do you see -- go to Column S and Line 28.  It says cost/unit.

A.   I don't see Line 28.  Where is Line 28?

Q.   It says cost/unit.

A.   Yes.

Q.   Can you explain for me how cost per unit is calculated?



Page 204

D. Vultaggio

MR. DONOVAN:  Objection to form.

A.   In that case it looks like a 24 pack. It is 5.25 times 24.  You get to the 126, but I am not sure.

Q.   Cost per unit, is that per bottle?

A.   Per bottle.  What are they talking about?  What is the size?  Do they have that on there?

Q.   Up top.  It looks like Lines 7 and 8. Columns G through I.

A.   24 pack, 23-ounce.  That is the big can.

Q.   What role does Arizona have in determining formula changes impact cost?

MR. DONOVAN:  Objection to form.

A.   Well, if you make a change you have to understand what the cost difference is from the change.  You make a change.  Whether it is something we do because in this case we want to reduce sugar.  Sometimes it is about more tea impact or different profile on the product.  When we make a change, you look at what you had.  What you are going to.  How much is the cost difference.  Again, REDACTED and you know I am a fanatic as far as making it

Don Vultaggio                                    November 10, 2023

Page 205

D. Vultaggio

taste great.  Sometimes the cost to make it great

is too costly and then we have to decide not to

put that flavor in that particular cap because

that can -- this one here sold for 9 cents.  That

is a popular seller, Sweet Tea.  At the end, you

guys could see Arizona buys directly things we

buy.  Allen Flavors delivers to the co-packer.

Then there is a cost.  In this case you've got 126

for the case cost ingredient.  Not cans.  Not

packing.  None of that stuff.  Just Allen Flavors

ingredients plus sugar.

Q.   What is the average marginal cost per

$0.99 product?

MR. DONOVAN:  Objection to form.

A.   What does that mean?  Explain the

question to me.  Marginal cost?  What does that

mean?

Q.   What it costs to create the product for

$0.99?

A.   It is all in the can and all.  Like I

said before, it depends on where you are making

it.  Cans come from a plant in Pennsylvania.

Sometimes we ship the cans all the way to the west

coast.  It could cost us $40 per thousand to get

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 207 of 282

Don Vultaggio                                    November 10, 2023

Page 206

D. Vultaggio

from there to there.  That is four cents a can.  A dollar a case.  So the cost to the west coast is a lot higher than we make it in New Jersey.  The factory makes the can in Scranton, Pennsylvania is 90 miles away.  My point is, that is what I was saying before.  Where we make it dictates the cost.  There are variables.  Like I talked about co-pack fees.  Out west it is higher than the fees in the east.  The cost of sugar is high.  The cost of the palette.  What is the cost?  The cost is, you can have $1.50 to $2 a case variable in the same item.  West coast.  East coast.  Because the things we talked about are flexible.  If we go to 7-11 who have stores all over the country, his price is the same to ship them in California or to ship them to New Jersey.

Q.   Does Arizona regard the national average of that cost?

MR. DONOVAN:  Objection to form.

A.   Where?

Q.   As part of you business records, do you record the average marginal cost nationwide for a product?  99 cents.

MR. DONOVAN:  Same objection.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Page 207

D. Vultaggio

A.   I've never seen a national average.  I never looked at it that way.  The averages are great.  I really pin it down to where I am making it to determine whether I can continue selling that particular flavor at that price because of REDACTED

Q.   So, does Arizona track their average marginal cost based off the co-packer facility then?

MR. DONOVAN:  Objection.

A.   There is no average at the co-packer. Sweet Tea at that co-packer will always be the same.

Q.   How does Arizona record the marginal cost for its products as it produces them?

MR. DONOVAN:  Objection to form.

MR. GOTT:  I understand you are talking about regional and everything.  You want to have some basic understanding over the last year what it cost us to produce this product.

MR. DONOVAN:  Objection to form.

A.   By co-packer, we have a finished case cost on the floor by flavor, by package.  We don't have a national average.  We don't look at it that



Case 1:19-cv-07081-AT-OTW Document 315-20 Filed 03/01/24 Page 209 of 282

Don Vultaggio                                    November 10, 2023

Page 208

D. Vultaggio

way.  By co-packer we do.  We know what the costs are.  The costs.  We then have floor cost in that location after it is made.  We know how much the floor cost is based on all the things like this.

Q.   How often are --

MR. DONOVAN:  Are you done with your answer?

A.   Well, these things -- this is flavor, but the big variable is the can.  They are bulky.  You ship a load of cans.  A hundred thousand units in each load.  It sounds like a lot.  It is not.  Especially if you ship it 3,000 miles.  The can costs, because there is so much air in it, it is not lot of weight.  That changes the variability a lot.  During COVID we were shipping cans from Europe.  We couldn't get them.  Like I said earlier, in those days there was a lot of times we were selling products and losing money on it because of that variable, but on a regular going basis, we know what the cost is to make a case of Sweet Tea in that plant.  It could be a plant a hundred miles away.  We have the cost there.  The co-packing fee might be different.  The storage and warehousing could be different.  All that

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 209

D. Vultaggio

stuff.

Q.   How often is the floor cost renegotiated?

MR. DONOVAN:  Objection to form.

A.   Not negotiated.  It is based on a monthly basis.  We up the review if things change within that month.  If you have price increase with cargo.  Cargo raised the price by 40 percent this year.  You capture that the first month after the price happens, then you update the cost in all the facilities based on them using how much sweetener goes into that case.  Aluminum is based on aluminum.  Every month that is adjusted based on the published price of aluminum.  It is published in England.  Everybody uses that as the cost then the can manufacturer will charge us based on that cost.  Every month that price changes.  Freight changes, but that is outside of the co-packer.  Palettes, two years ago cost us $25 a palette.  You couldn't get them.  They are down to $7 now.  Everybody made them.  Now there is a flood of them.  That is the variables that go on in business.  As those changes happen, we update the system to reflect that price up or down

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 211 of 282

Don Vultaggio                                    November 10, 2023

Page 210

D. Vultaggio

it is happening every month by co-packer.

MR. GOTT:  How long have we been going?

THE VIDEOGRAPHER:  A little over an hour.

MR. GOTT:  Take a short break this time. Off the record.

THE VIDEOGRAPHER:  Off the record at 5:07.

(Whereupon, a break was taken off the record.)

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at 5:22.

MR. GOTT:  Mr. Vultaggio, before we left here, there has been testimony as to the finished case cost related to products.

Q.  Does Arizona's calculation of the finished case cost for a product include freight?

MR. DONOVAN:  Objection to form.

A.  Freight with containers going in. Freight going out is a variable.  You don't know who they are going to ship to.  We are talking about an account that has a DC in place.  These are the average costs.  The freight going in is

Don Vultaggio                                November 10, 2023

Page 211

D. Vultaggio

pretty consistent.  The bottle is always made in a

facility.  It always goes to the co-packer.  That

is in the cost of the bottle.  Like cardboard.

Sugar.  Freight out, generally not.

Q.   When you say generally, are there times

where it is?

A.   Well, if we are looking at a particular

customer coming out of a plant, we said how much

is the freight from that plant, then you've got an

idea what is the real cost after delivery.  I was

saying earlier, everything we deliver is at our

expense.  It is all laid in vs FOB where your

customer picks it up.

Q.   Does Arizona have the ability to pull a

finished case cost report?

MR. DONOVAN:  Objection to form.

A.   By pull, get it out of the system?

Q.   Yes.

A.   I would imagine so.  I don't know how

they do it, but if I go into the controller's

office and ask him for a particular item, a

particular plant, he can generally pull it up on

the screen.

Q.   To the extent you know and you very well

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

 LEXITAS

Don Vultaggio                                      November 10, 2023

Page 212

                         D. Vultaggio

may not, and that is okay, do you know how far

back the SAP program goes in terms of holding this

information?

            MR. DONOVAN:  Objection to form.

      A.    Not sure.

      Q.    Do you know if it would go back seven

years to 2015?

            MR. DONOVAN:  Objection to form.

      A.    There is a cloud.  I don't know what

that means.  I don't know.  Some of that is not

like readily available, but someplace.  I don't

know.

      Q.    Do products contained in Paragraph 7 of

the deposition notice have MSRP?

      A.    The list of items?

      Q.    The same list of products.

      A.    What is that?  MSRP?

      Q.    Manufacturer's suggested retail price?

            MR. DONOVAN:  Objection to form.

      A.    Most of the items on this list come in

big cans.  Since it is pre-priced, it would be.

It is on the can already.  But for the most part,

no.  It depends on the market.  The account.  Who

they are.  What their needs are from a margin

Don Vultaggio                                      November 10, 2023

Page 213

D. Vultaggio

point of view.

Q.   Based off your answer does Arizona use the acronym, MSRP?

MR. DONOVAN:  Objection to form.

A.   I don't.

Q.   Do you know how many retailers purchase the products from Arizona or distributors of its products?

MR. DONOVAN:  Objection to form. Outside the scope of 30-B(6).

A.   Not sure what the question is.  How many actual accounts in America buy our product?

Q.   Yes.

A.   Distributors sell to many accounts.  We have no knowledge of what they are selling.  I don't know.

Q.   Arizona keeps sales data related to direct sales or sales directly to distributors; correct?

MR. DONOVAN:  Objection to form.

A.   Direct sales to retailers, then direct sales to wholesalers or the distributor do.  What distributors do.  We don't know.  How many accounts does he sell.  Sometimes we know.  They

Don Vultaggio                                    November 10, 2023

Page 214

D. Vultaggio

tell us.  Five thousand accounts.  I have 12 thousand.  For the most part, that is his business.  That is his information he holds.

Q.    Does Arizona keep data broken down by sales location?

MR. DONOVAN:  Objection to form.  Outside the scope.

A.    When you say location, a co-packer?

Q.    It could be co-packer.  Otherwise, regionally.  Geographically.  Does Arizona have data broken down by sales location?

MR. DONOVAN:  Objection to form.  Outside the scope.

A.    When you are saying location, retailers in the region.

Q.    Regional sales data.  Do you keep regional sales data?

MR. DONOVAN:  Objection to form.  Outside the scope.

A.    I never looked at regional sales.  It might exist.  Not sure.

MR. GOTT:  We spoke previously.  You testified that, and correct me if I am wrong, Arizona does not track sales through data

Don Vultaggio                                                    November 10, 2023

Page 215

D. Vultaggio

after it sells products to distributors.

Q.   Is that correct?

MR. DONOVAN:  Objection to form.

**A.   When you say sell through, selling their inventory to their customers, do we track that?**

Q.   The amount or ratio what you sell to wholesalers who actually sold to the customers?

MR. DONOVAN:  Objection to form.

**A.   Whatever they buy, they sell.  We look at depletion, they call it.  Like what I did last month.  It certain cases, yes.  We do.  Not always.**

MR. GOTT:  Mark this Exhibit 15.  The Bates label is cut off.  DESI-015528.

(Plaintiff's Exhibit 15, Document Bates stamped DESI-015528, marked for identification.)

Q.   Do you recognize this document?

**A.   No, I don't.**

Q.   Are you familiar with the information contained within this document?

MR. DONOVAN:  Objection to form.

**A.   I don't know what you mean.  Familiar. The products.  I am familiar with those.  Other**



D. Vultaggio

**than that, I don't know about the rest of the information.**

Q. Is this the type of report or document you regularly see in the regular course of your business?

MR. DONOVAN: Objection to form. Outside the scope. Answer, if you can.

**A. No.**

Q. You don't know who created this document?

MR. DONOVAN: Objection to form.

**A. I don't.**

Q. You don't know who it was provided to?

MR. DONOVAN: Objection to form. Outside the scope.

**A. I don't.**

Q. Does Arizona have target gross profit margins of its products?

**A. No.**

MR. GOTT: Keith, pull up document 61. This document is being shown to the witness in its native form electronically. It isn't practical to print it out. We have identified that these documents do contain



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 218 of 282

Don Vultaggio                                November 10, 2023

Page 217

D. Vultaggio

metadata.  To the extent counsel would like that produced in conjunction with this, we certainly will do so.

(Plaintiff's Exhibit 16, Document Bates stamped DESI-013843 deemed marked for identification.)

MR. DONOVAN:  What is the Bates stamp?

MR. GOTT:  DESI-013843.

MR. RAMIREZ:  For this one she called someone at your office.

MR. GOTT:  People who are more tech oriented.

MR. DONOVAN:  Proceed to ask questions.

MR. RAMIREZ:  I will get that for you.

MR. DONOVAN:  Thank you.

Q.   Please let me know when you are ready for him to scroll down.

**A.   I am ready.**

MR. GOTT:  Scroll down a bit.

Q.   Are you ready for questioning?

**A.   I am.**

Q.   Do you recognize this document?

**A.   No.**

Q.   Are you familiar with the information

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 219 of 282

Don Vultaggio                               November 10, 2023

Page 218

                    D. Vultaggio

contained within this document?

          MR. DONOVAN:  Objection to form.

     A.   **Well, I know the size of the package.**
**The ingredients.**

     Q.   Do you know who created this document?

          MR. DONOVAN:  Objection to form.

     A.   **I don't.**

     Q.   Have you seen documents like this for
other products than the lemon iced tea?

          MR. DONOVAN:  Objection to form.
     Outside the scope.

     A.   **No.**

          MR. GOTT:  Take down that document,
     Keith.  Thank you.

     Q.   Mr. Vultaggio, who is involved in
determining the overarching market strategies for
the products?

          MR. DONOVAN:  Objection to form.

     A.   **That is me.**

     Q.   The 6'8"?

     A.   **He is shorter right now.**

     Q.   What channels of marketing are used for
the marketing of the product?

     A.   **What channels?**

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                                          November 10, 2023

Page 219

D. Vultaggio

Q.   Yes.

A.   All channels that sell beverages.  Ask something else.  Beverages are sold in all kinds of different channels.  The restaurant downstairs. Wal-Mart.  The bodega.  The stadium.  A school.  A hospital.

Q.   My question is more about the marketing for the product.  Channel marketing.  Not the channeling of sales?

MR. DONOVAN:  Objection to form.

A.   When you say marketing, you mean advertising or something?

Q.   Yes.

A.   I said in a earlier question, I don't do that.

Q.   Do you know whether Arizona utilizes social media to market its products?

A.   It is more about -- the social media to me more is about advertising the Arizona lifestyle v. a particular product.  We do have the ability for consumers to order products.  We ship them through Amazon.  They can purchase it.  Most of the time, skateboarding, surfing, that kind of stuff.  That is my take.  If you ask my son, he

888-893-3767         Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                       November 10, 2023

Page 220

D. Vultaggio

will tell you something else.  He is a lot better.

Q.   Does Arizona utilize print marketing?

A.   Magazines?

Q.   Yes.

A.   No, we don't.

Q.   Any television or radio?

A.   No.  I am laughing because when we first started, they said I haven't seen you on television.  What channel do you watch.  He said 7.  I am on Channel 4.  That is why.  No, we don't do that kind of thing.

Q.   Does Arizona design its marketing different depending on the state?

A.   Since we don't do marketing, we don't have any particular marketing package.  I call it marketing.  That is the same in every state.

MR. GOTT:  Take five minutes here.  We are very close to being done.  We just need to decide whether or not we want to go into one line of questioning or not.

THE VIDEOGRAPHER:  Off the record at 5:44.

(Whereupon, a break was taken off the record.)

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 221

D. Vultaggio

(Back on the record.)

THE VIDEOGRAPHER:  Back on the record at 5:48.

MR. GOTT:  Mr. Vultaggio, I am going to show you an exhibit that is quite large.  I am going to be speaking to you about certain parts labelled DESI-16621 through DESI-16685.

(Plaintiff's Exhibit 17, Document Bates stamped DESI-16621 through DESI-16685, marked for identification.)

MR. GOTT:  This is a rather large set of documents.  I am going to ask you about specific things within it.  Still, if you would like, you can look through the whole set of documents.  Once again, I am just interested in particular things with this.

Q.   Mr. Vultaggio, have you seen this set of documents before?

A.   I don't believe so.

Q.   Have you heard of the company, Go Puff?

A.   Yes, I have.

Q.   What kind of company is Go Puff?

A.   Go Puff started as a tobacco related business selling pipes and things like that.  They

LEXITAS

Don Vultaggio                    November 10, 2023

Page 222

D. Vultaggio

morphed into a delivery system a lot in schools

and universities where they deliver a pint of ice

cream at 3:00 in the morning to a student.  I met

the group that started it.  It was going to go

public.  It didn't work out.  At the time, I

thought it was a ridiculous idea.  Delivering a

pint of ice cream in the middle of the night.

They made a business out of it.  We sell quite a

bit of product with them.

          MR. GOTT:  It appears that -- if you

     flip to the second page.  DESI-16622.  This

     set of documents includes marking analysis of

     Arizona products.

     Q.   Are you aware of how Go Puff had access

to Arizona's marketing information?

          MR. DONOVAN:  Objection to form.

     Outside the scope.  Answer, if you can.

     A.   I don't know.

     Q.   Did Arizona at any point in time hire Go

Puff to provide marketing services?

          MR. DONOVAN:  Same objection.

     A.   No.  Strictly, we sell to them.  It is a

product relationship.

     Q.   How long has Arizona worked with Go

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 223

                    D. Vultaggio

Puff?

        MR. DONOVAN:  Objection to form.

    A.    I think pre-COVID.

    Q.    Does Arizona have a primary contact at

Go Puff?

    A.    They might, but I don't know who it is.

        MR. GOTT:  I'd like to draw your

    attention to DESI-16627.  If it is too small

    for you to read, he's got it pulled up on the

    screen.  Keith, can you zoom in on the chart

    titled, consumer buying styles?

    Q.    Is Arizona aware of the information

contained in this chart?

        MR. DONOVAN:  Objection to form.

    Outside the scope.  Answer, if you can.

    A.    When you say aware, has someone in the

organization seen this?

        MR. DONOVAN:  He is asking about this

    document.

    Q.    This chart here.

    A.    Not sure.  I don't know.

    Q.    Is Arizona aware that at least this

marketing chart indicates that the consumer who

purchases Arizona products are associated with

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                November 10, 2023

Page 224

D. Vultaggio

styles of fresh and healthy?

MR. DONOVAN:  Objection to form.

A.    I don't know where these titles came from or where the information came from.

Q.    At the bottom of this chart, it states values are based on a 19.7 percent match rate from Twitter partners based off of Arizona's social Twitter tweets engagements.

MR. DONOVAN:  Objection to form.  Is that a question?

MR. GOTT:  He asked where the information came from.

A.    I don't know what Twitter partners means or a Twitter account or their Twitter account.

Q.    I just asked what information that the chart is giving me.

A.    Okay.

Q.    Does Arizona have a target consumer?

MR. DONOVAN:  Objection to form.

A.    I would say a thirsty American consumer. Any age.  Any background.  I am not into what Coke and Pepsi drill in.  We look for 22 to 28-year olds.  I think that is nonsense.  If you are thirsty and you see a beautiful can and the price

Don Vultaggio                                    November 10, 2023

Page 225

D. Vultaggio

is terrific, you drink it, you like it, you buy it
again.

Q.    Does Arizona try to target consumers who
are value conscious?

MR. DONOVAN:  Objection to form.

A.    Again, I think everybody is value
conscious.  Whether you are a wealthy person or
not, you get a good deal, you buy it again.  Why
not.  Sometimes value brands are not very good.
Inferior.  Low in quality.  Our positioning is
high quality, great price, great packaging.

Q.    Do you consider the Arizona products to
be a value brand?

MR. DONOVAN:  Objection to form.

A.    I sell it at about half the price of my
competitors, but value brand usually means
inferior.  Brands like store brands.  Lousy
labels.  There was a thing years ago, they had no
name.  A white can of peas.  It didn't go very
well.  Pretty cans, great taste, great product,
great price.  The stigma of value sometimes is
like that is not high quality.  We shied away from
that.  We have high quality drinks.  Great price.
Great packaging.

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                        November 10, 2023

Page 226

**D. Vultaggio**

Q.   Are you surprised to see according to this chart, 64 percent of the Arizona consumer styles associated the brand with a premium brand?

MR. DONOVAN:  Objection to form.

Outside the scope.  Argumentative.

**A.   Well, our marketing is marketing associated with a premium brand.  A brand you pay more for.  You go to the store, you pay less for. That is why I've been in business.  To compete with Cokes and Pepsis.  The reason why that president came to rip my heart out, he was frustrated by us.  Great taste.  Great packaging. Great price.  So often little guys like me can't get great price.  They pay more for cans.  Pay more for everything.  They want to get retail. They have to charge more.  I bill efficiencies in the system.  Multiple plants.  Get to market at a value oriented price.  The consumer shops.  I want to give them no reason to buy anyone but me.**

MR. GOTT:  I am drawing you attention to DESI-16638.

Q.   Does Arizona specifically market products to millennials?

MR. DONOVAN:  Objection to form.

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                    November 10, 2023

Page 227

D. Vultaggio

A.    No.

Q.    Do you know why this is described as a marketing deck for lack of a better word -- this exhibit, do you know why Go Puff focused on buying trends of millennials?

MR. DONOVAN:  Objection to form.

Outside the scope.  Answer, if you can.

A.    I don't want to speculate.  Go Puff's business is in that age group.  That is the person going to college and I think millennials are college people.  I am not sure of that.  I never ordered a pint of ice cream from Go Puff at 3:00 in the morning.  There are a certain group of people who do it on a regular basis.  That might be the basis for it.  Not sure.

Q.    Is it your testimony that -- I can't remember what your response was, you've never seen this before?  This set of documents?

MR. DONOVAN:  Objection.

A.    I don't believe so.

Q.    Mr. Vultaggio, I believe you testified at the beginning of this deposition that if any marketing survey would have been performed by Arizona or on behalf of Arizona, you would have

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 229 of 282

Don Vultaggio                                    November 10, 2023

Page 228

D. Vultaggio

known about the surveys; is that correct?

          MR. DONOVAN:  Objection to form.

     A.    I believe I said that, yes.

          MR. GOTT:  So we've shown you two

     different marketing surveys during this

     deposition from Simply Measured and by Go

     Puff, both of which you've never seen.

     Q.    Is it possible there are other marketing

surveys that may have been done by Arizona or on

behalf of Arizona you have not seen?

          MR. DONOVAN:  Objection to form.

     Outside the scope.  Answer, if you can.

     A.    Anything is possible, but when I think

of surveys, typically, I think of paying somebody

to do it.  We didn't pay Go Puff to do it.  That

was part of the business model.  When price is

attached to it, that is where I am brought in and

counseled whether or not this kind of stuff, any

kind of stuff, like we want to buy rafts at $200 a

piece.  What do you think.  That kind of thing.

Because I said earlier, I sign every check.  I see

it and I want my boys to understand that a

business like ours has to be built on a premise.

You spend on things that make sense and give

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 230 of 282

Don Vultaggio                          November 10, 2023

Page 229

D. Vultaggio

value.  They bring the consumer value or make a brand better.  We usually stayed away from traditional stuff.  The cost associated with it to me is wasteful.  I hate wasting resources.  I don't know if that answers the question.

MR. GOTT:  I appreciate your candor.

Q.   In preparation for your testimony here today, did you personally look for any other marketing surveys that may have been performed by Arizona or on behalf of Arizona regardless of whether payment was exchanged for surveys?

MR. DONOVAN:  Objection to form. Outside the scope.  Answer, if you can.

A.   I did not.

Q.   Did you speak with anybody about whether or not Arizona had received any other consumer surveys or performed them on your behalf regardless of whether they were purchased?

MR. DONOVAN:  Objection to form. Outside the scope.  I believe this was asked and answered.  Answer again, if you can.

A.   I don't believe so.

Q.   Mr. Vultaggio, I believe your prior testimony was that Arizona makes the final

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 230

D. Vultaggio

decision as to the label that goes on the

products; is that correct?

MR. DONOVAN:  Objection to form.  Asked

and answered.  Answer again.

**A.    When you say label, the front panel or**

**the colors, the graphics or the nutritional stuff?**

Q.    When you answered, everything on the

label except the nutritional ingredients list you

previously testified about is the final decision

made by Arizona?

**A.    Generally, it is made by me.**

Q.    To build on that, Arizona relies on

Allen Flavors to tell them what it is in a product

for your label; is that correct?

MR. DONOVAN:  Objection to form.  This

has been asked and answered ad nauseam.

Answer again, if you can.  Please.

**A.    Allen is our supplier of flavor and**

**other suppliers of ingredients.**

Q.    Does Allen Flavors tell Arizona whether

the product contains preservatives or

affirmatively tells Arizona it has no

preservatives in the product?

MR. DONOVAN:  Objection.  Form.  Outside

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                              November 10, 2023

Page 231

D. Vultaggio

the scope.  Answer, if you can.

A.    Not sure if I got the question right here.

MR. GOTT:  Can you repeat the question?

(Whereupon, the last question was read back by the reporter.)

MR. DONOVAN:  Objection.  Asked and answered.

MR. GOTT:  I don't believe it has.

A.    I don't understand the question because you are making a statement that Allen Flavors tells us something.  They tell us what should be put on the label.  The ingredient label lists the ingredients and the nutritional facts.  The calories.  The sugar.  The salt.  Whatever is in there.  That is what they tell us.  That is what we rely on.

Q.    Does Arizona specifically request that Allen Flavors creates the formulas for the products without using preservatives?

MR. DONOVAN:  Objection to form.

A.    We have been working with Allen for 32 years.  We have been developing flavors for 32 years.  He knows what our model is.  We don't



Don Vultaggio                                November 10, 2023

Page 232

D. Vultaggio

use benzoate.  We don't use sorbate.  We use

things like sucralose.  Artificial sweeteners.  We

know that requires a statement and one that

doesn't have it, that is not a natural sweetener.

Just kind of normal.  He doesn't come in while we

are designing a product.  This works with benzoate

or sorbate.  This is not what we do from history.

Q.   Does Arizona provide Allen Flavors with

any instruction as to how much citric acid can be

used in the product?

A.   When developing the product.  The taste.

MR. DONOVAN:  Objection.  Hold on.

Objection.  Outside the scope.  We spent a

lot of time in this case deposing the witness

on a topic addressed yesterday.  So, I am

allowed to object when I want.  This is

duplicative discovery.  Borderline harassive.

MR. GOTT:  I will point you to Topic 6.

MR. DONOVAN:  Fine.  Repeat the

question.

A.   I forget what you said.

Q.   Does Arizona give Allen Flavors any

instruction on how much citric acid can be used in

a product?

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 233

D. Vultaggio

MR. DONOVAN:  Same objection.

A.    I think I answered a bunch of times. Citric acid.  We use that for flavor enhancing for finish.  For mouth feel.  For mouth finish.  For developing flavor.  When we are developing the drink, Frank and I and some other guys, if they bring other guys in, we drink and taste.  I will say lower the acid or raise this or raise this. Whether it is a scent I want.  More tea essence or more juice.  More mouth feel.  When that happens, then he goes back home.  What we decided to drink is to be, then they work in how much.  Because we are doing it in little beacons.  We work out what has to be on the label and ship to the co-packers to meet the taste we want.  It is a process.  It is never me saying put this amount.  There is no amount.  It is taste.  What tastes good to me. The finish I am looking for.  Most companies like ours don't focus as much on the flavor.  That is all I've got.  It is one thing if I am a pretty can.  If it don't taste good, people don't buy it again.  If you sell it for 29 cents, it doesn't matter.  Aggressive pricing makes sense if the product tastes great and at that price, I can't

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 234

D. Vultaggio

resist.  I think and I hope I've given you a clear

example of how I go the market to come up with a

flavor that has worked out with Allen.  What he

needs to create that in the finished product

worked out between us.  It is never telling him.

I am not a chemist.  I am not a flavorist.  I am a

former truck driver.  I know what tastes good.  I

worked with Allen for 30 plus years.  They deliver

to us after those beacons -- like a lab sample of

it.  We try that.  We like it.  Generally, we do a

production sample.  We run it five, 10,000 cases.

We want to see what the factory does.  How it

affects possibly the flavor.  Make sure we thought

something in a small bottle works out in

10,000 gallons.  Once we do that, it goes to

market.

Q.   Has Allen Flavors ever told Arizona how

much citric acid can be used in a product to be

considered preserving that product?

        MR. DONOVAN:  Objection to form.

    Outside the scope.  Answer, if you can.

    A.   No, I don't know what it takes to

preserve a product with citric acid.  At our

level, the product will spoil within a few days if

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 236 of 282

Don Vultaggio                                    November 10, 2023

Page 235

D. Vultaggio

we don't hot pack it.  Guys like Lipton use

benzoate, sorbate and citric acid and it adds

tartness.  It is not adding protection for bugs

and growth.  I never had that conversation of how

much could you put in there so I don't have to hot

pack it.  I know it tastes like hell.

Q.   Has Allen Flavors ever raised a concern

with Arizona regarding the no preservatives claim

and the amount of citric acid in products?

MR. DONOVAN:  Objection to form.

Outside the scope.

A.   Not sure I understand the question.

Q.   Has Allen Flavors ever raised the

concern with Arizona regarding the no

preservatives representation and the amount of

citric acid in the products?

MR. DONOVAN:  Same objection.

A.   No.

Q.   If you found out that the citric acid in

the products had a preserving effect, would you be

willing to remove the no preservatives claim from

the products?

MR. DONOVAN:  Objection to form.

Outside the scope.  Hypothetical.

 

Page 236

D. Vultaggio

A.    I can't speculate.  What I do know is what I've done for 32 years.  We use different forms of acids.  Malic acid.  Ascorbic acid. Citric acid.  Others.  Based on what is going into the bottle, because different acids work with different flavors differently.  It is never as a preservative.  REDACTED REDACTED REDACTED   So, I never addressed that kind of concept.

MR. GOTT:  Mr. Vultaggio, that is all the questions I have.

MR. DONOVAN:  I have nothing.  Thank you.

THE VIDEOGRAPHER:  Off the record at a 6:14 p.m. That concludes today's deposition.

(Time noted:  6:14 p.m.)

Don Vultaggio                                    November 10, 2023

Page 237

A C K N O W L E D G M E N T

STATE OF NEW YORK    )
                                    :ss
COUNTY OF _____)

I, DON VULTAGGIO, hereby certify that I have read the transcript of my testimony taken under oath in my deposition of November 10, 2023, that the transcript is a true, complete and correct record of my testimony, and that the answers on the record as given by me are true and correct.

_____

DON VULTAGGIO

Signed and subscribed to before me, this            day of                          , 2023.

_____
Notary Public, State of New York

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                          November 10, 2023

Page 238

          I N D E X

Examination by          Witness Name                      Page

  EXAMINATION BY---------- DON VULTAGGIO ------------------   6
  MR. GOTT


         EXHIBITS MARKED FOR IDENTIFICATION
No.      Description                                      Page

  1      Third Amended Notice of Deposition of Defendants -   10
         Arizona Beverages USA, LLC, etal, pursuant to
         the Federal Rules of Civil Procedure, 30-B(6).

  2      Document Bates stamped DESI-017368 through -------   99
         DESI-01372

  3      Document Bates stamped DESI-017382 through -------  104
         DESI-017386

  4      Document Bates stamped DESI-017340 through -------  113
         DESI-017344

  5      Document Bates stamped DESI-037462 deemed marked--  120

  6      Topic 18, list of top competitors to ABUSA--------  124

  7      Document Bates stamped DESI-034447 deemed marked--  155

  8      Document Bates stamped AFI-0002008 through -------  171
         AFI-0002011

  9      Document Bates stamped AFI-0002012---------------  176

 10      Key persons at ABUSA involved in sales, ----------  182
         marketing and labelling of the products

 11      List of top retailers of the products nationally--  186

 12      Document Bates stamped DA-001556 through ---------  194
         DA-001558

 13      Document Bates stamped AFI-000028----------------  200

 14      Document Bates stamped AFI-000028 deemed marked---  202

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com


Don Vultaggio                                    November 10, 2023

Page 239

15        Document Bates stamped DESI-015528---------------- 215

16        Document Bates stamped DESI-013843 deemed marked-- 217

17        Document Bates stamped DESI-16621 through -------- 221
          DESI-16685

                INFORMATION/DOCUMENTATION REQUESTED
                                              Page      Line

The production of these shelf life studies.-----   179      23

             QUESTIONS/ANSWERS MARKED IN THE TRANSCRIPT
                                              Page      Line

NONE---------------------------------------------

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 241 of 282

Don Vultaggio                                November 10, 2023

Page 240

C E R T I F I C A T E

STATE OF NEW YORK        )

                         ) ss.:

COUNTY OF SUFFOLK)

I, ROBERT S. BARLETTA, a Notary Public within and for the State of New York, do hereby certify:

That DON VULTAGGIO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of November, 2023.

_____

ROBERT S. BARLETTA

888-893-3767     Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

Don Vultaggio                                    November 10, 2023

Page 241

ERRATA SHEET FOR: DON VULTAGGIO
   DON VULTAGGIO, being duly sworn, deposes and
   says: I have reviewed the transcript of my
   proceeding taken on 11/10/2023. The following
   changes are necessary to correct my testimony.

_____

PAGE LINE       CHANGE                REASON

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

----|----|-------------------|--------------

      Witness Signature:_____
Subscribed and sworn to, before me
this ____ day of _____, 20 ____.
_____          _____
(NOTARY PUBLIC)                MY COMMISSION EXPIRES

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

LEXITAS

REDACTED

REDACTED

LEXITAS

Don Vultaggio        November 10, 2023 Index: 21..abandoned

**21** 44:16,21 45:9, 17,25 46:7,15,20 165:12

**22** 46:23 47:5,19 48:2,11 224:23

**23-ounce** 204:12

**24** 48:18,24 49:15, 21 50:2,7,13 79:23 132:6,9 163:25 189:12 204:3,4,12

**25** 102:16,17

**250** 192:8

**28** 203:20,21

**28-year** 224:23

**29** 233:23

**2:16** 139:22

**2:51** 140:3

---

### 3

**3** 17:19 104:11,13 106:2,7,8 172:7 173:4

**3,000** 208:13

**30** 63:9 68:23 69:23 73:12 75:3, 7 78:23 80:23 97:25 134:19 180:16,18 190:6 200:12 234:9

**30-B(6)** 10:11,15 28:6 56:20 58:10 59:19,21 79:7 87:22 100:21 105:6 114:22 125:24 143:3,12 150:12 151:20 152:8,22 154:11 169:11 170:22 171:3 176:12,18 177:25 178:19

**179:20** 180:14,23 181:9,25 193:25 201:15 213:11

**300** 188:2

**32** 231:24,25 236:3

**333** 5:13

**3:00** 222:4 227:13

**3:46** 174:5

---

### 4

**4** 19:12 113:12 169:5 220:11

**4-A** 19:16 20:6,10, 15

**4-B** 20:17,19 22:4, 17 24:6,11,14

**40** 68:25 78:14,16 161:20 165:24 190:6 209:9

**40-year** 161:7

**400** 6:15

**450** 70:3

**460** 185:9

**4:01** 174:10

**4F** 83:20

---

### 5

**5** 14:3 24:24,25 25:5,17,21,24 85:4 119:22 120:3 122:10,12,13 172:7

**5.25** 204:4

**50** 63:3 190:21

**5:07** 210:9

**5:22** 210:14

**5:44** 220:23

**5:48** 221:4

---

### 6

**6** 14:14 15:7 18:12 27:20 85:4 124:8, 9 125:20 132:6 142:2,3,21 146:5 148:5 171:8 232:19

**6'8"** 83:14 185:3 218:21

**6'9"** 83:17

**6-A** 26:6 27:14

**6-B** 29:14,23 30:6, 11,16,20 31:3

**60** 6:15 184:12,20

**61** 216:21

**64** 226:3

**6:14** 236:17,19

**6th** 102:17

---

### 7

**7** 14:3 16:10,15 19:12 85:3,16 92:12,21,24 93:10,24 94:19 107:16 108:16 109:22 110:21 112:18 132:18 140:7,20 143:6 144:11 145:12,20 153:13 155:16,24 167:5,10 169:19 204:10 212:14 220:11

**7-11** 187:25 192:9, 12 198:24 199:4 206:15

**7-A** 14:9 17:8,12 92:22

**79** 119:20

---

### 8

**8** 25:25 28:16 31:8 35:15 37:24 171:24 177:13 178:21 204:10

**80s** 136:19

---

### 9

**9** 37:25 38:19 42:2 43:18 169:5 175:23 176:3 205:5

**90** 206:6

**900** 88:22

**90s** 75:18 77:17 136:19 139:7

**92** 68:25 69:25 72:20 73:23 134:18

**98** 67:17,20

**99** 67:16 70:4 79:23 206:24

**9:18** 5:3

---

### @

**@drink** 123:8

**@lipton** 123:9

**@snapple** 123:8

---

### A

**a.m.** 5:3

**abandoned** 66:20

---



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 245 of 282

Don Vultaggio        November 10, 2023Index: ABC..Amazon

**ABC** 66:24

**ability** 75:2 211:15 219:21

**absolutely** 7:15 120:13 181:24 182:5

**ABUSA** 124:8,10 182:15,21 184:19, 24 185:11 192:25 193:13,17,18,21, 22 194:7,13,14

**academy** 82:24

**access** 129:2 222:15

**accessed** 191:14

**accident** 74:23

**account** 99:4 157:20 189:20 191:24 196:10,11, 12 210:24 212:24 224:15

**accountants** 183:16

**accounts** 191:2,17 213:13,15,25 214:2

**accumulation** 187:11

**accurate** 7:8 14:21 114:18 147:19,24

**accurately** 85:24 90:14,25 110:6,15 112:11 129:17

**achieve** 76:6

**acid** 6:23 26:9,23 28:20,21 29:6 35:21,23 36:7,18, 21,22 37:2 89:7, 13 90:3 102:4,12 103:9,16 104:6 170:3,8,11,18,25

171:11 180:3,5, 10,17,18,21 181:6,23 182:4 232:10,24 233:4,9 234:19,24 235:3, 10,17,20 236:4,5

**acidic** 89:17

**acidified** 95:3

**acids** 29:11 104:7 236:4,6

**acronym** 213:4

**act** 80:16

**action** 9:19 139:4

**activity** 61:16 70:6

**actual** 213:13

**ad** 78:21 230:17

**add** 78:8 88:15,16 111:23 127:18

**added** 22:20 88:5

**adding** 88:17 235:4

**addition** 118:12 197:11

**additional** 45:6 47:16 160:4 184:10

**additive** 109:5

**additives** 138:24

**address** 6:12,13, 15 87:5 131:22 132:11,16 175:12

**addressed** 17:11 86:19 92:24 232:16 236:10

**adds** 235:3

**Adidas** 67:5

**adjusted** 209:14

**advance** 177:16

**advanced** 83:4

**advertised** 148:19

**advertising** 63:20 67:7 219:13,20

**advice** 53:14,21 64:24 117:9

**advises** 9:4

**advising** 174:17

**affect** 78:7

**affects** 234:14

**affirmative** 77:8 111:7

**affirmatively** 112:6 230:23

**afford** 68:6 167:23 168:5

**affordable** 68:12

**AFI-000028** 200:13,19 202:6,8

**AFI-0002008** 171:23,25 175:12

**AFI-0002010** 174:13

**AFI-0002011** 171:23,25 174:13

**AFI-0002012** 175:24 176:3

**afraid** 84:11

**afternoon** 65:23, 25

**age** 224:22 227:10

**agency** 89:21

**agendas** 196:9

**Aggressive** 233:24

**agree** 117:21 151:18 152:6

**agreed** 6:21 117:21 124:25 126:8

**agreements** 117:24 118:3,13, 17

**ahead** 82:21

**aid** 22:20 23:13 24:19 109:11

**aids** 23:2,22 177:20

**air** 208:14

**aisle** 141:9,10

**Albertson's** 195:10 198:17,24

**alcohol** 23:23 72:11 73:8 148:12

**Allen** 21:22 22:21 23:20 24:13 30:14 73:3 85:21 88:2 91:21,22 92:6,10 100:2 104:18 106:21,24 107:5 109:4,10,15,20 110:15,18,25 112:16,20,21 113:2 117:8 172:5 175:8,10,15 178:7 179:8,16 200:25 202:25 203:2,7 205:8,11 230:14, 19,21 231:12,20, 23 232:9,23 234:4,9,18 235:8, 14

**allowed** 59:20 111:7 173:17 174:18 232:17

**aluminum** 70:8 209:13,14,15

**Amazon** 219:23

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW    Document 315-20    Filed 03/01/24    Page 246 of 282

**amended** 10:8,12

**America** 30:5 105:13 200:3 213:13

**American** 224:21

**amount** 26:11 102:3 103:15 159:11 190:4 197:9 203:13 215:7 233:17,18 235:10,16

**ample** 140:8

**analysis** 19:20 31:15,20,21 33:12 34:19 35:7 97:15, 23 98:7 119:11,15 182:4 222:13

**analyzed** 74:14

**and/or** 44:4

**Angel** 12:5 18:19, 20,24 21:7 26:24 29:13 95:11 96:12 115:10,19 151:14, 25

**annual** 186:19

**annually** 181:7 191:19

**answering** 17:3

**answers** 55:24 56:2 229:6

**apologies** 37:17 183:20

**appealing** 68:10

**appeals** 137:13,22

**appears** 104:16 114:13 172:4 173:2,9 201:6 222:11

**applicable** 187:8

**applied** 88:20

**apply** 158:18

**approach** 66:18 68:9 171:17 186:16 207:7

**approval** 87:20, 23,24

**approved** 75:14

**approving** 90:7

**Approximately** 11:13 184:6

**April** 113:17,18 115:11

**archaic** 66:14

**area** 188:13

**areas** 166:7

**Arguably** 170:5

**arguing** 34:5,7 108:4,5

**argument-land** 34:3

**Argumentative** 34:24 102:9 108:19 116:4 118:20 150:12 151:20 152:9 226:6

**arise** 56:10

**Arizona** 5:6 9:19, 21 10:9,13 20:21 21:14,15 22:2,15 23:2,14 24:5,9 31:2 33:5 39:11 41:17 43:3,12 44:9,13,22 45:7 46:5,19 47:18 48:10 49:19,25 56:18 59:2,5,23 60:3,5,10,22 61:10,22 62:7,8, 24 65:18 70:14

72:4 73:20 77:21 79:4 80:5,13,21, 24 82:5 83:25 87:18 88:7 89:4, 24 90:7,13 91:25 92:2 93:8 94:12, 16 95:11,22 96:11,25 97:2,3, 14 98:6 100:2 102:3 104:17 106:4,13 107:14, 17 108:14 109:19 110:9,17,18 111:4,7 112:2,15, 25 113:21 114:13 115:24 116:21 117:2,14,24 118:4,16,17 119:4,15 121:18 122:24 123:8,13, 18 124:17 125:12 126:21 127:9,20 128:22 129:7,18 131:5,25 132:20 133:15,23 134:7, 15,20 136:10,16 137:5,17 138:5,18 139:11 140:6 141:2,3,14 143:15,16 144:4 147:7 149:13 150:8 153:6 155:14 158:9,20 159:21 160:20 165:21 171:11 172:6 174:18,24 177:2,9 178:7,16, 19 179:15,17 180:2,5 181:6 182:3 183:12,22 184:7,12 187:2 188:4,21 189:9,14 190:7,22 194:9 195:20 199:9 201:12 202:22 203:3,6 204:13 205:7 206:18

207:8,15 211:15 213:3,8,18 214:5, 11,25 216:18 219:17,20 220:3, 13 222:14,20,25 223:5,13,23,25 224:19 225:4,13 226:3,23 227:25 228:10,11 229:11, 17,25 230:11,13, 21,23 231:19 232:9,23 234:18 235:9,15

**Arizona's** 39:22 42:8 46:13 109:21 122:18 124:20 125:3 126:24 133:11,16,24 135:3 136:11 137:4 138:17 147:24 153:11 192:19 195:4 210:18 222:16 224:8

**Arizona.com.** 175:13

**Arkansas** 197:21

**Arnie** 135:14,17, 22,24 136:7,8

**Arnold** 63:22 79:18 114:17 133:15,20 134:20 135:12,16 171:14, 20

**arrive** 146:7

**artificial** 75:19 78:17 170:25 232:3

**artwork** 114:15,25

**ascorbic** 102:4,12 103:9,16 104:3 236:4

**Ashour** 5:6

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 247 of 282

Don Vultaggio   November 10, 2023Index: aspects..beverage

**aspects** 80:6

**assist** 175:15 185:4

**assistant** 99:9

**assistants** 184:21

**association** 5:11

**assume** 8:12

**assuming** 133:8

**assured** 171:13

**Atlanta** 64:23

**attached** 228:18

**attack** 129:12

**attended** 122:7

**attention** 9:10 14:3 24:24 31:8 35:14 38:20 42:2 43:17 72:16 100:23 105:25 114:12 116:12 142:2 168:20 223:9 226:21

**attorney** 8:25 12:23 13:5 38:5,7,8 53:15

**attorneys** 38:14

**audience** 137:23

**August** 100:3 172:7 173:4

**authorized** 188:11

**average** 68:5 166:2 205:13 206:18,23 207:2,8,12,25 210:25

**averages** 207:3

**avoid** 50:17 69:5

**aware** 35:7 40:2,7,11,18 42:11 85:7 89:4,10,24 94:11,15 98:4 106:4,13

107:2,17 111:4,18 144:14 150:7 152:25 222:15 223:13,17,23

**awful** 137:25

**AZ-2090** 202:14

---

**B**

**babies** 59:10

**baby** 67:5 88:24

**back** 8:9 23:7 51:20,21 52:3 58:19,20 60:7 68:25 71:12,13 72:18,23 73:3,23 74:6 79:15 81:7 82:11 93:16 98:21,22,24 100:25 120:22 124:6 135:19,24 136:19 138:8 139:6,25 140:2 146:24 152:14 162:25 163:18 172:20 174:8,9 179:11 190:17 196:13 197:8 210:12,13 212:3,7 221:2,3 231:7 233:12 236:9

**background** 224:22

**backs** 197:8

**backward** 104:19

**backwards** 100:8

**bad** 78:17 79:2

**bag** 21:24

**ball** 190:19

**banner** 128:11

**Barely** 83:8

**Barletta** 5:23

**base** 136:19 173:15

**based** 23:9,21 33:11 52:16 57:13 75:9 77:20 91:15 92:11 93:10 96:6 106:3,12 108:13 126:13 134:10 160:19 162:7 168:9 170:8 188:13 207:9 208:5 209:6,12,13,14,18 213:3 224:7,8 236:5

**basement** 60:15

**bases** 158:9

**basic** 71:14 72:15 155:6 207:20

**basis** 21:12 28:9 33:18,22 34:11,17 36:25 37:11 42:17 43:10 45:13 47:15,23 48:5,15 49:10 57:12,18 66:5,10 68:6 71:16,18 87:17 96:2 131:11,17 158:21,22 164:3 171:10 189:10,15 197:19,20 199:20 208:21 209:7 227:15,16

**batch** 22:14,19 23:17 24:2,4,8 106:19 108:25 109:12 110:7 201:5,6,10

**Bates** 99:21,24 104:11,13 113:10,12 120:3 155:24 171:22,24 173:22 175:23 194:18,21 200:15,18 202:7

215:15,16 217:5,8 221:9

**bathroom** 135:21,23,25

**beacons** 233:14 234:10

**Bear** 135:4,13

**beautiful** 79:20,22 80:25 224:25

**beer** 73:8 74:19,22

**beginning** 27:5 65:13 73:22 172:6 227:23

**begins** 37:24

**behalf** 5:19,21 9:18 99:16 118:17 227:25 228:11 229:11,18

**belief** 80:14

**believed** 63:14,15 116:16

**belt** 69:15

**benefit** 97:19

**Benito** 54:6

**benzoate** 20:20 21:13,25 22:12,24 23:12 74:10,16,25 75:8,11,18 76:6,16,22 77:3 144:24 145:7,8,17,25 150:10,17 151:3,16 152:4,19 153:7 155:15 178:3,5 232:2,7 235:3

**Bev** 149:6

**beverage** 9:20 22:13 29:11 63:10 77:5 80:15 91:14 128:25 148:11,20 152:20 153:5 161:23

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.           LEXITAS

Don Vultaggio      November 10, 2023Index: beverages..buy

**beverages** 5:6 9:19,21,22 10:9, 14 21:4 56:18 59:3,6,23 60:10, 22 61:11 65:18 70:14 73:24 74:15 76:23 77:4 83:25 84:24 148:12 151:10 167:5 219:3,4

**big** 67:22,23 72:9, 14 109:8 127:13 135:11 185:2 192:10,11,13 198:14 204:12 208:10 212:22

**bigger** 72:15 127:14,19 129:8, 24

**biggest** 132:22

**bill** 76:8 195:3 226:17

**billboard** 67:7

**bit** 15:6 51:14 52:3 71:25 123:3 150:16 217:20 222:10

**black** 72:19 165:11

**bleeds** 88:13

**blend** 161:15,22 164:9

**blow** 159:13

**blue** 71:5 72:19

**blurry** 89:2

**board** 61:15

**Bob** 12:17 13:13 34:4 58:3 153:21 171:7

**bodega** 219:6

**Bodegas** 191:5

**bombarded** 69:18

**Boost** 169:13,14

**Borderline** 232:18

**boroughs** 192:12

**boss** 198:18

**bottle** 21:23 76:11 77:10 81:2 86:6,8, 20 96:9 110:7 132:5 158:14 159:5,13 166:6 167:21 179:7 199:25 200:2,5,8, 11 204:6,7 211:2, 4 234:15 236:6

**bottles** 63:19 87:17 96:8 167:12 200:9

**Bottling** 30:10

**bottom** 15:7 37:24 120:8 168:17 173:3 174:12 202:14 224:6

**bought** 59:9 79:18 117:20 191:11

**Boulevard** 5:14

**Bowl** 66:25

**box** 21:24 109:8 115:3 158:3,16,17 168:6

**boxes** 159:6 179:5

**boys** 99:11 185:4 228:23

**brand** 125:16 127:23 128:5,7 130:14 136:23 147:14 225:14,17 226:4,8 229:3

**brands** 123:6 125:6,15 127:14,

17,18 128:2,3,8,9 129:9 132:25 134:13 135:10 138:15 194:10 225:10,18

**Brazil** 96:4

**break** 8:16,17,18, 21 51:12,18 58:17 98:19 120:20 130:2 139:20,23 159:25 174:6 210:6,10 220:24

**breaking** 123:23

**Brenner** 19:4 30:19 101:21 102:23

**brewery** 74:21

**Brewing** 9:20

**Bridge** 69:24,25

**briefly** 67:10 95:21 97:10

**bring** 50:20 56:6, 11 64:25 68:11 73:4 229:2 233:8

**bringing** 116:11

**brings** 159:17

**Brisk** 131:2 136:21,22 137:19 138:14 144:24 145:3,8

**broach** 13:12

**broad** 18:15 181:11

**broke** 140:5

**broken** 214:5,12

**brokers** 48:16

**Brooklyn** 71:5

**brother** 119:2

**brother-in-law** 37:6

**brought** 89:17 118:9 228:18

**bucks** 70:2

**buddy** 135:18

**budget** 68:10

**bugs** 151:11 235:4

**build** 60:15 230:13

**built** 60:15 228:24

**bulky** 208:10

**Bull** 138:21

**bunch** 17:15,17 52:15 66:12 96:7 160:13 163:5 177:18 233:3

**burning** 74:18

**business** 6:13 28:4 34:25 47:15 48:17 60:7,8 66:3, 13 67:2,18 74:3, 20 78:10 80:17 83:20 91:14 94:24 118:15 148:24 161:16,24 163:8 165:25 190:4 191:3,12,19,22,25 201:13 206:22 209:24 214:4 216:6 221:25 222:9 226:10 227:10 228:17,24

**buy** 63:11 64:8,10, 11,13,19 65:7 69:6 71:9 73:10 81:16 128:19,25 166:18 182:2 194:11,13 196:4 205:8 213:13 215:10 225:2,9 226:20 228:20 233:22

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



**buyer** 81:5,17 147:15 149:23 150:4 198:13,17, 22 199:8

**buyer's** 129:11 198:18

**buyers** 48:16 71:19 77:25 149:14,17 197:24

**buying** 132:15 147:20 223:12 227:5

**buys** 118:23 189:3 205:7

---

**C**

---

**Cafarchio** 173:25

**calculate** 159:22

**calculated** 199:19 203:25

**calculates** 158:21

**calculation** 158:10 165:8,9 210:18

**calculator** 164:12

**California** 138:11 206:16

**call** 9:10 79:25 131:19 159:9 170:13 171:16 188:25 190:13 197:22 215:11 220:16

**called** 6:2 63:24 92:6 135:17 149:6 161:11 162:13 197:8 217:10

**callouts** 115:19

**calorie** 133:23

**calories** 74:2 75:21 177:12

201:23,25 231:16

**Canada** 103:14

**Canadian** 100:15 101:5

**candor** 229:7

**cans** 63:19 68:3,8 87:17 88:22 98:2 131:16,21 205:10, 23,24 208:11,16 212:22 225:21 226:15

**cap** 205:4

**capable** 74:12

**capacity** 151:14 152:2

**Caps** 159:5

**capture** 209:10

**car** 61:18

**card** 95:20

**cardboard** 159:5, 14 211:4

**cargo** 201:22 209:9

**Caribbean** 139:2

**Carlos** 5:18

**carry** 61:17

**case** 5:7 13:6 53:9,11 54:6 56:4, 8 57:9 90:19 95:5, 9 104:2,7 109:5 110:3 117:21,25 120:2 152:2 163:13,14 168:6, 11 179:18 184:11 199:19,20,25 200:3,5,10,11 203:5,16 204:3,19 205:9,10 206:3,12 207:23 208:21 209:13 210:17,19

211:16 232:15

**cases** 19:10 161:9 163:12 189:12 200:7 215:12 234:12

**cash** 149:25

**catching** 80:2

**catchy** 63:17

**categories** 54:18 140:21

**categorize** 141:3

**category** 47:14 126:17 127:13 131:20 138:10,20 141:5,6,15,18 198:14

**cell** 61:17

**center** 79:16

**cents** 67:16 70:4 71:19,20 79:23 205:5 206:2,24 233:23

**CEO** 164:21

**certifications** 83:24

**chain** 35:21 36:5,6 44:22,24 45:3 88:15 98:15 100:6,13 101:15 105:10 113:23 130:2 164:6 166:24 172:3,13, 23 176:2 187:23, 24

**chains** 45:4 47:6 128:8,9 149:19 166:22 188:10,12 196:8

**change** 88:14 90:13,19 115:12 130:22 131:4

132:15 159:3 177:16 179:3 201:24 203:10 204:16,18,22 209:7

**changed** 60:22 161:21 197:23

**changing** 82:11, 18 132:12 159:3

**channel** 219:9 220:10,11

**channel/different** 25:11

**channeling** 219:10

**channels** 25:7 218:23,25 219:3,5

**charge** 85:15 86:9 90:7 97:20 209:17 226:17

**charges** 166:10

**chart** 123:7 148:21 162:8 200:22 223:11,14,21,24 224:6,17 226:3

**charts** 148:15

**chase** 55:2

**check** 36:24 228:22

**checks** 36:25 37:8,9,10

**chemical** 35:23 36:9,14,20 37:13 91:17 180:3 181:22

**chemically** 76:3

**chemicals** 75:14

**chemist** 151:9 234:7



**chemistry** 75:24

**Chicago** 184:15

**choose** 80:4

**chose** 76:25 77:2 141:10

**chronologically** 104:19

**Ciccone** 99:8

**Cincinnati** 68:25

**Circle** 88:15 128:11 198:24

**circumvent** 102:4

**citric** 6:23 26:8,23 28:20,21 29:6 35:21,23 36:7,18, 21,22 37:2 89:6, 13 90:3 104:3 170:3,15,18,25 171:11 180:3,5, 10,17,21 181:6,23 182:3 232:10,24 233:4 234:19,24 235:3,10,17,20 236:5

**city** 72:20 137:21 188:15 191:2 192:11,12

**civil** 10:11,15 155:7

**claim** 31:18,22 33:15 34:22 35:9 39:6 41:21 44:4 93:11 102:12 115:5,6,25 116:2 171:12 173:18 174:20 181:4 235:9,22

**claims** 85:15,18 119:16

**clarification** 58:6 97:8

**clarify** 108:20

**class** 42:15 47:9, 10 64:5 71:6 100:14 126:9

**clean** 170:15

**cleans** 65:23

**clear** 56:4,5 89:19 234:2

**clerks** 66:4

**click** 168:17 202:13 203:17

**client** 13:7 51:6,13 53:15 55:4

**close** 68:7 220:19

**closer** 69:3

**clothes** 67:5

**clothing** 61:21 67:3 185:7

**cloud** 212:10

**club** 129:21 132:6

**co-pack** 166:6 167:20 206:9

**co-packer** 45:3 89:8 95:10 116:11 166:10 172:24 179:12 205:8 207:9,12,13,23 208:2 209:20 210:2 211:3 214:9,10

**co-packers** 46:14 62:16 86:22 89:9, 11 117:15,24 118:4,22 159:4 160:8 179:8 180:6 233:15

**co-packing** 208:24

**coach** 108:2

**coaching** 108:3

**coast** 205:25 206:3,13

**cocktail** 102:24 106:14 173:12,13 174:15,16

**Coffee** 92:9

**coffees** 92:8

**COGS** 158:4,5,6,7, 10,18,21 159:22 165:21 168:22 169:7 182:4 199:19

**Coke** 64:19 68:13 74:7 80:16 123:21,25 125:8 129:16 130:19 132:9 185:8 224:22

**Cokes** 64:15 71:17 226:11

**cold** 132:7

**collar** 71:5

**collected** 199:11

**collects** 201:12,17

**college** 78:25 83:11 227:11,12

**color** 75:19 78:14, 17 86:14 88:12, 22,25 93:7

**color/artificial** 115:4

**Colorado** 160:15 166:20,25

**colors** 63:17 72:16 73:17 79:20 230:7

**Columbia** 105:15

**Column** 203:19

**columns** 169:8

204:11

**combination** 70:6

**combined** 160:19

**comfortable** 66:6

**comment** 96:5

**common** 99:12 142:14 146:4,9, 10,18

**commonly** 201:8

**communicate** 28:3 40:9 62:15 99:12

**communicated** 40:8

**communication** 16:23 29:18 32:14 41:22 45:11 46:3 47:21 53:15 62:23 91:15 115:22 150:21,23 181:21

**communications** 35:22 39:14 46:8 54:16 62:7 119:18 155:19

**companies** 32:24 36:10 67:6 80:14, 15 122:23 127:11, 16 128:10 148:15 184:9,13,17 195:13 233:19

**company** 9:20 26:16 36:24 37:4 43:9 50:16 57:8, 14,17 58:8,23,25 63:9 65:11 66:17 67:12 69:16 84:22 92:6,7 95:2 97:7 122:21 125:9 128:15 149:6 183:13 187:6 192:17,25 193:3, 5,6,21 221:21,23

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 251 of 282

Don Vultaggio    November 10, 2023Index: company's..control

**company's** 186:15

**compare** 123:6

**compared** 79:5

**comparison** 182:7

**compete** 63:14 125:18 226:10

**competition** 127:12 130:4 136:4 142:12

**competitive** 68:15,20

**competitor** 44:5 126:10 129:19,22 130:8,15,20 131:19 132:22 134:12 138:14 145:19

**competitors** 42:8, 10,11,13,15 51:3 68:12 71:15 72:2, 5 74:5,7 76:15 79:5 123:14,19 124:8,10,21 125:4,11,15,16,19 126:4,9,17,25 127:8,11,15,19 129:4,8 131:6,23, 25 133:11,17,24 134:8,16,21 135:3,20 136:3, 11,15 137:4,16 138:4,17 139:10 140:6,10 142:11, 18,22,23 143:9, 16,18,19 144:3,12 145:11 146:5,6, 11,19 147:8,25 148:8,22 149:14 225:17

**competitors'** 144:14

**complaints** 89:5, 8,10,25 90:6

**complete** 7:24 46:25 118:25

**completed** 19:13 38:22 51:24

**completely** 61:20

**compliance** 114:14 116:22 117:3 177:2,8,19, 22 183:22 184:5

**compliant** 114:25

**complicated** 161:24,25 184:21

**component** 160:2, 5

**components** 107:3,14,18 108:15 110:4,11, 19 111:22 159:25

**comprise** 126:24

**compromise** 197:12

**computer** 61:18 163:23

**concept** 236:11

**concern** 173:10 235:8,15

**concerned** 87:5

**concludes** 236:17

**conclusion** 146:7

**conducted** 179:15

**conducting** 178:7, 15

**confer** 36:4 57:4 124:24 181:13

**conference** 164:24

**confers** 181:10

**confidence** 119:2

**confidential** 65:16 149:19

**confirm** 36:20 54:22 115:5,25 125:2 147:23

**confirmed** 36:4,17 37:2

**confirming** 34:14

**conflict** 135:12

**confusing** 105:14

**conglomerates** 65:7

**conjoint** 19:20 31:20 119:11,15

**conjunction** 95:10 217:3

**Connecticut** 159:15

**connection** 19:18

**conscious** 225:5,8

**consideration** 130:6

**considered** 234:20

**considers** 123:18 183:12

**consistent** 211:2

**constant** 197:6

**constantly** 69:9 81:11 163:6 177:14

**constructing** 60:13

**consultants** 97:3

**consume** 170:10

**consumer** 31:19 39:4,5 41:19,20 44:2 67:25 68:5, 22 70:23,24 71:7,

21 74:14 80:5 87:10,13 89:25 90:5 109:18 112:11 166:18 197:15 223:12,24 224:19,21 226:3, 19 229:2,17

**consumers** 67:19 69:18 70:19,20,22 71:7 72:20 75:13 76:17 77:23 78:3, 15,18 80:7 82:2,6 132:15 146:9 196:20 219:22 225:4

**consumers'** 44:3

**contact** 197:16 198:4,10,25 223:5

**contained** 92:15 107:18 108:17 125:19 183:9 212:14 215:22 218:2 223:14

**container** 103:11 202:2

**containers** 68:19 118:23 210:21

**content** 85:18,20

**context** 16:24

**continue** 7:3,11 10:20 65:8 102:25 116:10 153:21 154:20,22 178:9 207:5

**continues** 25:25 37:25

**Continuing** 164:25

**contract** 117:2

**control** 161:11 162:2,3 167:20

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
 LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 252 of 282

Don Vultaggio        November 10, 2023Index: controller..date

**controller** 164:19

**controller's** 211:21

**controllers** 183:16

**convention** 149:7

**conversation** 12:12 16:7,12 21:2 24:16,20 32:22 38:5 40:17 62:11 80:11 82:22 101:17 102:15 103:8 105:4,9 114:3,7 118:9 172:17,20 235:5

**conversations** 13:4,17 18:16 19:7 20:2 21:6 27:25 32:23 36:18 38:6,9 39:10 45:12 63:3 80:20 82:2,6,9,13 87:6 115:18 119:3 146:12 172:22 176:15,21 198:19 199:6

**converse** 65:24

**cool** 75:2 76:12,14

**cooled** 236:10

**cooler** 72:12,13 141:21

**coolers** 88:19

**copies** 200:13

**corn** 161:19,20

**corny** 66:2,13

**Corporate** 38:9

**corporation** 60:4

**correct** 29:19 34:17 56:18 61:9 70:17 92:18 99:2 103:2 108:14 109:10 112:24

115:14 122:4,6 123:10 124:18,21 183:9 199:20 213:20 214:24 215:3 228:2 230:3,15

**correctly** 109:16

**correspond** 96:5

**correspondence** 104:17 106:3,12 113:17 172:5

**Corso** 27:19 28:4 101:4 175:25 176:22 178:21

**cost** 71:20 158:8, 12 159:2,3,4,9,18, 19,20 160:2,4,9, 12 161:5,8,17 162:18 163:2,3,20 164:2,4,7,14,20 166:3,7,11,16,19, 21 167:2,16,17, 19,25 168:3,8,10, 18,24 182:3 199:24 203:11,24 204:6,14,17,23 205:2,9,10,13,17, 25 206:3,8,10,11, 19,23 207:9,16, 21,24 208:3,5,21, 23 209:3,11,17, 18,20 210:17,19 211:4,11,16 229:4

**cost/unit** 203:20, 22

**Costco** 128:7 132:9 195:12

**costly** 148:16 205:3

**costs** 49:3,4,8 71:19 89:19 159:10,11 160:11 161:10 162:24

163:3 165:23 168:8 182:8 203:16 205:19 208:2,3,14 210:25

**counsel** 5:15 6:19 9:4 11:6,8,11,24 12:25 13:4,14,17 16:7 18:8,17 20:3, 15 25:17 26:19 27:16 29:17 40:3 41:9,23 42:24,25 43:7 44:9 46:12 47:12 49:17 50:15 52:11,25 53:7,13 56:8 118:8 119:4, 9 142:18 150:22 217:2

**counseled** 228:19

**country** 68:21 131:12 206:15

**counts** 95:8

**County** 167:2 192:13,14

**couple** 11:12 28:14 65:3 125:8 198:16

**court** 5:8,22 7:19 10:2 54:15 56:7, 11 108:11 181:12

**covered** 115:12

**COVID** 69:10 131:9 148:24 208:16

**cream** 222:4,8 227:13

**create** 107:15 205:19 234:5

**created** 17:14 72:21 142:15,17, 19 157:17 162:12 216:10 218:6

**creates** 231:20

**creating** 29:4 60:13 108:6

**creation** 18:2 19:24 26:6 27:4, 24 28:18 31:14 39:2 43:24 156:10

**crop** 161:12,20,22

**crosses** 150:23

**Crossways** 6:15

**Cup** 135:24

**curious** 77:12

**current** 101:9 187:11

**customer** 52:13 69:4 79:13 161:13 188:7 189:18 193:22 211:9,14

**customers** 64:8 82:2 137:14 186:11,14,17 187:11,12 215:6,8

**cut** 55:2 200:16 215:15

---

**D**

**DA-001556** 194:19,22

**DA-001558** 194:19

**dad** 64:5 66:24

**Dar** 96:11,15,19 173:3 175:6,7,8, 13 176:16 178:21

**data** 122:9 128:18, 21 147:18 148:16 162:18 187:15 213:18 214:5,12, 17,18,25

**date** 5:3 17:25

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Don Vultaggio    November 10, 2023Index: day..DESI-017844

19:24 26:6 28:17 31:14 39:2 43:24 156:10 162:11

**day** 12:6 35:6 42:19 45:5 60:21 61:25 63:23 64:18 135:14

**days** 11:10,12 40:25 61:3 72:23 208:18 234:25

**DC** 160:14,15 210:24

**deal** 47:14 64:8 108:10 197:20 225:9

**Dean** 12:3,8,18 18:19,20,24 21:3 26:24 29:13 95:6, 11 115:10,19 116:14 151:13,25 184:4

**decade** 65:5 72:10 96:22

**decades** 65:8 88:6

**decaf** 136:10

**Decaffeinated** 136:13

**decent** 51:10

**decide** 102:3 171:19 191:12 205:3 220:20

**decided** 96:6 102:22,23 233:12

**decides** 26:11

**deciding** 170:2

**decision** 15:19 16:13 17:20,21 19:19 26:10 35:3 63:16 73:19,20 77:9,18 86:13,17 87:9 91:3,6,10,15

97:11 170:7 230:2,10

**decisions** 26:10 86:14 199:9

**deck** 131:8 227:4

**declined** 123:20 130:21

**declining** 67:18

**Deegan** 5:13

**deemed** 83:20 95:6 120:4 155:25 202:8 217:6

**deep** 166:2,13

**defendant** 7:5

**defendant's** 55:3

**defendants** 5:21 6:19,22 9:18 10:9, 13 20:19 31:15 33:12 34:19 35:8 36:7,9,11,12,22 42:10 48:25 182:19

**defending** 155:5

**defense** 56:8

**define** 190:12

**defined** 127:2

**definition** 14:5

**degree** 83:4,22

**degrees** 76:13 236:9

**Del** 27:19 28:4 101:3 175:24 176:22 178:21

**deliver** 68:22 160:18 211:12 222:3 234:9

**Delivering** 222:7

**delivers** 205:8

**delivery** 159:4 211:11 222:2

**density** 88:12

**dentist's** 78:15

**department** 33:5 39:22 116:21 183:23 184:5 185:3,18

**departments** 66:4

**depending** 92:25 131:12 220:14

**depends** 129:10, 14,25 132:4 141:24 150:2 154:17 158:14 160:6 162:23 164:16,18,22 205:22 212:24

**Depippa** 199:5

**depletion** 215:11

**deponent** 156:4,6

**deposed** 117:22 151:14,25

**deposing** 232:15

**deposition** 5:5,12 7:22 8:15,24 9:9 10:9,13 11:5 12:13,20 13:22 14:7 15:5 16:10, 19 18:16 23:15 40:4,19 41:6 43:12 44:17 45:8, 14,16 46:24 47:23 50:22 53:22 54:12,14,25 55:5, 14,19,25 56:12 58:5 65:13 85:3,6, 17 92:13,21 107:16 108:16 109:22 110:21 118:14 119:23 124:17 127:2

132:19 140:8,20 143:7 144:11,13 145:20 153:14,16 154:23 155:5,9,17 169:19 182:19 185:16 186:2 212:15 227:23 228:7 236:17

**depositions** 7:17 10:18 65:15 155:8

**derived** 76:3 78:6 171:5,11 180:11

**descending** 125:20 126:20 186:19

**describe** 22:10 95:21

**describing** 158:20

**DESI-01372** 99:22

**DESI-013843** 217:6,9

**DESI-015528** 215:15,17

**DESI-017340** 113:13

**DESI-017344** 113:13

**DESI-017368** 99:22,25

**DESI-017372** 99:25

**DESI-017382** 104:11,14 106:2

**DESI-017385** 105:17

**DESI-017386** 104:12,14

**DESI-017840** 113:10 115:10

**DESI-017844**

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 254 of 282

113:11 114:12

**DESI-034447** 155:22,25

**DESI-034450** 169:24

**DESI-037462** 119:22 120:4

**DESI-16621** 221:8, 10

**DESI-16622** 222:12

**DESI-16627** 223:9

**DESI-16638** 226:22

**DESI-16685** 221:8, 10

**design** 61:24 96:9 220:13

**designing** 60:13 61:23 232:7

**designs** 185:7

**details** 95:4

**determine** 97:15 147:8 207:5

**determined** 26:12

**determining** 26:8 28:19 49:2,4 85:15 86:9 131:18 148:8 149:14 204:14 218:17

**develop** 22:11 27:2,24 28:8 85:22

**developed** 21:10, 20 68:2 85:23

**developing** 28:25 95:25 170:12 231:24 232:12 233:6

**develops** 29:12

**dictates** 206:7

**diet** 134:3,5,24 135:2 139:13

**difference** 76:16, 18 111:4 170:24 180:20 181:3 204:17,24

**differences** 45:4

**differentiate** 72:4

**differently** 236:7

**difficulties** 7:9

**dig** 164:5 166:2

**diluted** 109:7

**diminishes** 103:10

**direct** 20:9 45:23 46:4,5 50:11 65:19 198:10 213:19,22

**directed** 50:15

**directly** 44:23 57:20 70:9 181:15,17 205:7 213:19

**disaster** 166:20

**disclose** 12:11,22 111:14

**disclosed** 170:19

**discounting** 196:16

**discovered** 22:24 23:11

**discovery** 119:25 179:18 232:18

**discuss** 26:22 100:18 119:8 122:18

**discussed** 6:20

**discusses** 28:11

**discussing** 51:25

**discussion** 7:9 51:13 167:8

**discussions** 27:3 29:6 91:19 119:4 185:25

**displays** 81:9 197:10

**dissipates** 102:13

**distinction** 111:12 112:3

**distinguishing** 79:4

**distribute** 184:13

**distributes** 193:21

**distribution** 36:6 45:3

**distributor** 73:8 188:9 189:3,6,7 194:5,13 213:23

**distributors** 188:5,24 190:12 194:12 213:8,15, 19,24 215:2

**District** 5:8 54:8

**diversify** 164:9

**doctor** 83:18

**document** 9:14 10:22 11:2 40:13, 14,15,25 52:21,22 55:4,6,12,13,16 82:5 99:21 100:4 104:13,19,21,22 113:9,12,19 119:20 120:3,7,8, 9,15,24 121:2,7 122:11 124:13,16 142:6,22 146:15 155:24 156:3,7,22 157:4,10,12,14,

16,24 163:18 165:2,13 168:19 169:15,18,24 171:21,22,24 172:8,10 175:22 176:7 182:18,23, 25 183:4,6 186:3, 9,23 194:16,18, 23,25 195:14 200:12,18,21,24 201:11 202:7,11, 16,19,21 203:2 215:16,19,22 216:4,11,21,22 217:5,23 218:2,6, 14 221:9 223:20

**documents** 9:8,11 11:15,18 12:14, 17,20 13:16,19 15:18,24 16:3 17:18 18:5,6 25:20 27:12 32:7 38:11 40:3,18,24 42:20 45:15,20,24 46:6,11 47:24 49:13 50:6,10,12, 21 52:5,8,12,16, 24 53:2,5,7,18,24 54:4,11,12,17,20, 23 98:15 104:10 121:9,13 128:22, 24 142:7 165:17 186:2,22 203:7 216:25 218:9 221:13,16,19 222:13 227:19

**Dohler** 30:4 92:7

**dollar** 159:12 167:12 168:10 206:3

**dollars** 189:17

**Don** 5:5 6:11 99:17 101:23

**Donovan** 5:20 6:13 7:7 10:24

 

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 255 of 282

Don Vultaggio        November 10, 2023Index: door..e-mail

11:9 12:2,9,16,21 13:5,10,21,24 14:21 15:2,13,22 16:6,16,24 17:9, 13,23 18:4,10 19:9 20:7,11 21:8, 18 22:5,8,18 23:5, 16 26:25 27:8,15, 22 28:5,13 29:8, 16,20 30:2,7,12, 17,22 31:4,23 32:10,12 33:2,8, 16,20 34:2,5,7,15, 23 35:25 36:23 37:15 38:16 39:13,19,24 40:5, 9,13,20,23 41:5, 22 42:23 43:6,14 44:6 45:10,18 46:2,9,16,21 47:20 48:3,12 49:16,22 50:3,8, 14,17,19,24 51:15 52:9,25 53:4,11 54:24 55:21 56:15,19 57:2,7, 22 58:9,13,24 59:7,14,18,25 60:6,24 61:12 62:18 65:12,20 66:23 67:15 70:16 72:6 77:14,22 79:6 80:8 82:20 83:5 84:2 85:9 86:21,24 87:21 88:9 89:14 90:4,9, 16 91:7,12 92:3, 22 93:13,17 94:14,20 95:12, 17,23 96:13 97:6, 17 99:14 100:20 101:12 102:8 103:3,20,25 105:5,11,21 106:6,9,16 107:4, 19,23 108:3,18 109:24 110:13,22

111:9,16,19 112:8,19 113:4 114:2,5,19 115:15,21 116:3, 6,23 117:4,7,16 118:5,18 119:7, 12,17 120:23 121:4,11,16,20 122:5,10,12,14, 20,25 123:11,24 124:23 125:22 126:5,11,23 127:4 130:10,16 131:7 132:3,24 133:25 134:22 135:5 136:12,17 137:6, 18 138:6,19 139:12 140:13,22 141:7,17 142:9, 16,25 143:8,11,22 144:7,17 145:5, 14,23 146:8,21,25 147:5,9 148:2,4 149:4,15 150:11, 19 151:5,19,23 152:7,12,21 153:9,12,15,22,25 154:6,8,10,17,24 155:4,11,18 156:9,14,20,23 157:18 159:23 160:22 162:11,19 163:22 165:22 167:18 169:10,21 170:4,21 171:2 172:14,19 173:22 174:21 175:3 176:11,17,23 177:5,10,24 178:12,14,17,22 179:19,25 180:13, 22 181:8,17,20,24 183:14,24 184:8 185:12,21 186:20, 24 187:13,21 188:6,18,22 189:11,16 190:2,

9,15,23 191:10, 16,23 192:6,22 193:7,14,24 194:6,8 195:2,6,9, 18,22 197:4 198:6 199:3,12,21 200:6,15 201:14 202:17,23 203:4,8 204:2,15 205:15 206:20,25 207:11, 17,22 208:7 209:5 210:20 211:17 212:5,9,20 213:5, 10,21 214:7,13,19 215:4,9,23 216:7, 12,15 217:8,14,16 218:3,7,11,19 219:11 222:17,22 223:3,15,19 224:3,10,20 225:6,15 226:5,25 227:7,20 228:3,12 229:13,20 230:4, 16,25 231:8,22 232:13,20 233:2 234:21 235:11,18, 24 236:14

**door** 84:10

**doors** 57:21

**double** 101:9,23 102:3

**doubling** 103:15

**downstairs** 141:20 219:5

**draft** 162:13 186:9,23

**drafted** 178:20

**drafting** 146:15 183:3,5

**dramatically** 130:22 166:9

**draw** 14:2 24:24 31:7 35:14 38:19

42:2 43:17 100:23 105:24 114:11 141:25 168:20 223:8

**drawing** 226:21

**drill** 224:23

**drink** 20:21 21:14 23:13 24:9 79:11 81:14 92:14 103:8 104:4,8 106:4,13 111:23 138:23 167:5,10 168:10 169:13 170:9,16 225:2 233:7,8,12

**drinks** 21:10 71:8 75:23 130:21 134:10 138:16,21 141:21 171:14 180:18 194:10 225:24

**drive** 6:15 62:2

**driver** 63:13,15 234:8

**Dry** 74:17

**duly** 6:3

**dumb** 84:8

**duplicative** 232:18

**duties** 61:10 63:5 67:13 95:21 118:2

---

**E**

**e-mail** 61:19 62:6 99:4 100:2,6,7,8, 13 101:4,15,21 102:22 103:16 104:16,20 105:3, 10 106:3,12 113:15,16,23 117:13 126:12 172:3,5,13,23 173:10,25 174:25

 

Don Vultaggio    November 10, 2023Index: e-mails..extension

175:12,25 197:22

**e-mails** 98:25 99:13,15 126:8 172:20

**Earle** 5:14

**earlier** 45:19 50:9 75:5 91:13 128:10 142:11 143:15 161:3 188:17 191:15 197:23 201:21 208:18 211:12 219:15 228:22

**earliest** 100:7 104:20

**early** 74:16 84:5

**earn** 195:25

**ears** 84:17

**ease** 171:7

**easier** 11:20

**east** 54:6 206:10, 13

**Eastern** 54:8

**eat** 163:6

**edification** 143:5

**education** 78:22, 25

**effect** 24:19 74:18 77:6 235:21

**efficiencies** 226:17

**effort** 70:7

**efforts** 25:10

**electronic** 149:21

**electronically** 9:9 62:21 119:23 149:10 216:23

**eliminated** 151:12

**employ** 65:3 96:11 184:25 185:11

**employee** 175:9, 10

**employees** 62:8 65:3 162:16 184:6,18,19,24

**empty** 159:4

**enable** 97:20

**end** 6:25 68:11 81:8 196:13 205:6

**ending** 44:25

**ends** 86:12

**energy** 76:12,13, 14 138:18,20 139:6 168:3 169:13

**engaged** 131:17

**engagements** 224:9

**England** 209:16

**English** 83:12

**enhance** 170:8

**enhancer** 152:23

**enhancing** 233:4

**enjoy** 61:3

**Enrique** 105:13

**ensure** 90:14 178:9

**entail** 103:24

**entire** 9:13 120:12

**entities** 184:10,16 198:25

**entitled** 153:16,18

**entity** 105:20 117:3 181:22 192:13

**environment** 71:6

**essence** 233:10

**essentially** 128:13 131:10 135:2 138:23

**estimated** 165:10 168:18,21 169:7

**estimates** 165:21

**et al** 5:6 10:10,14

**Europe** 200:2 208:17

**evening** 65:23

**event** 198:14

**Eversweet** 201:22

**Everyone's** 139:13

**evolve** 81:11 131:2,3

**evolved** 91:14

**evolving** 177:14

**ex-partner** 59:13

**exact** 95:4 126:18

**EXAMINATION** 6:7

**examined** 6:4

**examples** 89:23

**exchange** 100:2

**exchanged** 229:12

**excited** 70:12

**Excluding** 41:22, 24

**executive** 99:9 157:9 158:2 183:12

**executives** 64:19 183:15

**exhibit** 10:8,12,19, 21 99:20,21 104:11,13 113:12 119:22 120:3 122:10,12,13 124:8,9,12 125:20 142:2,3,21 146:5 148:5 155:24 171:24 175:23 176:3 178:21 182:13,14 186:5 189:23 190:17 194:17,18 195:8 196:24 200:18 202:7 215:14,16 217:5 221:6,9 227:5

**exhibits** 10:20,21 118:13

**exist** 127:22 166:22 214:22

**existed** 132:14

**existing** 88:18

**exists** 166:14,24

**expand** 150:4

**expanded** 136:22

**expanding** 66:18

**expected** 187:18

**expedite** 144:23

**expense** 211:13

**expensive** 168:3 182:11

**experienced** 153:20

**explain** 165:9 203:24 205:16

**explanatory** 87:14

**extend** 154:25 178:10

**extension** 130:23

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio       November 10, 2023Index: extensive..FOB

**extensive** 103:23

**extent** 37:4 55:23 67:13 111:24 120:11 123:22 145:10,18 211:25 217:2

**extraordinarily** 126:15

---

**F**

**fabulous** 136:8

**face-to-face** 62:11

**facilities** 62:20 209:12

**facility** 207:9 211:3

**fact** 69:7 75:8 76:20,21 79:21,22 81:4 83:13 137:13

**factor** 79:4

**factories** 23:18 24:2,3 62:20 74:8, 9,13 166:21

**factory** 60:15 66:8 69:25 206:5 234:13

**facts** 73:24 74:3 231:15

**fails** 7:5

**fair** 8:13,14 23:9 64:7 111:3 112:15 121:14 184:23 185:24

**falls** 56:23 181:15, 17

**familiar** 23:19 195:13 215:21,24, 25 217:25

**family** 54:7 59:11 61:5 65:7 69:15

193:12

**fanatic** 204:25

**fancy** 68:16

**fanning** 81:3

**fans** 61:22

**fashioned** 64:7 66:12

**father** 71:4

**FDA** 74:2 75:14 89:17 95:3 116:7, 8,18

**feature** 166:16

**Federal** 10:10,15

**fee** 208:24

**feel** 66:5 107:8 233:5,11

**fees** 118:21 166:7, 8 167:21 206:9

**felt** 69:17

**fight** 54:10

**figure** 185:19 191:7 192:16,18

**figuring** 168:12

**file** 181:12 199:15

**Fill** 76:24 104:17

**filled** 236:9

**filling** 68:19 74:12, 19

**final** 112:5 150:7 170:7 177:21 229:25 230:10

**finally** 78:19

**financial** 31:17 33:14 34:21 35:8 71:2

**find** 126:12 179:11

**finding** 19:7

**fine** 40:14 232:20

**finish** 29:10 170:9, 14,15 174:19 233:5,19

**finished** 24:19 26:2 31:10 100:9 104:24 106:4,13 109:22 110:12,20 111:13 112:18 124:2 172:11 173:17 207:23 210:17,19 211:16 234:5

**firms** 117:5,7

**fish** 80:2

**fits** 126:21

**flattered** 63:24 64:22

**flavor** 21:22 28:10 29:12 62:24 72:21 73:2 75:19,20 77:4 85:21,22 86:14 87:16 90:21 91:15,20,25 93:5, 7 95:25 96:2,3,5 106:24 107:6,7,8, 10,11 109:3,11 110:4 115:4 132:21 133:24 134:2,15,18 135:6 137:10,11,23 138:9,25 139:2 141:15 143:17 147:14 152:23 158:12,13,14,22 159:3 161:2 166:5 167:23 168:2,8 170:7,9,12 179:8 203:13 205:4 207:6,24 208:9 230:19 233:4,6,20 234:4,14

**flavorist** 234:7

**flavors** 21:22 22:21 23:20,23 24:14 27:2,24 28:8 30:15 52:14 73:3,11,12,13 85:21 88:2 91:21, 22 92:6,10 98:2 100:3 104:18 106:21,24 109:4, 20 110:18 111:2 112:16,20,21 113:3 117:9 134:4 136:19 169:3,9,14 172:5 175:15 178:7 179:8 203:7 205:8,11 230:14, 21 231:12,20,24 232:9,23 234:18 235:8,14 236:7

**Flavors'** 175:8,10 200:25

**flew** 64:23

**flexible** 206:14

**flip** 14:13 19:11 38:19 101:20 115:9 173:14 222:12

**flood** 209:23

**floor** 83:15,16 159:10,18,19,20 160:4,9 166:10 207:24 208:3,5 209:3

**Florida** 127:22 138:25 184:15 187:24 196:4

**flowers** 81:12

**fluffy** 94:9

**fly** 131:9

**FOB** 211:13

Don Vultaggio                    November 10, 2023Index: focus..fruit

**focus** 127:15 132:8 233:20

**focused** 148:12 227:5

**folks** 66:9

**follow** 155:10

**follow-up** 60:20

**follow-ups** 27:4

**food** 79:11 89:17 94:17 95:2,3,6,7 96:25 178:9 192:8

**Foods** 29:23,25 172:6 173:2 174:17

**forced** 74:9

**Forchelli** 5:13

**forecast** 165:3

**foremost** 64:12

**forget** 70:24 76:15 232:22

**forklift** 66:9

**form** 9:8 11:9 12:2,21 15:13,22 16:6 17:13,23 18:10 19:9 20:7, 11 21:8,18 22:5,8, 18 23:5,16 26:25 27:8,15,22 28:5 29:8 30:2,7,12,17 31:23 32:10 33:2, 8,16,20 34:23 35:25 36:23 37:15 39:19,24 40:5 42:23 43:14 44:6 45:18 46:9,16,21 48:3,12 49:16 50:3,8,14 52:9 56:19 57:2 58:6,9 59:7,14,25 60:6, 24 61:12 62:18 65:20 66:12,23

67:15 70:16 72:6 77:14,22 79:6 80:8 82:20 83:5 84:2 85:9 86:21, 24 87:21 88:9 89:14 90:4,9,16 91:7,12 92:3 93:13,17 94:14 95:12,17,23 96:13 97:6,17 99:14 102:8 103:3,25 105:5,11,21 106:16 107:4,19 108:8,18 109:24 110:13,22 111:9, 16,19 112:8,19 113:4 114:2,5,19, 21 115:15,21 116:3,6,23 117:4, 16 118:5,18 119:7,12 121:11, 16,20 122:5,14, 20,25 123:11,24 125:22 130:10 131:7 132:3,24 133:25 134:22 136:12,17 137:6, 18 138:6,19 139:12 140:13,22 141:7,17 142:9, 16,25 144:7,17 145:5,23 146:8, 21,25 149:4,15 150:11 151:5,19 152:7,21 153:9, 12,19 157:18 159:23 160:22 162:19 163:22 165:22 167:18 169:21 170:4,21 171:2 172:14 174:21 175:3 176:17 177:5,10, 24 178:12,17 179:19 180:13,22 181:8 183:14,24 184:8 185:12,21

186:20,24 188:6, 18,22 189:11 190:2,9,15,23 191:10,16,23 192:6,22 193:7, 14,24 194:6 195:2,6,9,18,22 197:4 198:6 199:3,12,21 200:6 201:14 202:17,23 203:4,8,11 204:2, 15 205:15 206:20 207:17,22 209:5 210:20 211:17 212:5,9,20 213:5, 10,21 214:7,13,19 215:4,9,23 216:7, 12,15,23 218:3,7, 11,19 219:11 222:17 223:3,15 224:3,10,20 225:6,15 226:5,25 227:7 228:3,12 229:13,20 230:4, 16,25 231:22 234:21 235:11,24

**format** 119:24 121:3 156:5,13 163:21 201:3 202:3,20

**formed** 60:2,4

**forms** 66:22 236:4

**formula** 27:7 49:4 90:8,12,15 103:17 107:3 159:21 203:18 204:14

**formulas** 22:2,7,9 29:5 93:9 108:15 110:11,20 201:8 231:20

**formulation** 26:10

**formulations** 26:8, 22 28:19 178:8,16

**Fortunately** 163:17

**fortune** 84:17

**forward** 87:25

**forwarded** 173:3

**found** 21:3,5 22:25 24:21 42:13 235:20

**foundation** 142:6

**founded** 59:24

**founder** 59:5

**fourth** 105:18 138:9

**Frank** 24:17 27:19, 23 28:4,8 101:3 175:5,9,24 176:22 178:21 233:7

**freight** 69:5 159:14 160:2,3, 10,11 163:11 166:22 167:2 209:19 210:19,21, 22,25 211:5,10

**frequently** 28:12

**fresh** 224:2

**friend** 64:11

**friends** 64:25 135:17

**front** 10:2 79:15 101:2,21 104:20 108:11 132:20 140:16 142:3 170:13 230:6

**frontline** 197:7

**fronts** 69:19

**fruit** 136:16 137:5, 17,21 138:5 173:11,12,13 174:14,15,16

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 259 of 282

Don Vultaggio November 10, 2023Index: frustrated..grapeade

**frustrated** 226:13

**full** 6:9 68:9 137:23

**fundamentally** 69:17

**Furlito** 59:15

---

**G**

**gallon** 67:23 68:4 109:9 158:25 159:10 166:6 167:24 196:7

**gallons** 76:9 81:6, 15 141:9 158:16, 17,25 166:11 167:17 168:4 196:6 200:8 234:16

**garden** 65:25

**gas** 76:8 166:8

**gather** 15:16

**gathered** 15:15

**gathers** 96:2 191:17

**gave** 65:21 135:22 144:20 150:5

**gems** 84:20

**general** 25:6,9 33:11 34:13,19,24 42:14 45:2 47:9 57:14 60:11 61:10 120:9 125:23

**generally** 23:17,24 25:14 44:22 47:5, 11 62:25 67:11 83:3 85:12 88:10 133:2 141:13,19 148:6 149:17 158:20 159:7 160:3,9 163:23 165:23 166:2

187:17 188:3 198:21 199:8,25 211:5,6,23 230:12 234:11

**generated** 191:5

**generating** 7:10

**generation** 61:15

**Geographically** 214:11

**Georgia** 184:15

**get all** 81:14

**ginger** 168:23

**ginseng** 133:9 136:11 139:11 144:4

**give** 64:8 68:22 71:22 97:8 117:9 130:3 149:18 151:11 163:7 168:15 177:16 197:9,11 226:20 228:25 232:23

**giving** 197:14 224:17

**gold** 123:16,20,22, 25 124:3 129:21 133:5,13 134:25 135:8,25 136:20 137:20 138:22 139:14 140:14 145:18 146:12 163:24

**Golden** 135:4,13

**golf** 64:4 79:19 199:7

**golfer** 135:7

**good** 7:15 64:2,8 70:12 71:12 72:25 73:4,5,9,10 75:16, 17 78:6 81:14,18, 20 84:16 88:21,23

98:11 136:9 138:2 149:12,23 161:22 187:22 190:11 225:9,10 233:18, 22 234:8

**goods** 158:8,12 159:2 166:20 167:3,17 168:18, 24

**Gott** 5:17 6:8,17 7:15 8:5,15,24 9:7 10:7,17 11:20 13:2,9,13,23 14:5, 13,24 15:4 16:20 17:2,24 18:18 23:7 24:23 28:15 29:19,25 31:7 32:17 33:22 34:4, 6,10 35:13 36:3 37:17 38:18 40:7, 11,16,21 41:8,25 43:16 48:18 51:11,23 53:2,9 56:5,23 57:6,10, 25 58:11 60:19 62:5 65:17 66:16 67:10 70:18 71:25 73:16 77:7 81:25 82:8 85:12 86:4 87:3 89:9 91:2 92:23 93:21 94:23 97:10 98:13,24 99:19,24 100:6,12 101:2,13,20 104:9,16 105:24 106:8,11 107:21 108:2,5,20 111:3 113:8,15 114:9, 11,24 115:9 117:6,11,22 119:20 120:6,16 121:2,14 122:11, 13 123:3 124:5,25 126:3 127:6 130:12 132:18 133:7 139:16,20

140:4 141:25 142:5 143:4,10,14 146:3 148:6 150:16 151:2,13, 22,25 152:10,13 153:13,18,24 154:3,7,9,13,19, 25 155:6,12,22 156:3,12,15,25 157:7 158:2 164:25 167:4,15 168:17 169:4,23 171:7,21 172:3,22 173:8 174:3,11 175:2,21 176:25 178:6,13,20 179:22 180:9 181:15,19,21 182:12,18 183:18 184:23 185:14,24 190:16 192:16 194:7,16,21 196:24 200:12,16 201:4 202:3,10 203:17 207:18 210:3,6,15 214:23 215:14 216:21 217:9,12,20 218:14 220:18 221:5,12 222:11 223:8 224:12 226:21 228:5 229:7 231:5,10 232:19 236:12

**governed** 15:2

**graduate** 83:7

**graduating** 83:9

**grandchild** 65:9

**grandchildren** 193:10

**grandkids** 135:15

**grape** 134:14

**grapeade** 134:7,9, 12 173:13 174:16

888-893-3767 — Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 260 of 282

Don Vultaggio                November 10, 2023Index: graph..history

**graph** 123:5,8 168:21

**graphics** 19:2 63:18,19 88:14 230:7

**graphs** 121:12 148:14

**grass** 66:2

**great** 63:18 64:9, 10,14 78:8 81:2 88:24 135:17 136:3,8 137:23 138:12,13 188:2 205:2 207:4 225:12,21,22,24, 25 226:13,14,15 233:25

**Greek** 121:22

**green** 79:20 81:12 88:22 114:16 133:4,7,8,14 136:10,14 139:11, 13 141:12 144:4 161:5 163:24,25 164:12,17 166:3, 5,11 167:25 199:23

**greening** 161:11

**grew** 64:5 66:25 71:4 74:3 78:9

**grocery** 64:6

**gross** 216:18

**ground** 7:18

**grounds** 58:6

**group** 35:23 185:8 222:5 227:10,14

**groupings** 141:4

**grow** 65:10 74:23

**growing** 66:2

**grown** 75:5 80:19

**growth** 179:13 235:5

**guess** 21:2 67:20 96:6 99:11 165:15 178:25 179:10 190:3,18,24

**guide** 80:15

**guidelines** 101:5

**gulp** 170:14

**guy** 60:18 63:25 64:22 69:19,21 71:5 80:16 95:5,8 110:14 135:16 136:8 137:25 149:25 189:3

**guys** 12:14 63:10 64:15 66:12 81:13 92:8 131:16 133:18 134:17 139:7 145:2 183:6 187:21 205:7 226:14 233:7,8 235:2

---

**H**

---

**habits** 132:15

**half** 68:8 71:17 133:15,16 134:20, 21,24 225:16

**Halfway** 173:9

**hall** 12:7

**halves** 133:18

**Hampton** 54:7

**handed** 10:22 100:4 104:22 113:19 124:13 172:8 176:7 182:23

**Handel** 162:9,10

**handful** 191:4

192:9

**handle** 92:25 121:25 164:6,20

**handles** 37:3 105:13 164:6 193:2,3

**hands** 61:14 131:8

**hands-on** 60:17

**handsome** 63:25

**happen** 209:24

**happened** 27:25 35:10 77:13 160:14 163:9,17 177:17 198:2

**happening** 131:3 161:18 163:16 210:2

**happy** 196:23 197:15

**harassive** 232:18

**hard** 9:8 83:16 84:4 167:13 200:13,14

**harmful** 75:15

**hate** 229:5

**Hawaiian** 137:24

**head** 82:7 185:15

**header** 157:19

**heading** 195:3

**healthy** 224:2

**hear** 8:7 80:12 161:14 166:23

**heard** 8:12 122:21 150:14 195:16 221:21

**hearing** 173:7

**heart** 64:21 226:12

**heat** 75:2 76:13 145:16 179:5

**heating** 76:9

**heavily** 166:15

**heavy** 133:20

**hedging** 70:8

**height** 83:14

**held** 69:12,22,23

**hell** 235:7

**helpful** 120:14

**helps** 170:15

**herbal** 138:18 139:8

**hey** 66:24

**HFCS** 201:21

**high** 63:2 72:22,23 83:6,7,21 161:7 164:6,7 165:6 166:7,8,15,19,22 206:10 225:12,23, 24

**higher** 158:13 159:12 164:3,11 166:9 198:13 206:4,9

**highest** 47:7

**highlighted** 73:17 78:18

**highlighting** 82:18

**highly** 65:15

**hire** 95:11 109:19 110:14,24 113:5 222:20

**hired** 84:9 94:16 97:2,8 112:25 121:18,21 122:24

**hiring** 81:23 95:8

**history** 82:25

888-893-3767
www.lexitaslegal.com
Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.


Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 261 of 282

Don Vultaggio       November 10, 2023Index: hit..ingredients

232:8

**hit** 161:6

**hoc** 78:21

**hold** 69:10,14 232:13

**holding** 163:5 179:4 212:3

**Holdings** 9:21,22

**holds** 214:4

**home** 65:11 68:11 70:11 80:19 135:16 197:25 233:12

**honey** 79:24 133:9 144:4

**hope** 65:8 234:2

**Hornell** 9:19

**horse** 196:19

**hospital** 219:7

**hot** 74:12,18 76:11,24 104:17 146:2 179:5 235:2,6 236:8

**hour** 8:17 51:11 55:10 65:3 98:13 139:19 210:5

**hours** 11:14 125:8 155:2

**house** 68:7 73:2 85:22 90:21 91:16,20 96:5 107:6

**houses** 62:24 91:25 96:2,3

**hundred** 76:8 196:5 208:11,23

**hung** 65:4

**hunt** 149:10

**Hypothetical** 235:25

---

**I**

**i.e.** 31:18 42:9 44:24 45:3

**ice** 73:7 123:23 222:3,8 227:13

**iced** 73:6 123:14, 25 132:20 133:16, 23 134:15,20 141:14,18 143:16 218:10

**Idaho** 198:16

**idea** 150:3 203:15 211:11 222:7

**identification** 10:16 53:18 54:11 99:23 104:15 113:14 120:5 124:11 156:2 172:2 176:4 182:17 186:7 194:20 200:20 202:9 215:18 217:7 221:11

**identified** 18:18 54:17 140:11 144:12 145:10,18 216:25

**identifies** 129:17

**identify** 5:15 50:11 53:25 111:5 112:4 131:25 149:2

**identifying** 53:21 54:16

**imagine** 7:16 164:10 211:20

**impact** 31:17 33:14 34:21 35:8 204:14,21

**impacted** 55:24 56:13

**impede** 154:22

**impeding** 154:24

**importance** 73:16 79:21

**important** 7:22 67:22 69:6 70:19 71:6 76:5 78:2 79:16,17,24 123:7 170:11

**importantly** 84:5 147:17

**impression** 53:19

**improve** 27:10

**improved** 61:21

**in-house** 118:8 179:15

**inadvertently** 93:3

**include** 17:21 210:19

**includes** 222:13

**including** 17:20 19:19,20 25:7,9 26:9 28:21 35:22 42:10 47:7 49:3 181:21

**incorporate** 148:18

**increase** 69:21 70:3 101:8 103:19 209:8

**increased** 101:25

**indemnification** 115:13 116:15 117:12,23 118:3, 12,17

**indemnified** 116:17

**indemnify** 117:14

**independent** 110:9 188:9,12

**independently** 12:19

**individual** 51:25 61:16 96:15,19 97:8 136:9 151:14 152:2 185:17,20

**individuals** 87:7

**industry** 72:2

**inferior** 225:11,18

**information** 15:15, 17 19:18 35:5 42:12 49:2 85:25 109:20 110:18 128:16 129:2 147:7,13,16 149:9,11,20,24 150:3,5 162:7 180:16 183:9 186:9 187:3 188:16 199:15 201:7 212:4 214:4 215:21 216:3 217:25 222:16 223:13 224:5,13, 16

**informed** 109:2

**ingredient** 26:11 111:6,13 112:5 203:10 205:10 231:14

**ingredients** 21:3 23:21 44:24 73:25 75:22,23 78:6,19 85:19 107:2 110:11,19 112:4 113:2 115:5,25 162:24 168:4 171:13 173:15 178:10 182:8 205:12 218:5

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

Don Vultaggio        November 10, 2023Index: initiative..knew

230:9,20 231:15

**initiative** 177:2,4,
6,9,20,22,23

**input** 146:14

**inside** 33:4

**inspiration** 67:17

**instance** 12:23
76:7 91:21 94:12
131:20 137:21
141:8 163:10

**instances** 86:16
118:10

**instituted** 177:9

**instructed** 35:11
53:19

**instructing** 55:15

**instruction** 46:12
55:24 232:10,24

**intend** 8:16

**intended** 40:4

**intently** 84:19

**interaction** 81:21

**interest** 93:11

**interested** 13:3,18
221:17

**Interesting** 136:25

**internal** 116:21

**internally** 187:4
198:20

**interrupted**
150:25

**intimidated** 84:7

**introduce** 61:24
131:13 134:18

**introduced** 124:3
130:24 134:5
137:11 138:9

**inventory** 215:6

**INVIMA** 105:19

**invoiced** 199:16

**invoices** 193:17
194:14

**invoicing** 199:14

**involve** 63:5 67:14

**involved** 25:14
26:15 27:4,6
36:11 60:12,16
61:22 66:17 68:17
70:9 71:24 88:17
89:3 122:3 148:17
182:15,21 183:3
186:8,10,11
197:18 198:18,19
218:16

**involvement**
60:21 67:11
186:13

**involves** 113:21

**IRI** 128:18,21,25
147:12,18 148:16,
22 149:12 189:18

**Island** 192:11

**issue** 56:7 84:24
85:7 86:7 92:12
103:13 116:15
161:18

**item** 115:3 165:23
182:5,6 201:19
206:13 211:22

**items** 212:16,21

---

**J**

**Jack** 135:7,21,23,
24 136:8

**Jane** 99:6

**Jersey** 60:16 66:8
76:8 159:11,13

184:15 194:3
206:4,17

**jet** 64:23

**Jim** 96:11,15,19
173:3,5 175:5,7,8,
13 176:15 178:21

**job** 63:5 67:13
70:12 75:5,6
78:25 95:16,21
112:10 118:2
162:17

**Joe** 199:5

**John** 59:17 96:20
173:25

**joint** 128:11

**joints** 83:16

**judge** 10:2 13:11
41:7

**jugs** 67:22,23

**juice** 130:20
134:10,11,13
135:10 136:16
137:5,17 138:5,15
141:5,8,9 161:6
173:11,12,13
174:14,15,16
233:11

**juices** 140:25
194:10

**Julia** 101:21

**Julie** 18:25 19:4
30:19 102:22

**jump** 72:12

**June** 6:25

**jury** 10:2

**justification**
112:16

---

**K**

**K-N-O-U-S-E**
29:25

**keeping** 93:11

**Keith** 119:20
120:17,18 157:2
168:17 169:23
200:12 203:17
216:21 218:15
223:11

**key** 182:14,20
192:8

**kick** 162:13

**kid** 63:24 83:18

**kids** 59:9 68:6
141:13

**kind** 62:3 63:12
64:6 66:19 74:24
78:5,21 81:3
91:18 102:15
132:11 133:21
135:10 136:22,23
148:20 150:2,5
152:23 160:8
161:12,23 167:3
185:8 194:4
198:15 199:7
201:3 203:15
219:24 220:12
221:23 228:19,20,
21 232:6 236:10

**kinds** 67:4 219:4

**Kirkland** 128:7

**kiwi** 136:16,18
137:2 173:11
174:14

**knew** 20:12 21:9
32:4 37:10 39:7
63:13 75:11,12,22
85:11

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 263 of 282

REDACTED REDACTED
REDACTED

LEXITAS

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 264 of 282

Don Vultaggio          November 10, 2023Index: listed..margins

186:3,5,13 187:7, 18 188:3 190:17 192:3 195:4,11 196:25 212:16,17, 21 230:9

**listed**  16:10,15 17:7 22:12 85:16 92:14,21 93:10,24 94:18 107:16 108:16 109:22 110:20 112:18 125:20 127:20 130:9 140:7 142:22 144:10 145:20 153:13 155:16 167:9,10 169:19 183:11 186:18 195:14

**listen**  81:4 84:18, 19 126:5

**listening**  84:16

**listing**  186:14

**lists**  51:7 52:13 168:22 231:14

**litigation**  55:7 84:25 85:8 87:4,5 92:12 94:22,23

**live**  32:3 39:7 42:19 45:5

**lived**  71:5

**living**  48:8 83:15 116:9

**LLC**  5:6 9:19 10:10,14

**LLP**  5:19

**load**  208:11,12

**local**  189:6,7

**located**  5:13 160:6

**locating**  19:7

**location**  208:4 214:6,9,12,15

**long**  11:13 12:10, 22 28:10 75:24 81:18 124:4 139:16 175:20 192:11 210:3 222:25

**long-winded**  76:4

**longer**  130:15

**looked**  11:17 12:17 15:24 17:15,16,17 53:9 55:9 207:3 214:21

**lose**  71:3 161:10 163:16 196:7

**losing**  163:9 168:5 208:19

**lot**  17:15 61:4,21 70:6,22 75:3 76:11,13,14,17 77:24 78:9 79:10, 25 80:19,20 103:8 121:12 132:8 137:8 139:8 148:16,23 163:3 165:16 170:10 182:10 185:3 190:24 195:15 197:23 206:4 208:12,15,16,18 220:2 222:2 232:15

**lots**  80:10 183:15 190:5

**Lousy**  225:18

**love**  78:4,5 138:2

**low**  165:4 225:11

**lower**  104:3 166:16 167:2 197:14 233:9

**luck**  73:25

**lucky**  61:6

**lunch**  61:25 65:4 66:11

---

**M**

---

**machine**  74:12

**made**  16:13 26:11 63:15 68:4 69:17, 20 77:8,18 86:15 90:15 91:2,14 93:8,9 107:15 116:20 157:14 169:14 202:21 208:4 209:22 211:2 222:9 230:11,12

**madness**  138:7

**magazine**  78:15

**magazines**  128:24,25 148:11 220:4

**main**  42:8,11

**maintain**  199:17

**maintained**  199:17

**major**  68:12 71:15 127:11,15 129:22 130:20 133:18 134:17 166:22 186:15

**majority**  57:12

**make**  6:18 8:25 35:3 41:11 45:21 63:25 67:25 68:11,18 73:19,20 76:18 87:16 90:22 105:15 107:8,11 112:22 162:3 163:14 164:15 169:16 170:7 171:17 177:17 191:8 204:16,18, 22 205:2 206:4,7

208:21 228:25 229:2 234:14

**makes**  26:9 132:17 168:12 199:9 203:14 206:5 229:25 233:24

**makeup**  190:21

**making**  17:20 74:20 97:11 102:16 115:11 116:7 179:23 204:25 205:22 207:4 231:12

**Malic**  236:4

**man**  28:9 61:6 63:2 65:23 72:21 96:16 136:9 199:4

**manager**  185:11

**managing**  60:13

**maneuver**  64:17

**mango**  138:5,7,10, 16,23 141:13 168:23

**manner**  146:20

**Manuela**  105:18

**manufacturer**  209:17

**Manufacturer's**  212:19

**manufacturing**  22:15

**margin**  165:10 197:13,14 212:25

**marginal**  49:3 205:13,17 206:23 207:9,15

**margins**  49:8 216:19

888-893-3767
www.lexitaslegal.com          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.          LEXITAS

Don Vultaggio        November 10, 2023Index: mark..mother's

**mark** 10:7 71:3 99:20 104:10 124:7 155:22 169:24 189:25 200:17 202:5,6 215:14

**marked** 10:16 99:23 104:15 113:14 118:13 119:22 120:4 124:10 155:25 172:2 176:4 182:16 186:6 194:17,19 200:19 202:8 215:17 217:6 221:10

**market** 19:19 20:10 35:2 42:9, 14 69:3 123:15,23 125:21,23 126:2, 17 131:6,18 132:11 140:20 141:5,15 142:12 146:19 147:13 191:5,6 212:24 218:17 219:18 226:18,23 234:3, 17

**marketed** 31:16 33:13 34:20

**marketer** 70:25

**marketers** 70:24 149:12

**marketing** 9:20 20:5 25:6,7,10 32:24 33:5 39:22 43:9 60:14 63:5, 21 64:16 66:22 67:11 68:14 81:10 122:19,24 127:16 131:11 182:15,21 184:24 185:3,6, 11,18 218:23,24 219:8,9,12 220:3, 13,15,16,17

222:16,21 223:24 226:7 227:4,24 228:6,9 229:10

**marketplace** 31:19 130:23 131:4

**markets** 127:13 128:6 141:3 189:5

**marking** 182:12 222:13

**markup** 196:2

**massage** 170:10

**match** 224:7

**matter** 5:5 6:17 53:23 70:25 233:24

**meaning** 85:18 197:6

**means** 40:12 84:18 212:11 224:14 225:17

**meant** 152:17

**measured** 83:17 121:15,19 122:8, 18 228:7

**measures** 31:21

**media** 122:9,18,24 219:18,19

**Medicine** 54:7

**meet** 11:8,11 12:5, 6 36:4 57:3 62:19, 25 101:4 102:24 115:5,25 124:24 173:18 174:20 181:13 195:20,24 197:2 199:2 233:16

**meeting** 11:25 12:15 40:22 122:7,17 198:17, 18

**meetings** 11:16,23 26:24 131:8 146:18,20 147:4 197:17 198:5

**meets** 181:10

**Melissa** 5:17 164:23

**Melvin** 65:24

**mentioned** 73:16 94:25 133:7

**merchandisers** 184:21

**merit** 56:10

**mess** 153:21

**message** 173:3

**met** 13:14 222:4

**metadata** 120:23, 25 121:4 156:9, 11,18,19 217:2

**metrics** 123:7

**Metro** 193:5,18,23

**Mexico** 105:14 137:10 138:13

**Michigan** 194:15

**mid** 75:18 91:2 165:6

**middle** 35:15 48:19 71:5 77:16 222:8

**Mike** 37:6,19 117:22 118:13,15, 16,21

**miles** 69:4 160:14, 16 206:6 208:13, 23

**military** 83:18

**millennials** 226:24 227:6,11

**mind** 130:19

**mine** 86:13

**Minuscule** 182:6,7

**minute** 58:13 88:23

**minutes** 147:4 220:18

**mirrored** 133:21

**Mischaracterizes** 151:21 152:8 178:18

**missed** 37:18

**mix** 126:21 166:18

**model** 64:4 228:17 231:25

**mold** 151:9

**mom** 68:10 141:12 188:12 190:25 191:5

**Moms** 78:16

**money** 64:16 68:14 80:18 161:10 163:9 208:19

**Monster** 138:21

**month** 28:14 199:16 209:8,10, 14,18 210:2 215:12

**monthly** 76:8 209:7

**months** 102:17 148:14

**moot** 20:13

**morning** 7:15 222:4 227:14

**morphed** 222:2

**mother's** 83:14

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio      November 10, 2023Index: motion..objection

**motion** 56:16

**motions** 181:12

**motivation** 116:13

**motto** 75:16

**mouth** 84:17 170:16 233:5,11

**move** 28:15 56:3 87:24 104:6 200:10 203:14

**moving** 104:5 162:23,24

**MSRP** 212:15,18 213:4

**mucho** 138:5

**multiple** 120:7 156:5 196:12 226:18

**mumble** 8:6

**mysterious** 165:2 168:19

---

**N**

**named** 96:15 193:5

**names** 76:4 91:17 92:10 149:2

**Nassau** 192:13

**national** 25:10 128:2,3 129:8 147:14 148:7,9 149:3 190:4 195:11 206:18 207:2,25

**nationally** 129:15 133:4 160:18 168:15 184:12 186:4,6 187:8 192:10 193:22

**nationwide** 127:25

167:13 189:10,15 192:3 206:23

**native** 119:24 121:3 156:4,13 202:3 216:23

**natural** 75:20 86:14 87:15 107:7 166:8 170:25 171:12,14,16,18, 20 180:21 181:4,5 232:5

**naturally** 74:21 171:5,11 180:11

**nature** 181:11 197:25

**nauseam** 230:17

**needed** 89:21

**neglected** 65:12

**negotiate** 167:20, 21

**negotiated** 126:14 209:6

**negotiates** 118:21

**Negotiating** 68:18

**Nestea** 75:10 124:2

**Net** 149:6

**Niagara** 30:9 113:21 114:13 115:19 116:10

**Nicklaus** 135:7,23

**night** 222:8

**nights** 78:24

**non-alcohol** 148:13

**non-privileged** 53:24 115:22 119:17 155:19

**nonsense** 224:24

**normal** 163:18 232:6

**North** 30:5

**Notary** 6:4

**noted** 15:3 108:9 151:22 178:23 236:19

**notice** 10:8,13 16:11 44:17 46:24 85:3,6,17 92:13, 21 107:17 108:16 109:23 110:21 127:2 132:19 140:8,20 144:11 145:20 155:17 169:20 212:15

**notified** 114:13

**November** 5:4 106:15

**number** 5:7 6:20 7:12 106:8 129:18,21 132:10 133:2 134:3 136:24 137:2,10, 12 138:12,25 139:2 142:17

**numbers** 201:10

**numerous** 181:10

**nutritional** 73:24 74:3 177:12 230:7,9 231:15

---

**O**

**oath** 9:25

**object** 12:9 58:5 94:20 100:21 108:8 126:5 153:17,18 154:20 232:17

**objected** 34:11

**objecting** 126:13 154:19

**objection** 8:25 11:9 12:2,16,21 15:3,13,22 16:6 17:13,23 18:4,10 19:9 20:7,11 21:8, 18 22:5,8,18 23:5, 16 26:25 27:8,15, 22 28:5,13 29:8 30:2,7,12,17 31:4, 23 32:10 33:2,8, 16,20 34:6,23 35:25 36:23 37:15 39:13,19,24 40:5 42:23 43:6,14 44:6 45:18 46:2,9, 16,21 48:3,12 49:16,22 50:3,8, 14 52:9 56:9,19 57:2 58:7,9,12,24 59:7,14,18,22,25 60:6,24 61:12 62:18 65:20 66:23 67:15 70:16 72:6 77:14,22 79:6 80:8 82:20 83:5 84:2 85:9 86:21, 24 87:21 88:9 89:14 90:4,9,16 91:7,12 92:3 93:13,17 94:14 95:12,17,23 96:13 97:6,17 99:14 102:8 103:3,20,25 105:5,11,12,21 106:16 107:4,19 108:8,18,21 109:24 110:13,22 111:9,16,19 112:8,19 113:4 114:2,5,19,21 115:15,21 116:3, 6,23 117:4,16 118:5,18 119:7,12

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



121:11,16,20
122:5,14,20,25
123:11,24 125:22
130:10 131:7
132:3,24 133:25
134:22 135:5
136:12,17 137:6,
18 138:6,19
139:12 140:13,22
141:7,17 142:9,
16,25 143:22
144:7,17 145:5,
14,23 146:8,21,25
147:5,9 149:4,15
150:11,20,24
151:5,19 152:7,
10,21 153:9,12,23
154:7,14,21
155:18 157:18
159:23 160:22
162:19 163:22
165:22 167:18
169:10,21 170:4,
21 171:2 172:14,
19 174:21 175:2,3
176:11,17,23
177:5,10,24
178:12,17,23
179:19 180:13,22
181:8 183:14,24
184:8 185:12,21
186:20,24 188:6,
18,22 189:11,16
190:2,9,15,23
191:10,16,23
192:6,22 193:7,
14,24 194:6,8
195:2,6,9,18,22
197:4 198:6
199:3,12,21 200:6
201:14 202:17,23
203:4,8 204:2,15
205:15 206:20,25
207:11,17,22
209:5 210:20
211:17 212:5,9,20
213:5,10,21

214:7,13,19
215:4,9,23 216:7,
12,15 218:3,7,11,
19 219:11 222:17,
22 223:3,15
224:3,10,20
225:6,15 226:5,25
227:7,20 228:3,12
229:13,20 230:4,
16,25 231:8,22
232:13,14 233:2
234:21 235:11,18,
24

**objections** 41:10
58:4 107:22 108:7
153:19

**obligation** 111:5
112:4

**observe** 81:4

**obstructing** 155:4

**obstructions**
155:2

**obtaining** 36:7
53:13

**occasion** 63:4
118:25 198:12

**occasionally**
88:15

**Ocean** 134:13
138:14

**offer** 168:13

**offering** 128:11
196:19

**office** 5:12 12:4
15:16 18:25 28:9
62:10,13 78:15
84:12 129:11
135:14,21 142:14,
15 146:10 164:19
175:9 211:22
217:11

**offline** 51:8

**offshoot** 139:6

**Oftentimes** 68:8
147:15 168:14
188:9 196:13

**Ohio** 68:25

**Oil** 81:16

**olds** 224:24

**ongoing** 177:15
179:3

**online** 39:4 41:19
43:25 61:16
131:10 185:6

**open** 54:14 84:10
200:12

**operate** 66:3

**operation** 60:22
83:24

**operators** 66:9

**opinion** 152:6

**opportunity** 139:5

**oppose** 56:15

**opposed** 102:5
112:5

**options** 101:6,8

**orange** 161:12
168:22

**Orangeade** 20:22
21:16 24:5 150:8
161:4,6,9,16
173:12 174:15

**oranges** 161:6,7

**order** 101:4,6
125:21 126:2
172:4 186:19
219:22

**ordered** 227:13

**organization**

223:18

**organizational**
56:24

**oriented** 217:13
226:19

**origin** 89:20

**original** 59:5
63:18 86:17 87:9
137:24

**originally** 173:4

**ounce** 71:18,20
163:25

**ounces** 79:23
167:24 177:13

**Outgoing** 160:3

**outings** 199:7

**outs** 79:25

**outsells** 133:4

**overarching**
218:17

**overnight** 78:23

**overshoot** 102:14

**overview** 123:6

**Ovington** 5:14

**owned** 65:7 125:9
127:17

**owner** 56:17 57:16
60:10 63:2 193:6

**owners** 56:22
58:2,8,22 59:10
193:9

**ownership** 57:7,
23

**owns** 59:11

**oxygen** 103:10,11

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio      November 10, 2023Index: p.m...philosophy

**P**

**p.m.** 236:17,19

**pack** 74:11 76:12 114:15 131:13,14, 15,21 132:6,9 146:2 163:25 166:8 189:13 204:3,12 235:2,7

**package** 23:21 68:14 94:3 131:13 132:5 147:14 158:11,22,24 168:13 179:3 201:25 207:24 218:4 220:16

**packages** 102:13

**packaging** 64:12 72:8 78:10 79:19 132:2 167:7 177:21 225:12,25 226:13

**packed** 236:8

**packer** 109:12

**packing** 205:11

**pages** 173:24

**paid** 175:14 194:14

**palette** 206:11 209:21

**Palettes** 209:20

**Palmer** 63:22 79:18 114:17 133:15,20,22 134:20 135:13,16 171:14,20

**pandemic** 163:2

**panel** 79:15 230:6

**paragraph** 14:3,9, 14 16:10,15 17:8,

12 18:13 25:13 32:6 43:18 85:3, 16 92:12,21 93:10,24 94:19 106:2,7 108:16 110:21 112:18 132:18 140:7,20 143:6 144:11 145:12,20 153:13 155:16 167:5,10 169:19 212:14

**Paraphernalia** 61:22

**park** 190:19

**part** 11:15 12:18 22:11 24:2 28:24 29:2,4 59:10 69:14 84:9,17 86:4,5 103:15 111:25 118:2 143:11 153:16 159:20 162:17 168:21 170:11 177:21 184:11 201:12 206:22 212:23 214:3 228:17

**parties** 6:21

**partner** 59:8,12 61:2

**partners** 224:8,14

**parts** 9:10 221:8

**party** 80:11 109:19 195:3

**passed** 51:11 98:13 154:25

**past** 32:5 197:23

**pasteurize** 74:21

**patience** 155:13

**pay** 69:5 129:2 226:8,9,15 228:16

**paying** 228:15

**payment** 229:12

**peach** 133:23 134:2,3,5 164:11

**Peak** 123:16,21, 23,25 124:3 129:21 133:5,13 134:25 135:8 136:20 137:20 138:22 139:14 140:14 145:18 146:13

**Pearson** 5:18

**peas** 225:20

**pen** 135:25

**pending** 8:19 12:12 169:12

**penetrates** 103:12

**Pennsylvania** 159:12,16,17 205:23 206:5

**people** 15:15 18:17 43:9 45:13 50:15 61:4 62:12 63:15 65:21 66:4 69:6,13 70:4 72:13 73:9 75:9, 22 78:3,13,22 79:17,21 80:2,12, 24 81:13 84:3,6,7, 8,11,12 86:19 88:2 95:25 99:13, 16 125:17 131:9 133:20 137:15,23 138:2 141:12 146:10 151:7 164:20 183:17 185:4 197:20 199:17 217:12 227:12,15 233:22

**Pepsi** 64:15 68:13 74:7 123:21 125:8 129:16 130:24

224:23

**Pepsis** 226:11

**percent** 70:3 102:16,17 161:20 165:24 190:6,21 191:3 196:5 201:21 209:9 224:7 226:3

**percentage** 103:7 189:24 190:20 191:8,13,19

**percentages** 126:18

**perception** 78:2

**performed** 35:7 77:21 80:5 97:15 98:6,7 227:24 229:10,18

**period** 14:16 42:15 47:9,11 125:12 126:10,25 140:12 163:10 196:6

**Periodically** 148:13

**person** 19:2 37:3, 5 62:9,17,19 84:20 198:14,22 225:8 227:10

**personally** 15:16 20:4 45:15,20 46:4 50:5,9 90:5 146:14 197:18 229:9

**persons** 36:10 182:14,21

**pertains** 44:5

**PET** 102:14 103:9, 10 131:15

**philosophy** 65:6 67:2,8 84:10

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 269 of 282

Don Vultaggio       November 10, 2023 Index: phone..presently

**phone**  55:21 61:17 99:18 198:21 199:6

**phonetic**  37:7 59:15 92:10 99:8 199:5

**phrase**  14:7

**pick**  99:18 199:23

**picks**  211:14

**picture**  135:22

**pie**  148:14

**piece**  228:21

**pin**  207:4

**pink**  81:12

**pinks**  72:17

**pint**  222:3,8 227:13

**pipes**  221:25

**place**  15:20 24:20 40:22 42:9 73:20 87:9 101:18 105:10 109:11 114:4 172:18 210:24

**places**  129:23 136:24 137:10 141:23

**placing**  91:6

**plaintiff**  36:5 56:6

**plaintiff's**  10:12 99:21 104:13 113:12 120:3 124:9 155:24 171:24 176:3 182:14 186:5 194:18 200:18 202:7 215:16 217:5 221:9

**plaintiffs**  5:19 6:19 7:3

**plant**  68:24 76:7 159:7,8,17,19 160:15,16 164:2 166:4 179:12 205:23 208:22 211:9,10,23

**plants**  68:20 69:2 74:24,25 164:20 166:7 226:18

**plastic**  167:12 179:6

**play**  64:3 79:18

**player**  192:10

**playing**  70:11

**pleasant**  74:18

**plentiful**  148:25

**point**  12:3 67:21 75:7 77:8 78:18 85:10 86:23 94:16 97:2,14 130:7,20 161:13 186:10,13, 15 196:2 201:17 206:6 213:2 222:20 232:19

**points**  116:14

**policy**  84:11 117:19

**polls**  19:21

**pop**  188:12 191:2, 5

**popular**  132:15 134:2 137:14 138:10 190:25 205:6

**portfolio**  73:14

**position**  55:2,3 96:12

**positioning**  31:20 225:11

**positive**  150:9

**possibly**  234:14

**pot**  73:25

**potassium**  20:20 21:14 22:25 23:12 74:10 106:14 107:18 108:17 150:10,18 151:4, 16 152:5,19 153:7 155:15

**potentially**  157:4

**pounds**  182:2

**pour**  68:7

**powder**  67:25

**practical**  54:10 216:24

**practice**  118:15

**pre-covid**  95:14 223:4

**pre-priced**  212:22

**predominant**  133:6

**prefacing**  100:13

**prefer**  116:16

**preference**  39:6 44:3

**preliminary**  6:17

**premise**  228:24

**premium**  124:3 226:4,8

**preparation**  12:20 16:19 17:2 18:15 22:3,16 23:3,15 24:5,10,14 25:17, 21 26:19,24 27:13,20,25 29:14,23 30:5,10, 15,20 31:2 32:8, 13,19,24 33:6 34:12 36:13 37:13,20 38:3,12,

25 39:17,22 41:12,18 42:6,21 43:4,8,12 44:9,13 45:8,14,16,24 46:6,14,19 47:19, 23,25 48:6,10 49:11,14,20,25 50:6,12,21 52:6 53:3,6,22 54:2,12 150:14 229:8

**prepare**  11:4 15:12 19:15 20:18,24 25:5 26:5,14 28:22 31:13 32:2,4 33:23,25 35:20 36:16 42:18 43:23 44:21 47:4 48:24 52:2 55:4,10 57:11

**prepared**  34:9 55:14 128:14

**preparing**  13:21 55:18

**preponderance**  90:22

**presence**  23:11 29:16 72:15

**present**  14:18 16:5 17:6 18:3,8 19:25 26:7 28:18 31:15 39:3 42:16 43:25 92:17 111:15 127:7 130:7 140:12,21 143:17 144:5 147:25 187:9

**presentations**  148:19

**presenting**  198:20 199:8

**presently**  123:18 125:12,14 130:9

888-893-3767
www.lexitaslegal.com       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.

 LEXITAS

**preservation** 143:24 151:17 152:5,15

**preservative** 6:24 15:20 16:4 17:4, 21 19:16,22 75:20 76:23 77:3,9 102:5 111:6,14 151:7 152:16 236:8

**preservatives** 25:9 31:17,18,22 33:13,15 34:21,22 35:9 39:6 41:21 44:4 73:21 74:10 76:21 79:3,10,14 82:14,18 86:7,17 87:7,19 89:5,11 90:2 91:3 92:15, 19 93:7,11,22 94:13,17 97:4,12 98:4 100:17 101:7,10 102:6, 19,25 103:14 111:8 112:7,17 119:5 142:23 143:20,25 144:5, 15 145:4,13,21 173:16,18 174:18, 20 230:22,24 231:21 235:9,16, 22

**preservatives/ artificial** 115:3

**preserve** 76:10 109:6 152:12 234:24

**preserving** 151:8 153:5 201:25 234:20 235:21

**president** 199:4 226:12

**pretty** 11:6 60:12 61:2,3 65:14

70:17 71:14 81:18 92:9 98:2 138:16 142:14 166:5 186:16 197:6 211:2 225:21 233:21

**prevalent** 149:9

**previous** 23:10 121:24 146:3

**previously** 18:18 81:25 82:24 96:11 98:24 117:22 144:13 180:2,9 199:18 214:23 230:10

**price** 49:7 64:2 67:21 68:12,15 69:11,21,22,23 70:25 72:3 81:6,7 82:11,12 97:19,23 158:11,25 159:2 160:18 161:7,9, 14,15,21 163:5 166:15,17 195:21, 23 196:17 197:3, 5,6,7,9,11,13 198:4,7,8 201:7, 18 206:16 207:6 209:8,9,11,15,18, 25 212:19 224:25 225:12,16,22,24 226:14,15,19 228:17 233:25

**priced** 67:24 75:17 164:7,10 167:7,12 204:24

**prices** 49:2 161:2 167:13 201:18

**pricing** 49:9 67:14 68:3,4,19 69:10 97:15 98:7 160:20,21,25 168:11 201:10 202:10 207:7

233:24

**primarily** 62:8

**primary** 79:15 91:22 197:16 198:4,25 223:5

**print** 90:25 216:24 220:3

**printed** 88:14

**printer** 88:11 90:23,24

**printing** 19:10 200:17

**prints** 19:3

**prior** 52:18 60:8 78:20 85:6 91:6 93:21 130:25 146:17 148:16,17 150:15 185:25 229:24

**private** 64:23 127:12,13 128:13 129:4,6,7,11,12 130:5 138:15

**privately** 193:11

**privilege** 12:11,23 30:23 31:5 48:4 53:15

**privileged** 13:8 16:17,23 29:17 32:14 39:14 40:6, 10,20 45:10 46:3, 8 47:20 48:13 50:19 53:8 54:3,5, 13,21 55:5,6 56:3 94:21,22

**problem** 54:24 108:6,10 135:18 163:14 164:8 168:2

**procedure** 10:11, 15 155:7

**Proceed** 217:14

**process** 17:20 22:11 26:7 28:19, 24 29:4 36:4 37:3 44:23 87:20,23 90:21,25 103:22, 23 200:17 233:16

**processing** 22:20 23:2,13,22 24:18 109:11 177:20

**produce** 7:5 74:8, 24 120:24 160:12 207:21

**produced** 40:18 119:25 121:2,4 124:17,23 156:3, 11 157:21 164:15 179:17 182:18 186:2 217:3

**produces** 207:16

**producing** 6:22 142:8

**product** 7:10 18:2 19:24 21:20 22:10,12 23:13 24:9,19 26:7,8 27:7,10 28:18,19 31:15 32:3 34:20 35:2 39:3 43:25 49:7 53:16 55:7 68:4 71:16 73:18 74:20 78:4 82:3, 10 87:8 89:13 90:2,12,14 92:20 93:12 94:11,22 100:14,15 102:5 103:16,18,22 105:16 106:14 109:7,15 111:6,8, 14,15 112:5,6,11, 13,22 117:10 128:12 132:2,23 133:12 137:25 138:2,7 141:16

 

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 271 of 282

143:19 144:16,22 145:12 152:20 158:21 159:11 160:12 166:18 167:16 169:17 170:3,20 173:18 174:19 178:5 179:4,7,11 181:5 184:13 189:3,5 193:20 194:11 196:17 201:22 204:21 205:14,19 206:24 207:21 210:19 213:13 218:24 219:9,21 222:10,24 225:21 230:14,22,24 232:7,11,12,25 233:25 234:5,19, 20,24,25

**production** 6:25 74:24 93:2 165:16 179:24 234:12

**products** 6:23 7:6 14:6,8 15:21 16:5, 10,15 17:5,7,12, 22 19:17,22 20:21 21:15 25:6,8 26:9, 12,23 27:5 28:11, 20,21,25 29:7 31:16 33:12 35:22,24 36:8 42:9 44:5,25 47:6 49:3,6 52:14 61:23,24 63:6 67:14 72:4 73:21 74:15 78:12 79:4 82:15 85:7,16 86:6,11,18 88:8 89:6,12 90:8 91:4, 6 92:2,11,14,20 93:10,24 94:2,18 97:5,13 98:6 100:15 102:15 107:16 108:15 109:22 110:12,20

112:18 119:6 132:13 135:13 140:7,19 141:3 142:24 143:2,4,6, 10,21 144:6,10, 13,14,15 145:4, 13,19,22 150:7 153:8,10,11 155:16 159:22 163:3,5 167:9,10 169:19 173:11 180:11,17 182:4, 16,22 186:4,6 187:8 192:5,19 196:15 207:16 208:19 210:17 212:14,17 213:8,9 215:2,25 216:19 218:10,18 219:18, 22 222:14 223:25 225:13 226:24 230:3 231:21 235:10,17,21,23

**profile** 77:4 204:21

**profit** 69:17 216:18

**profitability** 160:10,17,19

**program** 188:17 191:15 212:3

**progress** 7:2

**prohibition** 56:14

**promote** 67:18 81:8 166:13,15,25 195:24

**promotes** 196:3, 17

**promoting** 82:17 195:24 196:16

**promotion** 25:8 71:23 163:7 200:9

**pronounce** 75:25

**proper** 55:20

**properly** 71:13

**proprietary** 107:9

**protected** 53:14

**protection** 235:4

**provide** 7:25 8:11, 20 9:3 58:4 91:9 146:14 175:21 222:21 232:9

**provided** 40:3 46:11 52:11 53:7, 23 55:17,18 56:8 96:25 109:20 110:18 113:2 118:22 140:8 143:17 203:2 216:14

**providing** 9:7

**public** 6:4 222:6

**publication** 128:20,24 149:8

**publications** 147:15 148:7,9, 18,23 149:3

**published** 209:15, 16

**Publix** 125:16 127:22 196:3

**Puerto** 136:25

**Puff** 221:21,23,24 222:15,21 223:2,6 227:5,13 228:8,16

**Puff's** 227:9

**pull** 119:20 126:7 155:22 156:19 169:23 200:14 211:15,18,23 216:21

**pulled** 223:10

**punch** 137:17,21, 24

**purchase** 180:5 181:7 188:14 213:7 219:23

**purchased** 130:19 147:13 181:23 229:19

**purchases** 180:3 223:25

**Purchasing** 185:7

**Pure** 130:23 133:5,13 134:9 136:21 137:7,20, 21 138:22 139:14 145:3,7

**purpose** 28:21 29:6,9 53:13 151:16 152:4 153:2,7 157:23

**purposes** 10:17 17:24 19:23 56:13 119:21 122:24 167:6

**pursuant** 10:10,14

**put** 21:22 58:2 63:25 67:16 68:7 72:11,16,19 76:10,15 77:9 86:17 87:18 91:3, 10 97:11,16 106:21 107:5,6 109:15,21 110:5 128:17 141:11 150:24 168:2,4 170:3 179:22 183:6 197:10 201:21 205:4 231:14 233:17 235:6

**puts** 106:24 132:9 199:15

888-893-3767         Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 272 of 282

Don Vultaggio    November 10, 2023Index: putting..Reduced

**putting** 78:6 97:19 128:22 155:3

**Q**

**qualified** 14:15

**qualifies** 14:25

**qualify** 14:10,15

**quality** 138:2 178:9 225:11,12, 23,24

**quarters** 83:17 123:4

**question** 7:24 8:6, 7,8,9,10,11,12,19, 20 9:3,11 12:9 13:11 14:15,16,25 16:25 17:25 18:6, 15 19:23 20:13,23 23:8 24:17 26:13 31:24 33:17,21 34:11,16 36:15 41:15 42:18 51:5 55:15 57:23 60:20 93:14,15,21 102:2,21 108:8,21 111:11 112:2,10 140:10,24 146:22, 23 150:25 151:23, 24 154:18 160:24 167:6 169:12 172:15 175:16 178:24 181:2,9,15 187:22 190:11,16 198:3 201:15 205:17 213:12 219:8,15 224:11 229:6 231:3,5,6, 11 232:21 235:13

**questioning** 25:2 43:20 44:18 48:21 95:3 171:8 217:21 220:21

**questions** 9:14

15:9 32:12 41:9, 13 53:20 55:11 56:2,14 100:10, 18,21 104:25 120:9 140:11 154:15 156:8 176:6 201:9 217:14 236:13

**quick** 139:20

**R**

**radio** 220:7

**rafts** 228:20

**raging** 83:11

**raise** 233:9

**raised** 209:9 235:8,14

**raises** 173:10

**raising** 104:3

**Ramirez** 5:18 53:12 54:6 217:10,15

**ran** 185:17

**range** 168:7

**rank** 42:14

**ranked** 126:4

**ranks** 47:9 129:13

**raspberry** 72:24 134:15,17,18

**rate** 224:7

**ratio** 215:7

**reached** 181:13

**reaction** 39:5 41:20 44:3

**read** 8:9 15:10 23:7 75:25 78:14 93:15 100:8 102:18 146:23

176:5 200:14 223:10 231:6

**readily** 212:12

**Reading** 102:11 103:5

**ready** 15:9 20:21 21:14 23:13 24:9 25:2 35:17 42:4 43:20 44:18 48:20 92:14 106:4,13 107:15 167:4,9 217:17,19,21

**real** 67:19 211:11

**realized** 74:4,16, 23 78:3 136:2

**reason** 10:4 69:2,6 76:25 77:2 116:12 226:11,20

**reasonable** 126:15

**reasons** 71:3

**recall** 18:5 82:13 86:16,18 88:3 89:16 96:18 97:7 101:17 105:9 114:3 115:18,23 118:10 119:14,19 122:16,17,23 169:22 172:17 173:6 174:17,23, 24 175:19 176:13, 15,20,21 177:4,8, 19,22 178:15 185:14 202:19

**receive** 98:25 99:3 162:18 190:7 203:6

**received** 83:22,23 89:4,10,24 163:20 201:9 229:17

**receiving** 176:13

**recent** 187:15 201:23

**recently** 24:21 90:17 131:20

**recognize** 10:25 75:13 195:17,19 200:24 201:2 215:19 217:23

**recollection** 47:16 54:18

**recommend** 115:2

**recommendation** 115:4

**recommendations** 91:10 114:14 115:12

**reconfirmed** 21:10

**record** 5:2 6:10,18 34:8 41:11 51:9, 16,19,20,21 56:5 58:3,14,15,18,19, 20 98:17,20,21,22 108:9,22 119:21 120:19,21,22 139:21,24,25 140:2 150:24 174:3,4,7,8,9 179:23 181:11 187:2 206:23 207:15 210:7,8, 11,12,13 220:22, 25 221:2,3 236:16

**recorded** 146:20

**recording** 7:21

**records** 206:22

**recouping** 161:17

**red** 72:18 78:14,16 138:21

**reduce** 201:23 204:20

**Reduced** 201:21

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



**reduction** 90:18

**reel** 152:14

**Reese** 5:19

**refer** 36:5

**reference** 102:19 117:12

**referenced** 148:7 175:25 179:15 188:17 191:15 198:23

**references** 176:25

**referring** 14:9 86:25 87:3 91:21 103:6,13 143:5,8 148:10 150:21 154:3 173:23 177:7 178:4 185:22,23

**reflect** 21:23 181:12 209:25

**reflected** 78:10

**reflects** 90:15

**reformulate** 102:23

**reformulated** 101:24 103:17

**reformulating** 103:22

**refreshing** 47:16

**refrigerator** 68:8

**refute** 19:21

**regard** 11:24 18:6 67:3,8 140:9 177:23 206:18

**region** 127:21,23 129:25 131:12,20 139:4 166:9,14,15 168:13 188:14 214:16

**regional** 25:10 129:5,7 135:10 139:3 187:23 207:19 214:17,18, 21

**regionally** 45:4 214:11

**registers** 149:25

**registration** 88:25

**regression** 31:20

**regular** 28:4,9 36:25 37:11 42:17 43:10 45:13 47:15,22 48:5,6, 14 49:10 66:5,10 68:6 71:16 87:17 94:24 96:2 117:18 118:15 131:11,16, 17 136:5 146:12 197:19,20 201:12 208:20 216:5 227:15

**regularly** 28:3 117:14 118:3,7,24 121:25 162:17 191:22 201:5,12, 17 203:6 216:5

**regulation** 95:4

**regulatory** 116:22 117:3

**reinstate** 7:13

**relate** 41:9

**related** 26:8,23 35:23 114:15 140:6 155:7 177:20 193:13 201:9 210:17 213:18 221:24

**relates** 28:20 83:24 100:16 146:17 167:4 174:14

**relation** 94:18 144:11

**relationship** 124:2 149:23 150:3 222:24

**relative** 42:13

**relativity** 156:18

**relayed** 110:10

**relevance** 57:8

**relevant** 14:16 57:17 126:25

**relied** 19:18 128:16,22

**relies** 112:15 230:13

**rely** 33:25 85:21 90:17 110:2 117:8 148:22 231:18

**relying** 112:20,21

**remaining** 167:8

**remember** 52:16, 17 89:23 126:20 177:17 183:19 227:18

**reminded** 58:3

**removal** 119:5

**remove** 101:10 115:6 116:2 167:6,15 235:22

**removed** 92:20 93:23 94:2,12

**removing** 102:6 177:20

**renegotiated** 209:4

**reopen** 7:4 55:25 56:12

**repeat** 57:23 93:13 146:21 231:5

232:20

**rephrase** 8:10

**replace** 203:12

**report** 69:16 149:18 191:21 211:16 216:4

**reporter** 5:22 6:9, 12 7:20 93:16 146:24 231:7

**reports** 65:19 136:5 149:13 162:18,22 163:20 164:14 190:7

**Repose** 34:16

**represent** 5:16 41:8 85:24 109:4, 13,17 110:2,6 112:10 113:16 151:13 175:11 191:3,13,25 194:9 201:4

**representation** 73:21 77:10 82:15,19 86:8,10, 18,20 87:8,19 89:6,12 90:2 91:4, 11 92:15,19 93:23 94:13,18 97:4,12 98:5,8 100:17 101:7,10 102:6 103:2 109:10 112:17,23 114:18 119:5 142:24 143:20 144:6,15 148:21 235:16

**representations** 86:5

**representative** 80:3

**represented** 90:24 127:16 129:16

**representing**

888-893-3767
www.lexitaslegal.com

Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Don Vultaggio       November 10, 2023Index: represents..sat

110:15 113:6 188:10

**represents** 111:21

**request** 13:7 164:15 179:23 231:19

**requests** 117:19

**require** 49:8 160:7

**required** 23:21 94:8 170:19

**requirements** 102:24 177:11,15

**requires** 232:4

**research** 19:19,20 20:5,10 26:16 31:25 45:6

**reservation** 7:13

**reserve** 55:23 56:11 65:13 179:25

**reserved** 92:25

**reserving** 56:6

**resist** 234:2

**resources** 229:5

**respond** 99:17 115:24

**responded** 72:21

**responding** 34:4 80:7

**responds** 115:10

**response** 8:11,20 9:3 15:19 23:10 140:11 174:25 175:18 227:18

**responsibilities** 45:2 60:11

**responsible** 170:2

**rest** 200:22 216:2

**restaurant** 71:11 141:20 219:5

**result** 7:3,22 21:6 36:7

**resulted** 181:13

**retail** 47:6 49:2,9 166:17 189:10,17, 19 193:3 199:10 200:4 212:19 226:16

**retailer** 82:17 141:24 161:4 168:13,14 187:2, 17 195:25 196:17, 22 200:10

**retailers** 25:12 47:7,8,10 48:14 49:8 51:3 77:25 82:14 186:4,6,18 187:8 189:24 190:21 191:8 192:4,17,19 195:5,20,24 196:25 213:7,22 214:15

**retial** 189:15

**retired** 61:2

**reverse** 172:4

**review** 9:13 11:15 12:14 15:8,18 16:3,9 17:15,19 19:12 22:2,6,14 24:4,8,25 25:15, 20,24 27:12 29:2 31:9 32:7 35:16 37:23 38:11,21 42:3,20 43:19 44:7,16 46:23 47:24 48:5,18 49:13 52:5,24 53:7 65:14 88:7, 10 90:13 94:17 97:3 100:8 104:21

106:22 117:20 118:3,8 120:16 124:12 131:5 156:6 172:10 191:22 200:21 209:7

**reviewed** 16:18,21 17:6,10 37:8 50:21 52:8,18 53:3,5,22,25 54:4, 23 142:7 186:22

**reviewing** 92:23 186:8

**revisit** 196:13

**Rick** 162:9,10

**Rico** 137:2

**ridiculous** 222:7

**rights** 179:25

**rip** 64:21 226:12

**Rite** 81:17 129:23

**road** 102:18

**Robert** 5:20,23

**Rock** 138:21

**role** 48:25 57:14, 16 60:25 96:16 204:13

**roll** 197:8

**rollback** 71:23

**roof** 161:8

**room** 83:15 93:4,6 94:4 119:23 164:24

**Round** 70:2

**rules** 7:18 10:11, 15 155:7,10,11

**run** 34:25 65:8,10 66:4,10,15 88:22 119:15 163:11 188:19 234:12

**running** 47:15

**RX** 138:18 168:2

**Ryan** 5:17

**Ryder** 135:24

---

**S**

---

**safe** 178:9

**sake** 65:2

**sale** 64:21 84:20 189:19

**sales** 43:9 48:5 60:14 123:20 129:14 131:10,16 136:5 138:12 146:18 147:16 148:19 166:12 182:15,21 184:6, 18,20 186:19 187:5 188:4,13,21 189:9,14,24 190:7,20,22 191:8,17 193:3 199:10,13 200:4,5 213:18,19,22,23 214:6,12,17,18, 21,25 219:10

**salespeople** 47:22 146:10 184:10,14 197:19 198:11

**salt** 231:16

**Sam** 5:9

**Sam's** 195:11

**sample** 234:10,12

**samples** 73:4

**SAP** 187:4 188:17, 19 191:14,17 192:24 199:17 212:3

**sat** 7:16

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 275 of 282

Don Vultaggio          November 10, 2023Index: satisfy..show

**satisfy** 89:21

**scanned** 147:18, 22

**scavenger** 103:9

**scenes** 106:20 107:9

**scent** 233:10

**school** 63:2 71:10 72:22,23 83:6,7, 21 84:4 95:7 219:6

**schools** 63:12 222:2

**sciences** 95:2

**scientist** 95:6 96:25

**scientists** 94:17

**scope** 28:6 56:20 57:3 58:10 59:19, 21 61:13 72:7 79:7 82:21 86:25 87:22 89:15 90:10 93:18 95:13,18,24 96:14 97:18 100:20 102:10 103:4 105:6,22 106:17 110:23 111:10,20 114:6, 22 115:16,22 116:4,24 117:17 118:6,19 122:15 125:24 126:14 140:23 143:3,23 144:8,18 145:6, 15,24 149:5,16 150:12 151:6,20 152:22 153:15 154:2,5,11,15 169:11 170:5,22 171:3 172:15 174:22 175:4 176:12,18 177:25 179:20 180:14,23

181:9,25 183:25 193:25 201:15 213:11 214:8,14, 20 216:8,16 218:12 222:18 223:16 226:6 227:8 228:13 229:14,21 231:2 232:14 234:22 235:12,25

**Scranton** 206:5

**screen** 156:5 165:2 200:14 211:24 223:11

**scroll** 120:12,17, 18 123:3 157:7 169:4,6 217:18,20

**search** 12:19 13:19 20:4,9 45:15

**seasonal** 161:18

**section** 120:18 200:21

**segment** 131:15

**segments** 129:20

**sell** 47:6 63:23 65:5 68:3 73:13 149:20,24 160:17 161:10,14,15 163:8,15 167:23 168:6 189:20,22 193:23 196:7,22 197:7 200:10 213:15,25 215:5, 7,10 219:3 222:9, 23 225:16 233:23

**seller** 73:15 132:10 133:3 135:11 137:9 139:14 205:6

**selling** 70:4 73:6 97:25 110:3,4 112:13 130:3

132:5 160:5 162:25 207:5 208:19 213:16 215:5 221:25

**sells** 44:23 112:22 189:4,7,21 193:18 200:10 215:2

**send** 98:25 99:15, 16

**sense** 132:17 168:12 228:25 233:24

**separate** 193:16

**September** 177:3

**sequence** 101:22

**series** 165:4,6,7

**served** 96:16

**services** 222:21

**serving** 177:13

**session** 139:17

**set** 49:8 104:10 105:18 195:23 198:8 221:12,16, 18 222:13 227:19

**sets** 75:24

**setting** 48:25 82:11 195:21 197:3,5 198:4

**settings** 198:7

**settlement** 150:22

**Shanks** 92:7

**share** 125:21,23 126:2,18 129:3

**share/general** 42:14

**shared** 89:18

**shareholders** 69:16

**sharks** 64:15

**sheet** 22:19 106:10,19,20 107:12,24 108:24, 25 109:2,12,14 124:7 200:25 201:6,10,18

**sheets** 22:14 23:17 24:2,4,8 106:19,22 201:5

**shelf** 44:25 72:20 81:9 178:8,11,15, 25 179:6,14,24 197:7

**Shereck** 5:9,10

**shied** 225:23

**ship** 163:14 178:9 205:24 206:16,17 208:11,13 210:23 219:22 233:15

**shipped** 160:13 179:12

**shipping** 179:8 208:16

**shoot** 88:20 164:7

**shop** 81:17 129:23 141:12 196:21

**shopping** 63:16 164:13

**shops** 71:21 226:19

**short** 210:6

**shorter** 218:22

**show** 40:13 51:4,9 52:18,20 71:19 99:16,19 104:9 113:9 120:18 147:20 148:14,20 171:21 194:16 221:6

888-893-3767          Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 276 of 282

Don Vultaggio       November 10, 2023Index: showed..split

**showed** 40:15 81:15 85:2

**showing** 56:9 201:20

**shown** 119:23,24 120:16 156:4 202:12 216:22 228:5

**shows** 69:12

**shuffleboard** 70:11

**shut** 74:6

**sic** 194:22

**side** 41:6 79:14 167:22

**sidelines** 63:8

**sign** 36:24,25 37:10 65:14 118:16 136:2 228:22

**signed** 37:9 118:14 135:24

**similar** 104:18 185:25 202:10

**simple** 64:3 116:10

**Simply** 121:15,18 122:8,17 228:7

**simulation** 31:19

**single** 132:5,7 154:20

**sitting** 175:19

**situated** 68:21

**situation** 69:11 71:2 129:14 141:22 151:11 161:18

**situations** 86:19 116:8 196:8

**six-month** 132:14

**size** 72:8 73:18 82:4 93:4 204:8 218:4

**sizes** 177:13

**skateboarding** 219:24

**Skype** 197:22

**skyrocketed** 69:11

**sloppy** 88:13

**small** 72:15 93:5 185:8 187:20 189:8 223:9 234:15

**smart** 84:7,8,9,16, 22

**smarter** 84:22

**smooth** 7:19

**Snapple** 64:16 123:13,18,20 125:8,9 129:16, 23,24 133:4 134:3,6,9,11,14, 23 135:7 136:25 137:8 138:7,16,21 139:15 141:21 145:10,12,16 146:12

**Snapple's** 136:18 137:19

**sneakers** 67:5

**social** 122:8,18,24 219:18,19 224:8

**soda** 73:24 74:8,9, 11,25

**sodium** 20:20 21:13 22:24 23:11 74:10 77:3 150:10,17 151:3, 16 152:4,19 153:7

155:15

**sold** 6:24 105:16 128:12 136:7 158:8,17,25 163:3 167:17 168:18,25 189:17,18 205:5 215:8 219:4

**solely** 148:12

**solid** 136:9

**solutions** 23:23

**somebody's** 88:24

**someplace** 212:12

**son** 32:18 39:16 219:25

**sons** 59:4 61:7 66:16 122:3 193:9

**sorbate** 20:20 21:14 22:25 23:12 74:11 76:22 106:15 107:18 108:17 145:8,9, 17,25 150:10,18 151:4,17 152:5,19 153:8 155:15 232:2,8 235:3

**sort** 54:14 201:11

**sound** 66:2,13 80:20

**sounds** 208:12

**source** 149:11 171:18

**sourced** 44:24

**South** 105:13

**Southern** 5:8 20:21 21:15 22:3, 15 23:2,14 150:8

**space** 71:22 94:7 130:3

**speak** 12:8 18:7, 20,23 20:14 25:16 26:18 27:19 29:13,22 30:4,9, 14,19,25 32:18 33:4 37:12,19 39:16,21 41:13,17 43:3,8,11,15 44:8, 12 45:7 46:13,18 47:18,22 48:9,14, 16 49:19,24 51:6 66:5 91:5 229:16

**speaking** 53:20 58:4,11 59:2,22 83:3 107:22 108:7 142:18 153:19,22 154:7 199:18 221:7

**specific** 85:14 94:11 159:21 221:14

**specifically** 11:22 14:5 15:12 106:2 173:13 183:19 226:23 231:19

**specification** 106:9,18,19,22 107:12,24 108:24 109:2,14

**specifics** 120:10

**speculate** 227:9 236:2

**Spencer** 61:7

**Spencer's** 185:16

**spend** 62:10 76:11,13,14 228:25

**spending** 163:13

**spent** 11:6 55:10 175:14 232:14

**split** 18:14 72:13

888-893-3767       Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio                  November 10, 2023Index: spoil..Suite

**spoil** 234:25

**spoke** 101:22 125:7 214:23

**spoken** 24:13 153:6 155:14

**sponsorships** 63:11

**Spray** 134:13 138:15

**stadium** 219:6

**stamp** 217:8

**stamped** 99:22 104:14 113:13 120:4 155:25 171:25 194:19 200:15,19 202:8 215:17 217:6 221:10

**stand** 162:5

**standard** 111:17 163:25 166:4,5 199:23

**standing** 154:14, 21

**stands** 158:5

**Star** 138:21

**start** 9:14 15:6 52:4 60:5 78:7 89:9 100:10,12 123:23 131:13 156:7

**started** 59:8 60:3 63:13 66:17 67:20 68:24 72:8,24 74:20,22,23 75:7, 13,18 78:13 89:20 91:24 122:2,3 133:19 177:2 220:9 221:24 222:5

**starting** 113:17

**starts** 70:7,8 158:24 167:22

**state** 5:16 6:9 49:7 111:7 188:8,9,15 220:14,17

**stated** 116:18 127:10

**statement** 7:8 16:4 17:4 19:16 76:20 102:16 103:7 116:20 178:13 231:12 232:4

**statements** 15:20 17:22 19:22 69:20 87:16 88:6 116:7

**states** 5:8 101:22 103:16 114:24 123:6 178:6 224:6

**stating** 112:6

**stay** 131:3

**stayed** 229:3

**step** 77:7

**steps** 36:6

**sterile** 151:11

**Stevens** 5:20

**Stevia** 201:22

**stigma** 225:22

**stood** 72:14,19

**stop** 98:14 107:21 108:6,22 154:13 155:8

**storage** 208:24

**store** 64:6 125:15 127:17,18 128:3,5 129:14 132:13 147:16,19,22 164:11 166:14 225:18 226:9

**stores** 127:21 128:4,12 129:21, 25 130:5 141:11 187:24,25 188:2, 12 190:5,25 191:2,4 192:8 197:10 206:15

**straight** 130:25 131:2

**straightforward** 186:16

**strategies** 25:6 71:13 160:21,25 218:17

**strategy** 25:7 68:2,23

**strawberry** 135:4, 8,9 136:16,18 137:2 168:22 173:11 174:14

**stretch** 51:14 83:16

**Strictly** 222:23

**structure** 38:9,10 56:24

**stubs** 37:8

**student** 222:4

**studies** 77:20,23 80:6 178:8,16 179:2,14,18,24

**studies/research** 39:4 41:19 44:2

**stuff** 62:3 63:23 67:4 68:17,20 70:8 71:23 75:21 90:20,22 94:8 96:7 106:23 111:23 121:23 150:2 160:8 161:12 164:7 179:11,13 185:6,8 194:10 196:16

205:11 209:2 219:25 228:19,20 229:4 230:7

**stupid** 80:21

**style** 20:21 21:15 22:3,15 23:2,14 62:23 150:8

**styles** 223:12 224:2 226:4

**subject** 6:21 26:15

**Subsection** 15:19 16:2 17:19 19:12 25:25 28:15

**substance** 13:3,16 16:22 19:6 40:17 54:2

**substantial** 190:4

**success** 78:23 134:6

**successful** 84:6, 23 134:4 187:24 188:2

**successfully** 64:18

**sucralose** 171:15 232:3

**Suffolk** 167:2 192:14

**sugar** 90:18 111:23 158:13 159:16 161:5,6 168:8,9 204:20 205:12 206:10 211:5 231:16

**suggest** 195:23 196:18

**suggested** 119:14 212:19

**suitcase** 131:15

**Suite** 6:15

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



**summary** 157:9 158:2

**Super** 66:25

**supplemented** 66:21

**supplier** 36:17,21 37:2 68:18 70:7 84:21 88:12 91:23 110:2,25 112:12 113:6 167:22 230:19

**suppliers** 88:3 92:9 196:5 230:20

**supplies** 113:6

**supply** 35:21 36:5 44:22,24 45:4

**supplying** 113:7

**support** 19:21 117:3 196:2,5 197:10,13

**supposed** 126:6

**surfing** 219:24

**surprised** 226:2

**surround** 84:6

**survey** 31:19,20 227:24

**surveys** 19:20 39:4,8,11 41:19 43:25 44:2 80:13 228:2,6,10,15 229:10,12,18

**survive** 64:14

**swear** 5:23

**Sweet** 20:22 21:15 22:3,15 23:2,14 114:16 150:8 205:6 207:13 208:22

**sweetener** 161:19 171:15,16 201:23

209:13 232:5

**sweeteners** 232:3

**swing** 64:3

**sworn** 6:3

**synthetic** 180:20

**system** 187:4 192:24 199:14 209:25 211:18 222:2 226:18

---

**T**

**T-SHIRT** 67:4

**tab** 120:12,13 157:2 168:18 202:5,12,13

**table** 165:3

**tables** 60:15

**tabs** 120:7 156:6 202:4

**takes** 199:14 201:22 234:23

**taking** 5:12 54:14 101:17 103:13 105:9 114:3 172:17

**talk** 7:11,23 41:4,6 51:8 62:13,14 65:21,22 69:12,13 80:24 84:12 146:18 196:14,15

**talked** 70:22 71:25 75:9 82:4,17 126:21 194:11 206:8,14

**talking** 40:24 54:25 57:4 75:7 77:23,24 148:4 158:15 172:25 175:10 188:23 199:22 204:7

207:18 210:23

**talks** 166:12 178:25

**tall** 72:9 83:13,20

**tally** 191:11

**tank** 109:9 110:7

**target** 167:16,19 216:18 224:19 225:4

**targeted** 25:11 49:9

**tart** 101:25 103:18

**tartness** 29:10 104:4,5 235:4

**taste** 29:10 64:2,9, 12 70:20 71:11 72:25 73:4,10 74:17 75:10,13, 15,17 76:5 77:6 78:2,5 96:4,6 98:11 170:12 205:2 225:21 226:13 232:12 233:8,16,18,22

**tasted** 74:16 96:7

**tastes** 35:4 64:9, 13 73:9 75:16 81:2 233:18,25 234:8 235:7

**tasting** 61:23 104:2 137:24 138:2,13

**tea** 20:22 21:15, 16,24 22:3,15 23:3,14 24:10 72:11,24 73:5,6,7, 14 79:20 81:12 114:16 123:14,23, 25 124:3 125:6 132:21,25 133:2, 7,8,16,20,23 134:2,10,15,20

136:10,14 139:11 141:9,10,12,14,18 143:16 144:4 150:8,9 159:10 161:4,5 163:24,25 164:11,12,17 166:3,5 167:25 199:23 204:20 205:6 207:13 208:22 218:10 233:10

**teacher** 83:12

**team** 45:13 114:15 128:10

**teas** 74:8 130:21 133:14 136:22 140:24 141:4,19, 21

**tech** 217:12

**technical** 106:23

**telephone** 62:16, 21

**television** 63:11 220:7,10

**telling** 110:16 154:10 234:6

**tells** 21:22 90:21 107:5 109:17 110:5 147:21 203:13 230:23 231:13

**ten** 140:15 191:3 201:21

**term** 109:6 152:16 197:5

**terms** 20:17 126:19 127:19 198:4 200:4 212:3

**Terrana** 5:13

**terrible** 161:12

**terrific** 225:2

888-893-3767        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Don Vultaggio    November 10, 2023    Index: tested..top

**tested** 150:9

**testified** 6:4 29:5 33:24 52:5 55:8 70:18 81:25 82:8 85:13 97:10 98:25 130:11,12 140:14 143:14 150:16 151:2,15 152:3 180:2,9 183:18 185:16 214:24 227:22 230:10

**testify** 9:18 10:4 20:18 36:10 42:8 47:5,11

**testifying** 9:25 21:12

**testimony** 9:24 22:4,16,23 23:3, 10 24:6,10,15 25:5,18,21 26:5, 20 27:13,21 28:22 29:14,24 30:5,10, 15,20 31:2,13 32:8,19,25 33:6, 10,18 34:13,18 35:20 36:13 37:13,21 38:4,12, 25 39:17,23 41:18 42:7,21 43:4,13, 23 44:10,13,21 45:16,24 46:7,14, 19 47:4,25 48:10, 24 49:14,20,25 50:6,12,22 52:2,6 56:13 57:13,18 77:2 96:24 108:13 112:24 121:24 122:2 140:9 146:4 151:18,21 152:9 210:16 227:17 229:8,25

**testing** 19:21

**Texas** 136:24 184:15

**text** 61:19

**textbooks** 81:22

**texting** 63:4

**thing** 29:3 54:14 63:12 70:19 76:6 78:5 79:24 88:4 94:25 107:9 135:11 139:3 148:20 161:23 168:20 179:3 190:12 198:15 199:7 202:4 220:12 225:19 228:21 233:21

**things** 19:3 23:23 25:13,14 43:10 47:17 63:8 74:4 75:6,8 76:2 78:7,9 79:10,11 80:18 86:13 88:3 90:18 91:16,18 93:6 94:9 96:3 99:16 118:8,23 130:22 131:2,4 132:12 134:12 139:6,8 147:17 148:11 149:17 159:18 160:7,13 162:2,23 163:2,9,16,17 164:3,4,7 168:7, 16 177:14,15 182:9 185:6 196:9 204:24 205:7 206:14 208:5,9 209:7 221:14,17, 25 228:25 232:3

**thirsty** 224:21,25

**thought** 222:7 234:14

**thoughts** 91:10

**thousand** 69:3 76:9 109:9 136:7 163:12 183:17 205:25 208:11

214:2,3

**thousands** 65:2 76:9 162:16

**throat** 74:18

**throw** 68:9 78:9

**tie-ins** 63:12 67:5

**tied** 27:9 76:21 88:18 102:11

**tight** 68:2

**tighten** 69:15

**tighter** 197:12

**time** 5:3 8:18 9:13 11:6 14:16 22:22 23:25 27:6,10,24 28:10 51:10 55:11 59:10 62:10 73:2 74:14 78:11 80:25 81:15 88:18 94:16 97:14 102:13 103:11 125:13 126:25 130:8 140:12 163:8,10 168:6 172:18 175:14,20 177:16 179:2 196:6 210:6 219:24 222:6,20 232:15 236:19

**timeframe** 17:25 19:23

**times** 11:11 28:14 147:10 167:25 196:12 197:21 204:4 208:18 211:6 233:3

**tired** 135:15

**title** 95:16,20 123:5 168:21 169:7 182:20

**titled** 124:7 165:3 186:3 223:12

**titles** 224:4

**tobacco** 221:24

**today** 5:11 7:20 9:17,25 10:5 20:19,24 21:12 22:16,23 23:4,10 24:6,10,15 25:5, 18,22 26:5,20,24 27:13,21 29:15,24 30:6,11,16,21 31:2,13 32:8,20, 25 33:6,10,19 34:18 35:20 36:16 37:14,21 38:4,12, 25 39:18,23 40:4, 19 41:18 42:7,21 43:4,13,23 44:10, 14,21 45:8,17,25 46:7,15,20 47:4, 25 48:11,24 49:14,20,25 50:13,20 52:2,6 53:23 54:3 57:13, 19 68:25 70:2 76:17 121:10 125:3 127:13 147:23 148:20 151:2 229:9

**today's** 5:3 11:4 23:15 236:17

**told** 41:2 70:9 80:16 109:3,15 111:22 180:12 185:10 234:18

**tongue** 170:17

**tonic** 138:18

**tonics** 139:8

**top** 28:16 42:13 44:16 47:8,9 101:3,13 123:14, 19 124:8,10,20 125:3,6,11 126:2, 3,8,16,24 127:8 129:19 130:8,15 131:5 133:11,16,

 

Don Vultaggio        November 10, 2023Index: topic..utilizes

24 134:7,16,21 135:3 136:11,15 137:4,16,22 138:4,17 139:10 140:5 143:15 144:3 145:11,19 146:6 147:24 158:3 168:21 174:13 175:5,11 185:14 186:3,5, 17,18 187:7,11 188:3 189:24 190:21 192:4,17, 19 195:4,7 196:25 204:10

**topic** 6:20 7:4 14:17,24 15:7,8, 12,19 16:2,22 17:3,19 18:9,11, 21,24 19:12,15 20:5,10,15,17,19, 25 22:4,16 24:6, 11,14,24,25 25:5, 17,21,24 26:5,19 27:13,20 28:23 29:14,23 30:6,11, 16,20 31:3,8,9,13 32:8,20,25 33:7, 10,19 34:18 35:14,16,20 36:2, 16 37:14,20,24 38:4,13,20,21 39:2,18,23 41:16 42:2,3,7,22 43:5, 13,17,19,23 44:10,14,16,21 45:9,17,21,25 46:7,15,20,23 47:4,11,19 48:2, 11,18,24 49:15,21 50:2,7,13 51:2 57:4,6,9,11,20,22 92:24 124:7,9,24 125:23 126:6 171:8,9 181:14 182:20 232:16,19

**topics** 11:21 14:22 15:3,6 50:22 51:2, 4,8,25 52:4 55:11 57:12 181:11

**total** 11:14 159:25 164:4 165:9 189:24 190:20 191:8,12,25

**touched** 82:24 117:11

**town** 129:24

**track** 188:4,8,13, 21 189:6,9,13,14, 19,21,22 200:4 207:8 214:25 215:6

**tracked** 42:12 199:10,13

**tracks** 187:5 188:19 189:19

**trading** 196:20

**traditional** 63:10, 20 66:22 67:6 229:4

**trail** 114:8

**train** 159:16

**trained** 84:3

**training** 83:23

**transit** 109:7

**travel** 69:3

**treat** 61:5

**treated** 71:12

**trends** 227:6

**trick** 198:8,9

**trip** 70:2 198:12

**truck** 62:3 63:13, 15 159:17 163:13 234:8

**Trucking** 60:16

**true** 92:13

**truthfully** 10:5

**tunnel** 74:21

**turn** 189:12

**turned** 108:24

**turquoises** 72:17

**tweets** 224:9

**Twitter** 121:23 224:8,9,14,15

**type** 83:23 132:2 147:7 162:7 169:15,18 191:21 216:4

**types** 151:8 162:21 203:7

**typically** 62:16 151:10 228:15

---

**U**

---

**U.S.** 105:16

**ultimate** 193:8

**ultimately** 196:20

**unaware** 39:12 108:14

**undergoes** 90:12

**understand** 7:12, 13 8:3,8,22,23 9:5,15,17,22,24 14:11,19 32:15 33:17 54:3 76:25 77:25 79:8 93:19 111:11 112:3,9 151:24 152:11 155:9 158:23 167:11 204:17 207:18 228:23 231:11 235:13

**understanding** 39:5 41:20 44:3 47:8 57:16 75:4 141:2 162:8 171:10 173:15 180:10 194:4 207:20

**understood** 8:12 15:4 65:17 76:19

**Uniondale** 5:14

**unique** 65:6 66:12 79:9 135:6 136:13

**unit** 203:24 204:6

**United** 5:7

**units** 189:9,12,14 208:11

**Universal** 92:7

**universities** 222:3

**unnaturally** 171:6

**unreasonable** 126:19

**unsweetened** 20:22 21:16,24 24:9 150:9 161:4, 5

**unusual** 84:14,15

**update** 209:11,25

**updates** 27:11

**USA** 5:6 9:19,20 10:10,14 56:18 59:3,6,23 60:10, 22 61:11 65:18 70:15 83:25 142:13

**usage** 203:10

**utilize** 149:13 220:3

**utilizes** 219:17

888-893-3767
www.lexitaslegal.com        Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.



Case 1:19-cv-07081-AT-OTW    Document 315-20    Filed 03/01/24    Page 281 of 282

**V**

**vague** 116:7,8,19

**validate** 109:20

**values** 224:7

**Vanilla** 28:10

**variability** 208:15

**variable** 206:12 208:10,20 210:22

**variables** 159:5 206:8 209:23

**variety** 131:13,14, 21

**vary** 168:10

**velocity** 200:8

**vendor** 188:11 190:10

**vendors** 149:21 190:8,13

**veracity** 86:19

**verification** 110:10

**verified** 7:5

**verifies** 113:2

**verify** 110:17 113:5 183:8

**Verrazano** 69:24, 25

**version** 134:24

**versions** 167:9

**video** 5:4,10 11:12 131:10

**Vietnam** 83:10

**view** 80:12 90:22 123:13 129:7,18 130:14 186:16 196:2 213:2

**viewing** 92:11

**views** 141:2

**vis** 42:9

**visit** 105:19 198:12,16

**vitamin** 101:8,25 102:12,13,15 103:6,7,19 130:18,19 139:7

**voice** 5:15

**volume** 47:7

**vouch** 114:20

**Vultaggio** 5:1,5 6:1,11 7:1,16 8:1 9:1 10:1,25 11:1 12:1 13:1 14:1,2 15:1,4,11 16:1 17:1,18 18:1 19:1, 11 20:1,18 21:1 22:1 23:1 24:1,23 25:1,4,24 26:1,4 27:1 28:1,17 29:1 30:1 31:1,7,12 32:1,19 33:1 34:1 35:1,13,19 36:1 37:1,23 38:1,18, 24 39:1,17 40:1,2 41:1,16,25 42:1 43:1,16,22 44:1, 20 45:1 46:1,23 47:1,3 48:1,23 49:1 50:1 51:1,23 52:1 53:1 54:1 55:1 56:1,17 57:1 58:1,22 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1

88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1,2,21 103:1 104:1 105:1,3 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1,8,24 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1,6 122:1 123:1,5 124:1,16 125:1,2 126:1,16 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1,4 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1,10 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 173:1 174:1,11 175:1 176:1 177:1 178:1 179:1 180:1 181:1 182:1 183:1 184:1 185:1,24 186:1 187:1 188:1 189:1 190:1 191:1 192:1 193:1 194:1 195:1 196:1 197:1 198:1 199:1 200:1 201:1 202:1,15 203:1 204:1 205:1 206:1 207:1 208:1 209:1 210:1,15 211:1 212:1 213:1 214:1

215:1 216:1 217:1 218:1,16 219:1 220:1 221:1,5,18 222:1 223:1 224:1 225:1 226:1 227:1,22 228:1 229:1,24 230:1 231:1 232:1 233:1 234:1 235:1 236:1,12

**W**

**wait** 7:24 38:16 58:13 187:21,22

**Wal-mart** 71:21 81:5 82:10 128:5 141:8 149:20 160:14,17 161:21 163:7 166:23 189:21 192:9 197:2,17,19 219:6

**Wal-mart's** 197:6

**Wal-marts** 191:4

**Walgreen's** 198:24

**walk** 11:21 15:5

**walked** 57:10

**walking** 62:11

**wall** 135:22 159:13

**wallpaper** 60:17 61:25

**Wallpapering** 63:8

**wanted** 45:21 67:17,18 69:13 100:18 191:7 192:18 197:24

**war** 83:10,12

**warehouse** 147:21 162:6

**warehousing**

888-893-3767    Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com



Case 1:19-cv-07081-AT-OTW   Document 315-20   Filed 03/01/24   Page 282 of 282

118:22 160:11,12 208:25

**Warshaw** 5:18

**wasteful** 229:5

**wasting** 229:5

**watch** 220:10

**watchdog** 110:25

**water** 111:23 113:21 114:13 115:20 130:18 139:7 203:14

**watermelon** 102:24 103:8 104:7 106:5,14 107:10,11 110:4,5 137:5,8,9,14

**waters** 130:21

**Wawa** 125:16 187:19,23 189:20

**ways** 70:14 152:18

**wealthy** 225:8

**weeds** 199:8

**week** 7:11 12:6,7 61:3 105:19 163:4 199:16

**Wego** 35:23 36:9, 13,17,19,20,25 37:10,12 180:3 181:22

**weight** 208:15

**Weiner** 5:17 41:4, 11 53:17 54:9 55:20,22 126:7,12 156:17,21 162:12 164:23

**Welch's** 134:13

**Wesley** 32:18 39:16 61:8

**Wesson** 81:16

**west** 6:15 205:24 206:3,9,13

**white** 225:20

**wholesale** 44:23 189:4

**wholesaler** 77:25 189:2,7,8,20 194:11,13,15

**wholesalers** 147:20 188:21,25 189:2,4 190:13 194:12 213:23 215:8

**WHS** 162:4

**wife** 63:18 72:17, 22 137:12 138:9

**wife's** 119:2

**withdraw** 6:21 7:4 190:16

**withdrawn** 7:12

**women** 81:14

**Woodbury** 6:16

**wooden** 83:15

**word** 227:4

**words** 75:24

**wordy** 74:6

**work** 7:2 27:23 53:16 55:7 61:3,6 62:2 75:17 76:23 94:7,22 183:17 184:10,16 185:4 197:12,24 222:6 233:13,14 236:6

**worked** 28:10 61:18 64:6 73:11 175:9 222:25 234:4,6,9

**working** 61:4 64:5 71:4 72:25 73:2 135:18 197:25

231:23

**works** 12:3 95:7, 25 99:11 161:25 184:4 232:7 234:15

**workshop** 60:14 62:2

**world** 61:20 63:14 64:14 65:6 76:5 80:18 96:4 197:23

**worth** 196:10

**wow** 64:2

**wrong** 56:4 66:7 81:20 127:4 214:24

---

**Y**

**year** 149:7 161:19, 22 196:12,14,15 197:21 199:16 207:21 209:10

**years** 59:9 60:7,23 61:5 63:3,9,19 67:6 68:24 69:23 72:18 73:7,12 75:3,7 78:3,23 80:23 86:15 91:24 92:8 95:14 96:16 97:25 119:6 124:4 130:22,24 133:19 134:19 140:15 161:23 162:14,15 171:12 177:18 180:16,19 185:9 187:12,13,14,16 192:20,24 198:16 209:20 212:8 225:19 231:24,25 234:9 236:3

**yellows** 72:18

**yesterday** 10:19 58:3 232:16

**yesterday's** 10:20

**York** 5:9,15 6:16 54:8 72:20 73:15 137:21 184:14 189:5 191:2,4 192:4,5,9,11,12, 20 193:2,4,23

**young** 137:15

**younger** 137:23

**yuck** 71:8

---

**Z**

**zoom** 157:3 223:11

---

888-893-3767      Lexitas operates in all 50 states and is licensed where required Nevada Registration #116F.
www.lexitaslegal.com

