**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
AHMED ASHOUR, et al., :
:
                Plaintiff, :      19-CV-7081 (AT) (OTW)
:
             -against- :      **POST-CONFERENCE ORDER**
:
ARIZONA BEVERAGES USA LLC, et al., :
:
              Defendants. :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

**I.    INTRODUCTION**

The Court held a status conference in this matter on November 20, 2025. For the reasons stated on the record, Plaintiffs' motion to reopen fact discovery is **DENIED WITHOUT PREJUDICE** as premature.

    **SO ORDERED.**

Dated: November 20, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge