**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN, and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | CASE NO. 1:19-cv-07081-(AT) (OTW)<br><br>**CLASS ACTION** |

**Amended Declaration of Marc Meyers, Ph.D.**

I am a food scientist and member of Meyers Consulting, LLC ("Meyers Consulting"). I make this Amended Declaration based upon my personal knowledge and under authority of 28 U.S.C. § 1746. If called upon to testify thereof, I could and would do so competently and truthfully. Pursuant to 28 U.S.C. § 1746, I declare:

**REQUIREMENTS OF RULE 26**

1. This Amended Declaration contains (i) a complete statement of all opinions I will express and the basis and reasons for them, (ii) the facts or data I considered in forming them, and (iii) any exhibits that will be used to summarize or support them. Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii).

2. My qualifications, including a list of all publications authored in the previous 10 years, are provided in Exhibit A to this Amended Declaration. *See* Exhibit A, Curriculum Vitae; Fed. R. Civ. P. 26(a)(2)(B)(iv).

3. I have testified as an expert at trial or at deposition once in the previous four years. Fed. R. Civ. P. 26(a)(2)(B)(v). *Sinatro v. Welch Foods, Inc.*, Case No. 3:22-cv-07028-JD (N.D. Cal.).

4. My fee schedule in this case is provided in Exhibit B to this Amended Declaration. *See* Exhibit B, Fee Schedule; Fed. R. Civ. P. 26(a)(2)(B)(vi). My compensation in this matter is not dependent on the outcome of my findings or opinions offered, or on the outcome of this litigation.

**QUALIFICATIONS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)(iv)**

5. I have been a Food Scientist for over 30 years.

6. Food science is the study of food and food ingredient properties and their interactions to develop a safe way of preserving, processing, storing, distributing, and packing food products.

2

7.    A Food Scientist works on product development applications that include all Food and Beverages such as baked goods, carbonated and non-carbonated drinks, confectionery products, meats, dairy, formulated foods, and other sweet and savory beverage and food applications.

8.    Food scientists working in the private sector generally work in research and development departments of food companies, creating or modifying the company's food products.

A.    Education, Certifications, and Board Organizations

9.    I have a Doctor of Philosophy degree in Food Science/Food Packaging from Rutgers University (1987), a Masters in Philosophy degree in Food Science from Rutgers University (1985), a Master of Science degree in Food Science/Food Packaging from Rutgers University (1984) and a Bachelor of Science degree in Food Science from Pennsylvania State University (1981).

10.    While at Rutgers, my Masters and Doctorate research focused on developing new testing methods for starch enzyme activity and flavor interactions in food packaging, and specifically studies of food additives and ingredients when stored in packaging at normal and accelerated aging conditions.

11.    I am also a Certified Food Scientist as accredited by the Institute of Food Technologists and the International Food Science Certification Commission (Certification #342).

12.    I have been involved with a range of professional organizations as both a participant and a Board Member.

13.    I have been a member of the Institute of Food Technologists ("IFT") since 1978 and have been a Professional Member since 1988.

14.    The IFT is an international organization that is recognized for its membership of Food Scientists and conducts meetings and educational conferences focused on food ingredients.

3

15.    I was a member of the American Association of Cereal Chemists ("AAC"), Controlled Release Society ("CRS") and American Association of Candy Technologists ("AACT"). These associations were specific to the food industry and provided opportunities for me to observe the way in which various companies utilize the technology, ingredients, and processes I have utilized in my own career.

16.    I have been a member of the American Chemical Society (ACS) and held an Advisory Board Member position at Bioactives World Forum Scientific. These positions have allowed me to remain up to date on the most recent developments in food chemistry and food safety, such as new ingredients and applications coming to the market, and how they compare to current ingredients/applications.

17.    At Bioactives World, I am the co-organizer of an annual short course on microencapsulation in flavors and bioactives as well as hydrocolloids. This course covers many different uses of these technologies in food applications.[1]

B.    Work Experience

18.    I have over 20 years of industrial experience in assisting food, pharmaceutical, and dietary supplement companies in developing new technologies and products for their traditional food products, wellness ingredients, and supplements.

19.    I have worked for many multinational companies as Chief Science Officer, Vice President, Director, or Senior Manager levels. My various positions are all outlined in my CV in Exhibit A.

20.    I have initiated, improved, or helped launch many food products, such as Wrigley's

---

[1] *Microencapsulation Technologies and Applications*, MICROENCAPSULATION SUMMIT, https://microencapsulation-summit.com/program/.

edible film strips, M&M/Mars' heart-healthy aseptic cocoa drinks, Smart Balance/Earth Balance soymilk products, Natrol's Omega Solutions Cardio, Osteo, and Low Glycemic Carb Intercept, Pinnacle Foods' Duncan Hines Oven Ready Frozen Brownie Batter, and Pinnacle's Duncan Hines Whipped Frosting. I currently am the Chief Science Officer for a start-up company, BioCloak, developing Sustainable Microencapsulation technology.  I also continue to provide consulting services for existing clients, as well as expert witness services to law firms.  I have provided expert witness services to both plaintiffs and defendants.

C.      Teaching Experience

21.     From 2009 through 2012, I was an Adjunct Professor of Food Science and Nutrition at Montclair State University, teaching Food and Nutrition courses and labs.

22.     In addition, I have taught a course at Rutgers University on Nutraceuticals and Functional Foods, and at Drexel University teaching Food Chemistry and a course on Functional Food Science.

23.     I have also been an adjunct faculty member at Hunter College-CUNY in New York City and Mercer County College in New Jersey.

D.      Private Sector Consulting

24.     Since 2008 I have been, and currently am, the Managing Principal Research and Development Consultant of Meyers Consulting, LLC, of Richboro, Pennsylvania ("Meyers Consulting").

25.     In this professional role, I have consulted with and/or have current consulting agreements with top multinational food, pharma, and dietary supplement companies, such as Johnson & Johnson/McNeil Nutritionals, ConAgra Foods, Kraft Foods Global, Smart Balance/Earth Balance (GFA Brands), DSM, Martek Biosciences, Senomyx, Microbia Precision

Engineering, and other new technology and start-up biotech companies focused on the development and commercialization of new ingredients.

26. I routinely work with web-based organizations such as yourencore.com, ninesigma.com and innocentive.com as part of their Open Innovation communities to assist small domestic to major multinational Consumer Packaged Goods ("CPG") companies.

27. My services include developing new technologies in the areas of encapsulation arid hydrocolloid applications (*i.e.*, a process by which food manufacturers can protect sensitive ingredients, control flavor and/or enhance the texture and stability of edible products) and assisting companies implement "Open Innovation New Product Development;" whereby companies needing my specific expertise will bring me on board as an external resource and/or to help them run R&D projects and develop new technologies.

28. I also provide expert witness services in the areas of patent infringement in cases related to food, dietary supplements, and flavors.

E. Publications

29. I have authored numerous papers, articles, and studies. *See* Exhibit A.

30. I was first author on the following works: "Flavor Release and Application in Chewing Gum and Confections" in Microencapsulation in the Food Industry: A Practical Implementation Guide, Chapter 34, pp.443-453, Academic Press/Elsevier San Diego, CA (2014 and updated 2nd Edition in 2023); "Functionality of Hydrocolloids in Batter Coating Systems" in Batter and Breadings in Food Processing 2nd Edition, Chapter 7, pp.117-'138, American Association of Cereal Chemists, St. Paul, MN (2011); "Functionality of Hydrocolloids in Batter Coating Systems" in Batter and Breadings in Food Processing, Chapter 7, pp.117-141, American Association of Cereal Chemists, St. Paul, MN (1990); Book Review of Gums and Stabilizers for the Food Industry 4 in Food Technology, 43(12):130-131 (1989); "Characterization of Radioactive

Starch Degradation by Rhizopus Glucoamylase" in Journal of Food Biochemistry, 9(3):231-247 (1985).

31.     Accordingly, my work has been recognized in the industry since the 1980s. I recently completed and published an updated chapter for the 2nd Edition of the book on Food Microencapsulation, which was published in 2023.

32.     I have likewise presented papers at technical seminars. I continue to organize and present on technical courses regarding Microencapsulation and Hydrocolloid Technology in the US and Europe since 2009 (currently just in the U.S. after Covid).

33.     For example, in the area of encapsulation technology, I have presented at numerous society meetings including the Controlled Release Society (CRS), IFT, AACC, ACS and Food Ingredients Europe (FIE).

34.     I have also presented at an international conference on encapsulation of flavors for confectionery applications in Sion, Switzerland and at the Bioencapsulation Industrial Symposium in San Antonio, Texas[2] as part of the European Bioencapsulation Group industrial workshop.

35.     I was invited to speak at these events based on the quality of my work and contributions to my field.

F.     Patents

36.     I have been awarded 36 patents (19 U.S. patents and 17 foreign patents) in encapsulation technology, edible films, flavor technology, hydrocolloids and novel confectionery applications.

37.     A select list of these patents and a more detailed account of my professional

---

[2] *14th Industrial Symposium on Mircoencapsulation and Vth Trade Fair*, BIOENCAPSULATION RESEARCH GROUP, https://bioencapsulation.net/?page=Meetings&subpage=Industrial-convention&code=2011_03_07.

accomplishments and expertise are set forth in my current CV. *See* Exhibit A.

## ASSIGNMENT

38.     I have been tasked with evaluating the function of citric acid in varieties of the Arizona Beverage Products that the following flavors and available in various pack sizes in cans and PET bottles.  These are listed below and also in Table 1 with the amounts of Citric Acid present in each of these Products:

a.   Arnold Palmer Diet (███████████)

b.   Arnold Palmer Lite (███████████)

c.   Arnold Palmer Lite (███████████)

d.   Fruit Punch ███████████)

e.   Golden Bear Strawberry Lemonade (███████████)

f.   Grapeade (███████████)

g.   Grapeade (███████████)

h.   Green Tea (███████████)

i.   Green Tea (███████████)

j.   Kiwi Strawberry ███████████)

k.   Lemon Tea ███████████)

l.   Lemon Tea (███████████)

m.   Lemon Tea (███████████)

n.   Mucho Mango (███████████)

o.   Raspberry (███████████)

p.   Rx Energy (███████████)

q.   Sweet Tea (FPF # 55819)

r.   Sweet Tea (███████████)

s.   Watermelon (████████) and

t.   Zero Calorie Peach (██████████).

39.    Defendants Arizona Beverages USA, LLC, Hornell Brewing Co., Inc., Beverage Marketing USA, Inc., Arizona Beverages Holdings LLC, and Arizona Beverages Holdings 2 LLC ("Defendants") manufacture and sell the above beverages at issue in this lawsuit ("Products") listed above. Plaintiffs allege that Defendants falsely label these beverages as containing "No Preservatives" despite the fact that the Products contain the known preservative: citric acid.

40.    Plaintiffs allege that the "No Preservatives" claim is misleading to reasonable consumers, who are led to believe the Products are preservative-free despite their inclusion of citric acid.

41.    Thus, I have been asked to evaluate the function of citric acid in the Products and provide my expert opinion as to whether the citric acid is acting in a manner that preserves the Products and prevents the Products from spoilage.  This is particularly important here because these Products are not refrigerated.

42.    A list of the materials upon which I have considered in reaching my conclusions is attached to this report as Appendix A.  Additionally, I relied upon the research studies and published works cited herein, and upon my extensive experience and education in this field. Additional, different, and/or updated data may be obtained in advance of trial. I therefore reserve the right to amend or modify my testimony.

## SUMMARY OF CONCLUSIONS

43.    I conclude that based on the amount of citric acid that Defendants add to each of the Products I reviewed, as disclosed in Table 1 below, such citric acid is acting as a preservative

regardless of any other functions that it may be providing in the Products, including as a flavor enhancer.

**CITRIC ACID**

A.    Citric Acid Generally

44.    Food products with higher acidity levels (meaning they have lower levels of pH) inhibit the growth of pathogenic microorganisms, which spoil products, as compared to products with lower acidity levels (meaning they have higher levels of pH).  Thus, lowering the pH of a food product by the addition of an acidic ingredient like citric acid is critical for food preservation. This process is leveraged in methods like pickling, fermentation, and canning, where acids (either naturally present or added, like vinegar or citric acid) lower the pH to a level that prevents harmful bacteria like E. coli and Salmonella from multiplying.

45.    Citric acid is considered an acidulant (an ingredient that adds acidity to food products) and has multiple functional uses in food and beverages. The functions of importance to this case include:

- Preservation (by "acidifying" or lowering a products' pH (a "pH control agent")); and

- Flavor enhancement and modification (a "flavorant").

46.    The effects from citric acid include delaying spoilage from bacteria, mold, fungi, and yeast, delaying changes in color, flavor, texture and delaying browning and rancidity.[3]

47.    With enough citric acid, these effects can be prevented over and above the shelf-life of a food product.

B.    Citric Acid's Multiple Functions

---

[3] P. Michael Davidson, et al., *Antimicrobials in Food, 3rd ed*. at 95-136 (1993), http://base.dnsgb.com.ua/files/book/Agriculture/Foods/Antimicrobials-in-Food.pdf.

48.     Citric acid can have many roles at once, including roles as a preservative, acidity regulator, acidulant, and flavor enhancer used in food and beverage products.

49.     According to the U.S. Food and Drug Administration ("FDA") website, citric acid is listed in the category of preservatives used to "prevent food spoilage from bacteria, molds, fungi or yeast" and slows and "prevents changes in color, flavor, or texture."[4]

50.     The following table from the FDA's website lists the types of common food ingredients, their functions, why they are used, and some examples of the names that can be found on product labels.[5] Some ingredients have multiple functions:

| Types of Ingredients | What They Do | Examples of Uses | Ingredient Names that May be Found on Product Labels |
|---|---|---|---|
| Preservatives | **Prevent food spoilage from bacteria, molds, fungi, or yeast (antimicrobials); slow or prevent changes in color, flavor, or texture and delay rancidity (antioxidants); maintain freshness** | **Fruit sauces and jellies, beverages, baked goods, cured meats, oils and margarines, cereals, dressings, snack foods, fruits and vegetables** | **Ascorbic acid, citric acid, sodium benzoate, calcium propionate, sodium erythorbate, sodium nitrite, calcium sorbate, potassium sorbate, BHA, BHT, EDTA, tocopherols (Vitamin E)** |
| pH Control Agents and acidulants | **Control acidity and alkalinity, prevent spoilage** | **Beverages, frozen desserts, chocolate, low acid canned foods, baking powder** | **Lactic acid, citric acid, ammonium hydroxide, sodium carbonate** |

---

[4] *Types of Food Ingredients*, FDA (July 6, 2023), https://www.fda.gov/food/food-additives-and-gras-ingredients-information-consumers/types-food-ingredients.
[5] *Id*.

### 1.    *Acidity Regulation*

51.    Most food and beverages are acidic, and one way that citric acid preserves food is by making food more acidic.

### 2.    *Microbial Ingredients*

52.    Citric acid is a direct antimicrobial and preserves food by acting as antimicrobial agent.[6] It does this in several ways.

53.    One mechanism by which citric acid kills microbes is by reducing the pH of products it is added to.

54.    Microorganisms contaminating food generally multiply more slowly or not at all at lower pH levels (higher acidity).[7]

55.    Citric acid is a "weak acid," meaning that a substantial amount of this acid in any acidic solution does not dissociate (or breakdown). Rather, the acid transfers intact into the bacteria cells resulting in far more damage to the bacteria's cell walls, which allows it to more effectively inhibit the growth of and/or destruction of any pathogens and spoilage organisms such as yeast or mold and other non-pathogenic bacteria.  Thus, by not dissociating, citric acid weakens pathogenic

---

[6] Riikka Juvonen, et al., *Microbiological Spoilage and Safety Risks In Non-Beer Beverages*, 2599 VIT RESEARCH NOTES (Jan., 2011), https://www.researchgate.net/publication/284508945_Microbiological_spoilage_and_safety_risks_in_non-beer_beverages; Ramadan Hassan, et al., *Effect of Some Organic Acids on Some Fungal Growth and Their Toxins Production*, Vol. 2(1) INTERNATIONAL J. OF ADVANCES IN BIOLOGY (Feb., 2015), https://www.academia.edu/13311131/EFFECT_OF_SOME_ORGANIC_ACIDS_ON_SOME_FUNGAL_GROWTH_AND_THEIR_TOXINS_PRODUCTION.

[7] P. Michael Davidson, et al., *Antimicrobials in Food, 3rd ed*. at 95-136 (1993), http://base.dnsgb.com.ua/files/book/Agriculture/Foods/Antimicrobials-in-Food.pdf; A.I. Nazer, et al., *Combinations of Food Antimicrobials at Low Levels to Inhibit the Growth of Salmonella Sv. Typhimurium: A Synergistic Effect?*, Vol. 22(5) FOOD MICROBIOLOGY, p. 391-98 (Oct., 2005), https://www.researchgate.net/publication/223081263_Combinaisons_of_food_antimicrobials_at_low_levels_to_inhibit_the_growth_of_Salmonella_sv_Typhimurium_A_synergistic_effect.

bacteria and other microorganisms directly versus merely just lowering the product's pH.[8]

### 3.  Sequestrant and Chelating Agent

56.    Citric acid is also a sequestrant and chelating agent, meaning that it binds to "metal ions" present in foods in order to prevent those ions from inducing and/or accelerating oxidation and causing other undesirable food deteriorating chemical reactions; these are functions of a preservative. Citric acid can perform this function even at levels as low as 10-100 ppm (.001% to .01%), which are lower levels of citric acid than are found in the Products at issue.[9]

### 4.  Antioxidant

57.    Citric acid is used as an antioxidant indirectly by chelating (or binding to) metal ions that catalyze oxidation.[10]  This is also a type of preservation effect, although not as an antimicrobial.

58.    In its capacity as an antioxidant, citric acid has this additional preservative effect in food and beverages.

### 5.  Flavorant

59.    It can be true that an acidulant is an ingredient that provides a tart, sour, or acidic flavor (i.e., a flavorant).  Nevertheless, as an acidulant, as defined by the FDA in the FDA chart provided supra, even if citric acid provides a tart, sour or acidic flavor, citric acid **will also affect**

---

[8] R.J. Lambert & M. Stratford, Weak-Acid Preservatives: Modelling Microbial Inhibition and Response, J. of Applied Microbiology 86.1 (1999): 157-164; Querol, Amparo & Graham H. Fleet, Yeasts in Food and Beverages, THE YEAST HANDBOOK (2006), pp. 131-32; D. C. Spray & M. V. L. Bennett, Physiology and Pharmacology of Gap Junctions, Vol. 47 ANNUAL REVIEW OF PHYSIOLOGY, 281-303 (1985).

[9] Sequestrants Citric Acid, BIG CHEMICAL ENCYCLOPEDIA, p. 213, https://chempedia.info/info/ sequestrants_citric_acid/#:~:text=The%20addition%20of%20citric%20acidor%20phosphoric%2 0acidto%20the,the%20oil-clay%20mixture%20is%20maintained%20at%20about%200.1%25.

[10] Sequestrants Citric Acid, BIG CHEMICAL ENCYCLOPEDIA, p. 116, https://chempedia.info/info/ sequestrants_citric_acid/#:~:text=The%20addition%20of%20citric%20acidor%20phosphoric%2 0acidto%20the,the%20oil-clay%20mixture%20is%20maintained%20at%20about%200.1%25.

*lowering the pH and controlling/stabilizing the pH to prevent and/or inhibit spoilage and pathogenic organisms from growing in food products*. The scientific literature is also clear that citric acid, even when used as a flavorant, also functions as a preservative because it simultaneously lowers the pH of food products it flavors.[11]

60.    As a flavorant, citric acid will only impart a change to taste if a sufficient quantity of citric acid is introduced into in the product. Thus, if the level of citric acid that is added to a product is too low, the acid will not change the taste or flavor of the product.

61.    On the other hand, citric acid acts as a preservative at levels *well below* the threshold required for them to affect the taste of a food product. Specifically, levels as low as 0.03% citric acid have been confirmed to have an effect on reducing or altogether stopping the growth of pathogenic microorganisms.[12] However, in threshold sensory studies for citric acid, participants could not detect sourness of citric acid (recognition threshold) until 0.04% was reached.[13]

62.    Accordingly, if citric acid is present at a high enough level to impact a food product's taste, then it cannot be disputed that it is present in an amount high enough for it to act as a preservative.

**ROLE OF CITRIC ACID IN PRODUCTION OF ARIZONA BEVERAGE PRODUCTS**

63.    I reviewed documents produced by Defendants in this case with a specific focus on

---

[11] Roger F. McFeeters, et al., *The Chemistry and Physiology of Sour Taste: A Review*, Vol. 72(2) J. OF FOOD SCIENCE (Mar. 12, 2007), https://ift.onlinelibrary.wiley.com/doi/10.1111/j.1750-3841.2007.00282.x.

[12] *See* Bayan M. Abu-Ghazaleh, *Effects of Ascorbic Acid, Citric Acid, Lactic Acid, NaCl, Potassium Sorbate and Thymus Vulgaris Extract on Staphylococcus Aureus and Escherichia Coli*, Vol. 7(1) AFRICAN J. OF MICROBIOLOGY RESEARCH, p. 7-12, (Jan. 1, 2013).

[13] Paul L. Dawson, et al., *Effect of Temperature on the Intensity of Basic Tastes: Sweet, Salty and Sour*, Vol. 5(4), JOURNAL OF FOOD RESEARCH, p. 1-10 (June 27, 2016), https://www.researchgate.net/publication/304528846_Effect_of_Temperature_on_the_Intensity_of_Basic_Tastes_Sweet_Salty_and_Sour.

formulation sheets (*i.e.*, the "master formula" or "blueprint" for a product) and batch records (*i.e.*, documentation of the actual manufacturing process for a single batch of a product) for certain of the Products, as well as the deposition testimony of Dean Angel (Defendants' Director of Product Assurance).

64.    As shown in Table 1 below, I have determined that the total percentage of citric acid present in the formulations was between a range of ▮▮▮▮▮ well above what is required for the citric acid to act as a preservative at 0.03%.[14]

---

**TABLE 1 = % CITRIC ACID IN ARIZONA BEVERAGE PRODUCTS**

FPF# = Defendants' internal identification number for beverage formula.

% Citric Acid = Percentage of citric acid added to the beverage at time of manufacturing.

BASE = Premixed liquid base used to manufacture beverage.

% CA = Percentage of citric acid contained in the base.

Total % CA = Total Percentage of citric acid in finished beverage product.

| BEVERAGE | FPF# | % Citric Acid | BASE | % CA | Total % |
|---|---|---|---|---|---|
| Arnold Palmer Diet | ▮ | ▮ | ▮ | ▮ | ▮ |
| Arnold Palmer Lite | ▮ | ▮ | ▮ | ▮ | ▮ |
| Arnold Palmer Lite | ▮ | ▮ | ▮ | | ▮ |
| Fruit Punch | ▮ | ▮ | ▮ | | ▮ |

---

[14] Even though some of the Products' formulation sheets listed ▮▮▮ at the line item for "citric acid," large amounts of citric acid were nevertheless contained in ▮▮▮ used by Defendants to make the beverages. For example, one of the Products, ▮▮▮ shows ▮▮ Citric Acid in its formulation sheet---but the ▮▮▮ Base ▮▮▮ used to make the Product contains ▮▮▮ Citric Acid. When these are combined, this works out to a total of ▮▮▮ citric acid in the final Product.

| BEVERAGE | FPF# | % Citric Acid | BASE | % CA | Total % |
|---|---|---|---|---|---|
| Golden Bear Strawberry Lemonade | ▮ | ▮ | ▮▮▮ | | ▮ |
| Grapeade | ▮ | ▮ | ▮▮▮ | | ▮ |
| Grapeade | ▮ | ▮ | ▮▮ | | ▮ |
| Green Tea | ▮ | ▮ | ▮▮ | | ▮ |
| Green Tea | ▮ | ▮ | ▮▮ | | ▮ |
| Kiwi Strawberry | ▮ | ▮ | ▮▮ | | ▮ |
| Lemon Tea | ▮ | ▮ | ▮▮ | | ▮ |
| Lemon Tea | ▮ | ▮ | ▮▮ | | ▮ |
| Lemon Tea | ▮ | ▮ | ▮ | ▮▮ | ▮ |
| Mucho Mango | ▮ | ▮ | ▮▮ | | ▮ |
| Raspberry | ▮ | ▮ | ▮▮ | | ▮ |
| Rx Energy | ▮ | ▮ | ▮▮ | | ▮ |
| Sweet Tea | ▮ | ▮ | ▮▮ | | ▮ |
| Watermelon | ▮ | ▮ | ▮▮ | | ▮ |
| Zero Calorie Peach | ▮ | ▮ | ▮ | ▮▮ | ▮ |

65.    Thus, and notwithstanding any potential citric acid likely naturally present in the true fruit puree used in the Products (if any), and not taking in to account other acids that may have been added, all of which would only serve to raise acidity, at between ▮▮▮ citric acid is clearly acting as a preservative in all the Products.

66.    And as indicated above, while levels as low as 0.03% citric acid have been confirmed to have an effect on reducing or altogether stopping the growth of pathogenic

16

microorganisms, participants in sensory studies could not detect sourness of citric acid until a level of 0.04% was reached.  Thus, to the extent that citric acid's flavoring function can only first be detected at 0.04%, it is hard to argue that citric acid is not acting as a preservative at 0.03%.

67.    As to Defendants' Grapeade Product, 90% of the acids in grapes are composed of malic and/or tartaric acids.[15]  Thus, in order to enhance the flavor of a grape flavored drink like Grapeade, Defendants would undoubtedly have to use either malic acid, tartaric acid or a combination of both.  However, while citric acid is disclosed in Defendants' Grapeade formula that I reviewed, and it is also listed in its Product's Nutritional Panel, neither malic nor tartaric acid appear in either.  Accordingly, Defendants' use of citric acid in Grapeade versus malic and/or tartaric is proof positive that Defendants are not, in fact, using citric acid as a flavor enhancer in that beverage because citric acid's flavor profile would be incompatible with that of a fruit containing mostly tartaric and malic acids. Instead, citric acid is being used to help lower the pH as a preservative effect, especially since malic and/or tartaric are not as effective as citric acid in lowering pH for antimicrobial purposes.

68.    It is incontrovertible that the levels of citric acid present in each of the Products on Table 1 has it acting as a preservative.[16]

SUMMARY CONCLUSION

69.    The scientific literature states that citric acid reduces or stops growth of spoilage

---

[15] Marc Plantevin, et al.  *Characterization of varietal effects on the acidity and pH of grape berries for selection of varieties better adapted to climate change*, FRONT. PLANT SCI. Front. Plant Sci. (Oct. 10, 2024), https://www.frontiersin.org/journals/plant-science/articles/10.3389/fpls.2024.1439114/full

[16] Roger F. McFeeters, et al., *The Chemistry and Physiology of Sour Taste: A Review*, Vol. 72(2) J. OF FOOD SCIENCE (Mar. 12, 2007), https://ift.onlinelibrary.wiley.com/doi/10.1111/j.1750-3841.2007.00282.x.

and pathogenic microorganisms in food products (*i.e.,* it acts a preservative) at levels as low as 0.03% of the total composition of a food or beverage product.

70.    The Products' formulations, which are disclosed in Table 1, indicate that citric acid is present at levels of between 0.11% to 0.49% of the total product makeup.  Thus, in all of the Products, citric acid is clearly acting as a preservative.

71.    With respect to citric acid's role as a flavor enhancer, the scientific literature states that participants in sensory studies for citric acid could not detect the sourness of citric acid until 0.04% of the product's composition was reached. Accordingly, if citric acid is present at a high enough level to impact the Products' taste here, Defendants cannot reasonably dispute that citric acid is present in the Products at high enough levels for it to act as a preservative.

I declare under penalty of perjury that the foregoing is true and correct.

Dated and Executed on: December 26, 2025

Place:  Richboro, PA

*Marc Meyers*
Marc Meyers (Dec 26, 2025 20:55:59 EST)

Marc A. Meyers, Ph.D.

## Appendix A

## Materials Considered

1.  Exhibit 2 to Defendants' 30(b)(6) Corporate Representative Testimony of Dean Angel, dated November 9, 2023.

    - Arnold Palmer Diet (███████)
    - Arnold Palmer Lite (██████)
    - Arnold Palmer Lite (███████)
    - Fruit Punch (███████)
    - Golden Bear Strawberry Lemonade (███████)
    - Grapeade (██████)
    - Grapeade (██████)
    - Green Tea (██████)
    - Green Tea (██████)
    - Kiwi Strawberry (███████)
    - Lemon Tea (██████)
    - Lemon Tea (██████)
    - Lemon Tea (██████)
    - Mucho Mango (███████)
    - Raspberry (██████)
    - Rx Energy (██████)
    - Sweet Tea (██████)
    - Sweet Tea (██████)
    - Watermelon (██████)
    - Zero Calorie Peach (██████)

2.  KNOUSE006733

3.   KNOUSE007032

4.   AFI0000038

5.   AFI0000099

6.   AFI00000113

7.   AFI00000703

8.   The deposition transcript of Defendants' 30(b)(6) Corporate Representative Dean Angel, dated November 9, 2023

9.   Second Amended Complaint, ECF No. 118

10.  The deposition transcript of Dean Angel, dated September 26, 2023

11.  The deposition transcript of Defendants' 30(b)(6) Corporate Representative, Don Vultaggio, dated November 10, 2023

12.  The deposition transcript of Allen Flavors' representative Frank Del Corso, dated August 10, 2023

13.  DESI022810-39

14.  DESI027279-308

# EXHIBIT A

**MARC A. MEYERS, Ph.D.**
**156 Tinari Drive**
**Richboro, PA 18954**
**(215)-595-6414**
**marc.meyers@meyers-consulting.com**

**EDUCATION**

Ph.D.          Rutgers University, Food Science/Food Packaging, 1987

M.Phil.        Rutgers University, Food Science. 1985

M.S.           Rutgers University, Food Science/Food Biotechnology, 1984

B.S.           Pennsylvania State University, Food Science, 1981

               Teaching Assistant, Food Science and Technology, 1981-1987

**ACADEMIC EXPERIENCE**

2009-2015    **Adjunct Professor of Food Science**, Nutrition and Food Science
             Montclair State University, Upper Montclair, New Jersey

2010-2017    **Adjunct Food Science Instructor**, Food Science
             Rutgers University, New Brunswick, New Jersey. Similar roles at
             Drexel University , Philadelphia, PA, Hunter College-CUNY, New York, NY and
             Mercer County College, West Windsor, NJ

**PROFESSIONAL EXPERIENCE**

2008-Present  **Meyers Consulting, LLC,** Richboro, PA (www.Meyers-Consulting.com)
             Managing Principal R&D Consultant.  Consulting with top multinational food, pharma,
             and dietary supplement companies in developing new technologies, encapsulation,
             hydrocolloids and Open Innovation NPD.Focus areas include: new product development
             for wellness ingredients/supplements, sweet goods, flavors, baked goods, confectionery
             and chewing gum businesses.

2025- Present  **BioCloak, Inc.,** Bordentown, NJ
             Chief Science Officer for a start-up Sustainable Bioencapsulation technology
             company.  Focused on product formulation strategy for bio-based encapsulation
             technologies.  Developing scalable solutions for animal nutrition and crop input delivery
             with a goal of reducing microplastic pollution while boosting performance across
             agricultural systems.

2021-2022    **Mori (Cambridge Crops, LLC dba Mori)**, Boston, MA
             Sr. Director of R&D--Confections and Snacking at Mori.  Led the product team focused
             on Confectionery and Snack applications for Mori's unique Silk Protein Technology.

Responsible for leading the technology and application development across multiple food categories. Senior technical relationship manager with clients and customers.

2017-2020    **Balchem Corporation,** New Hampton, NY
Global Microencapsulaton R&D/Research Fellow. Development of new beadlet technology with unique release profiles for nutrients in Animal and Human Nutrition. Recognized as the microencapsulation technology expert and conducted presentations globally. Responsible for leading complex, new, microencapsulation product development programs and new technology platform for longer-term R&D. Spearheaded research efforts for next generation and disruptive new products in Food, Supplements, and supporting Human and Animal Nutrition business units.

2015-2017    **Mondelez International,** East Hanover, NJ
Global Encapsulaton Team Leader/Principal Scientist. Developed state-of-the-art encapsulation facility with key fluid-bed and other technologies for in-house capabilities. Led R&D development and concept testing for various bioactives and flavors in various food and gum applications. Coordinated efforts with R&D groups globally for technology in baked goods, chewing gum and flavor applications. Directed external projects with key contract R&D, Universities and the U.K. Government. Provided global strategic planning and executed projects to meet complex commercial needs.

2006-2007    **Pinnacle Foods Corporation,** Cherry Hill, New Jersey
Director – Product Development.  Group leader for Duncan Hines ® brand (cakes, brownies and frostings), Log  Cabin ® and Mrs. Butterworth's® brand syrups.  Led group of 4 developers in development of new products and technical services for most profitable brands within organization. Coordinated development and innovated activities at co-packers and suppliers.
Interfaced with Marketing from concept development through commercialization, ensuring timely and successful launch of products.

2005-2006    **Firmenich, Inc**., Princeton, New Jersey.
Global Product Design Team Manager. North American group leader for global flavor R&D design team. Developed applications, new technology and encapsulated flavor systems for sweet good products.  Responsible for a group of 5 scientists and flavorists.

2003-2004    **Natrol, Inc.,** Chatsworth, California.
Vice President, Technology and Product Development. Member of the Senior Executive Management Team reporting to CEO.  Key technical advisor to CEO.  Responsible for development and execution of R&D strategy for New Product Development, Clinical Research/Technical Services for traditional formats of Vitamin/Mineral/Supplements.

2001-2003    **Mars, Inc. /Masterfoods USA (formerly M&M/Mars),** Vernon, California.
New Technology Manager (Pet Care and Wellness ingredients)  Initial activities in Pet Care products area focused on innovation and development of new pet food technologies To meet consumer insights for companion pets.

1998-2001    **Rhodia Food Ingredients (formerly Rhone-Poulenc),** Cranbury, New Jersey. Global Director, Innovation & Development - Texture (98 -01). Developed programs in new technologies and new ingredients for texturing applications worldwide. Coordinated and communicated efforts of research teams at various R&D Centers in North America, Europe, Latin America and Asia Pacific, developing food texture application projects for Top 20 International food companies.

Director of Food Technology, North America (1999-2000).  Directed R&D Function for six food technology labs at two U.S. locations.  Managed 25 scientists and support staff with $3.2 million R&D budget. Administrative responsibility and hiring of Ph.D. level managers, advanced application scientists and technical staff.

1995-1998    **Balchem Corporation**, Slate Hill, New York. Commercial Research Director.  Directed group of research scientists and technicians in developing encapsulation prototypes, commercial products and product improvements primarily for bakery, meat, confectionery and animal feed industries.

1990-1995    **Wm. Wrigley Jr. Company**, Chicago, Illinois. Senior Product Development Chemist (1993–1995).  Developed new chewing gum products that impart dental benefits to current and new products. Senior Exploratory Food Chemist (1990–1993).  Invented new ingredients and ingredient systems (flavors, sweeteners, etc.) for chewing gum.  Over 35 patents to my credit.

1987-1990    **Dow Chemical Company**, Midland, MI. Senior Development Chemist Technical Service and Development of food applications for METHOCEL food gums (hydrocolloids).  Developed techniques for determining barrier properties of flour-based frying batters.  One patent developed.

## SELECTED PUBLICATIONS

Meyers, M.A. (2022).  "Flavor Release and Application in Chewing Gum and Confections". In Microencapsulation in the Food Industry: A Practical Implementation Guide. 2nd Edition, Chapter 28, pp.451-461. Elsevier Publishing/Academic Press, Maryland Heights, MO.

Meyers, M.A. (2014).  "Flavor Release and Application in Chewing Gum and Confections". In Microencapsulation in the Food Industry: A Practical Implementation Guide. Chapter 34, pp.443-453. Elsevier Publishing/Academic Press, Maryland Heights, MO.

Meyers, M.A. and Grazela, A (2011).  "Functionality of Hydrocolloids in Batter Coating Systems". In Batter and Breadings in Food Processing.  2nd Edition. Chapter 7, pp.117 - 138.  American Association of Cereal Chemists, St. Paul, MN.

Meyers, M.A. (1990).  "Functionality of Hydrocolloids in Batter Coating Systems".  In Batter and Breadings in Food Processing.  Chapter 7, pp.117 - 141.  American Association of Cereal Chemists, St. Paul, MN.

Meyers, M.A (1989).  Book Review of Gums and Stabilizers for the Food Industry 4.  In Food Technology.  43(12):130 - 131.

Halek, G.W. and Meyers, M.A. (1989).  "Comparative Sorption of Citrus Flavor Compounds by Low Density Polyethylene".  Packaging Technology and Science.  2:141 - 146.

Meyers, M.A. and Wasserman, B.P. (1985).  "Characterization of Radioactive Starch Degradation by *Rhizopus* Glucoamylase".  Journal of Food Biochemistry.  9(3):231 - 247.

**SELECTED PAPERS PRESENTED**

Meyers, M.A. (2011). Microencapsulation for Omega-3 Oils – DOs and DONTs. Omega-3 Platform 2011- 9th Practical Short Course on Functional Oils: Market, Regulations, Science, Sensory and Technical Issues for Food and Dietary Supplement Applications, Paris, France December 2, 2011(to be presented).  Also presented at 8th Practical Short-Course in Newport Beach, CA on August 18, 2011.

Meyers,  M.A.(2011).Application  of  Flavor  Encapsulation  in  Chewing  Gum.    3rd  Annual Industrial Workshop on Microencapsulation of Flavors and Bioactives for Functional  Food  Applications.    Minneapolis,  MN  September  15,  2011. Also presented in 2009 and 2010 and Sept., 2012 (also Short-Course Organizer).

Meyers, M.A. (2011). Case Study I: Longer-Lasting Flavor Release in Chewing Gum. Institute Of  Food Technologists (IFT) Pre-Annual Meeting Short-Course on Microencapsulation in Food Applications, New Orleans, LA.  June 11, 2011.

Meyers, M.A. (2011). Application of Flavor Encapsulation in Chewing Gum". New York IFT Supplier's DayTechnical Seminar on Improving Food Using Encapsulation Technology, Somerset, NJ. May 11, 2011.

Meyers, M.A. (2011). Improving Food Using Encapsulated Ingredients".  Bioencapsulation Research Group 14[th] Industrial Symposium on Microencapsulation, San Antonio, TX.  March 8, 2011.

Meyers, M.A.(2008).  Application of Microencapsulated Flavors in Chewing Gum". Bioencapsulation Research Group Industrial Workshop on Microencapsulation of Flavors, Sion, Switzerland. January 16, 2008.

**SELECTED AWARDED PATENTS**

Reed, M.A., Richey, L.C., Hook, J.S., Yatka, R.J., Tyrpin, H.T., Broderick, K.B. and Meyers, M.A. 1997. Polyol coated chewing gum having improved shelf life and method of making.

U.S. Patent Number 5,665,406.

Reed, M.A., Gudas,V.V., Mazurek, P.M., Chapdelaine, A.H., Yatka, R.J., Richey, L.C. and Meyers, M.A. 1997.  Syrups containing sorbitol, a plasticizing agent and an anticrystallization agent and their use in chewing gum and other products.  U.S. Patent Number 5,651,936.

Yatka, R.J., Richey, L.C., Meyers, M.A. and Witkewitz, D.L. 1997. Chewing gum containing maltitol.  U.S. Patent Number 5,637,334.

Yatka, R.J., Richey, L.C., Meyers, M.A. and Barkalow, D.G. 1997.  Chewing gums containing natural carbohydrate gum hydrolyzate.  U.S. Patent Number 5,612,070.

Tyrpin, H.T., Broderick, K.B., Meyers, M.A. and Yatka, R.J. 1997.  Chewing gum pellet coated with a hard coating containing erythritol.  U.S. Patent Number 5,603,970.

Yatka, R.J., Richey, L.C. and Meyers. M.A. 1996.  Chewing gum products using polydextrose.  U.S. Patent Number 5,525,360.

Meyers, M.A., Patel, M.M., Russell, M.P. and Record, D.W. 1996.  Chewing gum containing low levels of maltodextrin.  U.S. Patent Number 5,518,739.

Grey, R.T., Patel, M.M. Dubina, E. and Meyers, M.A.. 1995.  Chewing gum containing a lecithin/glycerol triacetate blend.  U.S. Patent Number 5,474,787.

Yatka, R.J., Richey, L.C., Meyers, M.A., Broderick, K.J. and Record. D.W. 1995.  Chewing gum and other comestibles containing indigestible dextrin.  U.S. Patent Number 5,458,892.

Meyers, M.A., Campbell, A.A. and Muhammad, J.R. 1995.  Chewing gum products using calcium sulfate.  U.S. Patent Number 5,441,749.

Meyers, M.A. 1995.  Chewing gum including agent containing edible film.  U.S. Patent Number 5,433,960.

Yatka, R.J., Richey, L.C. and Meyers, M.A. 1995. Chewing gum products using oligofructose.  U.S. Patent Number 5,431,929.

Yatka, R.J., Richey, L.C. and Meyers, M.A. 1995.  Chewing gum products using fructooligosaccharides.  U.S. Patent Number 5,425,961.

Meyers, M.A. 1995.  Use of edible film to prolong chewing gum shelf life.  U.S. Patent Number 5,409,715.

Meyers, M.A. 1994.  Use of edible film to improve the packaging of chewing gum.  U.S. Patent Number 5,376,388.

Meyers, M.A. 1994.  Use of edible film to prolong chewing gum shelf life.  U.S. Patent Number 5,286,502.

Meyers, M.A. and Record, D.W. 1993.  Chewing gum and other comestibles containing purified indigestible dextrin.  U.S. Patent Number 5,236,719.

Patel, M.M., Broderick, K.B., Meyers, Schnell, P.G., Song, J.H., Yatka, R.J. and Zibell, S.E. 1993.  Strongly mint-flavored chewing gums with reduced bitterness and harshness.  U.S. Patent Number 5,192,563.

Yatka, R.J., Broderick, K.B., Song, J.H., Zibell, S.E., Meyers, M.A. and Campbell, A.A. 1992.  Polyvinyl acetate encapsulation of codried sucralose for use in chewing gum.  U.S. Patent Number 5,139,798.

Meyers, M.A. and Conklin, J.R. 1990.  A Method of Inhibition of Oil Absorption in Coated Fried Foods Using Hydroxypropyl Methylcellulose.  U.S. Patent Number 4,900,573.

**MEMBERSHIPS IN PROFESSIONAL SOCIETIES**

| | |
|---|---|
| 1978-Present | Institute of Food Technologists |
| 2010 – Present | Chair of New York IFT Technical Program during Supplier's Night |
| 1998-2001 | Secretary, NYIFT |
| 1992-1993 | Chair of Chicago IFT Technical Programs |
| 1991-1994 | Secretary, Chicago IFT |
| 1988-Present | Professional Member |
| 2008 – 2010 | American Chemical Society (ACS) |

Prior memberships with American Association of Cereal Chemists (AAC), Controlled Release Society (CRS) and American Association of Candy Technologists (AACT).

**ADDITIONAL PROFESSIONAL ACTIVITIES**

2009-Present  Bioactives World Forum Scientific Advisory Board Member.  Also short-course organizer for a number of technical programs (www.bioactivesworld.com; https://microencapsulation-summit.com/ ; https://hydrocolloids-summit.com/).

**List of Prior Expert Witness Cases**

I have been an expert witness since 2008 and have worked on approximately 20 different cases for both the defendant and the plaintiff; as well as class-action lawsuits.

I was prepared to be deposed once but the parties settled before my deposition date. Most of my expert witness work has been reviewing patents and formulations for IP and patent infringement cases, developing Declaration Statements for the Food, Dietary Supplement and Flavor industries;

and Class Action Law Suits. To keep the specifics confidential, I am only providing which cases available in the public domain:

1. *Kristin Wells, etc. vs. Abbott Laboratories, Inc, et al.*, Case No. BC389753 (L.A. Super. Ct.).

2. *Nicole Forlenza and Shaiden Monroe, individually and on behalf of all others similarly situated, Plaintiffs, vs. Dynakor Pharmacal, LLC, a Utah limited liability company*, Case No. CV09-3730 MMM (SSx)(C.D. Cal.).

3. *Everett Laboratories, Inc. v. Breckenridge Pharmaceutical*, INC., 2:09-cv-00177-JLL-CCC (D.N.J.).

4. *Everett Laboratories, Inc. v. River's Edge Pharmaceuticals*, LLC. Case Number: 2009-cv-03458 (D.N.J.).

5. *Scheuerman, et al. v. Nestlé Healthcare Nutrition et al.,* No. 2:10-CV-3684 (FSH) (PS) (D.N.J.) and *Johnson, et al. v. Nestlé Healthcare Nutrition, Inc.*, No. 2:10-CV-5628 (FSH) (PS) (D.N.J.).

Law firms previously retained by:

**A. 2 cases with WCCE**
***Gregory B. Scarlett, Esq.***
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, LLP**
Telephone:      818.705.6800      |      Facsimile:      818.996.8266      |      Email: gscarlett@wccelaw.com

**B. 5-6 cases with Call, Jensen & Ferrell—Scott Ferrell (new email address: sferrell@trialnewport.com)**
Scott J. Ferrell
**CALL, JENSEN & FERRELL**
**610 NEWPORT CENTER DRIVE, SUITE 700**
**NEWPORT BEACH, CALIFORNIA 92660**
**TELEPHONE: (949) 717-3000**
**FACSIMILE: (949) 717-3100**
**sferrell@calljensen.com**
**www.calljensen.com**

**Another attorney working with C,J&F:**
**Roger E. Borg**
20122 Santa Ana Ave. #8A
Newport Beach, CA 92660
714-549-4452
www.borglaw.com

**C.  2-3 cases with Sheppard Mullin:**
Roy Goldberg
1300 I Street NW 11th Floor East
Washington , D.C. 2005-3314
202-218-0007 direct
202-312-9425 fax

Darren Franklin
333 South Hope Street
43rd Floor
Los Angeles, CA 90071-1448
DFranklin@sheppardmullin.com
Direct: 213.617.5498
Fax: 213.443.2736

**D.  One case for LDLKM:**
Arnold I. Rady, Esq.
Lerner, David, Littenberg, Krumholz & Mentlik, LLP
600 South Avenue West
Westfield, NJ 07090
Main (908) 654-5000
Fax (908) 654-7866

**E.  One case with Stites & Harbison**:
Bill Schulman
STITES & HARBISON PLLC
incorporating the former partnership of Larson & Taylor, PLC Transpotomac Plaza
1199 North Fairfax Street, Suite 900
Alexandria, Virginia, 22314
Telephone: (703) 739-4900
Facsimile: (703) 739-9577
BSchulman@stites.com

**F.   One case with the following three firms**:

Evan A. Showell, Esquire
**Skoloff & Wolfe. P.C.**
293 Eisenhower Parkway
Livingston, NJ 07039
Tel:  973-992-0900
Fax:  973-992-0301
eshowell@skoloffwolfe.com

Matthew Butler, Esquire
**Nicholas & Bulter, LLP**
225 Broadway, 19th Floor
San Diego, CA 92101
Tel: 619-325-0492
Fax: 619-325-0496
mbutler@nblaw.org

Laurance Rosen, Esq.
**The Rosen Law Firm, P.A.**
236 Tillou Road
South Orange, NJ 07079
Tel: 973-313-1887
Fax: 973-833-0399
lrosen@rosenlegal.com

**I have testified for one jury case:**

*Dalmatia Import Group, Inc. v. Foodmatch, Inc. et. al.*, CASE No. 2:16-cv-02767-EGS.  I was deposed by the defendant's opposing counsel and went to a jury trial for this case.

**Last court experience was a deposition on December 18, 2023:**

*Sinatro v. Welch Foods Inc.*, Case No. 3:22-CV-07028-JD (N.D. Cal.).  I was deposed by the defendant's opposing counsel.

# EXHIBIT B

# Meyers Consulting, LLC Expert Witness Rates

Richboro, PA 18954
215-595-6414 (phone)
215-504-0381 (fax)
Marc.Meyers@Meyers-Consulting.com
www.Meyers-Consulting.com

## Rates for Services:

We charge for the reasonable and competitive value of our services. The majority of work is billed at an hourly rate. My fees could adjust periodically, and we will notify you in advance, in writing of any adjustments.

## Rates:

Research, Reporting, Telecoms, Trial Preparation and
In office work, Travel Time, Etc…
**$ 600.00 per Hour**

Depositions, Meetings, Etc…
**$ 675.00 per Hour**

Trial or Court Activities Etc…
**$ 725.00 per Hour**

## Costs and Expenses:

There are other costs and expenses in addition to the fees for legal services for which you could be charged including: long distance telephone calls, government fees and related expenses, messenger costs, travel costs, transcript fees, parking charges, computerized research fees, printing and photocopying costs, sub contracted consultants, laboratory fees retained on your behalf, and other similar costs and expenses. Meyers Consulting, LLC will advance routine telephone, mail, photocopy, and courier services fees and include these on its invoices. All other costs incurred such as associate fees, and investigation costs could be forwarded to you for direct payment to the vendor TBD in advance.

## Considerations:

- Initial Consultation (Less than 15 minute via Telephone) No Charge.
- Hourly rates are billed in ___(.25) hour increments Minimum.
- Status telecoms, faxes and email communications will be billed.
- Drive time and travel (flight) will be billed from home office departure to

Arrival at 50% of lowest hourly rate.
- Multiple travel days are usually billed at between 8-16 hours per day TBD.
- Normal travel expenses (Airfare, Taxi, Hotel, Food, Car, Gas Etc…) Reimbursement Paid Net 7 Days, or in advance TBA.
- Meyers Consulting, LLC expert witness fees paid Net 30 Days after receipt of statement, or in advance TBA.