UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN, and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | CASE NO. 1:19-cv-07081-(AT) (OTW)<br><br>**DECLARATION OF CARLOS F. RAMIREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Carlos F. Ramirez, of full age, hereby declare:

1. I am an attorney-at-law licensed to practice in the States of New York and New Jersey. I am a Partner at the firm Reese LLP ("Reese"), one of the law firms representing Plaintiffs Ahmed Ashour and Crystal Townes and the proposed Classes in this action. Reese has jointly led this litigation with Pearson Warshaw, LLP.

2. I have factual knowledge regarding the procedural history in this matter and make this Declaration in Support of Plaintiffs' Motion for Class Certification ("Motion")(ECF No. 376). I am one of the attorneys principally responsible for handling of this matter for Reese. I am personally familiar with the facts set forth in this Declaration. If called as a witness, I could and would competently testify to the matters stated herein.

3. This Declaration is being filed for the sole purpose of adding Exhibits A and B inadvertently left out of the Declaration of Marc Meyers, Ph.D. dated November 14, 2025, which was filed on November 17, 2025 at ECF 373-1, 374-1 and 379-4 ("Meyers's Original

Declaration").

4. Attached as **Exhibit 1** is the Amended Declaration of Marc Meyers Ph.D. dated December 26, 2025 ("Meyers's Amended Declaration"), which adds the two exhibits inadvertently left out of Meyers's Original Declaration.

5. Pursuant to Section III.H. of the Court's Individual Practices in Civil Cases, attached as **Exhibit 2** is a redline of Meyers's Amended Declaration showing all differences between Meyers's Original Declaration and the revised filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 8, 2026 in Chappaqua, New York.

By: */s/ Carlos F. Ramirez*
CARLOS F. RAMIREZ