Robert P. Donovan, Esq.
STEVENS & LEE
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone: (201) 857-6778
Facsimile: (201) 857-6761
*Robert.Donovan@StevensLee.com*

*Attorneys for Defendants, Arizona Beverages USA LLC,*
*Hornell Brewing Co., Inc., Beverage Marketing USA, Inc.,*
*Arizona Beverages Holdings LLC and Arizona Beverages Holdings 2 LLC*

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Civil Action No. 1:19-CV-07081-AT-OTW<br><br><br><br>DECLARATION OF ROBERT P. DONOVAN IN SUPPORT OF MOTION BY STEVENS & LEE TO WITHDRAW AS COUNSEL |

I, ROBERT P. DONOVAN, of full age and upon my oath, hereby declare as follows:

1.     I am an attorney at law of the State of New Jersey, admitted *pro hac vice* in this action, and represent defendants, Arizona Beverages USA LLC (individually, "ABUSA"), Hornell Brewing Co., Inc. (individually, "Hornell"), Beverage Marketing USA, Inc. (individually, "BMU"), Arizona Beverages Holdings LLC (individually ("ABH"), and Arizona Beverages Holdings 2 LLC (individually, "ABH2") (collectively, "Defendants").

1

#4036410

2.      I am a shareholder at Stevens and Lee ("S&L" or "Firm").  I make this declaration in support of the Firm's motion to withdraw as counsel for Defendants.

3.      I hereby declare that: (a) S&L has a conflict of interest due to disagreements with the Defendants that could result in a violation of the Rules of Professional Conduct if S&L were to continue representing the Defendants; (b) S&L and the Defendants have irreconcilable differences with respect to certain strategic issues relating to the defense of this case; and (c) professional considerations require termination of the representation.

4.      Based on the facts set forth in paragraph 3 herein, there has been a breakdown in the attorney-client relationship such that S&L can no longer effectively represent the Defendants.

5.      S&L is not asserting a charging lien.

6.      After the motion for class certification was filed on November 17, 2025, S&L diligently undertook discovery propounding multiple sets of document demands, receiving and reviewing in excess of 7,000 pages of documents produced, and engaged in multiple meet and confers with opposing counsel after disputes arose concerning Plaintiffs' expert disclosures and document production.

7.      Additional supplemental discovery requests have been propounded by Defendants.

8.      S&L deposed Plaintiffs' three class certification experts on February 13, February 19 and on March 4, 2026.

I hereby declare that all of the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  March 23, 2026

_____
ROBERT P. DONOVAN

2

#4036410