UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AHMED ASHOUR, JOY BROWN, and CRYSTAL
TOWNES, individually and on behalf of all others
similarly situated,

              Plaintiffs,

          -against-

ARIZONA BEVERAGES USA LLC, HORNELL
BREWING CO., INC., BEVERAGE MARKETING
USA, INC., ARIZONA BEVERAGES HOLDINGS LLC,
and ARIZONA BEVERAGES HOLDINGS 2 LLC,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2026
```

19 Civ. 7081 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Stevens & Lee's motion to withdraw as counsel for Defendants and to hold briefing on Plaintiffs' motion for class certification in abeyance while Defendants seek substitute counsel, ECF No. 393; ECF No. 395, as well as Plaintiffs' response, ECF No. 394. The briefing schedule set forth in the Court's order at ECF No. 364 is held in abeyance pending the Court's resolution of Stevens & Lee's motion to withdraw as counsel for Defendants.

    SO ORDERED.

Dated: April 2, 2026
      New York, New York

ANALISA TORRES
United States District Judge