UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AHMED ASHOUR, JOY BROWN, and CRYSTAL
TOWNES, individually and on behalf of all others
similarly situated,

                              Plaintiff,

                    -against-

ARIZONA BEVERAGES USA LLC, HORNELL
BREWING CO., INC., BEVERAGE MARKETING
USA, INC., ARIZONA BEVERAGES HOLDINGS LLC,
and ARIZONA BEVERAGES HOLDINGS 2 LLC,

                              Defendants.

```
┌──────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 4/2/2026  _____        │
└──────────────────────────────────────┘
```

19 Civ. 7081 (AT) (OTW)

**AMENDED ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE**

ANALISA TORRES, District Judge:

        The above-entitled action is referred to the Honorable Ona T. Wang for the following purposes:

| | | | |
|---|---|---|---|
| ☐ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☒ | Specific Non-Dispositive Motion/Dispute<br><br>ECF No. 365 (Motion for Discovery Conference); **ECF No. 393 (Motion to Withdraw as Defendants' Counsel)** | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: |
| ☐ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br><br>_____ | ☐ | Habeas Corpus |
| ☐ | Settlement | ☐ | Social Security |
| ☐ | Inquest After Default/Damages Hearing | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____ |

        SO ORDERED.

Dated:  April 2, 2026
        New York, New York

ANALISA TORRES
United States District Judge