**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

AHMED ASHOUR, et al.,                :

                       :

            Plaintiff,        :          19-CV-7081 (AT) (OTW)

                       :

         -against-       :          **ORDER**

                       :

ARIZONA BEVERAGES USA LLC, et al.,   :

                       :

         Defendants.     :

------------------------------------------------------------x

        **ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed the motion by Defendants' counsel to withdraw from this matter (ECF 393). Counsel is directed to provide supplemental briefing by filing a letter under seal, visible only to the Court, no later than **April 16, 2026**. No separate motion to seal is required and no public or redacted version should be filed on the Docket.

        **SO ORDERED.**

                                      _/s/ Ona T. Wang_

Dated: April 13, 2026                 **Ona T. Wang**
      New York, New York          United States Magistrate Judge