**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

AHMED ASHOUR, *et al.*,                                      :
                                                            :
                          Plaintiff,                         :              19-cv-7081 (AT) (OTW)
                                                            :
                  -against-                                  :
                                                            :              **ORDER ON MOTION**
ARIZONA BEVERAGES USA LLC, *et al.*,                         :              **TO WITHDRAW AS COUNSEL**
                                                            :
                          Defendants.                        :
                                                            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed Defendants' counsel Stevens & Lee's (S&L) motion to withdraw as counsel, (ECF 393), Plaintiffs' objections, (ECF 394), and S&L's supplemental briefing submitted *ex parte* by email and filed under seal at ECF 399. S&L's application is **GRANTED,** and this case is **STAYED** until **May 28, 2026**.

The Court will hold a status conference in this matter on **June 2, 2026, at 11:30 a.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties shall file a proposed joint agenda by **May 28, 2026.**

S&L is directed to serve a copy of this Order on their client and file proof of such service by **April 23, 2026.** The Clerk of Court is respectfully directed to close ECF 393 and to terminate S&L as counsel for the Defendants.

**SO ORDERED.**

/s/ Ona T. Wang

Dated: April 20, 2026                           **Ona T. Wang**
       New York, New York                        United States Magistrate Judge