REESE LLP

May 28, 2026

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

**Re: Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.**
**Index No. 1:19-cv-07081-AT-OTW**
**Parties' Joint Agenda for June 2, 2026 Status Conference**

Dear Judge Wang:

The undersigned counsel represents Plaintiffs in the above-referenced matter. We submit this joint agenda with consent from counsel for Defendants.

Pursuant to ECF No. 400, Plaintiffs and Defendants (the "Parties") submit the following proposed joint agenda in advance of the Status Conference scheduled for June 2, 2026 at 11:30 a.m. before your Honor. The Parties met and conferred and agree establishing deadlines for the remaining deadlines related to Plaintiffs' Motion for Class Certification, expert reports and *Daubert* motions are the only agenda items. In good faith reliance on Defendants' counsel's representations regarding their recent retention, Plaintiffs agreed to Defendants' request for 90 days to file their opposition to Plaintiffs' motion for class certification and service of expert reports. Accordingly, the Parties submit for the Court's approval the following Proposed Schedule, which also takes into account the Thanksgiving and Christmas holidays:

**Proposed New Schedule**

| Event | Operative Deadline |
| --- | --- |
| Defendants' Deadline to oppose class certification and file expert reports and *Daubert* motions | August 31, 2026 |
| Plaintiffs' Deadline to submit a reply to the opposition to their Motion for Class Certification, submit reply expert reports, depose Defendants' experts, respond to *Daubert* motions and file any affirmative *Daubert* motions | October 30, 2026 |

| **Event** | **Operative Deadline** |
|---|---|
| Defendants' deadline to reply to opposition to *Daubert* Motions and to oppose *Daubert* motions | December 3, 2026 |
| Plaintiffs' Deadline to reply to opposition to *Daubert* Motions | January 8, 2027 |

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

REESE LLP
Attorneys for Plaintiffs

Carlos F. Ramirez