REESE LLP

May 29, 2026

**VIA ECF**
Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Ahmed Ashour, et al. v. Arizona Beverages USA LLC, et al.
Index No. 1:19-cv-07081-AT-OTW**

Dear Judge Wang:

We represent Plaintiff Ahmed Ashour in the above-captioned action. We respectfully request that Plaintiff be permitted to listen in remotely by telephone to the conference scheduled for June 2, 2026 at 11:30 a.m.

Plaintiff resides in California and would incur substantial expense and inconvenience to travel to New York for the conference. Counsel for Plaintiff will appear in person .

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

REESE LLP
Attorneys for Plaintiffs

/s/ *Carlos F. Ramirez*
Carlos F. Ramirez