THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

Defendants.

Civil Action No.
1:19-CV-07081-AT-OTW

**NOTICE OF DEFENDANTS' MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF PLAINTIFFS' EXPERT JEAN-PIERRE DUBE**

PLEASE TAKE NOTICE THAT upon this Notice of Motion, the accompanying Memorandum of Law, the accompanying Declaration of Andrew N. Krinsky and the Exhibits thereto, and all of the prior pleadings and proceedings in this Action, Defendants Arizona Beverages USA LLC (individually, "ABUSA"), Hornell Brewing Co., Inc. (individually, "Hornell"), Beverage Marketing USA, Inc. (individually, "BMU"), Arizona Beverages Holdings LLC (individually ("ABH"), and Arizona Beverages Holdings 2 LLC (individually, "ABH2") (collectively, "Defendants"), hereby move this Court ("Motion") for an Order to preclude and exclude the Report and testimony of Plaintiffs' Expert Jean-Pierre Dubé ("Expert Report and Testimony"), and for such additional and further relief as the Court deems just and proper, on the grounds that the Expert Report and Testimony fails to meet the standards for admissibility of expert testimony set forth in Rule 702 of the Federal Rules of Civil Procedure ("Rules") and under

*Daubert v. Merrell Dow Pharma., Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L.Ed.2d 469 (1993), and its progeny.

Dated: New York, New York
August 31, 2026

Respectfully submitted,

**TARTER KRINSKY & DROGIN LLP**

By: *s/ Howard S. Wolfson*

Howard S. Wolfson
Andrew N. Krinsky
1350 Broadway
New York, New York 10018
Tel.: (212) 216-8000
Fax: (212) 216-8001
Email: hwolfson@tarterkrinsky.com
akrinsky@tarterkrinsky.com

***Attorneys for Defendants***

TO:

**PEARSON, SIMON & WARSHAW, LLP**
Melissa S. Weiner
Ryan T. Gott
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel.: (612) 389-0600
Fax: (612) 389-0610
Email: eweiner@pwfirm.com
rgott@pwfirm.com

**REESE LLP**
Carlos F. Ramirez
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, New York 10025
Tel.: (212) 643-0500
Fax: (212) 253-4272
Email: cramirez@reesellp.com
mreese@reesellp.com

***Attorneys for Plaintiffs and Proposed Class***