THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AHMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,<br><br>Defendants. | Civil Action No.<br>1:19-CV-07081-AT-OTW |

**DECLARATION OF HOWARD S. WOLFSON IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

I, HOWARD S. WOLFSON, of full age, hereby state as follows:

1. I am an attorney duly admitted to practice law in the State of New York and in good standing to practice before this Court. I am a member of the law firm Tarter Krinsky & Drogin LLP, counsel for defendants Arizona Beverages USA LLC (individually, "ABUSA"), Hornell Brewing Co., Inc. (individually, "Hornell"), Beverage Marketing USA, Inc. (individually, "BMU"), Arizona Beverages Holdings LLC (individually ("ABH"), and Arizona Beverages Holdings 2 LLC (individually, "ABH2") (collectively, "Defendants") in the above-captioned action. As such, I am fully familiar with the matters set forth herein.

2. I submit this Declaration in opposition to the motion ("Motion") filed by Plaintiffs Ahmed Ashour and Crystal Townes ("Plaintiffs") for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure ("Rules").

3. Annexed hereto as **Exhibit "A"** is a true and correct copy of the Expert Report of Dr. Ran Kivetz dated August 31, 2026.

4. Annexed hereto as **Exhibit "B"** is a true and correct copy of the Expert Report of Catherine Adams Hutt, PH.D., R.D., C.F.S. dated August 27, 2026. .

5. Annexed hereto as **Exhibit "C"** is a true and correct copy of the transcript of the deposition of Plaintiff Ahmed Ashour, dated January 26, 2021.

6. Annexed hereto as **Exhibit "D"** is a true and correct copy of the transcript of the deposition of Plaintiff Crystal Townes, dated January 8, 2022.

7. Annexed hereto as **Exhibit "E"** is a true and correct copy of the transcript of the deposition of Joy Brown, dated May 17, 2022.

8. Annexed hereto as **Exhibit "F"** is a true and correct copy of excerpts from the transcript of the deposition of Don Vultaggio, dated November 10, 2023.

**WHEREFORE**, for all of the reasons set forth in Defendants' accompanying memorandum of law, Plaintiffs' motion for class certification should be denied.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 31, 2026

/s/ Howard S. Wolfson