# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Case No.
- - - - - - - - - - - - - - - - - - - - -x
AHMED ASHOUR, individually and on behalf of all others similarly situated,

Plaintiff,

-against-

ARIZONA BEVERAGES USA, LLC, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

Defendants.
- - - - - - - - - - - - - - - - - - - - -x
January 26, 2021
11:00 a.m.

REMOTE VIDEOTAPED DEPOSITION of AHMED ASHOUR, taken by Defendants, pursuant to Notice, held remotely via Veritext Virtual Zoom, before Jamie Ann Stanton, a Shorthand Reporter and Notary Public of the State of New York.

* * *

A P P E A R A N C E S :

(All parties attending remotely)

REESE LLP
100 West 93rd Street, 16th Floor
New York, New York 10025
Attorneys for Plaintiffs
BY: CARLOS F. RAMIREZ, ESQ.

PEARSON SIMON WARSHAW
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
Attorneys for Plaintiffs
BY: JOSEPH BOURNE, ESQ.

McELROY DEUTSCH
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Attorneys for Defendants
BY: ROBERT DONOVAN, ESQ.

ALSO PRESENT:
Jeff Minton, Videographer
Chelsea Gilchrist, Concierge Tech

* * *

STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

* * *

Ahmed Ashour

THE VIDEOGRAPHER: Good morning. We are going on the video record. The time is approximately 9:07 a.m., on Tuesday, January the 26th, 2021. Audio and video recording will continue to take place unless all parties agree to go off the record.

This is video media disk one of the video recorded deposition of Ahmed Ashour, A-S-H-O-U-R. The caption of this case is Ahmed Ashour versus Arizona Beverages USA, LLC filed in the U.S. District Court, Southern District of New York. Case number 1:19-CV-07081. This deposition is being taken by attorney Robert Donovan. This deposition is being held remotely.

My name is Jeff Menton. I am the certified legal videographer. The court reporter is Jamie Stanton. And we are both from Veritext. All Counsel consent to this remote video arrangement and waive any objections

Ahmed Ashour

to this manner of reporting.

Counsel will now state their appearances and affiliation for the record, beginning with the noticing attorney. And please, also, note and state your acceptance of the court reporter swearing in the witness remotely and this remote video arrangement. Please proceed.

MR. DONOVAN: Good morning. Robert Donovan, attorney for the Defendant, and Defendant stipulates for the remote deposition as specified by the reporter.

MR. RAMIREZ: Good morning. Carlos Ramirez, Reese LLP, representing the Plaintiff, Mr. Ahmed Ashour. And I do consent.

THE VIDEOGRAPHER: Thank you. Will the court reporter please swear the witness in?

REPORTER: Please raise your right hand. Do you swear or affirm that the testimony you are about to

Ahmed Ashour
give will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I affirm, yes.

MR. DONOVAN: Before we proceed, one of the stipulations was that the reporter who is certified in New York before the deposition began, the parties' Counsel spoke and the Plaintiff stipulates to the admissibility of the Plaintiff's testimony with a certified reporter licensed in New York; is that correct?

MR. RAMIREZ: Yes, that is correct.

EXAMINATION BY
MR. DONOVAN:

Q Good morning, Mr. Ashour. Am I pronouncing it correctly?

A Yes. Good morning, Mr. Donovan.

Q Thank you for your patience.

A Sure.

Q I wanted to give you some basic instructions about a deposition.

Ahmed Ashour

Have you ever been deposed before?

A No.

Q So there some basic ground rules I would like to go over. First of all, even though we are on a Zoom session and in different places, this proceeding is tantamount to a court proceeding, so your testimony will have that same evidentiary value to the Court.

So when I ask questions and you answer them, the Court's going to presume that you understood the question. So if there comes a point in time where you don't understand a question, please let me know that, and I will do my best to clarify the question.

I am here to find out what you know. I'm not really interested in any guesswork. If there is an estimate, a reasonable estimate or an approximation, that's fine. And there could come a point in time when your attorney objects. I would ask that you refrain from

Ahmed Ashour

answering until the objection is put on the record. And in that regard, wait until I finish the question before you answer. You may be miles ahead of me and know the question I am asking, but for the record to be clear, please wait 'til I finish the question before you answer.

And if there may come a time when you need a break -- this isn't an endurance test -- if you need a break, just let me know. All I would ask is that you answer -- if there is a question pending, you answer that question before the break.

Does that sound fair?

A Sure.

Q Do you understand my instructions?

A Yes.

Q Have you ever been a witness or a party in any other legal proceeding other than this one?

A No, I haven't.

Q Did you ever previously testify

Ahmed Ashour

in court?
A No.
Q Are you under the influence or do you take any medication that would impede your ability to understand any of my questions?
A No, I'm not under the influence of anything.
Q Can I have your date of birth, sir?
A [redacted] 1989.
Q Where were you born?
A Dubai, United Arab Emirates.
Q Are you married?
A No. I'm single.
Q Have you ever been married?
A No.
Q Do you have any children?
A No children.
Q And could you tell me where you went to high school?
MR. RAMIREZ: I'm sorry, I hate to interrupt. Bob, we had made a request that his education be kept

Ahmed Ashour - Confidential
confidential. So for purposes of this portion of the deposition regarding his education, we would ask that it be treated confidential.
MR. DONOVAN: That is fine.
MR. RAMIREZ: Thank you.
(The following portion of the transcript was deemed confidential.)
A Westminster High School, Dubai, United Arab Emirates; Sharjah Public High School, Sharjah, United Arab Emirates.
Q Did you graduate high school?
A I did, yes.
Q And when did you graduate high school?
A Two thousand -- 2006.
Q And after you graduated high school, did you go to college or a university?
A Yes, I did.
Q Where did you go, sir?
A The American University of Sharjah.
Q What years did you attend

Ahmed Ashour - Confidential
there?
A 2006 to 2010.
Q And did you obtain a degree?
A Yes, I did.
Q What degree did you obtain?
A A Bachelor of Science in civil engineering.
Q Do you have any other degrees other than that?
A No, I don't.
Q Do you hold any professional licenses?
A No, I don't.
Q Do you or anyone in your household work in advertising?
A Could you clarify what my household means?
Q Anybody that you live with.
A No, no one works in advertising.
Q Where are you physically located now, taking this deposition?
A I'm in Los Angeles, California.
Q Are you in your home?

Ahmed Ashour - Confidential

A I am in my home, yes.

Q What is that address?

MR. DONOVAN: And we can mark this confidential, too.

MR. RAMIREZ: Thank you.

(The following portion of the transcript was deemed confidential.)

A Los Angeles, California, Zip Code 90068, REDACTED.

Q And how long have you resided this?

A Going on six years, now.

Q Prior to residing at that address, where did you live?

A REDACTED, Los Angeles, California, Zip Code 90068.

Q How long did you live there, sir?

A About a year.

Q And prior to living at that address, where did you live?

A I was couch surfing for a while, so I didn't have a permanent address.

Ahmed Ashour - Confidential
Q And how long were you couch surfing, sir?
A I would say a few months.
Q And prior to couch surfing, did you have a prior residence?
A I was in Dubai.
Q Was there a City in Dubai?
A Dubai is the City, sir.
Q Okay.
A Country is United Arab Emirates.
Q But is there a community within Dubai, or is it just called Dubai?
A It's called Dubai.
Q And did you move from Dubai to California at some point?
A Yes.
Q What year did you do that?
A 2013.
Q Do you know the month?
A No, I don't recall the month.
Q Did you move from Dubai to Los Angeles, California?
A Correct.

Ahmed Ashour - Confidential

Q What is your citizenship status in the United States?

MR. RAMIREZ: Objection.

You can answer.

A I can -- I can live and work in the U.S.

Q So are you a U.S. citizen or do you have a Green Card?

A I am not a U.S. citizen, no.

Q What country are you a citizen of?

A I do not hold a citizenship.

Q Are you a citizen of the Untied Arab Emirates?

A No. I'm stateless.

Q What were the circumstances of you leaving your native country? Did you do that voluntarily?

MR. RAMIREZ: Objection.

You can answer.

A Yes, I did.

Q Why did you leave?

MR. RAMIREZ: Objection.

You can answer.

Ahmed Ashour - Confidential
A I would rather not get into those details, Mr. Donovan.
Q Do you still have family in the United Arab Emirates?
A Yes, I do.
Q And would that be your parents?
A Correct.
Q Do you have brothers and sisters?
A I do, yes.
Q Are they still there, as well?
A Yes, they are.
Q Do you have occasion to visit them?
A I'm sorry?
Q Do you have occasion to visit them?
A Do I have occasion to visit them?
Q Yeah. Have you visited them since you moved to the United States?
A No, I haven't.
MR. RAMIREZ: Objection.
You can answer.

Ahmed Ashour - Confidential

Q Is there a reason why you can't explain to me the circumstances of why you left?

MR. RAMIREZ: Objection. And, you know, I don't want to start an issue this early, but I think putting irrelevance aside, I think this is meant to harass or it could be perceived as such, so I'm going to go end this questioning and I am going to instruct my client to not answer it. I don't see, not only the relevance, but it appears to be intimidating and harassing in nature.

MR. DONOVAN: There is no intent to be harassing or intimidating. These are questions about how someone traveled from one country to another. You are directing him not to answer. I reserve my rights.

MR. RAMIREZ: That's fine. For purpose of the class representation, I don't think any of

Ahmed Ashour

this is relevant, but I guess we could beg to differ on that.

(End of confidential portion.)

Q Do you have driver's license, sir?

A Yes, I do.

Q What state is it issued?

A State of California.

MR. DONOVAN: Now, I know in the stipulation, Carlos, there is a representation that the Plaintiff has to show identification that they are who they are. So, I mean, if you want to just get me a copy of his driver's license?

MR. RAMIREZ: Sure.

MR. DONOVAN: Is that okay?

MR. RAMIREZ: We will verify his -- whatever the process is, we will definitely provide you proof of his identity.

MR. DONOVAN: I would ask just for his driver's license, a copy.

MR. RAMIREZ: Okay, sure.

Ahmed Ashour

Q During your university studies, sir, were you living at your home in Dubai?

A At my home in Dubai, yes, I was.

Q With your parents?

A That's correct.

Q When you moved to the United States, you said sometime in 2013, did you come with anybody?

A No, I didn't.

Q Do you have a Facebook or LinkedIn page?

A I do not have a Facebook or a LinkedIn.

Q Have you ever posted on any social media platform anything about Arizona products?

A I do not use social media. I have never posted anything on social media.

Q Did you ever use Twitter?

A No.

Q Prior to this deposition, did

Ahmed Ashour

you meet or communicate with your attorneys?

A Can you be a little more specific, the timing?

Q To prepare for this deposition, did you meet or communicate with your attorneys?

A Yes, I did.

Q When?

A Yesterday.

Q Any other time?

A To prepare for this deposition, no.

Q And how was the meeting yesterday; was it by phone, Zoom conference? What was the manner -- the means of the meeting?

A It was via Zoom.

Q And how long was the meeting?

A I don't recall.

Q More than an hour? Less than an hour?

A I can't give you an estimate. I don't recall.

Ahmed Ashour

Q With whom did you communicate yesterday?

A Mr. Carlos Ramirez with Reese LLP and Mr. Joseph Bourne, Pearson Simon & Warshaw LLP.

Q Did you prepare documents to prepare for the deposition?

A I skimmed over a few documents, yes.

Q What documents did you skim over?

MR. RAMIREZ: And just objection. And to the extent that your answer is going to involve things that we communicated, I'm going to advise you that you are not required to answer that, in fact, it's protected and privileged.

You could describe generally what, if anything, you looked at, but without giving any specifics about what we discussed.

MR. DONOVAN: I'm not asking what was discussed. I'm asking what

Ahmed Ashour

documents this witness reviewed prior to the deposition.

MR. RAMIREZ: And I'm advising Mr. Ashour that in the process of describing any documents that he should not divulge anything that was discussed about the documents. So I think we agree.

MR. DONOVAN: Okay.

A I skimmed over the request for admissions, the Amended Complaint, the First Amended Complaint, and I believe the file was labeled as interrogatories.

Q Anything else you can remember?

A No.

Q Do you have any dietary restrictions?

A No, not that I'm aware of.

Q Do you have any food allergies?

A Not that I'm aware of, no.

Q Do you drink alcohol?

A I used to. Not as much now.

Q Did there come a point when you stopped?

Ahmed Ashour

A I would say sometime around 2018, maybe.

Q What type of alcohol did you drink when you drank?

A Mostly whiskey.

Q Do you smoke?

A No, I don't.

Q Did you ever smoke?

A No.

Q Do you consume soda?

A I don't consume soda, no.

Q Tea?

A Yes, I consume tea.

Q Coffee?

A Yes, I consume coffee. Freshly brewed for both.

Q Is there a brand?

A A brand as to what?

Q The tea or coffee that you drink.

A No, there is not a brand. Again, I consume freshly brewed tea and freshly pulled espresso.

Q Is the tea and the coffee --

Ahmed Ashour

other than the tea or coffee, are there any other caffeinated drinks that you consume?

A No, there are not.

Q Do you drink coffee on a regular basis, say, a daily basis?

A Recently I have been, yes. And by coffee, I mean espresso, specifically.

Q What about tea; do you drink tea on a daily basis?

A Not as much, recently, no.

Q Do you consume fast food at any time?

A No, I don't consume fast food.

Q Are you a vegetarian?

A No, I'm not a vegetarian.

Q Do you eat pizza?

A I'm sorry, what?

Q Do you eat pizza?

A No, I don't eat pizza.

Q Do you consume any fruits?

A I'm sorry, come again?

Q Do you consume any fruits?

A Yes, I do consume fruit.

Ahmed Ashour

Q What fruits do you consume?
A Mangoes, sometimes, cantaloupe. That's about it, really.
Q Have you ever consumed a lime?
A Do I ever consume what? I'm sorry?
Q I will rephrase the question.
Have you ever consumed lime juice from a lime?
A Yes. In a cocktail.
Q How about lemon juice from a lemon?
A Yes. In a cocktail.
Q Did you ever consume any tomatoes?
A No, I don't consume tomatoes.
Q Oranges?
A On occasion, yes, sometimes.
Q Pineapples?
A No, not pineapples.
Q Grapes?
A I'm sorry?
Q Grapes?
A No, no grapes.

Ahmed Ashour

Q Tangerines?

A No, no tangerines.

Q What about juices? Do you drink any juices?

A No.

Q Let's go back for a moment.

Are you employed?

A Currently I'm unemployed due to COVID-19.

Q And how long have you been unemployed?

A Since February 2020.

Q Prior to becoming unemployed, sir, where were you employed?

A I was employed at a bar/restaurant called Julia.

Q And how long were you employed there?

A About four months.

Q And where is Julia located?

A Downtown LA, Los Angeles, California.

Q Do you know the address?

A No, I don't have the address on

Ahmed Ashour

me.

Q Do you remember the street?

A No, I can't tell you.

Q What did you do at the bar/restaurant Julia?

A I was a bartender.

Q Did you go to bartending school?

A No, I didn't go to bartending school.

Q Prior to becoming a bartender at Julia, did you have another place, prior place, that you were employed?

A Yes.

Q Could you tell me what that was or the name of the business and where it was, please?

A Culinary Lab Partners, Los Angeles, California.

Q Culinary Lab Partners?

A Culinary.

Q Culinary?

A Culinary Lab -- yes.

Q Do you have a street address

Ahmed Ashour

where Culinary Lab Partners was?
A No, I don't.
Q And how long did you work there, sir?
A A little over a year-and-a-half.
Q What did you do for them?
A I was a bartender, as well.
Q Culinary Lab Partners, was that a bar/restaurant, too?
A It's -- it's a group. It has multiple venues. I worked at one of their venues.
Q What type of business are they in?
A They are in the restaurant/bar business.
Q Prior to working for Culinary Lab Partners, did you have another position of employment?
A Yes, I did.
Q Could you tell me what that was?
A Did you want the name of the

Ahmed Ashour

business, or what I did over there?

Q You are right. Badly formed question.

Let's say, can you give me the name of the business first?

A Oaks Gourmet Market.

Q Oaks Gourmet Market?

A Correct. Los Angeles, California.

Q Do you have the street?

A I don't recall the street, no.

Q How long did you work at Oaks Gourmet Market?

A A little over a year-and-a-half -- between a year-and-a-half and two years.

Q And what did you do for them, sir?

A I held multiple roles, so I did a bit of everything.

Q Can you give me some examples?

A Yes. I oversaw food preparation. I handled -- I handled cash registers. Sometimes I prepared espresso

Ahmed Ashour

drinks and I delivered food, as well.

Q When you say food preparation, you mean you prepared the meals?

A No. I oversaw the meals being prepared.

Q Prior to your work at Oaks Gourmet Market, where did you work?

A That's as far as my work history goes.

Q Did you have any employment in Dubai?

A Unfortunately, the market was dead, so I was actively seeking employment.

Q In Dubai?

A Correct.

Q Do you have any training in food science?

A Could you clarify what food science means?

Q Well, are you familiar with -- did you take any classes which studied food?

A No, I didn't take classes that

Ahmed Ashour

studied food.

Q Have you ever taken any chemistry classes?

A I did take chemistry classes in high school.

Q Did you take any chemistry classes in college?

A Maybe one general chemistry class.

Q Did you ever take any classes in college on biology?

A Not that I recall, no.

Q Did you bring any cans or bottles of any Arizona product to this deposition?

A Can you repeat the question, please?

Q Did you bring any cans or bottles of Arizona product to this deposition?

A No, I didn't.

Q Did you bring any receipts for purchases of Arizona product to this deposition?

Ahmed Ashour
A No, I didn't.
Q Do you possess any cans or bottles of any Arizona product?
A No, I don't.
Q Do you possess any cans or bottles --
MR. DONOVAN: Sorry, strike that.
Q Do you possess any receipts for purchase of any Arizona product?
MR. RAMIREZ: Objection.
You can answer.
A No, I don't possess any receipts for Arizona products.
Q Did you ever possess any cans or bottles of any Arizona product after you purchased the product?
MR. RAMIREZ: Objection.
You can answer if you understand.
A Can you clarify, what do you mean by possess after purchase?
Q I will rephrase the question. You are right, it's unclear.

Ahmed Ashour

MR. RAMIREZ: Thank you.

Q After -- did you ever possess any receipts for purchases of Arizona product?

MR. RAMIREZ: Objection.

You can answer.

A No, I never possessed any receipts for Arizona products.

Q Did you ever take any photographs of any Arizona beverages?

A No, I never did.

MR. DONOVAN: I am going to go on the Exhibit Share now. Bear with me.

THE WITNESS: Sure.

(Exhibit D-1 was marked for identification, as of this date.)

MR. DONOVAN: I have marked as D-1 a document dated January 9, 2019, Bates stamped AA-0001 through 0005.

And I am going to ask whether the parties can access Exhibit Share, and let me know if you have that

Ahmed Ashour
document.
MR. RAMIREZ: We are in Exhibit Share, and there are several folders here. One is Marked Exhibits, but the folder is empty.
MR. DONOVAN: No, that's off -- you have got to download --
THE WITNESS: I can only see Exhibit 0001 now.
MR. RAMIREZ: I see it now. I just refreshed, I just refreshed and it just popped up, so I see it now, thank you.
MR. DONOVAN: Sure, sure.
MR. RAMIREZ: Can you see it, Ahmed?
THE WITNESS: I can see 0001.
MR. RAMIREZ: And if you scroll down, you will be able to see. The Bates stamp is at the bottom of the lower right-hand corner of the other pages that follow.
THE WITNESS: Oh, I see. The right side -- right hand -- right-hand

Ahmed Ashour

corner?

MR. RAMIREZ: Yes, lower right-hand corner.

THE WITNESS: Okay.

Q Do you see the document marked D-1, sir?

A D-1?

Q On the first page, it says D-1, Exhibit D-1.

Do you see that?

MR. RAMIREZ: Lower right-hand corner in a yellow sticker.

A I don't see a D-1, no.

MS. GILCHRIST: Mr. Ashour, this is Chelsea. Have you clicked on the document labeled Exhibit 1 in that folder, and has it opened for you?

THE WITNESS: No, I haven't clicked on the -- on the pdf. I clicked on it now. It's loading, just give me a minute, please.

What is the name of the file, again, please?

MR. DONOVAN: The document

Ahmed Ashour
that I have uploaded is D-1. Can I just share the screen? How do I do that?
THE WITNESS: I don't see D-1. I see retainment agreement.
MR. DONOVAN: I am going to share the screen, sir.
THE WITNESS: Okay.
Q Do you see the screen now, sir? Do you see the document?
A Yes, I do.
Q It says D-1 in the bottom right-hand corner. Do you see that, sir?
A Exhibit D-1, yes.
Q Have you ever seen that document before?
MR. RAMIREZ: If you could scroll down, Bob, just so he can see the entire document, please?
MR. DONOVAN: Sure.
MR. RAMIREZ: Thanks.
Q We will go back to the first page.
A Yes. That is the retainer

Ahmed Ashour
agreement between myself and Reese LLP.
Q I am going to go to the last page which is AA 0005.
Do you see that, sir?
A Yes, I do.
Q Is that your signature there?
A That's my electronic signature, yes.
Q Who placed that signature on the document?
A I did.
Q And on what date was that signature placed?
A On or about January 9, 2019.
Q Did you receive this letter marked D-1 prior to January 9, 2019?
A By letter, do you mean the retainer agreement?
Q Yes, D-1. Did you receive D-1 prior to January 9, 2019?
A I don't recall.
Q And how was the letter received by you; by mail, e-mail, text?
A By e-mail.

Ahmed Ashour

Q At the address indicated there?

A Do you mind reading the address you are referring to?

Q Well, is there an address on the top of D-1 -- there is an address there, it was sent to that.

Is that your e-mail address?

A REDACTED, yes.

Q That is your personal e-mail address?

A Yes, it is.

Q Is it still your personal e-mail address?

A Yes, it is.

Q And your testimony is you don't remember when you received this January 9th letter --

MR. RAMIREZ: Objection --

Q Well --

MR. RAMIREZ: Objection. Mischaracterizes testimony.

Q Do you know when you received the January 9th letter marked D-1?

A Like I said, Mr. Donovan, I

Ahmed Ashour

don't exactly recall when.

Q By looking at your e-mail, because you said you received it by e-mail, that would determine when you received it, right?

A It could, but I don't have that e-mail anymore because I don't hold on to e-mails.

Q Did you delete this e-mail?

A Probably, yes, along with other e-mails.

Q Do you know when you deleted it?

A I don't recall, no.

Q Do you use any other e-mails, other than this particular e-mail address listed in D-1?

A Not besides the one that's being used for today's deposition, no.

Q Prior to receiving D-1, have you ever retained a law firm to represent you in any matter?

MR. RAMIREZ: Objection.

You can answer.

Ahmed Ashour
A Yes, I have.
Q What attorneys?
MR. RAMIREZ: Objection.
You can answer.
A I don't recall the name of the attorneys.
Q It was prior to January 9, 2019?
MR. RAMIREZ: Objection.
You can answer.
A Correct.
And just to clarify, just to make sure I understood your question, your question was have I ever retained a Counsel for any matter; is that correct?
Q That's correct.
A Okay, yes.
Q And did you sign a retainer agreement with that attorney?
MR. RAMIREZ: Objection.
You could answer.
A Yes, I did.
Q And without divulging privileged communication with that

Ahmed Ashour

attorney, what was the nature of the matter that you needed representation for?

MR. RAMIREZ: Objection.

You could answer.

A It related to employment.

Q Did it relate to a need for an employment attorney?

A An employment attorney.

Q So the answer is yes?

A Yes, an employment attorney.

Q Was that involved -- did that involve any legal proceeding or threatened legal proceeding?

MR. RAMIREZ: Objection.

A I don't recall.

Q What was the name of the lawyer?

A I don't recall, Mr. Donovan.

Q Did you review D-1 before you signed it?

A By D-1, do you mean the entire retainer agreement?

Q Yes, the entire agreement.

Ahmed Ashour

A Do you mind repeating the question again?

Q Did you review D-1, that's this agreement in front of you, before you signed it?

A I did, yes.

Q And how long did it take you to review the letter before you signed it?

A I don't recall.

Q More than an hour? Less than an hour?

A I can't give you an estimate, Mr. Donovan. I don't recall.

Q Did you send the letter to your attorneys signed?

A Yes, I did.

Q When I say the letter, I mean D-1. You understand that, right?

A The retainer agreement, yes, I'm referring to the retainer agreement. Yes, I did send it to my attorney signed.

Q And when did you do that?

A I don't recall, Mr. Donovan.

Q And how did you send it to

Ahmed Ashour
them; e-mail, regular mail?
A E-mail.
Q Now I am going to scroll to the last page, it refers to a Michael Reese.
Do you see that on D-1?
A Yes, I do, Michael Reese.
Q Prior to receiving D-1, did you speak or communicate with Mr. Reese?
A I did, yes.
Q And do you remember when?
A I don't remember exactly when, but obviously it would have been before January 9, 2019.
Q Can you approximate when you first spoke to him?
A Late 2018, I would say.
Q When you say late 2018, what does that mean? Can you give me a month?
A Not exactly, no, but I would say sometime between late November and late December, if I have to guess.
Q Well, do you know? You are guessing.
MR. RAMIREZ: Objection. You

Ahmed Ashour
asked him to guess.
MR. DONOVAN: I didn't ask him to guess.
MR. RAMIREZ: You said guesstimate.
MR. DONOVAN: No, I didn't. I said estimate.
MR. RAMIREZ: Same thing. You asked him to guess.
MR. DONOVAN: Not at all.
MR. RAMIREZ: Okay. He estimated and now you are telling him that he's guessing, so I don't think this is relevant. Objection.
Q Do you know when you received -- when you first communicated with Mr. Reese, do you know the approximate date it was?
A Like I said, Mr. Donovan, sometime between late November and late December as an approximation.
Q Fair enough.
And who contacted whom first?
A I contacted Mr. Reese first.

Ahmed Ashour

Q By phone?

A By phone, that's correct.

Q And how did you learn of the existence of the Reese firm?

A I came to know Mr. Reese's firm through an online website.

Q What is the name of that online website?

A Class Action Lawsuits.

Q How did you learn of the existence of the class action lawsuit website?

A Through Google.

Q When did you first become aware of a class action lawsuit website?

A When I first found out about it through Google.

Q When did you search and learn of the existence of the site?

A I'm sorry, are you asking me for a date?

Q Yes.

A I don't have an exact date for you, Mr. Donovan, but I would say

Ahmed Ashour

sometime around the same timeframe that I gave earlier, when I contacted Mr. Reese, so that would be late November 2018 to late December 2018.

Q Why were you looking on the online class action website?

A Mr. Reese's name had come up.

Q So prior to looking at the online class action website -- by the way, does that have a name, the website?

A I believe it's called Class Action Lawsuits. I'm not exactly sure on the -- the exact URL, but I believe it's called Class Action Lawsuits.

Q So when you say that Mr. Reese's name came up, are you saying that you were aware of Mr. Reese before you went on the class action website?

A No, that's not what I'm saying.

Q Okay.

A That's not what I'm saying.

Q When you say Mr. Reese's name came up, what do you mean?

A I mean Mr. Reese's name had

Ahmed Ashour

come up. According to what I remember, I believe he had a case against Arizona in the past, against the defendant in the past, and that's why his name came up.

Q My question to you is: Why were you looking on the online website?

A Because I was trying to contact an attorney.

Q You were trying to contact an attorney for what reason?

MR. RAMIREZ: Let me help out, here. I just want to make sure that he understands that what he can and can't talk about. I think there's some hesitation because Mr. Ashour does not want to give any privileged confidential attorney/client communication.

So, Ahmed, you can -- you can speak about the reasons why you were contacting Mr. Reese, but don't go into any of the specific conversations you had with him. And hopefully, that -- that will help with answering

Ahmed Ashour
Mr. Donovan's question.
THE WITNESS: Sure.
A Well, the Defendants' product clearly stated that it had no preservatives and I got to find out, after reading the ingredient risk, citric acid is present and that's why I wanted to contact an attorney.
Q So would it be fair to say you went on the online website to contact an attorney because you believe that at that point, the Defendants' labels about no preservatives were false because the product had citric acid?
MR. RAMIREZ: Objection.
You can answer.
Q Do you want to rephrase the question, Mr. Donovan?
MR. DONOVAN: Can you repeat the question, please, reporter?
[The requested portion of the record was read.]
MR. DONOVAN: I will rephrase the question.

Ahmed Ashour

THE WITNESS: Thank you.

Q Is it fair to say that you went on the online website because you believed the Defendants' labeling was false?

A No, that's not fair to say that I went on the online website because I believed the Defendants' label was false. Like I said, I went on the online website because I was trying to contact an attorney.

Q And I asked you -- is it fair to say you were contacting an attorney about the Defendants' beverages?

A About the labeling on the Defendants' beverages, yes, that's correct.

Q And my question to you is at the time that you accessed the online website, did you already believe that the Defendants' labeling was false?

MR. RAMIREZ: Objection.

You can answer.

A Correct, correct, yes, I

Ahmed Ashour

believed that the Defendants' labeling was false.

Q With respect to D-1, sir, were you expecting to receive this letter, D-1, before you received it?

MR. RAMIREZ: Objection.

You can answer if you understand.

A I'm sorry, I don't understand the question. Do you mind rephrasing it for me?

Q Were you expecting to receive D-1 before you received it?

A No, I was not expecting to receive D-1 before receiving it.

Q Now, the letter, if we look at D-1, the first paragraph, sir?

A I'm sorry, Mr. Donovan, by expecting to receive D-1, do you mean did Mr. Reese tell me he was going to send a retainer agreement? Because I'm not quite -- I'm not quite sure I know --

Q Yeah. I am not asking you for communications with Mr. Reese, sir. That

Ahmed Ashour

would be privilege. I am asking whether you expected to receive the retainer agreement, D-1, before you actually received it, that's all.

A In what way? Expected in what way, exactly? Because I'm not exactly sure what that means.

Q You don't know what expected means?

A No.

Q Means that --

A No, that's not what I am saying. Expected in what way exactly? Like do you mean Mr. Reese told me he was going to send me a retainer agreement or do you mean did I expect it before speaking with Mr. Reese or how exactly do you mean it?

Q I mean before receiving D-1, did you have any reason to believe that you were going to be receiving a proposed retainer agreement?

A After speaking with Mr. Reese on the phone, obviously I did expect the

Ahmed Ashour

retainer agreement to be in my e-mail because --

Q Fair enough.

A -- that was part of the conversation.

Q I don't want to know the conversation, sir.

A I know, I'm not divulging the conversation. I am just clarifying the point in time at which the expectation was there, just to be clear.

Q And your communication with Mr. Reese was over the phone, you said, and you initiated it?

A To my recollection, yes.

Q How soon after, when you communicated when you looked --

MR. DONOVAN: Strike that.

Q All right. So we are on the topic of D-1, the first paragraph, sir.

Do you see where it says that -- the first paragraph: Thank you --

A Yes.

Ahmed Ashour

Q -- for retaining me and my firm.

Do you see that?

A Yes.

Q And do you see where it states that the Reese firm to represent you in your claims against Arizona Beverages USA LLC and Beverage Marketing USA, Inc., and any other affiliated or responsible entities (collectively, "Defendants") for false and misleading misrepresentations regarding the sugar and caloric content of certain of its beverages (the "product" or "products"), as well as certain health benefits and preservatives and artificial colors of these products.

Do you see that?

A Yes.

Q Do you believe that you were deceived by Defendants regarding the sugar contents of their drinks?

A I'm not entirely sure what sugar contents means specifically.

Q Well, you signed an agreement

Ahmed Ashour

that said, correct me if I'm wrong, that you were retaining a lawyer for, among other things, to file claims for false and misleading representations regarding the sugar content, correct?

A That's --

MR. RAMIREZ: Objection.

You can answer.

A That's what it says.

Q So what did you understand sugar content to mean?

A I believe the sugar content is what's -- what's displayed on the ingredients list of the Defendants' product.

Q And do you believe that you were deceived by the sugar content displayed on the labels of Defendants' product?

A They're not accurate, yes, they're not accurate.

Q What beverages?

A Green Tea With Ginseng and Honey, that is the green tea beverage, as

Ahmed Ashour

well as the Rx Energy Tonic and the Mucho Mango.

Q Any other beverage?

A Those are the only ones I purchased, with the green tea being the majority of my purchases.

Q What was the statement about sugar content on the green tea beverage that you found to be misleading or false?

A It displays the content for one serving, not for the entire can. Not -- not for the entire 23 fluid ounces.

Q Any other reason?

A Not that I'm aware of at this time, no.

Q What about the Rx Energy Tonic; what was false or deceptive about the sugar content of the labeling there?

A The same as the green tea, the Mucho Mango, the same as the green tea, as well.

Q When you --

A So -- so to be clear, none of the ingredient lists display the actual

Ahmed Ashour

content per the 23 fluid ounces of the can. They display it per one serving. And the entire 23 fluid ounces is not a single serving.

Q We are talking about the sugar content, right? So are you saying that they only display the sugar content in one serving rather than the entire container; is that what you are saying?

A I'm -- I'm talking about -- I'm talking about the ingredient list.

Q I am asking about the sugar content claim.

A Well, the caloric content, the sugar content, that's included in the ingredient list, I believe.

Q Was there anything else that you found to be false and deceptive about the sugar content of Arizona beverages?

A Not that I know of at this time, no.

Q Now, with respect to the caloric content, do you believe you were deceived by Defendants regarding the

Ahmed Ashour

calorie content of their drinks?

A Mr. Donovan, I did answer the question. The ingredient list included sugar, caloric content, to my -- to my recollection, it included everything. So like I said, any information that was printed on the 23-fluid ounce can did not represent the serving per the 23-fluid ounce can. It represented it per one serving. And the entire can is not a single serving. So that applies to everything.

Q And when did you first see that statement about, we'll say, the sugar content on Defendants' beverages?

A I don't recall an exact date.

Q Can you give me a year?

A It was around the same time that I noticed citric acid was included in the beverage, so late 2018, I would say.

Q Can you give me a month, when you say late 2018?

A It was around the time between

Ahmed Ashour
late November 2018 and late
December 2018.
Q When you went on the online
website that you mentioned looking for
lawyers, did you have the belief that you
were being deceived by the sugar content
of the Defendants' products?
A Yes, I did.
Q And when you went online, did
you have a belief that you were being
deceived by the calorie content of
Defendants' products?
A Like I said, the information
that was printed regarding servings was
inaccurate, so yes, I believe that it
was -- it was deceitful, yes.
Q And what was inaccurate or
deceitful about the sugar content
statement?
MR. RAMIREZ: Objection.
Asked and answered.
You could -- you can answer
again, Mr. Ashour.
A Like I said, Mr. Donovan, it

Ahmed Ashour

does not represent the serving for the entire can, for the entire 23 fluid ounces can.

Q And what was untrue about the caloric content on Defendants' beverages?

MR. RAMIREZ: Objection.

A I just answered that question.

Q Was it the same reason, that it did not --

A It does not represent -- it does not represent the serving, the serving per the 23 fluid ounces, yes.

MR. DONOVAN: Can I ask the reporter to read -- there was a statement, an answer, maybe two, three answers go by the witness, where he mentioned citric acid. Can I ask the reporter to read back that answer, please? You can read the question, too, but also the answer.

[The requested portion of the record was read.]

Q Sir, did you notice that citric acid was an ingredient in Defendants'

Ahmed Ashour

beverages --

MR. DONOVAN: Strike that.

Q Are you saying that you did not notice citric acid was an ingredient in Defendants' beverages until late 2018?

MR. RAMIREZ: Objection.

You can answer.

A Yes, I'm saying I didn't notice citric acid was an ingredient until late 2018.

Q And had you known that citric acid was an ingredient in Defendants' beverages prior to late 2018, would you have purchased the product?

A Prior to late 2018, no, I wouldn't have purchased the product prior to late 2018. But before a certain point, I probably would have.

Q Why would you not have purchased the product if you knew it had citric acid?

A Because the product says it has no preservatives, and the ingredient list says citric acid is present.

Ahmed Ashour

MR. DONOVAN: Can you read back those answers, questions and answers, please? Where I start about citric acid.

[The requested portion of the record was read.]

Q Prior to late 2018, did you read the statement of ingredients on Defendants' beverages?

A No, prior to late 2018, I didn't read the statement of ingredients on the Defendants' beverages.

Q Now, on that first paragraph of D-1, sir, it also refers to artificial colors of these products.

Do you see that?

A Yes.

Q Do you believe that you were deceived by Defendants regarding the presence of artificial colors in their drinks?

A I don't know. I'm not sure.

Q Well, did you have an understanding what artificial colors

Ahmed Ashour

meant in this letter that you signed?

A It means what it means, artificial colors, colors that are not natural, I guess.

Q And do you know what beverages that you consumed that you believe had artificial colors of Defendants'?

MR. RAMIREZ: Objection.

You can answer.

A I'm not sure at this time.

Q There is a reference in D-1 to certain health benefits.

Do you see that, sir?

A Yes.

Q Are you claiming that you were deceived by Defendants regarding the health benefits of their drinks?

MR. RAMIREZ: Objection.

You can answer.

A To a certain extent, yes.

Q What beverages?

A Any beverages I purchased that contain citric acid. So that means the Green Tea with Ginseng and Honey, Rx

Ahmed Ashour
Energy Tonic and Mucho Mango.
Q What did the labels say on Defendants' products about health benefits?
MR. RAMIREZ: Objection.
You can answer.
A I don't recall at this time.
Q Well, do you know?
MR. RAMIREZ: Objection.
Asked and answered.
Q Do you know, sir?
A I don't recall at this time, Mr. Donovan, as to health benefits.
Q When did you first come to the belief that the statements about health benefits were false?
MR. RAMIREZ: Objection.
Asked and answered.
Q Sir?
A I don't recall at this time, Mr. Donovan.
Q On D-1, second-to-last paragraph, sir, there is a reference on the last sentence to a draft Complaint

Ahmed Ashour

sent to you.

Do you see that?

A Which paragraph, again?

Q It's the second-to-last paragraph, sir. Below, on the first page, D-1, it says: Purpose of Representation.

A Okay, yes, I see that.

Q The last sentence of that first paragraph refers to a draft Complaint sent to you.

Do you see that?

A The second-to-last paragraph, yes, I see that.

Q Did you receive a draft Complaint prior to signing the January 9th letter marked D-1?

A What do you mean by a draft letter?

Q I will rephrase the question.

Did you receive a draft Complaint prior to receiving D-1?

A I don't recall.

Q Do you ever remember reviewing

Ahmed Ashour

a draft Complaint in this case?

A I don't recall, Mr. Donovan.

Q Do you have any friends who work or have worked at the Reese law firm?

A I'm sorry, can you repeat the question again?

Q Do you have any friends who work or who have worked at the Reese law firm?

A No, I don't.

Q Do you have any friends who work or have worked at the Pearson law firm?

A No, I don't.

Q Do you know any person other than your attorney who has ever filed a class action Complaint or participated in any way in a class action?

MR. RAMIREZ: Objection.

A Other than my attorney, do you mind specifying?

Q Yes. Other than your attorneys, do you know of any person who

Ahmed Ashour
ever filed a class action Complaint or participated in any way in a class action?
MR. RAMIREZ: Objection.
You can answer.
THE WITNESS: Carlos, did you say I can answer?
MR. RAMIREZ: You can answer. You can try to answer without divulging any privileged communications between you and your attorneys.
A No, I don't know of any person that participated in a class action.
Q Do you know anybody who wants to join this lawsuit?
A As in know them personally?
Q No, know their existence, sir.
A Not at this time, no.
Q Going back up to the first paragraph, sir, of D-1.
Do you still want to pursue claims against the Defendants about representations concerning sugar content?

Ahmed Ashour
MR. RAMIREZ: Objection.
You can answer.
A If there are any amendments to the Complaint, I'm sure my attorneys are going to take care of that, Mr. Donovan.
Q Do you still want to pursue those claims, sir?
MR. RAMIREZ: Objection. Asked and answered. And it mischaracterizes his testimony.
MR. DONOVAN: I'm not characterizing anybody's testimony here.
MR. RAMIREZ: You are. You are saying that if he still wants to as if he wanted to ever, and it's not clear from the record or his testimony that he ever did want to pursue these claims.
MR. DONOVAN: Speaking objections are improper.
MR. RAMIREZ: I understand, but if you want to play games like that, then I am going to have to

Ahmed Ashour
speak.
MR. DONOVAN: You know that.
MR. RAMIREZ: I know that and
I have been very calm and very
patient.
Q Have you ever visited
Defendants' website?
A Yes, I have. Once.
Q For how long?
A Short amount of time, but I
can't give you an exact figure.
Q Less than ten minutes, more
than ten minutes?
A I can't give you an exact
figure, Mr. Donovan.
Q I am not asking for an exact
figure, sir. I am asking for an
estimate. Less than ten minutes --
A I can't give you an estimate,
I'm sorry.
Q So you don't know, correct?
A I can't give you an estimate.
Q Do you know how long you
visited the website in terms of time?

Ahmed Ashour

MR. RAMIREZ: Objection.

A I didn't visit the website several times. I visited the website one time. And I can't provide an estimate.

Q Do you know how long in time that you visited the website?

MR. RAMIREZ: Objection, again.

A I can't provide an estimate as to time, Mr. Donovan.

Q When did you first -- you say you only went once. When did you do that?

A To my recollection, it was sometime after January 9, 2019.

Q And why did you visit the website?

A I wanted to view the way the green tea product was advertised.

Q What did you see?

A Well, I wanted to see whether it said no preservatives and no artificial flavors and a hundred percent natural on the website. And to my

Ahmed Ashour

recollection, it did say it. Maybe it wasn't directly on the can, itself, but it did say it somewhere on the -- on the page.

Q Did you see anything else on the website when you visited it that one time?

A No, I didn't.

MR. DONOVAN: Carlos, it's probably a good time to take a break.

MR. RAMIREZ: Great. Thank you. For how long do you think?

MR. DONOVAN: Well, you know, I appreciate -- we are off the record?

MR. RAMIREZ: Yes.

THE VIDEOGRAPHER: You are not off the record yet. Do you want to go off the record?

MR. RAMIREZ: Yes, please.

MR. DONOVAN: Yes. We are taking a lunch break.

THE VIDEOGRAPHER: This will be the end of video media disk number one, the time is 12:47 p.m., and we

Ahmed Ashour

are going off the video record.

[A luncheon recess was taken.]

* * *

[Whereupon, after a luncheon recess was taken, the following was had:]

A F T E R N O O N  S E S S I O N

THE VIDEOGRAPHER: We are back on the record. This is video media disk number two. The time is 1:36 p.m.

BY MR. DONOVAN:

Q Good afternoon, Mr. Ashour. We are back on the record and you are still under oath.

You understand that, right?

A Good afternoon, Mr. Donovan.

Ahmed Ashour

Yes.

Q I am going to go to Exhibit Share again, sir, so bear with me.

A Is it the same -- the same exhibit we were looking at?

Q I am going to go to another document. Bear with me.

A I can load it from my computer if you tell me the name of the file.

Q I think I am going to do that. I don't know, maybe you can, I don't know.

(Exhibit D-2 was marked for identification, as of this date.)

MR. DONOVAN: I have marked as D-2 for identification.

THE WITNESS: I'm sorry, what's the name of the file again?

MR. DONOVAN: May 13, 2019, retainer agreement.

MR. RAMIREZ: On Veritext Exhibit Share, it's the second one there and it pops up.

THE WITNESS: Yes, I'm

Ahmed Ashour
loading the files right now.
MR. RAMIREZ: Click on the pdf side and that's what I did, it popped it right up.
THE WITNESS: Exhibit D-2, 0002, is that it?
MR. DONOVAN: It's Bates stamped -- yeah, it's Exhibit D-2. It's Bates stamped AA 0006 through 0010.
Q Do you see that, sir?
MR. RAMIREZ: Ahmed, the Bates stamp is what that little letter and numbers at the bottom, the lower right-hand corner.
THE WITNESS: Yes, I'm looking at them right now.
A 0006 through 0010, yes.
Q Do you have that in front of you, sir?
A Yes.
Q Have you ever seen that document before?
A I believe it's the same

Ahmed Ashour

retainer agreement that we were looking at before the break.

Q Do you recall receiving D-2, sir?

A If it's the same retainer agreement we were looking at before the break, then yes.

Q Do you recall reviewing D-2, sir?

A If it's the same retainer agreement that we looked at before the break, then yes.

Q What if it's not the same retainer agreement, sir?

A If it's not the same and it doesn't have my signature on it, then I can't provide an answer as to whether or not I reviewed it.

Q If you go to page 10, you will see your name and --

A Yes, I'm looking at AA 00010.

Q Do you recall electronically signing another retainer agreement in this case?

Ahmed Ashour

A Another retainer agreement?

Q Yes. Separate from D-1.

A Yes, I do.

Q And when did you do that?

A I believe it was after the first retainer agreement was signed, was executed. And the reason for that was the addition of Pearson Simon and Warshaw, LLP.

Q And is D-2 the second retainer agreement that you signed?

A Yes. It lists Pearson Simon and Warshaw LLP, so this would be the second retainer agreement, yes.

Q And how did you receive this agreement, sir?

A As far as I remember, it was through Docusign via e-mail.

Q And when did you receive it?

A I can't provide an exact date.

Q Can you give me -- was it a week or days before May 13th; do you know?

A I can't provide an exact date

Ahmed Ashour
as to when before May 13th.
Q I am not asking for an exact date. I'm asking whether you can tell me whether it was days before May 13th?
A I don't want to be inaccurate, so I can't provide an answer to that.
Q Now, in the letter, there is a reference, on the top of page 2 of 5, third line, to a draft Complaint.
Do you see that?
A Page 2 of 5, which paragraph?
Q The third line down from the top.
A Okay.
Q Did you receive a draft Complaint?
A It says that I did, so yeah, I did. My draft Complaint -- my draft Complaint -- I'm sorry, my draft Complaint, you are not referring to the retainer; you are referring to the Complaint against the defendant? Because I -- I got those confused.
Q Did you receive a draft

Ahmed Ashour

Complaint in connection with D-1, which is not before you, but which is the letter of January 9th that we spent a great deal amount in the morning session? Are you saying you now recall receiving a draft Complaint with D-1?

A Well, I would like you to clarify by draft Complaint, you are not referring to a different version of the retainer; is that correct?

Q Sir. It says draft Complaint. I'm referring to whether you recall receiving a draft Complaint referenced in D-1 which, yes, would not be D-1; it would be a separate document.

Do you remember receiving a draft Complaint in this case?

A If draft Complaint does not mean a different version of the retainer, then I believe I did receive a draft Complaint, yes.

Q And when did you receive that draft Complaint for the first time?

A I don't have an exact date for

Ahmed Ashour

you, Mr. Donovan.

Q Well, can you give me a month and a year?

A It must have been after the retainer with Reese LLP was signed. That's as accurate as I can get.

Q I am going to go back to D-1.

A Okay. Just give me a minute, please.

Q Please let me know if you are on D-1.

A I'm loading the document. Just give me one second, please.

Q Take your time.

A Okay, D-1.

Q Now, that refers, on the third full paragraph, last line, to a draft Complaint, quote, sent to you, end quote.

Do you see that?

A Yes, I do.

Q Was a draft Complaint sent to you prior to January 9, 2019?

A I don't remember. I don't recall.

Ahmed Ashour

Q But you do remember receiving a draft Complaint?

A Yes.

Q You just don't know when you received that?

A I don't remember when it was received. I don't have an exact date or an accurate approximation, no.

Q But you know it was -- you don't know whether it was before January 9, 2019?

A I'm sorry?

Q You don't know whether it was before January 9, 2019?

A I am not sure, no.

Q Do you know who sent the Complaint to you?

A Reese LLP.

Q And it was sent to this e-mail address, indicated on D-1?

A REDACTED, yes, it was.

Q Do you remember reviewing that draft Complaint?

Ahmed Ashour

A Yes. I must have reviewed it, yes.

Q Do you remember how many pages it was?

A I don't remember how many pages it was, no.

Q More than five? Less than five?

A I don't remember how many pages the draft Complaint was.

Q And were you expecting to receive the draft Complaint before you received it?

A In a matter of speaking, yes.

Q So it would be fair to say that prior to receiving the draft Complaint, you already believed that you had been deceived by the Defendants' product label?

A Sorry, apologies about the noise.

Can you repeat the question again?

Q So it's fair to say that before

Ahmed Ashour

you received the draft Complaint, you already believed you were deceived by Defendants' labeling?

A Yes, that's right.

Q Was the draft Complaint referred in D-1 satisfactory to you?

A Satisfactory in what way?

Q In content.

A There might have been a few amendments, but overall, yes, it was.

Q How much time before you received the draft Complaint, in days or weeks, if you can estimate, did you believe that you had been deceived by Defendants' labels?

A I can't estimate the time.

Q Was it more than a week? Less than a week?

A Like I said, Mr. Donovan, I can't estimate the time.

Q Because you don't know?

MR. RAMIREZ: Objection.

Q Why can't you estimate the time?

Ahmed Ashour
MR. RAMIREZ: Objection.
A Because I'm not sure when I received the draft Complaint. I don't have an exact date or an accurate approximation.
Q If we could, sir, please go to D-2. That's the document that we just previously marked, sir.
Do you see that?
A D-2, yes.
Q So going back to the top of page 2 of 5, the third line that says the draft Complaint.
Do you remember receiving any other drafts, other than the one draft, or did you receive more than one draft Complaint?
MR. RAMIREZ: Objection.
You can answer.
THE WITNESS: Sorry, Carlos, did you -- did you object?
MR. RAMIREZ: I said objection, you could answer.
THE WITNESS: All right.

Ahmed Ashour

A As I stated before, there might have been a few amendments, but as to how many draft complaints I got, I don't have an exact number.

Q But there was more than one?

A I would say at least more than one.

Q Do you know of an attorney named Melissa Weiner, W-E-I-N-E-R?

A Yes. She's an attorney with Pearson Simon and Warshaw LLP.

MR. DONOVAN: I am going to go back on to Exhibit Share. Please bear with me.

(Exhibit D-3 was marked for identification, as of this date.)

Q Okay. I have uploaded a document marked D-3, which is a declaration. Please let me know if you have accessed that, sir.

A Just give me a second, let me --

Q Take your time.

A -- let me load the file.

Ahmed Ashour
Yes, I see D-3, Exhibit D-3.
Q Is that your signature on that, sir?
A Yes, it is.
MR. DONOVAN: I am going to be marking an another document.
Q Before I do that -- let me go back to the screen. I have to get back to the screen, bear with me.
MR. DONOVAN: How do I get back to the screen, I'm sorry?
MS. GILCHRIST: Mr. Donovan, this is Chelsea, I can assist if needed.
MR. DONOVAN: Yeah, I just need to get back to the screen because I am going to have a couple of questions before I mark the document.
MS. GILCHRIST: Sure, the screen with the exhibit we were previously viewing, the D-3?
MR. DONOVAN: Yes. No, no, no. I want to go back just to a regular screen without a document.

Ahmed Ashour
MS. GILCHRIST: Oh, there should be a white arrow in the top left. Do you see that?
MR. DONOVAN: Yes.
MS. GILCHRIST: Click that, and that should bring you back to view the marked exhibits folder.
MR. DONOVAN: I want to go to the regular -- oh, here we go, I'm sorry, sir.
Q Do you know when this lawsuit was filed?
A Give me a minute, please.
Q Is there something you need to review to answer that, sir? Sir, you really -- for the record, you can't be reviewing other documentation without -- that's got to be memorialized in the record. So if you need to review a document to answer that.
Are you reviewing a document in answering that question?
A No. I'm looking at the exhibit that you pulled up.

Ahmed Ashour
Q You mean D-3?
A Come again?
Q What are you looking at, D-3?
A D-3, exactly, yes.
Q Do you know when this lawsuit was filed?
A I don't have the date on me, no.
MR. DONOVAN: Bear with me, sorry. I am going to go back on Exhibit Share.
I'm marking an exhibit.
Sorry, thank you --
THE WITNESS: That's okay.
MR. DONOVAN: Thank you for your patience.
(Exhibit D-4 was marked for identification, as of this date.)
THE WITNESS: I'm sure Mr. Ramirez has the exact date, if you are -- if you are interested in knowing, Mr. Donovan.
Q I have marked D-4 for identification. Tell me if you have

Ahmed Ashour

access to that, sir. It's Bates stamped AA 13 through 14. Tell me when you have that in front of you, sir, please.

A You are referring to Exhibit D-4?

Q Yes, please.

A Yes, I have it loaded.

Q Have you ever seen that document before?

A Yes, I have.

Q When was the first time you saw it?

A I don't have an exact day for you.

Q Well, was it around May of 2019?

A I would guess it would have been around May 2019, yes.

Q I am not asking you for a guess.

Do you know?

A I'm sorry?

Q I'm not asking for a guess.

Do you know?

Ahmed Ashour

A That's my answer, I guess it would have been around May 2019.

Q My question is: Do you know?

A I guess it would have been around May 2019.

Q Sir, you understand there is a difference between guessing and knowing.

A I'm giving you the best answer I can, Mr. Donovan.

Q I understand that, sir. My question is: Do you know?

A I guess it would have been around May of 2019.

Q Did you authorize D-4 to be sent?

A I'm sorry?

Q Did you authorize D-4 to be sent?

A If it needed my authorization, then I did, yes.

Q Do you know when the Complaint in this action was initially filed?

A I don't have an exact date on me, but Mr. Ramirez can help you with

Ahmed Ashour
that, if you are interested, as I stated before.

MR. DONOVAN: I am going back into Exhibit Share. Please bear with me.

(Exhibit D-5 was marked for identification, as of this date.)

Q I have marked D-5, sir. Please let me know when you have accessed that.

A Sure, just give me a minute, please.

Exhibit D-5, yes.

Q Can you tell me what D-5 is, sir?

A I'm sorry?

Q Can you tell me what D-5 is?

A Sorry, there was a lot of noise around me. Do you mind repeating?

Q The protocol requires everybody to make sure that they have -- I understand that there is going to be noise sometimes, but this is getting a little frequent. Please close your window, if you could, whoever has their

Ahmed Ashour

window open. I don't know who does.

Can you tell me what D-5 is?

A Class Action Complaint Jury Trial Amended. It's a filing with the United States District Court, Central District of California, Western Division.

Q Have you ever seen D-5 before?

A I'm sure I have at some point, yes.

Q Do you remember the first time you saw D-5?

A I don't remember the exact date, Mr. Donovan, no.

Q Can you give me an approximate date?

MR. DONOVAN: I hear someone on the computer --

A The best --

MR. DONOVAN: I'm sorry, go ahead.

A I'm sorry. The best approximation I can give you is during May of 2019.

Q Can you tell me whether it was

Ahmed Ashour

before or after May 14, 2019?
A I'm sorry?
Q Can you tell me if it was before or after May 14, 2019?
A It says it's filed on May 14, 2019, so if I reviewed it, it must have been before May 14, 2019.
Q Did you authorize D-5 to be filed, sir?
A Just give me a minute, here, please.
Q Are you looking at something, sir, other than D-5, if I can ask you?
A No, Mr. Donovan. I'm looking at D-5. I'm scrolling all the way to the bottom, but my computer's a bit slow, so I'm scrolling all the way to the bottom of the file. If you can give me just a minute, please.
It's taking time to load, but if it did need authorization, then yes, I did authorize it. And I do see my -- I do see my signature, page -- where is that? That is the very last page of

Ahmed Ashour

the -- of the exhibit. I do see my signature. Dated May 8, 2019. That's my declaration.

Q You authorized this Complaint to be filed around May 8, 2019?

A My declaration was signed May 8, 2019.

Q Right. Does that assist you in making a determination as to when you authorized the Complaint to be filed?

A No. It does not assist me in giving an exact date, but like I said, if it needed authorization, other than that declaration, then yes, I authorized it. As to when, I don't have an exact date.

Q The Complaint was filed on May 14, 2019.

You see that, correct?

A Yes, I do see that.

Q Do you know why it took about five months between you retaining a lawyer and filing a Complaint?

A I'm not sure. That's -- I believe Mr. Ramirez would be more

Ahmed Ashour

informative on that part.

Q Well, during that period, were you available?

A I was available.

Q You weren't traveling anywhere?

A No, I wasn't.

Q Now, if you could, go back to D-5, if you could, sir. I guess that's in front of you. There are photographs attached to this Complaint.

A D-5, I'm sorry, the same exhibit we are on?

Q Yes.

A Okay.

Q You will see Exhibit A to the Complaint, there's photographs.

A Sorry, let me just load the --

Q The end of the Complaint, Exhibit A.

A Yes, I'm scrolling up to Exhibit A right now. Just give me a minute, please.

Okay, Exhibit A, yes.

Q Do you know who took those

Ahmed Ashour

photographs?

A I don't know who took those photographs, no. I'm not sure.

Q Now, this Complaint, do you remember how this compares in terms of length with the draft Complaint; was it longer, shorter, or around the same number of pages?

A I don't remember exactly, no.

Q If you can go to paragraph 37 of D-5, sir?

A Paragraph 37, okay, just give me one second, please.

Yes, paragraph 37.

Q That statement refers to you purchasing RX Energy Herbal Tonic and Arizona Green Tea with Ginseng and Honey on several occasions, roughly two to three times per week.

Is that true?

A The two to three times per week is in reference to the Green Tea with Ginseng and Honey.

Q Is that paragraph true,

Ahmed Ashour
paragraph 37?
MR. RAMIREZ: Objection,
form.
You can answer.
A Again, the two to three times per week was in reference to the Green Tea with Ginseng and Honey.
Q I understand that, sir, but I'm just asking, is that paragraph 37 true and accurate?
MR. RAMIREZ: Objection.
Form.
You can answer.
A Do you mind repeating the question, Mr. Donovan?
Q Is paragraph 37 true and accurate?
MR. RAMIREZ: Objection.
Form.
You can answer.
A Once again, the two to three times per week was in reference to the Green Tea with Ginseng and Honey.
Q I understand that, sir.

Ahmed Ashour
Subject to that qualification, is paragraph 37 true and accurate?
A I already answered your question, Mr. Donovan.
Q Can you tell me why Mucho Mango is not mentioned in paragraph 37?
A That's an inadvertent -- it was inadvertently left out.
Q Now, I know you alluded to this earlier and in response to other questions that dealt with the D-1 letter, but I would like to go through your purchasing history.
What Arizona beverages have you purchased?
A I've purchased Green Tea with Ginseng and Honey, Arizona Rx Energy Herbal Tonic and Mucho Mango.
Q When did you purchase the Arizona green tea?
A When, as in the first time?
Q Each time.
A It was between 2014 and 2018.
Q Can you give me dates when you

Ahmed Ashour
made these purchases of green tea?
A Exact dates? Are you asking for exact dates?
Q I'm asking for dates, yes, month, day and year. Can you give me dates when you purchased the Arizona green tea?
MR. RAMIREZ: Objection.
You can answer if you can.
A No, I can't give you day, month and year of every purchase.
Q Can you give me month and year of every purchase?
A No, I can't.
Q Can you give me the month when you began purchasing it, the green tea?
A Not the exact month, but it was sometime around late 2014, I would say. Excuse me.
Q And when you say late 2014, what do you mean?
MR. RAMIREZ: Objection. Form.
You can answer.

Ahmed Ashour

A I would say the fourth -- the fourth -- the fourth quarter, the last quarter of 2014, sometime around that time.

Q So that would be October, November, December?

A Some -- yeah, sometime around September, October, November, December, yeah.

Q So when you say the fourth quarter, you are referring to four months, September through December, correct?

A Sure --

MR. RAMIREZ: Objection.

A -- yes.

Q And when you say late 2018, for your purchases of Arizona green tea, can you give me a month in 2018?

A The last time I purchased in late 2018 would be sometime in November of 2018.

Q And how do you know the month for the last time you purchased it?

Ahmed Ashour

A Because I contacted Mr. Reese between late November and late December 2018.

Q Now, with respect to the Arizona green tea, where did you make the purchases?

A 7-Eleven and CVS.

Q Anywhere else?

A No.

Q Could you give me the address? Is it just one particular 7-Eleven, or more than one?

A More than one.

Q Could you give me the addresses?

A I can't give the addresses, Mr. Donovan.

Q Do you know the addresses?

A To give you -- I can give you the location of the last address where I purchased an Arizona green tea, if that's what you want, but the other addresses, there's no way for me to remember.

Q Why don't you give me the

Ahmed Ashour
addresses that you remember where you made the purchase of the green tea?
    A     I can give you the address of the last CVS that I made the purchase at.
    Q     We are on 7-Eleven now.  We will get to the CVS in a minute.
    A     I -- the last purchase I made was at a CVS.
    Q     Understood.  My question is you say --
    A     I -- I can't give you the address of a 7-Eleven, not a particular one.
    Q     And you can't give me an address because you don't know the address, correct?
          MR. RAMIREZ:  Objection.
    A     No, I can't give you the address because I don't remember the addresses.  I can tell you where the 7-Eleven is, ballpark, if that would suffice.
    Q     Tell me what you know about the location of the 7-Eleven that you

Ahmed Ashour

purchased the green tea at.

A One of those locations was in the Hollywood area, I believe it was towards East Hollywood on Bronson and Hollywood Boulevard, if my memory serves me right.

Q Do you remember the locations of any other 7-Eleven where you purchased the green tea?

A No.

Q Now, the CVS, you purchased at more than one CVS, the green tea?

A I would say yes.

Q Can you tell me the locations?

A I can give you the location of the last purchase.

Q Where was the last purchase of green tea at CVS?

A When or where?

Q Sorry, where.

A That CVS is located on Cahuenga Boulevard in Hollywood. I don't have the exact address on me.

Q Is it close to where you live?

Ahmed Ashour

A It is close to where I live, yes.

Q How far?

A Five-minute walk, maybe.

Q That's the CVS location where you made your last purchase of green tea.

Do you know the locations of the other CVSs where you made purchases of green tea?

MR. RAMIREZ: Objection.

A No.

MR. RAMIREZ: Asked and answered.

Q How many Arizona green tea products did you purchase?

MR. RAMIREZ: Objection to form.

You can answer.

A I don't have an exact amount -- exact amount, excuse me.

Q Can you give me a reasonable estimate of how many Arizona green tea products that you purchased?

A I can't, no, I'm sorry.

Ahmed Ashour
Q Can you tell me whether it was more than a hundred or less than a hundred?
A I can't give you an approximation, Mr. Donovan.
Q And you can't give me an approximation because you don't remember?
MR. DONOVAN: Strike the question.
Q Why can't you give me a reasonable approximation of how many Arizona green teas that you bought?
A Because it's an unreasonable question. How do you expect me to give you an approximation for purchases I made between 2014 and 2018?
Q You understand that you are in a lawsuit where you are suing Arizona, correct?
A Yes, I understand that, yeah.
Q And you are seeking class certification and you are making individual claims.
You understand that, correct?

Ahmed Ashour

A What do you mean by individual claims?

Q You understand that you have individual claims against Arizona?

A Yes, I have individual claims, yes, and class claims, yes.

Q You are saying it's unreasonable to ask you how many Arizona green iced teas that you purchased to form the basis of the lawsuit?

A That's exactly what I mean.

MR. RAMIREZ: Objection --

Let me --

Objection, argumentative.

You can answer.

THE WITNESS: Sorry, sorry, Carlos.

A Yes, that's exactly what I'm saying.

Q Do you know how many Arizona green --

MR. DONOVAN: Strike that.

Q Do you know how many Arizona green iced tea products that you

Ahmed Ashour

purchased?

MR. RAMIREZ: Objection.
Asked and answered for the third time.

Q Is there a response?

THE WITNESS: Carlos, should
I answer that?

MR. RAMIREZ: Give him the
same answer you have been giving.

A I don't know how many green tea
Arizona drinks I've purchased between
2014 and 2018, no.

Q Do you know what you paid for
the Arizona green iced teas?

A Yes. It was $0.99 plus
whatever the sales tax was between those
years.

Q So each time you made a
purchase of Arizona green iced tea, it
was the same price, $0.99 plus sales tax?

A That's correct.

Q And how would you customarily
pay for the Arizona iced tea?

A In cash.

Q Did you pay with your funds?

Ahmed Ashour

A My funds, as in my money? Is that what you mean?

Q Yes.

A Yes, I did.

Q And did you consume the beverage each time, the green tea beverage each time?

A Yes, Mr. Donovan, I did.

Q Did you ever return the product?

A No.

Q Did you like the taste of the product?

A Sure.

Q Did you like the flavor of the green tea?

MR. RAMIREZ: Objection. Asked and answered.

You can answer again.

A Sure, yes.

Q Did the product quench your thirst at times?

A I don't know. Maybe. I don't know.

Ahmed Ashour

Q What were your reasons for purchasing the green tea product?

A I was looking for a green tea drink after coffee shop hours.

Q What do you mean, after coffee shop hours?

A I mean, whenever coffee shops were not open, I was looking for a green tea drink.

Q Okay.

A Later hours of the day, that's what I mean.

Q So when coffee shops were closed, but convenience stores were open, you looked at the green tea as an alternative to coffee?

A No. As an alternative to freshly brewed green tea.

Q Any other reason for the purchase of the green tea?

A For purchasing that particular product, your Defendants' product?

Q Yes.

A Well, the labeling on your

Ahmed Ashour

Defendants' product, particularly the no preservatives claim, that's what mainly influenced me to make that specific purchase and go with your Defendants' product, yes.

Q Any other reasoning -- any other reasons, excuse me, for purchasing the green tea product?

A Any other reason for purchasing that particular product, no, besides what I stated.

Q Bear with me a moment, please.

A Sure.

MR. RAMIREZ: Bob, I'm sorry to interrupt, but maybe if we could take a break soon, would it make sense? We have been going for about an hour and ten minutes or so?

MR. DONOVAN: Yeah, can I go -- well, you know, yeah, you need a break, of course.

MR. RAMIREZ: No, just, I mean, Mr. Ashour has been on the hot seat there for many hours. I just

Ahmed Ashour
want him to be refreshed.
MR. DONOVAN: Sure, okay.
MR. RAMIREZ: If he needs a bio break or -- if we could just get ten minutes.
MR. DONOVAN: Sure.
THE WITNESS: Before we go on break, I just want to state for the record to clarify when I say labeling, I do mean the claims of 100 percent natural and no artificial flavors as well, but what I relied on the most is no preservatives, just to make that clear.
MR. DONOVAN: Okay.
THE WITNESS: All right?
MR. DONOVAN: Do you want a ten-minute break?
MR. RAMIREZ: Yeah, I think it makes sense, if you wouldn't mind?
MR. DONOVAN: Of course. So we will reconvene, you know, somewhere around 2:46, 2:47. I'm not going to hold anybody to that.

Ahmed Ashour
MR. RAMIREZ: Great.
MR. DONOVAN: Are we off the record, sir, now?
MR. RAMIREZ: Yes.
THE VIDEOGRAPHER: This will be the end of video media disk number two. The time is 2:40 p.m., and we are going off the video record.
[A recess was taken.]
THE VIDEOGRAPHER: We are back on the video record. This is video media disk three. The time is 2:54 p.m.
MR. DONOVAN: Can I have the reporter read back, there was a statement made by the witness right before we went off, if that could just be read to me or read to everybody?
[The requested portion of the record was read.]
MR. DONOVAN: Can I also have the reporter read back to me, this may go back a couple of pages. The witness had referred to Mr. Reese in

Ahmed Ashour

connection with a date of what he referred to as November of 2020. I don't know if you have a word search, you could pull that up for me?

I could tell you it was in connection with the question and answer with the last quarter and the witness said in connection, something along the lines of, you know, a date of November 2020 as his last purchase, and then I think I asked the witness why he knew of that date. Is that helping you?

THE WITNESS: It was 2018, not 2020.

MR. DONOVAN: My mistake, correct.

MR. RAMIREZ: That makes more sense.

MR. DONOVAN: I'm sorry.

REPORTER: I found it.

Q And prior --

MR. DONOVAN: We are on the record, right?

Ahmed Ashour

Q And, sir, prior to contacting Mr. Reese, you went on that online class action website, correct?

A On the online class action? Yes.

Q And that's how you learned of Mr. Reese's identity?

A Yes.

Q And then you called Mr. Reese?

A Correct.

Q And did he take your call the same day that you called?

A I don't remember, Mr. Donovan.

Q And do you remember -- I am not asking you for the communication with Mr. Reese.

I am just asking: Do you remember having a telephone communication with him?

A Yes, I do.

Q And do you remember how long that communication was?

A Not exactly, but I don't know, between 45 minutes -- at least 45 minutes

Ahmed Ashour

to an hour, I would say, I don't know.

Q And after that communication, at some point you received the draft Complaint, correct?

A Correct.

Q And you testified that you Googled online this class action website; meaning you found it on Google?

A I found out about it through Google, yes.

Q Did someone, a non-attorney, tell you to Google to look for class action lawyers?

A No.

Q This was of your own volition?

A I'm sorry?

Q Your own decision?

A My own decision, yes.

THE WITNESS: Look, Mr. Donovan, I'm -- I'm trying to keep this like as straightforward and short as possible. I contacted the attorneys, my own attorneys on my own accord. I authorized them. They've

Ahmed Ashour
been keeping me in the loop.
So like I don't -- I don't know what else in regards to that that you're trying to know.
Q Now, with respect to the Rx Herbal Energy drink.
THE WITNESS: No comment?
Okay, no comment.
Q With respect to the Rx Herbal Energy Drink.
A Uh-huh.
Q When did you make those purchases?
A Rx Energy Drink and Mucho Mango were made, the purchases were made in 2018. And I purchased them a couple of times each. Most of my purchases were the green tea Arizona drink, and those purchases of the green tea Arizona drink were made between 2014 and 2018.
Q I am asking you about the Rx Energy Drink. You said you purchased it in 2018.
When?

Ahmed Ashour

A I don't have an exact month or date for you, Mr. Donovan.

Q Can you tell me an approximate month or period in 2018 when you purchased the Rx Energy Drink?

A Sometime later in 2018. That's the best approximation I can give you.

Q So when you say later 2018, it could have been in October, November or December, you don't know?

MR. RAMIREZ: Objection. Form.

You can answer.

A Could have been October, November. Could have been September. Again, I don't have an accurate approximation.

Q Could it have been December 2018?

A It could have been. I -- I'm not sure. Could have been.

Q And where were the purchases?

A The CVS store.

Q Anywhere else?

Ahmed Ashour

A No.

Q Can you give me the address of the CVS store?

A It's the CVS store on Cahuenga Boulevard that's close to my -- to my place of residence.

Q Same place where you bought the green tea?

A Same place where I made -- where I made the purchase -- the last purchase of the green tea, yes.

Q Do you know whether you purchased the Rx Energy after the last purchase of the green tea or before?

A Before the last purchase of the green tea. The very last purchase I made of an Arizona product was that of the green tea, and it was at the CVS store.

Q Which you say was in November 2018, correct?

A Sometime between late November and late December of 2018.

Q Was what?

A Come again?

Ahmed Ashour

Q What happened sometime between late November and late December of 2018?

A That -- that's when the last purchase of the green tea happened.

MR. RAMIREZ: Objection.

Objection to form.

Go ahead, answer.

A Sorry, that was when the last purchase of the green tea product was made.

Q Now, with respect to the Rx Energy product, how many did you purchase?

A As I stated before, I made a couple of purchases of that -- of that drink and a couple of purchases of the Mucho Mango. The point is the majority of my purchases were that of the green tea, Arizona green tea product.

Q Do you know how many items of Rx Energy drinks that you purchased?

MR. RAMIREZ: Objection.

Asked/answered.

You can answer again.

Ahmed Ashour

A I made a couple of purchases of the Rx Energy and a couple of purchases of the Mucho Mango. The point is the majority of my purchases were that of the Arizona green tea drink.

Q When you say a couple, do you mean two?

A Two, sure.

I -- I really don't think it makes much of a difference, a couple, two, three. The point is, like I am trying to explain to you, Mr. Donovan, is that my majority -- the majority of my purchases were that of the Green Tea Arizona drink. I bought Rx Energy a few times, Mucho Mango a few times. The point is the purchases were made.

And your client says there is no citric acid in these drinks, there is no preservatives in these drinks, and there is citric acid. That was the point. That is the whole point of why we are here today.

Q How much did you pay for the Rx

Ahmed Ashour
Energy drink?
A $0.99 plus whatever the tax was.
Q Did you pay in cash?
A In cash, yes, sir.
Q Why did you purchase the Rx Energy product?
A I was interested in trying a new flavor, that's -- that's -- that I haven't tried before, by Arizona. You know, it's a big name. People trust it, so...
Q Any other reason?
A No, no other reason. Purely to try it out. That's it.
Q Now, the Mucho Mango, when did you make those purchases?
A Around the same time I made the purchases of the RX Energy.
Q And that would be either November or December 2018?
A Around the same period I stated, October, November, December.
Q And where did you make that

Ahmed Ashour

purchase?

A The CVS store. The same CVS store I bought the RX Energy from.

Q Did you buy the --

A Excuse me.

MR. DONOVAN: Strike that.

Q Did you buy the Mucho Mango the same time you bought the RX Energy?

A Are you asking me if I bought them together?

Q Yes.

A No, I didn't buy them together.

Q And how many Mucho Mangos did you purchase?

A A couple.

Q Two?

A A couple, Mr. Donovan.

Q When you say a couple, do you mean two?

A Sure, two. Again, you have asked a question and I answered it.

Q And did you pay in cash as well?

A I did pay in cash, yes, sir.

Ahmed Ashour

Q How much did you pay?

A $0.99 plus whatever the sales tax was.

Q Why did you purchase the Mucho Mango?

A It was a flavor that I was interested in trying out.

Q Any other reason?

A No other reason. Just to try the flavor. That's all.

Q These purchases that you have testified to, the green tea and the Mucho Mango and the RX Energy, did anybody ever accompany you on any of these purchases?

A No. I was alone.

Q Where do you do your grocery shopping, sir?

A Usually I do it at --

THE WITNESS: Carlos, did you want to object?

MR. RAMIREZ: No, that's fine.

THE WITNESS: Okay.

A Usually I do it at Trader

Ahmed Ashour

Joe's, most of the time.

Q Do you ever buy iced tea there?

A No.

Q Do you ever buy any energy labeled drinks there?

A No. Trader Joe's does not sell energy drinks.

Q Do you ever buy any juice drinks at Trader Joe's?

A No.

Q And how long have you been doing your grocery shopping at Trader Joe's?

A I would say at least five years, now.

Q Is there any other place that you do your grocery shopping?

A No.

Q Have you purchased iced teas other than Arizona iced tea?

A No.

Q Have you purchased any other energy labeled drinks other than Arizona iced tea, the RX Energy, I should say?

Ahmed Ashour

A No. If you are asking whether I've purchased green tea, specifically, green tea, other than Arizona, yes, I have, but other branded green tea, no.

Q When you say you purchased other -- green iced tea, is that what you are saying?

A I mean I purchased freshly brewed green tea from coffee shops, that's what I'm saying. But branded, no.

Q And when you say branded, you mean that you haven't purchased any iced tea that bears a brand that sells green iced tea like Arizona?

A Correct, yes.

Q Have you ever purchased any mango juice drinks other than Arizona Mucho Mango?

A No.

Q Are you familiar with any beverage product --

MR. DONOVAN: Strike that.

Q Are you aware of any other iced tea sold in 23-ounce cans for $0.99 other

Ahmed Ashour
than Arizona?
A No, I'm not aware. I haven't seen any other brand that says no preservatives with citric acid in the ingredients list, I can tell you that much.
Q Did you ever compare Arizona product --
Let me ask you: When you went into CVS or 7-Eleven to make your purchases, were there other products available other than Arizona iced tea? Other iced tea products.
A I'm sure there were, but I don't -- I don't remember which ones specifically.
Q Did you ever compare the Arizona product with those other available drinks based on price alone?
A No, I didn't.
Q Do you know who sets the price for Arizona products that you purchased?
A No, I'm not entirely sure who.
Q Have you noticed in grocery

Ahmed Ashour

shopping and shopping at CVS and 7-Eleven that prices for products tend to fluctuate depending on what store you are in?

A I purchased your Defendants' products from 7-Eleven and CVS. And at both locations throughout my purchasing history, they were the same.

Q $0.99 plus tax?

A Plus the sales tax, yes. Obviously, the sales tax could be different for different years, but it's $0.99.

Q Can you identify another product that you purchased that was labeled no preservative other than Arizona's product?

MR. RAMIREZ: Objection. Form.

You could answer.

A You are asking if I've ever purchased a product bearing no preservative on it, no preservatives on it?

Ahmed Ashour
Q Right.
A Besides Arizona?
Q Right.
A No.
Q Have you purchased other products other than Arizona labeled 100 percent natural?
MR. RAMIREZ: Objection. Form.
You can answer.
A No, not to my recollection, no.
Q Have you purchased any other product other than Arizona labeled no artificial flavor?
A Not to my recollection, no.
Q Do you know whether there was an Amended Complaint filed in this case?
A Yes, I am aware of an Amended Complaint that was filed, the First Amended Complaint, yes.
Q Do you know --
A Like I said, Mr. Donovan, my attorneys have been keeping me in the loop, but go ahead, I'm sorry.

Ahmed Ashour

Q Do you know whether or not there was a motion to dismiss that complaint?

A I'm not entirely sure. I don't remember right now. But Mr. Ramirez can help you if that's something that's of interest to you at this point.

Q Do you know if any claims in the Amended Complaint were dismissed by the Court?

A I'm sorry, can you repeat that question again?

Q Do you know if any claims that were in the Amended Complaint were dismissed by the Court?

A Not to my knowledge, nothing was dismissed by the Court to my knowledge. My attorneys would have told me about this.

Q Do you know whether you are seeking nationwide and/or statewide classification in this case?

A We're seeking both, nationwide and statewide.

Ahmed Ashour

Q Did there ever come a point in time after May 2019 when you decided that you no longer wanted to participate in this case?

A After what? I'm sorry, after which date?

Q May 2019, did there come point in time when you decided you no longer wanted to participate in the lawsuit?

A Yes.

Q When did you make that decision?

A A few weeks ago.

Q What were the reasons for that decision?

A These are unprecedented times, Mr. Donovan, due to COVID-19, people have certain things on their mind and most of it is financial. So I didn't think I would be able to give a deposition my full attention, that's why.

Q Did there come point in time when you changed your mind?

A Yes, changed my mind as in

decided to -- to appear for the deposition and take part in the case, yes.

Q When did you make that decision?

A A few -- a few weeks after I -- I made the decision to -- to drop off the case.

Q And what were the reasons for that decision?

A Well, slowly but surely, Congress decided to move on a second stimulus package and a third one is in the making, so, you know, things are back to some sort of normalcy for now.

Q So would it be fair to say you are speaking about whether to participate as a party in this case were impacted by your personal financial situation?

A I'm saying I have priorities, just like everyone else, due to COVID-19, that's what I'm saying.

Q Do you think there could be circumstances in the future where you

Ahmed Ashour

could decide again that you don't want to participate as a class representative?

A Not with what's going on right now with Congress, no.

Q And when you say going on with Congress, can you tell me what you mean?

A I mean there's a third stimulus package that's being drafted and is going to pass, so that -- again, that is some modicum of normalcy for now, so I don't see finances being an issue in the near future.

Q What if that stimulus package doesn't pass?

MR. RAMIREZ: Objection. Form.

You can answer.

Q What impact would that have on you, if anything?

A The fact of the matter is it is going to pass.

MR. DONOVAN: Give me a second, please.

THE WITNESS: Sure.

Ahmed Ashour
MR. RAMIREZ: Sure.
(Exhibit D-6 was marked for identification, as of this date.)
MR. DONOVAN: I have marked a document D-6.
THE WITNESS: Just give me a minute, please. D-6, yes.
Q Do you have that in front of you, sir?
A Yes.
Q Have you ever seen that document before?
A I probably did see it once maybe. I can't be entirely sure, no. But I believe this was part of the documents produced by my attorneys to you and your defendant -- and your client, I'm sorry.
Q Did that document come from your personal files?
A How do you mean, my personal files?
Q Did you obtain this document yourself and give it to your attorneys?

Ahmed Ashour

A No.

THE WITNESS: Carlos, we can -- we can go up to a maximum of seven hours; is that right?

MR. RAMIREZ: That's without including breaks, so yes. Defendants have up to seven hours.

THE WITNESS: It's 12:30 right now, so I don't know how much of the seven hours would be left.

MR. RAMIREZ: Well, I'm sure Bob won't go over the seven hours.

THE WITNESS: Okay.

MR. DONOVAN: I don't intend to go over the seven hours, unless Carlos says we can count the breaks. I am going to try to move as expeditiously as we can. I'm not here to burden you, sir.

Bear with me a moment.

(D-7 was marked for identification as of this date.)

MR. DONOVAN: I am introducing an exhibit which is D-7.

Ahmed Ashour
THE WITNESS: Just one minute, please.
MR. DONOVAN: Sure, take your time.
THE WITNESS: Okay, Exhibit D-7.
Q Have you seen that document before, sir?
A That's the First Amended Complaint, yes, I have.
Q Now, do you know that you filed this action in Federal Court in California? Sir?
A Yes, yes, it was, Mr. Donovan, yes.
Q Do you know how the matter ended up in New York Federal Court?
A These are technical details that my attorneys take care of. If you are really interested in the how and why, I guess Mr. Ramirez would be able to help you with those questions, but I'm not an attorney.
Q Did there come a point in time

Ahmed Ashour

that you found out that the case was transferred to the Southern District of New York?

A My attorneys have been keeping me in the loop, Mr. Donovan, yes, I was made aware, yes.

Q So did you authorize the filing of D-7?

A I authorized everything. I authorized my attorneys to do everything, yes, and they have been keeping me in the loop, yes, Mr. Donovan. I am aware and I authorized them to do everything.

Q Do you know of any differences between D-7 and the initial Complaint?

A To my understanding, the initial Complaint was to get your client to stop the lies about its products and the Amended Complaint was including monetary damages. But, again, I'm not an attorney, so don't quote me on that.

Q If you can go, sir, please, to paragraph 31.

A Paragraph 31, okay, just give

Ahmed Ashour
me one second, please.
Paragraph 31, yes.
Q First of all, what is your definition of prominent or prominently? What do you mean by that?
MR. RAMIREZ: Objection to form.
You can answer.
A Clearer than everything else around it. That's how I would describe prominent.
Q And you say prominently labeled on the back, do you see that, containing no preservatives on the back?
Do you see that allegation?
A Yes.
Q So if you could go to Exhibit A of the Complaint.
A Okay. Just give me a minute, please, let me scroll down, here.
MR. RAMIREZ: And I am going to object to the extent that you are parsing out this -- this language. I just want for the record to be clear

Ahmed Ashour
that there is additional wording
after, "on the back."
MR. DONOVAN: Sure, I
understand. I am not looking to
parse.
MR. RAMIREZ: Okay.
MR. DONOVAN: I am just
asking about -- the allegation says
what it says, Carlos, you are right.
MR. RAMIREZ: Thank you.
Okay, Bob, just for Mr. Ashour's sake,
as well.
MR. DONOVAN: Yes.
A Exhibit A -- which?
Q If you go to page 26 of 34,
there is a can of green tea.
A Sorry, just give me -- give me
a minute and let the pages load, here.
26 of 24 -- I'm sorry, page what?
Q 26 of 34 in Exhibit A.
A Green tea, just give me a
minute. Arizona Green Tea with Ginseng
and Honey. Yes.
Q Before I ask my question, these

Ahmed Ashour
photographs in Exhibit A, you didn't take these photographs, right?
A I didn't -- no, I didn't take these photographs.
Q Does that can of green tea depicted in that photograph at page 26 of 34 resemble the can or cans that you purchased?
A Yes, it does.
Q And would you say that the label, no preservatives, no artificial color, no artificial flavor, is on the back of the label?
A It's -- it's on the back of the can.
Q Oh, back of the can, excuse me. Would you say it's on the back of the can, yes?
A It looks like the back of the can to me, yeah. The can has a front-facing label, and then a back-facing label. I would say this is on the back -- the back-facing label of the can.

Ahmed Ashour

Your client also has a different form of the Green Tea with Ginseng and Honey, a different form of the can where these claims are printed right on top of the front-facing label, so...

Q Which --

A Back or front, it doesn't really make a difference.

Q Which one are you referring to, sir? Which label are you referring to, sir?

A I'm trying to find it. Just give me a minute, here.

It's taking a while to load, but if it's not here, I'm sure we can send you a separate picture, a separate photograph.

Q Take your time. Tell me where you see it on the Complaint.

A It's not -- it's not in Exhibit A, it's not -- it's not there, but we can send you -- we can send you a picture of it if -- if you are interested in seeing

Ahmed Ashour

what it looks like.

Q Do you know what product you are referring to?

A Green Tea with Ginseng and Honey.

Q And where was the no preservative labeling?

A It was on the front-facing label on the very top.

Q And it's on a 23-ounce can?

A Yes, the 23 fluid ounces can, yes. Just -- just like the one we viewed under Exhibit A, the one that said no preservatives and no artificial flavors on the back-facing label. Exact same can, same -- same statements, but on the front-facing label at the top. If you would like to see what that can looks like, I'm sure we can send you a photo. That's not an issue.

Q And did you purchase a product with that type of label?

A Yes, I did.

Q When?

Ahmed Ashour

A Between 2014 and 2018.

Q Can you give me a date?

A Mr. Donovan, we have been over these questions, and my answers remain the same.

Q Can you give me a date when you made a purchase with the label you just described?

A I already answered that question.

Q No, you didn't. Can -- do you know of the date when you made a purchase of Arizona --

A Between 2014 and 2018. I've given approximations. You can ask the court reporter for what I said if you would like it stated back.

Q Where did you make that purchase of that product with that label?

A 7-Eleven and CVS.

Q How many did you purchase?

A That question was answered, and I did say that I don't have an approximation or an exact number. Over

Ahmed Ashour

the course of four years, I think it's very unreasonable to ask someone how many of that product did you purchase. I think you and I know what I'm saying.

Q So in any event, is what you are saying, the other product that had the label no preservatives someplace else on the label was more prominent than the one that's displayed on the can --

A I'm not saying that it's more prominent. I'm saying that it was -- go ahead.

Q I'm sorry to interrupt, but you interrupted me, okay?

Are you saying that the other can that you purchased with the no preservative reference someplace else was more prominent than the one that's depicted in the Complaint at page 24 -- sorry, page 26 of 34?

A That's not what I'm saying, no. I'm saying that the claims of no preservatives and the other -- the other two claims are on a different portion or

Ahmed Ashour

part or whatever you want to call it of the can. That's all -- that's all I'm saying.

The point here is that your client says it has no preservatives and there's citric acid in the drink. That's it.

Q Do you know how the citric acid in the Arizona products was produced?

A The recipes were turned over to my attorneys. I'm sure they've reviewed these -- these details.

Q I'm asking whether you know how the citric acid in Arizona's products is produced?

A And that's the answer I'm giving you, Mr. Donovan.

Q Do you believe that citric acid from lime is a preservative?

MR. RAMIREZ: Objection. Form.

A Citric acid from what?

THE WITNESS: I'm sorry, go ahead, Carlos.

Ahmed Ashour
Q From a lime.
MR. RAMIREZ: Objection to form.
You can answer.
A If lime has citric acid in it, then it's a natural preservative. It's naturally there in lime. That's all I can say.
Q Do you believe citric acid from lime is a preservative?
MR. RAMIREZ: Objection to form.
You can answer.
A If there is a citric acid in lime, then it's naturally occurring. It's a naturally occurring preservative that is in lime if it is there. And I don't believe lime has citric acid. I believe lime and lemon have ascorbic acid in them, not citric acid.
(Exhibit D-8 was marked for identification, as of this date.)
MR. DONOVAN: Now I am introducing an exhibit marked D-8.

Ahmed Ashour
THE WITNESS: I'm sorry, can you repeat that?
MR. DONOVAN: I am introducing on Exhibit Share, an exhibit marked D-8.
THE WITNESS: D-8, okay, give me a minute, please.
Okay, D-8, yes.
Q Do you see that document, sir?
A Yes, I do.
Q Have you seen that document before marked D-8?
A Yes, I have.
Q Can you tell me what they are?
A I'm sorry?
Q Can you tell me what the document is?
A So just -- let me -- let me just make sure here. It's interrogatories, a list of questions that was sent by you to me.
Q On the last page, is that your signature, sir?
A Give me a minute, please.

Ahmed Ashour
Yes, that is my electronic signature.
MR. DONOVAN: I am marking another document, please bear with me.
THE WITNESS: Sure. We are not looking at the interrogatories anymore?
MR. DONOVAN: No, you could put them aside, sir, please.
(Exhibit D-9 was marked for identification, as of this date.)
MR. DONOVAN: I am marking another document, D-9.
THE WITNESS: D-9, okay, just give me one second, let it load for me, please.
Okay, Exhibit D-9.
Q Do you know what that document is, sir?
A Yes. A list of another interrogatories. Just give me one second, please, sir.
Yes, a list of interrogatories you sent me, yes.

Ahmed Ashour

Q If you can go to the last page, sir, please, and tell me if that's your signature.

A Okay, just give me a minute here.

That's my electronic signature, yes.

MR. DONOVAN: Give me a moment please. Carlos, I want to look at my notes for five minutes, if I could, then I think we're getting close.

MR. RAMIREZ: Okay, great. Please go ahead.

MR. DONOVAN: Let's go off the record, please. And we will come back on in five minutes. I am going to check my notes. I likely have some more questions, but I want to just see, okay?

MR. RAMIREZ: Fair enough. Thank you.

THE VIDEOGRAPHER: This will be -- this will be the end of video

Ahmed Ashour
media disk number three. The time is 4:01 p.m., and we are going off the video record.
[A recess was taken.]
THE VIDEOGRAPHER: We are back on the video record. This is video media disk number four. The time is 4:16 p.m.
Q Mr. Ashour.
A Yes, Mr. Donovan.
Q I just want to circle back on the brand iced tea issue.
Have you ever purchased a Lipton iced tea?
A No.
Q Twinings Iced Tea?
A I'm sorry, which one?
Q Twinings, T-W-I-N-I-N-G-S?
A No.
Q Nestea Iced Tea?
A No.
Q Brisk Iced Tea?
A No.
Q Snapple Iced Tea?

Ahmed Ashour

A No.

Q Gold Peak Iced Tea?

A No.

Q Pure Leaf Lemon Iced Tea?

A No.

Q Or Pure Leaf Unsweetened Black Tea?

A No.

Q Do you know anyone else who believes they are deceived by Arizona's labels?

MR. RAMIREZ: Objection to form.

You can answer.

A Not personally, no.

Q Did you read the statement of ingredients on Arizona's products prior to making purchases?

A No.

Q And did you ever purchase products directly from Arizona?

A How do you mean, directly?

Q Well, did you ever make a purchase off a website?

Ahmed Ashour
A No.
Q Did you ever make an order directly to Arizona to purchase product?
A No.
Q It would be fair to say most of your purchases --
MR. DONOVAN: Well, strike that.
Q Would it be fair to say that all of your purchases of Arizona product were at retail stores?
A Correct.
Q And is it also fair to say that your purchases of Arizona product are limited to 23-ounce cans?
A Correct.
Q Is there a reason why you chose cans?
A No, not a particular reason, no.
Q And would --
A Cans in the form -- the form of the cans, you mean? No, not a particular reason.

Ahmed Ashour

Q I just mean in a can as opposed to a plastic bottle.

A No, no particular reason.

Q Is there a reason why you chose 23 ounces?

A No. That's the size that the cans come in, 23 fluid ounces.

Q When you -- sorry, when you purchased the product, the Arizona product, you said it was $0.99 plus tax.

Were there occasions when the price was printed on the can, itself?

A The price was always printed on the can, yes.

Q Have you ever had any communication with the FDA?

MR. DONOVAN: Let me withdraw that.

Q Do you know who the FDA is?

A The Federal Drug Administration -- Food and Drug Administration, I'm sorry.

Q Have you ever had any communication with them?

Ahmed Ashour

A No.

Q Can I ask you why you didn't ask the statement of ingredients at any time on Arizona's beverages?

MR. RAMIREZ: Objection. Form.

If you can make out what that question is asking, please answer it.

A I trusted what the label said. As I stated before, your client's name is very well-known, so there is no reason to doubt it.

Q Forgive me if I've asked this, I don't know whether I did, and Counsel will object: Have you purchased any other product labeled 100 percent natural?

A You did ask me. And my answer was not to my recollection, no.

Q I apologize.

A That's fine.

Q Would you have purchased the Arizona product if the 100 percent natural labeling was absent?

Ahmed Ashour
MR. RAMIREZ: Objection to form.
You can answer.
A I still would have, yes.
Q Would you have purchased the beverage if the no artificial flavor labeling was absent?
MR. RAMIREZ: Objection, form.
You can answer.
A I still would have purchased it, yes.
Q Would you have purchased the beverage if the no artificial coloring label was absent?
MR. RAMIREZ: Objection. Form.
You can answer.
A I still would have purchased it, yes.
Q Why would you have purchased the product if the 100 percent natural labeling was absent?
MR. RAMIREZ: Objection.

Ahmed Ashour

Form.

You can answer.

MR. DONOVAN: Strike the question.

Q Did you see or rely on any advertisement, television or radio concerning Arizona's products?

A No.

MR. RAMIREZ: Objection to form. Compound.

You can -- you can --

THE WITNESS: Sorry.

MR. RAMIREZ: -- try to answer that.

A No.

Q Would you have purchased a beverage if the no preservative labeling was absent from the product?

MR. RAMIREZ: Objection. Form.

You can answer.

A Probably wouldn't have, no.

Q Say it again?

A Probably wouldn't have, no.

Ahmed Ashour

Q Why?

A I haven't seen any beverage product out there that states quite like your client's that has no preservatives in it. It's a -- it's a big statement, no. Like I said before, I relied on all three, but I mostly relied on the no preservatives, that's what influenced me to make the purchase.

Q So is it fair to say -- you stated that you didn't read the statement of ingredients on the product.

Do you recall that testimony?

MR. RAMIREZ: Objection, form.

You can answer.

A Before making the purchase, is what you asked. I didn't read the statement of the ingredients, so...

Q So it's fair to say that when you made the purchase, you were unaware what the ingredients were?

A Right. Besides what's on the label, Green Tea with Ginseng and Honey,

Ahmed Ashour

that's all.

Q We are talking about the statement of ingredients.

Did you read the statement of ingredients before you made --

A No, I didn't, but you asked would it be fair to say that I didn't know what ingredients were in there. I'm saying besides what's on the label, no.

Q Are you saying besides what's on the label, aside from the statement of ingredients, is that what you are saying?

A Correct, yes.

Q Do you believe a product could be natural if it contains a preservative?

MR. RAMIREZ: Objection. Form.

You can answer.

A I am not a food scientist, Mr. Donovan, so I wouldn't be able to provide an answer to that.

Q Well, do you have your own definition of what natural means?

A Again, these are technical

Ahmed Ashour

questions. I'm -- I'm not a food scientist, so I'm not -- I'm not going to answer questions that require definitions.

Q No, I am just asking you: Do you know what the term natural means?

MR. RAMIREZ: Objection. I'm sorry, let me object. And I don't want to have speaking objections, but this is calling for a legal conclusion, it's calling for speculation, so I just wanted to note the objections for the record.

MR. DONOVAN: I am not asking for any opinion. I am asking for this witness's definition of what natural is. And either he has or he doesn't have one.

Q Do you have --

MR. RAMIREZ: Well, you started out by asking for it in the context of a label. And the FDA doesn't even know what that means yet and they haven't provided us with

Ahmed Ashour

guidance.

So to the extent that you are trying to bootstrap that into him having make a legal conclusion which the FDA hasn't even be able to come up with, then I think that the objection stands.

MR. DONOVAN: That is a classic example of an improper speaking objection.

MR. RAMIREZ: And -- and -- and -- and you are calling for a legal conclusion and I have been very, very, very patient throughout this whole process.

MR. DONOVAN: Carlos, I'm not saying you haven't been patient, but I'm allowed to -- you know that I'm allowed to voice objections to an improper objection.

MR. RAMIREZ: And you're asking for a legal conclusion, and I've objected numerous times and you keep asking for the same legal

Ahmed Ashour
conclusion.
MR. DONOVAN: Counsel, you did more than that.
MR. RAMIREZ: I haven't.
MR. DONOVAN: I am asking a question as to a term that is being used by this witness. And I am asking what he understands it to mean to himself, all right? So either he -- that's -- that's the purpose of the question.
MR. RAMIREZ: That's fine. As long as it's his own definition and not a legal conclusion that's being asked for which is how it started out, I'm happy to -- to withdraw my objection on that ground and --
MR. DONOVAN: All right.
MR. RAMIREZ: -- you may go ahead and answer, based on what you believe that term means to you.
Q Do you have a definition in your mind of what natural means?
A I guess something that doesn't

Ahmed Ashour

have anything artificial in it, that's natural.

Q Are you willing to pay more for a product if it's labeled no preservative?

A More, as in what, exactly?

Q A higher price.

A Sure. If it actually does not have any preservatives in it and there's a premium on that, sure.

Q And with respect to Arizona's product, were you willing to pay more because of the labeling, no preservatives?

A That's right.

Q How much more?

MR. RAMIREZ: Objection. Form.

A I'm not sure how much your client added because of the no preservative -- no preservatives claim, but whatever that amount is, I guess.

Q Can you name another iced tea product sold in 23-ounce cans at $0.99?

Ahmed Ashour

A No, I can't.

Q Would it be fair to say -- and you can correct me if I'm wrong -- that the price of the product that you purchased had an impact on why you purchased the product?

A No.

MR. RAMIREZ: Objection to form.

Q So the price of the product bore no reason as to why you bought the product?

A If you are asking how cheap it was and that's why I purchased -- purchased the product, then no.

Q So what impact did price have on your purchase, if any?

MR. RAMIREZ: Objection. Asked and answered.

You can answer.

A As stated before, what I relied on is the labeling of your client's product.

Q Did price have an impact in why

Ahmed Ashour
you purchased the Arizona product?
MR. RAMIREZ: Objection to form.
A What I relied on was the labeling. Price had nothing to do with it.
MR. DONOVAN: Give me a moment, please.
MR. RAMIREZ: Sure.
THE WITNESS: Is your client present with you today, Mr. Donovan?
MR. DONOVAN: Sir, I get to ask the questions in a deposition.
THE WITNESS: Oh, you don't answer? Okay. It's a simple question to answer, is he present?
MR. DONOVAN: Sir, please direct your communications to your attorney.
Q Did you ever buy the Arizona product for others to consume?
A I'm sorry, what did you -- what was that?
Q Did you ever buy the Arizona

Ahmed Ashour

product for others to consume?

A No.

Q At some point in time, you formed a belief that citric acid is a preservative?

A Correct.

Q When?

A Your question is citric acid is a preservative, not citric acid in your client's product is a preservative, correct?

Q I am asking, did you form a belief at one point in time that citric acid is a preservative?

A Yeah. And I'm making sure I understand the question right because that question was on one of the interrogatories and asked when I formed a belief that citric acid in your client's product was a preservative. So which one are you asking?

Q My question, and I will repeat it again, sir, is: When did you form the belief at one point that citric acid is a

Ahmed Ashour

preservative?

A That citric acid is a preservative, that would be 2016.

Q What was the source of that knowledge?

A I have bartender training.

Q So it's something that somebody told you or showed you?

A I have bartender training, Mr. Donovan. It was a formal training.

Q And they disclosed to you that citric acid was a preservative?

A I have experience using citric acid, as well.

MR. DONOVAN: I have nothing further, sir. Thank you very much for your time.

MR. RAMIREZ: I just want to clarify a couple of things. I won't be too long.

EXAMINATION BY

MR. RODRIGUEZ:

Q Just a couple of -- two to three areas that I want to touch upon,

Ahmed Ashour

Mr. Ashour.

You testified earlier that aside from this action, you had not been involved in any legal proceedings.

Do you recall that testimony?

A Yes.

Q And you consequently testified that you had hired an attorney for purposes of an employment matter.

Was that your testimony, as well?

A Correct, yes.

Q So can you provide us some guidance about what that attorney did for you without revealing the substance of the communications to shed light on the fact of whether or not you had been involved in any other legal proceedings?

A Sure. The attorney reached out to the former employer's attorney and there were discussions that concluded with a settlement. But there were no cases filed in court and there was not an arbitration or depositions taken of any

Ahmed Ashour
sort.
Q So in your --
MR. RAMIREZ: Withdrawn.
Q Based on your understanding, because this matter did not proceed to court, there was no legal proceeding in connection with that employment matter?
A Correct, that's my understanding.
MR. DONOVAN: Objection to form.
Q Other than that incident, were you involved in --
MR. RAMIREZ: Withdrawn.
Q Other than that attorney representing you on that matter, was there any other attorney that you may have hired to represent you on any other legal proceedings?
A No.
Q You were just discussing about --
MR. RAMIREZ: Withdrawn.
Q You were just discussing your

Ahmed Ashour

experience with respect to the use of citric acid.

Can you please clarify what, if any, experience you have in using citric acid?

A Yes. I used citric acid during my work as a bartender to preserve certain syrups that were made at the bar from scratch. And the proportions that were used were very, very minimal.

The sole use of citric acid was to extend the shelf life of those syrups. So the main purpose and the only purpose of using citric acid was as a preservative, for preservation.

Q And this is the knowledge that you gained, as you said, in connection with your bartender training?

A Correct.

MR. DONOVAN: Objection to form.

Q And you testified earlier that you never went to bartending school; is that correct?

Ahmed Ashour

A That's correct.

Q And so how were you trained in bartending?

A I was hired by some former owners of the bar. It was a day-by-day training, so I would go to the bar and -- and spend some time there and -- and train with them and gain knowledge as I spent more time. It took me about three months in total to complete that training.

Q Thank you.

I am going to paraphrase a statement that you made earlier, and I am just paraphrasing it to try to get some clarification. And it's so far back that it might be worthwhile me paraphrasing it and if Arizona's Counsel objects, I am happy to have the court reporter look for that.

But basically, you testified earlier that at some point in late 2018, you stopped buying Arizona because you learned that it contained preservatives,

Ahmed Ashour

but in that same sentence, you also said that perhaps you would have continued using it during an earlier time in that -- in that four-year window you gave us when you purchased Arizona.

Can you please tell us what you meant by that?

MR. DONOVAN: Objection to form. Mischaracterizes testimony.

A What I meant by that is before 2016, I probably still would have purchased the green tea product even if I was aware citric acid was -- was in the drink. And that's because 2016 and before my training as a bartender, I didn't know that citric acid is a preservative. So that's what I meant.

Q And what --

MR. RAMIREZ: Withdrawn.

Q And at some point -- you testified at some point that you stopped buying Arizona iced -- the Green Tea with Ginseng and Honey.

Do you recall that testimony?

Ahmed Ashour
A Correct, yes.
Q And can you please tell us the circumstances for why you stopped buying the drink at that time?
MR. DONOVAN: Objection. Asked and answered.
A The circumstances are -- are simple and clear. I looked at the ingredients list and there was no specific reason why I picked up the can and decided to look at the ingredients list. It was random. And I found out that citric acid exists and is part of the ingredients, but the label said that it was -- it had no preservatives. So after finding that out, I stopped buying any Arizona products.
MR. RAMIREZ: I have nothing further.
FURTHER EXAMINATION BY
MR. DONOVAN:
Q My question only is to follow up on the attorney.
What's his name? The attorney

Ahmed Ashour
who represented you in the employment
matter?
MR. RAMIREZ: Objection. I
don't know what you are going to do
with this, Bob. Are you going to call
him up and ask him what he told him?
I mean --
MR. DONOVAN: No.
MR. RAMIREZ: This is
privileged information.
MR. DONOVAN: Who his
attorney is?
MR. RAMIREZ: What does it
have to do with anything, an
employment matter that never went to
Court? An employment matter that
never went to Court? Do you want to
take that up with the Judge?
MR. DONOVAN: Carlos, are you
directing him not to answer?
MR. RAMIREZ: Yes, I am
directing him not to answer.
Q When was that controversy
involving your employment?

Ahmed Ashour

MR. RAMIREZ: Objection to form. Mischaracterizing what the testimony is.

Q Well, you settled the case, right, this employment case?

MR. RAMIREZ: You called it a controversy. We don't know what it was.

MR. DONOVAN: Sure.

Q Did you settle this dispute that you had with your employer, sir?

A Yes.

Q When?

A Early two thousand -- let me -- let me think. Hold on, I'm sorry. 2019, early 2019.

Q So it would have been the first four, five months of 2019 that you resolved --

A Probably, probably, yes.

Q And how long was the dispute going on from its inception to its conclusion?

MR. RAMIREZ: Objection.

Ahmed Ashour
This has nothing to do with class adequacy as a representative.
I am going to instruct you not to answer.
MR. DONOVAN: Thank you for your time, sir.
MR. RAMIREZ: Thank you, all.
THE WITNESS: Mr. Donovan, we have a message for your client. If you can forward it to him. Please tell him that we have every intention of going after this case vigorously until he does the right thing besides what the Court decides. So I hope you know that. I hope he knows that. Until he does the right thing.
MR. DONOVAN: Thank you for your time, sir.
THE WITNESS: You are very welcome.
MR. RAMIREZ: Thank you.
Chelsea, can we get the breakout room?
MS. GILCHRIST: Yes, I will

Ahmed Ashour
open those right now.
THE VIDEOGRAPHER: Before we do that, before we do that --
MR. RAMIREZ: Yes, yes.
MS. GILCHRIST: Sorry, Jeff.
MR. RAMIREZ: Usual stipulations, objection to form, preserves everything, and we will take a copy, you know, within a reasonable period of time. No need to expedite.
THE VIDEOGRAPHER: Will your client read or waive?
MR. RAMIREZ: We will waive. We reserve our right to read and have it notarized before a proper Notary Public.
THE VIDEOGRAPHER: Ready to go off the record?
MR. RAMIREZ: Ready to go off the record.
MR. DONOVAN: Thank you, sir.
THE VIDEOGRAPHER: This concludes today's testimony given by Ahmed Ashour. The total number of

media disks was four and will be retained by Veritext, New Jersey. The time is 4:52 p.m., and we are going off the video record.

(Time noted: 4:52 p.m.)

____________________________

AHMED ASHOUR

________________________

Subscribed and sworn to before me this _________ day of ________________, 2021.

_______________________

Notary Public

LITIGATION SUPPORT INDEX

| WITNESS | EXAMINATION BY | PAGE |
| --- | --- | --- |
| A. Ashour | Mr. Donovan | 6, 168 |
| | Mr. Rodriguez | 162 |

DIRECTION TO WITNESS NOT TO ANSWER

| Page | Line | Page | Line |
| --- | --- | --- | --- |
| 16 | 2 | 168 | 22 |
| 170 | 21 | | |

E X H I B I T S

| DEFENDANTS' | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit D-1 | AA 0001-0005 | 32 |
| Exhibit D-2 | AA 0006-0010 | 71 |
| Exhibit D-3 | Declaration | 82 |
| Exhibit D-4 | AA 0013-0014 | 85 |
| Exhibit D-5 | Class Action Complaint | 88 |
| Exhibit D-6 | October 6, 2010 FBI Warning Letter | 130 |
| Exhibit D-7 | First Amended Complaint | 131 |
| Exhibit D-8 | Plaintiff's Answers to Interrogatories | 142 |
| Exhibit D-9 | Plaintiff's Supplemental Answers to Interrogatories | 144 |

(Exhibits retained on Exhibit Share.)

CERTIFICATION

I, JAMIE ANN STANTON, a Notary Public, do here hereby certify that the foregoing witness, AHMED ASHOUR, was duly sworn on the date indicated, and that the foregoing is a true and accurate transcription of my stenographic notes.

I further certify that I am not employed by nor related to any parties to this action.

JAMIE ANN STANTON

* * *

ERRATA SHEET
VERITEXT/NEW YORK REPORTING, LLC
1-800-727-6396

330 OLD COUNTRY ROAD                    1250 BROADWAY
MINEOLA, NEW YORK 11501                 NEW YORK, NEW YORK 10018

NAME OF CASE:  Ashour v. Arizona Beverages, et al.
DATE OF DEPOSITION:  January 26, 2021
NAME OF DEPONENT:  Ahmed Ashour

PAGE LINE (S)          CHANGE                REASON

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

____/ ______/   ______________________/_________________________

________________________________
AHMED ASHOUR

SUBSCRIBED AND SWORN TO BEFORE ME
THIS ______ DAY OF ____________, 20__.
(NOTARY PUBLIC)                    MY COMMISSION EXPIRES:

**&**

**&** 20:6

**0**

**0.99** 104:15,20 118:3 120:3 122:25 124:10 149:11 158:25
**0.99.** 124:14
**0001** 32:21 33:10 33:18
**0001-0005** 175:4
**00010** 73:22
**0002** 72:7
**0005** 32:22 36:4
**0006** 72:10,19
**0006-0010** 175:5
**0010** 72:11,19
**0013-0014** 175:7
**07081** 4:16
**07102** 2:18

**1**

**1** 32:17,20 34:7,8,9 34:10,14,17 35:2,6 35:13,15 36:17,20 36:20 37:6,24 38:18,21 40:21,23 41:4,19 42:6,8 49:4,6,14,16,18,20 50:4,20 51:21 60:15 61:12 62:23 63:7,18,23 65:22 74:3 76:2,7,15,15 77:8,12,16 78:21 80:7 95:12 175:4
**1-800-727-6396** 177:2
**10** 73:20
**100** 2:5 108:11 125:8 150:17,24 151:23
**10018** 177:3
**10025** 2:6
**11501** 177:3
**11:00** 1:12
**1250** 177:3
**12:47** 69:25
**13** 71:20 86:3
**130** 175:9
**131** 175:10
**13th** 74:23 75:2,5
**14** 9:12 86:3 90:2 90:5,6,8 91:18
**142** 175:12
**144** 175:14
**1500** 2:17
**16** 174:8
**162** 174:5
**168** 174:4,8
**16th** 2:5
**170** 174:8
**19** 25:10 127:18 128:22
REDACTED
**1989** 9:12
**1:19** 4:16
**1:36** 70:19

**2**

**2** 1:9 71:14,17 72:6,9 73:4,9 74:11 75:9,12 81:8,11,13 174:8 175:5
**20** 177:24
**2006** 10:17 11:3
**2010** 11:3 175:9
**2013** 13:20 18:10
**2014** 95:24 96:19 96:21 97:4 102:17 104:12 113:21 139:2,15
**2016** 162:4 167:12 167:15
**2018** 22:3 42:17,18 45:4,5 56:21,24 57:2,3 59:6,11,14 59:16,18 60:8,11 95:24 97:18,20,22 97:23 98:4 102:17 104:12 110:15 113:17,21,24 114:5,7,9,20 115:21,23 116:3 118:22 139:2,15 166:23
**2019** 32:21 36:15 36:17,21 39:9 42:14 68:16 71:20 77:23 78:12,15 86:17,19 87:3,6,14 89:24 90:2,5,7,8 91:3,6,8,18 127:3 127:8 170:16,17 170:19
**2020** 25:13 110:3 110:11,16
**2021** 1:11 4:6 173:14 177:5
**21** 174:8
**2150** 2:11
**22** 174:8
**23** 54:13 55:2,4 56:8,9 58:3,13 122:25 138:11,12 148:16 149:6,8 158:25
**24** 135:20 140:20
**26** 1:11 135:16,20 135:21 136:7 140:21 177:5
**26th** 4:6
**2:40** 109:8
**2:46** 108:24
**2:47** 108:24
**2:54** 109:14

**3**

**3** 82:16,19 83:2,2 83:22 85:2,4,5 175:6
**31** 133:24,25 134:3
**32** 175:4
**330** 177:3
**34** 135:16,21 136:8 140:21
**37** 93:11,13,15 94:2,10,17 95:3,7
**3867** 176:15

**4**

**4** 85:18,24 86:6 87:15,18 175:7
**45** 111:25,25
**4:01** 146:3
**4:16** 146:9
**4:52** 173:4,6

**5**

**5** 75:9,12 81:13 88:7,9,13,14,17 89:3,8,12 90:9,14 90:16 92:9,12 93:12 175:8
REDACTED
**55402** 2:12
**570** 2:17

**6**

**6** 130:3,6,8 174:4 175:9,9

**7**

**7** 98:8,12 99:6,13 99:22,25 100:9 123:11 124:2,7

131:22,25 132:7 133:9,16 139:21 175:10
**71** 175:5

**8**

**8** 91:3,6,8 142:22 142:25 143:6,7,9 143:13 175:11
**800** 2:11
**82** 175:6
**85** 175:7
**88** 175:8

**9**

**9** 32:20 36:15,17 36:21 39:8 42:14 68:16 77:23 78:12 78:15 144:11,14 144:15,18 175:13
**90068** 12:10,17
**93rd** 2:5
**9:07** 4:5
**9th** 37:18,24 63:18 76:4

**a**

**a.m.** 1:12 4:5
**aa** 32:21 36:4 72:10 73:22 86:3 175:4,5,7
**ability** 9:6
**able** 33:20 127:21 132:22 154:21 156:6
**absent** 150:25 151:8,16,24 152:19
**acceptance** 5:7
**access** 32:24 86:2
**accessed** 48:20 82:21 88:10
**accompany** 120:15
**accord** 112:25
**accurate** 53:21,22 77:7 78:9 81:5 94:11,18 95:3 114:17 176:8
**acid** 47:8,15 56:20 58:18,25 59:5,10 59:13,22,25 60:5 61:24 117:20,22 123:5 141:7,9,15 141:19,23 142:6 142:10,15,19,20 142:21 161:5,9,10 161:15,20,25 162:3,13,15 165:3 165:6,7,12,15 167:14,17 168:14
**action** 44:10,12,16 45:7,10,13,15,19 64:19,20 65:2,4,15 87:23 89:4 111:4 111:5 112:8,14 132:13 163:4 175:8 176:12
**actively** 29:14
**actual** 54:25
**added** 158:21
**addition** 74:9
**additional** 135:2
**address** 12:3,15,22 12:25 25:24,25 26:25 37:2,3,5,6,8 37:11,14 38:17 78:21 98:11,21 99:4,13,16,17,20 100:24 115:3
**addresses** 98:16 98:17,19,23 99:2 99:21
**adequacy** 171:3
**administration** 149:22,23
**admissibility** 6:11
**admissions** 21:12
**advertised** 68:20
**advertisement** 152:7
**advertising** 11:16 11:21
**advise** 20:17
**advising** 21:5
**affiliated** 52:10
**affiliation** 5:4
**affirm** 5:24 6:4
**afternoon** 70:21 70:25
**ago** 127:14
**agree** 4:8 21:9
**agreed** 3:4,10,14
**agreement** 35:6 36:2,19 39:20 40:24,25 41:5,20 41:21 49:22 50:4 50:16,23 51:2 52:25 71:21 73:2 73:7,12,15,24 74:2 74:7,12,15,17
**ahead** 8:5 89:21 116:8 125:25 140:13 141:25 145:15 157:21
**ahmed** 1:4,14 4:1 4:11,12 5:1,18 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1,17 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1,20 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1,13 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1

152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1 172:25 173:10 176:6 177:5,22
**al** 177:4
**alcohol** 21:22 22:4
**allegation** 134:16 135:9
**allergies** 21:20
**allowed** 156:19,20
**alluded** 95:10
**alternative** 106:17 106:18
**amended** 21:12,13 89:5 125:18,19,21 126:10,15 132:10 133:20 175:10
**amendments** 66:4 80:11 82:3
**american** 10:23
**amount** 67:11 76:5 101:20,21 158:23
**angeles** 11:24 12:9 12:17 13:24 25:22 26:20 28:9
**ann** 1:16 176:4,16
**answer** 7:13 8:5,8 8:13,14 14:5,21,25 15:25 16:12,21 20:15,18 31:13,20 32:7 38:25 39:5 39:11,22 40:6,11 47:17 48:24 49:8 53:9 56:3 57:23 58:16,19,21 59:8 61:10,20 62:7 65:6,8,9,10 66:3 73:18 75:7 81:20 81:24 84:16,21 87:2,9 94:5,14,21 96:10,25 101:19 103:16 104:7,9 105:20 110:8 114:14 116:8,25 124:21 125:11 129:18 134:9 141:17 142:5,14 147:15 150:9,19 151:4,11,19 152:3 152:15,22 153:17 154:19,22 155:4 157:21 159:21 160:16,17 169:21 169:23 171:5 174:7
**answered** 57:22 58:8 62:11,19 66:10 95:4 101:14 104:4 105:19 116:24 119:22 139:10,23 159:20 168:7
**answering** 8:2 46:25 84:23
**answers** 58:17 60:3,4 139:5 175:11,13
**anybody** 11:19 18:11 65:16 108:25 120:14
**anybody's** 66:13
**anymore** 38:8 144:8
REDACTED
**apologies** 79:21
**apologize** 150:21
**appear** 128:2
**appearances** 5:4
**appears** 16:14
**applies** 56:12
**appreciate** 69:15
**approximate** 42:15 43:19 89:15 114:4
**approximately** 4:4
**approximation** 7:22 43:22 78:9 81:6 89:23 102:6 102:8,12,16 114:8 114:18 139:25
**approximations** 139:16
**arab** 9:14 10:11,12 13:11 14:15 15:5
**arbitration** 163:25
**area** 100:4
**areas** 162:25
**argumentative** 103:15
**arizona** 1:7,8,9 4:13 18:19 30:15 30:20,24 31:4,11 31:15,17 32:4,9,11 46:3 52:8 55:20 93:18 95:15,18,21 96:7 97:19 98:6 98:22 101:15,23 102:13,19 103:5,9 103:21,24 104:11 104:14,19,23 113:19,20 115:18 116:20 117:6,16 118:11 121:21,24 122:4,15,18 123:2 123:8,13,19,23 125:3,7,14 135:23 139:14 141:10 147:22 148:4,11 148:15 149:10 150:24 160:2,21 160:25 166:24 167:6,23 168:18 177:4
**arizona's** 124:18 141:15 147:11,18 150:5 152:8 158:12 166:19
**arrangement** 4:25 5:10
**arrow** 84:3
**artificial** 52:17 60:15,21,25 61:4,8 68:24 108:12 125:15 136:12,13 138:15 151:7,15 158:2
**ascorbic** 142:20
**ashour** 1:4,14 4:1 4:11,12 5:1,19 6:1 6:18 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1,5 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1,15 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1,16 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1,24 58:1 59:1 60:1

61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1,21 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1,24 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 146:10 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1,2 164:1 165:1 166:1 167:1 168:1 169:1 170:1 171:1 172:1,25 173:10 174:4 176:6 177:4,5,22

**ashour's** 135:12

**aside** 16:8 144:10 154:12 163:4

**asked** 43:2,10 48:13 57:22 62:11 62:19 66:10 101:13 104:4 105:19 110:12 116:24 119:22 150:14 153:19 154:7 157:16 159:20 161:19 168:7

**asking** 8:6 20:24 20:25 44:21 49:24 50:2 55:13 67:17 67:18 75:3,4 86:20,24 94:10 96:3,5 111:16,18 113:22 119:10 122:2 124:22 135:9 141:14 150:9 155:6,15,16 155:22 156:23,25 157:6,8 159:14 161:13,22

**assist** 83:14 91:9 91:12

**attached** 92:11

**attend** 10:25

**attending** 2:3

**attention** 127:22

**attorney** 4:17 5:6 5:12 7:24 39:20 40:2,9,10,12 41:22 46:9,11,18 47:9,12 48:12,14 64:18,22 82:9,11 112:12 132:24 133:22 160:20 163:9,15 163:20,21 164:16 164:18 168:24,25 169:13

**attorneys** 2:7,13 2:19 19:3,8 39:3,7 41:16 64:25 65:13 66:5 112:24,24 125:24 126:19 130:17,25 132:20 133:5,11 141:12

**audio** 4:6

**authorization** 87:20 90:22 91:14

**authorize** 87:15 87:18 90:9,23 133:8

**authorized** 91:5 91:11,15 112:25 133:10,11,14

**available** 92:4,5 123:13,20

REDACTED

**aware** 21:19,21 44:15 45:18 54:15 122:24 123:3 125:19 133:7,13 167:14

**b**

**b** 175:2

**bachelor** 11:7

**back** 25:7 35:23 58:19 60:3 65:21 70:17,22 77:8 81:12 82:14 83:9 83:9,12,17,24 84:7 85:11 88:4 92:8 109:12,16,23,24 128:15 134:14,15 135:3 136:14,15 136:17,18,20,23 136:24,24 137:9 138:16 139:18 145:18 146:7,12 166:17

**badly** 28:3

**ballpark** 99:22

**bar** 25:17 26:6 27:11,17 165:9 166:6,7

**bartender** 26:7,12 27:9 162:7,10 165:8,19 167:16

**bartending** 26:8 26:10 165:24 166:4

**based** 123:20 157:21 164:5

**basic** 6:24 7:5

**basically** 166:22

**basis** 23:7,7,11 103:11

**bates** 32:21 33:21 72:8,10,14 86:2

**bear** 32:14 71:4,8 82:15 83:10 85:10 88:5 107:13 131:21 144:5

**bearing** 124:23

**bears** 122:14

**becoming** 25:14 26:12

**beg** 17:3

**began** 6:8 96:17

**beginning** 5:5

**behalf** 1:4

**belief** 57:6,11 62:16 161:5,14,20 161:25

**believe** 21:13 45:12,14 46:3 47:12 48:21 50:21 52:20 53:13,17 55:17,24 57:16

60:19 61:7 72:25 74:6 76:21 80:15 91:25 100:4 130:16 141:19 142:10,19,20 154:15 157:22
**believed** 48:5,9 49:2 79:18 80:3
**believes** 147:11
**benefits** 52:16 61:13,18 62:5,14 62:17
**best** 7:17 87:9 89:19,22 114:8
**beverage** 1:8 52:9 53:25 54:4,9 56:21 105:7,8 122:22 151:7,15 152:18 153:3
**beverages** 1:7,8,9 4:13 32:11 48:15 48:17 52:8,14 53:23 55:20 56:16 58:6 59:2,6,14 60:10,13 61:6,22 61:23 95:15 150:5 177:4
**big** 118:12 153:6
**bio** 108:5
**biology** 30:12
**birth** 9:10
**bit** 28:21 90:17
**black** 147:7
**bob** 9:24 35:19 107:15 131:13 135:12 169:6
**bootstrap** 156:4
**bore** 159:12
**born** 9:13
**bottle** 149:3
**bottles** 30:15,20 31:4,7,17
**bottom** 33:21 35:13 72:15 90:17 90:18
**bought** 102:13 115:8 117:16 119:4,9,10 159:12
**boulevard** 100:6 100:23 115:6
**bourne** 2:14 20:5
**brand** 22:18,19,22 122:14 123:4 146:13
**branded** 122:5,11 122:12
**break** 8:10,11,15 69:11,22 73:3,8,13 107:17,22 108:5,9 108:19
**breakout** 171:24
**breaks** 131:7,17
**brewed** 22:17,23 106:19 122:10
**brewing** 1:8
**bring** 30:14,19,23 84:7
**brisk** 146:23
**broad** 2:17
**broadway** 177:3
**bronson** 100:5
**brothers** 15:9
**burden** 131:20
**business** 26:17 27:15,18 28:2,6
**buy** 119:5,8,13 121:3,5,9 160:21 160:25
**buying** 166:24 167:23 168:4,17

**c**

**c** 2:2
**caffeinated** 23:3
**cahuenga** 100:22 115:5
**california** 11:24 12:9,17 13:17,24 17:9 25:23 26:20 28:10 89:7 132:14
**call** 111:12 141:2 169:6
**called** 13:14,15 25:17 45:12,15 111:10,13 170:7
**calling** 155:11,12 156:13
**calm** 67:5
**caloric** 52:13 55:15,24 56:5 58:6
**calorie** 56:2 57:12
**cans** 30:14,19 31:3 31:6,16 122:25 136:8 148:16,19 148:23,24 149:8 158:25
**cantaloupe** 24:3
**caption** 4:12
**card** 14:9
**care** 66:6 132:20
**carlos** 2:8 5:17 17:11 20:4 65:7 69:10 81:21 103:18 104:6 120:20 131:3,17 135:10 141:25 145:10 156:17 169:20
**case** 1:3 4:12,15 46:3 64:2 73:25 76:18 125:18
126:23 127:5 128:3,9,19 133:2 170:5,6 171:13 177:4
**cases** 163:24
**cash** 28:24 104:24 118:5,6 119:23,25
**central** 89:6
**certain** 52:14,16 59:18 61:13,21 127:19 165:9
**certification** 3:6 102:23 176:2
**certified** 4:21 6:7 6:12
**certify** 176:5,10
**change** 177:6
**changed** 127:24 127:25
**characterizing** 66:13
**cheap** 159:14
**check** 145:19
**chelsea** 2:24 34:16 83:14 171:23
**chemistry** 30:4,5,7 30:9
**children** 9:19,20
**chose** 148:18 149:5
**circle** 146:12
**circumstances** 14:17 16:3 128:25 168:4,8
**citizen** 14:8,10,11 14:14
**citizenship** 14:2 14:13
**citric** 47:7,15 56:20 58:18,24 59:5,10,12,22,25

60:5 61:24 117:20 117:22 123:5 141:7,9,15,19,23 142:6,10,15,19,21 161:5,9,10,14,20 161:25 162:3,13 162:14 165:3,5,7 165:12,15 167:14 167:17 168:14
**city** 13:8,9
**civil** 11:7
**claim** 55:14 107:3 158:22
**claiming** 61:16
**claims** 52:8 53:4 65:24 66:8,20 102:24 103:3,5,6,7 108:11 126:9,14 137:5 140:23,25
**clarification** 166:17
**clarify** 7:18 11:17 29:20 31:22 39:13 76:9 108:10 162:20 165:4
**clarifying** 51:10
**class** 16:24 30:10 44:10,12,16 45:7 45:10,12,15,19 64:19,20 65:2,3,15 89:4 102:22 103:7 111:3,5 112:8,13 129:3 171:2 175:8
**classes** 29:23,25 30:4,5,8,11
**classic** 156:10
**classification** 126:23
**clear** 8:7 51:12 54:24 66:18 108:15 134:25 168:9
**clearer** 134:10
**clearly** 47:5
**click** 72:3 84:6
**clicked** 34:16,20 34:21
**client** 16:12 46:18 117:19 130:18 133:18 137:2 141:6 158:21 160:11 171:10 172:13
**client's** 150:11 153:5 159:23 161:11,20
**close** 88:24 100:25 101:2 115:6 145:13
**closed** 106:15
**cocktail** 24:11,14
**code** 12:10,17
**coffee** 22:15,16,20 22:25 23:2,6,9 106:5,6,8,14,17 122:10
**collectively** 52:11
**college** 10:19 30:8 30:12
**color** 136:13
**coloring** 151:15
**colors** 52:17 60:16 60:21,25 61:4,4,8
**come** 7:23 8:9 18:11 21:24 23:23 45:8 46:2 62:15 85:3 115:25 127:2 127:8,23 130:20 132:25 145:17 149:8 156:6
**comes** 7:15
**comment** 113:8,9
**commission** 177:25
**communicate** 19:2 19:7 20:2 42:9
**communicated** 20:16 43:17 51:18
**communication** 39:25 46:19 51:13 111:16,19,23 112:3 149:17,25
**communications** 49:25 65:12 160:19 163:17
**community** 13:13
**compare** 123:8,18
**compares** 93:6
**complaint** 21:12 21:13 62:25 63:11 63:17,23 64:2,19 65:2 66:5 75:10 75:17,19,20,21,23 76:2,7,9,12,14,18 76:19,22,24 77:19 77:22 78:3,18,25 79:11,13,17 80:2,6 80:13 81:4,14,18 87:22 89:4 91:5 91:11,17,23 92:11 92:17,19 93:5,7 112:5 125:18,20 125:21 126:4,10 126:15 132:11 133:16,18,20 134:19 137:21 140:20 175:8,10
**complaints** 82:4
**complete** 166:11
**compound** 152:11
**computer** 71:9 89:18
**computer's** 90:17
**concerning** 65:25 152:8
**concierge** 2:24
**concluded** 163:22
**concludes** 172:24
**conclusion** 155:12 156:5,14,23 157:2 157:15 170:24
**conference** 19:17
**confidential** 10:1 10:2,5,9 11:1 12:1 12:5,8 13:1 14:1 15:1 16:1 17:4 46:18
**confused** 75:24
**congress** 128:13 129:5,7
**connection** 76:2 110:2,7,9 164:8 165:18
**consent** 4:24 5:19
**consequently** 163:8
**consume** 22:11,12 22:14,16,23 23:4 23:13,15,22,24,25 24:2,6,15,17 105:6 160:22 161:2
**consumed** 24:5,9 61:7
**contact** 46:8,10 47:9,11 48:11
**contacted** 43:24 43:25 45:3 98:2 112:23
**contacting** 46:22 48:14 111:2
**contain** 61:24
**contained** 166:25

**container** 55:10
**containing** 134:14
**contains** 154:16
**content** 52:13 53:6 53:12,13,18 54:9 54:11,19 55:2,7,8 55:14,15,16,20,24 56:2,5,16 57:7,12 57:19 58:6 65:25 80:9
**contents** 52:22,24
**context** 155:23
**continue** 4:7
**continued** 167:3
**controversy** 169:24 170:8
**convenience** 106:15
**conversation** 51:6 51:8,10
**conversations** 46:23
**copy** 17:15,24 172:10
**corner** 33:22 34:2 34:4,13 35:14 72:16
**correct** 6:13,15 13:25 15:8 18:8 28:9 29:17 39:12 39:16,17 44:3 48:18,25,25 53:2,6 67:22 76:11 91:19 97:14 99:17 102:20,25 104:21 110:18 111:4,11 112:5,6 115:21 122:16 148:13,17 154:14 159:4 161:7,12 163:13 164:9 165:20,25 166:2 168:2
**correctly** 6:19
**couch** 12:23 13:2,5
**counsel** 3:4 4:24 5:3 6:9 39:16 150:15 157:3 166:19
**count** 131:17
**country** 13:11 14:11,18 16:20 177:3
**couple** 83:18 109:24 113:17 116:16,17 117:2,3 117:7,11 119:16 119:18,19 162:20 162:24
**course** 107:22 108:22 140:2
**court** 1:2 3:17 4:14,22 5:7,21 7:9 7:11 9:2 89:6 126:11,16,18 132:13,18 139:17 163:24 164:7 166:20 169:17,18 171:15
**court's** 7:13
**covid** 25:10 127:18 128:22
**culinary** 26:19,21 26:22,23,24 27:2 27:10,19
**currently** 25:9
**customarily** 104:22
**cv** 4:16
**cvs** 98:8 99:5,7,9 100:12,13,19,22 101:6 114:24 115:4,5,19 119:3,3 123:11 124:2,7 139:21
**cvss** 101:9

**d**

**d** 32:17,20 34:7,8 34:9,10,14 35:2,6 35:13,15 36:17,20 36:20 37:6,24 38:18,21 40:21,23 41:4,19 42:6,8 49:4,6,14,16,18,20 50:4,20 51:21 60:15 61:12 62:23 63:7,18,23 65:22 71:14,17 72:6,9 73:4,9 74:3,11 76:2,7,15,15 77:8 77:12,16 78:21 80:7 81:8,11 82:16,19 83:2,2,22 85:2,4,5,18,24 86:6 87:15,18 88:7,9,13,14,17 89:3,8,12 90:9,14 90:16 92:9,12 93:12 95:12 130:3 130:6,8 131:22,25 132:7 133:9,16 142:22,25 143:6,7 143:9,13 144:11 144:14,15,18 175:4,5,6,7,8,9,10 175:11,13
**daily** 23:7,11
**damages** 133:21
**date** 9:10 32:18 36:13 43:19 44:22 44:24 56:17 71:15 74:21,25 75:4 76:25 78:8 81:5 82:17 85:8,19,21 87:24 88:8 89:14 89:16 91:13,16 110:2,10,13 114:3 127:7 130:4 131:23 139:3,7,13 142:23 144:12 176:7 177:5
**dated** 32:20 91:3
**dates** 95:25 96:3,4 96:5,7
**day** 86:14 96:6,11 106:12 111:13 166:6,6 173:14 177:24
**days** 74:23 75:5 80:13
**dead** 29:14
**deal** 76:5
**dealt** 95:12
**deceitful** 57:17,19
**deceived** 52:21 53:18 55:25 57:7 57:12 60:20 61:17 79:19 80:3,15 147:11
**december** 42:22 43:22 45:5 57:3 97:7,9,13 98:4 114:11,20 115:23 116:3 118:22,24
**deceptive** 54:18 55:19
**decide** 129:2
**decided** 127:3,9 128:2,13 168:12
**decides** 171:15
**decision** 112:18,19 127:13,16 128:6,8 128:11
**declaration** 82:20 91:4,7,15 175:6

**deemed** 10:9 12:8
**defendant** 5:13,13 46:4 75:23 130:18
**defendants** 1:10 1:14 2:19 47:4,13 48:5,9,15,17,22 49:2 52:11,21 53:15,19 55:25 56:16 57:8,13 58:6,25 59:6,13 60:10,13,20 61:8 61:17 62:4 65:24 67:8 79:19 80:4 80:16 106:23 107:2,5 124:6 131:7 175:3
**definitely** 17:21
**definition** 134:5 154:24 155:17 157:14,23
**definitions** 155:5
**degree** 11:4,6
**degrees** 11:9
**delete** 38:10
**deleted** 38:13
**delivered** 29:2
**depending** 124:4
**depicted** 136:7 140:20
**deponent** 177:5
**deposed** 7:2
**deposition** 1:13 3:7,14 4:10,16,18 5:14 6:8,25 10:3 11:23 18:25 19:6 19:13 20:8 21:3 30:16,21,25 38:20 127:21 128:3 160:14 177:5
**depositions** 163:25
**describe** 20:20 134:11
**described** 139:9
**describing** 21:6
**description** 175:3
**details** 15:3 132:19 141:13
**determination** 91:10
**determine** 38:5
**deutsch** 2:16
**dietary** 21:17
**differ** 17:3
**difference** 87:8 117:11 137:10
**differences** 133:15
**different** 7:8 76:10 76:20 124:13,13 137:3,4 140:25
**direct** 160:19
**directing** 16:20 169:21,23
**direction** 174:7
**directly** 69:3 147:22,23 148:4
**disclosed** 162:12
**discussed** 20:23,25 21:8
**discussing** 164:22 164:25
**discussions** 163:22
**disk** 4:9 69:24 70:18 109:7,13 146:2,8
**disks** 173:2
**dismiss** 126:3
**dismissed** 126:10 126:16,18
**display** 54:25 55:3 55:8
**displayed** 53:14 53:19 140:10
**displays** 54:11
**dispute** 170:11,22
**district** 1:2,2 4:14 4:15 89:6,7 133:3
**division** 89:7
**divulge** 21:7
**divulging** 39:24 51:9 65:11
**document** 32:20 33:2 34:6,17,25 35:11,17,20 36:11 71:8 72:24 76:16 77:13 81:8 82:19 83:7,19,25 84:21 84:22 86:10 130:6 130:13,20,24 132:8 143:10,12 143:18 144:5,14 144:19
**documentation** 84:18
**documents** 20:7,9 20:11 21:2,6,9 130:17
**docusign** 74:19
**doing** 121:13
**donovan** 2:20 4:18 5:11,12 6:5,17,21 10:6 12:4 15:3 16:16 17:10,18,23 20:24 21:10 31:8 32:13,19 33:7,15 34:25 35:7,21 37:25 40:20 41:14 41:24 43:3,7,11,20 44:25 47:19,20,24 49:19 51:19 56:3 57:25 58:14 59:3 60:2 62:14,22 64:3 66:6,12,21 67:3,16 68:11 69:10,14,21 70:20 70:25 71:16,20 72:8 77:2 80:20 82:13 83:6,11,13 83:16,23 84:5,9 85:10,16,23 87:10 88:4 89:14,17,20 90:15 94:16 95:5 98:18 102:6,9 103:23 105:9 107:20 108:3,7,16 108:18,22 109:3 109:15,22 110:17 110:21,24 111:14 112:21 114:3 117:13 119:7,18 122:23 125:23 127:18 129:23 130:5 131:15,24 132:4,15 133:6,13 135:4,8,14 139:4 141:18 142:24 143:4 144:4,9,13 145:9,16 146:11 148:8 149:18 152:4 154:21 155:15 156:9,17 157:3,6,19 160:8 160:12,13,18 162:11,16 164:11 165:21 167:9 168:6,22 169:9,12 169:20 170:10 171:6,9,18 172:22 174:4
**donovan's** 47:2
**doubt** 150:13
**download** 33:8

**downtown** 25:22
**draft** 62:25 63:11 63:16,19,22 64:2 75:10,16,19,19,20 75:25 76:7,9,12,14 76:18,19,21,24 77:18,22 78:3,25 79:11,13,17 80:2,6 80:13 81:4,14,16 81:17 82:4 93:7 112:4
**drafted** 129:9
**drafts** 81:16
**drank** 22:5
**drink** 21:22 22:5 22:21 23:6,10 25:5 106:5,10 113:7,11,15,19,20 113:23 114:6 116:17 117:6,16 118:2 141:7 167:15 168:5
**drinks** 23:3 29:2 52:22 56:2 60:22 61:18 104:11 116:22 117:20,21 121:6,8,10,24 122:18 123:20
**driver's** 17:5,15 17:24
**drop** 128:8
**drug** 149:21,22
**dubai** 9:14 10:10 13:7,8,9,14,14,15 13:16,23 18:4,5 29:12,16
**due** 25:9 127:18 128:22
**duly** 176:7

**e**

**e** 2:2,2 36:24,25 37:8,10,14 38:3,5 38:8,9,10,12,16,17 42:2,3 51:2 70:13 70:13 74:19 78:20 82:10,10 175:2
**earlier** 45:3 95:11 163:3 165:23 166:15,23 167:4
**early** 16:7 170:15 170:17
**east** 100:5
**eat** 23:18,20,21
**education** 9:25 10:4
**effect** 3:16
**either** 118:21 155:18 157:10
**electronic** 36:8 144:2 145:7
**electronically** 73:23
**eleven** 98:8,12 99:6,13,22,25 100:9 123:11 124:2,7 139:21
**emirates** 9:14 10:11,12 13:12 14:15 15:5
**employed** 25:8,15 25:16,18 26:14 176:11
**employer** 170:12
**employer's** 163:21
**employment** 27:21 29:11,15 40:7,9,10 40:12 163:10 164:8 169:2,16,17 169:25 170:6
**empty** 33:6
**ended** 132:18
**endurance** 8:11
**energy** 54:2,17 62:2 93:17 95:18 113:7,11,15,23 114:6 115:14 116:13,22 117:3 117:16 118:2,8,20 119:4,9 120:14 121:5,8,24,25
**engineering** 11:8
**entire** 35:20 40:23 40:25 54:12,13 55:4,9 56:11 58:3 58:3
**entirely** 52:23 123:24 126:5 130:15
**entities** 52:11
**errata** 177:1
**espresso** 22:24 23:9 28:25
**esq** 2:8,14,20
**estimate** 7:21,22 19:24 41:13 43:8 67:19,20,23 68:5 68:10 80:14,17,21 80:24 101:23
**estimated** 43:13
**et** 177:4
**event** 140:6
**everybody** 88:20 109:19
**evidentiary** 7:11
**exact** 44:24 45:14 56:17 67:12,15,17 74:21,25 75:3 76:25 78:8 81:5 82:5 85:21 86:14 87:24 89:13 91:13 91:16 96:3,4,18 100:24 101:20,21 114:2 138:16 139:25
**exactly** 38:2 42:12 42:20 45:13 50:7 50:7,14,18 85:5 93:10 103:12,19 111:24 158:7
**examination** 6:16 162:22 168:21 174:3
**example** 156:10
**examples** 28:22
**excuse** 96:20 101:21 107:8 119:6 136:17
**executed** 74:8
**exhibit** 32:14,17 32:24 33:4,10 34:10,17 35:15 71:3,6,14,23 72:6 72:9 82:14,16 83:2,21 84:24 85:12,13,18 86:6 88:5,7,13 91:2 92:13,16,20,22,24 130:3 131:25 132:6 134:18 135:15,21 136:2 137:22 138:14 142:22,25 143:5,6 144:11,18 175:4,5 175:6,7,8,9,10,11 175:13,16
**exhibits** 33:5 84:8 175:16
**existence** 44:5,12 44:20 65:19
**exists** 168:14

**expect** 50:17,25 102:15
**expectation** 51:11
**expected** 50:3,6,9 50:14
**expecting** 49:5,13 49:15,20 79:12
**expedite** 172:11
**expeditiously** 131:19
**experience** 162:14 165:2,5
**expires** 177:25
**explain** 16:3 117:13
**extend** 165:13
**extent** 20:14 61:21 134:23 156:3

**f**

**f** 2:8 70:13
**facebook** 18:13,15
**facing** 136:22,23 136:24 137:6 138:9,16,18
**fact** 20:18 129:21 163:18
**fair** 8:16 43:23 47:10 48:3,7,13 51:4 79:16,25 128:17 145:22 148:6,10,14 153:11,21 154:8 159:3
**false** 47:14 48:6,9 48:22 49:3 52:12 53:4 54:10,18 55:19 62:17
**familiar** 29:22 122:21
**family** 15:4
**far** 29:9 74:18 101:4 166:17
**fast** 23:13,15
**fbi** 175:9
**fda** 149:17,20 155:23 156:6
REDACTED 25:13
**federal** 132:13,18 149:21
**figure** 67:12,16,18
**file** 21:14 34:23 53:4 71:10,19 82:25 90:19
**filed** 4:14 64:18 65:2 84:13 85:7 87:23 90:6,10 91:6,11,17 125:18 125:20 132:12 163:24
**files** 72:2 130:21 130:23
**filing** 3:6 89:5 91:23 133:8
**finances** 129:12
**financial** 127:20 128:20
**find** 7:19 47:6 137:14
**finding** 168:17
**fine** 7:23 10:6 16:23 120:23 150:22 157:13
**finish** 8:4,8
**firm** 38:22 44:5,6 52:3,7 64:6,11,15
**first** 7:6 21:13 28:6 34:9 35:23 42:16 43:17,24,25 44:15,17 49:18 51:21,23 56:14 60:14 62:15 63:6 63:10 65:21 68:12 74:7 76:24 86:12 89:11 95:22 125:20 132:10 134:4 170:18 175:10
**five** 79:8,9 91:22 101:5 121:15 145:11,18 170:19
**flavor** 105:16 118:10 120:7,11 125:15 136:13 151:7
**flavors** 68:24 108:12 138:15
**floor** 2:5
**fluctuate** 124:4
**fluid** 54:13 55:2,4 56:8,9 58:3,13 138:12 149:8
**folder** 33:6 34:18 84:8
**folders** 33:5
**follow** 33:23 168:23
**following** 10:8 12:7 70:10
**food** 21:20 23:13 23:15 28:23 29:2 29:3,19,20,24 30:2 149:22 154:20 155:2
**force** 3:16
**foregoing** 176:6,8
**forgive** 150:14
**form** 3:11 94:4,13 94:20 96:24 101:18 103:11 114:13 116:7 124:20 125:10 129:17 134:8 137:3,4 141:22 142:4,13 147:14 148:23,23 150:7 151:3,10,18 152:2 152:11,21 153:16 154:18 158:19 159:10 160:4 161:13,24 164:12 165:22 167:10 170:3 172:8
**formal** 162:11
**formed** 28:3 161:5 161:19
**former** 163:21 166:5
**forward** 171:11
**found** 44:17 54:10 55:19 110:22 112:9,10 133:2 168:13
**four** 25:20 97:12 140:2 146:8 167:5 170:19 173:2
**fourth** 97:2,3,3,11
**frequent** 88:24
**freshly** 22:16,23 22:24 106:19 122:9
**friends** 64:4,9,13
**front** 41:5 72:20 86:4 92:10 130:9 136:22 137:6,9 138:9,18
**fruit** 23:25
**fruits** 23:22,24 24:2
**full** 77:18 127:22
**funds** 104:25 105:2

**further** 3:9,13 162:17 168:20,21 176:10
**future** 128:25 129:13

**g**

**g** 146:19
**gain** 166:9
**gained** 165:18
**games** 66:24
**general** 30:9
**generally** 20:20
**getting** 88:23 145:12
**gilchrist** 2:24 34:15 83:13,20 84:2,6 171:25 172:6
**ginseng** 53:24 61:25 93:18,24 94:8,24 95:18 135:23 137:4 138:5 153:25 167:24
**give** 6:2,24 19:24 28:5,22 34:22 41:13 42:19 46:17 56:18,23 67:12,15 67:20,23 74:22 77:3,9,14 82:22 84:14 88:11 89:15 89:23 90:11,19 92:22 93:13 95:25 96:6,11,13,16 97:20 98:11,15,17 98:20,20,25 99:4 99:12,15,19 100:16 101:22 102:5,7,11,15 104:8 114:8 115:3 127:21 129:23 130:7,25 133:25 134:20 135:18,18 135:22 137:15 139:3,7 143:7,25 144:16,22 145:5,9 160:8
**given** 139:16 172:24
**giving** 20:22 87:9 91:13 104:9 141:18
REDACTED
[redacted]
**go** 4:8 7:6 10:19 10:22 16:10 25:7 26:8,10 32:14 35:23 36:3 46:22 58:17 69:19 71:3 71:7 73:20 77:8 81:7 82:14 83:8 83:24 84:9,10 85:11 89:20 92:8 93:11 95:13 107:5 107:21 108:8 109:24 116:8 125:25 131:4,13 131:16 133:23 134:18 135:16 140:12 141:24 145:2,15,16 157:20 166:7 172:19,20
**goes** 29:10
**going** 4:3 7:13 12:13 16:10,11 20:15,16 32:13,23 35:7 36:3 42:4 49:21 50:16,22 65:21 66:6,25 70:2 71:3,7,11 77:8 81:12 82:13 83:6,18 85:11 88:4,22 107:18 108:24 109:9 129:4,6,9,22 131:18 134:22 145:18 146:3 155:3 166:14 169:5,6 170:23 171:4,13 173:4
**gold** 147:3
**good** 4:2 5:11,16 6:18,20 69:11 70:21,25
**google** 44:14,18 112:9,11,13
**googled** 112:8
**gourmet** 28:7,8,14 29:8
**graduate** 10:13,15
**graduated** 10:18
**grapes** 24:22,24 24:25
**great** 69:12 76:5 109:2 145:14
**green** 14:9 53:24 53:25 54:6,9,20,21 61:25 68:20 93:18 93:23 94:7,24 95:17,21 96:2,8,17 97:19 98:6,22 99:3 100:2,10,13 100:19 101:7,10 101:15,23 102:13 103:10,22,25 104:10,14,19 105:7,17 106:3,4,9 106:16,19,21 107:9 113:19,20 115:9,12,15,17,19 116:5,10,19,20 117:6,15 120:13 122:3,4,5,7,10,14 135:17,22,23 136:6 137:3 138:5 153:25 167:13,23
**grocery** 120:17 121:13,18 123:25
**ground** 7:5 157:18
**group** 27:12
**guess** 17:2 42:22 43:2,4,10 61:5 86:18,21,24 87:2,5 87:13 92:9 132:22 157:25 158:23
**guessing** 42:24 43:14 87:8
**guesstimate** 43:6
**guesswork** 7:21
**guidance** 156:2 163:15

**h**

**h** 4:11 175:2
**half** 27:7 28:16,17
REDACTED
**hand** 5:24 33:22 33:25,25 34:4,13 35:14 72:16
**handled** 28:24,24
**happened** 116:2,5
**happy** 157:17 166:20
**harass** 16:9
**harassing** 16:15 16:17
**hate** 9:24
**health** 52:16 61:13 61:18 62:4,14,16
**hear** 89:17
**held** 1:15 4:19 28:20
**help** 46:12,25 87:25 126:7

132:22
**helping** 110:14
**herbal** 93:17 95:19 113:7,10
**hereto** 3:5
**hesitation** 46:16
**high** 9:22 10:10,11 10:13,15,18 30:6
**higher** 158:8
**hired** 163:9 164:19 166:5
**history** 29:10 95:14 124:9
**hold** 11:12 14:13 38:8 108:25 170:16
**holdings** 1:8,9
**hollywood** 100:4,5 100:6,23
**home** 11:25 12:2 18:3,5
**honey** 53:25 61:25 93:18,24 94:8,24 95:18 135:24 137:4 138:6 153:25 167:24
**hope** 171:15,16
**hopefully** 46:24
**hornell** 1:7
**hot** 107:24
**hour** 19:22,23 41:11,12 107:19 112:2
**hours** 106:5,7,12 107:25 131:5,8,11 131:13,16
**household** 11:16 11:18
**huh** 113:12
**hundred** 68:24 102:3,4

**i**

**iced** 103:10,25 104:14,19,23 121:3,20,21,25 122:7,13,15,24 123:13,14 146:13 146:15,17,21,23 146:25 147:3,5 158:24 167:23
**identification** 17:13 32:18 71:15 71:17 82:17 85:19 85:25 88:8 130:4 131:23 142:23 144:12
**identify** 124:15
**identity** 17:22 111:8
**impact** 129:19 159:6,17,25
**impacted** 128:19
**impede** 9:6
**improper** 66:22 156:10,21
**inaccurate** 57:16 57:18 75:6
**inadvertent** 95:8
**inadvertently** 95:9
**inception** 170:23
**incident** 164:13
**included** 55:16 56:4,6,20
**including** 131:7 133:20
**index** 174:2
**indicated** 37:2 78:21 176:7
**individual** 102:24 103:2,5,6
**individually** 1:4
**influence** 9:4,8
**influenced** 107:4 153:9
**information** 56:7 57:14 169:11
**informative** 92:2
**ingredient** 47:7 54:25 55:12,17 56:4 58:25 59:5 59:10,13,24
**ingredients** 53:15 60:9,12 123:6 147:18 150:4 153:13,20,23 154:4,6,9,13 168:10,12,15
**initial** 133:16,18
**initially** 87:23
**initiated** 51:15
**instruct** 16:12 171:4
**instructions** 6:25 8:19
**intend** 131:15
**intent** 16:17
**intention** 171:12
**interest** 126:8
**interested** 7:20 85:22 88:2 118:9 120:8 132:21 137:25
**interrogatories** 21:14 143:21 144:7,22,24 161:19 175:12,14
**interrupt** 9:24 107:16 140:14
**interrupted** 140:15
**intimidating** 16:14 16:18
**introducing** 131:25 142:25 143:5
**involve** 20:15 40:14
**involved** 40:13 163:5,19 164:14
**involving** 169:25
**irrelevance** 16:8
**issue** 16:7 129:12 138:21 146:13
**issued** 17:8
**items** 116:21

**j**

**jamie** 1:16 4:22 176:4,16
**january** 1:11 4:5 32:20 36:15,17,21 37:18,24 39:8 42:14 63:18 68:16 76:4 77:23 78:12 78:15 177:5
**jeff** 2:23 4:20 172:6
**jersey** 2:18 173:3
**joe's** 121:2,7,10,14
**join** 65:17
**joseph** 2:14 20:5
**judge** 169:19
**juice** 24:10,12 121:9 122:18
**juices** 25:4,5
**julia** 25:17,21 26:6 26:13
**jury** 89:4

**k**

**keep** 112:21 156:25
**keeping** 113:2 125:24 133:5,12

**kept** 9:25
**knew** 59:21 110:13
**know** 7:17,20 8:6 8:12 13:21 16:6 17:10 25:24 32:25 37:23 38:13 42:23 43:16,18 44:6 49:23 50:9 51:7,9 55:21 60:23 61:6 62:9,12 64:17,25 65:14,16,18,19 67:3,4,22,24 68:6 69:14 71:12,13 74:24 77:11 78:5 78:10,11,14,17 80:22 82:9,20 84:12 85:6 86:22 86:25 87:4,12,22 88:10 89:2 91:21 92:25 93:3 95:10 97:24 98:19 99:16 99:24 101:8 103:21,24 104:10 104:13 105:24,25 107:21 108:23 110:4,10 111:24 112:2 113:3,5 114:11 115:13 116:21 118:12 123:22 125:17,22 126:2,9,14,21 128:15 131:10 132:12,17 133:15 138:3 139:13 140:5 141:9,14 144:19 147:10 149:20 150:15 154:9 155:7,24 156:19 167:17 169:5 170:8 171:16 172:10
**knowing** 85:23 87:8
**knowledge** 126:17 126:19 162:6 165:17 166:9
**known** 59:12 150:12
**knows** 171:16

**l**

**la** 25:22
**lab** 26:19,21,24 27:2,10,20
**label** 48:9 79:20 136:12,14,22,23 136:24 137:6,12 138:10,16,18,23 139:8,20 140:8,9 150:10 151:16 153:25 154:10,12 155:23 168:15
**labeled** 21:14 34:17 121:6,24 124:17 125:7,14 134:13 150:17 158:5
**labeling** 48:5,16 48:22 49:2 54:19 80:4 106:25 108:10 138:8 150:25 151:8,24 152:18 158:14 159:23 160:6
**labels** 47:13 53:19 62:3 80:16 147:12
**language** 134:24
**lasalle** 2:11
**late** 42:17,18,21 42:22 43:21,21 45:4,5 56:21,24 57:2,2 59:6,10,14 59:16,18 60:8,11 96:19,21 97:18,22 98:3,3 115:22,23 116:3,3 166:23
**law** 38:22 64:5,10 64:14
**lawsuit** 44:12,16 65:17 84:12 85:6 102:19 103:11 127:10
**lawsuits** 44:10 45:13,15
**lawyer** 40:19 53:3 91:23
**lawyers** 57:6 112:14
**leaf** 147:5,7
**learn** 44:4,11,19
**learned** 111:7 166:25
**leave** 14:23
**leaving** 14:18
**left** 16:4 84:4 95:9 131:11
**legal** 4:21 8:22 40:14,15 155:11 156:5,13,23,25 157:15 163:5,19 164:7,20
**lemon** 24:12,13 142:20 147:5
**length** 93:7
**letter** 36:16,18,23 37:18,24 41:9,15 41:18 49:5,17 61:2 63:18,20 72:14 75:8 76:4 95:12 175:9
**license** 17:5,16,24
**licensed** 6:13
**licenses** 11:13
**lies** 133:19
**life** 165:13
**light** 163:17
**lime** 24:5,9,10 141:20 142:2,6,8 142:11,16,18,19 142:20
**limited** 148:16
**line** 75:10,13 77:18 81:13 174:7 174:7 177:6
**lines** 110:10
**linkedin** 18:14,16
**lipton** 146:15
**list** 53:15 55:12,17 56:4 59:24 123:6 143:21 144:21,24 168:10,13
**listed** 38:18
**lists** 54:25 74:13
**litigation** 174:2
**little** 19:4 27:6 28:15 72:14 88:24
**live** 11:19 12:15,18 12:22 14:6 100:25 101:2
**living** 12:21 18:3
**llc** 1:7,9,9 4:13 52:9 177:1
**llp** 2:4 5:17 20:5,6 36:2 74:10,14 77:6 78:19 82:12
**load** 71:9 82:25 90:21 92:18 135:19 137:16 144:16
**loaded** 86:8
**loading** 34:21 72:2 77:13

**located** 11:23 25:21 100:22
**location** 98:21 99:25 100:16 101:6
**locations** 100:3,8 100:15 101:8 124:8
**long** 12:11,18 13:2 19:20 25:11,18 27:4 28:13 41:8 67:10,24 68:6 69:13 111:22 121:12 157:14 162:21 170:22
**longer** 93:8 127:4 127:9
**look** 49:17 112:13 112:20 145:10 166:20 168:12
**looked** 20:21 51:18 73:12 106:16 168:9
**looking** 38:3 45:6 45:9 46:7 57:5 71:6 72:18 73:2,7 73:22 84:24 85:4 90:13,15 106:4,9 135:5 144:7
**looks** 136:20 138:2 138:19
**loop** 113:2 125:25 133:6,13
**los** 11:24 12:9,16 13:23 25:22 26:19 28:9
**lot** 88:18
**lower** 33:22 34:3 34:12 72:15
**lunch** 69:22
**luncheon** 70:3,9

**m**

**mail** 36:24,24,25 37:8,10,14 38:3,5 38:8,10,17 42:2,2 42:3 51:2 74:19 78:20
**mails** 38:9,12,16
**main** 165:14
**majority** 54:7 116:18 117:5,14 117:14
**making** 91:10 102:23 128:15 147:19 153:18 161:16
**mango** 54:3,21 62:2 95:6,19 113:15 116:18 117:4,17 118:17 119:8 120:6,14 122:18,19
**mangoes** 24:3
**mangos** 119:14
**manner** 5:2 19:17
**mark** 12:4 83:19
**marked** 32:17,19 33:5 34:6 36:17 37:24 63:18 71:14 71:16 81:9 82:16 82:19 84:8 85:18 85:24 88:7,9 130:3,5 131:22 142:22,25 143:6 143:13 144:11
**market** 28:7,8,14 29:8,13
**marketing** 1:8 52:9
**marking** 83:7 85:13 144:4,13
**married** 9:15,17
**matter** 38:23 39:16 40:3 79:15 129:21 132:17 163:10 164:6,8,17 169:3,16,17
**maximum** 131:4
**mcelroy** 2:16
**meals** 29:4,5
**mean** 17:14 23:9 29:4 31:23 36:18 40:23 41:18 42:19 45:24,25 49:20 50:15,17,19,20 53:12 63:19 76:20 85:2 96:22 103:2 103:12 105:3 106:6,8,13 107:24 108:11 117:8 119:20 122:9,13 129:7,8 130:22 134:6 147:23 148:24 149:2 157:9 169:8
**meaning** 112:9
**means** 11:18 19:18 29:21 50:8,10,12 52:24 61:3,3,24 154:24 155:7,24 157:22,24
**meant** 16:9 61:2 167:8,11,18
**media** 4:9 18:18 18:20,22 69:24 70:18 109:7,13 146:2,8 173:2
**medication** 9:5
**meet** 19:2,7
**meeting** 19:15,18 19:20
**melissa** 82:10
**memorialized** 84:19
**memory** 100:6
**mentioned** 57:5 58:18 95:7
**menton** 4:20
**message** 171:10
**michael** 42:5,7
**miles** 8:5
**mind** 37:3 41:2 49:11 64:23 88:19 94:15 108:21 127:19,24,25 157:24
**mineola** 177:3
**minimal** 165:11
**minneapolis** 2:12
**minnesota** 2:12
**minton** 2:23
**minute** 34:22 77:9 84:14 88:11 90:11 90:20 92:23 99:7 101:5 108:19 130:8 132:3 134:20 135:19,23 137:15 143:8,25 145:5
**minutes** 67:13,14 67:19 107:19 108:6 111:25,25 145:11,18
**mischaracterizes** 37:22 66:11 167:10
**mischaracterizing** 170:3
**misleading** 52:12 53:5 54:10
**misrepresentatio...** 52:12

**mistake** 110:17
**modicum** 129:11
**moment** 25:7 107:13 131:21 145:10 160:9
**monetary** 133:21
**money** 105:2
**month** 13:21,22 42:19 56:23 77:3 96:6,11,13,16,18 97:20,24 114:2,5
**months** 13:4 25:20 91:22 97:13 166:11 170:19
**morning** 4:3 5:11 5:16 6:18,20 76:5
**motion** 126:3
**move** 13:16,23 128:13 131:18
**moved** 15:22 18:9
**mucho** 54:2,21 62:2 95:6,19 113:15 116:18 117:4,17 118:17 119:8,14 120:5,13 122:19
**multiple** 27:13 28:20

**n**

**n** 2:2 70:13,13,13 82:10 146:19,19
**name** 4:20 26:17 27:25 28:6 34:23 39:6 40:18 44:8 45:8,11,17,23,25 46:5 71:10,19 73:21 118:12 150:11 158:24 168:25 177:4,5
**named** 82:10
**nationwide** 126:22 126:24
**native** 14:18
**natural** 61:5 68:25 108:12 125:8 142:7 150:18,25 151:23 154:16,24 155:7,17 157:24 158:3
**naturally** 142:8,16 142:17
**nature** 16:15 40:2
**near** 129:12
**need** 8:10,11 40:8 83:17 84:15,20 90:22 107:21 172:11
**needed** 40:3 83:15 87:20 91:14
**needs** 108:4
**nestea** 146:21
**never** 18:21 32:8 32:12 165:24 169:16,18
**new** 1:2,18 2:6,6 2:18 4:15 6:8,13 118:10 132:18 133:4 173:3 177:1 177:3,3,3
**newark** 2:18
**noise** 79:22 88:18 88:23
**non** 112:12
**normalcy** 128:16 129:11
**notarized** 172:16
**notary** 1:17 3:15 172:16 173:16 176:5 177:25
**note** 5:6 155:13
**noted** 173:6
**notes** 145:11,19 176:9
**notice** 1:15 58:24 59:5,9
**noticed** 56:20 123:25
**noticing** 5:5
**november** 42:21 43:21 45:4 57:2 97:7,9,22 98:3 110:3,11 114:10 114:16 115:21,22 116:3 118:22,24
**number** 4:16 69:24 70:18 82:5 93:9 109:7 139:25 146:2,8 172:25
**numbers** 72:15
**numerous** 156:24

**o**

**o** 4:11 70:13,13,13
**oaks** 28:7,8,13 29:7
**oath** 70:23
**object** 81:22 120:21 134:23 150:16 155:9
**objected** 156:24
**objection** 8:2 14:4 14:20,24 15:24 16:5 20:14 31:12 31:19 32:6 37:19 37:21 38:24 39:4 39:10,21 40:5,16 42:25 43:15 47:16 48:23 49:7 53:8 57:21 58:7 59:7 61:9,19 62:6,10,18 64:21 65:5 66:2,9 68:2,8 80:23 81:2 81:19,24 94:3,12 94:19 96:9,23 97:16 99:18 101:11,17 103:13 103:15 104:3 105:18 114:12 116:6,7,23 124:19 125:9 129:16 134:7 141:21 142:3,12 147:13 150:6 151:2,9,17 151:25 152:10,20 153:15 154:17 155:8 156:7,11,21 157:18 158:18 159:9,19 160:3 164:11 165:21 167:9 168:6 169:4 170:2,25 172:8
**objections** 3:10 4:25 66:22 155:10 155:14 156:20
**objects** 7:24 166:19
**obtain** 11:4,6 130:24
**obviously** 42:13 50:25 124:12
**occasion** 15:14,17 15:19 24:19
**occasions** 93:19 149:12
**occurring** 142:16 142:17
**october** 97:6,9 114:10,15 118:24 175:9
**oh** 33:24 84:2,10 136:17 160:15
**okay** 13:10 17:18 17:25 21:10 34:5

35:9 39:18 43:12 45:21 63:9 75:15 77:9,16 82:18 85:15 92:15,24 93:13 106:11 108:3,16 113:9 120:24 131:14 132:6 133:25 134:20 135:7,12 140:15 143:7,9 144:15,18 145:5 145:14,21 160:16
**old** 177:3
**once** 67:9 68:13 94:22 130:14
**ones** 54:5 123:16
**online** 44:7,8 45:7 45:10 46:7 47:11 48:4,8,10,20 57:4 57:10 111:3,5 112:8
**open** 89:2 106:9 106:15 172:2
**opened** 34:18
**opinion** 155:16
**opposed** 149:2
**oranges** 24:18
**order** 148:3
**ounce** 56:8,10 122:25 138:11 148:16 158:25
**ounces** 54:13 55:2 55:4 58:4,13 138:12 149:6,8
**overall** 80:11
**oversaw** 28:23 29:5
**owners** 166:6

**p**

**p** 2:2,2
**p.m.** 69:25 70:19 109:8,14 146:3,9 173:4,6
**package** 128:14 129:9,14
**page** 18:14 34:9 35:24 36:4 42:5 63:7 69:5 73:20 75:9,12 81:13 90:24,25 135:16 135:20 136:7 140:20,21 143:23 145:2 174:3,7,7 175:3 177:6
**pages** 33:23 79:4,6 79:10 93:9 109:24 135:19
**paid** 104:13
**paragraph** 49:18 51:21,23 60:14 62:24 63:4,6,11,14 65:22 75:12 77:18 93:11,13,15,25 94:2,10,17 95:3,7 133:24,25 134:3
**paraphrase** 166:14
**paraphrasing** 166:16,18
**parents** 15:7 18:7
**parse** 135:6
**parsing** 134:24
**part** 51:5 92:2 128:3 130:16 141:2 168:14
**participate** 127:4 127:10 128:18 129:3
**participated** 64:19 65:3,15
**particular** 38:17 98:12 99:13 106:22 107:11 148:20,24 149:4
**particularly** 107:2
**parties** 2:3 3:5 4:8 6:9 32:24 176:12
**partners** 26:19,21 27:2,10,20
**party** 8:22 128:19
**pass** 129:10,15,22
**patience** 6:22 85:17
**patient** 67:6 156:15,18
**pay** 104:23,25 117:25 118:5 119:23,25 120:2 158:4,13
**pdf** 34:20 72:4
**peak** 147:3
**pearson** 2:10 20:5 64:14 74:9,13 82:12
**pending** 8:14
**people** 118:12 127:18
**perceived** 16:10
**percent** 68:24 108:11 125:8 150:17,24 151:23
**period** 92:3 114:5 118:23 172:11
**permanent** 12:24
**person** 64:17,25 65:14
**personal** 37:10,13 128:20 130:21,22
**personally** 65:18 147:16
**phone** 19:16 44:2 44:3 50:25 51:14
**photo** 138:20
**photograph** 136:7 137:19
**photographs** 32:11 92:10,17 93:2,4 136:2,3,5
**physically** 11:22
**picked** 168:11
**picture** 137:18,24
**pineapples** 24:20 24:21
**pizza** 23:18,20,21
**place** 4:7 26:13,14 115:7,8,10 121:17
**placed** 36:10,14
**places** 7:8
**plaintiff** 1:5 5:18 6:10 17:12
**plaintiff's** 6:11 175:11,13
**plaintiffs** 2:7,13
**plastic** 149:3
**platform** 18:18
**play** 66:24
**please** 5:6,10,21 5:23 7:16 8:7 26:18 30:18 34:22 34:24 35:20 47:21 58:20 60:4 69:20 77:10,11,14 81:7 82:14,20 84:14 86:4,7 88:5,9,12 88:24 90:12,20 92:23 93:14 107:13 129:24 130:8 132:3 133:23 134:2,21

143:8,25 144:5,10 144:17,23 145:3 145:10,15,17 150:9 160:9,18 165:4 167:7 168:3 171:11
**plus** 104:15,20 118:3 120:3 124:10,11 149:11
**point** 7:15,24 13:17 21:24 47:13 51:11 59:19 89:9 112:4 116:18 117:4,12,18,23,23 126:8 127:2,8,23 132:25 141:5 161:4,14,25 166:23 167:21,22
**popped** 33:13 72:5
**pops** 71:24
**portion** 10:3,8 12:7 17:4 47:22 58:22 60:6 109:20 140:25
**position** 27:21
**possess** 31:3,6,10 31:14,16,23 32:3
**possessed** 32:8
**possible** 112:23
**posted** 18:17,21
**premium** 158:11
**preparation** 28:24 29:3
**prepare** 19:6,13 20:7,8
**prepared** 28:25 29:4,6
**presence** 60:21
**present** 2:22 47:8 59:25 160:12,17
**preservation** 165:16
**preservative** 124:17,24 138:8 140:18 141:20 142:7,11,17 152:18 154:16 158:6,22 161:6,10 161:11,15,21 162:2,4,13 165:16 167:18
**preservatives** 47:6 47:14 52:16 59:24 68:23 107:3 108:14 117:21 123:5 124:24 134:15 136:12 138:15 140:8,24 141:6 153:5,9 158:10,15,22 166:25 168:16
**preserve** 165:8
**preserves** 172:9
**presume** 7:13
**previously** 8:25 81:9 83:22
**price** 104:20 123:20,22 149:13 149:14 158:8 159:5,11,17,25 160:6
**prices** 124:3
**printed** 56:8 57:15 137:5 149:13,14
**prior** 12:14,21 13:5,6 18:25 21:2 25:14 26:12,14 27:19 29:7 36:17 36:21 38:21 39:8 42:8 45:9 59:14 59:16,17 60:8,11 63:17,23 77:23 79:17 110:23 111:2 147:18
**priorities** 128:21
**privilege** 50:2
**privileged** 20:19 39:25 46:17 65:11 169:11
**probably** 38:11 59:19 69:11 130:14 152:23,25 167:12 170:21,21
**proceed** 5:10 6:6 164:6
**proceeding** 7:8,9 8:22 40:14,15 164:7
**proceedings** 163:5 163:19 164:20
**process** 17:20 21:6 156:16
**produced** 130:17 141:10,16
**product** 30:15,20 30:24 31:4,11,17 31:18 32:5 47:4 47:15 52:15 53:16 53:20 59:15,17,21 59:23 68:20 79:19 105:11,14,22 106:3,23,23 107:2 107:6,9,11 115:18 116:10,13,20 118:8 122:22 123:9,19 124:16 124:18,23 125:14 138:3,22 139:20 140:4,7 148:4,11 148:15 149:10,11 150:17,24 151:23 152:19 153:4,13 154:15 158:5,13 158:25 159:5,7,11 159:13,16,24 160:2,22 161:2,11 161:21 167:13
**products** 18:19 31:15 32:9 52:15 52:17 57:8,13 60:16 62:4 101:16 101:24 103:25 123:12,14,23 124:3,7 125:7 133:19 141:10,15 147:18,22 152:8 168:18
**professional** 11:12
**prominent** 134:5 134:12 140:9,12 140:19
**prominently** 134:5 134:13
**pronouncing** 6:19
**proof** 17:21
**proper** 172:16
**proportions** 165:10
**proposed** 50:22
**protected** 20:19
**protocol** 88:20
**provide** 17:21 68:5,10 73:18 74:21,25 75:7 154:22 163:14
**provided** 155:25
**public** 1:18 3:15 10:11 172:17 173:16 176:5 177:25
**pull** 110:5
**pulled** 22:24 84:25

**purchase** 31:11,23 95:20 96:12,14 99:3,5,8 100:17,18 101:7,16 104:19 106:21 107:5 110:11 115:11,12 115:15,16,17 116:5,10,14 118:7 119:2,15 120:5 138:22 139:8,13 139:20,22 140:4 147:21,25 148:4 153:10,18,22 159:18
**purchased** 31:18 54:6 59:15,17,21 61:23 95:16,17 96:7 97:21,25 98:22 100:2,9,12 101:24 103:10 104:2,11 113:17 113:23 114:6 115:14 116:22 121:20,23 122:3,6 122:9,13,17 123:23 124:6,16 124:23 125:6,13 136:9 140:17 146:14 149:10 150:16,23 151:6 151:12,14,20,22 152:17 159:6,7,15 159:16 160:2 167:6,13
**purchases** 30:24 32:4 54:7 96:2 97:19 98:7 101:9 102:16 113:14,16 113:18,20 114:23 116:16,17,19 117:2,3,5,15,18 118:18,20 120:12 120:15 123:12 147:19 148:7,11 148:15
**purchasing** 93:17 95:14 96:17 106:3 106:22 107:8,10 124:8
**pure** 147:5,7
**purely** 118:15
**purpose** 16:24 63:7 157:11 165:14,14
**purposes** 10:2 163:10
**pursuant** 1:15
**pursue** 65:23 66:7 66:19
**put** 8:2 144:10
**putting** 16:8

**q**

**qualification** 95:2
**quarter** 97:3,4,12 110:8
**quench** 105:22
**question** 3:11 7:14 7:16,18 8:4,6,8,13 8:14 24:8 28:4 30:17 31:24 39:14 39:15 41:3 46:6 47:2,19,21,25 48:19 49:11 56:4 58:8,20 63:21 64:8 79:23 84:23 87:4,12 94:16 95:5 99:10 102:10 102:15 110:7 119:22 126:13 135:25 139:11,23 150:9 152:5 157:7 157:12 160:16 161:9,17,18,23 168:23
**questioning** 16:11
**questions** 7:12 9:7 16:18 60:3 83:19 95:12 132:23 139:5 143:21 145:20 155:2,4 160:14
**quite** 49:23,23 153:4
**quote** 77:19,19 133:22

**r**

**r** 2:2 4:11 70:13 82:10
**radio** 152:7
**raise** 5:23
**ramirez** 2:8 5:16 5:17 6:14 9:23 10:7 12:6 14:4,20 14:24 15:24 16:5 16:23 17:17,19,25 20:4,13 21:4 31:12,19 32:2,6 33:3,11,16,19 34:3 34:12 35:18,22 37:19,21 38:24 39:4,10,21 40:5,16 42:25 43:5,9,12 46:12 47:16 48:23 49:7 53:8 57:21 58:7 59:7 61:9,19 62:6,10,18 64:21 65:5,9 66:2,9,15 66:23 67:4 68:2,8 69:12,16,20 71:22 72:3,13 80:23 81:2,19,23 85:21 87:25 91:25 94:3 94:12,19 96:9,23 97:16 99:18 101:11,13,17 103:13 104:3,8 105:18 107:15,23 108:4,20 109:2,5 110:19 114:12 116:6,23 120:22 124:19 125:9 126:6 129:16 130:2 131:6,12 132:22 134:7,22 135:7,11 141:21 142:3,12 145:14 145:22 147:13 150:6 151:2,9,17 151:25 152:10,14 152:20 153:15 154:17 155:8,21 156:12,22 157:5 157:13,20 158:18 159:9,19 160:3,10 162:19 164:4,15 164:24 167:20 168:19 169:4,10 169:14,22 170:2,7 170:25 171:8,22 172:5,7,14,20
**random** 168:13
**reached** 163:20
**read** 47:23 58:15 58:19,20,23 60:2,7 60:9,12 109:16,19 109:19,21,23 147:17 153:12,19 154:5 172:13,15
**reading** 37:3 47:7
**ready** 172:18,20
**really** 7:20 24:4 84:17 117:10 132:21 137:10

**reason** 16:2 46:11 50:21 54:14 58:9 74:8 106:20 107:10 118:14,15 120:9,10 148:18 148:20,25 149:4,5 150:12 159:12 168:11 177:6
**reasonable** 7:22 101:22 102:12 172:10
**reasoning** 107:7
**reasons** 46:21 106:2 107:8 127:15 128:10
**recall** 13:22 19:21 19:25 28:12 30:13 36:22 38:2,15 39:6 40:17,20 41:10,14,24 56:17 62:8,13,21 63:24 64:3 73:4,9,23 76:6,13 77:25 153:14 163:6 167:25
**receipts** 30:23 31:10,15 32:4,9
**receive** 36:16,20 49:5,13,16,20 50:3 63:16,22 74:16,20 75:16,25 76:21,23 79:13 81:17
**received** 36:23 37:17,23 38:4,6 43:17 49:6,14 50:5 78:6,8 79:14 80:2,13 81:4 112:4
**receiving** 38:21 42:8 49:16 50:20 50:22 63:23 73:4 76:6,14,17 78:2 79:17 81:15
**recess** 70:3,10 109:10 146:5
**recipes** 141:11
**recollection** 51:16 56:6 68:15 69:2 125:12,16 150:20
**reconvene** 108:23
**record** 4:4,8 5:5 8:3,7 47:23 58:23 60:7 66:18 69:15 69:18,19 70:2,17 70:22 84:17,20 108:10 109:4,9,12 109:21 110:25 134:25 145:17 146:4,7 155:14 172:19,21 173:5
**recorded** 4:10
**recording** 4:6
**reese** 2:4 5:17 20:4 36:2 42:5,7,9 43:18,25 44:5 45:3,18 46:22 49:21,25 50:15,18 50:24 51:14 52:7 64:5,10 77:6 78:19 98:2 109:25 111:3,10,17
**reese's** 44:6 45:8 45:17,23,25 111:8
**reference** 61:12 62:24 75:9 93:23 94:7,23 140:18
**referenced** 76:14
**referred** 80:7 109:25 110:3
**referring** 37:4 41:21 75:21,22 76:10,13 86:5 97:12 137:11,12 138:4
**refers** 42:5 60:15 63:11 77:17 93:16
**refrain** 7:25
**refreshed** 33:12 33:12 108:2
**regard** 8:3
**regarding** 10:3 52:13,21 53:5 55:25 57:15 60:20 61:17
**regards** 113:4
**registers** 28:25
**regular** 23:7 42:2 83:25 84:10
**relate** 40:8
**related** 40:7 176:11
**relevance** 16:13
**relevant** 17:2 43:15
**relied** 108:13 153:7,8 159:22 160:5
**rely** 152:6
**remain** 139:5
**remember** 21:15 26:3 37:17 42:11 42:12 46:2 63:25 74:18 76:17 77:24 78:2,7,24 79:4,6 79:10 81:15 89:11 89:13 93:6,10 98:24 99:2,20 100:8 102:8 111:14,15,19,22 123:16 126:6
**remote** 1:13 4:24 5:9,14
**remotely** 1:15 2:3 4:19 5:9
**repeat** 30:17 47:20 64:7 79:23 126:12 143:3 161:23
**repeating** 41:2 88:19 94:15
**rephrase** 24:8 31:24 47:18,24 63:21
**rephrasing** 49:11
**reporter** 1:17 4:22 5:8,15,21,23 6:7 6:12 47:21 58:15 58:19 109:16,23 110:22 139:17 166:20
**reporting** 5:2 177:1
**represent** 38:22 52:7 56:9 58:2,11 58:12 164:19
**representation** 16:25 17:12 40:3 63:8
**representations** 53:5 65:25
**representative** 129:3 171:3
**represented** 56:10 169:2
**representing** 5:18 164:17
**request** 9:25 21:11
**requested** 47:22 58:22 60:6 109:20
**require** 155:4
**required** 20:17
**requires** 88:20
**resemble** 136:8

**reserve** 16:21 172:15
**reserved** 3:11
**resided** 12:11
**residence** 13:6 115:7
**residing** 12:14
**resolved** 170:20
**respect** 49:4 55:23 98:5 113:6,10 116:12 158:12 165:2
**respective** 3:5
**response** 95:11 104:5
**responsible** 52:10
**restaurant** 25:17 26:6 27:11,17
**restrictions** 21:18
**retail** 148:12
**retained** 38:22 39:15 173:3 175:16
**retainer** 35:25 36:19 39:19 40:24 41:20,21 49:22 50:3,16,23 51:2 71:21 73:2,6,11,15 73:24 74:2,7,11,15 75:22 76:11,20 77:6
**retaining** 52:2 53:3 91:22
**retainment** 35:6
**return** 105:10
**revealing** 163:16
**review** 40:21 41:4 41:9 84:16,20
**reviewed** 21:2 73:19 79:2 90:7 141:12
**reviewing** 63:25 73:9 78:24 84:18 84:22
**right** 5:24 28:3 31:25 33:22,25,25 33:25 34:4,13 35:14 38:6 41:19 51:20 55:7 70:24 72:2,5,16,18 80:5 81:25 91:9 92:22 100:7 108:17 109:17 110:25 125:2,4 126:6 129:4 131:5,10 135:10 136:3 137:6 153:24 157:10,19 158:16 161:17 170:6 171:14,17 172:2 172:15
**rights** 16:22
**risk** 47:7
**road** 177:3
**robert** 2:20 4:17 5:12
**rodriguez** 162:23 174:5
**roles** 28:20
**room** 171:24
**roughly** 93:19
**rules** 7:6
**rx** 54:2,17 61:25 93:17 95:18 113:6 113:10,15,22 114:6 115:14 116:12,22 117:3 117:16,25 118:7 118:20 119:4,9 120:14 121:25

**s**

**s** 2:2 4:11 70:13,13 70:13 146:19 175:2 177:6
**sake** 135:12
**sales** 104:16,20 120:3 124:11,12
**satisfactory** 80:7,8
**saw** 86:12 89:12
**saying** 45:17,20,22 50:14 55:7,10 59:4,9 66:16 76:6 103:8,20 122:8,11 128:21,23 140:5,7 140:11,12,16,22 140:23 141:4 154:10,11,13 156:18
**says** 34:9 35:13 51:22 53:10 59:23 59:25 63:7 75:18 76:12 81:13 90:6 117:19 123:4 131:17 135:9,10 141:6
**school** 9:22 10:10 10:12,13,16,19 26:9,11 30:6 165:24
**science** 11:7 29:19 29:21
**scientist** 154:20 155:3
**scratch** 165:10
**screen** 35:3,8,10 83:9,10,12,17,21 83:25
**scroll** 33:20 35:19 42:4 134:21
**scrolling** 90:16,18 92:21
**sealing** 3:6
**search** 44:19 110:4
**seat** 107:25
**second** 62:23 63:5 63:14 71:23 74:11 74:15 77:14 82:22 93:14 128:13 129:24 134:2 144:16,23
**see** 16:13 33:9,11 33:13,16,18,20,24 34:6,11,14 35:5,6 35:10,11,14,19 36:5 42:6 51:22 52:4,6,18 56:14 60:17 61:14 63:3 63:9,13,15 68:21 68:22 69:6 72:12 73:21 75:11 77:20 81:10 83:2 84:4 90:23,24 91:2,19 91:20 92:16 129:12 130:14 134:14,16 137:21 138:19 143:10 145:21 152:6
**seeing** 137:25
**seeking** 29:14 102:22 126:22,24
**seen** 35:16 72:23 86:9 89:8 123:4 130:12 132:8 143:12 153:3
**sell** 121:7
**sells** 122:14
**send** 41:15,22,25 49:21 50:16 137:18,24,24 138:20

**sense** 107:18 108:21 110:20
**sent** 37:7 63:2,12 77:19,22 78:17,20 87:16,19 143:22 144:25
**sentence** 62:25 63:10 167:2
**separate** 74:3 76:16 137:18,18
**september** 97:9,13 114:16
**serves** 100:6
**serving** 54:12 55:3 55:5,9 56:9,11,12 58:2,12,13
**servings** 57:15
**session** 7:7 76:5
**sets** 123:22
**settle** 170:11
**settled** 170:5
**settlement** 163:23
**seven** 131:5,8,11 131:13,16
**share** 32:14,24 33:4 35:3,8 71:4 71:23 82:14 85:12 88:5 143:5 175:16
**sharjah** 10:11,12 10:24
**shed** 163:17
**sheet** 177:1
**shelf** 165:13
**shop** 106:5,7
**shopping** 120:18 121:13,18 124:2,2
**shops** 106:8,14 122:10
**short** 67:11 112:22
**shorter** 93:8
**shorthand** 1:17
**show** 17:13
**showed** 162:9
**side** 33:25 72:4
**sign** 39:19
**signature** 36:7,8 36:10,14 73:17 83:3 90:24 91:3 143:24 144:3 145:4,7 176:15
**signed** 3:15,16 40:22 41:6,9,16,22 52:25 61:2 74:7 74:12 77:6 91:7
**signing** 63:17 73:24
**similarly** 1:4
**simon** 2:10 20:5 74:9,13 82:12
**simple** 160:16 168:9
**single** 9:16 55:5 56:12
**sir** 9:11 10:22 12:19 13:3,9 17:6 18:3 25:15 27:5 28:19 34:7 35:8 35:10,14 36:5 49:4,18,25 51:8,21 58:24 60:15 61:14 62:12,20,24 63:6 65:19,22 66:8 67:18 71:4 72:12 72:21 73:5,10,15 74:17 76:12 81:7 81:9 82:21 83:4 84:11,16,16 86:2,4 87:7,11 88:9,15 90:10,14 92:9 93:12 94:9,25 109:4 111:2 118:6 119:25 120:18 130:10 131:20 132:9,14 133:23 137:12,13 143:10 143:24 144:10,20 144:23 145:3 160:13,18 161:24 162:17 170:12 171:7,19 172:22
**sisters** 15:10
**site** 44:20
**situated** 1:4
**situation** 128:20
**six** 12:13
**size** 149:7
**skim** 20:11
**skimmed** 20:9 21:11
**slow** 90:17
**slowly** 128:12
**smoke** 22:7,9
**snapple** 146:25
**social** 18:18,20,21
**soda** 22:11,12
**sold** 122:25 158:25
**sole** 165:12
**somebody** 162:8
**someplace** 140:8 140:18
**soon** 51:17 107:17
**sorry** 9:23 15:16 23:19,23 24:7,23 31:8 44:21 49:10 49:19 64:7 67:21 71:18 75:20 78:13 79:21 81:21 83:12 84:11 85:11,14 86:23 87:17 88:16 88:18 89:20,22 90:3 92:12,18 100:21 101:25 103:17,17 107:15 110:21 112:17 116:9 125:25 126:12 127:6 130:19 135:18,20 140:14,21 141:24 143:2,16 146:18 149:9,23 152:13 155:9 160:23 170:16 172:6
**sort** 128:16 164:2
**sound** 8:16
**source** 162:5
**southern** 1:2 4:15 133:3
**speak** 42:9 46:21 67:2
**speaking** 50:18,24 66:21 79:15 128:18 155:10 156:11
**specific** 19:5 46:23 107:4 168:11
**specifically** 23:9 52:24 122:3 123:17
**specifics** 20:22
**specified** 5:14
**specifying** 64:23
**speculation** 155:13
**spend** 166:8
**spent** 76:4 166:10
**spoke** 6:9 42:16
**stamp** 33:21 72:14
**stamped** 32:21 72:9,10 86:2
**stands** 156:8
**stanton** 1:17 4:22 176:4,16

**start** 16:6 60:4
**started** 155:22 157:16
**state** 1:18 5:3,7 17:8,9 108:9
**stated** 47:5 82:2 88:2 107:12 116:15 118:24 139:18 150:11 153:12 159:22
**stateless** 14:16
**statement** 54:8 56:15 57:20 58:16 60:9,12 93:16 109:17 147:17 150:4 153:6,12,20 154:4,5,12 166:15
**statements** 62:16 138:17
**states** 1:2 14:3 15:22 18:10 52:6 89:6 153:4
**statewide** 126:22 126:25
**status** 14:2
**stenographic** 176:9
**sticker** 34:13
**stimulus** 128:14 129:8,14
**stipulated** 3:3,9,13
**stipulates** 5:13 6:10
**stipulation** 17:11
**stipulations** 3:2 6:6 172:8
**stop** 133:19
**stopped** 21:25 166:24 167:22 168:4,17
**store** 114:24 115:4 115:5,19 119:3,4 124:4
**stores** 106:15 148:12
**straightforward** 112:22
**street** 2:5,17 26:3 26:25 28:11,12
**strike** 31:8 51:19 59:3 102:9 103:23 119:7 122:23 148:8 152:4
**studied** 29:23 30:2
**studies** 18:2
**subject** 95:2
**subscribed** 173:13 177:23
**substance** 163:16
**suffice** 99:23
**sugar** 52:13,22,24 53:6,12,13,18 54:9 54:19 55:6,8,13,16 55:20 56:5,15 57:7,19 65:25
**suing** 102:19
**suite** 2:11,17
**supplemental** 175:13
**support** 174:2
**sure** 6:23 8:17 17:17,25 32:16 33:15,15 35:21 39:14 45:13 46:13 47:3 49:23 50:8 52:23 60:23 61:11 66:5 78:16 81:3 83:20 85:20 88:11 88:21 89:9 91:24 93:4 97:15 105:15 105:21 107:14 108:3,7 114:22 117:9 119:21 123:15,24 126:5 129:25 130:2,15 131:12 132:4 135:4 137:17 138:20 141:12 143:20 144:6 158:9,11,20 160:10 161:16 163:20 170:10
**surely** 128:12
**surfing** 12:23 13:3 13:5
**swear** 5:21,24
**swearing** 5:8
**sworn** 3:17 173:13 176:7 177:23
**syrups** 165:9,13

**t**

**t** 70:13 146:19 175:2
**take** 4:7 9:5 29:23 29:25 30:5,7,11 32:10 41:8 66:6 69:11 77:15 82:24 107:17 111:12 128:3 132:4,20 136:2,4 137:20 169:19 172:9
**taken** 1:14 4:17 30:3 70:4,10 109:10 146:5 163:25
**talk** 46:15
**talking** 55:6,11,12 154:3
**tangerines** 25:2,3
**tantamount** 7:9
**taste** 105:13
**tax** 104:16,20 118:3 120:4 124:10,11,12 149:11
**tea** 22:13,14,20,23 22:25 23:2,10,11 53:24,25 54:6,9,20 54:21 61:25 68:20 93:18,23 94:8,24 95:17,21 96:2,8,17 97:19 98:6,22 99:3 100:2,10,13 100:19 101:7,10 101:15,23 103:25 104:10,19,23 105:7,17 106:3,4 106:10,16,19,21 107:9 113:19,20 115:9,12,15,17,19 116:5,10,20,20 117:6,15 120:13 121:3,21,25 122:3 122:4,5,7,10,14,15 122:25 123:13,14 135:17,22,23 136:6 137:3 138:5 146:13,15,17,21 146:23,25 147:3,5 147:8 153:25 158:24 167:13,23
**teas** 102:13 103:10 104:14 121:20
**tech** 2:24
**technical** 132:19 154:25
**telephone** 111:19
**television** 152:7
**tell** 9:21 26:4,16 27:23 49:21 71:10 75:4 85:25 86:3 88:14,17 89:3,25

90:4 95:6 99:21 99:24 100:15 102:2 110:6 112:13 114:4 123:6 129:7 137:20 143:15,17 145:3 167:7 168:3 171:12
**telling** 43:13
**ten** 67:13,14,19 107:19 108:6,19
**tend** 124:3
**term** 155:7 157:7 157:22
**terms** 67:25 93:6
**test** 8:11
**testified** 112:7 120:13 163:3,8 165:23 166:22 167:22
**testify** 8:25
**testimony** 5:25 6:12 7:10 37:16 37:22 66:11,13,18 153:14 163:6,11 167:10,25 170:4 172:24
**text** 36:24
**thank** 5:20 6:22 10:7 12:6 32:2 33:14 48:2 51:23 69:12 85:14,16 135:11 145:23 162:17 166:13 171:6,8,18,22 172:22
**thanks** 35:22
**thing** 43:9 171:14 171:17
**things** 20:15 53:4 127:19 128:15
162:20
**think** 16:7,8,25 21:9 43:14 46:15 69:13 71:11 108:20 110:12 117:10 127:20 128:24 140:2,5 145:12 156:7 170:16
**third** 75:10,13 77:17 81:13 104:4 128:14 129:8
**thirst** 105:23
**thousand** 10:17 170:15
**threatened** 40:15
**three** 58:16 93:20 93:22 94:6,22 109:13 117:12 146:2 153:8 162:25 166:10
**time** 3:12 4:4 7:15 7:24 8:9 19:12 23:14 48:20 51:11 54:16 55:22 56:19 56:25 61:11 62:8 62:13,21 65:20 67:11,25 68:5,6,11 69:8,11,25 70:18 76:24 77:15 80:12 80:17,21,25 82:24 86:12 89:11 90:21 95:22,23 97:5,21 97:25 104:4,18 105:7,8 109:8,13 118:19 119:9 121:2 127:3,9,23 132:5,25 137:20 146:2,9 150:5 161:4,14 162:18 166:8,10 167:4
168:5 171:7,19 172:11 173:4,6
**timeframe** 45:2
**times** 68:4 93:20 93:22 94:6,23 105:23 113:18 117:17,17 127:17 156:24
**timing** 19:5
**today** 117:24 160:12
**today's** 38:20 172:24
**told** 50:15 126:19 162:9 169:7
**tomatoes** 24:16,17
**tonic** 54:2,17 62:2 93:17 95:19
**top** 37:6 75:9,14 81:12 84:3 137:6 138:10,18
**topic** 51:21
**total** 166:11 172:25
**touch** 162:25
**trader** 120:25 121:7,10,13
**train** 166:9
**trained** 166:3
**training** 29:18 162:7,10,11 165:19 166:7,12 167:16
**transcript** 10:9 12:8
**transcription** 176:9
**transferred** 133:3
**traveled** 16:19
**traveling** 92:6
**treated** 10:5
**trial** 3:12 89:5
**tried** 118:11
**true** 93:21,25 94:10,17 95:3 176:8
**trust** 118:12
**trusted** 150:10
**truth** 6:2,3,3
**try** 65:10 118:16 120:10 131:18 152:14 166:16
**trying** 46:8,10 48:11 112:21 113:5 117:13 118:9 120:8 137:14 156:4
**tuesday** 4:5
**turned** 141:11
**twinings** 146:17 146:19
**twitter** 18:23
**two** 10:17 28:17 58:16 70:18 93:19 93:22 94:6,22 109:8 117:8,9,12 119:17,20,21 140:25 162:24 170:15
**type** 22:4 27:15 138:23

**u**

**u** 4:11
**u.s.** 4:14 14:7,8,10
**uh** 113:12
**unaware** 153:22
**unclear** 31:25
**understand** 7:16 8:18 9:6 31:21 41:19 49:9,10 53:11 66:23 70:24

87:7,11 88:22 94:9,25 102:18,21 102:25 103:4 135:5 161:17
**understanding** 60:25 133:17 164:5,10
**understands** 46:14 157:9
**understood** 7:14 39:14 99:10
**unemployed** 25:9 25:12,14
**unfortunately** 29:13
**united** 1:2 9:14 10:11,12 13:11 14:3 15:5,22 18:9 89:6
**university** 10:20 10:23 18:2
**unprecedented** 127:17
**unreasonable** 102:14 103:9 140:3
**unsweetened** 147:7
**untied** 14:14
**untrue** 58:5
**uploaded** 35:2 82:18
**url** 45:14
**usa** 1:7,8 4:13 52:8 52:9
**use** 18:20,23 38:16 165:2,12
**usual** 172:7
**usually** 120:19,25

**v**

**v** 177:4
**value** 7:11
**vegetarian** 23:16 23:17
**venues** 27:13,14
**verify** 17:20
**veritext** 1:16 4:23 71:22 173:3 177:1
**version** 76:10,20
**versus** 4:13
**video** 4:3,6,9,10,24 5:9 69:24 70:2,17 109:7,9,12,13 145:25 146:4,7,8 173:5
**videographer** 2:23 4:2,21 5:20 69:17 69:23 70:16 109:6 109:11 145:24 146:6 172:3,12,18 172:23
**videotaped** 1:13
**view** 68:19 84:7
**viewed** 138:13
**viewing** 83:22
**vigorously** 171:13
**virtual** 1:16
**visit** 15:14,17,19 68:3,17
**visited** 15:21 67:7 67:25 68:4,7 69:7
**voice** 156:20
**volition** 112:16
**voluntarily** 14:19

**w**

**w** 82:10 146:19
**wait** 8:3,7
**waive** 4:25 172:13 172:14
**waived** 3:8
**walk** 101:5
**want** 16:6 17:14 27:25 46:13,17 47:18 51:7 65:23 66:7,19,24 69:18 75:6 83:24 84:9 98:23 108:2,9,18 120:21 129:2 134:25 141:2 145:10,20 146:12 155:10 162:19,25 169:18
**wanted** 6:24 47:8 66:17 68:19,22 127:4,10 155:13
**wants** 65:16 66:16
**warning** 175:9
**warshaw** 2:10 20:6 74:10,14 82:12
**way** 45:11 50:6,7 50:14 64:20 65:3 68:19 80:8 90:16 90:18 98:24
**website** 44:7,9,13 44:16 45:7,10,11 45:19 46:7 47:11 48:4,8,10,21 57:5 67:8,25 68:3,4,7 68:18,25 69:7 111:4 112:8 147:25
**week** 74:23 80:18 80:19 93:20,22 94:7,23
**weeks** 80:14 127:14 128:7
**weiner** 82:10
**welcome** 171:21
**went** 9:22 45:19 47:11 48:3,8,10 57:4,10 68:13 109:18 111:3 123:10 165:24 169:16,18
**west** 2:5
**western** 89:7
**westminster** 10:10
**whiskey** 22:6
**white** 84:3
**willing** 158:4,13
**window** 88:25 89:2 167:5
**withdraw** 149:18 157:17
**withdrawn** 164:4 164:15,24 167:20
**witness** 5:8,22 6:4 8:21 21:2 32:16 33:9,18,24 34:5,19 35:5,9 47:3 48:2 58:17 65:7 71:18 71:25 72:6,17 81:21,25 85:15,20 103:17 104:6 108:8,17 109:17 109:25 110:9,12 110:15 112:20 113:8 120:20,24 129:25 130:7 131:3,9,14 132:2,6 141:24 143:2,7 144:6,15 152:13 157:8 160:11,15 171:9,20 174:3,7 176:6
**witness's** 155:17
**word** 110:4
**wording** 135:2

**work** 11:16 14:6 27:4 28:13 29:7,8 29:9 64:5,10,14 165:8
**worked** 27:13 64:5 64:10,14
**working** 27:19
**works** 11:20
**worthwhile** 166:18
**wrong** 53:2 159:4

**x**

**x** 1:3,11 175:2
REDACTED
[redacted]

**y**

**yeah** 15:21 49:24 72:9 75:18 83:16 97:8,10 102:21 107:20,21 108:20 136:21 161:16
**year** 12:20 13:19 27:7 28:16,17 56:18 77:4 96:6 96:12,13 167:5
**years** 10:25 12:13 28:17 104:17 121:16 124:13 140:2
**yellow** 34:13
**yesterday** 19:11 19:16 20:3
**york** 1:2,18 2:6,6 4:15 6:8,13 132:18 133:4 177:1,3,3,3

**z**

**zip** 12:9,17
**zoom** 1:16 7:7 19:16,19

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.