# EXHIBIT D

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
ASMED ASHOUR, JOY BROWN and CRYSTAL TOWNES, individually and on behalf of all others similarly situated,

Plaintiffs,

Case No: 1:19-CV-07081-AT-OTW

- against -

ARIZONA BEVERAGES USA, HORNELL BREWING CO., INC., BEVERAGE MARKETING USA, INC., ARIZONA BEVERAGES HOLDINGS LLC, and ARIZONA BEVERAGES HOLDINGS 2 LLC,

Defendants.

--------------------------------------------X

485 Madison Avenue
New York, New York
April 8, 2022
9:52 a.m.

VIDEOTAPED DEPOSITION OF CRYSTAL TOWNES, a Plaintiff, pursuant to Notice, taken at the above place, date and time, before MARIA ACOCELLA, a Notary Public within and for the State of New York.

A P P E A R A N C E S:

REESE L.L.P.
Attorney for Plaintiffs
100 West 93rd Street - 16th Floor
New York, New York 10025
BY: CARLOS F. RAMIREZ, ESQ.

STEVENS & LEE
Attorneys for Defendants
669 River Drive - Suite 201
Elmwood Park, New Jersey 07407
BY: ROBERT P. DONOVAN, ESQ.

ALSO PRESENT: Phil Glauberson, Videographer

S T I P U L A T I O N S:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties hereto, that this examination may be sworn to before any Notary Public.

IT IS FURTHER STIPULATED AND AGREED that the filing and certification of the said examination shall be waived.

IT IS FURTHER STIPULATED AND AGREED that all objections to questions, except as to the form of the question, shall be reserved for the time of trial.

Crystal Townes

MR. GLAUBERSON: Good morning. We are going on the record at 9:52 a.m. on April 8, 2022.

Please note that microphones are sensitive and may pick up whispering and private conversations and cellular interference.

Please turn off all cell phones and place them away from the microphones, as they can interfere with the deposition audio.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is media unit one of the video recorded deposition of Crystal Townes in the matter of Asmed Ashour, et al, versus Arizona Beverages USA LLC, et al, filed in the United States District Court Southern District of New York, 1:19-CV-07081-AT-OTW.

This deposition is being held at Stevens & Lee, located at 485 Madison Avenue, New York, New York 10022.

Crystal Townes

My name is Phil Glauberson, from the firm Veritext, and I am the videographer. The court reporter is Maria Acocella from Veritext.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

Counsel will please now state their appearances and affiliations for the record.

MR. RAMIREZ: Carlos --

MR. GLAUBERSON: If there are any objections to proceeding, please state them at the time of your appearance, beginning with the noticing attorney.

MR. DONOVAN: Robert Donovan, on behalf of the defendants.

MR. RAMIREZ: Carlos Ramirez, on behalf of the plaintiffs.

MR. GLAUBERSON: Will the court reporter please swear in the witness.

THE COURT REPORTER: Please raise your hand -- your right hand for me.

Crystal Townes
Do you solemnly swear the testimony you are about to give will be the whole truth and nothing but the truth, so help you God?
THE WITNESS: I do.
C R Y S T A L T O W N E S, a Plaintiff herein, having been first duly sworn by a Notary Public within and for the State of New York, was examined and testified as follows:
EXAMINATION BY
MR. DONOVAN:
Q. Good morning, Ms. Townes.
I first want to thank you for agreeing to appear in person. I know with the last two years it has been quite an ordeal deal for everybody, and I wanted to thank you for doing that.
A. Okay.
Q. And you are here for your deposition because you are a plaintiff in a lawsuit. You are aware of that right?
A. Correct.
Q. And before I start asking

Crystal Townes

questions, I will give you some basic instructions, it is kind of like the lay of the land, so that we can proceed as smoothly as we can.

Have you ever had your deposition taken before?

A. No.

Q. I am going to ask you some questions, and it is important for you to wait for me to complete that question before you answer.

You are represented by counsel here, Mr. Ramirez. He may enter an objection.

And also, for the clarity of the record, it is best that you wait for that answer -- rather the question to be posed before you answer.

This proceeding is to find out what you know. I am not interested in guesswork, I want to know what you know.

Estimates are always okay. Approximations are always okay.

And if for any reason you need to

Crystal Townes

take a break, just let me know; I will accommodate, you know, that.

It is just that one caveat would be that it would have to be just generally after a line of questioning or a question is done.

This is not a war of attrition and, you know, if you want to take a break that is okay: Bathroom breaks, water breaks. There is water here.

And are you under any medication that would inhibit your ability to understand and answer any questions?

A. No.

Q. Can I have your -- for the record, your residence?

A. REDACTED REDACTED New York, New York 10032.

Q. And how long have you lived there?

A. Over 20 years.

Q. And do you currently live with anybody there?

A. I do.

Crystal Townes

Q. Who do you live with?

A. I live with my children, my sister, my mom.

Q. How old are your children?

A. My oldest is 14, and my youngest is six.

Q. And how old is your sister?

A. She is 35.

Q. And what is her name?

A. Monique.

Q. Monique Townes?

A. Uh-huh.

Q. Oh, I neglected to give you another important instruction.

There is a reporter here --

A. Okay.

Q. -- who is taking down everything we say, so nonverbal gestures, like shaking the head or -- without saying yes or no, nodding of the head, for the clarity of the record, it is better to say --

A. Yes or no.

Q. -- yes or no.

A. Okay.

Crystal Townes

Q. And your mother's name?

A. Arlene Shaw.

Q. And how old is your mother?

A. I believe she is about 67.

Q. Does your mother go by any other names other than Arlene?

A. People call her Yvette. That is her middle name.

Q. Nancy?

A. Yvette.

Q. Did she go by the name of Nancy at any time?

A. No.

Q. And I am sorry if I asked this before. Your date of birth?

A. REDACTED [redacted] 1987.

Q. Have you ever appeared in court to testify?

A. No.

Q. Have you ever been a party to any other lawsuit?

A. I do have -- it was just something pending from the building that I live in.

Crystal Townes

Q. And are you suing somebody in that regard?

A. The building that I live in.

Q. And what is the nature of that suit?

A. It was the ceiling falling on top of me.

Q. And when did that happen?

A. That happened in June of 2021.

Q. And are you represented by an attorney in that action?

A. Correct.

Q. Who is that?

A. I can't remember his law firm. I can look it up.

Q. Maybe at a break if you look at your phone and just let me know, if you could; is that okay?

A. That is fine.

Q. So you said you lived at that New York City address for 20 years.

Where were you born?

A. In North Carolina.

Q. Where in North Carolina?

Crystal Townes
A. Henderson.
Q. And at some point you left North Carolina, and you came to New York, or was there some place in between?
A. I came to New York.
Q. Your present address?
A. Correct.
Q. Do you have a driver's license?
A. I do.
Q. And is it issued in what state?
A. New York.
Q. What is your current profession?
A. I am a cardiac ICU unit assistant.
Q. Do you work out of a hospital?
A. Correct.
Q. What hospital?
A. New York Presbyterian.
Q. And how long have you worked there?
A. About six years.
Q. And prior to working at New York Presbyterian, did you work at any other hospital?

Crystal Townes

A. No.

Q. Do you hold any professional licenses?

A. No.

Q. Now in terms of higher education, did you go to college?

A. Yes.

Q. Where did you go?

A. Southern New Hampshire University.

Q. Did you get a degree from there?

A. No.

Q. What did you study?

A. Forensic. It would be criminal justice.

Q. And how many years or semesters did you attend Southern New Hampshire University?

A. I completed two semesters.

Q. And when did you complete those two semesters? When was the last semester that you recall?

A. The last semester was June of 2021.

Crystal Townes

Q. Other than the two semesters at Southern New Hampshire University, did you have any other -- have you taken any other courses or college courses, or we will call them higher education courses, after college?
A. Before Southern New Hampshire University, I went to Hostos Community College.
Q. Hostos?
A. Uh-huh.
Q. When did you go there?
A. I believe it was around 2009, 2010.
Q. How many semesters did you attend at Hostos?
A. Two.
Q. What did you study there?
A. Early childhood education.
Q. Did you take any nursing courses at Hostos?
A. I don't think so.
Q. So in the cardiac ICU unit, what work -- as a unit assistant, what type of work do you do?

Crystal Townes

A. Secretarial.

Q. Secretary for the staff?

A. Correct.

Q. And does that job -- how long have you been doing that, I am sorry?

A. Six years.

Q. Does that job entail looking at charts, medical charts?

A. Correct.

Q. Laboratory results?

A. No.

Q. What other type of medical information other than charts do you review or are you involved in as a unit assistant?

A. Usually I just admit the patient.

But anything regarding charting, outside of labels, I don't do that.

Q. When you say outside of labels, what do you mean?

A. Outside of printing labels for the patients, that has the patient's information on it. That is the only access of records I have of a patient.

Q. So it would be fair to say you

Crystal Townes

are involved in the information after a patient gets admitted?

A. Correct.

Q. Have you ever worked in the -- a legal capacity, say, for a law firm, or for any state governmental agency, involved in legal matters?

A. No.

Q. Prior to working at the hospital, were you employed?

A. I was employed at Prometric Testing Center.

Q. Where are they located?

A. Prometric was located on 34th Street.

Q. And how long were you there?

A. I was there, I would say, maybe three years.

Q. And what did you do for Prometric?

A. I was a proctor and a test administrator.

Q. What type of testing did they do there?

Crystal Townes

A. The NCLEX exams for nursing.

They did testing for FINRA, mostly.

Q. Go back for a minute.

Are you married?

A. Correct.

Q. Can I have the name of your husband, please?

A. Antonio Harry.

Q. H-A-R-R-Y?

A. Correct.

Q. How long have you been married?

A. Eight years.

Q. And what does Mr. Harry do for a living?

A. He is a patient financial advisor.

Q. Patient financial advisor?

A. Correct.

Q. For any company?

A. New York Presbyterian.

Q. During any of your course of study, were you -- did you study or take any courses involving laboratory work?

Crystal Townes

A. No.

Q. Food science?

A. No.

Q. Do you think that you have a basic understanding of nutrition or the values of nutritional ingredients in products?

A. Yes.

Q. Like, for instance, would you -- from your perspective, do you agree that too much sodium in a diet is no good?

A. Correct.

Q. Or that too much sugar in a diet is no good?

A. Correct.

Q. Do you take any vitamins?

A. I do.

Q. Do you take vitamin C?

A. I take One A Day.

Q. One A Day.

And just to address the nutritional, too much fat in a diet would be no good; would you agree with that?

A. I guess. It depends on the

person.

Q. How about too many carbohydrates in a diet?

A. I would agree.

Q. Did you speak or meet with anybody to prepare for this deposition?

A. I spoke with my lawyer.

Q. I am not going to ask you what you discussed.

I am going to ask you, who was the person that you spoke or met with?

A. Carlos Ramirez.

Q. Have you spoken to anybody else about preparing for this deposition?

A. No.

Q. How long did you speak to Mr. Ramirez?

A. I am not sure what you mean.

Q. Timewise, can you estimate -- more than an hour, less than an hour.

A. Less than an hour.

Q. How many times did you speak or meet with him?

A. I spoke to Mr. Ramirez -- since I

Crystal Townes

met him, or just --

Q. To prepare for the deposition?

A. Once.

Q. Did you review any documents to prepare for the deposition?

A. I have -- I have documents that I go over on my own.

But according to the deposition, probably once.

Q. What documents did you review?

A. I don't know what it is called; a retainer.

Q. Did you review anything else?

A. I have reviewed the documents, what I have purchased. I guess that is the best way you can put it.

Q. And these documents, what you had purchased, were they receipts or account statements?

A. No.

Q. What were they? Can you describe what documents they were?

A. It was just -- I guess the best way I can put it is conversation that I have

Crystal Townes

had prior. It wasn't receipts or anything, it was whatever we have discussed, just written out; it wasn't receipts.

Q. Conversations with whom?

A. My lawyer.

Q. Anything else you can think of that you looked at in preparing for this deposition?

A. (Witness indicating)

Q. You have to answer verbally.

A. No. Sorry.

Q. It is okay.

Did you ever review a document request in this case that was served by the defendants for you to produce documents?

A. I don't remember.

Q. Did you ever search for documents responsive to a document request?

A. No.

Q. Did you ever look for records of your purchases of defendant's products?

A. Yes.

Q. And what did you do?

A. I looked like around my home.

Crystal Townes

But my purchases are cash, so it is not something like receipts. It is not something that I would think to hold onto when I purchase something in cash, versus if I paid credit card, it is easier to track or trace receipts.

Q. So you looked for receipts in your house, and you didn't find any?

A. Right.

Q. Now you belong -- do you belong to any BJ's Wholesale Club or Costco, as a member?

A. No.

Q. But you shop -- do you shop at BJ's or Costco?

A. I do shop at BJ's.

Q. And you don't have a membership card there, is that what you are telling me?

A. Correct.

Q. Well, how do you shop there? Whose card do you use, or how does that happen?

A. So they have like one day cards where you can come, and it is for that day.

Crystal Townes

Other than that, I have went with my aunt.

Q. What is your aunt's name?

A. Michelle Powell.

Q. Can I have Michelle's address, please?

A. She lives at REDACTED REDACTED.

Q. New York City?

A. New York, New York 10032.

Q. You are looking at your cell phone.

A. Sorry, I am trying to turn it off.

Q. Okay. That is it. Okay. That is good.

A. I turned it off.

Q. It is just that the record has to reflect what you are doing.

A. Sorry.

Q. That is all right.

So let me see if I understand you. Tell me if I am wrong.

A. Okay.

Crystal Townes

Q. You do shop at BJ's, but you don't have a membership card.

And when you did that, you either purchased a one day card on occasion, or you used -- or you went with Aunt Michelle and used her card?

A. Correct.

Q. And with respect to Aunt Michelle's card, who was making the purchases? Were you making the purchases with the card, or was Aunt Michelle making the purchases with the card?

A. We both were.

Q. Well, on those occasions when Aunt Michelle was -- you were using -- I say her card, is it fair to say that she was making the purchase, and you just reimbursed her in cash? Is that what happened?

A. No.

Q. How did it work that you were able to use her card?

A. I would put my belongings, whatever I am getting, first. They already have her membership card, and then I would

Crystal Townes

pay for my stuff. And then she would put her stuff on and then pay for herself.

Q. So it would be sequential, you would use your card -- her card for your purchases, and you would just give her her card, and she would make her own purchases?

A. I would pay cash with my purchases with her card, and then she would pay however she paid with hers.

Q. And did you use Aunt Michelle's card to purchase defendant's products?

A. Correct.

Q. And these one day cards, you use these one day cards to purchase defendant's products?

A. Correct.

Q. Did you contact BJ's to try to get account information with regard to proof of those purchases?

A. Not with the one day cards or with my aunt's card.

Q. And how long have you been using Aunt Michelle's card?

A. About five years.

Crystal Townes

Q. And what about one day cards?
A. About the same.
Q. And does Michelle Powell go by any other name other than Michelle Powell?
A. No.
Q. Have you ever heard of Beverage Marketing USA?
A. No.
Q. Have you ever heard of Hornell Brewing Company?
A. I can't say that I have.
Q. Have you ever heard of Arizona Beverages Holdings LLC?
A. Yes.
Q. How?
A. Isn't that the company who makes Arizona ice teas and beverages?
Q. Do you know?
A. I would assume so.
Q. Have you ever heard of Arizona Beverage 2 LLC?
A. It sound the same to me.
Q. It sounds the same as what?
A. The first Arizona company you

Crystal Townes

mentioned.

Q. Prior to me mentioning Arizona Beverage Holdings LLC today, have you ever heard of that term or name before?

A. I have heard of Arizona Beverages, but the holding and LLC, I can't say that I have.

Q. Do you know -- or strike that.

Who is Asmed Ashour?

A. He is another plaintiff.

Q. Do you know him?

A. No.

Q. Have you ever communicated with him?

A. No.

Q. Do you know a CK Lee?

A. No.

Q. Have you ever communicated with him?

A. No.

Q. Do you know a Travis Hernandez?

A. No.

Q. Have you ever heard of the Lee Litigation Group?

Crystal Townes

A. No.

Q. Has the Lee Litigation Group ever provided you with any legal services?

A. No.

Q. Do you know a Lukas Cubilius?

A. No.

Q. Makaylo van Peebles?

A. No.

Q. Vanessa Kailey?

A. No.

Q. Let's go back for a minute.

Did you ever ask your Aunt Michelle to provide you with any account records of your purchases of defendant's products?

A. No.

Q. Is there anything preventing you from doing that?

A. No.

Q. Do you possess any document -- documents relating defendant's labels?

A. You mean like receipts?

Q. Not just receipts: Product labels, products themselves, samples that you

Crystal Townes

bought?

A. Empty bottles.

Q. Do you have them at home?

A. Yes, that is correct, I do.

Q. What empty bottles do you have at home?

A. The Arizona southern style tea, Golden Bear Light Strawberry Lemonade and fruit punch.

Q. And when did you make those purchases -- or strike that.

Did you purchase those products yourself?

A. Correct.

Q. And when did you purchase those products?

A. Those, I purchased, I would say, a month ago.

Q. And where did you make those purchases?

A. At my local grocery store.

Q. And I am sorry. How many different bottles and cans are we talking about?

Crystal Townes

A. Three different bottles.

MR. DONOVAN: I am going to mark these, please. Why don't we say P -- PT hyphen 1, please.

(Whereupon, a document was received and marked as Exhibit PT-1 for identification, as of this date.)

MR. DONOVAN: Can you just read back on the record what products the witness said are in her home bottles and such, please.

(Previous answer was read back.)

THE WITNESS: Correct.

Q. I am going to show you this PT-1.

Have you ever seen that before?

A. Yes.

Q. If you look at the second page, second paragraph, you will see that it asks for production of product bottles and cans relating to your purchases that are subject to the complaint. Do you see that?

MR. RAMIREZ: Objection. I don't think she got to look at the whole thing.

Crystal Townes

MR. DONOVAN: Oh, I am sorry, that is fine. I didn't pose a question yet.

MR. RAMIREZ: You have posed a question of has she seen that before, but she hadn't looked at the whole document.

Q. Have you seen that document before?

A. I did not read the second page.

Q. Is there a reason why you didn't bring the products with you to the deposition today?

A. I didn't read that I had to. I didn't see that.

Q. Is it fair to say you didn't know you had to bring the products, correct, or that you were asked to?

A. Correct.

Q. So you said that you bought this -- these three products about a month ago.

Do you recall whether it was around the same time you purchased all three,

Crystal Townes

or did you purchase them sporadically?

A. Sporadically.

Q. I apologize. I asked this. You said it was a grocery store.

Do you know the address of the grocery store, or the name of it?

A. I don't. It is a corner grocery store on 158th Street and Broadway.

Q. And is it a store that you purchased Arizona products before at?

A. Correct.

Q. Other than the those products that you have mentioned: The southern style tea, the Golden Bear and the fruit punch, are there any other products that are of the defendants at your home currently?

A. Those are the three that I remember.

Q. And do you know where they are? Are they in your refrigerator, or --

A. Well, they are empty, so they are in my recycling.

Q. And what size is the Southern Style Sweet Tea? Is it southern style tea,

Crystal Townes

Southern Style Sweet Tea, do you remember?

A. Southern Style Sweet Tea.

Q. Do you know what size of the container?

A. I say 24 ounces.

Q. The can?

A. The bottle.

Q. Plastic bottle?

A. Plastic bottle.

Q. What about the Golden Bear?

A. The same size.

Q. And the fruit punch?

A. Same size.

Q. And both plastic, as well?

A. Correct.

Q. Do you know who Joy Brown is?

A. She is a plaintiff.

Q. And have you communicated with her?

A. No.

Q. Have you ever read any deposition transcripts in this case?

A. No.

Q. Because this matter concerns what

Crystal Townes

people drink or eat or consume, which is a personal matter, I am going to ask questions of a personal nature. They are not meant to be disrespectful at all, but it is germane, in my view, with the issues in the case.

I wanted to let you know, because they are highly personalized issues.

Do you smoke?

A. No.

Q. Do you drink alcohol?

A. Rare occasions.

Q. Do you exercise?

A. Sometimes.

Q. Once a week, once a month?

A. Once a week.

Q. Do you take any medicine?

A. I take vitamins.

Q. Can I have your height and weight, please?

A. High height is 5-4, and my weight is 240.

Q. Do you have any chronic medical conditions?

A. I have --

Crystal Townes

MR. DONOVAN: We can mark this confidential.

MR. RAMIREZ: Yes. I was about to suggest that. Thank you.

A. I have hypothyroidism.

Q. Anything else?

A. No.

Q. Do you have any allergies?

A. Seasonal.

Q. Like hayfever and such?

A. Correct.

Q. Are you a vegetarian?

A. No.

Q. Do you eat red meat?

A. Yes.

Q. Do you follow a restrictive diet in any way?

A. No.

Q. Have you ever considered avoiding any food or beverage in your diet?

A. Yes.

Q. Can you give me examples?

A. I don't eat cheese. I don't eat eggs. Dairy. Mayonnaise. I don't really

Crystal Townes

use butter. It is basically like meats and vegetables. I don't eat potatoes. That seems about it.

Q. Is there a reason why you avoid the dairy that you mentioned?

A. I am not lactose intolerant, but I do know of like how some, for instance, milk has like millions of mucus that is allowed in it, so I don't use dairy.

Q. Do you ever eat fast food, like McDonald's or Burger King?

A. Very rare.

Q. Have you ever worked for any consumer advocacy group?

A. What does that mean?

Q. A group that would be vindicating or advocating the rights of consumers?

A. No.

Q. Did you ever have a -- or did you ever post on any blogs or social network page, anything about the defendant's products?

A. No.

Q. Do you have a Facebook page?

Crystal Townes

A. Yes.

Q. Do you have an Instagram?

A. Yes.

Q. Twitter?

A. No.

Q. Did you ever post any content on these pages about defendants?

A. No.

Q. Did you ever post anything on any social media, whether it be Facebook, Instagram or Twitter, or any blog, about citric acid?

A. No.

Q. Did you ever delete any content on these pages concerning any food or beverage?

A. No.

Q. Have you ever heard of the Center For The Science In The Public Interest?

A. No.

Q. Have you ever been convicted of any criminal offense?

A. No.

Q. Do you subscribe to any food or

Crystal Townes

nutrition related publications?

A. No.

Q. Have you read any publications about citric acid?

A. No.

Q. Have you read any publications about preservatives?

A. I have in the past read about preservatives online.

Q. When was the first time you did so?

A. I would say maybe 2014.

Q. And what do you recall reading the first time?

A. I recall reading about how nitrates and such are cancer causing.

Q. Do you remember what the name of the website was?

A. I don't. Probably Women's Health.

Q. Do you recall anything else about -- reading about preservatives, other than this 2014 website?

A. No.

Crystal Townes

Q. Did the website you read in 2014 say anything about citric acid?

A. I don't recall.

Q. Now, do you do your grocery shopping for your family?

A. I do.

Q. And have you found that, just generally speaking, when you buy products in bulk, it allows you to purchase them at a better value than purchasing an individual item?

A. Correct.

Q. And I presume -- you can correct me if I am wrong -- that is one of the reasons why you shop at BJ's, correct?

A. Correct.

Q. Did you ever use any coupons to buy groceries?

A. No.

MR. DONOVAN: Can you mark that PT-2, please.

(Whereupon, a document was received and marked as Exhibit PT-2 for identification, as of this date.)

Crystal Townes

MR. RAMIREZ: Thank you.

Q. I am going to show you PT-2, Ms. Townes, and ask you if you have ever seen this document before?

(Witness is perusing the exhibit.)

A. Yes.

Q. Can you tell me what you understand this to be?

A. When I said earlier I read like the things that I had said, this is what I meant.

Q. Earlier on in your testimony you said that you read something in preparation for the deposition, you could not tell me -- remember what it was.

And what you were referring to is the Second Amended Complaint, marked as PT-2?

A. Correct.

Q. When was the first time you saw PT-2?

A. I believe it was in January.

Q. Of what year?

A. Of 2022.

Crystal Townes

Q. Now the filing date on this complaint is March 19, 2021, if you look at the top there. Do you see that?

A. Yes.

Q. And have you made purchases of Arizona product after March 19, 2021?

A. From March 19, 2021, yes.

Q. Can you tell me why?

A. Because I buy them as a treat for my children.

Q. What products have you bought for them as a treat?

A. They particularly like the watermelon flavor, the half lemonade, half iced tea and fruit punch.

Q. Is the half lemonade, half iced tea, is that Arnold Palmer?

A. Correct.

Q. You mentioned earlier that about a month ago, you bought the sweet tea.

Is that for you?

A. Correct.

Q. Why did you buy that product for you a month ago?

Crystal Townes

A. Because I like the way it tastes.
Q. Any other reason?
A. I find Arizona to have less sugar than a lot of the other brands.
Q. And is that something that you find attractive, it has less sugar?
A. Correct.
Q. Any other reason, talking about the sweet tea now?
A. I like tea in general.
Q. Any other reason?
A. That is it.
Q. Do you know whether the first deal with the sweet tea product that you can purchased, did you know whether it has citric acid in it?
A. When I first bought Arizona, or just this tea?
Q. Good question.
I will be more precise.
Talking about the one you purchased a month ago?
A. Was I aware, does it have citric acid in it?

Crystal Townes

Q. Yes.

A. Correct.

Q. Does that product say no preservatives, on the label?

A. I believe it said no preservatives.

Q. And again, that was purchased about a month ago?

A. Correct.

Q. And so you understand that your lawsuit in PT-2 is claiming that the statement, no preservatives, is false, because the product has citric acid in it, right?

A. Right.

Q. But after the lawsuit, you purchased the product and consumed the product with that same label; is that fair to say?

A. That is fair to say.

Q. So would it be fair to say, you purchased the product, regardless of the no preservative label?

MR. RAMIREZ: Objection.

Crystal Townes

You can answer.

A. So I bought the product because of the less sugar that it has.

Q. Did you buy the product believing the product, being a month ago, the sweet tea -- did you buy the product believing it had preservatives?

MR. RAMIREZ: Objection. Sorry, objection, you can answer.

A. The label said no preservatives.

Q. Right. And you have a lawsuit claiming -- I will strike that.

I will go back for an instruction, so we don't get -- run a ground or try not to. This is another instruction I should have given you early on. I apologize.

There could be a time when your attorney objects.

Let him put the objection on the record, which is generally speaking, notwithstanding an objection, unless it is for privilege.

If you understand the question, if you can endeavor an answer.

Crystal Townes

A. Okay.

Q. I apologize, I didn't put that instruction down.

At the time you made the purchases a month ago, did you believe that the product did not have preservatives?

A. I would say yes.

Q. And why is that?

A. Because the label said no preservatives.

Q. Can you identify a product for me -- well, let's put it this way -- strike that.

Is there a product that you have chosen not to buy because it has preservatives?

A. There are Snapple beverages I believe have preservatives.

Q. Any other product?

A. Brisk.

Q. Anyone else -- I am sorry to interrupt.

We are talking iced tea here, correct?

Crystal Townes

A. Correct.

Q. I am sorry to interrupt.

Snapple, Brisk?

A. And there are like certain Tropicana that I don't buy because it doesn't say it doesn't have preservatives.

Q. So Snapple, you don't buy because it -- because the label says --

A. It doesn't say no preservatives, and they have a high sugar content.

Q. What about Brisk?

A. The same.

Q. And Tropicana?

A. Along with Tropicana.

Q. The Tropicana product, is that an iced tea, or is that like a fruit --

A. That is like apple juice.

Q. Any other product you can think of that you avoid because it has preservatives?

A. Just beverage wise?

Q. We will go outside -- well, we will stick to beverages, and we will go to food, as well.

Crystal Townes

MR. RAMIREZ: Bob, we are at an hour. At some point when there is good, break?

MR. DONOVAN: Of course. Of course.

MR. RAMIREZ: Thank you.

A. Like there is soda I don't buy for the same reasons.

Q. What about foods?

A. Well, I cook most of my food, so I don't really buy outside food.

Like I said before, I don't eat like cheese and things like that.

Q. So would it be fair to say that for purposes of avoiding preservatives, your avoidance is confined to Snapple, Brisk, the Tropicana and soda?

A. Okay, yes.

Q. Now, when you made those purchases after the lawsuit --

MR. RAMIREZ: Bob, if you are going into a new line of questioning, can we take a break? It has been hour.

MR. DONOVAN: Let me just finish

Crystal Townes

this line.

MR. RAMIREZ: Okay. I thought it was a new line.

MR. DONOVAN: Not really. It is a revisited line. I will just finish this up; and of course.

Q. The one you mentioned a month ago, have you made -- what other purchases have you made after the lawsuit of defendant's products, other than the ones you mentioned a month ago?

A. What other Arizona products?

Q. After March 19, 2021.

A. I bought the Arizona iced tea. I bought fruit punch, the strawberry lemonade and the half tea, half lemonade.

Q. Any other products that you can -- flavors you can think of?

A. No.

Q. And did you consume those products yourself?

A. I consumed them probably once or twice myself.

Q. Which flavor?

Crystal Townes

A. The tea and the fruit punch.

Q. When you say the tea, the lemon tea or the sweet tea?

A. The sweet tea.

Q. And the other products were consumed by your children?

A. Correct.

Q. And how was the price compared -- the purchase prices of those products? Were they the same as the prices that you paying before the lawsuit?

A. I think it depends on the store. Some store might charge 99 cents for a bottle, another store might charge a dollar and ten cents.

Q. But if you went back to the same store and made the purchase, did you purchase some of these products after the complaint, at the same place that you purchased it before the complaint?

A. Uh-huh.

Q. You have to answer.

A. Correct.

Q. Was the price at that store the

same?

A. Yes.

MR. DONOVAN: We can break here.

MR. RAMIREZ: Oh, great. Thank you.

MR. GLAUBERSON: This will end media unit one. Going off the record at 11:07 a.m.

(Whereupon, a short recess was taken.)

MR. GLAUBERSON: We are back on the record. The time is 11:20 -- we are back on the record. The time is 11:22 a.m., April 8, 2021. This will begin media unit two.

MR. DONOVAN: You ready? Okay.

Q. I just have to remind you, Ms. Townes, you are still under oath.

A. Yup.

Q. After the lawsuit, did you shop at BJ's with your aunt Michelle?

A. After the lawsuit, no.

Q. You didn't use your BJ's card -- her BJ's card after the lawsuit?

Crystal Townes

A. No, I didn't.

Q. Did you use the one day card after the lawsuit?

A. After the lawsuit, I used the BJ's one day card once.

Q. After the lawsuit?

A. Correct.

Q. And do you remember what you bought?

A. Like a birthday cake.

Q. Did you buy any defendant's products?

A. No.

MR. DONOVAN: I am going to mark this PT-3, please.

(Whereupon, a document was received and marked as Exhibit PT-3 for identification, as of this date.)

Q. I am going to show you what has been marked as PT-3. Go to the last page.

Is that your signature?

A. Correct.

Q. Do you sign that through docusign?

Crystal Townes

A. Correct.

Q. How does that work? How do you get to sign a document through docusign?

A. If you are asking for your signature, you are allowed to use like a finger or *stylus or whatever you sign it.

Q. And do you get -- how do you -- so it is a website that you go on, or a link that you link on?

A. Correct. It is a link.

Q. So you get an e-mail from somebody, I guess, in this case, your lawyer, correct?

A. Correct.

Q. And then you link on, and then it links you to the document?

A. Correct.

Q. And do you recall reviewing these answers? These are interrogatory answers you provided in this case, correct?

MR. RAMIREZ: You should look through it. Read them, please.

(Witness is perusing the exhibit.)

Crystal Townes

MR. DONOVAN: I am going to strike the question.

Q. Have you ever seen PT-3 before?

A. Yes.

Q. And do you have a general understanding of what the document is?

A. Yes.

Q. And what is your general understanding?

A. My understanding is what I had paid for the beverages, and that -- well, I believe about expenses.

Q. Are you finished with your answer?

A. Yes.

Q. If I can direct your attention to the last page again.

A. Uh-huh.

Q. You verified that all these answers were true, under oath and penalty of perjury. Do you see that?

A. Yes.

Q. And when you received this by docusign, did you print this document out and

Crystal Townes

review it, or you just reviewed it online?

A. I reviewed it online.

Q. Do you have a printer at home where you can print out a document?

A. I have a printer at my job.

Q. But at home?

A. No.

Q. Did you review this at work, or did you review it at home, do you remember?

A. I reviewed it at home.

Q. Do you know how long it took for you to review them before you signed off?

A. I don't remember.

Q. Can you give me an approximation: More than an hour, less than an hour?

A. Less than an hour.

Q. I want to direct your attention to response to interrogatory number 15. Do you see that?

A. Uh-huh. Yes.

Q. There is a question about whether you like the taste, and there is an objection.

If you go over to page 12,

Crystal Townes

subject to this objection, there is an answer. Do you see that, on top of page 12?

A. Yes.

Q. And that answer is true, correct?

A. Correct.

Q. All these answers, you have already verified are true and correct, right?

A. Correct.

Q. What did you like about the taste of the Arnold Palmer half iced tea, half lemonade?

A. That it taste like half iced tea and half lemonade.

Q. Do you like the taste of lemonade?

A. I do.

Q. Do you still like the taste of the Arnold Palmer half iced tea and half lemonade?

A. I do.

Q. What about the Arizona fruit punch juice cocktail? What do you like about the taste?

A. I just like that it tastes good.

Crystal Townes

Q. Can you -- does it taste sweet?

A. It tastes sweet.

Q. Do you like the taste of the sweetness?

A. I do.

Q. Do you still like the taste of the sweetness?

A. I do.

Q. What about the Arizona Golden Bear light strawberry lemonade? What did you like about the taste there?

A. I like the taste of the strawberry lemonade, the sweetness.

Q. And you still like the taste of the Golden Bear light?

A. I do.

Q. Is there any other product, Arizona product that you still like the taste of?

A. Other than the ones mentioned?

Q. Yes.

A. No.

Q. I would like to go to interrogatory number two, please. And there

Crystal Townes

is a question about the total amount of monies that you have paid. Do you see that?

A. Yes.

Q. And there is an objection on the first paragraph, and subject to the objection, there is a response.

When you say that you spent approximately $46 a month on various Arizona beverages since May 2013, is that for -- is that a total number, or is that per -- strike that.

Have you paid $46 a month on Arizona beverages since May 2013 through what date?

A. Probably until March of 2021.

Q. And after that, how much have you paid?

A. I would say about $20.

Q. A month?

A. A month.

Q. On Arizona products?

A. Correct.

Q. So just in terms of, we will call it an approximation, $46 a month since May

Crystal Townes
2013 through March 2021, that is roughly approximately eight years of time, correct?
A. Correct.
Q. So 12 months out of the year, 12 times 8, that is 96 months?
MR. RAMIREZ: Dollars.
MR. DONOVAN: 96 months.
MR. RAMIREZ: I thought you were -- I am sorry. Sorry. Sorry.
MR. DONOVAN: It is okay.
Q. 12 months out of the year times 8, that is 96.
If you took 96 and times it by 46, that is approximately slightly less than $5,000 that you expended through March 2021 for defendant's products, correct?
A. Correct.
Q. And then there is another approximately $20 a month after that, right?
A. Right.
Q. So on the rest of the answer, when you say on average, you spent $32 for two 16 pack Arizona iced tea with lemon flavor in the 16 ounce can.

Crystal Townes
A. Uh-huh.
Q. Do you see that?
A. Yes.
Q. Where would you usually buy those products?
A. The 16 packs, I would buy those at BJ's.
Q. When you say $32 for two 16 packs, are you saying that it is $16 apiece?
A. Correct.
Q. Or is $32 for 32 16 ounces?
A. It is $16 for a 16 pack.
Q. And then the $6 for two 128 ounces, that is $6 for a set of 128 ounce Arizona iced tea?
A. So one that is 120 ounces, about $3, so two of them is six.
Q. And where would you buy that product customarily?
A. Customarily I would buy them at the local grocery store, Walmart. But that is not all the time for the Walmart.
Q. Where is the Walmart that you would shop?

Crystal Townes

A. In Jersey.

Q. Do you have a town?

A. I don't know.

Q. And then you have $10 on 16 ounce bottles and 23 ounce cans of Arizona fruit punch juice cocktail, Arizona watermelon fruit juice cocktail, Arizona Golden Bear light strawberry lemonade, Asbury -- I am sorry, Arizona raspberry flavor iced tea, Arizona iced tea with lemon flavor and Arizona southern style brewed tea, do you see that?

A. Yes.

Q. Is that $10 for a 16 ounce and $10 for 23 ounce cans, so there is $20 total there?

A. One bottle is not $10, so that would be like a total.

Q. Are you doing this on a monthly basis?

A. Each one.

Q. I am sorry?

A. Monthly basis, like the $32 for the two pack of the 16 ounces, that is like

Crystal Townes

BJ's. So that would be one for the month. The $6 and the 128 would be from my grocery store. The 16 ounces and the 23 ounces would be from like the grocery store. But that is like every month.

Q. The $10?

A. Correct.

Q. And it is total, so it pertains to both the 16 ounce and the 23 ounce?

A. Right.

Q. That was my question.

And my recollection, since your testimony is that after the complaint, at times would you purchase the product, Arizona products, for your children?

A. My oldest child.

Q. Oldest child. And who is that?

A. Sayquon Glover.

Q. And how old?

A. Fourteen.

Q. When was the last time you purchased the product for Sayquon, an Arizona product?

A. Last month.

Crystal Townes

Q. What product did you buy for him?
A. The fruit punch.
Q. Anything else?
A. And the strawberry lemonade.
Q. And after the complaint was filed, how much product can you estimate that you purchased for Sayquon, your son, or your child, excuse me?
A. Probably about $20 a month.
Q. And where would you make those purchases?
A. At my local grocery store.
Q. Is that the one that is on 158th?
A. 158th.
Q. Is it 58th?
A. Uh-huh.
Q. You have to answer, sorry.
A. Yes.
Q. Why were you buying that product -- is it your son or daughter?
A. My son.
Q. Why were you buying that product for your son after the complaint?
A. Because of the sugar content. He

Crystal Townes

likes the taste, and it has the less sugar.

Q. Any other reason?

A. No. Before the complaint, it would be because of the sugar content, the taste and low preservative.

Q. So after the complaint had nothing to do with whether there preservatives in it or not?

A. After the complaint, I knew that even though it said no preservatives, it still was.

Q. So my any question is: Your purchases for your son after the complaint had nothing to do with whether or not it had preservatives in it?

A. It had to do with the sugar and the taste.

Q. And you made those purchases after the complaint, believing that the product had preservatives in it?

A. I know that it had preservatives in it after the complaint.

Q. Did you ever see the statement, no artificial color, on any of the

Crystal Townes

defendant's labels?

A. I don't remember.

Q. Did you ever see the statement, no artificial flavor, on any of the defendant's labels?

A. I don't remember.

Q. Did you ever read the statement, an American company quotes an American company, on any of the defendant's labels?

A. I don't remember.

Q. Did you ever see the telephone number placed on defendant's labels?

A. Telephone number, I believe so.

Q. Do you remember what products?

A. I don't know which products.

Q. Did you ever call Arizona to complain about their products?

A. No.

Q. Why not?

A. I don't usually call companies to complain.

Q. Well, did you consider contacting them before you decided to sue them?

A. Contacting Arizona, no.

Crystal Townes

Q. And is there a reason?
A. No.
Q. Did you ever see the statement, shake well, quote, shake well, end quote, on defendant's products?
A. Yes.
Q. What did you understand that to mean?
A. That contents settle at the bottom.
Q. And did you do that at any time with any of the products that you purchased?
A. Yes.
Q. Which ones?
A. All of them.
Q. Did you ever see the statement, refrigerate after opening, on any of the defendant's labels?
A. Yes.
Q. Which products?
A. All of them.
Q. And did you do that?
A. Yes.
Q. And why did you -- what is your

Crystal Townes

understanding as to why you would refrigerate the product after opening?

A. So that it doesn't taste bad if you leave it out.

Q. So that the air wouldn't get inside, and it wouldn't warm up and spoil?

MR. RAMIREZ: Objection.

You can answer.

A. I assume so. But I know if you leave it out without refrigerating it, it tastes bad.

Q. Is it your experience that when you leave the beverage out after it is -- let's back up for second.

Did the beverages that you buy -- that you bought at BJ's, were they warm?

A. Yes.

Q. And the beverages that you bought at these -- at the convenience stores at 158th Street, were they cold?

A. Yes.

Q. Were any of them warm?

A. At the convenience stores, no, they were cold.

Crystal Townes

Q. So is it your general experience, when you buy something that is cold, and you allow it to get warm, it can grow stale, correct?

MR. RAMIREZ: Objection.

You can answer.

A. If I buy something cold, and let it get warm without opening it, I would assume that it is still good.

Q. What about after you open it?

A. After I open it, it says refrigerate after opening, so I assume that it goes bad after you open it.

Q. Did you ever experience that, the product being left un-open and allowed to warm up after it was cold --

A. And that I consumed it?

Q. Yeah.

A. No.

Q. Did you ever see the statement, great buy, 99 cents, on any of the defendant's products labels?

A. Yes.

Q. What did you understand that to

Crystal Townes

mean?

A. That it was cheap.

Q. Do you agree?

A. Yes.

Q. Is there anything that happened in particular that motivated you to decide to sue the defendants?

A. I didn't know that Arizona products had preservatives until my mom brought it to my attention.

Q. And when did your mother bring that to your attention?

A. Last year, 2021.

Q. Can you give me a month?

A. I don't remember which month. Early 2021.

Q. January 2021?

A. I would say January. I don't remember which month it was.

Q. But was it 2021?

A. It was 2021.

Q. What did she tell you?

A. That she read online that Arizona had a class action because of the

Crystal Townes

preservatives it contained in their beverages when it said no preservatives.

Q. Did she say anything else?

A. No.

Q. Did she put that in writing to you, or is this an in-person conversation?

A. In-person conversation.

Q. And how long was the conversation?

A. Fifteen minutes.

Q. And what did you say to her?

A. I will look into it.

Q. Do you know why your mother approached you about this class action website? It is a website she was looking at?

A. I don't know what she was looking at, but she did tell me that she read it.

Q. And did you ultimately find out where she read it from?

A. No.

Q. So what did you do -- what did you say to your mother after she told you about Arizona iced tea containing preservatives, other than saying, I will look

Crystal Townes

into it? Anything else?

A. We just talked about cancer causing properties.

Q. Is what your mother said about Arizona iced tea, was that the ingredients can cause cancer?

MR. RAMIREZ: Objection.

A. She said preservatives cause cancer.

Q. And do you know what she was basing that statement on?

A. She used to have cancer.

Q. Was she basing it on her communication to you about the Arizona case? Was she saying preservatives caused cancer in relation to this Arizona case?

MR. RAMIREZ: Objection, asked and answered.

A. She was basing it on her information which she knows about preservatives.

Q. Other than you're saying I will look into it, did you say anything else?

A. No, I didn't.

Crystal Townes

Q. And what did you do?
A. I researched it myself.
Q. What did you research?
A. The class action.
Q. What class action?
A. The lawsuit against Arizona.
Q. What did you look at?
A. I looked at it on the Internet. Class action lawsuit, I believe, was the website.
Q. And what did you see?
A. That there was a case regarding Arizona because of the preservatives that it contained in their products.
Q. What was the name of the case?
A. I don't remember.
Q. What preservatives did the class action website refer to?
A. Citric acid.
Q. Any others?
A. That is the one that I remember.
Q. And when did you do this research?
A. Early 2021, maybe January.

Crystal Townes

Q. You had the conversation with your mother in 2021, early, and then after that, you did your research?

A. Correct.

Q. And you say early January 2021?

MR. RAMIREZ: Objection, asked and answered. You can answer.

A. Correct.

Q. First week, second week, when you started the research?

MR. RAMIREZ: Objection, asked and answered.

A. I don't remember the exact date.

Q. How long did it take you to do the research?

A. Maybe two hours.

Q. Other than the class action website, what other -- let's back up.

Part of your research involved looking at the class action website, correct?

A. Correct.

Q. Other than doing that, what other research did you perform?

A. I looked at the research on

Crystal Townes

preservatives.

Q. And where did you find that?

A. Just Google.

Q. And what did you see?

A. That preservatives aren't good for my health, our health.

Q. Do you remember any of those sites that you found on Google, or the sources, what the names were?

A. I don't remember.

Q. Did you keep any documents regarding this research?

A. No.

Q. Did this Google research on preservatives mention citric acid?

A. I don't remember.

Q. So after you did your research, then what happened?

A. That was it.

Q. Well, how did it come to be that you decided to sue defendants? What did you do next?

A. I was already on the class action website.

Crystal Townes

Q. What do you mean, you were already on the class action website?

A. When my mom told me, I had told her I would look into it, and I had went onto the class action website. And that is when I filled my complaint.

Q. That is when you filled your complaint?

A. Filed.

Q. I just want to understand the timing of this.

Your mother tells you about a class action involving Arizona iced tea, correct?

A. Correct.

Q. Then you do your research, and you go on a class action website; is that correct?

A. When my mom told me about the -- what she had read, I had went onto the the website, and then I had did my research.

Q. And who told you about the website?

A. Google.

Crystal Townes

Q. So your mother mentioned to you, correct me if I am wrong, that Arizona was being sued?

A. She told me there was a class action lawsuit against Arizona.

Q. And how did your mother find out about that?

A. I am not sure exactly where she read it.

Q. Is your mother involved in any -- or work for anybody in the legal profession?

A. No.

Q. Do you or your mother have any relatives involved in the legal profession?

A. No.

Q. Do you know the source of your mom's knowledge about the Arizona lawsuit?

MR. RAMIREZ: Objection, asked and answered.

A. You said, should I know?

Q. Do you know?

A. What was her knowledge? No.

Q. You didn't ask her, how did you find out about this?

Crystal Townes

A. No.

Q. And you found this website on your own, through a Google search?

A. By typing class action website in the website.

Q. And then you said on the website, you filled in a complaint, or you filed a complaint?

A. I signed up for how the website has you sign up.

Q. What information did you provide?

A. My name, my address, my e-mail, my experience.

Q. Anything else?

A. My phone number.

Q. Did you provide information about your product purchases?

A. On the website, they asked what you bought.

Q. And what did you say?

A. That I had purchased Arizona iced tea, multiple flavors.

Q. And did you say anything else about your purchases?

Crystal Townes

A. That is what I remember.

Q. Did you provide dates of the purchases or the amounts?

MR. RAMIREZ: Objection.

A. I don't remember.

Q. Did you provide the reasons for your purchases?

MR. RAMIREZ: Objection.

A. I don't remember if it asked me.

Q. And so was this more akin to a questionnaire that you were filling out?

A. Correct.

Q. Do you have a copy of that questionnaire?

A. I do not.

Q. After you completed the questionnaire, did you hit a send button?

A. Yes.

Q. And who did it go to?

MR. RAMIREZ: Objection.

You can answer, if you know.

A. I don't know exactly how -- what hands it ended up in.

Q. But it was a send button back to

Crystal Townes

this class action website?

A. On the class action website, you press send, yes.

Q. And you did that by your e-mail?

A. Yes.

Q. Do you save your e-mails?

MR. RAMIREZ: Objection.

A. Most of them.

MR. DONOVAN: I know this was the subject of a document request for communications with others about the lawsuit prior to the lawsuit.

MR. RAMIREZ: She doesn't understand how it works.

It doesn't go by e-mail. There is no e-mail, Bob, I am telling you.

You press the send button, and it goes.

You don't do this through an e-mail, you do it through a website.

THE WITNESS: Right.

MR. RAMIREZ: So she misspoke.

If you clarify the question, maybe she will give you the right

Crystal Townes

answer.

MR. DONOVAN: Carlos, you are getting really close to testifying.

MR. RAMIREZ: I am telling you how it works.

She doesn't know how it works.

MR. DONOVAN: That is totally improper.

MR. RAMIREZ: I know how it works.

MR. DONOVAN: Listen, all I am interested in is getting the document.

MR. RAMIREZ: There is no document. There is no e-mail. There is no e-mail.

MR. DONOVAN: Now you are even testifying.

MR. RAMIREZ: There is no e-mail. I am telling you -- you want to go off the record? I can explain to you how it works.

MR. DONOVAN: No, I am not going to go off the record.

MR. RAMIREZ: It doesn't go by --

Crystal Townes

it doesn't go through e-mail.

You asked her, does it go through e-mail, she said yes.

That is incorrect, it doesn't go through the e-mail.

You go on the website, you fill out a questionnaire, and it goes directly to the class action website.

MR. DONOVAN: Carlos, please stop testifying.

MR. RAMIREZ: Nothing gets done by e-mail.

MR. DONOVAN: Please, you don't want to testify, do you?

MR. RAMIREZ: I am not testifying, I am are making a record.

MR. DONOVAN: You are getting close.

MR. RAMIREZ: I am making a record.

MR. DONOVAN: Matter of fact, you have crossed the line, in my view.

Q. So when you said you filled out or filed a complaint on the website, you are

referring to the questionnaire?

A. Correct.

Q. After you submitted your questionnaire, then what happened?

A. That was it.

Q. And when you say that was it, what do you mean?

A. They didn't ask any further questions.

MR. DONOVAN: Mark this as PT-4.

(Whereupon, a document was received and marked as Exhibit PT-4 for identification, as of this date.)

Q. I am going to show you a document PT-4. It is an e-mail from Mr. Ramirez to me.

Is that the address of the website that you referred to?

A. Top class action?

Q. Yes.

A. Yes.

MR. DONOVAN: Can you mark this, please.

(Whereupon, a document was

Crystal Townes

received and marked as Exhibit PT-5 for identification, as of this date.)

Q. I am going to show you what was marked PT-5.

Did you ever see anything -- well, let's put it this way -- strike that.

With regard to PT-5, did you ever see a publication on the website on top class action website that is referencing the article that is on PT-5?

MR. RAMIREZ: Objection. Objection.

A. I don't remember.

Q. Put it this way: Is this what is referenced on PT-5? Is that what you reviewed when you accessed the top class action website?

A. I don't think so.

Q. So you filled out a questionnaire and you submitted it to top class action, correct?

A. Correct.

Q. And then do you hear from an attorney?

Crystal Townes

A. Yes.

Q. And who did you hear from?

A. I hear from Carlos.

Q. How soon after did you hear from Mr. Ramirez after you submitted the questionnaire?

A. I don't remember. Maybe a week.

Q. And without telling me what you received from Mr. Ramirez in terms of content, did he contact you by e-mail?

A. It was -- I believe it was a phone call.

Q. So on the questionnaire, do you put your phone number, did you also put your e-mail address?

A. I believe they asked for the phone number and e-mail.

Q. What e-mail address did you use?

A. I used -- I think I used REDACTED REDACTED.

MR. RAMIREZ: Bob, if we can keep that confidential?

MR. DONOVAN: Sure.

MR. RAMIREZ: Thank you.

Crystal Townes

Q. Now with respect to the phone call from Mr. Ramirez, how long was that phone call, that first phone call?
A. I don't remember. Maybe -- maybe 20, 30 minutes.
Q. And how much time elapsed -- ultimately you retained Mr. Ramirez's firm, correct?
A. Correct.
Q. How much time elapsed between that first phone call and you signing a retainer agreement?
A. Probably, I would say, two months. I don't remember. I guess that time.
Q. That is your best approximation, two months?
A. That is my best approximation.
MR. RAMIREZ: If you we can take another break at some point when it makes sense.
Q. When you were looking for an attorney to represent you, did you -- other than Mr. Ramirez's firm, did you look or

Crystal Townes

speak to any other lawyers before you retained counsel?

A. No.

Q. Does your mother consume Arizona iced tea?

A. No.

Q. And you say approximately two months after the first phone call, you retained Mr. Ramirez's firm?

MR. RAMIREZ: Objection. I am sorry, objection, asked and answered, and misstates her testimony.

Q. Ultimately you received a proposed agreement from Mr. Ramirez's firm, correct?

A. Correct.

Q. And how did you receive that? Was that by e-mail or regular mail, do you remember?

A. The agreement was by e-mail.

Q. Was it via docusign?

A. I believe so.

Q. Did it come from Mr. Ramirez's firm or from a class action website?

Crystal Townes

A. What I remember, it came from the firm.

Q. And you signed that retainer agreement via docusign?

A. Correct.

Q. And how much time did you devote to reviewing that agreement before you signed it?

A. That day.

Q. Can you tell me how many hours or how much time?

A. Maybe two, three hours.

Q. Did you print it out and look at it, or did you review it online?

A. I reviewed it on my phone.

Q. Did you have any -- on your telephone?

A. On my cell phone.

Q. Do you have a laptop at home?

A. At the time, I did not.

Q. Did you have any conversation with Mr. Ramirez or anybody else at the Reese firm prior to signing the retainer agreement?

MR. RAMIREZ: Objection, asked

Crystal Townes

and answered.

A. We spoke on the phone before signing it.

Q. Let me rephrase. That was a bad -- poor question. I apologize.

After receiving the retainer agreement, and before signing it, did you have any conversation with Mr. Ramirez or anybody else at the Reese firm?

A. I don't remember.

Q. After receiving the retainer agreement, and before signing it, did you consult with any other counsel about signing this agreement?

A. No.

Q. Were you aware that you had the right to do so?

A. Yes.

Q. Is there a reason why you didn't?

A. No.

MR. DONOVAN: After this line, we will finish.

MR. RAMIREZ: Great. Thank you. Thank you.

Crystal Townes

MR. DONOVAN: Unless you --

MR. RAMIREZ: No worries. No. No.

(Whereupon, a document was received and marked as Exhibit PT-6 for identification, as of this date.)

Q. I am going to show you PT-6. Go to the last page. Please tell me if that is your signature?

A. Yes, that is my signature.

Q. When you received this e-mail, were you expecting to receive this document before you received it?

A. I don't remember.

Q. Would it be fair to say that at the time -- well, this signature, you signed it on January 12, 2021?

A. If that is what it says. I don't remember the exact date.

Q. Do you know the date that you signed the document?

MR. RAMIREZ: Objection, asked and answered.

A. I don't remember the exact date.

Crystal Townes

Q. Do you know the approximate date?

MR. RAMIREZ: Objection.

A. No. I just know in January.

Q. And do you know what this document is, PT-6?

A. I believe this is the purpose of representation and how they are going to take the case.

Q. At the time you signed PT-6 -- let's back up -- strike that.

Do you recall whether or not you received this document on January 12, 2021, PT-6?

A. I don't remember.

Q. But when you received this document, would it be fair to say you believed you were being deceived by defendant's no preservative labeling?

A. Correct.

Q. Now, on the first -- the number one paragraph on page one, first paragraph says you purchased Arizona beverages within the last four years. Do you see that?

A. Uh-huh. Yes, I do.

Crystal Townes

Q. We are informed that you purchased a beverage -- beverages believing that the label statement, quote, no preservatives, end quote, was accurate. Do you see that?

A. Yes.

Q. When did you first form that belief?

A. The first time that I ever had Arizona.

Q. Which was when?

A. About 2014.

Q. And did there come a point in time when you no longer believed that the statement was accurate?

A. Yes.

Q. When did you draw that conclusion the first time?

A. When I heard about the class action.

Q. So it would have been sometime before your receipt of PT-6?

A. When I realized that no preservatives was not accurate?

Crystal Townes

Q. Right.

A. When I first heard about the class action, it was around the same time.

Q. Same time being?

A. Around January 2021.

Q. And when you filled out the questionnaire in the class action website, which is before PT-6?

A. I thought it was the same timeframe.

Q. Around the same time?

A. Correct.

Q. So you fill out the class action website, and around that same time, you get PT-6, is that what you're saying?

A. I thought it was the same time, so maybe I filled out the class action before January.

Q. And at the time -- you are not sure, but at the time you filled out the class action website questionnaire, you had --

A. That is when I realized it was not accurate.

Crystal Townes

Q. What was not accurate?

A. No preservatives.

Q. Now, in connection with your purchases of Arizona iced tea, at the time you retained counsel, did you have in your possession, any receipts?

A. No.

Q. Would you ever get receipts when you purchased Arizona iced tea?

A. Very rare.

Q. What would you do on those very rare occasions? What would you do with the receipts?

A. I would toss them. Unless I know I needed to bring something back to the store, I wouldn't keep them.

Q. And after the lawsuit in connection with those purchases of Arizona products after the lawsuit, did you get receipts?

A. No.

Q. You made purchases at stores, and they didn't give you a receipt?

A. The corner grocery stores, they

Crystal Townes

don't give receipts.

Q. Has PT-6, your agreement with your attorney, has that been amended or changed in any way?

A. No.

Q. This is your agreement with your attorney, correct?

A. Correct.

Q. If you go to paragraph six, number six, the first sentence refers to you having a legal claim that requires defendants to pay your attorney's fees if you prevail in your case. Do you see that?

A. Yes.

Q. And the next sentence says you hereby assign this claim to attorney's fees to us. Do you see that?

A. Yes.

Q. What did you get in exchange for signing your attorney fee claim to your attorneys?

MR. RAMIREZ: Objection.

A. What do I get?

Q. What did you get?

Crystal Townes

A. I didn't get anything.

Q. Go to paragraph seven, please. This concerns a division of fees.

Did you understand what paragraph seven meant?

A. That I don't have to pay any fees out-of-pocket.

Q. Prior to signing PT-6, had you ever signed a retainer agreement with an attorney before?

A. No.

MR. DONOVAN: We can take a break now.

MR. RAMIREZ: Great. Thank you, Bob.

MR. DONOVAN: What time is it? Sorry.

MR. GLAUBERSON: This will end media unit two. Going off the record at 12:30, April 8, 2022.

(Whereupon, a short recess was taken.)

MR. GLAUBERSON: We are back on the record. The time is 1:19 p.m.,

Crystal Townes

April 8, 2022. This will be begin media unit number three.

Q. Good afternoon, Ms. Townes.

A. Hi.

Q. Can I ask you to go to PT-3. These are your answers to interrogatories.

Direct your attention to question number 13, page 10. Do you see that question?

A. State the last date?

Q. Right. Do you see the question for interrogatory number three -- 13, excuse me?

A. Yes.

Q. And there was an objection.

And if you turn over to the next page, page 11, there is an answer at the last paragraph. It says, subject to that objection, plaintiff has continued to consume Arizona products through the date of this response. Do you see that?

A. Uh-huh.

Q. You have to answer.

A. Yes.

Crystal Townes

Q. And the date of this response is October 28, 2021. You can look at the last page.

A. Yes.

Q. And that answer is true, correct?

A. What that -- what was the question?

Q. Your answer that you continued to consume the Arizona products through April -- rather, October 28, 2021, was true?

MR. RAMIREZ: Objection. I didn't hear a question.

MR. DONOVAN: I am asking whether her answer is true.

A. Yes.

Q. And then when you -- did you consume the products since -- Arizona products since October 2021?

A. Have I consumed the products? Yes.

Q. And when you refer in answer to number 13, excuse me, and back to that last paragraph at the top of page 11, when you refer to children, you are referring to your

child?

A. My child.

Q. Not Sayquon?

A. Sayquon, my oldest.

Q. Sayquon.

But you say here, you stopped purchasing?

A. Stopped purchasing for my youngest.

Q. Okay. When you refer to children, you were referring to just one of your children?

A. Correct.

Q. Because you still purchase it for Sayquon?

A. Correct.

Q. Now, if I could go to back for a moment, and you can refer to interrogatory number two.

In that last paragraph is an answer to the question, how much money was paid, and it lists the names of the products.

And is that the entire list of flavors that you have purchased of Arizona

Crystal Townes

product, or is there any other flavors that you have purchased?

A. These are the only ones.

Q. Okay. With respect to price, I would like to refer to this list for purposes of these questions.

When we are talking about purchase price, when you say that you purchased, and you feel free to look at interrogatory answer number two, second paragraph, that you spent $32 for two 16 pack Arizona ice teas, that means $16 for one 16 pack?

A. Correct.

Q. And by 16 pack, it is 16 16-ounce sizes of the Arnold Palmer zero half and half iced tea?

A. Correct.

Q. With regard to the $6, you already mentioned that is $3 -- rather, it is $6 for each item, which would contain two 128-ounce Arnold Palmer iced tea, that would be the purchase price?

A. It is $3 for one.

Crystal Townes

Q. But they are sold in packs of two, is that what you are saying?

A. No.

Q. Just one?

A. Uh-huh.

Q. Okay. So it is $3 apiece, generally, your purchase price; is that correct?

A. That is correct.

Q. For the Arnold Palmer, okay.

Now with regard to the 16-ounce bottles that you reference, what were the purchase prices of those products which you say -- correct me if I am wrong -- you bought 16-ounce bottles of the fruit punch, the watermelon, the Golden Bar, the raspberry, the Arizona iced tea lemon and the sweet style, right?

A. Correct.

Q. What was the purchase prices for those products, per item?

A. A dollar, I believe.

Q. And that was generally the same price across the scope of the years that we

Crystal Townes

are talking about, right?

A. Correct.

Q. You have to say yes or no.

A. Yes.

Q. And what about the 16-ounce rather the 23-ounce cans of that same product, the Arizona fruit punch, watermelon, Golden Bar, raspberry, Arizona iced tea and southern style sweet tea? What was the purchase price you usually paid?

A. I paid about 99 cents.

Q. And that is, again, across the scope of years that you were referencing in your answers?

A. Yes.

Q. Since May 2013?

A. Yes.

Q. Now, has the price -- is it fair to say, the price of Arizona's products has been a factor influencing your purchases?

A. Yes.

Q. And that is because -- is that fair to say, with regard to the price, because it is cheaper than other competitors?

Crystal Townes

A. Correct.

Q. If you can go to PT-2, please. That is the Second Amended Complaint. If you can go to paragraph 128. Take a moment and read that to yourself, and just let me know when you are done.

(Witness is perusing the exhibit.)

A. I am done.

Q. What facts, if any, do you know that support the allegation about paying a price premium for the defendant's products?

A. Paying a price premium?

Q. Right.

A. Meaning like different companies can charge what that they want.

Q. This is an -- well, let's back up.

There is an allegation here in paragraph 20 -- 128 about a price premium. Do you see that?

A. Uh-huh.

Q. My question is simple, asking you what facts do you know, if any, that you paid

Crystal Townes

a price premium for defendant's products?

A. What I know is that once you have Arizona saying they don't have preservatives, that is the company is now saying, okay, we are taking out that stuff.

So that is another business takes on selling this. They can charge what they want. They can up the price. Isn't that like a price premium?

Q. Any other facts that you believe you know?

A. Regarding this, that is what I know.

Q. Do you know of another iced tea product that is priced lower than Arizona iced tea per ounce?

A. Off the top of my head, no.

Q. Are you claiming you were deceived by any statement on the radio?

A. On the radio?

Q. Yes, by defendants. Are you claiming you were deceived by any statement on the radio by defendants?

A. I don't listen to the radio.

Crystal Townes

Q. Are you claiming that you were deceived by any statement by the defendants on television?

A. No.

Q. Are you claiming you were deceived by any statement by the defendants in any newspaper or print media?

A. No.

Q. Are you claiming you were deceived by any statement on any website by defendants?

A. No.

Q. Billboards, any statement on billboards you claim was deceptive?

A. No.

Q. Products displays, any statement on product displays you found to be deceptive?

A. Just the bottle of Arizona.

Q. So it would be fair to say your claims are confined to the labels?

A. Correct.

MR. DONOVAN: PT-7 I think.

Thank you.

Crystal Townes

(Whereupon, a document was received and marked as Exhibit PT-7 for identification, as of this date.)

Q. I am going to show you what has been marked PT-7. Ms. Townes, ask you if you have ever seen that before?

A. Yes.

Q. When was the first time you saw it?

A. I am not sure of the date.

Q. These are responses to document demands by you or your attorney. If you look at number one to page three, it asks for, with regard to each and every Arizona product that you purchased since May 14, 2013, the label that was affixed to product, the bottle or packaging that sold with the product and sales receipt that you received at the purchase of the product. Do you see that?

A. Yes.

Q. Is there a reason why you didn't produce the bottle or packaging that was sold with the product in this case?

MR. RAMIREZ: Objection.

Crystal Townes

A. I didn't know to bring them.

Q. If you go to request number ten, please. You see that request that has for request for all communications between you and any person from May 14, 2013 through May 19, 2021, concerning the purchase of Arizona beverage. Do you see that?

A. Yes.

Q. Well, didn't you communicate with the class action website about your purchase of an Arizona beverage?

A. I filled out the questionnaire.

Q. Did you make any attempt to try to find and get that communication from the class action website?

A. No.

MR. DONOVAN: I am reserving my right, once those documents are produced, to redepose this witness on those documents.

Q. If I can ask you, Ms. Townes, please go to interrogatory answer number eight.

A. That is the question number

Crystal Townes

eight?

Q. I am sorry. I am on another document. I beg your pardon.

PT-3. I am back on PT-3. I apologize.

A. Uh-huh.

Q. Interrogatory number eight at page eight, do you see that question?

A. I don't see a question.

Q. Interrogatory number eight on page eight.

A. State any and all?

Q. Yeah. State any and all reasons why you purchased each of the Arizona products identified in answering interrogatory number seven.

A. Uh-huh.

Q. Do you see that question?

A. Uh-huh. Yes, I do.

Q. And in the response is an objection.

And second paragraph, subject to that objection, you see the answer, plaintiff purchased Arizona products because of her

Crystal Townes

calorie content, sugar content, to quench her thirst, and defendant's representation that the products contained no preservative. Do you see that?

A. Correct. Yes, I do.

Q. What you say calorie content, what do you mean by that?

A. How much calories is in the drink.

Q. In what product or products did you purchase because of the calorie content?

A. The Golden Bear strawberry lemonade light, that is less calories.

Q. Anyone else?

A. The half and half. Half lemonade half iced tea, that was one, as well.

Q. Any other product?

A. That was it.

Q. Sugar content, what did you mean by that?

A. Compared to other brands, they have less sugar.

Q. Is there is a particular product that has less sugar, or all the products you

Crystal Townes

purchased had less sugar?

A. Mostly all the products that I have seen have less -- have more sugar than Arizona.

Q. But my question is: when you say sugar content, is that peculiar -- like the calorie content, tell me if I am mischaracterizing, you know, the basic tenor of what you're saying.

The calorie content as a reason is particular to the beverages that you mentioned, the lighter or diet beverages.

The sugar content, is that particular to any flavored beverage, or does it pertain to all?

A. Overall.

Q. All the beverages you purchased?

A. All the -- yes, all the Arizona beverages.

Q. And to quench your thirst, is that particular to any beverage, or did all the Arizona beverages quench your thirst?

A. All of them.

Q. Are you claiming you are

Crystal Townes

suffering from any health problems due to defendant's products?

A. No.

MR. DONOVAN: Can you mark this, please.

(Whereupon, a container was received and marked as Exhibit PT-8 for identification, as of this date.)

Q. You can put it on the side.

Okay. I am going to show you what has been marked PT-8.

A. Uh-huh.

Q. Did you ever buy a product like PT-8?

A. Yes.

Q. And where did you buy it?

A. I have bought it from my grocery store.

Q. The one on 158th Street?

A. Uh-huh.

Q. You need to answer. I am sorry.

A. Yes. I am sorry.

Q. It is okay.

Anywhere else?

Crystal Townes

A. Um, I have purchased this at Walmart before.
Q. When was the last time you purchased the product like PT-8?
A. This size, probably last year, around March.
Q. March of 2021?
A. Correct.
Q. And do you see that it says hundred percent nature, on the front?
A. Yes.
Q. What do you -- or do you have any understanding what that meant, or what that means to you?
A. I thought it meant nothing artificial.
Q. Anything else?
A. No.
Q. What about sun brewed style? Do you see that? It is in script.
A. Yes.
Q. Do you have an understanding or view of what that means?
A. Sun brewed?

Crystal Townes

Q. Yeah.

A. It was brewed out in the sun.

Q. And with lemon flavor?

A. Flavored with lemon.

Q. Now, you would agree with me, this is the front of the label?

A. Yes.

Q. And I am turning it around, and the label here that has nutrition facts. That is the back of the label, correct?

A. That is correct.

Q. Do you see, in the upper right-hand corner, vitamin C anti-ox fortified? Do you see that?

A. Yes.

Q. Did you see that when you bought the product?

A. I do not recall.

Q. And what do you -- you have an understanding of what vitamin C anti-ox fortified means?

A. That it has vitamin C.

Q. You think that is something positive?

Crystal Townes

A. Vitamin C?
Q. Yes.
A. I would agree, vitamin is C good for some people.
Q. And then there is nutrition facts panel. Do you see that --
A. Yes.
Q. -- on PT-8?
Is that -- correct me if I am wrong. This nutrition facts panel is just, generally speaking, is on all the product that you purchased from Arizona, correct?
A. Correct.
Q. That is the basis upon which you make a determination as to sugar and calorie content and such?
A. That is correct.
Q. And do you see the reference at the bottom, it is in finer print, an American company. Do you see that?
A. Yes, I see that.
Q. Did you see that, when you purchased the product?
A. I don't recall.

Crystal Townes

Q. Do you think that is something positive?

A. An American company?

Q. Yeah.

A. I don't see it as a negative or positive.

Q. What about, you see below that it says family owned and operated?

A. Yes.

Q. Do you think that is a positive?

A. Yes.

Q. Why?

A. Because family owned operations are better than for me to think of like an assembly line of workers. It is family.

Q. Understood.

Would you agree with me that this product, that is the no preservative label. You see it right?

A. Yes.

Q. It is on the back of the label, correct?

A. Yes.

Q. And would you agree with me, it

Crystal Townes

is toward the middle to bottom on the back of the label?

A. I believe so. It is in the middle, yes.

Q. And did you ever see the no preservative label on any product on the front of the label?

A. Not that I can recall, no.

MR. RAMIREZ: Take a picture of that at some point.

MR. DONOVAN: Of course. I will let you take a picture of all the exhibits at some point.

MR. RAMIREZ: No. No. Just that one, unless you have more bottles and cans.

MR. DONOVAN: I do.

MR. RAMIREZ: Okay. Good.

MR. DONOVAN: Sorry. Did I knock it off?

(Whereupon, a container was received and marked as Exhibit PT-9 for identification, as of this date.)

Q. I am going to show you PT-9, and

Crystal Townes

ask you if you have ever purchased a product with that label?

A. With this label?

Q. Yes.

A. Yes.

Q. Okay. And when was the last time you made that purchase?

A. Shouldn't it say zero, not diet?

The one I purchased had zero on it.

Q. So you didn't purchase the product with this label, but you purchased a product like this label that had zero instead of diet on it?

A. Yes.

Q. Do you recall whether the product in the front said half and half iced tea lemonade?

A. Yes.

Q. Do you recall whether the product said anything on the front about calories like no calories?

A. I believe so.

Q. And, correct me if I am wrong,

Crystal Townes

that was one of the things you were looking to purchase, correct?

A. Correct.

Q. And when was the last time you purchased a zero labeled Arnold Palmer?

A. About -- for this size?

Q. Yes, the gallon.

A. Last year, around March.

Q. March 2021?

A. 2021.

Q. You to have answer.

A. March 2021.

Q. And did the front of the diet label say American company, like PT-9 does?

A. I don't recall.

Q. Let's go back to PT-3 for me, please. Go to interrogatory number 16, please.

Question asks you state the date you first retained counsel to sue the defendants. Do you see that?

A. Yes.

Q. There is an objection and subject to the objection. It says plaintiff retained

Crystal Townes

counsel on January 12, 2021. Do you see that?

A. Yes.

Q. Is that answer true?

A. Yes.

(Whereupon, a can was received and marked as Exhibit PT-10 for identification, as of this date.)

Q. I am going to show you PT-10, which is a 23-ounce can of Arizona southern style brewed sweet tea. Do you see that?

A. Yes.

Q. Did you ever purchase a product with that type of label?

A. Yes.

Q. Is that the product you were referring to earlier in your deposition that you purchased about a month ago?

A. It was a bottle.

Q. The same product -- same label, but a different container?

A. Yes.

Q. That is right. You said 24-ounce bottle, right?

Crystal Townes

A. Uh-huh.

MR. DONOVAN: Did you get that?

A. I think it was a 24 ounce bottle.

Q. It was definitely a bottle?

A. Correct.

Q. When was the last time you purchased the sweet tea in a 23 ounce can?

A. In a can would have been last year as well, probably, I would say, maybe May 2021.

Q. Now, when you purchased it in the can, did it say, great buy, 99 cents?

A. Yes.

Q. And we already had testimony, you generally agree with that assessment?

A. Yes.

Q. And it says real brewed.

Do you have an understanding what that means? Do you see that? I have to ask that question first.

Do you see real brewed?

A. I see real brewed.

Q. Okay. Do you have an understanding of that means?

Crystal Townes

A. That it is not artificial.

Q. What about southern style? What is your impression of what that means?

A. How they created it in the south.

Q. And looks like, correct me if I am wrong, it is a cylindrical can, right?

A. Correct.

Q. So when you turn it, and you look at the nutrition facts, would you agree with me that the no preservative statement is at or near the bottom of the label?

A. Yes.

Q. And this is one of the products that quench your thirst, right?

A. Correct.

Q. And part because of the sugar content?

A. Correct.

Q. And when you generally bought a product like PT-10 in a 22 ounce can, did it have the price preprinted on the label?

A. Yes.

Q. And did it generally sell for 99 cents?

Crystal Townes

A. Yes.

(Whereupon, a can was received and marked as Exhibit PT-11 for identification, as of this date.)

MR. DONOVAN: Well, can we go off the record for a second?

MR. RAMIREZ: Yes.

MR. GLAUBERSON: This will be media unit three. Going off the record at 2:01, April 8, 2022.

(Discussion off the record.)

MR. GLAUBERSON: We are back on the record. The time is 2:04, April 8, 2022. This will begin media unit number four.

Q. Ms. Townes, I am going to show you PT-11.

Have you ever bought a product in that can --

A. Yes.

Q. -- with that label? Yes.

When was the last time you purchased one?

A. In a can, it would have been May

Crystal Townes

of 2021.

Q. Do you know where?

A. At the corner grocery store on 158th and Broadway.

Q. What was the purchase price?

A. 99 cents.

Q. How about not in a can? Did you ever purchase the fruit punch not in a can?

A. Yes.

Q. When was the last time you did that?

A. Fruit punch, I believe I purchased one in a bottle a month ago.

Q. From where?

A. From the corner store, corner grocery store.

Q. Is that one of the containers that you have that is empty at your house?

A. The bottle.

Q. The bottle, rather?

A. Correct.

Q. And how much was that in the plastic bottle? How much was the price?

A. I believe I was charged a dollar

Crystal Townes

nine cents.

Q. You said -- correct me if I am wrong -- do you know what the ounces were in that bottle, do you know?

A. I don't recall.

Q. Again, did you see, when you purchased the product, the reference to all natural?

A. Yes.

Q. And that meant to you --

MR. RAMIREZ: Objection.

Q. -- what?

MR. RAMIREZ: Asked and answered.

A. No artificial. Nothing artificial.

Q. And fruit juice cocktail, did that have any meaning to you?

A. It was a blend of different juice.

Q. Does that have any appeal to you?

A. I would rather let out the cocktail, if it just said juice.

Q. On the top of the nutrition facts, it says contains ten percent juice?

Crystal Townes

A. Yes, I see that.

Q. Is that something you were looking for or care about?

A. No.

Q. And would you agree -- I don't know whether you disagree -- that the no preservative, no artificial color, no artificial flavor labeling -- do you see that?

A. I see that.

Q. Is that at or near --

A. The bottom.

Q. -- the bottom?

A. Yes, it is by the bottom.

MR. DONOVAN: I am being told to lift it higher. Sorry, thank you, sir. This is PT-11.

Mark this. We are going to mark this too, because it has to be looked at in conjunction, please.

(Whereupon, two documents were received and marked as Exhibits PT-12 and PT-13 for identification, as of this date.)

Crystal Townes

Q. I am going to show you two documents in conjunction, because they are related.

First one is PT-12. These are requests for admissions that we served on you through your attorney, and PT-13 which are the responses.

I want to direct your attention to -- first to request number 17. I think you are gonna have to look for ease of reference, so that you know, there are exhibits attached to PT-12, excuse me, for reaching over. But these are your responses to PT-13.

So for your ease, it is better just to look at PT-13, and then we will refer to the exhibit, if that is okay.

So if you go to 17, that refers to Exhibit D. So if you go to Exhibit D in PT-12. Do you see that?

A. Yes.

Q. You admitted that you purchased the product bearing that label?

A. Yes.

Crystal Townes

Q. So that is a 20-ounce product. Do you see that?

A. Yes.

Q. Does that help refresh your memory as to what product you purchased last month, fruit punch wise?

A. Um, might have been a 20-ounce.

Q. Do you have a preference one way or the other whether an Arizona product is in a can or bottle?

A. I would rather a bottle.

Q. Why?

A. Because I don't really like aluminum. I don't like to use aluminum, and that is why I try to stay away from the cans.

Q. Any other reason?

A. No.

Q. And then in an attempt to try to close the loop, if you can go to your responses in 13. Go to the question for admission 13, please. So it is Exhibit B on 12. So do you see that?

A. Yes.

Q. Is that the zero calorie label

Crystal Townes

that you are referring to in your previous testimony that you purchased?

A. Yes.

Q. And I think you said you recall you purchased it in March of 2021 last time?

A. Yes.

Q. And when you saw no calories, what was your impression of that? Did it have an impression on you?

A. It wouldn't have calories.

Q. Is that something that you thought was an attribute?

A. Yes.

Q. Do you like golf?

A. Yes.

Q. On the back of the label there is a kind of biography of photos of Arnold Palmer.

You know who Arnold Palmer was, correct?

A. Only because of Arizona.

Q. Do you have any knowledge as to that he was a very famous golfer, great accomplishment?

Crystal Townes

A. Prior, no.

Q. Now under the nutrition sign it says contains five percent juice. Do you see that?

A. Yes.

Q. What was your impression of that? Did that have any attribute to you?

A. Just thought it wasn't that much juice.

Q. It didn't impact you one way or the other?

A. No.

Q. Under the nutrition facts, it says saturated fat, total fat zero. Do you see that?

A. Yes.

Q. Is that something that is generally good, in your view?

A. Yes.

Q. Cholesterol zero, is that something generally good, in your view?

A. Yes.

Q. Total carbohydrates, one gram, is that a good --

Crystal Townes

A. Yes.

Q. -- asset, so to speak?

A. Yes.

Q. And it says vitamin C 25 percent. Do you see that?

A. Yes.

Q. Is that a positive?

A. Yes.

Q. And would you agree that the no preservative, no artificial color, no artificial flavor is at the very bottom of the back of the label?

A. Yes.

(Whereupon, a can is received and marked as Exhibit PT-14 for identification, as of this date.)

MR. DONOVAN: Thank you. Maybe at the bottom. That is fine.

Q. PT-14 is a 23-ounce can of iced tea, lemon?

A. Uh-huh. Yes.

Q. Do you see that?

And did you ever buy a product bearing that label in a 23-ounce can?

Crystal Townes

A. Yes.

Q. When was the last time you did so?

A. About March 2021.

Q. And where did you buy it, do you know?

A. At my corner grocery store.

Q. Do you know how much you paid for it?

A. 99 cents.

Q. And was PT-14 one of the products that you viewed the sugars as levels as a benefit compared to other products?

A. Yes.

Q. Now in connection with your purchase, you say in P-14 was March of 2021.

What impact, if any, did the no preservative labeling have on that purchase?

A. No preservatives is at the top of my list for what I look for, and sugar.

Q. Correct me if I am wrong. In March of 2021, you already retained a lawyer to sue Arizona, claiming that that was false?

A. Yes.

Crystal Townes

Q. But are you saying that you purchased it because of the label, because you believed -- you still believed the label was true?

A. No.

Q. So you purchased the product, knowing that the label was false?

A. Yes.

Q. And the same would be true, you said there, purchases in May 2021, that would be the same is true, you purchased it knowing that the label, no preservatives, was untrue?

A. Correct.

MR. DONOVAN: This is PT-15, please. PT-15.

(Whereupon, a can was received and marked as Exhibit PT-15 for identification, as of this date.)

Q. PT-15 I have to hold it. You can hold it, please. That is a raspberry iced tea, raspberry iced tea flavor. Do you see that?

A. Yes.

Q. Did you purchase a product in

Crystal Townes

that container with that label?

A. Yes.

Q. When was the last time you did so?

A. I would say January 2021.

Q. Do you know where?

A. At my corner store, corner grocery store.

Q. When you say January early January, mid January, do you remember when?

A. Don't remember the exact date, but I know it was in January.

Q. It was after you filled out the questionnaire on the class action website?

A. I don't know.

Q. Did it have a price preprinted on the can like this one?

A. Yes.

Q. For 99 cents?

A. Yes.

Q. That is what you purchased it at?

A. Yes.

(Whereupon, a can was received and marked as Exhibit PT-16 for

Crystal Townes

identification, as of this date.)

Q. I am going to show you what is PT-16. This is the watermelon fruit juice cocktail. Do you see that?

A. Yes.

Q. Did you ever purchase a product in that container with that label?

A. Yes.

Q. When was the last time you did so?

A. January 2021.

Q. And where did you do that?

A. At the corner grocery store.

Q. Why did you make that purchase?

A. Because at the time, my oldest child wanted one.

Q. You purchased it for your child?

A. Right.

Q. Not to you?

A. No.

Q. Any other reason why you purchased the product in January 2021?

A. Because of the least amount of sugar it has. No preservatives, things like

Crystal Townes

that.

But he doesn't like watermelon anymore.

Q. Any other reason you can mention?

A. The price.

Q. Any other reason?

A. No.

Q. And when you say the price, you mean, do you mean --

A. Because it was a dollar.

Q. It was a lower price than other product?

A. Correct.

MR. RAMIREZ: Bob, at some point, it has been an hour.

MR. DONOVAN: We can take a five-minute break, if that is okay with you?

MR. RAMIREZ: Yeah, that is great. Thank you.

MR. GLAUBERSON: Going off the record. The time is 2:25.

(Whereupon, a short recess was taken.)

MR. GLAUBERSON: We are back on

Crystal Townes

the record. The time is 2:42.

Q. Ms. Townes, I just want to go back over one thing. I apologize if I asked this.

Do you have any siblings --

A. Yes.

Q. -- brothers or sisters?

How many?

A. Four.

Q. One of them is Monique Townes, I think you mentioned?

A. Correct.

Q. She lives with you.

Can I have the names of the other three?

A. Melinda Santos Peace. Carlos Santos. Darryl Austin.

Q. Have any of those siblings ever been a party to a class action lawsuit, a proposed class action lawsuit?

A. Not to my knowledge.

Q. Have any of them ever worked for an attorney in any, shape, manner or form?

A. No.

Crystal Townes

Q. I just want to revisit and tie this up.

I want to go back to the samples.

And I think the question I am gonna have is going to pertain to all the samples. I just want the record to be as clear as it can be about what we have talked about.

So PT-8 is the lemon product.

Is that a product that you -- since January of 2021, have you purchased a product labeled like PT-8 for your own personal consumption?

A. Yes.

Q. Same question for PT-9, except that is it is the zero.

If you want to refer to the zero product, have you purchased the zero Arnold Palmer since January 2021 for your personal consumption?

A. Yes.

Q. And you have already testified PT-10, the sweet tea, you have purchased for personal consumption as recently as a month

Crystal Townes

ago?

A. Correct.

Q. PT-11, same question. Since January 2021, did you purchase a product labeled like fruit punch PT-11 for your personal consumption?

A. Yes.

MR. DONOVAN: What did I just say, PT-11? Sorry.

MR. RAMIREZ: You said the fruit punch, whatever that was.

MR. DONOVAN: The fruit punch. Thank you.

MR. RAMIREZ: That is PT-11?

MR. DONOVAN: Right. Thank you.

Q. So PT-14, that is the lemon iced tea.

Since January 2021, have you purchased that product for your personal consumption?

A. Yes.

Q. PT-15, since January 2021, did you purchase that product for your personal consumption?

Crystal Townes

A. No.

Q. That is the product you purchased for your son?

A. Correct.

Q. PT-16, which is the watermelon, have you purchased that product since January 2012 for your personal consumption?

A. No.

Q. That was purchased for your son?

A. Correct.

MR. DONOVAN: Can you mark this, please.

(Whereupon, a bottle was received and marked as Exhibit PT-17 for identification, as of this date.)

Q. I am going to show you what was marked as P-17. This is a 16 --

THE COURT REPORTER: Did I put a T on that?

MR. DONOVAN: PT-17, excuse me.

Q. Marked PT-17 it is a 16 point, 9 ounce Arizona iced tea lemon flavor. Do you see that?

A. Yes.

Crystal Townes

Q. Did you ever purchase a product bearing that label --

A. Yes.

Q. -- that container? Yes?

A. Yes.

Q. When was the last time you made that purchase?

A. In this bottle, I would say early 2021 as well.

Q. For your own personal consumption?

A. Yes.

Q. That was the last time you did so?

A. January.

Q. Of 2021?

A. Correct.

Q. And did you notice that the product said made with real brewed tea on top. Do you see that?

A. Yes.

Q. And did you notice that it said vitamin C anti-ox fortified? Do you see that?

Crystal Townes

A. I see that.

Q. Did you notice that when you purchased it?

A. No.

Q. Did you see the original brand on top of the label? Do you see that?

A. I see that.

Q. Do you know what that means?

A. That is the original label.

Q. Do you know?

A. That is my guess.

Q. Now the statement of ingredients, it says it has sugar. Do you see that?

A. Yes.

Q. Do you know whether or not the other lemon iced tea that was shown -- well, I will show it to you. This is -- I am showing you P-14.

If you look at the statement of ingredients, does that have sugar?

A. No.

Q. Did you know that the same flavored product could have different ingredients?

Crystal Townes

A. No.

Q. Correct me if I am wrong. You did not make it a habit to read the statement of ingredients every time you made a purchase, correct?

MR. RAMIREZ: Objection.

A. If it is the same exact flavor, no.

Q. What do you mean, if it is the same exact flavor?

A. For instance, these are both iced tea made with lemon, so these are the same exact flavor, but this has sugar, and this one doesn't.

Q. I see.

A. So they are the same flavor, though.

Q. Would you -- do you have any feeling one way or the other that a product that doesn't have -- you have heard of high fructose corn syrup, correct?

A. Correct.

Q. Do you have any feeling one way or the other that a product with or without

Crystal Townes

fructose corn syrup is good or bad?

A. I would rather the sugar than high fructose corn syrup.

Q. Why?

A. Because sugar is more natural.

(Whereupon, a bottle was received and marked as Exhibit PT-18 for identification, as of this date.)

Q. I am going to show you PT-18.

Did you ever purchase a product with that label in that size?

A. From my memory, watermelon was purchased in the can, mostly, not the bottle.

MR. DONOVAN: PT-19, please.

(Whereupon, a bottle was received and marked as Exhibit PT-19 for identification, as of this date.)

MR. DONOVAN: Thank you.

Q. I am going to show you PT-19.

Did you ever purchase a product in that container with that label?

A. Yes.

Q. When is the last time you did so?

A. This particular bottle, I would

Crystal Townes

say probably again around January, 2021.

Q. Now, you can look at PT-17 and 19. Did you notice, when you purchased the product, the BBD date on top?

A. Uh-huh. Yes.

Q. Do you know what that is?

A. That is the expiration date.

Q. And do you know what BBD means?

A. Best by date.

Q. Did it have any meaning to you in terms of what the shelf life of the product was?

A. Yes.

Q. And what was the relationship?

A. Because I wouldn't have purchased it if it was about to expire.

Q. Because?

A. Because it is no good.

Q. Now, these are labeled, and I am going to refer you to PT-19, says no preservatives. Do you see that?

A. Yes.

Q. What did you understand that to mean?

Crystal Townes

A. That there were no preservatives.

Q. What do you understand preservatives to mean?

A. Preservatives are what keep it, I guess, to last longer.

Q. What about no artificial color? What did you understand that to mean?

MR. RAMIREZ: Objection.

A. That --

MR. RAMIREZ: Foundation.

A. That it is not -- no dyes.

Q. Well, did you read no artificial color on this label when you purchased it?

A. Yes.

Q. What about, would you agree with me, that it is almost virtually impossible to read no preservatives without also seeing no artificial color as well?

A. Correct.

Q. And no artificial color, what does that mean?

A. I believe there is no dyes. There is nothing to change the color of the drink artificially.

Crystal Townes

Q. If I could ask you to go to PT-13 and 12. Please go to request number 19, your response. Are you at number 19?

A. Uh-huh.

Q. And flip over to 14 on the next page.

It admits that you purchased product bearing that label on it.

You gotta go now to 12, rather, and see Exhibit E.

In your request for admission you admitted you purchased that product.

Can you tell me the last time you purchased the Golden Bar with that label, the 20 ounce?

A. About a month ago.

Q. At the 158th Street?

A. Correct.

Q. And that is the bottle that you say you still have at your house?

A. Correct.

Q. And if you could flip over to Exhibit F. I think that is request number 21. You have to flip the page. And you

Crystal Townes

admit you purchased half, which is a gallon. Let me just back up for a second.

The 20 ounce that you purchased at the store, how much was the price?

A. I believe it was like a dollar and nine cents.

Q. So the 20 ounce was -- of the product had a higher price than the 23 ounce, generally?

A. In the can, uh-huh. Yes.

Q. Okay. So now we are at the gallon, which you admit you purchased. Do you see that, Exhibit F?

A. Yes.

Q. When was the last time you purchased that product?

A. This one, probably around March 2021.

Q. And where did you purchase the gallon?

A. This gallon, I purchased at, I think it was Walmart.

Q. And how much did it cost? What was the price?

Crystal Townes

A. I believe it was about $3.

Q. Now, this is a product that has labels on the front. I am now looking at the gallon one. It has a picture of a strawberry.

Do you like strawberries?

A. Yes.

Q. That strawberry taste?

A. Yes.

Q. And it was a light, so did you find it attractive because it had lower calories?

A. Correct.

Q. Did you find the labeling attractive, cute, otherwise? There is a picture of a Golden Bear there.

A. Yes.

Q. And that is Jack Nicholas. That is another golfer, right?

A. Yes.

Q. I know you don't know golf. I won't put you on the spot on that.

On the back of the label there is reference to the Golden Bar that was his

Crystal Townes

nickname, or his nickname, I should say. And it talks, and you see that thing in yellow about the child foundation that he sponsors --

A. Yes.

Q. -- do you see that?

Somewhat of an attractive quality, would you agree?

A. That is correct.

Q. Now, the next one is Exhibit G. It looks like another 20-ouncer.

And you admit you purchased it, but double check, if you could. That would be -- because I don't have your responses in front of me.

A. Yes.

Q. And when was the last time you purchased Exhibit G, do you know?

A. 20-ounce?

Q. Yeah.

A. Maybe the 20-ounce is probably the one I bought a month ago.

Q. I think you testified to that, because there is two 20s.

Crystal Townes
A. Oh, okay.
Q. Did you purchase a 23-ounce can of Golden Bear, do you know?
A. I have, but not a month ago.
Q. When was the last time you did?
A. I don't remember the exact date.
Q. Was it in 2022 or 2021?
A. It was in 2021.
Q. And do you remember the season, fall, spring, winter?
A. Um, early 2021.
Q. First two months, first month, first three months?
MR. RAMIREZ: Objection.
MR. DONOVAN: I withdraw the question.
Q. Can you approximate, in 2021?
A. I will say March.
Q. Go back for a moment, if we could, to the retainer agreement that is PT-6, and direct your attention to paragraph seven, number seven, the second paragraph or the second full paragraph.
After the following it begins

Crystal Townes

paid to Reese LLP, do you see that?

A. Yes.

Q. Do you have any understanding as to why the litigation group is being allocated 25 percent of the counsel fees in this case?

A. I guess it has to do with taxes.

Q. Do you know?

MR. RAMIREZ: Don't guess.

A. I don't know.

Q. When you went on the class action website, you were talking about that earlier, after you spoke to your mother, you Googled and found this top class action website. Do you remember that testimony?

A. Yes.

Q. Other than filling out the questionnaire, did you post anything on the website?

A. No.

Q. Did you read any postings on the website?

A. No.

Q. So after you submitted your

Crystal Townes

questionnaire, you received a communication from Mr. Ramirez by phone?

A. Correct.

Q. Prior to that, you didn't know who Mr. Ramirez was?

A. Correct.

Q. After you got the call from Mr. Ramirez, did you do any research about his law firm?

A. Did I do any research? No.

Q. Now I think your testimony was that in 2014, that is when you recall forming the opinion that, or coming to an understanding that based on reading the labels of defendant's products, that they had no preservatives. Is that fair to say, around 2014?

A. That is when I learned preservatives weren't good.

Q. Did there come a point in time where you saw the no preservative labeling on defendant's products?

A. Yes.

Q. When was the first time that

Crystal Townes

happened?

A. That I noticed no preservatives, I would say I noticed that in 2014.

Q. That is the first time?

A. Correct.

Q. And do you remember where you were?

A. Probably in the store.

Q. Is it important for you to understand it is okay to say probably. But these questions are about what you know or what you remember.

A. Uh-huh.

Q. When was the first time you remember seeing the statement no preservatives on any of the defendant's products?

A. In the store.

Q. When?

A. In 2014.

Q. What store?

A. The corner store, the grocery store.

Q. The one on 158th Street?

Crystal Townes

A. Correct.

Q. Do you remember what the name of the product was?

A. It was Arizona half and half.

Q. The Arnold Palmer?

A. I don't remember if it was Arnold Palmer.

Q. It was half iced tea and half lemonade?

A. Correct.

Q. Do you remember the container size?

A. I don't remember.

Q. Did you purchase the product?

A. Yes.

Q. Do you remember what the price was?

A. A dollar.

Q. And was that the first time you purchased an Arizona product?

A. No.

Q. You purchased it prior to that?

A. Correct.

Q. But you didn't -- you hadn't

Crystal Townes

noticed the labeling?

A. Correct.

Q. Do you know whether your mother ever had any communication with the Reese firm?

MR. RAMIREZ: Objection.

A. She hasn't.

Q. Do you know whether your mother ever had any communication with any attorney about this case?

A. She hasn't.

Q. And how do you know that?

MR. RAMIREZ: Objection.

Answer, if you know.

A. Because when I spoke to her about this, she would have told me.

Q. When you say "this" you mean your deposition?

A. Correct.

Q. If you go to PT-3, interrogatory number ten. Interrogatory number 10, state whether you believe that citric acid -- that the citric acid in Arizona products is a preservative. Do you see that question?

Crystal Townes

A. Yes.

Q. And there is an objection, and subject to the objections, it says prior to becoming aware of the lawsuit, plaintiff had not formed an opinion regarding citric acid nor how it was being used in Arizona products. After becoming aware of the lawsuit, plaintiff learned that the citric acid in Arizona products is a preservative. Did you see that?

A. Yes.

Q. That is true, correct?

A. Correct.

Q. On page 11 -- I am sorry, interrogatory number 11 asks you for the date you first formed that belief. Do you see that?

A. Yes.

Q. And there is an objection, and you if flip over. On top of page ten, subject to that objection, you say that plaintiff formed the belief described in interrogatory number ten in December 2020 after learning of the facts alleged from the

Crystal Townes

top class action's website, do you see that?

A. Yes.

Q. So as of December 2020, you believed you were deceived by the defendant's labeling, correct?

A. Correct.

Q. Did you ever buy a product, Pure Leaf iced tea?

A. Pure Leaf, I have bought that before, not for myself, but I have purchased it.

Q. Did you ever purchase it for yourself?

A. No.

Q. If you could go to PT-3 again, interrogatory answer number one. Asks you for the names of people that you know that have factual information relevant to the subject matter of the action, and there is an objection. You can go to the top of page five.

Do you know anybody or have you spoken to anybody with knowledge of the science behind defendant's product claims?

Crystal Townes

A. No.

Q. What made you believe that citric acid is a preservative?

A. I was aware of it when I saw the lawsuit.

Q. When you say "the lawsuit" what do you mean?

A. At the top class action website.

Q. If you go back to PT-5. Are you referring to the reference to the lawsuit in PT-5?

MR. RAMIREZ: Objection, asked and answered.

A. Yes.

Q. Are you aware of any FDA determination that citric acid is a preservative?

A. No.

Q. Are you aware of any FDA warning letters sent to any person about citric acid?

A. No.

Q. Have you read any publications by the FDA about preservatives?

A. By the FDA, no.

Crystal Townes

Q. FDA, Federal Food and Drug Administration, have you heard of them?

A. Yes.

Q. Have you ever -- that is my fault. I am referring to FDA for short.

Have you ever read any publication by the FDA --

A. No.

Q. -- about preservatives? Sorry, about preservatives?

A. No.

Q. Have you ever heard of FB, B as in boy, C Industries?

A. No.

Q. Do you use salt?

A. Occasionally.

Q. Sparingly?

A. Uh-huh.

Q. You have to answer. I am sorry.

A. Sorry, yes.

Q. That is okay.

You use salt for taste?

A. Correct.

Q. Do you know whether or not salt

Crystal Townes

also is a natural preservative?

A. Do I know?

Q. Yeah.

A. No.

Q. Would it matter to you whether or not the citric acid in this case derives from a natural product, like a fruit or vegetable?

A. Would it matter? If it is a preservative, it matters.

Q. Do you know whether or not preservatives can be beneficial at times?

A. I know the harm.

Q. Do you think people have different opinions of what constitutes a preservative?

MR. RAMIREZ: Objection, calls for speculation.

A. I don't know.

Q. Would you have purchased the Arizona products if it didn't taste good, if they didn't taste good?

A. No.

Q. Would you have purchased the products if they didn't quench your thirst?

Crystal Townes

A. No.

Q. Would you have purchased the product if it didn't have the caloric contents stated with regard to the diet products?

A. No.

MR. DONOVAN: Give me a minute to look over my notes. Take a break.

MR. RAMIREZ: Yeah, sure.

MR. DONOVAN: Okay.

MR. RAMIREZ: Awesome.

MR. GLAUBERSON: This will end media unit four. Going off the record at 3:23, April 8, 2022.

(Whereupon, a short recess was taken.)

MR. GLAUBERSON: We are back on the record. The time is 3:35, April 8, 2022. This will begin media unit number five.

Q. Are you aware of the terms of the retainer agreements with the other plaintiffs in this case?

A. I don't know.

Crystal Townes

Q. You don't know if you are aware or you are not aware of the terms?

A. I am not aware.

Q. Now, your testimony is that around 2014, that is when you recall for the first time seeing the no preservative labels on a product, and I believe you identified the product.

What other products do you recall seeing with no preservative label on?

MR. RAMIREZ: Objection, asked and answered.

A. I have seen no preservatives on like Tropicana, for instance. Some of their products.

But right now, I can't recall every single product.

Q. What about defendant's products?

A. Arizona products?

Q. Yes.

A. Yes. I have seen Arizona's products saying no preservatives.

Q. Which products?

A. The iced tea.

Crystal Townes

MR. RAMIREZ: Objection, asked and answered.

A. The iced tea. The fruit cocktail -- I mean the fruit punch. Watermelon. Strawberry lemonade and half and half; half tea, half lemonade.

Q. Have you seen it on any other label?

A. Those are the ones that I purchase, so those are the ones I pay attention to.

Q. And with regard to the statement of ingredients, do you customarily read the statement of ingredients before every purchase of the defendant's products?

A. If it is different, from like, say, this one to this one, yes, I read the back of the label.

Q. And when was the last time you did that?

A. Of any?

Q. Of defendant's products, read the statement of ingredients.

A. Probably a month ago.

Crystal Townes

Q. And you saw there was citric acid in the product, correct?
A. Correct.
Q. And you purchased the product?
A. Correct.
MR. DONOVAN: Mark this, please.
(Whereupon, a document was received and marked as Exhibit PT-20 for identification, as of this date.)
Q. I am going to show you PT-20.
I am going to ask you if you have ever seen that document before?
A. Yes.
Q. When was the first time you saw it?
A. Maybe January 2021.
Q. January of 2021?
A. Yes.
MR. RAMIREZ: Objection. There are a couple of documents in there. I think we need to clarify what she is referring to.
MR. DONOVAN: Let's talk about the affidavit, not the exhibits. It is

Crystal Townes

all one document.

So the objection, Counsel, it is getting late.

MR. RAMIREZ: It is a layperson. You are asking this person to look at five different things here.

MR. DONOVAN: Okay. Let's put it this way --

MR. RAMIREZ: There is a complaint, which she has seen. Obviously she testified to that.

I am not sure what --

MR. DONOVAN: Counsel, now you gotta stop, or I am going to get the judge. Stop suggesting the answer, and stop testifying, okay? You gotta stop it. It is unethical. You can't do it. And the record is going to reflect --

MR. RAMIREZ: Sir?

MR. DONOVAN: And the record is going to reflect it.

MR. RAMIREZ: Sir, there are three documents here. Don't tell me this is one document, just because you

Crystal Townes

stapled it together.

Q. With respect to PT-20, the first two pages of it, I am going to direct your attention, did you ever see that affidavit before today?

A. These two pages?

Q. Yes.

A. I don't remember.

Q. Did you have any awareness that Mr. Ashour expressed a willingness and unwillingness to continue on in this case at any time?

A. No.

Q. So that is the first you are hearing about it today?

A. That he doesn't want to? No.

Q. That at one time, he did not want to?

A. No.

Q. Were you aware of that at any time?

A. No.

Q. Were you aware of whether any claims in this case have been dismissed?

Crystal Townes

A. No.

Q. Do you know a Chelsea Acquay (phonetic)?

A. No.

(Whereupon, a document was received and marked as Exhibit PT-21 for identification, as of this date.)

Q. I am going to show you what has been marked PT-21.

Have you ever seen that document before?

A. No.

Q. Do you know whether or not the reference on the top class action's website that you previously testified to was referring to this lawsuit referenced in PT-21?

A. I don't know.

MR. DONOVAN: Give me a moment, please.

Subject to reserving the right to reopen based upon those documents and samples, our position, they should have been produced prior to deposition.

Crystal Townes

I have nothing further, other than reserving the right to redepose the witness on those issues. Thank you.

MR. RAMIREZ: We have nothing.

MR. DONOVAN: You have nothing?

MR. RAMIREZ: No.

MR. DONOVAN: Thank you for your time.

MR. GLAUBERSON: This will end media used unit five in the deposition of Crystal Townes, and conclude the recording of this deposition.

We are going off the record at 3:49 p.m., April 8, 2022.

(Time noted: 3:49 p.m.)

_______________________________

CRYSTAL TOWNES

Subscribed and sworn to before me this

_________day of __________________, 2022.

_________________________________, Notary Public.

## INDEX TO TESTIMONY



| | Page | Line |
|---|---|---|
| Examination by Mr. Donovan | 6 | 12 |



## INDEX TO PT EXHIBITS



| Description | Page | Line |
|---|---|---|
| EX 1 Notice | 30 | 6 |
| EX 2 Second Amended Complaint | 39 | 23 |
| EX 3 Responses | 51 | 17 |
| EX 4 E-mail | 81 | 12 |
| EX 5 Article | 81 | 25 |
| EX 6 Retainer | 88 | 5 |
| EX 7 Responses | 104 | 2 |
| EX 8 Container | 109 | 7 |
| EX 9 Container Arnold Palmer half&half | 114 | 22 |
| EX 10 Can-sweet tea | 117 | 7 |
| EX 11 Can-fruit punch | 120 | 3 |
| EX 12 Requests for Admission | 123 | 22 |
| EX 13 Responses | 123 | 22 |
| EX 14 Can-iced tea | 128 | 15 |
| EX 15 Can-raspberry tea | 130 | 17 |
| EX 16 Can-watermelon | 131 | 24 |



(Continued on the following page.)

| Description | Page | Line |
|---|---|---|
| EX 17 Bottle-iced tea | 137 | 14 |
| EX 18 Bottle-watermelon | 141 | 7 |
| EX 19 Bottle-fruit punch | 141 | 16 |
| EX 20 Class Action Complaint | 162 | 8 |
| EX 21 Document | 165 | 6 |

CERTIFICATE

I, MARIA ACOCELLA, a Notary Public within and for the State of New York, do hereby certify:

That the witness whose deposition is hereinbefore set forth, was duly sworn by me and that the within transcript is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 20th day of April, 2022.

Maria Acocella

MARIA ACOCELLA

WITNESS'S CORRECTION SHEET

PAGE \ LINE \ CORRECTION

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

____________________________________________

___________________________

CRYSTAL TOWNES

Subscribed and sworn to before me

this _______ day of ________________, 2022

___________________________, Notary Public.

**&**

**&** 2:12 4:24

**0**

**07081** 1:6 4:22
**07407** 2:15

**1**

**1** 30:5,7,15 167:7
**10** 60:5,15,16,18 61:7 95:9 117:8 117:10 119:21 135:24 153:22 167:17
**100** 2:6
**10022** 4:25
**10025** 2:7
**10032** 8:19 23:11
**104** 167:14
**109** 167:15
**11** 95:18 96:24 120:4,18 123:18 136:4,6,10,15 154:15,16 167:18
REDACTED [redacted] **1987** REDACTED [redacted]
**114** 167:16
**117** 167:17
**11:07** 50:9
**11:20** 50:13
**12** 54:25 55:3 58:5 58:5,12 88:18 89:13 117:2 123:23 124:5,13 124:21 125:23 144:3,10 167:4,11 167:19
**120** 59:17 167:18
**123** 167:19,21
**128** 59:14,15 61:3 98:23 101:5,21 167:22
**12:30** 94:21
**13** 95:9,13 96:23 123:24 124:7,15 124:17 125:21,22 144:2 167:21
**130** 167:23
**131** 167:24
**137** 168:3
**14** 9:6 104:16 105:6 128:16,20 129:12,17 136:17 139:19 144:6 167:22 168:3
**141** 168:4,5
REDACTED [redacted]
**158th** 32:9 62:14 62:15 66:21 109:20 121:5 144:18 151:25
REDACTED [redacted]
**16** 58:24,25 59:7,9 59:10,12,13,13 60:5,15,25 61:4,10 98:12,13,13,16,16 98:16 99:12,16 100:6 116:18 131:25 132:4 137:6,18,22 167:24 168:5
**162** 168:6
**165** 168:7
**16th** 2:6
**17** 124:10,19 137:15,18,21,22 142:3 167:10,23 168:3
**18** 141:8,10 168:4
**19** 41:3,7,8 48:14 105:7 141:15,17 141:20 142:4,21 144:3,4 168:5
**1:19** 1:6 4:22 94:25

**2**

**2** 1:8 26:22 39:22 39:24 40:3,19,22 43:12 101:3 167:8 167:14
**20** 8:22 11:22 57:19 58:20 60:16 62:10 84:6 101:21 125:2,8 144:16 145:4,8 147:12,20 147:22 162:9,11 164:3 168:6
**2009** 14:13
**201** 2:14
**2010** 14:14
**2012** 137:8
**2013** 57:10,14 58:2 100:17 104:16 105:6
**2014** 38:13,24 39:2 90:13 150:13,18 151:4,21 160:6
**2020** 154:24 155:4
**2021** 11:10 13:25 41:3,7,8 48:14 50:15 57:16 58:2 58:16 68:14,17,18 68:21,22 71:25 72:3,6 88:18 89:13 91:6 96:3 96:11,19 105:7 110:8 116:10,11 116:13 117:2 118:11 121:2 126:6 129:5,17,23 130:11 131:6 132:12,23 135:12 135:20 136:5,19 136:23 138:10,17 142:2 145:19 148:8,9,12,18 162:17,18
**2022** 1:13 4:4 40:25 94:21 95:2 120:11,15 148:8 159:15,20 166:15 166:20 169:17 170:24
**20s** 147:25
**20th** 169:17
**21** 144:25 165:7,10 165:18 168:7
**22** 119:21 167:16 167:19,21
**23** 60:6,16 61:4,10 100:7 117:11 118:8 128:20,25 145:9 148:3 167:8
**24** 33:6 117:24 118:4 167:24
**240** 34:22
**25** 128:5 149:6 167:12
**28** 96:3,11
**2:01** 120:11
**2:04** 120:14
**2:25** 133:22
**2:42** 134:2

**3**

**3** 51:16,18,21 53:4 59:18 95:6 98:21 98:25 99:7 106:5 106:5 116:17 146:2 153:21 155:16 167:10,18

**30** 84:6 167:7
**32** 58:23 59:9,12 59:12 60:24 98:12
**34th** 16:15
**35** 9:9
**3865** 169:20
**39** 167:8
**3:23** 159:15
**3:35** 159:19
**3:49** 166:15,16

**4**

**4** 81:11,13,16 167:11
**46** 57:9,13,25 58:15
**485** 1:11 4:24

**5**

**5** 82:2,5,8,11,16 156:10,12 167:12 167:13
**5,000** 58:16
**5-4** 34:21
**51** 167:10
REDACTED
**58th** 62:16
REDACTED

**6**

**6** 59:14,15 61:3 88:6,8 89:6,10,14 90:23 91:9,16 93:3 94:9 98:20 98:22 148:22 167:4,7,13 168:7
**669** 2:14
**67** 10:5

**7**

**7** 103:24 104:3,6 167:14,15,17 168:4

**8**

**8** 1:13 4:4 50:15 58:6,13 94:21 95:2 109:8,12,15 110:5 112:9 120:11,14 135:10 135:13 159:15,19 166:15 167:15 168:6
**81** 167:11,12
**88** 167:13

**9**

**9** 114:23,25 116:15 135:16 137:22 167:16
**93rd** 2:6
**96** 58:6,8,13,14
**99** 49:14 67:22 100:12 118:13 119:24 121:7 129:11 131:20
**9:52** 1:13 4:3

**a**

**a.m.** 1:13 4:3 50:9 50:15
**ability** 8:13
**able** 24:22
**access** 15:23
**accessed** 82:17
**accommodate** 8:3
**accomplishment** 126:25
**account** 20:19 25:19 28:14
**accurate** 90:5,16 90:25 91:25 92:2
**acid** 37:13 38:5 39:3 42:17,25 43:14 71:20 73:16 153:23,24 154:6 154:10 156:4,17 156:21 158:7 162:2
**acocella** 1:23 5:5 169:4,21
**acquay** 165:3
**action** 5:8 11:12 68:25 69:15 71:5 71:6,10,19 72:18 72:21 73:24 74:3 74:6,14,18 75:6 76:5 78:2,3 80:9 81:20 82:10,18,21 85:25 90:21 91:4 91:8,14,18,22 105:11,16 131:15 134:20,21 149:12 149:15 155:20 156:9 168:6 169:13
**action's** 155:2 165:15
**address** 11:22 12:7 18:22 23:6 32:6 76:13 81:18 83:16,19
**administer** 5:6
**administration** 157:3
**administrator** 16:23
**admission** 125:22 144:12 167:20
**admissions** 124:6
**admit** 15:16 145:2 145:13 147:13
**admits** 144:8
**admitted** 16:3 124:23 144:13
**advisor** 17:18,19
**advocacy** 36:15
**advocating** 36:18
**affidavit** 162:25 164:5
**affiliations** 5:11
**affixed** 104:17
**afternoon** 95:4
**agency** 16:7
**ago** 29:19 31:23 41:21,25 42:23 43:9 44:6 45:6 48:9,12 117:19 121:14 136:2 144:17 147:23 148:5 161:25
**agree** 4:15 18:11 18:24 19:5 68:4 111:6 112:4 113:18,25 118:16 119:10 123:6 128:10 143:16 147:9
**agreed** 3:3,11,17
**agreeing** 6:16
**agreement** 84:13 85:15,21 86:5,8,24 87:8,13,15 93:3,7 94:10 148:21
**agreements** 159:23
**air** 66:6
**akin** 77:11
**al** 4:19,20
**alcohol** 34:11
**allegation** 101:12 101:20
**alleged** 154:25
**allergies** 35:9
**allocated** 149:6
**allow** 67:4

**allowed** 36:10 52:6 67:16
**allows** 39:10
**aluminum** 125:15 125:15
**amended** 40:19 93:4 101:4 167:8
**american** 64:9,9 112:20 113:4 116:15
**amount** 57:2 132:24
**amounts** 77:4
**answer** 7:12,18,19 8:14 21:11 30:13 44:2,10,25 49:23 53:15 55:3,5 58:22 62:18 66:9 67:7 72:8 77:22 79:2 95:18,24 96:6,9,15,22 97:22 98:11 105:23 106:24 109:22 116:12 117:5 153:15 155:17 157:20 163:16
**answered** 70:19 72:8,13 75:20 85:12 87:2 88:24 122:14 156:14 160:13 161:3
**answering** 106:16
**answers** 52:20,20 53:21 55:7 95:7 100:15
**anti** 111:14,21 138:24
**antonio** 17:10
**anybody** 8:24 19:7 19:14 75:12 86:23 87:10 155:23,24
**anymore** 133:4
REDACTED
**apiece** 59:10 99:7
**apologize** 32:4 44:17 45:3 87:6 106:6 134:4
**appeal** 122:21
**appear** 6:16
**appearance** 5:16
**appearances** 5:11
**appeared** 10:18
**apple** 46:18
**approached** 69:15
**approximate** 89:2 148:18
**approximately** 57:9 58:3,15,20 85:8
**approximation** 54:15 57:25 84:17 84:19
**approximations** 7:24
**april** 1:13 4:4 50:15 94:21 95:2 96:10 120:11,14 159:15,19 166:15 169:17
**arizona** 1:7,8,8 4:19 26:13,18,21 26:25 27:3,6 29:8 32:11 41:7 42:4 42:18 48:13,15 55:22 56:10,19 57:9,14,22 58:24 59:16 60:6,7,8,10 60:11,12 61:15,23 64:17,25 68:9,24 69:24 70:6,15,17 71:7,14 74:14 75:3,6,18 76:22 85:5 89:23 90:11 92:5,10,19 95:21 96:10,18 97:25 98:13 99:18 100:8 100:9 102:4,16 103:20 104:15 105:8,12 106:15 106:25 108:5,19 108:23 112:13 117:11 125:10 126:22 129:24 137:23 152:5,21 153:24 154:7,10 158:21 160:20
**arizona's** 100:20 160:22
**arlene** 10:3,7
**arnold** 41:18 55:11,19 98:17,23 99:11 116:6 126:18,20 135:19 152:6,7 167:16
**article** 82:11 167:12
**artificial** 63:25 64:5 110:17 119:2 122:15,16 123:8,9 128:11,12 143:7 143:13,19,21
**artificially** 143:25
**asbury** 60:9
**ashour** 1:3 4:18 27:10 164:11
**asked** 10:15 31:19 32:4 70:18 72:7 72:12 75:19 76:19 77:10 80:3 83:17 85:12 86:25 88:23 122:14 134:4 156:13 160:12 161:2
**asking** 6:25 52:5 96:14 101:24 163:6
**asks** 30:19 104:14 116:20 154:16 155:17
**asmed** 1:3 4:18 27:10
**assembly** 113:16
**assessment** 118:16
**asset** 128:3
**assign** 93:17
**assistant** 12:15 14:24 15:15
**assume** 26:20 66:10 67:10,13
**attached** 124:13
**attempt** 105:14 125:19
**attend** 13:18 14:15
**attention** 53:17 54:18 68:11,13 95:8 124:9 148:22 161:12 164:5
**attorney** 2:5 5:17 11:12 44:19 82:25 84:24 93:4,8,21 94:11 104:13 124:7 134:24 153:10
**attorney's** 93:13 93:17
**attorneys** 2:13 3:5 93:22
**attractive** 42:7 146:12,16 147:8
**attribute** 126:13 127:8
**attrition** 8:8
**audio** 4:12,13

**aunt** 23:3 24:6,9 24:12,16 25:11,24 28:13 50:22
**aunt's** 23:4 25:22
**austin** 134:18
**authorized** 5:6
REDACTED
[redacted]
**average** 58:23
**avoid** 36:5 46:20
**avoidance** 47:17
**avoiding** 35:20 47:16
**aware** 6:23 42:24 87:17 154:5,8 156:5,16,20 159:22 160:2,3,4 164:21,24
**awareness** 164:10
**awesome** 159:12

**b**

**b** 125:22 157:13
**back** 17:5 28:12 30:10,13 44:14 49:17 50:12,14 66:15 72:19 77:25 89:11 92:16 94:24 96:23 97:18 101:18 106:5 111:11 113:22 114:2 116:17 120:13 126:17 128:13 133:25 134:4 135:4 145:3 146:24 148:20 156:10 159:18 161:19
**bad** 66:4,12 67:14 87:6 141:2
**bar** 99:17 100:9 144:15 146:25
**based** 150:15 165:23
**basic** 7:2 18:6 108:10
**basically** 36:2
**basing** 70:12,14,20
**basis** 60:21,24 112:15
**bathroom** 8:10
**bbd** 142:5,9
**bear** 29:9 32:15 33:11 56:11,16 60:8 107:13 146:17 148:4
**bearing** 124:24 128:25 138:3 144:9
**becoming** 154:5,8
**beg** 106:4
**beginning** 5:17
**begins** 148:25
**behalf** 1:3 5:19,21
**belief** 90:9 154:17 154:23
**believe** 10:5 14:13 40:23 43:6 45:6 45:19 53:13 64:14 71:10 83:12,17 85:23 89:7 99:23 102:11 114:4 115:24 121:13,25 143:23 145:6 146:2 153:23 156:3 160:8
**believed** 89:18 90:15 130:4,4 155:5
**believing** 44:5,7 63:20 90:3
**belong** 22:11,11
**belongings** 24:23
**beneficial** 158:12
**benefit** 129:14
**best** 7:17 20:17,24 84:17,19 142:10
**better** 9:22 39:11 113:15 124:16
**beverage** 1:8 26:7 26:22 27:4 35:21 37:17 46:22 66:14 90:3 105:8,12 108:15,22
**beverages** 1:7,8,8 4:19 26:14,18 27:7 45:18 46:24 53:12 57:10,14 66:16,19 69:2 89:23 90:3 108:12 108:13,18,20,23
**billboards** 103:14 103:15
**biography** 126:18
**birth** 10:16
**birthday** 51:11
**bj's** 22:12,16,17 24:2 25:18 39:16 50:22,24,25 51:6 59:8 61:2 66:17
REDACTED
**blend** 122:19
**blog** 37:12
**blogs** 36:21
**blood** 169:13
**bob** 47:2,22 78:17 83:22 94:16 133:15
**born** 11:23
**bottle** 33:8,9,10 49:15 60:18 103:20 104:17,23 117:20,25 118:4,5 121:14,20,21,24 122:5 125:11,12 137:14 138:9 141:7,14,16,25 144:20 168:3,4,5
**bottles** 29:3,6,24 30:2,11,20 60:6 99:13,16 114:16
**bottom** 65:11 112:20 114:2 119:12 123:13,14 123:15 128:12,19
**bought** 29:2 31:21 41:12,21 42:18 44:3 48:15,16 51:10 66:17,19 76:20 99:15 109:18 111:17 119:20 120:19 147:23 155:10
**boy** 157:14
**brand** 139:6
**brands** 42:5 107:22
**break** 8:2,9 11:17 47:4,24 50:4 84:21 94:13 133:18 159:9
**breaks** 8:10,10
**brewed** 60:12 110:20,25 111:3 117:12 118:18,22 118:23 138:20
**brewing** 1:7 26:11
**bring** 31:13,18 68:12 92:16 105:2
**brisk** 45:21 46:4 46:12 47:17
**broadway** 32:9 121:5

**brothers** 134:8
**brought** 68:11
**brown** 1:3 33:17
**building** 10:24 11:4
**bulk** 39:10
**burger** 36:12
**business** 102:7
**butter** 36:2
**button** 77:18,25 78:18
**buy** 39:9,19 41:10 41:24 44:5,7 45:16 46:6,8 47:8 47:12 51:12 59:5 59:7,19,21 62:2 66:16 67:3,8,22 109:14,17 118:13 128:24 129:6 155:8
**buying** 62:20,23

**c**

**c** 2:1 6:7 18:19 111:14,21,23 112:2,4 128:5 138:24 157:14
**cake** 51:11
**call** 10:8 14:5 57:24 64:17,21 83:13 84:3,4,4,12 85:9 150:8
**called** 20:12
**calls** 158:17
**caloric** 159:4
**calorie** 107:2,7,12 108:8,11 112:16 125:25
**calories** 107:9,14 115:22,23 126:8 126:11 146:13
**cancer** 38:17 70:3 70:7,10,13,16
**cans** 29:24 30:20 60:6,16 100:7 114:17 125:16
**capacity** 16:6
**carbohydrates** 19:3 127:24
**card** 22:6,19,22 24:3,5,7,10,12,13 24:17,22,25 25:5,5 25:7,9,12,22,24 50:24,25 51:3,6
**cardiac** 12:14 14:23
**cards** 22:24 25:14 25:15,21 26:2
**care** 123:4
**carlos** 2:8 5:13,20 19:13 79:3 80:10 83:4 134:17
**carolina** 11:24,25 12:4
**case** 1:6 21:15 33:23 34:6 52:13 52:21 70:15,17 71:13,16 89:9 93:14 104:24 149:7 153:11 158:7 159:24 164:12,25
**cash** 22:2,5 24:19 25:8
**cause** 70:7,9
**caused** 70:16
**causing** 38:17 70:4
**caveat** 8:4
**ceiling** 11:7
**cell** 4:9 23:12 86:19
**cellular** 4:7
**center** 16:13 37:19
**cents** 49:14,16 67:22 100:12 118:13 119:25 121:7 122:2 129:11 131:20 145:7
**certain** 46:5
**certificate** 169:2
**certification** 3:13
**certify** 169:6,12
**change** 143:24
**changed** 93:5
**charge** 49:14,15 101:17 102:8
**charged** 121:25
**charting** 15:17
**charts** 15:9,9,14
**cheap** 68:3
**cheaper** 100:25
**check** 147:14
**cheese** 35:24 47:14
**chelsea** 165:3
**child** 61:17,18 62:9 97:2,3 132:17,18 147:4
**childhood** 14:19
**children** 9:3,5 41:11 49:7 61:16 96:25 97:12,13
**cholesterol** 127:21
**chosen** 45:16
**chronic** 34:23
**citric** 37:13 38:5 39:3 42:16,24 43:14 71:20 73:16 153:23,24 154:6,9 156:3,17,21 158:7 162:2
**city** 11:22 23:10
**ck** 27:17
**claim** 93:12,17,21 103:15
**claiming** 43:12 44:13 102:19,23 103:2,6,10 108:25 129:24
**claims** 103:22 155:25 164:25
**clarify** 78:24 162:22
**clarity** 7:16 9:21
**class** 68:25 69:15 71:5,6,10,18 72:18 72:21 73:24 74:3 74:6,14,18 75:5 76:5 78:2,3 80:9 81:20 82:9,17,21 85:25 90:20 91:4 91:8,14,18,22 105:11,16 131:15 134:20,21 149:12 149:15 155:2 156:9 165:15 168:6
**clear** 135:8
**close** 79:4 80:19 125:20
**club** 22:12
**cocktail** 55:23 60:7,8 122:17,23 132:5 161:5
**cold** 66:21,25 67:3 67:8,17
**college** 13:7 14:5,6 14:9
**color** 63:25 123:8 128:11 143:7,14 143:19,21,24

**come** 22:25 73:21 85:24 90:14 150:21
**coming** 150:14
**communicate** 105:10
**communicated** 27:14,19 33:19
**communication** 70:15 105:15 150:2 153:5,10
**communications** 78:12 105:5
**community** 14:8
**companies** 64:21 101:16
**company** 17:21 26:11,17,25 64:9 64:10 102:5 112:21 113:4 116:15
**compared** 49:9 107:22 129:14
**competitors** 100:25
**complain** 64:18,22
**complaint** 30:22 40:19 41:3 49:19 49:21 61:14 62:6 62:24 63:4,7,10,14 63:20,23 74:7,9 76:8,9 80:25 101:4 163:11 167:9 168:6
**complete** 7:11 13:21
**completed** 13:20 77:17
**concerning** 37:16 105:7
**concerns** 33:25 94:4
**conclude** 166:12
**conclusion** 90:18
**conditions** 34:24
**confidential** 35:3 83:23
**confined** 47:17 103:22
**conjunction** 123:21 124:3
**connection** 92:4 92:19 129:16
**consider** 64:23
**considered** 35:20
**constitutes** 158:15
**consult** 87:14
**consume** 34:2 48:21 85:5 95:20 96:10,18
**consumed** 43:18 48:23 49:7 67:18 96:20
**consumer** 36:15
**consumers** 36:18
**consumption** 135:14,21,25 136:7,21,25 137:8 138:12
**contact** 25:18 83:11
**contacting** 64:23 64:25
**contain** 98:22
**contained** 69:2 71:15 107:4
**container** 33:5 109:7 114:22 117:22 131:2 132:8 138:5 141:22 152:12 167:15,16
**containers** 121:18
**containing** 69:24
**contains** 122:25 127:4
**content** 37:7,15 46:11 62:25 63:5 83:11 107:2,2,7,12 107:20 108:7,8,11 108:14 112:17 119:18
**contents** 65:10 159:5
**continue** 4:14 164:12
**continued** 95:20 96:9 167:25
**convenience** 66:20 66:24
**conversation** 20:25 69:7,8,10 72:2 86:22 87:9
**conversations** 4:7 21:5
**convicted** 37:22
**cook** 47:11
**copy** 77:14
**corn** 140:22 141:2 141:4
**corner** 32:8 92:25 111:14 121:4,16 121:16 129:8 131:8,8 132:14 151:23
**correct** 6:24 11:13 12:8,17 15:4,10 16:4 17:7,12,20 18:13,16 22:20 24:8 25:13,17 29:5,15 30:14 31:18,20 32:12 33:16 35:12 39:13 39:14,16,17 40:20 41:19,23 42:8 43:3,10 45:25 46:2 49:8,24 51:8 51:23 52:2,11,14 52:15,18,21 55:5,6 55:8,9 57:23 58:3 58:4,17,18 59:11 61:8 67:5 72:5,9 72:21,22 74:15,16 74:19 75:3 77:13 81:3 82:22,23 84:9,10 85:16,17 86:6 89:20 91:13 93:8,9 96:6 97:14 97:17 98:15,19 99:9,10,15,20 100:3 101:2 103:23 107:6 110:9 111:11,12 112:10,13,14,18 113:23 115:25 116:3,4 118:6 119:6,8,16,19 121:22 122:3 126:21 129:22 130:14 133:14 134:13 136:3 137:5,11 138:18 140:3,6,22,23 143:20 144:19,22 146:14 147:10 150:4,7 151:6 152:2,11,24 153:3 153:20 154:13,14 155:6,7 157:24 162:3,4,6
**correction** 170:2,3
**cost** 145:24

**costco** 22:12,16
**counsel** 5:10 7:13 85:3 87:14 92:6 116:21 117:2 149:6 163:3,14
**couple** 162:21
**coupons** 39:18
**course** 17:23 47:5 47:6 48:7 114:12
**courses** 14:5,5,6 14:20 17:25
**court** 1:1 4:21 5:4 5:22,24 10:18 137:19
**created** 119:5
**credit** 22:6
**criminal** 13:15 37:23
**crossed** 80:23
**crystal** 1:3,19 4:1 4:17 5:1 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1 105:1 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1,12,18 170:21
**cubilius** 28:6
**current** 12:13
**currently** 8:23 32:17
**customarily** 59:20 59:21 161:14
**cute** 146:16
**cv** 1:6 4:22
**cylindrical** 119:7

**d**

**d** 124:20,20
**dairy** 35:25 36:6 36:10
**darryl** 134:18
**date** 1:23 10:16 30:8 39:25 41:2 51:19 57:15 72:14 81:14 82:3 88:7 88:20,21,25 89:2 95:11,21 96:2 104:4,11 109:9 114:24 116:20 117:9 120:5 123:25 128:17 130:19 131:12 132:2 137:16 141:9,18 142:5,8 142:10 148:7 154:16 162:10 165:8
**dates** 77:3
**daughter** 62:21
**day** 18:20,21 22:24,25 24:5 25:14,15,21 26:2 51:3,6 86:10 166:20 169:17 170:24
**deal** 6:18 42:15
**deceived** 89:18 102:20,23 103:3,7 103:11 155:5
**december** 154:24 155:4
**deceptive** 103:15 103:19
**decide** 68:7
**decided** 64:24 73:22
**defendant's** 21:22 25:12,15 28:15,22 36:22 48:11 51:12 58:17 64:2,6,10,13 65:6,19 67:23 89:19 101:13 102:2 107:3 109:3 150:16,23 151:17 155:5,25 160:19 161:16,23
**defendants** 1:9 2:13 5:19 21:16 32:17 37:8 68:8 73:22 93:12 102:22,24 103:3,7 103:12 116:22
**definitely** 118:5
**degree** 13:12
**delete** 37:15
**demands** 104:13
**depends** 18:25 49:13
**deposition** 1:19 4:12,17,23 6:22 7:6 19:7,15 20:3,6 20:9 21:9 31:13 33:22 40:16 117:18 153:19 165:25 166:11,13 169:7
**derives** 158:7
**describe** 20:22
**described** 154:23
**description** 167:6 168:2
**determination** 112:16 156:17

**devote** 86:7
REDACTED
**diet** 18:12,14,23 19:4 35:17,21 108:13 115:9,15 116:14 159:5
**different** 29:24 30:2 101:16 117:22 122:19 139:24 158:15 161:17 163:7
**direct** 53:17 54:18 95:8 124:9 148:22 164:4
**directly** 80:9
**disagree** 123:7
**discussed** 19:10 21:3
**discussion** 120:12
**dismissed** 164:25
**displays** 103:17,18
**disrespectful** 34:5
**district** 1:1,1 4:20 4:21
**division** 94:4
**document** 21:14 21:19 28:21 30:6 31:8,9 39:23 40:5 51:17 52:4,17 53:7,25 54:5 78:11 79:13,15 81:12,15,25 88:5 88:13,22 89:6,13 89:17 104:2,12 106:4 162:8,13 163:2,25 165:6,11 168:7
**documents** 20:5,7 20:11,15,18,23 21:16,18 28:22 73:12 105:19,21 123:22 124:3 162:21 163:24 165:23
**docusign** 51:25 52:4 53:25 85:22 86:5
**doing** 6:19 15:6 23:20 28:19 60:20 72:23
**dollar** 49:15 99:23 121:25 133:11 145:6 152:19
**dollars** 58:7
**donovan** 2:16 5:18 5:18 6:13 30:3,9 31:2 35:2 39:21 47:5,25 48:5 50:4 50:17 51:15 53:2 58:8,11 78:10 79:3,8,12,17,23 80:10,14,18,22 81:11,23 83:24 87:22 88:2 94:13 94:17 96:14 103:24 105:18 109:5 114:12,18 114:20 118:3 120:6 123:16 128:18 130:15 133:17 136:9,13 136:16 137:12,21 141:15,19 148:16 159:8,11 162:7,24 163:8,14,21 165:20 166:6,8 167:4
**double** 147:14
**draw** 90:18
**drink** 34:2,11 107:10 143:25
**drive** 2:14
**driver's** 12:9
**drug** 157:2
**due** 109:2
**duly** 6:8 169:8
**dyes** 143:12,23

**e**

**e** 2:1,1 6:7 52:12 76:13 78:5,7,16,17 78:21 79:15,16,19 80:2,4,6,13 81:16 83:11,16,18,19 85:19,21 88:12 144:11 167:11
**earlier** 40:11,14 41:20 117:18 149:13
**early** 14:19 44:17 68:17 71:25 72:3 72:6 131:10 138:9 148:12
**ease** 124:11,16
**easier** 22:6
**eat** 34:2 35:15,24 35:24 36:3,11 47:13
**education** 13:6 14:6,19
**eggs** 35:25
**eight** 17:14 58:3 105:24 106:2,8,9 106:11,12
**either** 24:4
**elapsed** 84:7,11
**elmwood** 2:15
**employed** 16:11 16:12
**empty** 29:3,6 32:22 121:19
**endeavor** 44:25
**ended** 77:24
**entail** 15:8
**enter** 7:14
**entire** 97:24
**esq** 2:8,16
**estimate** 19:20 62:7
**estimates** 7:23
**et** 4:18,19
**everybody** 6:18
**ex** 167:7,8,10,11 167:12,13,14,15 167:16,17,18,19 167:21,22,23,24 168:3,4,5,6,7
**exact** 72:14 88:20 88:25 131:12 140:8,11,14 148:7
**exactly** 75:9 77:23
**examination** 3:7 3:13 6:12 167:4
**examined** 6:10
**examples** 35:23
**exams** 17:2
**exchange** 93:20
**excuse** 62:9 95:13 96:23 124:13 137:21
**exercise** 34:13
**exhibit** 30:7 39:24 40:7 51:18 52:25 81:13 82:2 88:6 101:9 104:3 109:8 114:23 117:8 120:4 124:18,20 124:20 125:22 128:16 130:18 131:25 137:15 141:8,17 144:11 144:24 145:14 147:11,19 162:9

165:7
**exhibits** 114:14 123:23 124:13 162:25 167:5
**expecting** 88:13
**expended** 58:16
**expenses** 53:13
**experience** 66:13 67:2,15 76:14
**expiration** 142:8
**expire** 142:17
**explain** 79:21
**expressed** 164:11

**f**

**f** 2:8 144:24 145:14
**facebook** 36:25 37:11
**fact** 80:22
**factor** 100:21
**facts** 101:11,25 102:11 111:10 112:6,11 119:10 122:25 127:14 154:25
**factual** 155:19
**fair** 15:25 24:17 31:17 43:19,21,22 47:15 88:16 89:17 100:19,24 103:21 150:17
**fall** 148:11
**falling** 11:7
**false** 43:13 129:24 130:8
**family** 39:6 113:9 113:14,16
**famous** 126:24
**fast** 36:11
**fat** 18:23 127:15 127:15
**fault** 157:6
**fb** 157:13
**fda** 156:16,20,24 156:25 157:2,6,8
**federal** 157:2
**fee** 93:21
**feel** 98:10
**feeling** 140:20,24
**fees** 93:13,17 94:4 94:7 149:6
**fifteen** 69:11
**filed** 4:20 62:7 74:10 76:8 80:25
**filing** 3:13 41:2
**fill** 80:7 91:14
**filled** 74:7,8 76:8 80:24 82:20 91:7 91:18,21 105:13 131:14
**filling** 77:12 149:18
**financial** 17:17,19
**financially** 5:8
**find** 7:20 22:9 42:4 42:7 69:19 73:3 75:7,25 105:15 146:12,15
**fine** 11:20 31:3 128:19
**finer** 112:20
**finger** 52:7
**finish** 47:25 48:6 87:23
**finished** 53:14
**finra** 17:3
**firm** 5:3 11:15 16:6 84:8,25 85:10,15,25 86:3 86:24 87:10 150:10 153:6
**first** 6:8,15 24:24 26:25 38:11,15 40:21 42:14,18 57:6 72:10 84:4 84:12 85:9 89:21 89:22 90:8,10,19 91:3 93:11 104:9 116:21 118:21 124:5,10 148:13 148:13,14 150:25 151:5,15 152:20 154:17 160:7 162:15 164:3,15
**five** 25:25 127:4 133:17 155:22 159:21 163:7 166:11
**flavor** 41:15 48:25 58:25 60:10,11 64:5 111:4 123:9 128:12 130:22 137:23 140:8,11 140:14,17
**flavored** 108:15 111:5 139:24
**flavors** 48:19 76:23 97:25 98:2
**flip** 144:6,23,25 154:21
**floor** 2:6
**follow** 35:17
**following** 148:25 167:25
**follows** 6:11
**food** 18:3 35:21 36:11 37:16,25 46:25 47:11,12 157:2
**foods** 47:10
**forensic** 13:15
**form** 3:19 90:8 134:24
**formed** 154:6,17 154:23
**forming** 150:13
REDACTED
**forth** 169:8
**fortified** 111:15,22 138:24
**found** 39:8 73:9 76:3 103:18 149:15
**foundation** 143:11 147:4
**four** 89:24 120:16 134:10 159:14
**fourteen** 61:21
**free** 98:10
**front** 110:11 111:7 114:8 115:18,22 116:14 146:4 147:16
**fructose** 140:22 141:2,4
**fruit** 29:10 32:15 33:13 41:16 46:17 48:16 49:2 55:22 60:6,8 62:3 99:16 100:8 121:9,13 122:17 125:7 132:4 136:6,11,13 158:8 161:4,5 167:18 168:5
**full** 148:24
**further** 3:11,17 81:9 166:2 169:12

**g**

**g** 147:11,19
**gallon** 116:8 145:2 145:13,21,22 146:5

**general** 42:11 53:6 53:9 67:2
**generally** 8:5 39:9 44:21 99:8,24 112:12 118:16 119:20,24 127:19 127:22 145:10
**germane** 34:5
**gestures** 9:19
**getting** 24:24 79:4 79:13 80:18 163:4
**give** 6:3 7:2 9:14 25:6 35:23 54:15 68:15 78:25 92:24 93:2 159:8 165:20
**given** 44:17 169:10
**glauberson** 2:20 4:2 5:2,14,22 50:7 50:12 94:19,24 120:9,13 133:21 133:25 159:13,18 166:10
**glover** 61:19
REDACTED
**go** 4:15 10:6,12 13:7,9 14:12 17:5 20:8 26:4 28:12 44:14 46:23,24 51:21 52:9 54:25 56:24 74:18 77:20 78:16 79:20,24,25 80:2,3,5,7 88:8 93:10 94:3 95:6 97:18 101:3,5 105:3,23 116:17 116:18 120:6 124:19,20 125:20 125:21 134:3 135:4 144:2,3,10 148:20 153:21 155:16,21 156:10
**god** 6:5
**goes** 67:14 78:19 80:8
**going** 4:3 7:9 19:9 19:11 30:3,15 34:3 40:3 47:23 50:8 51:15,20 53:2 79:23 81:15 82:4 88:8 89:8 94:20 104:5 109:11 114:25 117:10 120:10,17 123:19 124:2 132:3 133:21 135:6 137:17 141:10,20 142:21 159:14 162:11,12 163:15,19,22 164:4 165:9 166:14
**golden** 29:9 32:15 33:11 56:10,16 60:8 99:17 100:9 107:13 144:15 146:17,25 148:4
**golf** 126:15 146:22
**golfer** 126:24 146:20
**gonna** 124:11 135:6
**good** 4:2 6:14 18:12,15,24 23:17 42:20 47:3 55:25 67:10 73:6 95:4 112:4 114:19 127:19,22,25 141:2 142:19 150:20 158:21,22
**google** 73:4,9,15 74:25 76:4
**googled** 149:14
**gotta** 144:10 163:15,17
**governmental** 16:7
**gram** 127:24
**great** 50:5 67:22 87:24 94:15 118:13 126:24 133:20
**groceries** 39:19
**grocery** 29:22 32:5,7,8 39:5 59:22 61:3,5 62:13 92:25 109:18 121:4,17 129:8 131:9 132:14 151:23
**ground** 44:15
**group** 27:25 28:3 36:15,17 149:5
**grow** 67:4
**guess** 18:25 20:16 20:24 52:13 84:15 139:12 143:6 149:8,10
**guesswork** 7:22

**h**

**h** 17:11
**habit** 140:4
**half** 41:15,15,17 41:17 48:17,17 55:11,11,13,14,19 55:19 98:17,17 107:16,16,16,17 115:18,18 145:2 152:5,5,9,9 161:6 161:7,7,7
**half&half** 167:16
**hampshire** 13:10 13:18 14:3,7
**hand** 5:25,25 111:14 169:17
**hands** 77:24
**happen** 11:9 22:23
**happened** 11:10 24:19 68:6 73:19 81:5 151:2
**harm** 158:13
**harry** 17:10,15
**hayfever** 35:11
**head** 9:20,21 102:18
**health** 38:21 73:7 73:7 109:2
**hear** 82:24 83:3,4 83:5 96:13
**heard** 26:7,10,13 26:21 27:5,6,24 37:19 90:20 91:3 140:21 157:3,13
**hearing** 164:16
**height** 34:19,21
**held** 4:23
**help** 6:5 125:5
**henderson** 12:2
**hereinbefore** 169:8
**hereto** 3:7
**hereunto** 169:16
**hernandez** 27:22
**hi** 95:5
**high** 34:21 46:11 140:21 141:4
**higher** 13:6 14:6 123:17 145:9
**highly** 34:8
**hit** 77:18
**hold** 13:3 22:4 130:20,21
**holding** 27:7

**holdings** 1:8,8 26:14 27:4
**home** 21:25 29:4,7 30:11 32:17 54:4 54:7,10,11 86:20
**hornell** 1:7 26:10
**hospital** 12:16,18 12:25 16:10
**hostos** 14:8,10,16 14:21
**hour** 19:21,21,22 47:3,24 54:16,16 54:17 133:16
**hours** 72:17 86:11 86:13
**house** 22:9 121:19 144:21
**huh** 9:13 14:11 49:22 53:19 54:21 59:2 62:17 89:25 95:23 99:6 101:23 106:7,18,20 109:13,21 118:2 128:22 142:6 144:5 145:11 151:14 157:19
**hundred** 110:11
**husband** 17:9
**hyphen** 30:5
**hypothyroidism** 35:6

**i**

**ice** 26:18 98:13
**iced** 41:16,17 45:24 46:17 48:15 55:11,13,19 58:24 59:16 60:10,11 69:24 70:6 74:14 76:22 85:6 92:5 92:10 98:18,23 99:18 100:9 102:15,17 107:17 115:18 128:20 130:21,22 136:17 137:23 139:17 140:12 152:9 155:9 160:25 161:4 167:22 168:3
**icu** 12:14 14:23
**identification** 30:8 39:25 51:19 81:14 82:3 88:7 104:4 109:9 114:24 117:9 120:5 123:24 128:17 130:19 132:2 137:16 141:9,18 162:10 165:8
**identified** 106:16 160:8
**identify** 45:12
**impact** 127:11 129:18
**important** 7:10 9:15 151:10
**impossible** 143:17
**impression** 119:4 126:9,10 127:7
**improper** 79:9
**incorrect** 80:5
**index** 167:2,5
**indicating** 21:10
**individual** 39:11
**individually** 1:3
**industries** 157:14
**influencing** 100:21
**information** 15:14 15:23 16:2 25:19 70:21 76:12,17 155:19
**informed** 90:2
**ingredients** 18:7 70:6 139:13,21,25 140:5 161:14,15 161:24
**inhibit** 8:13
**inside** 66:7
**instagram** 37:3,12
**instance** 18:10 36:8 140:12 160:15
**instruction** 9:15 44:15,16 45:4
**instructions** 7:3
**interest** 37:20
**interested** 5:9 7:21 79:13 169:15
**interfere** 4:11
**interference** 4:8
**internet** 71:9
**interrogatories** 95:7
**interrogatory** 52:20 54:19 56:25 95:13 97:19 98:11 105:23 106:8,11 106:17 116:18 153:21,22 154:16 154:24 155:17
**interrupt** 45:23 46:3
**intolerant** 36:7
**involved** 15:15 16:2,7 72:20 75:11,15
**involving** 17:25 74:14
**issued** 12:11
**issues** 34:6,8 166:4
**item** 39:12 98:22 99:22

**j**

**jack** 146:19
**january** 40:23 68:18,19 71:25 72:6 88:18 89:4 89:13 91:6,19 117:2 131:6,10,11 131:11,13 132:12 132:23 135:12,20 136:5,19,23 137:7 138:16 142:2 162:17,18
**jersey** 2:15 60:2
**job** 15:5,8 54:6
**joy** 1:3 33:17
**judge** 163:16
**juice** 46:18 55:23 60:7,8 122:17,20 122:23,25 127:4 127:10 132:4
**june** 11:10 13:24
**justice** 13:16

**k**

**kailey** 28:10
**keep** 73:12 83:22 92:17 143:5
**kind** 7:3 126:18
**king** 36:12
**knew** 63:10
**knock** 114:20
**know** 6:16 7:21,22 7:22 8:2,3,9 11:18 20:12 26:19 27:9 27:12,17,22 28:6 31:17 32:6,20 33:4,17 34:7 36:8 42:14,16 54:12 60:4 63:22 64:16 66:10 68:9 69:14 69:17 70:11 75:17

75:21,22 77:22,23 78:10 79:7,10 88:21 89:2,4,5 92:15 101:6,11,25 102:3,12,14,15 105:2 108:9 121:3 122:4,5 123:7 124:12 126:20 129:7,9 131:7,13 131:16 139:9,11 139:16,23 142:7,9 146:22,22 147:19 148:4 149:9,11 150:5 151:12 153:4,9,13,15 155:18,23 157:25 158:3,11,13,19 159:25 160:2 165:3,14,19
**knowing** 130:8,12
**knowledge** 75:18 75:23 126:23 134:22 155:24
**knows** 70:21

**l**

**l** 3:1 6:7
**l.l.p.** 2:4
**label** 43:5,19,24 44:11 45:10 46:9 90:4 104:17 111:7 111:10,11 113:19 113:22 114:3,7,8 115:3,4,13,14 116:15 117:15,21 119:12,22 120:22 124:24 125:25 126:17 128:13,25 130:3,4,8,13 131:2 132:8 138:3 139:7 139:10 141:12,22 143:14 144:9,15 146:24 160:11 161:9,19
**labeled** 116:6 135:13 136:6 142:20
**labeling** 89:19 123:9 129:19 146:15 150:22 153:2 155:6
**labels** 15:18,19,21 28:22,25 64:2,6,10 64:13 65:19 67:23 103:22 146:4 150:16 160:7
**laboratory** 15:11 17:25
**lactose** 36:7
**land** 7:4
**laptop** 86:20
**late** 163:4
**law** 11:15 16:6 150:10
**lawsuit** 6:23 10:22 43:12,17 44:12 47:21 48:10 49:12 50:21,23,25 51:4,5 51:7 71:7,10 75:6 75:18 78:13,13 92:18,20 134:20 134:21 154:5,9 156:6,7,11 165:17
**lawyer** 19:8 21:6 52:13 129:23
**lawyers** 85:2
**lay** 7:3
**layperson** 163:5
**leaf** 155:9,10
**learned** 150:19 154:9
**learning** 154:25
**leave** 66:5,11,14
**lee** 2:12 4:24 27:17 27:24 28:3
**left** 12:3 67:16
**legal** 16:6,8 28:4 75:12,15 93:12
**lemon** 49:3 58:24 60:11 99:18 111:4 111:5 128:21 135:10 136:17 137:23 139:17 140:13
**lemonade** 29:9 41:15,17 48:16,17 55:12,14,16,20 56:11,14 60:9 62:5 107:14,16 115:19 152:10 161:6,7
**letters** 156:21
**levels** 129:13
**license** 12:9
**licenses** 13:4
**life** 142:12
**lift** 123:17
**light** 29:9 56:11,16 60:9 107:14 146:11
**lighter** 108:13
**likes** 63:2
**line** 8:6 47:23 48:2 48:4,6 80:23 87:22 113:16 167:3,6 168:2 170:3
**link** 52:9,10,11,16
**links** 52:17
**list** 97:24 98:6 129:21
**listen** 79:12 102:25
**lists** 97:23
**litigation** 27:25 28:3 149:5
**live** 8:23 9:2,3 10:25 11:4
**lived** 8:20 11:21
**lives** 23:8 134:14
**living** 17:16
**llc** 1:8,8 4:19 26:14,22 27:4,7
**llp** 149:2
**local** 29:22 59:22 62:13
**located** 4:24 16:14 16:15
**long** 8:20 12:20 15:5 16:17 17:13 19:17 25:23 54:12 69:9 72:15 84:3
**longer** 90:15 143:6
**look** 11:16,17 21:21 30:18,24 41:3 52:22 69:13 69:25 70:24 71:8 74:5 84:25 86:14 96:3 98:10 104:13 119:9 124:11,17 129:21 139:20 142:3 159:9 163:6
**looked** 21:8,25 22:8 31:7 71:9 72:25 123:20
**looking** 15:8 23:12 69:16,17 72:21 84:23 116:2 123:4 146:4
**looks** 119:6 147:12
**loop** 125:20
**lot** 42:5
**low** 63:6

**lower** 102:16 133:12 146:12
**lukas** 28:6

**m**

**madison** 1:11 4:24
**mail** 52:12 76:13 78:5,16,17,21 79:15,16,19 80:2,4 80:6,13 81:16 83:11,16,18,19 85:19,19,21 88:12 167:11
**mails** 78:7
**makaylo** 28:8
**making** 24:10,11 24:12,18 80:17,20
**manner** 134:24
**march** 41:3,7,8 48:14 57:16 58:2 58:16 110:7,8 116:9,10,13 126:6 129:5,17,23 145:18 148:19
**maria** 1:23 5:5 169:4,21
**mark** 30:3 35:2 39:21 51:15 81:11 81:23 109:5 123:19,19 137:12 162:7
**marked** 30:7 39:24 40:19 51:18 51:21 81:13 82:2 82:5 88:6 104:3,6 109:8,12 114:23 117:8 120:4 123:23 128:16 130:18 131:25 137:15,18,22 141:8,17 162:9 165:7,10
**marketing** 1:8 26:8
**marriage** 169:14
**married** 17:6,13
**matter** 4:18 33:25 34:3 80:22 155:20 158:6,9 169:15
**matters** 16:8 158:10
**mayonnaise** 35:25
**mcdonald's** 36:12
**mean** 15:20 19:19 28:23 36:16 65:9 68:2 74:2 81:8 107:8,20 133:10 133:10 140:10 142:25 143:4,8,22 153:18 156:8 161:5
**meaning** 101:16 122:18 142:11
**means** 98:13 110:15,24 111:22 118:20,25 119:4 139:9 142:9
**meant** 34:4 40:13 94:6 110:14,16 122:11
**meat** 35:15
**meats** 36:2
**media** 4:16 37:11 50:8,16 94:20 95:2 103:8 120:10 120:15 159:14,20 166:11
**medical** 15:9,13 34:23
**medication** 8:12
**medicine** 34:17
**meet** 19:6,24
**melinda** 134:17
**member** 22:13
**membership** 22:18 24:3,25
**memory** 125:6 141:13
**mention** 73:16 133:5
**mentioned** 27:2 32:14 36:6 41:20 48:8,12 56:21 75:2 98:21 108:13 134:12
**mentioning** 27:3
**met** 19:12 20:2
**michelle** 23:5 24:6 24:12,16 26:4,5 28:14 50:22
**michelle's** 23:6 24:10 25:11,24
**microphones** 4:5 4:11
**mid** 131:11
**middle** 10:9 114:2 114:5
**milk** 36:9
**millions** 36:9
**minute** 17:5 28:12 133:18 159:8
**minutes** 69:11 84:6
**mischaracterizing** 108:9
**misspoke** 78:23
**misstates** 85:13
**mom** 9:4 68:10 74:4,20
**mom's** 75:18
**moment** 97:19 101:5 148:20 165:20
**money** 97:22
**monies** 57:3
**monique** 9:11,12 134:11
**month** 29:19 31:22 34:15 41:21 41:25 42:23 43:9 44:6 45:6 48:8,12 57:9,13,20,21,25 58:20 61:2,6,25 62:10 68:15,16,20 117:19 121:14 125:7 135:25 144:17 147:23 148:5,13 161:25
**monthly** 60:20,24
**months** 58:5,6,8 58:12 84:15,18 85:9 148:13,14
**morning** 4:2 6:14
**mother** 10:4,6 68:12 69:14,23 70:5 72:3 74:13 75:2,7,11,14 85:5 149:14 153:4,9
**mother's** 10:2
**motivated** 68:7
**mucus** 36:9
**multiple** 76:23

**n**

**n** 2:1 3:1 6:7
**name** 5:2 9:10 10:2,9,12 17:8 23:4 26:5 27:5 32:7 38:18 71:16 76:13 152:3
**names** 10:7 73:10 97:23 134:15 155:18
**nancy** 10:10,12

**natural** 122:9 141:6 158:2,8
**nature** 11:5 34:4 110:11
**nclex** 17:2
**near** 119:12 123:12
**need** 7:25 109:22 162:22
**needed** 92:16
**negative** 113:6
**neglected** 9:14
**network** 36:21
**new** 1:1,12,12,25 2:7,7,15 4:21,25 4:25 6:10 8:19,19 11:22 12:4,6,12,19 12:23 13:10,18 14:3,7 17:22 23:10,11,11 47:23 48:4 169:5
**newspaper** 103:8
**nicholas** 146:19
**nickname** 147:2,2
**nine** 122:2 145:7
**nitrates** 38:17
**nodding** 9:21
**nonverbal** 9:19
**north** 11:24,25 12:3
**notary** 1:25 3:9 6:9 166:21 169:4 170:25
**note** 4:5
**noted** 166:16
**notes** 159:9
**notice** 1:21 138:19 138:23 139:3 142:4 167:7
**noticed** 151:3,4 153:2
**noticing** 5:17
**notwithstanding** 44:22
**number** 54:19 56:25 57:11 64:13 64:14 76:16 83:15 83:18 89:21 93:11 95:3,9,13 96:23 97:20 98:11 104:14 105:3,23 105:25 106:8,11 106:17 116:18 120:15 124:10 144:3,4,24 148:23 153:22,22 154:16 154:24 155:17 159:20
**nursing** 14:20 17:2
**nutrition** 18:6 38:2 111:10 112:6 112:11 119:10 122:24 127:3,14
**nutritional** 18:7 18:23

**o**

**o** 3:1 6:7
**oath** 5:7 50:19 53:21
**objection** 7:15 30:23 43:25 44:9 44:10,20,22 54:24 55:2 57:5,7 66:8 67:6 70:8,18 72:7 72:12 75:19 77:5 77:9,21 78:8 82:12,13 85:11,12 86:25 88:23 89:3 93:23 95:16,20 96:12 104:25 106:22,24 116:24 116:25 122:12 140:7 143:9 148:15 153:7,14 154:3,20,22 155:21 156:13 158:17 160:12 161:2 162:20 163:3
**objections** 3:19 5:15 154:4
**objects** 44:19
**obviously** 163:12
**occasion** 24:5
**occasionally** 157:17
**occasions** 24:15 34:12 92:13
**october** 96:3,11,19
**offense** 37:23
**oh** 9:14 31:2 50:5 148:2
**okay** 6:20 7:23,24 8:10 9:17,25 11:19 21:13 23:16 23:16,25 45:2 47:19 48:3 50:17 58:11 97:11 98:5 99:7,11 102:5 109:11,24 114:19 115:7 118:24 124:18 133:18 145:12 148:2 151:11 157:22 159:11 163:8,17
**old** 9:5,8 10:4 61:20
**oldest** 9:6 61:17,18 97:5 132:16
**once** 20:4,10 34:15 34:15,16 48:23 51:6 102:3 105:19
**ones** 48:11 56:21 65:15 98:4 161:10 161:11
**online** 38:10 54:2 54:3 68:24 86:15
**open** 67:11,12,14 67:16
**opening** 65:18 66:3 67:9,13
**operated** 113:9
**operations** 113:14
**opinion** 150:14 154:6
**opinions** 158:15
**ordeal** 6:18
**original** 139:6,10
**otw** 1:6 4:22
**ounce** 58:25 59:15 60:5,6,15,16 61:10 61:10 98:16,23 99:12,16 100:6,7 102:17 117:11,24 118:4,8 119:21 125:2,8 128:20,25 137:23 144:16 145:4,8,9 147:20 147:22 148:3
**ouncer** 147:12
**ounces** 33:6 59:12 59:15,17 60:25 61:4,4 122:4
**outcome** 5:9 169:15
**outside** 15:18,19 15:21 46:23 47:12
**overall** 108:17
**owned** 113:9,14
**ox** 111:14,21 138:24

**p**

**p** 2:1,1,16 3:1 30:4 129:17 137:18 139:19
**p.m.** 94:25 166:15 166:16
**pack** 58:24 59:13 60:25 98:12,14,16
**packaging** 104:18 104:23
**packs** 59:7,10 99:2
**page** 30:18 31:11 36:22,25 51:21 53:18 54:25 55:3 88:9 89:22 95:9 95:18,18 96:4,24 104:14 106:9,12 144:7,25 154:15 154:21 155:21 167:3,6,25 168:2 170:3
**pages** 37:8,16 164:4,7
**paid** 22:6 25:10 53:12 57:3,13,18 97:23 100:11,12 101:25 129:9 149:2
**palmer** 41:18 55:11,19 98:17,23 99:11 116:6 126:19,20 135:20 152:6,8 167:16
**panel** 112:7,11
**paragraph** 30:19 57:6 89:22,22 93:10 94:3,5 95:19 96:24 97:21 98:12 101:5,21 106:23 148:22,23 148:24
**pardon** 106:4
**park** 2:15
**part** 72:20 119:17
**particular** 68:7 107:24 108:12,15 108:22 141:25
**particularly** 41:14
**parties** 3:5 4:15 169:13
**party** 5:7 10:21 134:20
**patient** 15:16,24 16:3 17:17,19
**patient's** 15:22
**patients** 15:22
**pay** 25:2,3,8,10 93:13 94:7 161:11
**paying** 49:11 101:12,14
**peace** 134:17
**peculiar** 108:8
**peebles** 28:8
**penalty** 53:21
**pending** 10:24
**people** 10:8 34:2 112:5 155:18 158:14
**percent** 110:11 122:25 127:4 128:5 149:6
**perform** 72:24
**perjury** 53:22
**person** 6:16 19:2 19:12 69:7,8 105:6 156:21 163:6
**personal** 34:3,4 135:14,20,25 136:7,20,24 137:8 138:11
**personalized** 34:8
**perspective** 18:11
**pertain** 108:16 135:6
**pertains** 61:9
**perusing** 40:6 52:24 101:8
**phil** 2:20 5:2
**phone** 11:18 23:13 76:16 83:13,15,18 84:2,4,4,12 85:9 86:16,19 87:3 150:3
**phones** 4:9
**phonetic** 165:4
**photos** 126:18
**pick** 4:6
**picture** 114:10,13 146:5,17
**place** 1:23 4:10,14 12:5 49:20
**placed** 64:13
**plaintiff** 1:21 6:7 6:22 27:11 33:18 95:20 106:24 116:25 154:5,9,23
**plaintiffs** 1:5 2:5 5:21 159:23
**plastic** 33:9,10,15 121:24
**please** 4:5,9 5:10 5:15,23,24 17:9 23:7 30:4,5,12 34:20 39:22 51:16 52:23 56:25 80:10 80:14 81:24 88:9 94:3 101:3 105:4 105:23 109:6 116:18,19 123:21 125:22 130:16,21 137:13 141:15 144:3 162:7 165:21
**pocket** 94:8
**point** 12:3 47:3 84:21 90:14 114:11,14 133:15 137:22 150:21
**poor** 87:6
**pose** 31:3
**posed** 7:18 31:5
**position** 165:24
**positive** 111:25 113:3,7,11 128:8
**possess** 28:21
**possession** 92:7
**post** 36:21 37:7,10 149:19
**postings** 149:22
**potatoes** 36:3
**powell** 23:5 26:4,5
**precise** 42:21
**preference** 125:9
**premium** 101:13 101:14,21 102:2 102:10
**preparation** 40:15
**prepare** 19:7 20:3 20:6
**preparing** 19:15 21:8
**preprinted** 119:22 131:17
**presbyterian** 12:19,24 17:22
**present** 2:20 12:7
**preservative** 43:24 63:6 89:19 107:4 113:19 114:7 119:11 123:8 128:11 129:19 150:22 153:25

154:10 156:4,18 158:2,10,16 160:7 160:11
**preservatives** 38:8 38:10,23 43:5,7,13 44:8,11 45:7,11,17 45:19 46:7,10,21 47:16 63:9,11,16 63:21,22 68:10 69:2,3,25 70:9,16 70:22 71:14,18 73:2,6,16 90:5,25 92:3 102:4 129:20 130:13 132:25 142:22 143:2,4,5 143:18 150:17,20 151:3,17 156:24 157:10,11 158:12 160:14,23
**press** 78:4,18
**presume** 39:14
**prevail** 93:13
**preventing** 28:18
**previous** 30:13 126:2
**previously** 165:16
**price** 49:9,25 98:5 98:9,24 99:8,25 100:11,19,20,24 101:13,14,21 102:2,9,10 119:22 121:6,24 131:17 133:6,9,12 145:5,9 145:25 152:17
**priced** 102:16
**prices** 49:10,11 99:14,21
**print** 53:25 54:5 86:14 103:8 112:20
**printer** 54:4,6
**printing** 15:21
**prior** 12:23 16:10 21:2 27:3 78:13 86:24 94:9 127:2 150:5 152:23 154:4 165:25
**private** 4:7
**privilege** 44:23
**probably** 20:10 38:20 48:23 57:16 62:10 84:14 110:6 118:10 142:2 145:18 147:22 151:9,11 161:25
**problems** 109:2
**proceed** 7:4
**proceeding** 5:15 7:20
**proctor** 16:22
**produce** 21:16 104:23
**produced** 105:20 165:25
**product** 28:24 30:20 41:7,24 42:15 43:4,14,18 43:19,23 44:3,5,6 44:7 45:7,12,15,20 46:16,19 56:18,19 59:20 61:15,23,24 62:2,7,21,23 63:21 66:3 67:16 76:18 98:2 100:8 102:16 103:18 104:15,17 104:18,20,24 107:11,18,24 109:14 110:5 111:18 112:12,24 113:19 114:7 115:2,13,14,17,21 117:14,17,21 119:21 120:19 122:8 124:24 125:2,6,10 128:24 130:7,25 132:7,23 133:13 135:10,11 135:13,19 136:5 136:20,24 137:3,7 138:2,20 139:24 140:20,25 141:11 141:21 142:5,12 144:9,13 145:9,17 146:3 152:4,15,21 155:8,25 158:8 159:4 160:8,9,18 162:3,5
**production** 30:20
**products** 18:8 21:22 25:12,16 28:16,25 29:13,17 30:10 31:13,18,22 32:11,13,16 36:23 39:9 41:12 48:11 48:13,18,22 49:6 49:10,19 51:13 57:22 58:17 59:6 61:16 64:15,16,18 65:6,13,21 67:23 68:10 71:15 92:20 95:21 96:10,18,19 96:20 97:23 99:14 99:22 100:20 101:13 102:2 103:17 106:16,25 107:4,11,25 108:3 109:3 119:14 129:12,14 150:16 150:23 151:18 153:24 154:8,10 158:21,25 159:6 160:10,16,19,20 160:23,24 161:16 161:23
**profession** 12:13 75:12,15
**professional** 13:3
**prometric** 16:12 16:15,21
**proof** 25:19
**properties** 70:4
**proposed** 85:15 134:21
**provide** 28:14 76:12,17 77:3,7
**provided** 28:4 52:21
**pt** 30:4,7,15 39:22 39:24 40:3,19,22 43:12 51:16,18,21 53:4 81:11,13,16 82:2,5,8,11,16 88:6,8 89:6,10,14 90:23 91:9,16 93:3 94:9 95:6 101:3 103:24 104:3,6 106:5,5 109:8,12,15 110:5 112:9 114:23,25 116:15,17 117:8 117:10 119:21 120:4,18 123:18 123:23,24 124:5,7 124:13,15,17,21 128:16,20 129:12 130:15,16,18,20 131:25 132:4 135:10,13,16,24 136:4,6,10,15,17 136:23 137:6,15 137:21,22 141:8 141:10,15,17,20 142:3,21 144:2

148:22 153:21 155:16 156:10,12 162:9,11 164:3 165:7,10,18 167:5
**public** 1:25 3:9 6:9 37:20 166:22 169:4 170:25
**publication** 82:9 157:8
**publications** 38:2 38:4,7 156:23
**punch** 29:10 32:15 33:13 41:16 48:16 49:2 55:23 60:7 62:3 99:16 100:8 121:9,13 125:7 136:6,12,13 161:5 167:18 168:5
**purchase** 22:5 24:18 25:12,15 29:13,16 32:2 39:10 49:10,18,18 61:15 97:15 98:9 98:24 99:8,14,21 100:11 104:20 105:7,11 107:12 115:8,12 116:3 117:14 121:6,9 129:17,19 130:25 132:7,15 136:5,24 138:2,8 140:6 141:11,21 145:20 148:3 152:15 155:13 161:11,16
**purchased** 20:16 20:19 24:5 29:18 31:25 32:11 42:16 42:23 43:8,18,23 49:20 61:23 62:8 65:13 76:22 89:23 90:3 92:10 97:25 98:3,10 104:16 106:15,25 108:2 108:18 110:2,5 112:13,24 115:2 115:10,13 116:6 117:19 118:8,12 120:24 121:14 122:8 124:23 125:6 126:3,6 130:3,7,12 131:22 132:18,23 135:12 135:19,24 136:20 137:3,7,10 139:4 141:14 142:4,16 143:14 144:8,13 144:15 145:2,4,13 145:17,22 147:13 147:19 152:21,23 155:11 158:20,24 159:3 162:5
**purchases** 21:22 22:2 24:11,11,13 25:6,7,9,20 28:15 29:12,21 30:21 41:6 45:6 47:21 48:9 62:12 63:14 63:19 76:18,25 77:4,8 92:5,19,23 100:21 130:11
**purchasing** 39:11 97:8,9
**pure** 155:8,10
**purpose** 89:7
**purposes** 47:16 98:6
**pursuant** 1:21
**put** 20:17,25 24:23 25:2 44:20 45:3 45:13 69:6 82:7 82:15 83:15,15 109:10 137:19 146:23 163:8

**q**

**quality** 147:9
**quench** 107:2 108:21,23 119:15 158:25
**question** 3:21 7:11 7:18 8:6 31:3,6 42:20 44:24 53:3 54:22 57:2 61:12 63:13 78:24 87:6 95:8,10,12 96:8,13 97:22 101:24 105:25 106:9,10 106:19 108:6 116:20 118:21 125:21 135:5,16 136:4 148:17 153:25
**questioning** 8:6 47:23
**questionnaire** 77:12,15,18 80:8 81:2,5 82:20 83:7 83:14 91:8,22 105:13 131:15 149:19 150:2
**questions** 3:19 7:2 7:10 8:14 34:3 81:10 98:7 151:12
**quite** 6:17
**quote** 65:5,5 90:4 90:5
**quotes** 64:9

**r**

**r** 2:1 6:7 17:11,11
**radio** 102:20,21,24 102:25
**raise** 5:24
**ramirez** 2:8 5:13 5:20,20 7:14 19:13,18,25 30:23 31:5 35:4 40:2 43:25 44:9 47:2,7 47:22 48:3 50:5 52:22 58:7,9 66:8 67:6 70:8,18 72:7 72:12 75:19 77:5 77:9,21 78:8,14,23 79:5,10,14,19,25 80:12,16,20 81:16 82:12 83:6,10,22 83:25 84:3,20 85:11 86:23,25 87:9,24 88:3,23 89:3 93:23 94:15 96:12 104:25 114:10,15,19 120:8 122:12,14 133:15,19 136:11 136:15 140:7 143:9,11 148:15 149:10 150:3,6,9 153:7,14 156:13 158:17 159:10,12 160:12 161:2 162:20 163:5,10 163:20,23 166:5,7
**ramirez's** 84:8,25 85:10,15,24
**rare** 34:12 36:13 92:11,13
**raspberry** 60:10 99:17 100:9 130:21,22 167:23
**reaching** 124:14
**read** 30:9,13 31:11 31:15 33:22 38:4 38:7,9 39:2 40:11 40:15 52:23 64:8

68:24 69:18,20 74:21 75:10 101:6 140:4 143:13,18 149:22 156:23 157:7 161:14,18 161:23
**reading** 38:14,16 38:23 150:15
**ready** 50:17
**real** 118:18,22,23 138:20
**realized** 90:24 91:24
**really** 35:25 47:12 48:5 79:4 125:14
**reason** 7:25 31:12 36:5 42:3,9,12 63:3 65:2 87:20 104:22 108:11 125:17 132:22 133:5,7
**reasons** 39:16 47:9 77:7 106:14
**recall** 13:23 31:24 38:14,16,22 39:4 52:19 89:12 111:19 112:25 114:9 115:17,21 116:16 122:6 126:5 150:13 160:6,10,17
**receipt** 90:23 92:24 104:19
**receipts** 20:19 21:2,4 22:3,7,8 28:23,24 92:7,9,14 92:21 93:2
**receive** 85:18 88:13
**received** 30:7 39:24 51:18 53:24 81:13 82:2 83:10 85:14 88:6,12,14 89:13,16 104:3,19 109:8 114:23 117:7 120:3 123:23 128:15 130:17 131:24 137:14 141:7,16 150:2 162:9 165:7
**receiving** 87:7,12
**recess** 50:10 94:22 133:23 159:16
**recollection** 61:13
**record** 4:3,15 5:12 7:17 8:17 9:22 23:19 30:10 44:21 50:8,13,14 79:21 79:24 80:17,21 94:20,25 120:7,10 120:12,14 133:22 134:2 135:7 159:14,19 163:19 163:21 166:14 169:10
**recorded** 4:17
**recording** 4:13 166:13
**records** 15:24 21:21 28:15
**recycling** 32:23
**red** 35:15
**redepose** 105:20 166:3
**reese** 2:4 86:23 87:10 149:2 153:5
**refer** 71:19 96:22 96:25 97:11,19 98:6 124:17 135:18 142:21
**reference** 99:13 112:19 122:8 124:12 146:25 156:11 165:15
**referenced** 82:16 165:17
**referencing** 82:10 100:14
**referred** 81:19
**referring** 40:18 81:2 96:25 97:12 117:18 126:2 156:11 157:6 162:23 165:17
**refers** 93:11 124:19
**reflect** 23:20 163:19,22
**refresh** 125:5
**refrigerate** 65:18 66:2 67:13
**refrigerating** 66:11
**refrigerator** 32:21
**regard** 11:3 25:19 82:8 98:20 99:12 100:24 104:15 159:5 161:13
**regarding** 15:17 71:13 73:13 102:13 154:6
**regardless** 43:23
**regular** 85:19
**reimbursed** 24:18
**related** 5:7 38:2 124:4 169:12
**relating** 28:22 30:21
**relation** 70:17
**relationship** 142:15
**relatives** 75:15
**relevant** 155:19
**remember** 11:15 21:17 32:19 33:2 38:18 40:17 51:9 54:10,14 64:3,7,11 64:15 68:16,20 71:17,22 72:14 73:8,11,17 77:2,6 77:10 82:14 83:8 84:5,15 85:20 86:2 87:11 88:15 88:20,25 89:15 131:11,12 148:7 148:10 149:16 151:7,13,16 152:3 152:7,12,14,17 164:9
**remind** 50:18
**reopen** 165:23
**rephrase** 87:5
**reporter** 5:4,23,24 9:16 137:19
**represent** 84:24
**representation** 89:8 107:3
**represented** 7:13 11:11
**request** 21:15,19 78:11 105:3,4,5 124:10 144:3,12 144:24
**requests** 124:6 167:19
**requires** 93:12
**research** 71:4,24 72:4,11,16,20,24 72:25 73:13,15,18 74:17,22 150:9,11
**researched** 71:3
**reserved** 3:21

**reserving** 105:18 165:22 166:3
**residence** 8:17
**respect** 24:9 84:2 98:5 164:3
**respective** 3:5
**response** 54:19 57:7 95:22 96:2 106:21 144:4
**responses** 104:12 124:8,14 125:21 147:15 167:10,14 167:21
**responsive** 21:19
**rest** 58:22
**restrictive** 35:17
**results** 15:11
**retained** 84:8 85:3 85:10 92:6 116:21 116:25 129:23
**retainer** 20:13 84:13 86:4,24 87:7,12 94:10 148:21 159:23 167:13
**review** 15:14 20:5 20:11,14 21:14 54:2,9,10,13 86:15
**reviewed** 20:15 54:2,3,11 82:17 86:16
**reviewing** 52:19 86:8
**revisit** 135:2
**revisited** 48:6
**right** 5:25 6:23 22:10 23:22 43:15 43:16 44:12 55:8 58:20,21 61:11 78:22,25 87:18 91:2 95:12 99:19 100:2 101:15 105:19 111:14 113:20 117:24,25 119:7,15 132:19 136:16 146:20 160:17 165:22 166:3
**rights** 36:18
**river** 2:14
**robert** 2:16 5:18
**roughly** 58:2
**run** 44:15

**s**

**s** 2:1 3:1,1 6:7,7
**sales** 104:19
**salt** 157:16,23,25
**samples** 28:25 135:4,7 165:24
**santos** 134:17,18
**saturated** 127:15
**save** 78:7
**saw** 40:21 104:9 126:8 150:22 156:5 162:2,15
**saying** 9:20 59:10 69:25 70:16,23 91:16 99:3 102:4 102:5 108:10 130:2 160:23
**sayquon** 61:19,23 62:8 97:4,5,6,16
**says** 46:9 67:12 88:19 89:23 93:16 95:19 110:10 113:9 116:25 118:18 122:25 127:4,15 128:5 139:14 142:21 154:4
**science** 18:3 37:20 155:25
**scope** 99:25 100:14
**script** 110:21
**search** 21:18 76:4
**season** 148:10
**seasonal** 35:10
**second** 30:18,19 31:11 40:19 66:15 72:10 98:11 101:4 106:23 120:7 145:3 148:23,24 167:8
**secretarial** 15:2
**secretary** 15:3
**see** 23:23 30:19,22 31:16 41:4 53:22 54:20 55:3 57:3 59:3 60:12 63:24 64:4,12 65:4,17 67:21 71:12 73:5 82:6,9 89:24 90:6 93:14,18 95:9,12 95:22 101:22 104:20 105:4,8 106:9,10,19,24 107:5 110:10,21 111:13,15,17 112:7,19,21,22,23 113:6,8,20 114:6 116:22 117:2,12 118:20,22,23 122:7 123:2,9,11 124:21 125:3,23 127:4,16 128:6,23 130:22 132:5 137:24 138:21,24 139:2,6,7,8,14 140:16 142:22 144:11 145:14 147:3,7 149:2 153:25 154:11,17 155:2 164:5
**seeing** 143:18 151:16 160:7,11
**seen** 30:16 31:6,9 40:4 53:4 104:7 108:4 160:14,22 161:8 162:13 163:11 165:11
**sell** 119:24
**selling** 102:8
**semester** 13:22,24
**semesters** 13:17 13:20,22 14:2,15
**send** 77:18,25 78:4 78:18
**sense** 84:22
**sensitive** 4:6
**sent** 156:21
**sentence** 93:11,16
**sequential** 25:4
**served** 21:15 124:6
**services** 28:4
**set** 59:15 169:8,16
**settle** 65:10
**seven** 94:3,6 106:17 148:23,23
**shake** 65:5,5
**shaking** 9:19
**shape** 134:24
**shaw** 10:3
**sheet** 170:2
**shelf** 142:12
**shop** 22:15,15,17 22:21 24:2 39:16 50:21 59:25
**shopping** 39:6
**short** 50:10 94:22 133:23 157:6 159:16

**show** 30:15 40:3 51:20 81:15 82:4 88:8 104:5 109:11 114:25 117:10 120:17 124:2 132:3 137:17 139:18 141:10,20 162:11 165:9
**showing** 139:19
**shown** 139:17
**siblings** 134:6,19
**side** 109:10
**sign** 51:24 52:4,7 76:11 127:3
**signature** 51:22 52:6 88:10,11,17 169:20
**signed** 54:13 76:10 86:4,8 88:17,22 89:10 94:10
**signing** 84:12 86:24 87:4,8,13,14 93:21 94:9
**similarly** 1:3
**simple** 101:24
**single** 160:18
**sir** 123:17 163:20 163:23
**sister** 9:4,8
**sisters** 134:8
**sites** 73:9
**situated** 1:4
**six** 9:7 12:22 15:7 59:18 93:10,11
**size** 32:24 33:4,12 33:14 110:6 116:7 141:12 152:13
**sizes** 98:17
**slightly** 58:15
**smoke** 34:9
**smoothly** 7:4
**snapple** 45:18 46:4,8 47:17
**social** 36:21 37:11
**soda** 47:8,18
**sodium** 18:12
**sold** 99:2 104:18 104:23
**solemnly** 6:2
**somebody** 11:2 52:13
**somewhat** 147:8
**son** 62:8,21,22,24 63:14 137:4,10
**soon** 83:5
**sorry** 10:15 15:6 21:12 23:14,21 29:23 31:2 44:9 45:22 46:3 58:10 58:10,10 60:10,23 62:18 85:12 94:18 106:3 109:22,23 114:20 123:17 136:10 154:15 157:10,20,21
**sound** 26:23
**sounds** 26:24
**source** 75:17
**sources** 73:10
**south** 119:5
**southern** 1:1 4:21 13:10,18 14:3,7 29:8 32:14,24,25 33:2,3 60:12 100:10 117:11 119:3
**sparingly** 157:18
**speak** 19:6,17,23 85:2 128:3
**speaking** 39:9 44:21 112:12
**speculation** 158:18
**spent** 57:8 58:23 98:12
**spoil** 66:7
**spoke** 19:8,12,25 87:3 149:14 153:16
**spoken** 19:14 155:24
**sponsors** 147:5
**sporadically** 32:2 32:3
**spot** 146:23
**spring** 148:11
**staff** 15:3
**stale** 67:4
**stapled** 164:2
**start** 6:25
**started** 72:11
**state** 1:25 5:10,15 6:9 12:11 16:7 95:11 106:13,14 116:20 153:22 169:5
**stated** 159:5
**statement** 43:13 63:24 64:4,8 65:4 65:17 67:21 70:12 90:4,16 102:20,23 103:3,7,11,14,17 119:11 139:13,20 140:4 151:16 161:13,15,24
**statements** 20:20
**states** 1:1 4:20
**stay** 125:16
**stevens** 2:12 4:24
**stick** 46:24
**stipulated** 3:3,11 3:17
**stop** 80:10 163:15 163:16,17,17
**stopped** 97:7,9
**store** 29:22 32:5,7 32:9,10 49:13,14 49:15,18,25 59:22 61:4,5 62:13 92:17 109:19 121:4,16,17 129:8 131:8,9 132:14 145:5 151:9,19,22 151:23,24
**stores** 66:20,24 92:23,25
**strawberries** 146:7
**strawberry** 29:9 48:16 56:11,14 60:9 62:5 107:13 146:6,9 161:6
REDACTED [redacted]
**strike** 27:9 29:12 44:13 45:13 53:3 57:11 82:7 89:11
**study** 13:14 14:18 17:24,24
**stuff** 25:2,3 102:6
**style** 29:8 32:14,25 32:25 33:2,3 60:12 99:19 100:10 110:20 117:12 119:3
**stylus** 52:7
**subject** 30:21 55:2 57:6 78:11 95:19 106:23 116:24 154:4,22 155:20 165:22

**submitted** 81:4 82:21 83:6 149:25
**subscribe** 37:25
**subscribed** 166:19 170:23
**sue** 64:24 68:8 73:22 116:21 129:24
**sued** 75:4
**suffering** 109:2
**sugar** 18:14 42:4,7 44:4 46:11 62:25 63:2,5,17 107:2,20 107:23,25 108:2,4 108:7,14 112:16 119:17 129:21 132:25 139:14,21 140:14 141:3,6
**sugars** 129:13
**suggest** 35:5
**suggesting** 163:16
**suing** 11:2
**suit** 11:6
**suite** 2:14
**sun** 110:20,25 111:3
**support** 101:12
**sure** 19:19 75:9 83:24 91:21 104:11 159:10 163:13
**swear** 5:23 6:2
**sweet** 32:25 33:2,3 41:21 42:10,15 44:6 49:4,5 56:2,3 99:18 100:10 117:12 118:8 135:24 167:17
**sweetness** 56:5,8 56:14
**sworn** 3:7 6:8 166:19 169:8 170:23
**syrup** 140:22 141:2,4

**t**

**t** 3:1,1 6:7,7 137:20
**take** 4:14 8:2,9 14:20 17:24 18:17 18:19,20 34:17,18 47:24 72:15 84:20 89:8 94:13 101:5 114:10,13 133:17 159:9
**taken** 1:21 7:7 14:4 50:11 94:23 133:24 159:17
**takes** 102:7
**talk** 162:24
**talked** 70:3 135:8
**talking** 29:24 42:9 42:22 45:24 98:8 100:2 149:13
**talks** 147:3
**taste** 54:23 55:10 55:13,15,18,24 56:2,4,7,12,13,15 56:19 63:2,6,18 66:4 146:9 157:23 158:21,22
**tastes** 42:2 55:25 56:3 66:12
**taxes** 149:8
**tea** 29:8 32:15,25 32:25 33:2,3 41:16,18,21 42:10 42:11,15,19 44:7 45:24 46:17 48:15 48:17 49:2,3,4,4,5 55:11,13,19 58:24 59:16 60:10,11,12 69:24 70:6 74:14 76:23 85:6 92:5 92:10 98:18,23 99:18 100:9,10 102:15,17 107:17 115:18 117:12 118:8 128:21 130:22,22 135:24 136:18 137:23 138:20 139:17 140:13 152:9 155:9 160:25 161:4,7 167:17,22 167:23 168:3
**teas** 26:18 98:13
**telephone** 64:12 64:14 86:18
**television** 103:4
**tell** 23:24 40:9,16 41:9 68:23 69:18 86:11 88:9 108:8 144:14 163:24
**telling** 22:19 78:17 79:5,20 83:9
**tells** 74:13
**ten** 49:16 105:3 122:25 153:22 154:21,24
**tenor** 108:10
**term** 27:5
**terms** 13:6 57:24 83:10 142:12 159:22 160:3
**test** 16:22
**testified** 6:10 135:23 147:24 163:12 165:16
**testify** 10:19 80:15
**testifying** 79:4,18 80:11,17 163:17
**testimony** 6:3 40:14 61:14 85:13 118:15 126:3 149:16 150:12 160:5 167:2 169:10
**testing** 16:13,24 17:3
**thank** 6:15,19 35:5 40:2 47:7 50:5 83:25 87:24,25 94:15 103:25 123:17 128:18 133:20 136:14,16 141:19 166:4,8
**thing** 30:25 134:4 147:3
**things** 40:12 47:14 116:2 132:25 163:7
**think** 14:22 18:5 21:7 22:4 30:24 46:19 48:19 49:13 82:19 83:20 103:24 111:24 113:2,11,15 118:4 124:10 126:5 134:12 135:5 144:24 145:23 147:24 150:12 158:14 162:22
**thirst** 107:3 108:21,23 119:15 158:25
**thought** 48:3 58:9 91:10,17 110:16 126:13 127:9
**three** 16:19 30:2 31:22,25 32:18 86:13 95:3,13 104:14 120:10

134:16 148:14 163:24
**tie** 135:2
**time** 1:23 3:21 5:16 10:13 31:25 38:11,15 40:21 44:18 45:5 50:13 50:14 58:3 59:23 61:22 65:12 84:7 84:11,16 86:7,12 86:21 88:17 89:10 90:10,15,19 91:4,5 91:12,15,17,20,21 92:5 94:17,25 104:9 110:4 115:7 116:5 118:7 120:14,23 121:11 126:6 129:3 131:4 132:10,16 133:22 134:2 138:7,14 140:5 141:24 144:14 145:16 147:18 148:6 150:21,25 151:5 151:15 152:20 159:19 160:7 161:20 162:15 164:13,18,22 166:9,16
**timeframe** 91:11
**times** 19:23 58:6 58:12,14 61:15 158:12
**timewise** 19:20
**timing** 74:12
**today** 27:4 31:14 164:6,16
**told** 69:23 74:4,4 74:20,23 75:5 123:16 153:17
**top** 11:7 41:4 55:3 81:20 82:9,17,21 96:24 102:18 122:24 129:20 138:21 139:7 142:5 149:15 154:21 155:2,21 156:9 165:15
**toss** 92:15
**total** 57:2,11 60:16 60:19 61:9 127:15 127:24
**totally** 79:8
**town** 60:3
**townes** 1:3,19 4:1 4:18 5:1 6:1,14 7:1 8:1 9:1,12 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1,4 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1,19 51:1 52:1 53:1 54:1 55:1 56:1 57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1 72:1 73:1 74:1 75:1 76:1 77:1 78:1 79:1 80:1 81:1 82:1 83:1 84:1 85:1 86:1 87:1 88:1 89:1 90:1 91:1 92:1 93:1 94:1 95:1,4 96:1 97:1 98:1 99:1 100:1 101:1 102:1 103:1 104:1,6 105:1,22 106:1 107:1 108:1 109:1 110:1 111:1 112:1 113:1 114:1 115:1 116:1 117:1 118:1 119:1 120:1,17 121:1 122:1 123:1 124:1 125:1 126:1 127:1 128:1 129:1 130:1 131:1 132:1 133:1 134:1,3,11 135:1 136:1 137:1 138:1 139:1 140:1 141:1 142:1 143:1 144:1 145:1 146:1 147:1 148:1 149:1 150:1 151:1 152:1 153:1 154:1 155:1 156:1 157:1 158:1 159:1 160:1 161:1 162:1 163:1 164:1 165:1 166:1,12,18 170:21
**trace** 22:7
**track** 22:6
**transcript** 169:9
**transcripts** 33:23
**travis** 27:22
**treat** 41:10,13
**trial** 3:23
**tropicana** 46:6,14 46:15,16 47:18 160:15
**true** 53:21 55:5,8 96:6,11,15 117:5 130:5,10,12 154:13 169:9
**truth** 6:4,5
**try** 25:18 44:16 105:14 125:16,19
**trying** 23:14
**turn** 4:9 23:14 95:17 119:9
**turned** 23:18
**turning** 111:9
**twice** 48:24
**twitter** 37:5,12
**two** 6:17 13:20,22 14:2,17 50:16 56:25 58:24 59:9 59:14,18 60:25 72:17 84:14,18 85:8 86:13 94:20 97:20 98:11,12,22 99:3 123:22 124:2 147:25 148:13 164:4,7
**type** 14:24 15:13 16:24 117:15
**typing** 76:5

**u**

**u** 3:1
**uh** 9:13 14:11 49:22 53:19 54:21 59:2 62:17 89:25 95:23 99:6 101:23 106:7,18,20 109:13,21 118:2 128:22 142:6 144:5 145:11 151:14 157:19
**ultimately** 69:19 84:8 85:14

**um** 110:2 125:8 148:12
**un** 67:16
**understand** 8:13 23:23 40:10 43:11 44:24 65:8 67:25 74:11 78:15 94:5 142:24 143:3,8 151:11
**understanding** 18:6 53:7,10,11 66:2 110:14,23 111:21 118:19,25 149:4 150:15
**understood** 113:17
**unethical** 163:18
**unit** 4:16 12:14 14:23,24 15:15 50:8,16 94:20 95:3 120:10,15 159:14,20 166:11
**united** 1:1 4:20
**university** 13:11 13:19 14:3,8
**untrue** 130:13
**unwillingness** 164:12
**upper** 111:13
**usa** 1:7,8 4:19 26:8
**use** 22:22 24:22 25:5,11,14 36:2,10 39:18 50:24 51:3 52:6 83:19 125:15 157:16,23
**usually** 15:16 59:5 64:21 100:11

**v**

**value** 39:11
**values** 18:7
**van** 28:8
**vanessa** 28:10
**various** 57:9
**vegetable** 158:8
**vegetables** 36:3
**vegetarian** 35:13
**verbally** 21:11
**verified** 53:20 55:8
**veritext** 5:3,5
**versus** 4:19 22:5
**video** 4:13,17
**videographer** 2:20 5:4
**videotaped** 1:19
**view** 34:6 80:23 110:24 127:19,22
**viewed** 129:13
**vindicating** 36:17
**virtually** 143:17
**vitamin** 18:19 111:14,21,23 112:2,4 128:5 138:24
**vitamins** 18:17 34:18

**w**

**w** 6:7
**wait** 7:11,17
**waived** 3:15
**walmart** 59:22,23 59:24 110:3 145:23
**want** 6:15 7:22 8:9 54:18 74:11 79:20 80:15 101:17 102:9 124:9 134:3 135:2,4,7,18 164:17,18
**wanted** 6:18 34:7 132:17
**war** 8:8
**warm** 66:7,17,23 67:4,9,17
**warning** 156:20
[redacted]
**water** 8:10,11
**watermelon** 41:15 60:7 99:17 100:8 132:4 133:3 137:6 141:13 161:6 167:24 168:4
**way** 20:17,25 35:18 42:2 45:13 82:7,15 93:5 125:9 127:11 140:20,24 163:9 169:14
**website** 38:19,24 39:2 52:9 69:16 69:16 71:11,19 72:19,21 73:25 74:3,6,18,22,24 76:3,5,6,7,10,19 78:2,3,21 80:7,9 80:25 81:19 82:9 82:10,18 85:25 91:8,15,22 103:11 105:11,16 131:15 149:13,15,20,23 155:2 156:9 165:15
**week** 34:15,16 72:10,10 83:8
**weight** 34:20,21
**went** 14:8 23:2 24:6 49:17 74:5 74:21 149:12
[redacted]
**whereof** 169:16
**whispering** 4:6
**wholesale** 22:12
**willingness** 164:11
**winter** 148:11
**wise** 46:22 125:7
**withdraw** 148:16
**witness** 5:23 6:6 21:10 30:11,14 40:6 52:24 78:22 101:8 105:20 166:4 169:7,11,16
**witness's** 170:2
**women's** 38:20
**work** 12:16,24 14:24,25 17:25 24:21 52:3 54:9 75:12
**worked** 12:20 16:5 36:14 134:23
**workers** 113:16
**working** 12:23 16:10
**works** 78:15 79:6 79:7,11,22
**worries** 88:3
**writing** 69:6
**written** 21:4
**wrong** 23:24 39:15 75:3 99:15 112:11 115:25 119:7 122:4 129:22 140:3

**x**

**x** 1:2,10

**y**

**y** 6:7 17:11
**yeah** 67:19 106:14 111:2 113:5 133:19 147:21 158:4 159:10

**year** 40:24 58:5,12 68:14 110:6 116:9 118:10
**years** 6:17 8:22 11:22 12:22 13:17 15:7 16:19 17:14 25:25 58:3 89:24 99:25 100:14
**yellow** 147:3
**york** 1:1,12,12,25 2:7,7 4:21,25,25 6:10 8:19,19 11:22 12:4,6,12,19 12:23 17:22 23:10 23:11,11 169:5
**youngest** 9:6 97:10
**yup** 50:20
**yvette** 10:8,11

**z**

**zero** 98:17 115:9 115:10,14 116:6 125:25 127:15,21 135:17,18,19

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.